IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 2:19-00013 |
| GEORGIANNA A.M. GIAMPIETRO | |

## UNITED STATES' MOTION TO SEAL

The United States requests that the indictment and associated documents filed in this matter be placed under seal until further order of the Court. The government submits that this is an ongoing investigation and the defendant has not yet been arrested. The government further submits that premature disclosure of the indictment and arrest warrant could jeopardize the investigation and alert other subjects. Lastly, the government submits that sealing will ensure the safety of agents executing the arrest.

Respectfully submitted,

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

By: *s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203