FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN
AUG 14 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 2:19-00013 |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 2339B(a)(1) |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

Between on or about September 23, 2018, and on or about October 23, 2018, in the Middle District of Tennessee and elsewhere, the defendant, **GEORGIANNA A.M. GIAMPIETRO**, a citizen of the United States, did knowingly attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), to wit: personnel and services, to a foreign terrorist organization, namely, the Hay'at Tahrir, also known as Hay'et Tahrir al-Sham, also known as Hayat Tahrir al-Sham, also known as HTS, which at all times relevant to this indictment was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that the organization was a designated foreign terrorist organization and knowing that the organization had engaged in, and engages in, terrorist activity and terrorism.

In violation of Title 18, United States Code, Sections 2339B(a)(1) and 2.

A TRUE BILL



FOREPERSON

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

PHILIP H. WEHBY
Assistant United States Attorney

BEN SCHRADER
Assistant United States Attorney

2