CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NORTHEASTERN</u> DIVISION

Petty Offense ( )
Misdemeanor ( )
Felony (X)
Juvenile ( )

County of Offense: PUTNAM
AUSA's NAME: WEHBY and SCHRADER

<u>GEORGIANNA A.M. GIAMPIETRO</u>
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?  ____ Yes  <u>X</u> No
If Yes, what language? _____

<u>Peter Strianse</u>
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC 2339B(a)(1) and 2 | ATTEMPT TO PROVIDE MATERIAL SUPPORT TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION | 20 YRS | $ 250,000 |

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
|  |  |  |  |

Is the defendant currently in custody?   Yes ( )   No (X)   If yes, State or Federal? _____

Has a complaint been filed?   Yes ( )   No (X)

    If Yes: Name of the Magistrate Judge _____   Case No.: _____
    Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?   Yes (X)   No ( )

    If Yes: Name of the Magistrate Judge  <u>NEWBERN</u>   Case No.: _____

Was bond set by Magistrate/District Judge?   Yes ( )   No (X)   Amount of bond: _____

Is this a Rule 20? Yes ( )  No (X)   To/from what district? _____
Is this a Rule 40? Yes ( )  No (X)   To/from what district? _____

Is this case related to a pending or previously filed case:   Yes ( ) No (X)
    What is the related case number? _____
    Who is the Magistrate Judge? _____

Estimated trial time:   <u>Two weeks or more</u>

The Clerk will issue a **Summons/Warrant**   (circle one)

Bond Recommendation: <u>Detention</u>