IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Filed Under Seal** |
| | ) | |
| v. | ) No. | 2:19-00013 |
| | ) | |
| | ) | Magistrate Judge Newbern |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## UNITED STATES' MOTION FOR LIMITED UNSEALING

The United States requests that the indictment be unsealed as to the defendant only, as the defendant has now been arrested. The United States further requests that the case otherwise remain under seal at this time as the investigation remains ongoing.

Respectfully submitted,

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

By: *s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203