FID 10954892

1975-0815-1152-J

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>GEORGIANNA A. M. GIAMPIETRO<br><br>_Defendant_ | )<br>)<br> ) Case No. 2:19-00013<br>)<br>)<br>) |

2019 AUG 15 PM 2:58

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   GEORGIANNA A. M. GIAMPIETRO                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violations 18 U.S.C. 2339B(a)(1) and 2, Attempt to provide material support to a designated foreign terrorist organization

Date: 08/14/2019                              _/s/ signature_
                                              Issuing officer's signature

City and state: Nashville, Tennessee          Joyce A. Brooks, Criminal Docketing Supervisor
                                              Printed name and title

---

**Return**

This warrant was received on _(date)_ 15 Aug 2019, and the person was arrested on _(date)_ 16 Aug 2019
at _(city and state)_ Sparta, TN.

Date: 16 Aug 2019                             _/s/ signature_
                                              Arresting officer's signature

                                              SA Tammy F. Laskowski
                                              Printed name and title

Case 2:19-cr-00013   Document 8   Filed 08/16/19   Page 1 of 1 PageID #: 12