IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Filed Under Seal** |
| | ) | |
| | ) No. | 2:19-00013 |
| v. | ) | |
| | ) | Magistrate Judge Newbern |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## MOTION FOR DETENTION

Pursuant to Title 18, United States Code, Section 3142, the United States moves to have the defendant detained pending proceedings in this matter on the basis that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

The government submits that a hearing is authorized in this matter pursuant to Section 3142(f)(1)(A), because the defendant is charged with an offense listed in section 2332b(g)(5)(B), which carries a maximum sentence of ten years or more. The government further submits, pursuant to Section 3142(e)(3)(C) and, a rebuttable presumption exists that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community because the defendant is charged in the indictment with an offense listed in Section 2332b(g)(5)(B), namely attempting to provide material support to a foreign terrorist organization, in violation of Title 18, United States Code, Sections 2339B(a)(1) and 2.

In further support of the motion, the government submits that the investigation of this defendant and others has been extensive and has resulted in the return of a serious felony offense by the Grand Jury. That investigation has revealed, in part, previous communications by the defendant evincing a desire to travel overseas for the purpose of aiding foreign fighters, the promotion of violence online, and efforts to conceal her online activities from law enforcement.

The Government moves for a continuance of three days in order to prepare for the detention hearing.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

*s/ Philip H. Wehby*
PHILIP H. WEHBY
BEN SCHRADER
Assistant United States Attorneys
110 9th Avenue South, Suite A-961
Nashville, TN 37203-3870
Phone: (615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, I have forwarded a copy of the foregoing motion, via hand delivery, to Peter Strianse, Esq., counsel for the defendant.

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
