MAGISTRATE JUDGE CRIMINAL MINUTES

UNITED STATES OF AMERICA  v.  GEORGIANNA A.M. GIAMPIETRO

CRIMINAL CASE NO. 2:19-cr-00013          OUT OF DIST. NO.
INTERPRETER:                              LANGUAGE:
GOVERNMENT ATTORNEY: Phil Wehby
COUNSEL FOR DEFENDANT: Peter Strianse (retained)
PRETRIAL SERVICES OFFICER: Kim Haney

INITIAL HEARING HELD: 8/16/19          DEFENDANT ARRESTED: 8/16/19

Defendant has a copy of and was advised of contents of:
    \_\_\_\_Complaint     X\_Indictment     \_\_\_\_Other
    \_\_\_\_ Information     \_\_\_\_Supervised Release Petition

- **X** Defendant advised of constitutional rights
- \_\_\_ Defendant advised of right to preliminary hearing
- \_\_\_ Defendant advised of right to revocation hearing
- \_\_\_ Financial Affidavit filed
- **X** Government filed Motion for Detention
- **X** Defendant temporarily detained pending a hearing
- \_\_\_ Defendant is in State/Federal custody
- \_\_\_ Defendant released on previously set conditions of supervised release
- \_\_\_ Defendant released on own recognizance bond with conditions of release

PRELIMINARY HEARING:

DETENTION HEARING SET FOR: 8/21/19 at 2:30 p.m.

ARRAIGNMENT HELD: 8/16/19
    Defendant acknowledges she has a copy of the Indictment
    Waives reading thereof **X**          PLEA:   GUILTY   **NOT GUILTY**
    Intends to plead guilty and referred to District Judge _____
    Defendant consented to trial before Magistrate Judge_____

PROCEEDINGS CONDUCTED BEFORE MAGISTRATE JUDGE: BROWN   HOLMES   FRENSLEY   **NEWBERN**

LENGTH OF HEARING: 6 minutes