IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA )
)
)
v. )  NO. _2:19-00013_
)
_Georgianna Giampietro_ )  _Mag. Judge Newbern_
)

## ACKNOWLEDGMENT OF RECEIPT AND REVIEW
## OF NOTICE AND EXPLANATION OF RIGHTS

I, ___G. Giampietro___, hereby state that I have read the foregoing "Important Notice to Defendant and Explanation of Rights and Proceedings" (or that it has been explained to me), that I understand my rights as set forth therein, and that I have been provided with a copy of the foregoing Notice.

Signed in open Court this __16__ Day of ___August___, 20_19_.

_____
Signature of Defendant
_Georgiana Giampietro_

_____
Signature of Counsel
_Peter J. Strianse_

_____
Signature of Judicial Officer

6