# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
| v. | ) | Case No. 2:19-cr-00013 |
| Georgianna A.M. Giampietro | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing is scheduled as follows:

| Place: U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom 774 before Magistrate Judge Newbern |
| --- | --- |
| | Date and Time: August 21, 2019 at 2:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 16, 2019

_Judge's signature_

ALISTAIR NEWBERN, U.S. MAGISTRATE JUDGE
*Printed name and title*