MAGISTRATE JUDGE CRIMINAL MINUTES

UNITED STATES OF AMERICA v. GEORGIANNA A.M. GIAMPIETRO

CRIMINAL CASE NO. 2:19-cr-00013          OUT OF DIST. NO.
INTERPRETER:                              LANGUAGE:
GOVERNMENT ATTORNEY: Phil Wehby and Ben Schrader
COUNSEL FOR DEFENDANT: Peter Strianse

INITIAL HEARING HELD:          DEFENDANT ARRESTED:
    Defendant has a copy of and was advised of contents of:
          \_\_\_\_\_Complaint          \_\_\_\_Indictment          \_\_\_\_\_Other
          \_\_\_\_ Information        \_\_\_\_Supervised Release Petition

          _____ Defendant advised of constitutional rights
          _____ Defendant advised of right to preliminary hearing
          _____ Defendant advised of right to revocation hearing
          _____ Financial Affidavit filed
          _____ Government filed Motion for Detention
          _____ Defendant temporarily detained pending a hearing
          _____ Defendant is in State/Federal custody
          _____ Defendant released on previously set conditions of supervised release
          _____ Defendant released on own recognizance bond with conditions of release

PRELIMINARY HEARING:

DETENTION HEARING HELD: 8/21/19
    Case taken under advisement.


ARRAIGNMENT:
    Defendant acknowledges he/she has a copy of the Indictment
    Waives reading thereof \_\_\_\_\_          PLEA:    GUILTY      NOT GUILTY
    Intends to plead guilty and referred to District Judge _____
    Defendant consented to trial before Magistrate Judge_____

PROCEEDINGS CONDUCTED BEFORE MAGISTRATE JUDGE: BROWN   HOLMES   FRENSLEY   <u>NEWBERN</u>

LENGTH OF HEARING: 2 hours 21 minutes