AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Middle DISTRICT OF Tennessee

UNITED STATES OF AMERICA

V.

GEORGIANNA A.M. GIAMPIETRO

**EXHIBIT AND WITNESS LIST**

Case Number: 2:19-cr-00013

| PRESIDING JUDGE<br>Magistrate Judge Alistair Newbern | PLAINTIFF'S ATTORNEY<br>Phil Wehby & Ben Schrader | DEFENDANT'S ATTORNEY<br>Peter Strianse |
|---|---|---|
| TRIAL DATE (S)<br>8/21/19 Detention Hearing | COURT REPORTER<br>Digital audio recording | COURTROOM DEPUTY<br>Tina McDonald |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Defendant Witness: Lori Chaney |
|  | 1 coll |  | X | X | Character reference letters |
|  |  |  |  |  | Defendant Witness: Dana Looper |
|  |  |  |  |  | Defendant Witness: Maria Williams |

\* Include a notation as to the location of any exhibit not held with the case file or not available because

Page 1 of 1 Pages