UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> GEORGIANNA A.M. GIAMPIETRO, <br><br> Defendant. | Case No. 2:19-cr-00013 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Newbern <br><br> **UNDER SEAL** |

## ORDER

The United States has informed the Court that it has filed a supplemental memorandum in support of its motion for pretrial detention (Doc. No. 9). Defendant Georgianna Giampietro may file any response to that supplement by 3:00 p.m. on August 23, 2019.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge