IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Filed Under Seal** |
| | ) | |
| | ) | No. 2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Jennifer E. Levy, a Trial Attorney with the National Security Division, U.S. Department of Justice, hereby move for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the U.S. District Court for the District of Columbia, and have attached a Certificate of Good Standing to that effect to this motion as Exhibit A. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

    Respectfully Submitted,

    DONALD Q. COCHRAN
    United States Attorney

    By: /s/ Jennifer E. Levy
    Trial Attorney
    Counterterrorism Section
    National Security Division
    U.S. Department of Justice
    950 Pennsylvania Ave, NW
    Washington D.C. 20530

Jennifer E. Levy
D.C. Bar Number: 291070
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington D.C. 20530
Phone: 202-514-1092
Email: Jennifer.e.Levy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August 2019, a true and correct copy of the foregoing document was sent via email to Peter Strianse, counsel for the defendant.

*/s/ Ben Schrader*
BEN SCHRADER
Assistant U.S. Attorney