# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) )  |
| v. | ) NO. 2:19-cr-00013 ) |
| **GEORGIANNA A.M. GIAMPIETRO** | ) Chief Judge Crenshaw ) ) |

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 21) of Jennifer E. Levy is **GRANTED**.

_____
Kirk L. Davies
Clerk of Court

1