UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | **SEALED** |
|---|---|---|
| | ) | |
| v. | ) | No. 2:19-cr-00013 |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## ORDER

The Government shall file a Supplemental Motion to Designate this Matter as a Complex Case that is accompanied by an affidavit or affidavits establishing the appropriate factual basis for that designation. Within **seven (7) days** of the supplemental filing, Defendant shall file a response if she objects to this matter being declared complex.

A further status conference will be held on **October 17, 2019** at 4:00 p.m. The parties shall meet and confer in an effort to agree on a comprehensive scheduling order. Prior to the status conference, the parties shall file their proposed scheduling order, noting any disagreement as to specific deadlines and dates. Also before that conference, the Government shall file a copy of the Federal Register wherein Hay'at Tahrir is designated by the Secretary of State as a foreign terrorist organization.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE