UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Filed Under Seal** |
| | ) | |
| | ) No. | 2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## NOTICE REGARDING DESIGNATION OF HAYAT TAHRIR AL-SHAM, ALSO KNOWN AS "HTS," AS A FOREIGN TERRORIST ORGANIZATION

The United States of America, through the United States Attorney for the Middle District of Tennessee, respectfully provides the Court with notice regarding the designation of Hayat Tahrir al-Sham, also known as HTS, as a foreign terrorist organization. The indictment in this case alleges that the defendant, Georgianna A.M. GIAMPIETRO, knowingly attempted to provide material support and resources to HTS, which at all times relevant to the indictment was designated by the U.S. Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act.

At a status hearing on September 16, 2019, the Court directed the government to file with the Court the relevant portion of the Federal Register reflecting that HTS had been so designated. The government has attached a copy of the relevant portion of the Federal Register to this Notice as Exhibit A.

                                                 Respectfully Submitted,

                                                 DONALD Q. COCHRAN
                                                 United States Attorney
                                                 for the Middle District of Tennessee

By:    *s/Ben Schrader*
           BEN SCHRADER

1

Assistant U.S. Attorney
110th Avenue South, A96l
Nashville, Tennessee 37203
Phone:   (615) 736-5151

Dated:          September 26, 2019

2

## CERTIFICATE OF SERVICE

   I hereby certify that on September 26, 2019, I sent a copy of the foregoing via the Court's electronic filing system to Peter Strianse, Esq., counsel for the defendant.

              *s/ Ben Schrader*
              BEN SCHRADER
              Assistant United States Attorney