UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Filed Under Seal** |
| | ) | |
| | ) No. | 2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## JOINT MOTION FOR A PROTECTIVE ORDER

The United States, through the United States Attorney for the Middle District of Tennessee, and the defendant, Georgianna A.M. GIAMPIETRO, through her counsel, Peter Strianse, Esq., respectfully move this Court, pursuant to Federal Rule of Criminal Procedure 16(d)(1), for a protective order regarding certain discovery materials in this case. In support of this motion, the parties set forth as follows:

On August 14, 2019, a federal grand jury indicted defendant Georgianna A.M. GIAMPIETRO on one count of Attempting to Provide Material Support or Resources to Designated Foreign Terrorist Organization, in violation of Title 18, United States Code, Section 2339B, in connection with her attempt to provide material support, namely, personnel, to Hay'at Tahir al-Sham, also known as "HTS," a designated foreign terrorist organization ("FTO"). On August 16, 2019, GIAMPIETRO made her initial appearance before U.S. Magistrate Judge Alistair Newbern. On August 21, 2019, the parties appeared before Judge Newbern for a detention hearing. On September 5, 2019, Judge Newbern ordered GIAMPIETRO detained pending trial.

The government anticipates producing the following materials to GIAMPIETRO's counsel in its first tranche of discovery ("Production 1"):

- The contents of GIAMPIETRO's Facebook accounts, obtained after the

1

execution of a federal search warrant issued by U.S. Magistrate Judge Alistair Newbern on July 3, 2018;

- The contents of GIAMPIETRO's Instagram accounts, obtained after the execution of a federal search warrant issued by U.S. Magistrate Judge Alistair Newbern on July 3, 2018;[1]

- The contents of additional Instagram accounts associated with GIAMPIETRO, obtained after the execution of a federal search warrant issued by U.S. Magistrate Judge Alistair Newbern on July 11, 2018;[2]

- The contents of GIAMPIETRO's Google Cloud account (associated with email address gergiannagiampieto@gmail.com), obtained after the execution of a federal search warrant issued by U.S. Magistrate Judge Alistair Newbern on March 1, 2019;

- The contents of GIAMPIETRO's Samsung S5 cell phone, obtained after the execution of a federal search warrant issued by U.S. Magistrate Judge Alistair Newbern on October 22, 2018;

- The contents of GIAMPIETRO's Samsung S8 cell phone, obtained after the execution of a federal search warrant issued by U.S. Magistrate Judge Alistair Newbern on October 22, 2018;

- The contents of GIAMPIETRO's laptop computer, obtained after the execution of a federal search warrant issued by U.S. Magistrate Judge Alistair Newbern on October 22, 2018;

- The contents of four thumb drives, obtained after the execution of a federal search warrant issued by U.S. Magistrate Judge Alistair Newbern on October 22, 2018; and

- A redacted transcript of an interview of GIAMPIETRO on October 23, 2018, conducted in connection with the execution of a search warrant at her residence on that date.

Because the purpose of discovery is for nothing other than to be used in the prosecution or defense in this case, the parties agree that the discovery materials identified above shall not be

---

[1] This search warrant was issued for information associated with numerous Instagram profile names.
[2] This search warrant was issued for information associated with Instagram username 1395009601.

further disseminated by the defendant, or her counsel of record, or any individual associated with her, to any individuals, organizations or other entities, other than: (i) members of the defense team (counsel, paralegals, investigators, translators, transcription service personnel, litigation support personnel, the defendant, and secretarial staff); (ii) experts retained to assist in the preparation of the case; and (iii) individuals or entities assisting the United States in the prosecution of the case (generally the same types of individuals listed at (i), above). Each of the individuals to whom disclosure is made pursuant to the above provision shall be provided a copy of this protective order and will be advised that he or she shall not further disseminate the materials except for good cause and with the express direction of counsel. In addition, counsel and any investigator may show (but not provide copies or allow memorialization of information in) the discovery materials identified above to witnesses or potential witnesses, if it is determined that it is necessary to do so for the purpose of preparing the case.

Under no circumstances, however, may the defendant retain a copy of these materials for herself. Rather, counsel shall store all of these materials, and any copies thereof, in a safe and secure place in defense counsel's office and shall exercise due and proper care with respect to the storage, custody, use, control, and/or dissemination of such information. Non-party recipients of any of these discovery materials pursuant to this protective order shall have in place appropriate administrative, technical, and physical safeguards to protect the privacy of these discovery materials.

Lastly, the parties agree that there is good cause under Federal Rule of Criminal Procedure 16(d)(1) for the Court to adopt a protective order regarding the above-described materials. These materials implicate a matter of national security, such that the disclosure or further dissemination of these materials could jeopardize national security, alert other persons to the government's

3

investigation and prompt them to flee or take steps to evade potential prosecution, including by obstructing justice or taking flight.

|  |  | Respectfully Submitted, |
|---|---|---|
| PETER STRIANSE, ESQ.<br>Counsel for Defendant |  | DONALD Q. COCHRAN<br>United States Attorney<br>for the Middle District of Tennessee |
| */s/ Peter Strianse* | By: | *s/Ben Schrader*<br>BEN SCHRADER<br>Assistant U.S. Attorney<br>110th Avenue South, A96l<br>Nashville, Tennessee 37203<br>Phone:   (615) 736-5151 |

Dated:        September 26, 2019