UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Filed Under Seal** |
| | ) | |
| | ) No. | 2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## NOTICE REGARDING PROTECTIVE ORDER

The United States, through the United States Attorney for the Middle District of Tennessee, respectfully files this Notice regarding a proposed Protective Order for Discovery Production 1 in this case:

1. On September 26, 2019, the parties filed a Joint Motion for a Protective Order regarding Discovery Production 1 (the "Joint Motion"). (ECF Doc. 28.)

2. On September 27, 2019, the Court contacted the parties inquiring as to whether a proposed order had been docketed along with the Joint Motion. The government noted that it would confer with defense counsel and follow up with the Court.

3. The same day, the government drafted a proposed Protective Order, which largely tracked the language of the Joint Motion, and emailed it to defense counsel for his review. The proposed Protective Order is attached to this filing as Exhibit A.

4. The government followed up with defense counsel by email on September 30, 2019, and October 2, 2019, inquiring whether the proposed Protective Order was acceptable to the defense. To date, the government has received no response to those emails.

WHEREFORE, the government respectfully requests that the Court grant the Joint Motion and issue the Protective Order attached as Exhibit A.

1

Respectfully Submitted,

DONALD Q. COCHRAN
United States Attorney
for the Middle District of Tennessee

By:    *s/Ben Schrader*
BEN SCHRADER
Assistant U.S. Attorney
110th Avenue South, A96l
Nashville, Tennessee 37203
Phone: (615) 736-5151

Dated:     October 8, 2019