

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No. 2:19-cr-00013 (SEALED)

GEORGIANNA A. M. GIAMPIETRO
    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

    The undersigned counsel for Georgianna A. M. Giampietro hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court Northern District of Texas, and 18 other federal courts.[1] Attached is a Certificate of Good Standing from the United States District Court Northern District of Texas. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

/s/ _____
      Signature

Name and TX State Bar Number:

Charles D. Swift – 24091964 -TX

Business Address:
Constitutional Law Center for Muslims in America,
833 East Arapaho Rd., Suite 102
Richardson, TX 75081

Phone: 972-914-2507

Email: cswift@clcma.org

## CERTIFICATE OF SERVICE

    Counsel for Defendant Georgianna A. M. Giampietro hereby certifies that on this 14th day of October, 2019, a copy of the attached motion was mailed via FedEx to the Clerk of Court in overnight mail. This motion will be filed on the CM/ECF and served on Assistant United States

---

[1] See attached for a full list of courts where Charles D. Swift is admitted to practice and in good standing.

Attorney, Ben Schrader. I declare under penalty of perjury under the laws of the State of Tennessee that the foregoing is true and correct.

                                        Signed on October 14, 2019, at Nashville, TN

                                        s/ *Charles D. Swift*
                                        _____
                                        Charles D. Swift