U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED
2019 OCT 15 AM 10: 09
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## Charles Davidson Swift

Bar Number:　　　　　　　　　　　　Date of Admission:

**41671WA**　　　　　　　　　　　　　06/23/2015

Witness my official signature and the seal of this court.

Dated: September 27, 2019　　　　　　Karen Mitchell,
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By: /s/ K. Riojas
　　　　　　　　　　　　　　　　　　Deputy Clerk

