**Admitted to practice before these Federal courts:**

1) U.S. Supreme Court – 03/01/06
2) U.S. Court of Appeals – 9th Circuit – 12/05/08
3) U.S. Court of Appeals – 2nd Circuit – 07/24/15
4) U.S. Court of Appeals – 8th Circuit – 07/29/15
5) U.S. Court of Appeals – 3rd Circuit – 08/09/16
6) U.S. Court of Appeals – 6th Circuit – 12/20/16
7) U.S. Court of Appeals – 11th Circuit – 03/21/17
8) U.S. Court of Appeals – 5th Circuit – 06/17/19
9) US District Court – Western District of Washington – 02/16/95
10) US Court of Federal Claims – 08/23/10
11) US District Court – Eastern District of Michigan – 10/14/10
12) Court of Appeals – Armed Forces – 05/17/11 #35357
13) US District Court – Eastern District of North Carolina – 02/01/12
14) US District Court – Eastern District of Texas – 10/31/13
15) US District Court – Northern District of Texas – 06/23/15
16) US DOJ Immigration Court – 10/27/2015 #ZZ957451
17) US District Court – District of Columbia – 12/07/15
18) US District Court – Western District of Texas – 01/11/17
19) US District Court – Southern District of Texas – 04/23/18

**Admitted to practice before these State courts:**

1) North Carolina Supreme Court (August 26, 1994) #21084
2) District of Columbia Court of Appeals (May 1, 2009) #987351
3) State Bar of Washington (October 27, 2009) #41671
4) State Bar of Texas (October 23, 2014) #24091964

Charles Swift is ACTIVE and in Good Standing in all of the above courts.