October 14, 2019

Nashville Clerk's Office
801 Broadway, Room 800
Nashville, TN 37203

    **Re: Motion for Admission *Pro Hace Vice* in Case No.: 2:19-cr-00013 (SEALED)**
                      *United States v. Georgianna A. M. Giampietro*

For the Clerk of Court,

    Enclosed with this letter is a Motion for Admission *Pro Hace Vice, Certificate of Good Standing, Courts of Admission List and check* for Mr. Charles D. Swift in the above case. Ms. Giampietro currently has counsel but wishes to retain Mr. Swift for her representation going forward. Mr. Swift does not have a CM/ECF account for the Middle District of Tennessee and our understanding from your office is that he will be given one following approval of his Motion for Admission *Pro Hace Vice*. Upon this approval Mr. Swift will file a Notice of Appearance on the CM/ECF that will be served on all parties.

Please contact us should you have any questions.


Respectfully,

*/s/ C. McDonald*

Catherine McDonald
Constitutional Law Center for Muslims in America
833 East Arapaho Rd., Suite 102
Richardson, TX
75081
972-914-2507 Ext. 1112
cmcdonald@clcma.org