

ORIGIN ID:DNEA  (972) 914-2507
CHARLES SWIFT

833 E ARAPAHO ROAD

RICHARDSON, TX 75081
UNITED STATES US

SHIP DATE: 14OCT19
ACTWGT:
CAD: 110860436/INET4160

BILL SENDER

TO  NASHVILLE CLERK'S OFFICE
US DISTRICT COURT
801 BROADWAY
ROOM 800
NASHVILLE TN 37203
(972) 914-2507      REF:
INV:
PO:                 DEPT:



FedEx Express

TUE - 15 OCT 8:00A
TRK# 7767 1035 9850   FIRST OVERNIGHT
0201

**N1 RNCA**   37203
              TN-US  BNA



FedEx First Overnight®


Case 2:19-cr-00013Document 33-4Filed 10/15/19Page 1 of 2 PageID #: 162



FedEx Express

FedEx First Overnight

FedEx carbon-neutral
envelope shipping

TUE – 15 OCT 8:00A
FIRST OVERNIGHT

37203
TN-US BNA

FedEx
TRK# 7767 1035 9850
0201

N1 RNCA