UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 2:19-cr-00013 (SEALED) |
| v. ) | |
| ) | Chief Judge Crenshaw |
| GEORGIANNA A.M. GIAMPIETRO ) | |

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 33) of Charles D. Swift is **GRANTED**.

_____
Kirk L. Davies
Clerk of Court

1