# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*Plaintiff* )<br>v. )<br>SEALED (GEORGIANNA A.M. GIAMPIETRO) )<br>*Defendant* ) | Case No. 2:19-CR-00013 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GEORGIANNA A. M. GIAMPIETRO.

Date: 10/15/2019

/s/ Charles D. Swift
*Attorney's signature*

Charles D. Swift, TX - 24091964
*Printed name and bar number*

Constitutional Law Center for
Muslims in America
833 East Arapaho Rd.
Suite 102
Richardson, Texas 75081

_____
*Address*

cswift@clcma.org
*E-mail address*

(972) 914-2507 Ext. 1111
*Telephone number*

(972) 692-7454
*FAX number*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October 2019, the foregoing notice was filed with the Clerk of the Court using the sealed criminal case email system and a copy of this notice was emailed to Assistant United States Attorney, Ben Schrader. I declare under penalty of perjury under the laws of the State of Tennessee that the foregoing is true and correct.

        s/ Charles D. Swift
        CHARLES D. SWIFT TX - 24091964
        Constitutional Law Center for
        Muslims in America
        833 East Arapaho Rd., Suite 102
        Richardson, TX 75081
        *Pro Hac* Attorney for Georgianna Giampietro