UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Filed Under Seal** |
| | ) | |
| | ) No. | 2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE DECLARATION EX PARTE AND UNDER SEAL

The United States, through Assistant United States Attorney Ben Schrader, hereby moves for leave to file ex parte and under seal a declaration regarding declassification procedures in the above-referenced case. In support of its motion for leave to file this declaration ex parte and under seal, the government represents that the information contained in the declaration makes reference to internal workings of the FBI, including FBI review mechanisms regarding classified material, and is therefore of a sensitive nature and warrants filing ex parte and under seal.

WHEREFORE, for the reasons above, the government moves for leave to file the above-described declaration with the Court under seal and ex parte.

Respectfully submitted,

DONALD Q. COCHRAN

United States Attorney for the
Middle District of Tennessee

By:   *s/Ben Schrader*
BEN SCHRADER
Assistant U.S. Attorney
110th Avenue South, A96l
Nashville, Tennessee 37203
Phone:  (615) 736-5151

1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2019, I emailed the government's Motion For Leave to File Notice Ex Parte and Under Seal to Peter Strianse and Charles Swift, counsel for the defendant.

                                      *s/Ben Schrader*
                                      BEN SCHRADER
                                      Assistant U.S. Attorney
                                      110th Avenue South, A96l
                                      Nashville, Tennessee 37203
                                      Phone:  (615) 736-5151