UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Filed Under Seal** |
| | ) | |
| | ) No. | 2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## GOVERNMENT'S MOTION TO ADOPT SCHEDULING ORDER

The United States, through the United States Attorney for the Middle District of Tennessee, and the Counterterrorism Section of the National Security Division, U.S. Department of Justice, hereby moves the Court to adopt the following proposed trial schedule with accompanying deadlines. The government believes that the total time needed in court for trial in this case is approximately 2-3 weeks.[1]

### Trial Date

The government requests that jury selection begin in this case on **Tuesday, August 17, 2021**.

### Pretrial Deadlines

The government proposes the following pretrial deadlines in this case:

**Rule 16 Discovery**

**August 28, 2020**. Deadline for the government to provide Rule 16 material to the defense.

---

[1] Pursuant to the Court's direction at the status conference on September 16, 2019, the government sent this proposed Motion to Adopt Scheduling Order to the defense in the afternoon on October 11, 2019, and asked that the defense notify the government by noon on October 15, 2019 whether the defense had any objections, in whole or in part, to the motion. As of the date and time of the instant filing—approximately 12:30 p.m. on October 15, 2019—the government has received no response from the defense.

1

## CIPA Matters

**August 28, 2020**. Deadline for the government's CIPA § 4 filing.

## Rule 12(b) Motions

**January 4, 2021**. Deadline for the defense to file Rule 12(b) motions (e.g., motions to dismiss, motions to suppress, etc.).

**March 1, 2021**. Deadline for the government to respond to Rule 12(b) motions.

**March 15, 2021**. Deadline for the defense to file replies to the government's responses.

**Week of March 29, 2021**. Hearing on Rule 12(b)(1) motions.

## Expert Notices

**January 4, 2021**. Deadline for the parties to provide expert notices.

**March 1, 2021**. Deadline for the parties to file expert-related motions.

**March 15, 2021**. Deadline for the parties to file responses to expert-related motions.

**March 22, 2021**. Deadline for the parties to file replies to responses.

**Week of March 29, 2021**. Hearing on expert-related motions.

## Evidentiary Motions

**July 5, 2021**. Deadline for Rule 404(b) notice and motions in limine.

**July 26, 2021**. Deadline for responses to Rule 404(b) notice and motions in limine.

**August 2, 2021**. Deadline for replies to responses.

**Jencks**

**August 3, 2021**. Government production of Jencks material to the defense.

**Jury Instructions**

**August 3, 2021**. Deadline to submit proposed jury instructions.

**Witness List**

**August 3, 2021.** Parties disclose witness lists.

**Pretrial Conference**

**August 9, 2021**

        Respectfully submitted,

        DONALD Q. COCHRAN
        United States Attorney
        Middle District of Tennessee

By:    *s/Ben Schrader*
       BEN SCHRADER
       Assistant U.S. Attorney
       110th Avenue South, A96l
       Nashville, Tennessee 37203
       Phone: (615) 736-5151

By:    *s/Philip Wehby*
       PHILIP WEHBY
       Assistant U.S. Attorney
       110th Avenue South, A96l
       Nashville, Tennessee 37203
       Phone: (615) 736-5151

By:    *s/Jennifer Levy*
JENNIFER LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Suite 7600
Washington, D.C. 20530
Phone: (202) 514-1092

Dated: October 15, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019 I electronically served one copy of the government's Motion to Adopt Scheduling Order with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for defendant.

                                        *s/Ben Schrader*
                                        BEN SCHRADER
                                        Assistant U.S. Attorney
                                        110th Avenue South, A96l
                                        Nashville, Tennessee 37203
                                        Phone: (615) 736-5151