```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675056613
Cashier ID: althea2
Transaction Date: 10/15/2019
Payer Name: CLCMA
------------------------------------
PRO HOC VICE
 For: CLCMA
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $100.00
------------------------------------
Paper Check Conversion
 Amt Tendered: $100.00
------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

2:19-CR-00013
```