# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Case No.: | 2:19-cr-00013 |
| Judge: | Waverly D. Crenshaw, Jr. |
| Hearing Date: | 10/16/2019 |
| Location: | ☒ Nashville ☐ Columbia ☐ Cookeville |
| Court Reporter: | Lise Matthews |
| Court Interpreter: | |

UNITED STATES OF AMERICA
V.
GEORGIANNA A.M. GIAMPIETRO (Defendant not present)

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Phil Wehby, Jennifer Levy, Ben Schrader

Defense Attorney(s): Peter Strianse, Charles Swift

## TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Status conference held.
- Parties to meet and prepare a draft scheduling order to be filed by 9:00 am on November 12, 2019.
- Government to provide three (3) possible people for the lead CISO with information about them; same info for alternates by two (2) weeks from today.
- A status conference is scheduled for November 13, 2019, at 1:00 pm. An ex parte hearing will be held prior to the status conference.
- Order to enter.

Total Time in Court: 15 minutes

Clerk of Court
by: Kelly Parise