IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED UNDER SEAL** |
| | ) | |
| | ) | No. 2:19-00013 |
| v. | ) | |
| | ) | Chief Judge Waverly D. Crenshaw, Jr. |
| | ) | Magistrate Judge Alistair E. Newbern |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## DEFENSE MOTION TO REQUEST SEALED TRANSCRIPT OF DETENTION HEARING

The Defendant, through her attorney, Charles D. Swift, requests a sealed transcript of the Detention Hearing held on August 21, 2019. The Defendant intends to appeal the Magistrate's Order for Detention and requests a transcript of the Detention Hearing for this purpose. Counsel conferred with AUSA Ben Schrader, and the government does not object to this motion.

Respectfully submitted,

/s/ *Charles D. Swift*

CHARLES D. SWIFT

*Pro Hac* Attorney for Georgianna Giampietro

Constitutional Law Center for Muslims in America
833 East Arapaho Rd., Suite 102
Richardson, TX 75081
Phone: (972)-914-2507
Email: cswift@clcma.org

Dated: October 17, 2019

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2019, a copy of this motion was served via email to Assistant United States Attorney, Ben Schrader, Assistant United States Attorney, Phil Wehby and NSD Attorney Jennifer Levy.

/s/ *Charles D. Swift*

CHARLES D. SWIFT

*Pro Hac* Attorney for Georgianna Giampietro

Constitutional Law Center for
Muslims in America
833 East Arapaho Rd., Suite 102
Richardson, TX 75081
Phone: (972)-914-2507
Email: cswift@clcma.org