UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:19-cr-00013 |
| | ) | SEALED |
| GEORGIANNA A.M. GIAMPIETRO, | ) | |
| Defendant. | ) | |

## ORDER

Defense Motion to Request Sealed Transcript of Detention Hearing (Doc. No. 44) is unopposed and is **GRANTED**. Counsel for the Defendant shall contact the Clerk to begin the process for ordering the transcript.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE