

**U.S. Department of Justice**

Justice Management Division

*Security and Emergency Planning Staff*

*Washington, D.C. 20530*

OCT **1 6** 2019

The Honorable Waverly D. Crenshaw, Jr.
United States District Court
   for the Middle District of Tennessee
Estes Kevaufer Federal Building and United States Courthouse
800 Broadway
Nashville, Tennessee 37203

                RE:    *United States v. Georgianna A.M. Giampietro* (No. 02:19-cr-00013)

Dear Chief Judge Crenshaw:

Pursuant to paragraph two of the "REVISED SECURITY PROCEDURES ESTABLISHED PURSUANT TO PUB. L. 96-456, 94 STAT. 2025, BY THE CHIEF JUSTICE OF THE UNITED STATES FOR THE PROTECTION OF CLASSIFIED INFORMATION," I recommend Ms. Carli V. Rodriguez-Feo, Security Specialist, for the position of Classified Information Security Officer in the above-captioned case. I also recommend Security Specialists Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Matthew W. Mullery, Maura L. Peterson, Harry J. Rucker, and Winfield S. Slade as alternate Classified Information Security Officers. In addition, I certify that the above-mentioned individuals are cleared for the level and category of classified information that will be involved in this litigation. Their duties will include responsibilities to the court for information, physical, personnel, and communications security, as well as any other pertinent duties as outlined in the above-cited procedures.

If you have any questions please do not hesitate to contact me at (202) 514-2094, or Joan B. Kennedy, Associate Director at (202) 514-9016.

Sincerely,

James L. Dunlap
Department Security Officer

cc:
Edward Friedland, District Executive
Ruby Krajick, Clerk of Court