UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:19-cr-00013 |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The defense Motion to Reschedule Status Conference Date (Doc. No. 53) is **DENIED** because it lacks good cause.

The defendant has two counsel of record - Mr. Charles Swift and Mr. Peter Strianse. Mr. Strianse will be present for the status conference today.

Mr. Swift shall familiarize himself with the Local Rules of Court. There is no such thing as a "Limited Notice of Appearance" in the Local Rules. Pursuant to LCrR 57.01(b) Mr. Swift shall secure local counsel in this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE