# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) ) ) |
| Defendant. | ) |

## ORDER

The Government's Motion to Excuse Presence of Counsel (Doc. No. 56) is **GRANTED.** For very good cause, Assistant U.S. Attorney Ben Schrader's appearance is WAIVED. Phil Wehby will appear on his behalf.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE