UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED UNDER SEAL** |
| | ) | |
| | ) | No. 2:19-00013 |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## ORDER

The Court directs the Clerk's Office to provide to counsel for Defendant, the following documents:

1, 2, 5-11, 14, 15, 18, 19, 22, 24 and 42.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE