UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013

UNITED STATES OF AMERICA
V.

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 11/1/2019

GEORGIANNA A.M. GIAMPIETRO

Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Lise Matthews

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Phil Wehby

Defense Attorney(s): Peter Strianse, Charles Swift

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Status conference held.
- Prior to the status conference on November 13, 2019, the Government will produce Carli Rodriquez-Feo, Daniel Hartenstine and Harry Rucker to be interviewed at 9:00 a.m.. The court will also question David Sesma. Scheduling order will be completed on November 13, 2019. The Government to produce an inventory of discovery by November 12, 2019, at 9:00 a.m.
- Defendant to confer with Government. If Government agrees, a joint motion will be filed. If Government disagrees, the court will address. By November 8, 2019, a motion and Memorandum of Law to be filed re possible appointment pursuant to CJA
- Order to enter.

Total Time in Court: 25 minutes

Clerk of Court
by: Kelly Parise