UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cr-00013 (SEALED) |
| ) | JUDGE CRENSHAW |
| GEORGIANNA A. M. GIAMPIETRO ) | |
| Defendant. ) | |

## DEFENSE MOTION REQUESTING A SEALED TRANSCRIPT

The Defendant, through her attorney, Charles D. Swift, respectfully requests a sealed transcript of the Status Conference Hearing held on November 1, 2019. Counsel conferred with AUSA Phil Wehby, and the government does not object to this motion.

Respectfully submitted this November 4, 2019,

/s/ Charles D. Swift
CHARLES D. SWIFT
*Pro Hac* Attorney for Giampietro
TX Bar No. - 24091964
Constitutional Law Center for Muslims in America,
833 East Arapaho Rd., Suite 102
Richardson, TX 75081
Phone: 972-914-2507
Email: cswift@clcma.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, a copy of this motion requesting a sealed transcript was served via email to Assistant United States Attorney, Ben Schrader, Assistant United States Attorney, Phil Wehby, and NSD Attorney Jennifer Levy.

/s/ Charles D. Swift
CHARLES D. SWIFT
*Pro Hac* Attorney for Giampietro
Constitutional Law Center for Muslims in America,
833 East Arapaho Rd., Suite 102
Richardson, TX 75081

1