IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED UNDER SEAL** |
| | ) | |
| | ) | No. 2:19-00013 |
| v. | ) | |
| | ) | Chief Judge Waverly D. Crenshaw, Jr. |
| | ) | Magistrate Judge Alistair E. Newbern |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

### ORDER

Defense Motion to Request Sealed Transcript of the November 1, 2019, Status Conference Hearing (Doc. No. 60) is unopposed and is GRANTED. Counsel for the Defendant shall contact the Clerk to begin the process for ordering the transcript and shall be responsible for costs of said transcript.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1