UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | **SEALED** |
|---|---|---|
| | ) | |
| v. | ) | No. 2:19-cr-00013 |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

**ORDER**

At the status conference on November 1, 2019, the Court indicated that it intends to cover a lot of ground at the next status conference, including implementing a scheduling order, setting a firm trial date, and appointing a Classified Information Security Officer. In anticipation thereof, the Court ordered the following:

(1) A further status conference will be held in this case on November 13, 2019 at 1:00 p.m., with the possibility that the conference will extend into the following day, November 14, 2019. All counsel of record shall be present and remain until adjourned. Before that conference, the following will be accomplished:

(a) On or before November 8, 2019, the Government shall deliver to counsel for Defendant all documents and information presented to the grand jury, including evidence from the search warrants executed at Defendant's home;

(b) Also by November 8, 2019, Defendant shall file a Motion and Memorandum on any request for the appointment of counsel under the Court's CJA plan if she is seeking court-appointed counsel.

(c) By 9:00 a.m. on November 12, 2019, the Government shall provide the Court with an inventory of all evidence that has been disclosed to Defendant to that date;

(2) Supervisory Special Agent David J. Sesma shall be present at the November 13, 2019

status conference and shall be prepared to discuss the representations in his Declaration (Doc. No. 40-1) with specificity, including, but not limited to, (a) whether he has control and access to the discovery in this case; (b) all documents and things referenced in paragraph 4 of his Declaration; (c) the quantity of the remaining material referenced in paragraph 6; (d) the length of time it will take to process the information referred to in paragraph 13; and (e) the phases of discovery and the timetable and need for the same in terms of its relevance and materiality to this case. In the event that Agent Sesma is unable to address in detail one or more of these points, the Government shall have available at the conference an individual who can address the topics.

(3) Proposed Classified Information Security Officers Carli V. Rodgriquez-Feo, Daniel O. Hartenstine, and Harry J. Rucker shall also be in attendance on November 13, 2019 because the Court intends to interview those individuals. The interviews will be held in chambers beginning at 9:00 a.m. Prior to those interviews, the Government shall provide a Curriculum Vitae for each individual.

(4) Requests for sealed documents are governed by Administrative Order 198, which is available on the Court's website. With respect to any requests under that Order, counsel for Defendant shall first discuss the request with the Government and, if the Government agrees with release of the document(s), the motion shall so specify and a Joint Agreed Order shall be submitted. If the Government opposes the request, Defendant shall recite the Government's position, and the Government shall respond to Defendant's request and specify why the sealed information should not be disclosed.

(5) Local co-counsel shall be retained in this case.

(6) Any additional charges against Defendant relating to, or arising out of, the issues for

2

which she is currently under indictment shall be filed by December 31, 2019.

(7) Because the Court will set a scheduling order, including a trial date at the November 13, 2019 conference, the parties alternative Motions to Adopt Scheduling Order (Doc. Nos. 41 & 50) are **DENIED**.

(8) In light of this Court's Order (Doc. No. 58) entered after the November 1, 2019 conference, Defendant's Motion for Missing Documents (Doc. No. 55) is **DENIED AS MOOT**.

(9) The Government's Motion for a Pretrial Conference Pursuant to 18 U.S.C. App. III is **DENIED WITHOUT PREJUDICE** to refiling if and when such a conference is necessary.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE