UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Filed Under Seal** |
| | ) | |
| | ) | No.  2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

**PROTECTIVE ORDER**

The United States, through the United States Attorney for the Middle District of Tennessee, has requested that a Protective Order be entered regarding the disclosure of a declaration originally filed with the Court on an ex parte basis.  On November 1, 2019, the Court directed that the government be prepared to provide a copy of said declaration to defense counsel in advance of the scheduled November 13, 2019, status hearing.

Based upon good cause shown by the government in its Supplement to Government's Submission of a Declaration Filed Ex Parte with the Court on October 15, 2019, including that the declaration contains sensitive information concerning the internal processes and structure of the FBI and discusses FBI review procedures relating to classified information which should not be made public, such that the disclosure or further dissemination of the declaration could jeopardize national security, it is hereby ORDERED that the declaration identified above shall be provided to defense counsel exclusively for use in defense counsel's representation of the defendant in this case, not to be used in any other litigation involving other defendants or parties.  It is further ORDERED that the declaration identified above shall not be further disseminated by the defendant's counsel of record to any other individuals, organizations or other entities. Each of the individuals to whom disclosure is made pursuant to the above provision shall be provided a copy

1

of this protective order and will be advised that he shall not further disseminate the declaration except for good cause and with the express prior consent of the Court. Furthermore, defense counsel shall not make any additional copies of the declaration for any reason without the express prior consent of the Court.

Counsel shall store the declaration in a safe and secure place in defense counsel's office and shall exercise due and proper care with respect to the storage, custody, use and control of the declaration so that there is no further dissemination of the declaration without the express prior consent of the Court. Once the Court establishes a trial schedule for this case, defense counsel shall return the copies of the declaration provided pursuant to this Protective Order to the government and certify that no additional copies of the declaration have been made or retained by defense counsel.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE