UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to 18 U.S.C. App. III § 9; Classified Information Procedures Act, Pub. L. No. 96-456, § 9, 94 Stat. 2029 (1980) and paragraph 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the protection of classified information, the Court appoints Carli Rodriguez-Feo for the position of Classified Information Security Officer in the above-captioned matter. The Court appoints Daniel O. Hartenstine and Harry J. Rucker as Alternate Classified Security Officers for this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE