UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **SEALED** |
| | ) | |
| v. | ) | No. 2:19-cr-00013 |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

**ORDER**

In accordance with the discussions at the status conference on November 13, 2019, the Court confirms the following:

(1) On or before December 6, 2019, the Government shall file a supplemental affidavit (or affidavits) in support of its request to declare this case complex. Specifically, the Government shall provide an estimate based upon it professional opinion of the amount of material to be disclosed and the percentage of that material that may actually be considered classified. Those estimates shall be formulated in such a way that the size of the material at hand is comprehensible, such as by estimating of the number of pages, videos, and chats involved. The Government shall also specify the time it will take to process the discovery materials and how it is being handled both logistically and in terms of staffing. The Government shall further provide a proposed schedule for the production of the discovery materials and, if necessary, described the phases of discovery it would like the Court to consider. In short, the affidavits need to be *detailed* so that the Court can make an informed judgment based upon evidence or facts about the Government's request. Thus, in drafting the affidavit(s), the Government should delete from its lexicon nebulous words and phrases like "voluminous," "quite voluminous," "immense quantity," and "sufficient time." Said affidavit(s) shall be submitted *ex parte* and under seal.

1

(2) Section 4 disclosure under the Classified Information Procedures Act shall be submitted on or before March 4, 2020. Supplemental disclosure, limited to material not available for the March 4 deadline, shall be filed by May 4, 2020, with an explanation on why it was not previously available.

(3) A further status conference will be held in this case on December 23, 2019 at 1:00 p.m.

Finally, and as a housekeeping matter the Clerk shall **TERM** as pending the Government's Motion for Appointment of a Classified Information Security Officer (Doc. No. 37). By Order entered contemporaneously herewith, the Court has made appropriate appointments.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE