

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NORTHEASTERN</u> DIVISION

Petty Offense ( )
Misdemeanor ( )
Felony (X)
Juvenile ( )

County of Offense: WHITE
AUSA's NAME: <u>WEHBY / SCHRADER / LEVY</u>

<u>GEORGIANNA A.M. GIAMPIETRO</u>
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed? _____ Yes <u>X</u> No

If Yes, what language? _____

<u>Peter Strianse and Charles Swift</u>
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC 2339B(a)(1) | ATTEMPT TO PROVIDE MATERIAL SUPPORT TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION | 20 YRS | $250,000 |
| 2 | 18 USC 1519 | DESTRUCTION OF RECORDS OR DOCUMENTS IN FEDERAL INVESTIGATION | 20 YRS | $250,000 |
| 3 | 18 USC 1512(c)(1) | TAMPERING AND ATTEMPTING TO TAMPER WITH DOCUMENTS FOR USE IN OFFICIAL PROCEEDING | 20 YRS | $250,000 |

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
| | | | |

Is the defendant currently in custody?   Yes ( X )   No ( )   If yes, State or Federal? FEDERAL

Has a complaint been filed?   Yes ( )   No ( )

   If Yes:   Name of the Magistrate Judge _____   Case No.: _____
             Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?   Yes ( X )   No ( )

   If Yes:   Name of the Magistrate Judge <u>NEWBERN</u>   Case No.: _____

Was bond set by Magistrate/District Judge?   Yes ( )   No ( X )   Amount of bond: <u>DETAINED</u>

Is this a Rule 20? Yes ( ) No ( X )   To/from what district? _____
Is this a Rule 40? Yes ( ) No ( X )   To/from what district? _____

Is this case related to a pending or previously filed case:   Yes ( )   No ( X )
   What is the related case number? _____
   Who is the Magistrate Judge? _____

Estimated trial time:   <u>Three weeks or more</u>

The Clerk will issue a **Summons/~~Warrant~~**   (circle one)

Bond Recommendation: <u>  N/A – Defendant previously detained following a hearing  </u>