IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED UNDER SEAL** |
| | ) | |
| | ) | No. 2:19-00013 |
| v. | ) | |
| | ) | Chief Judge Waverly D. Crenshaw, Jr. |
| | ) | Magistrate Judge Alistair E. Newbern |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## MOTION TO FILE DEFENSE MOTION FOR EXPERT COSTS EX PARTE

COMES NOW, Defendant, Georgianna Giampietro, by and through undersigned counsel and requests of the Court to be allowed to file its Motion For Expert Costs, Under Seal and Ex Parte. Filing Ex Parte is in accordance with 18 USC § 3006A(e)(1)'s direction that such requests are to be considered Ex Parte.

Respectfully submitted this 20th day of December, 2019.

By: /s/ *Charles Swift*
Charles D. Swift,
Pro HacAttorney for Giampietro
CLCMA
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
(972) 914-2507

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Sealed Cases Clerk of the court via email on December 20, 2019, and a copy of the same has been forwarded via email to all counsel of record.

By: /s/ *Charles Swift*
Charles D. Swift, Pro Hac
Attorney for Giampietro
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081

2

Case 2:19-cr-00013   Document 80   Filed 12/20/19   Page 2 of 2 PageID #: 511