# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013

UNITED STATES OF AMERICA

V.

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 12/23/2019

GEORGIANNA A.M. GIAMPIETRO

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Lise Matthews

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Phil Wehby, Jennifer Levy, Ben Schrader

Defense Attorney(s): Charles Swift, Peter Strianse

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Status conference held.
- Speedy trial waived. The trial is scheduled to be held on August 17, 2020, at 9:00 am; a Pretrial Conference is scheduled for August 3, 2020 at 9:00 a.m.; a status conference is scheduled for April 3, 2020, at 4:30. A follow-up status conference is scheduled for June 19, 2020, at 10:30 a.m.; Written status reports due 48 hours prior to status conference dates. Expert disclosure is May 15, 2020. Deadline for Daubert Motions is June 5, 2020. The Government to file status reports on discovery by noon on the following dates: December 27, 2019, January 24, 2020, February 21, 2020, and March 27, 2020.
- Order to enter.

Total Time in Court: 30 minutes

Clerk of Court
by: Kelly Parise