MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. __Georgianna Giampietro__, No. __2:19-00013__

ATTORNEY FOR GOVERNMENT: __Phil Wehby__

ATTORNEY FOR DEFENDANT: __Peter Strianse, Charles Swift__ AFPD Panel (Retained)

PRETRIAL SERVICES/PROBATION OFFICER: _____

INTERPRETER NEEDED? YES (NO) LANGUAGE/INTERPRETER: _____
☐ PRESENT ☐ ON TELEPHONE

☑ **INITIAL APPEARANCE** ☐ ON A SUMMONS ☑ ARRESTED ON: _____
DEFENDANT HAS A COPY OF:
☐ Complaint ☑ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
☑ Defendant advised of the charges and the maximum penalties
☑ Defendant has a copy of notice of rights
☑ Defendant advised of right to counsel     ☑ Counsel retained
☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed    ☐ FPD Appointed
☐ Defendant advised of right to silence
☐ Defendant advised of right to **Consular notification**
☐ Government motion for detention
☐ Defendant temporarily detained        ☐ ICE detainer on defendant
☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
☐ Defendant to remain in Federal custody ☐ Defendant to be returned to State custody
☐ Defendant advised of right to preliminary hearing ☐ Defendant waived preliminary hearing
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant to remain on current conditions of **supervised release**
☐ Defendant released on:
    ☐ Own recognizance with conditions of release ☐ standard ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
    ☐ Performance bond [as set out in conditions of release]
☐ **RULE 5** - Defendant advised of right to identity hearing  ☐ Defendant waived identity hearing
☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER

☐ PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO: _____

☐ **GRAND JURY WAIVED IN OPEN COURT**    [Defendant sworn and advised of rights by Court]

☑ **ARRAIGNMENT**
    ☑ Defendant acknowledges he/she has copy of Indictment/Information  ☐ Court advised Def. of penalties
    ☑ Defendant waives reading thereof         ☐ Indictment/Information read to defendant by Judge
    PLEA: ☐ GUILTY  ☑ NOT GUILTY   ☐ Defendant intends to plead guilty and case referred to DJ

---

DATE: __12.23.19__         TOTAL TIME: __6 minutes__
BEGIN TIME: __3:11 pm__     END TIME: __3:17 p.m.__
*Digitally Recorded*

Form Revised 2/9/2018    Page 1 of 1