# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, ) | |
| Defendant. ) | |

## ORDER

The Government's Motion to Unseal (Doc. No. 86) is **GRANTED**, and this case is unsealed, with the exception following, which shall remain under seal:

1) Government's Memorandum in Support of Pre-Trial Detention with Attachments, Filed on August 20, 2019 (Doc. No. 13);

2) Government's Supplemental Memorandum in Support of Pre-Trial Detention, with Attachments, filed August 22, 2019 (Doc. No. 16);

3) Government's Ex Parte and Under Seal Notice Regarding Declaration of David J. Sesma, Supervisory Special Agent, Counterterrorism Division, Federal Bureau of Investigation, and attached In Camera, Ex Parte Declaration of David J. Sesma, Supervisory Special Agent, Counterterrorism Division, Federal Bureau of Investigation, filed October 15, 2019 (Doc. No. 40); and,

4) All notices and motions that were filed *ex parte*.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE