# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) ) ) |
| Defendant. | ) ) |

## ORDER

A status conference was held on December 23, 2019. The Speedy Trial deadline was waived.

The trial in this case is CONTINUED until **August 17, 2020,** at 9:00 a.m. The parties anticipate this trial take eleven (11) days. The pretrial conference is rescheduled for **August 3, 2020,** at 9:00 a.m. All lawyers who will try the case shall attend the pretrial conference. A status conference is scheduled for **April 3, 2020,** at 4:30 p.m., with a follow up status conference scheduled for **June 19, 2020,** at 10:30 a.m.

Written status reports are due 48 hours prior to status conference dates.

All pretrial motions shall be filed by **June 5, 2020.** Responses shall be filed by **June 19, 2020.** Any reply shall be filed by **July 3, 2020.**

The Government shall give notice to the Defendant of its intent to use at trial evidence under Federal Rule of Evidence 404(b)(2) sufficiently in advance of trial so as to afford Defendant the opportunity to file a motion in limine regarding the same, if necessary. Federal Rule of

1

Evidence 404 motions to admit or exclude shall be filed by **June 5, 2020**. Responses shall be filed by **June 12, 2020**. Any reply shall be filed by **July 3, 2020.**

All expert disclosures shall be made by **May 15, 2020,** and any motions under Daubert are due **June 5, 2020.**

The Government shall file a status report on disclosure of all discovery to Defendant by noon on each of the following dates: **December 27, 2019; January 24, 2020; February 21, 2020; and March 27, 2020.** These disclosures shall include, but not be limited to Section 4 disclosures. Classified Information Protection Act. These disclosures shall include classified and unclassified material. Any and all such classified material shall be provided to the Court by **March 27, 2020.**

Speedy Trial Act

The Court concludes that the period of delay occasioned by the granting of the Motion is reasonable and is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. The Court specifically finds that the interests of justice served by granting the continuance outweigh the interests of the public and the Defendant in a speedy trial on the date previously scheduled. 18 U.S.C. § 3161(h)(7)(A),(B). The Defendant is likely to be prejudiced if he is not adequately prepared for trial despite due diligence, and the public interest will not be served if such prejudice ultimately requires this case to be retried.

The parties shall file the following by the close of business on **July 3, 2020.**

1. An agreed set of case specific jury instructions, with citations to supporting authorities.

2. Alternative versions of jury instructions on which there is not an agreement, with citations to supporting authorities.

3. An agreed verdict form or alternative versions where there I not agreement.

4. Motions in limine.

5. Witness List.

6. Exhibit List, with exhibits to be numbered sequentially without exceptions.

7. Expert Reports.

8. One-two page Joint Statement of the Case.

Responses to motions in limine shall be filed by 4:00 p.m. on **July 10, 2020.** Parties shall email a Word/Wordperfect version of all proposed instructions and verdict forms that are filed to melissa_seay@tnmd.uscourts.gov.

The parties are forewarned that motions filed after the deadlines set forth herein may not be considered by the Court.

Counsel for the parties shall comply timely with the discovery and motion provisions of LCrR 12.01 and 16.01.

The Defendant shall attend all Court proceedings in this case. If the Defendant is in custody, the Government shall take all necessary actions to secure the timely presence of the Defendant at all Court proceedings. Counsel for the Defendant shall make sure that street clothes are available timely for the Defendant at trial.

## CJA Fund Requests

In any request for CJA funds pursuant to 18 U.S.C. § 3006A(e), counsel shall indicate whether prior requests have been made, and if so, provide identifying information for those requests.

GIT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

4