UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No.  2:19-cr-00013 |
| v. ) | |
| ) | Chief Judge Crenshaw |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO, ) | CLASSIFIED, *IN CAMERA, EX PARTE,* |
| ) | AND UNDER SEAL WITH THE COURT |
| Defendant. ) | INFORMATION SECURITY OFFICER OR |
| ) | HER DESIGNEE |

GOVERNMENT'S MOTION AND MEMORANDUM IN SUPPORT OF ITS MOTION
FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE
CLASSIFIED INFORMATION PROCEDURES ACT AND
RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

1