UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No.  2:19-cr-00013 |
| v. ) | |
| ) | Chief Judge Crenshaw |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO ) | |

## JOINT STATUS REPORT

The United States, through the United States Attorney for the Middle District of Tennessee, and the Counterterrorism Section of the National Security Division, U.S. Department of Justice, and Charles D. Swift, counsel for the defendant, Georgianna A.M. GIAMPIETRO, respectfully file this Joint Status Report in advance of the April 3, 2020, status conference date. In an Order dated January 2, 2020, the Court set various deadlines and hearing dates in this case, including a deadline of March 27, 2020 for the government to conclude its production of discovery to the defendant and to submit to the Court the government's filing pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), as well as a status hearing date of April 3, 2020. (*See* Doc. 89.) The Court's Order also scheduled a follow-up status hearing for June 19, 2020. (*Id.*)

The government has made discovery productions to the defendant consistent with the Court's January 2, 2020 Order, the only exception being a two-week extension the government sought and obtained related to certain undercover video recordings. (*See* Docs. 87, 90, 91, 92, 93, 95.)  The government also submitted its CIPA Section 4 filing a day earlier than required, on March 26, 2020. (See Doc. 94.) The Defendant, through counsel, received the final production on March 27, and is in the process of reviewing the government's most recent productions.

The parties are mindful of several upcoming deadlines, including the deadline for expert

1

disclosures (May 15, 2020), *Daubert* motions and other pretrial motions (June 5, 2020), responses to pretrial motions (June 19, 2020), and replies to those responses (July 3, 2020). The government is also aware of its obligation to give notice to the defendant of its intent to use at trial evidence under Federal Rule of Evidence 404(b)(2) sufficiently in advance of trial so as to afford the defendant the opportunity to file a motion in limine regarding the same, if necessary, and that deadlines have been set for Rule of Evidence 404 motions (June 5, 2020), responses to those motions (June 12, 2020), and replies to those responses (July 3, 2020).

At this time, the parties have no further updates to provide to the Court.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

| | | |
|---|---|---|
| */s/ Charles D. Swift* | By: | *s/Ben Schrader* |
| Charles D. Swift | | BEN SCHRADER |
| Pro Hac Attorney for Georgianna Giampietro | | Assistant U.S. Attorney |
| Constitutional Law Center for | | 110th Avenue South, A96l |
| Muslims in America | | Nashville, Tennessee 37203 |
| 833 East Arapaho Rd., Suite 102 | | Phone: (615) 736-5151 |
| Richardson, TX 75081 | | |
| Phone: (972) 914-2507 | | |
| Email: cswift@clcma.org | | |
| | By: | *s/Philip Wehby* |
| | | PHILIP WEHBY |
| | | Assistant U.S. Attorney |
| | | 110th Avenue South, A96l |
| | | Nashville, Tennessee 37203 |
| | | Phone: (615) 736-5151 |
| | By: | *s/Jennifer Levy* |
| | | JENNIFER LEVY |
| | | Trial Attorney |
| | | Counterterrorism Section |

U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Suite 7600
Washington, D.C.   20530
Phone: (202) 514-1092