UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) ) ) |  |
| Defendant. | ) |  |

## ORDER

The Government's Unopposed Motion to Vacate April 3, 2020 Status Conference Or, In the Alternative, to Conduct Status Conference by Telephone (Doc. No. 97) is **GRANTED** and the status conference set for April 3, 2020, is CANCELLED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE