IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:19-cr-00013 |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | Chief Judge Waverly D. Crenshaw, Jr. |
| Defendant. | ) | Magistrate Judge Alistair E. Newbern |

## NOTICE OF EXPERT DISCLOSURES

Pursuant to this Court's Scheduling Order No. 89 entered on 01/02/2020, Defendant Giampietro, through counsel, provided the government with Expert Disclosures in accordance with Fed. Rule Crim. Proc. 16(b)(1)(C).

Respectfully submitted,

/s/ Charles D. Swift

Charles D. Swift
Pro Hac Attorney for Georgianna Giampietro
Constitutional Law Center for Muslims in America
833 East Arapaho Rd., Suite 102
Richardson, TX 75081
Phone: (972)-914-2507
Email: cswift@clcma.org

## CERTIFICATE OF SERVICE

I certify that, on this day, May 15, 2020, I caused a copy of the foregoing NOTICE OF EXPERT DISCLOSURES, to be served upon counsel of record via ECF.

/s/ *Charles Swift*
CHARLES SWIFT, Esq., D.C. Bar # 987353
Constitutional Law Ctr. for Muslims in America

2

Case 2:19-cr-00013   Document 100   Filed 05/15/20   Page 2 of 2 PageID #: 641