IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 2:19-00013 |
| v. | ) | |
| | ) | Chief Judge Waverly D. Crenshaw, Jr. |
| | ) | Magistrate Judge Alistair E. Newbern |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

REQUEST TO FILE EX-PARTE DOCUMENT UNDER SEAL

Comes Now the Defendant Georgianna Giampietro, by and through her undersigned counsel and respectfully seeks leave of Court to file an ex-parte pleading under seal. Counsel would proffer that there is content in this motion that is of a sensitive nature and the legitimate interests in favor of sealing outweigh the interests of the public in accessing the document. The undersigned would proffer that the motion is of a sensitive nature and should not be shared with the government or the public.

Respectfully submitted this 2nd day of June, 2020.

By: /s/ *Charles Swift*
Charles D. Swift,
Pro Hac Attorney for Giampietro
CLCMA
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
(972) 914-2507

1

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing REQUEST TO FILE EX-PARTE DOCUMENT UNDER SEAL with the clerk of the court via CM/ECF on June 2, 2020.

By: /s/ *Charles Swift*
Charles D. Swift, Pro Hac
Attorney for Giampietro
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081