UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 2:19-cr-00013 |
| v. ) | |
| ) | Chief Judge Crenshaw |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

GOVERNMENT'S NOTICE OF CLASSIFIED FILING

The United States provides this notice that on June 4, 2020, a classified submission was filed with the Court. A redacted "half sheet" of the filing accompanies this notice.

          Respectfully submitted,

          DONALD Q. COCHRAN
          United States Attorney
          Middle District of Tennessee


    By:  *s/Ben Schrader*
        BEN SCHRADER
        Assistant U.S. Attorney
        110th Avenue South, A96l
        Nashville, Tennessee 37203
        Phone: (615) 736-5151


    By:  *s/Philip Wehby*
        PHILIP WEHBY
        Assistant U.S. Attorney
        110th Avenue South, A96l
        Nashville, Tennessee 37203
        Phone: (615) 736-5151


    By:  *s/Jennifer Levy*

1

JENNIFER LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Suite 7600
Washington, D.C. 20530
Phone: (202) 514-1092

## CERTIFICATE OF SERVICE

      I hereby certify that on June 4, 2020 I filed one copy of the government's Notice of Classified Filing via the CM/ECF case docketing system, which will send a Notice of Electronic Filing to counsel for defendant.

         *s/Ben Schrader*
         BEN SCHRADER
         Assistant U.S. Attorney
         110th Avenue South, A96l
         Nashville, Tennessee 37203
         Phone:  (615) 736-5151