UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| GEORGIANNA A.M. GIAMPIETRO, | ) | CLASSIFIED, IN CAMERA, EX PARTE, |
| | ) | AND UNDER SEAL WITH THE COURT |
| Defendant. | ) | INFORMATION SECURITY OFFICER |
| | ) | OR HER DESIGNEE |

GOVERNMENT'S SECOND MOTION FOR A PROTECTIVE ORDER
PURSUANT TO SECTION 4 OF THE
CLASSIFIED INFORMATION PROCEDURES ACT AND
RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE