# EXHIBIT A[1]

## Summary of Secret Chat History

| Date | Conversation | Who initiated Secret Chat |
|---|---|---|
| 02/22/2018 | UCE –A tells D that she got Telegram after D had told her about it. UCE-A asked D to set up her Telegram account and tell her who to follow. | |
| 05/16/2018 | D initiates secret chat to share screenshots of messages she exchanged with a person located in Idlib about the cost of living there ($150 per month) with UCE-A. | D initiates Secret Chat |
| 09/24/2018 AM | UCE-A creates a secret chat with D to tell the D about her and her husband's (UCE-Y) plan to travel to Syria to join HTS. The D is alarmed and asks for details of UCE-A's travel plan, expressing doubt and worry. The D tries to dissuade UCE-A, telling her that her contacts do not seem trustworthy and no bayat (allegiance) to HTS is necessary. The D tells UCE-A to be cautious and to delete her contact information from her phone. The UCE-A gives details about her travel plans and intentions. | UCE initiates Secret Chat |
| 09/24/2018 PM | UCE-A create another secret chat telling D that her contacts told her husband (UCE-Y) to bring camping gear to Syria. UCE-A asks D's advice. D suggests ways not to make luggage obvious and recommends a two-way plane ticket. D expresses concern about a lack of trust that UCE-A is using to help her travel abroad. D tells UCE-A not to make any plans to travel until they can meet to discuss. D and UCE-A discuss alternative travel routes to Syria to avoid detection. | UCE initiates Secret Chat |
| 09/30/2018 | D initiates secret chat with UCE to discuss messages she received from Individual A (her charity contact in Syria) about the situation in Syria and HTS. D tells UCE-A that no bayat is required to join HTS, they do not need people in Syria unless they already have jobs and that there is no fighting to join. D discourages UCE-A who suggests ways that her and UCE-Y could support the fighting in Syria. UCE-A says she will discuss | D initiates Secret Chat |
| 10/03/2018 | UCE-A initiated a secret chat with D discussing a message in Arabic that a woman in Syria had sent to UCE-A about what was needed in Syria. D and UCE-A discussed the implausibility of "google play cards" being a necessity in Syria. UCE-A had asked D if she could ask Alaa (a member of their Telegram group) to translate the message for her. D said she could. | UCE initiates Secret Chat |

**EXHIBIT A**[1]

**Summary of Secret Chat History**

| 10/04/2018 | UCE initates secret chat with D after telling D that her husband (UCE-Y) spoke to D's contact in Syria and that he had helped them and they had decided to travel. D tells UCE-A that her contact was not for travel purposes, but for charity purposes. D reminds UCE-A that she does not want to discuss UCE-A's travel anymore. D tells UCE-A that she thinks UCE-A is going to get her arrested and tells her not to mention her name in anything. | UCE initiates Secret Chat |