# Summary of defendant's conversation regarding HTS during charged period

| | |
|---|---|
| 02/22/2018 | In a Telegram account D deleted (thepenandthesword), D forwards UCE news articles about HTS and other fighters in Syria. One article she posted was from OGN News titled "HTS vs Zinky: OGN on the Front Lines in Darut Izzah" and captioned "HTS fighter in this video is asking Zinky why they have the ability to fight HTS but did not show the same willingness to fight the regime…" |
| | D tells UCE that Abu Abdullah told her that there was a lot of infighting between groups in Syria because HTS wanted to fight Zinke and that Abu Abdullah wanted to go to Turkey. D says she advised Abu Abdullah that in times of fit to stay in your homes. D says Abu Abdullah has a friend in Turkey with the FSA.<br>D says that Turkey used to financially support HTS before they were HTS (3/17/18) |
| 03/02/18 | D forwards an Arabic message to the Telegram group (untranslated), she says "Soooo this brother is exposing hts". |
| 03/04/18 | In the Telegram group chat, D shares an Arabic post and tells the group that the "Sheikh is saying about hts and infighting in Idlib. That when a group refuses to go before shariah court he's oppressor".<br>D then says "And one must not fight under the banner of oppressor. It is getting worse"<br>D says "Bc now the infighting is causing deaths among women and children bc of their fights" "It's really bad Subhan'Allah" "Hts cutting off roads"<br>UCE asks "Is the sheikh calling for unity against Assad?"<br>D says "No one fighting assad"<br>…<br>D then says "They're attacking cities with missiles"<br>The others in the group express sadness and say "The end of times Subhan'Allah"<br>D says "You should see the tanks hts brought against them"<br>The group comments "That's one of the signs" and "It may even get worse"<br>The UCE asks "I'm confused, I thought HTS fighting that dog Assad and fighting for the ummah?"<br>Alaa (hearts) says " No way anyone should go to those areas for now. Those fools who are infighting, both sides go to hell"<br>D responds "That's what Abu said it's not safe for women to go"<br>…<br>The UCE asks "But I thought it was obligatory for all to make hijrah and for the men, jihad?"<br>D responds "Abu is staying in the home"<br>Alaa says "There is fitnah there"<br>D says "He doesn't want to be a part of that fitnah" and responds to the UCE "Not during these times" "Bc they might enter hell"<br>The UCE asks "So we have to stay here???" |

# Summary of defendant's conversation regarding HTS during charged period

| | |
|---|---|
| | D says "Theres hadith saying to let them kill you and don't fight back" D says "That's why Abu isn't getting involved even though there is ayah to fight them" "But it's difficult to be sure"<br>The group then discuss the hadith that discourage infighting between Muslims.<br>D posts an ayat from the Quran (49:9) discussing infighting between Muslim factions and settling their differences.<br>D says "That ayah made Abu stay up all night but aurar and all them want to go to court But hts refuses court"<br>D says "It makes me wonder due to jojo coming into idle you know and if now hts has half jojo"<br>The UCE asks "do you think jojo fighters are infiltrating HTS?"<br>D responds "Yes I do"<br>The group discusses Jolani being the leader of HTS and the confusion of the leadership of groups from online info.<br>- |
| 03/04/18 cont. | UCE asks "What factions are in ghouta?"<br>D responds "Hts ahrar fsa" "Jojo"<br>…<br>D says "But it's okay to fight the one oppressing the ppl bc they turned away from Allah" "But the point is they all have turned away"<br>D says "Fsa fights for T and not against assad" "Hts wants to fight groups and take their land" "Ahrar fights for T" "It's all crazy"<br>…<br>D then quotes AbdulAzizi Al-Turaifi: "There's no solution when the Mujahideen fight each other but only going to an independent Court . And the one who refuses is oppressor and lt is not permissible to fight under his banner"<br>D then says "Hts refuses"<br>Alaa (hearts) says "There isn't a group in power that's fighting for the right reasons to the best of my knowledge"<br>D responds "True"<br>D and the others then discuss that this is the end of times and the signs of the Last Day.<br>…<br>Alaa asks D "Ameera why do you dislike jolani?"<br>D responds "Bc he's leading hts wrong direction"<br>…<br>D says that Sheikh Muhaysani "left hts awhile ago…They wanted to kill him"<br>D says "Yes I respect him a lot" (referring to Muhaysani) |
| 03/12/18-03/15/18 | UCE and D in group chat with Alaa and Eman. Alaa asks D, "Ameera. The groups that are infighting…Is it nurrudin, Ahrar, Zinky and HTS? Those are the ones I know, are there more, are there more"<br>D responds "Yea there's some I never heard of. There's also a new group coming out I don't remember their name though." |

**Summary of defendant's conversation regarding HTS during charged period**

|  | Alaa responds "Subhan'Allah, all of those? Who isn't participating."<br>D says "Even turkistan group is helping hts. I'm unsure." |
|---|---|
| 03/12/18 | In the Telegram group chat D shares an article with the headline "France will strike Syria chemical arms sites if used to kill: Macron"<br>D says "Great attack |
| 09/23/2018 | UCE creates a Secret Chat with D and tells her that she wanted to talk to her after she figured out some stuff with her husband UCE Yusuf. UCE-1 tells D that the other day "Yusuf and I (well Yusuf did it for both of us) swore bayat to HTS." D responds, "No. HTS is no good. Abu has told me way too many stories"<br><br>UCE says that they discussed HTS and AQ and D responds "There are no known groups right now. And there's Hadith about that also. When this situation approaches." …"That when theres no known group then stay in your home." UCE then states that in order to go over to fight UCE-2 had to pick a group to swear bayat to. D tells her "No that's not true. The borders are open right now. 250ds to enter 3500ds to leave."<br><br>UCE then tells D that the "brother was saying that HTS and AQ were working together against Assad." D then tells UCE Aisha that HTS is allied with Turkey and that "HTS allowed Turkey to set up check points in S."<br>D asks UCE where her husband found that person and UCE tells her that last spring she sent money and it went to AQ. GG tells UCE to be careful.<br><br>UCE tells D that "The brother Alaa put us in touch with was with AQ and got the money to them….He was saying that AQ and HTS are fighting together." GG says she is "unsure about that. Bc they broke away last year". UCE tells D that if they borders open then her and UCE Yusuf can just "get over there and figure it out for ourselves when we're there inshallah, unless you have a good contact…". D asks if she is really going without a plan |
|  | UCE: I will have to ask Yusuf about all of this.<br>Arneera: And to make sure it's legit. Be whatever that hts individual said to him is a complete lie. Which I already told you that lol. Khayr inshallah. I know some people make 50ds a month some make l00ds a month and others don't even get paid for 2 or 3 months. Make sure inshallah your<br>husband is checking in to all that.<br>UCE: I will have to ask him about this inshallah ... I just know that we have been planning to go after his aunt died ... even Alaa said to me that if you can go we should go and that if we don't it's on us that we didn't ... and this has been our plan, and his obligation.<br>Arneera: Why doesn't alaa go?<br>UCE: I haven't talked to her since her weird freak out back in May.<br>Arneera:, She told you guys to go? Have you thought about Afghanistan? |

# Summary of defendant's conversation regarding HTS during charged period

|  | They're still fighting there.<br>UCE: Yes ... she told us to talk to the guy we sent money to about it. We have yes. Ameera: The indian in syria?<br>UCE: I'm not sure his ethnicity but yes.<br>Arneera: I don't remember his telegram channel. But he doesn't support hts.<br>UCE: He does, and AQ<br>Ameera: Hmmmmm<br>… |
|---|---|