Add Contact

...you inshallah    3:41 PM

**A K**
Then why'd she post your position 🙄
LOOOL EXACTLY    4:00 PM

I'm surprised that person hasn't messaged me back    4:01 PM

I'm worried    4:01 PM

Have they read it?    4:03 PM

No