

لا شيء
You have a new message



But my question is my friend and her husband are wanting to go there now 10:20 AM

Do you know anyone who can help them in'shā'Allāh 10:20 AM

She can find me a house in'shā'Allāh 10:20 AM

Lol 10:20 AM

لا شيء
But my question is my friend and her husb...
What's there intentions 10:21 AM

There is no work 10:21 AM

No jihad 10:21 AM

Mashallah 10:21 AM

Really???? 10:21 AM

Whattt 10:21 AM

Mabrukkk 10:21 AM



Screenshot of chat on "Disappearing Photo":

- But my question is my friend and her husb... What's there intentions (10:21 AM)
- There is no work (10:21 AM)
- No jihad (10:21 AM)
- Mashallah (10:21 AM)
- Really???? (10:21 AM)
- Whattt (10:21 AM)
- Mabrukkk (10:21 AM)

Unread Messages

- لا شيء
- Really????
- There's a peace treaty now (10:22 AM)
- Allah knows best but I think jihad is finished for now (10:22 AM)
- As in fighting (10:22 AM)
- But still there is ribat (10:22 AM)

