
 
Add Contact ⊗

October 2

وعليكم السلام ورحمة الله وبركاته *9:19 AM*

Did she message you back *9:19 AM*

It's very ajeeb she only sent one message and it was a very bait message too! *9:20 AM*

I haven't responded to her yet 😣
I was thinking of asking her what all I should bring, other than the google cards, what to expect when we get there, are we staying with them or their family (were supposed to live with them for a little while but I want to make sure it doesn't get lost in translation), what the routine is like now, etc.... I dunno what do you think??? *9:27 AM* ✓✓

I think it's bait *9:35 AM*

Lol *9:35 AM*

**Add Contact**                    ⊗

Lol  *9:35 AM*

Is there a way to tell?  *9:35 AM* ✓✓

I asked someone about Google cards
and the person said no they don't use
*9:35 AM*

So I'm asking another person  *9:36 AM*

Ok let me know inshallah  *9:36 AM* ✓✓

Is these people from the London
brother ?
*9:36 AM*

Have your husband message this
account
*edited 9:37 AM*

@Alsadaqahsyria  *9:37 AM*

I was told to give him this  *9:37 AM*

They're his contact. ▮▮▮▮ said they
are very trusted and have done this
before (I think he's getting frustrated
with me and feels like I'm question'
him)... ok is this the person that can

📎  Message                              🕐  🎤



They're his contact. ▮▮▮▮said they
are very trusted and have done this
before (I think he's getting frustrated
with me and feels like I'm questioning
him)... ok is this the person that can
help get us over??? Or who is this?
*10:41 AM* ✓✓

Just message him *11:00 AM*

He's going to want to know why he
should do this... I wont know what to
tell him                                      *11:01 AM* ✓✓

Like for what purpose ya know
*11:01 AM* ✓✓

If you have someone to help you then
forget it                                          *11:02 AM*

Khaloss *11:02 AM*

Very suspicious *11:02 AM*

We do have someone, but what will
this person serve as that's all... I me
if he's someone you trust to help us

📎  Message                                    🕐          🎤

**Add Contact**   ⊗

this person serve as that's all... I mean if he's someone you trust to help us get over then I can go to ████ with that... and I'll let ████ determine things from there   *11:03 AM* ✓✓

Na forget it   *11:04 AM*

Everything is too suspicious   *11:04 AM*

Ok I'm confused   *11:04 AM* ✓✓

And I don't want to discuss this anymore   *11:04 AM*

Ok sis I didn't mean to upset you...   *11:04 AM* ✓✓

Khayr in'shā'Allāh   *11:04 AM*

I just don't have anyone to talk to about this stuff and you've always been that person   *11:04 AM* ✓✓

I don't want to be involved anymore


I don't want to be involved anymore
11:04 AM

I'm really sorry 😔 11:04 AM ✓✓

I don't like suspicious ppl 11:05 AM

I don't either and I'm scared... this is a big deal as you've told me... I did not mean to offend you I know you're just trying to help and you're looking out for me and I'm sorry 11:08 AM ✓✓

I'm not suspicious of you I hope you don't feel that way... I trust you which is why I turned to you about this... I just didn't know who this person was and for me to ask ▓▓▓▓ to reach out to them, I just wanted to know what to tell him 11:10 AM ✓✓

You are my most trusted friend... when I asked ▓▓▓▓ if I could talk to

you so that I'd have someone to talk until he sent for me to meet up with

Add Contact    ⊗

until he sent for me to meet up with him, he said I could talk to you and only you... I would never mean to offend you sis 😔    *11:11 AM* ✓✓

Khayr in'shā'Allāh   *11:28 AM*

Let's not speak about this anymore
*11:28 AM*

And you can use Google translate to translate her messages don't get eeman involved either   *11:28 AM*

Ok.... and yeah Google translate messed up the message really bad to where it didn't make sense   *11:37 AM* ✓

She just told me if I ever needed anything I could ask... I didn't mean to upset you and inshallah I didn't upset Eman...   *11:38 AM* ✓

If you say it seems ajeeb, I trust you and I'll ask Yusuf to reach out to that

brother... I'm really sorry sis... *11:40 AM* ✓