FD-1057 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

Title: ▮▮▮ OCE▮ Reporting EC, October 4, 2018 - @Alsadaqahsyria, ▮▮▮

Date: 10/09/2018

Drafted By: OCE▮

Synopsis: ▮▮▮ To document the online activities of OCE▮ on October 4, 2018 in the investigation of Telegram user @Alsadaqahsyria

Title: ▓▓▓ OCE▓ Reporting EC, October 4, 2018 - @Alsadaqahsyria,
Re: ▓▓▓ 10/09/2018
**Enclo**▓▓▓ he following items:
1. ▓▓▓ Telegram chat 10/4/2018 with @Alsadaqahsyria

▓▓▓ **ONLINE ACTIVITY**

▓▓▓ On October 4, 2018, OCE▓ initiated a Telegram conversation with @Alsadaqahsyria (ID 516731951). ▓▓▓ CE▓ adopted the persona of UCE-▓▓▓'s husband. UCE-▓▓▓ was told by FBI subject Georgianna Anna Maria Giampietro (▓▓▓) to contact Telegram user @Alsadaqahsyria in reference to UCE▓▓▓ desire to travel to Syria.

A complete archive of the conversation between OCE▓ and @Alsadaqahsyria is attached ▓▓▓ Below is an excerpt of the conversation:

**@ALSADAQAHSYRIA SAYS HIJRAH IS STILL POSSIBLE**

▓▓▓ OCE▓▓▓ greeted @Alsadaqahsyria and told him he was given his name as someone who could help brothers and sisters making hijra (emigtration to Syria). OCE▓ asked if @Alsadaqahsyria could give advice and guide OCE▓ ▓▓ @Alsadaqahsyria replied:
  "Okay inshallah, ▓▓ u know who the brother who gave me contact was. Inshallah i can help with your questions."

▓▓▓ OCE▓▓▓ commented that it was "Umm Roses" (Telegram moniker for GIAMPIETRO) who gave @Alsadaqahsyria's name to OCE▓▓▓'s wife (UCE-

2

Title: ▓▓▓ OCE ▓ Reporting EC, October 4, 2018 - @Alsadaqahsyria,
Re: ▓▓▓ 10/09/2018

OCE ▓ asked @Alsadaqahsyria if he had helped people make hijrah before and if it was still possible to do so. @Alsadaqahsyria replied:

> "Yes akhi. You can but safest to wait. There isn't any fighting at the moment. So you will be doing not much. Mainly guard duty. 5 or 7 days a month. The rest you at home unless you have other skills."

**@ALSADAQAHSYRIA CONFIRMS HE CAN GET PEOPLE FROM TURKEY TO SYRIA**

OCE ▓ asked if @Alsadaqahsyria could get OCE ▓ and his wife 'across' if they made it to Turkey. @Alsadaqahsyria replied:

> "Yes i can. Inshallah."

OCE ▓ commented he had talked to 'another brother' who had mentioned it was very difficult to cross now and that OCE ▓ should wait. @Alsadaqahsyria stated:

> "It depends bro. Look. It's important you have a cover story."
>
> "Get Turkish visa. Message some charitys. Ask you want to volunteer. Make it look like your an aid worker. Then you have a good defence."

OCE ▓ asked for clarification on why he needed a good defence and asked if @Alsadaqahsyria was referencing in case OCE ▓ was stopped by Turkish authorities. @Alsadaqahsyria replied:
> "Yea. Also if you get stoped you have evidence to support your story."

OCE ▓ asked @Alsadaqahsyria if he could contact him in the future should he have more questions. @Alsadaqahsyria consented and OCE ▓ terminated the conversation and wiped the secret chat.

♦♦















