





**Deleted Account**
last seen a long time ago

Add Contact

October 4

You set the self-destruct timer to 1 minute

Remember I don't want to talk about this and also if you remember I said to forget it  7:42 PM

And not to worry about it  7:43 PM

I never said he was for H  7:43 PM

But that charity is trustable  7:44 PM

You're going to get me arrested  7:44 PM

Let's just not talk about this  7:44 PM

Nor mention my name in anything  7:44 PM

Jazak'allāhu khayrān  7:44 PM

**A K**
Sis... so many times I've heard you say th...
How is my heart feeling  10:06 PM

Well I have trust in Allāh 🕋  10:06 PM

I think that's all you can do... take this time to focus on Allah (SWT), read the Quran, take care of yourself, just focus on you... I know breakups take a toll and hurt. Especially when they just ghost you and remove your ability to get closure  10:24 PM

As a side note... I saw this sticker and totally thought of you!!!  10:57 PM



10:57 PM

Yeah true in'shā'Allāh  11:33 PM