Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Just lemme know when no one else is around and you can talk inshallah
*11:43 AM* ✓✓

Where you moving to? *11:43 AM*

Message  ◷ 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

So the other day ████ and I (well ████ did it for both of us) swore bayat to HTS *11:44 AM* ⓘ

Message 🕐 30s 🎤

I'm free for an hour  *11:23 AM*

Yeabhh *11:37 AM*

So the other day ███ and I (well

You set ███ did it for both of us) swore

bayat to HTS  *11:44 AM* ✓✓

No  *11:44 AM*

Hts is no good  *11:44 AM*

Abu has told me way too many stories
*11:44 AM*

📎 | Message | ◔ 30s | 🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Abu has told me way too many stories
*11:44 AM*

Well we discussed HTS and AQ
*11:45 AM* ✓

There are no known groups right now
*11:45 AM*

Message  ◔ 30s  🎤

I | You | I'm

**+1 (470) 310-5992**
online

Add Contact

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Well we discussed HTS and AQ
*11:45 AM* ✓

There are no known groups right now
*11:45 AM*

And there's ahadīth about that also
*11:45 AM*

When this situation approaches
*11:45 AM*

What do|      30s

do     I     you

q w e r t y u i o p

a s d f g h j k l

z x c v b n m

123   space   return

Like moving again. *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Well we discussed HTS and AQ
*11:45 AM* ✓✓

What do you mean? *11:45 AM* ✓✓

That when there's no known group then stay in your home *11:45 AM*

Message 🕐 30s 🎤

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

That when there's no known group
then stay in your home

You set the self-destruct timer to 30 seconds
*11:45 AM*

But in order to go over for him to fight
he had to pick a group to swear bayat
to *11:46 AM* ✓

📎 | Message ◔ 30s 🎤

You I'm

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return

Add Contact ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

But in order to go over for him to fight he had to pick a group to swear bayat to  *11:46 AM* ✓✓

No that's not true  *11:46 AM*

The borders are open right now  *11:46 AM*

📎 | Message  ◔ 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

The borders are open right now
*11:46 AM*

250ds to enter 3500ds to leave
*11:47 AM*

Right, but the brother was saying that HTS and AQ were working together against *30s*

the     him     a

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

250ds to enter 3500ds to leave
*11:47 AM*

Right, but the brother was saying that HTS and AQ were working together against   30s   ↑

the   him   a

< Chats

🔒 +1 (470) 310-5992
••• typing

Add Contact ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

250ds to enter 3500ds to leave
*11:47 AM*

Right, but the brother was saying that HTS and AQ were working together against Assad  *11:47 AM* ✓✓

Mmmmm  *11:47 AM*

To|  30s

"T"    The    This

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123 🌐 🎤 space return


Add Contact    ⊗

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Right, but the brother was saying that
HTS and AQ were working together
against Assad
*11:47 AM* ✓✓

Mmmmm  *11:47 AM*

Don't believe everything you hear
*11:47 AM*

To enter and leave Syria?  *11:47 AM* ✓

📎  Message    🕐 30s  🎙

**Add Contact** ⊗

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Right, but the brother was saying that HTS and AQ were working together against Assad *11:47 AM* ✓✓

Mmmmm *11:47 AM*

Don't believe everything you hear
*11:47 AM*

To enter and leave Syria? *11:47 AM* ✓

📎 T| ◔ 30s 🎤

| I | You | I'm |

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

🔒 **+1 (470) 310-5992**
••• typing

‹ **Chats**

**Add Contact** ⊗

yeannn *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Don't believe everything you hear
*11:47 AM*

To enter and leave Syria? *11:47 AM* ✓

They made agreement with Turkey
*11:47 AM*

**A K**
To enter and leave Syria?
Yes
*11:47 AM*

📎 Who made an agreeme| 30s ⬆

is | he | knows

q w e r t y u i o p

a s d f g h ∩ k l

⇧ z x c v b m ⌫

123 🌐 🎤 space return


Add Contact    ⊗

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

To enter and leave Syria?   *11:47 AM* ✓✓

Who made an agreement with Turkey??   *11:48 AM* ✓✓

Hts allied with Turkey   *11:48 AM*

And hts allowed Turkey to set up check points in S   *11:48 AM*

Message    🕐 30s   🎤

| I | You | I'm |


Add Contact                                    ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

And hts allowed Turkey to set up
check points in S            *11:48 AM*

Where did he find this person? *11:48 AM*

 Well when we sent money last *30s*  
d

Night          Week          Year

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return



**9:41 AM**

🔒 **+1 (470) 310-5992**
online

‹ **Chats**

**Add Contact** ⊗

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

And hts allowed Turkey to set up check points in S *11:48 AM*

Where did he find this person? *11:48 AM*

He needs to be careful *11:49 AM*

Message

🕐 30s ⬆

"AQ"    AQUARIU    QUATIC

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

**Add Contact**  ⊗

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

And hts allowed Turkey to set up
check points in S  *11:48 AM*

Where did he find this person?  *11:48 AM*

He needs to be careful  *11:49 AM*

Well when we sent money last Spring
it went to AQ  *11:49 AM* 🕐

📎 | Message  🕐 30s  🎤

"  AQU  I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

‹ Chats

Add Contact ⊗

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Where did he find this person? *11:48 AM*

He needs to be careful *11:49 AM*

Well when we sent money last Spring it went to AQ *11:49 AM* ✓✓

Mmm not sure about that *11:49 AM*

A trusted brother in | 30s ↑

"i" | I | is

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return



**9:41 AM**

🔒 **+1 (470) 310-5992**
online

‹ Chats

Add Contact ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Mmm not sure about that  *11:49 AM*

Unless there's someone specifically there with aq  *11:49 AM*

A trusted brother in London has a connection he put ███ in touch with  *11:49 AM* ⓘ

Message  ◔ 30s  🎤

Add Contact　　⊗

You set the self-destruct timer to 30 seconds

Unless there's someone specifically there with aq
11:49 AM

A trusted brother in London has a connection he put ▇▇▇ in touch with
11:49 AM ✓✓

Be careful 11:50 AM

Message

30s

he　　　and　　　for

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Unless there's someone specifically there with aq
11:49 AM

A trusted brother in London has a connection he put ▮▮▮ in touch with
11:49 AM ✓✓

Be careful  11:50 AM

The brother Alaa put us in touch with was with AQ and got the money to them
11:50 AM 🕐

🖇  Message                      ◔ 30s  🎤

aou                    I'm

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤    space    return

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

The brother Alaa put us in touch with was with AQ and got the money to them  *11:50 AM* ✓✓

What ya mean?  *11:50 AM* ✓✓

I think that brother is neutral  *11:50 AM*

Message  ◔ 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return

🔒 +1 (470) 310-5992
online

Add Contact ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I think that brother is neutral *11:50 AM*

?? *11:50 AM* ✓

He was saying that AQ and HTS are f|

30s ↑

"fg"     fight<span>in</span>     fig<span>ure</span>

| q | w | e | r | t | y | u | i | o | p |

| a | s | d | f | g | h | j | k | l |

⇧ z x c v b n m ⌫

123 🌐 🎤 space return



Add Contact    ⊗

I'm free for an hour   *11:23 AM*

Yeahhh *11:37 AM* ✓✓



You set the self-destruct timer to 30 seconds

I don't want him to go with that brother yet     *7:07 PM*

Bc I know ppl   *7:07 PM*

Who I trust   *7:07 PM*

More than myself   *7:07 PM*

📎   | Message         ◔ 30s   🎤

| I | You | I'm |

| Q | W | E | R | T | Y | U | I | O | P |
| A | S | D | F | G | H | J | K | L |
| ⇧ | Z | X | C | V | B | N | M | ⌫ |
| 123 | 🌐 | 🎤 | space | return |

< Chats    🔒 +1 (470) 310-5992
online

Add Contact    ⊗

Bc I know ppl  7:07 PM

Who I trust  7:07 PM

More than myself  7:07 PM



7:07 PM

✎  Message    🕐 30s  🎤

I    You    I'm

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123  🌐  🎤  space  return



Case 2:19-cr-00013   Document 117   Filed 06/12/20   Page 27 of 46 PageID #: 909

7:07 PM



7:07 PM ✓

Should ███████ just talk to your people??

7:08 PM ✓

Message                                30s

|        |   you   |   I'm   |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
| - | / | : | ; | ( | ) | $ | & | @ | " |
| #+= | . | , | ? | ! | ' | ⌫ |
| ABC | 🎤 | space | return |

Add Contact ⊗

7:07 PM ✓

Should ⬛⬛⬛ just talk to your
people??　　　　　　　7:08 PM ✓

Yes　7:08 PM

Ugh I should smack the both of you
　　　　　　　　　　7:08 PM

Ok can they get us over there safely to
S?　　　　　　　　　　7:08 PM ⓘ

Message　　　　　◔ 30s　🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

| #+= | . | , | ? | ! | ' | ⌫ |

| ABC | 🌐 | 🎤 | space | return |

🔒 +1 (470) 310-5992
online

Add Contact ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Yes but remember this sister *7:09 PM*

If Allāh wills your hijrah He will allow it and make it easy for you *7:09 PM*

| Message | 🕐 30s | 🎤 |

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

| #+= | . | , | ? | ! | ' | ⌫ |

| ABC | 🌐 | 🎤 | space | return |

Add Contact    ⊗

I'm free for an hour   *11:23 AM*

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

If Allāh wills your hijrah He will allow it and make it easy for you   *7:09 PM*

However if it's not written sis just be prepared make du'ā pray tahajjuud   *7:10 PM*

Fast *7:10 PM*

Message    ◔ 30s   🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=   .   ,   ?   !   '   ⌫

ABC   🌐   🎤   space   return

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

You guys need to fast, increase dhikr, make du'ā, pray tahajjuud, pray istikarah  *7:10 PM*

Pray sunnah prayers  *7:11 PM*

Yes and will continue to inshallah  *7:11 PM* ✓

Message  🕐 30s  🎤

Add Contact ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Yes and will continue to inshallah  *7:11 PM* ✓

I will talk to ▓▓▓▓ tomorrow when he gets home inshallah  *7:11 PM* ✓

In'shā'allāh  *7:12 PM*

Sis I am extremely worried about your safety  *7:13 PM*

And the people helping you two  *7:13 PM*

If I don't know them or if my friends don't know them then no good  *7:13 PM*

Looool that sounds bad  *7:13 PM*

📎 | Message  🕐 30s  🎤

I | You | I'm

Q W E R T Y U I O P

Add Contact    ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

This is why I wanted to talk to you... you are far more knowledgeable than I am on this stuff *7:14 PM* ✓

📎 | Message    ◔ 30s   🎤

I      You      I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact  ⊗

Big stuff?  *11:23 AM*

Like moving again?  *11:23 AM*

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM*  ✓✓

You set the self-destruct timer to 30 seconds

My question is how did your husband meet someone in london if he's not on social media  *7:16 PM*

This is a friend on his family on|30s

the      a      his

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123  🌐  🎤  space  return



Add Contact    ⊗

This is a friend on his family on his Pakistani side

7:17 PM ✓✓



7:18 PM

Is he trustworthy  7:18 PM

  I'd|    30s    

"I"    I'm    It's

a  e  r  t  y  u  i  o  p

s  d  f  g  h  j  k  l

⇧  z  x  c  v  b  n  m  ⌫

123  🌐  🎤  space  return

Add Contact                                    ⊗

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I have to look at the final numbers of what we have, and a lot of those details ██████ knows... but he did call me on his break and I told him that my sister (you) said she had some better travel agents we should talk to (your connections) for our vacation (traveling over)...  *10:43 PM* 🕐

Message                              30s  🎤

a          You          I'm

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤    space    return

Add Contact                          ⊗

me on his break and I told him that my
sister (you) said she had some better
travel agents we should talk to (your
connections) for our vacation
(traveling over)...                    10:43 PM ✓✓

Are they brothers or sisters? 10:43 PM ✓✓

He totally understood what I was
saying by the way and said to get their
contact info from you...               10:44 PM ✓✓

Brothers  10:45 PM

📎  Message                          🕒 30s  🎤

I              you              I'm

1   2   3   4   5   6   7   8   9   0

-   /   :   ;   (   )   $   &   @   "

#+=     .   ,   ?   !   '        ⌫

ABC   🌐  🎤      space        return

🔒 +1 (470) 310-5992
online

Add Contact ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Oh ok then he needs to reach out to them... do they have TG?  *10:45 PM* ✓

Let me contact one of them first
*10:45 PM*

And will get back to you in'shā'Allāh
*10:45 PM*

Ok  30s  ⬆

"O"  |  Oh

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123 🌐 🎤 space return

Yeahhh 11:37 AM ✓✓

You set the self-destruct timer to 30 seconds

Oh ok then he needs to reach out to them... do they have TG? 10:45 PM ✓

And will get back to you in'shā'Allāh
10:45 PM

Ok inshallah... 10:46 PM ✓

Jazak Allahu Khayran 10:46 PM ✓

Message ◔ 30s

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Oh ok then he needs to reach out to them... do they have TG?  *10:45 PM* ✓

And will get back to you in'shā'Allāh
*10:45 PM*

Ok inshallah...  *10:46 PM* ✓

Jazak Allahu Khayran  *10:46 PM* ✓

Message  ◔ 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact  ⊗

Is everything okay? *9:31 AM*

Alhamdullilah everything is good... just some big stuff and I dunno I don't wanna bother you I know you're at work.. want me to just text ya later? *11:20 AM* ✓✓

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Oh ok then he needs to reach out to them... do they have TG? *10:45 PM* ✓✓

Ok inshallah... *10:46 PM* ✓✓

Jazak Allahu Khayran *10:46 PM* ✓✓

Yes will let you know when I hear from the first one *10:47 PM*

Message  🕐 30s  🎤


**Add Contact**                                    ⊗

I'm free for an hour   *11:23 AM*

                              Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Yes will let you know when I hear from
the first one
                                    *10:47 PM*

It might take a few days because
they're not always by their phone
                                    *10:47 PM*

In'shā'allāh   *10:47 PM*

📎   Sis... May Allah reward you|   30s   ⬆

f or          for your          with

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

You set the self-destruct timer to 30 seconds

I hope you don't feel like you have to do any of this, I really don't want you to feel like you have to...

10:53 PM ✓✓

You have so much going on in your situation and have so much on your own plate with ▮ and work and school... I feel like I'm adding to it

10:54 PM ✓✓

Na it's one text message to someone

10:56 PM

Message    30s

I      You      I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact  ⊗

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

In the mean time start practicing
arabic in'shā'Allāh  *10:48 PM*

Are these brothers in the U.K. Or S?
*10:48 PM* ✓✓

Allāhumma āmeen just make du'ā the
debt will be paid soon enough  *10:48 PM*

T and S  *10:48 PM*

Message  ◔ 30s  🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

| #+= | . | , | ? | ! | ' | ⌫ |

ABC  🌐  🎤  space  return

🔒 **+1 (470) 310-5992**
online

**Add Contact** ⊗

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Na it's one text message to someone
*10:56 PM*

In'shā'allāh *10:57 PM*

We will see soon *10:57 PM*

📎 | Message | 30s | ↑

"Inshallah"

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

⇧ | Z | X | C | V | B | N | M | ⌫

| 123 | 🌐 | 🎤 | space | return |