

Add Contact          Report Spam          ⊗

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Yes... it's happened before *10:19 PM* ✓✓

I don't get the tech stuff though
*10:19 PM* ✓✓

So I spoke with the individual *10:20 PM*

Ok *10:20 PM* ✓✓

There is no work *10:20 PM*

Message          1m

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return



Add Contact      Report Spam   ⊗

Ok  *10:20 PM* ✓✓

There is no work  *10:20 PM*

There is no jhd right noe  *10:20 PM*

Now**  *10:20 PM*

They're in a peace treaty  *10:20 PM*

Also the one from hts, it is a lie  *10:20 PM*

You don't give ba'yah to come  *10:21 PM*



Add Contact          Report Spam          ⊗

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Now**  *10:20 PM*

They're in a peace treaty  *10:20 PM*

Also the one from hts, it is a lie  *10:20 PM*

You don't give ba'yah to come  *10:21 PM*

I only know what ███ told me
*10:21 PM* ⓘ

Message          ◔ 1m          🎤

"          ou          I'm

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Add Contact    Report Spam  ⊗

Yes *10:19 PM*

Alhamdullilah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

I only know what ██████ told me
*10:21 PM* ✓

So they can't help us? *10:21 PM* ✓

No one will help unless you have work
*10:22 PM*

Message    🕐 1m  🎤

I          you          I'm

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤  space  return



Add Contact      Report Spam   ⊗

I only know what ███ told me

10:21 PM ✓✓

So they can't help us? 10:21 PM ✓✓

No one will help unless you have work

10:22 PM

What do you mean unless we have work?

10:22 PM ✓✓

They don't need anyone else to support

10:22 PM

Message    ◔ 1m 🎤

Add Contact     Report Spam     ⊗

So they can't help us? 10:21 PM ✓✓

No one will help unless you have work

10:22 PM

What do you mean unless we have work?

10:22 PM ✓✓

They don't need anyone else to support

10:22 PM

There is no work right noe 10:22 PM

Now* 10:22 PM



Add Contact          Report Spam          ⊗

set the self-destruct timer to 1 minute لا شيء

There is no work right noe   10:22 PM

Now*   10:22 PM

And what ppl work is less than 5ds a day   10:22 PM

They don't want ppl coming unless the have plans   10:23 PM

What are your plans   10:23 PM

P|                                    1m

I          You          I'm

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123 🌐 🎤 space return

< Chats

Add Contact          Report Spam          ⊗

set the self-destruct timer to 1 minute لا شيء

What are your plans  *10:23 PM*

Plans for what we will do there or what do you mean?  *10:23 PM* ✓✓

Yes what are your plans for hijrah and what will you do there  *10:24 PM*

No one is fighting  *10:24 PM*

They're in a peace treaty  *10:24 PM*

Message          1m          🎤

| I | you | what |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=     .     ,     ?     !     '     ⌫

ABC  🌐  🎤  space  return

Add Contact     Report Spam   ⊗

They're in a peace treaty   *10:24 PM*



1m

*10:24 PM*

Well ███ can support physically in many ways, he's really strong. So if the jihad is|   1m

"i"     |     is

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

But my question is my friend and her husband are wanting to go there now

10:20 AM ✓✓

Do you know anyone who can help them in'shā'Allāh

10:20 AM ✓✓

She can find me a house in'shā'Allāh

10:20 AM ✓✓

Lol 10:20 AM ✓✓

**لا شيء**
But my question is my friend and her husb...
What's there intentions

10:21 AM

There is no work 10:21 AM

No jihad 10:21 AM

Mashallah 10:21 AM

Really???? 10:21 AM ✓✓

Whattt 10:21 AM ✓✓

Mabrukkk 10:21 AM

Message

But my question is my friend and her husb...

What's there intentions

10:21 AM

There is no work 10:21 AM

No jihad 10:21 AM

Mashallah 10:21 AM

Really???? 10:21 AM ✓✓

Whattt 10:21 AM ✓✓

Mabrukkk 10:21 AM

**Unread Messages**

لا شيء

Really????

There's a peace treaty now 10:22 AM

Allah knows best but I think jihad is finished for now 10:22 AM

As in fighting 10:22 AM

But still there is ribat 10:22 AM

Message

Anyone can come in they don't have to make ba'yah before they come :/

10:28 AM ✓✓

لا شيء
Supposedly some hts member told him h...

HAHAHAHHAHA

11:52 AM

That is defently not correct   11:52 AM

Anyone who asks you to give bayah you must avoid completely   11:52 AM

Total nonsense   11:52 AM

EXACTLY   11:54 AM ✓

Very ajeeb   11:54 AM ✓

11:54 AM ✓

Message


**Add Contact**      **Report Spam**      ⊗



10:24 PM

9s

10:25 PM

Only ribat is what they do  *10:25 PM*

If that  *10:25 PM*

Bc T are on the borders too with observations  *10:25 PM*

Well ▉▉▉ can support physically in many ways, he's really strong. So if the jihad is that for now then that's what he will likely do... I haven't been privy to their conversations...  *10:26 PM* ✓✓

 Message    1m 🎤

**Add Contact**　　　**Report Spam**　　ⓧ

السلام عليكم ورحمة الله وبركاته *10:18 PM*

Ok did this come through? *10:19 PM* ✓✓

Yes *10:19 PM*

Alhamdullilah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Only ribat is what they do *10:25 PM*

If that *10:25 PM*

Bc T are on the borders too with observations *10:25 PM*

Well ▉▉▉ can support physically in many ways, he's really strong. So if the jihad is that for now then that's what he will likely do... I haven't been privy to their conversations... *10:26 PM* ✓✓

There is no jihad *10:26 PM*

📎　　Message　　　🕐 1m　🎤

Add Contact          Report Spam          ⊗

There is no jihad  *10:26 PM*

That's what I'm saying  *10:26 PM*

Well if it's building/rebuilding, whatever he must do he will... Doesn't that seem strange to you that there is no jihad??  *10:27 PM* ✓✓

I understand where these individuals are coming from they don't want you all hurt or homeless or without work  *10:27 PM*

Message          🕐 1m  🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=   .   ,   ?   !   '   ⌫

ABC  🌐  🎤  space  return

Add Contact     Report Spam    ⊗

I understand where these individuals are coming from they don't want you all hurt or homeless or without work
*10:27 PM*

There hasn't been *10:27 PM*

Well we don't want that either
*10:27 PM* ✓

Even when I spoke to Abu *10:27 PM*

He said no one is fighting *10:27 PM*

Message    ◔ 1m   🎤

I     You     I'm

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Add Contact          Report Spam          ⊗

are coming from they don't want you all hurt or homeless or without work
*10:27 PM*

There hasn't been *10:27 PM*

Well we don't want that either
*10:27 PM* ✓

Even when I spoke to Abu *10:27 PM*

He said no one is fighting *10:27 PM*

He didn't know what will happen
*10:28 PM*

Message          🕐 1m  🎤

I          You          I'm

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Well we don't want that either
10:27 PM ✓

Even when I spoke to Abu   10:27 PM

He said no one is fighting   10:27 PM

He didn't know what will happen
10:28 PM

Bc if you all go and there's no work or houses
10:28 PM

That means those people will have to support you
10:28 PM

Message   🕐 1m   🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

  
Well we don't want that either
10:27 PM ✓

Bc if you all go and there's no work or houses
10:28 PM

That means those people will have to support you
10:28 PM

They already have issues now with charity there
10:28 PM

They recommend find a job before entering
10:29 PM

And a place to stay   10:29 PM

 Message    1m   

I    You    I'm

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M 
123 🌐 🎤 space return

set the self-destruct timer to 1 minute لا شيء

They already have issues now with charity there

Well we don't want that either
10:27 PM ✓✓

10:28 PM

They recommend find a job before entering
10:29 PM

And a place to stay  10:29 PM

I will have to ask ▆▆▆▆ about all of this...
10:29 PM ✓✓

And to make sure it's legit  10:29 PM

Message                    🕐 1m  🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return

Well we don't want that either
10:27 PM ✓✓

I will have to ask ███ about all of this...
10:29 PM ✓✓

And to make sure it's legit  10:29 PM

Bc whatever that hts individual said to him is a complete lie
10:30 PM

Which I already told you that lol
10:30 PM

Khayr in'shā'Allāh  10:30 PM

Message  🕐 1m  🎤

I          You          I'm

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return

Alhamdullilah  *10:19 PM* ✓✓

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

I know some people make 50ds a month some make 100ds a month and others don't even get paid for 2 or 3 months  *10:31 PM*

I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that jf  *1m*

"j"        I        just

q w e f y u i o p

a s d g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

others don't even get paid for 2 or 3 months

*10:31 PM*

Make sure in'shā'Allāh your husband is checking in to all that

*10:31 PM*

I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that if we don't it's on us that we didn't... and this has been our plan, and his obligation

*10:31 PM* ⓘ

Message    🕐 1m    🎤

You    I'm

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

⬆ | Z | X | C | V | B | N | M | ⌫

| 123 | 🌐 | 🎤 | space | return |

checking in to all that  *10:31 PM*

I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that if we don't it's on us that we didn't... and this has been our plan, and his obligation  *10:31 PM* ✓✓

Why doesn't alaa go?  *10:32 PM*

Message

1m

I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that if we don't it's on us that we didn't... and this has been our plan, and his obligation  *10:31 PM* ✓✓

Why doesn't alaa go?  *10:32 PM*

🙆 I haven't talked to her since her weird freak out back in May  *10:32 PM* 🕐

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

🙆 I haven't talked to her since her weird freak out back in May  *10:32 PM* ✓✓

She told you guys to go?  *10:33 PM*

Have you thought about Afghanistan?
*10:33 PM*

They're still fighting there  *10:33 PM*

Message

1m

🙋‍♀️ I haven't talked to her since her weird freak out back in May _10:32 PM_ ✓✓

She told you guys to go? _10:33 PM_

Have you thought about Afghanistan?
_10:33 PM_

They're still fighting there _10:33 PM_

Yes... she told us to talk to the guy we sent money to about it

We have yes _10:33 PM_ ✓

Message    1m

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Yes... she told us to talk to the guy we sent money to about it

We have yes  *10:33 PM* ✓✓

The indian in syria ?  *10:34 PM*

I'm not sure his ethnicity but yes
*10:34 PM* ✓✓

I don't remember his telegram channel
*10:34 PM*

Message    🕐 1m    🎤

I          You          I'm

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

⬆  | Z | X | C | V | B | N | M | ⌫

123 | 🌐 | 🎤 | space | return

set the self-destruct timer to 1 minute لا شيء

I don't remember his telegram channel

*10:34 PM*

But he doesn't support hts *10:35 PM*

He does, and AQ *10:35 PM* ✓✓

Hmmmmm *10:35 PM*

He was more connected with AQ

*10:35 PM* ✓✓

That's who we sent the money to last Spring... and they talked the other day about the travel, I dunno the details t

1m

"deta"     details     detail

q w e r t **h** i o p

a s d f g j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Alhamdulillah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

He was more connected with AQ

*10:35 PM* ✓✓

Are you sure you actually speaking with that brother? *10:36 PM*

That's who we sent the money to last Spring... and ███████ and he talked the other day about the travel, I dunno the details though *10:36 PM* ✓✓

Message    ◔ 1m 🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Alhamdulillah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

That's who we sent the money to last Spring... and ███████ and he talked the other day about the travel, I dunno the details though                                        *10:36 PM* ✓✓

India in Syria sah? That brother?
                                        *10:36 PM*

███████ talked to the guy Alaa put us in touch with
                                        *10:37 PM* ✓✓

Message                                    🕐 1m   🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return

India in Syria sah? That brother?
*10:36 PM*

██████ talked to the guy Alaa put us in touch with
*10:37 PM* ✓✓



49s

*10:37 PM*

This one? *10:37 PM*

Message                          🕐 1m   🎤

I          You          I'm

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫



25s

10:37 PM

This one? *10:37 PM*

No *10:37 PM* ✓

Al saqah? *10:38 PM*

But ███ and he talked |    1m

"talked"     talke     talker

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Case 2:19-cr-00013   Document 118   Filed 06/12/20   Page 33 of 41 PageID #: 961



**Syria through Indian eyes**
278 subscribers

ⓘ A Travelogue of an Indian in War-Torn Syria

Tamil : @IndianInSyriaTamil

Twitter @ indian_insyria
Facebook @ IndianInSyria
Instagram @ indianin_syria

Telegram chat @IndianInSham

@indianinsyria
t.me/indianinsyria

≡   Notifications              Default (On)

    Shared Media                    466

Case 2:19-cr-00013   Document 118   Filed 06/12/20   Page 34 of 41 PageID #: 962

Alhamdullilah  *10:19 PM* ✓✓

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

No  *10:37 PM* ✓✓

Al saqah?  *10:38 PM*

Al sadqah**  *10:38 PM*

But ▮▮▮▮ and he talked the other day but I told ▮▮▮▮ you had better contacts  *10:38 PM* ✓

Message  🕐 1m

you    'm

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

●●●●● 📶
9:41 AM
🔒 ▭ ⚡
‹ Chats
🔒 +1 (470) 310-5992
••• typing

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

No  *10:37 PM* ✓✓

Al saqah?  *10:38 PM*

Al sadqah**  *10:38 PM*

But ▮▮▮ and he talked the other day but I told ▮▮▮ you had better contacts  *10:38 PM* ✓✓

Or people you said you really trusted  *10:38 PM* ✓

Message  🕐 1m  🎤

"tr    You    I'm

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

September 30

السلام عليكم ورحمة الله وبركاته  *10:18 PM*

Ok did this come through?  *10:19 PM* ✓✓

Yes  *10:19 PM*

Alhamdullilah  *10:19 PM* ✓✓

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

But ▇▇▇ and he talked the other day but I told ▇▇▇ you had better contacts  *10:38 PM* ✓✓

Or people you said you really trusted  *10:38 PM* ✓✓

Yeah and I do really trust them  *10:39 PM*

Yes  *10:19 PM*

Alhamdullilah  *10:19 PM* ✓✓

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Were they the people that were gonna help you go over?? You trust them at that level?
Cause I just wanna make sure we are doing the right thing, and I know ███ does too...  *10:40 PM* ⓘ

Message  🝥 1m  🎤

set the self-destruct timer to 1 minute لا شيء

Were they the people that were gonna help you go over?? You trust them at that level?
Cause I just wanna make sure we are doing the right thing, and I know ▓ does too...

10:40 PM ✓✓

Yes  10:41 PM

I'll ask ▓... should he just talk to them? I don't wanna put you in the middle on stuff

10:41 PM ⓘ

Message

1m

set the self-destruct timer to 1 minute لا شيء

I'll ask ███████... should he just talk to them? I don't wanna put you in the middle on stuff
10:41 PM ✓✓

I feel bad because I feel like you do so much for me already
10:42 PM ✓✓

Mmm they already said they won't help bc they don't know intentions
10:42 PM

What do you mean intentions?
10:42 PM ✓

Message    1m

I     You     I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤    space    return

Alhamdulillah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

What do you mean intentions?
*10:42 PM* ✓✓

Like I said before your alls plans
*10:43 PM*

Work housing etc... *10:43 PM*

Ohhh ok *10:43 PM* ✓

I'll have to ask ███...  *10:44 PM* ✓

Message                    🕐 1m  🎤

I          you          I'm

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return