# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Motion of Government Counsel Concerning Attendance at Upcoming Status Hearing (Doc. No. 115). Jennifer E. Levy's request to attend the status conference set for **June 19, 2020**, by teleconference is **DENIED**.

Ms. Levy's attendance at the status conference is waived, as long as the two other counsel of record for the Government are present.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE