UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 2:19-cr-00013 |
| v. ) | |
| ) | Chief Judge Crenshaw |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO ) | |

## JOINT STATUS REPORT

The United States, through the United States Attorney for the Middle District of Tennessee, and the Chief of the Counterterrorism Section of the National Security Division, U.S. Department of Justice, and Charles D. Swift, counsel for the defendant, Georgianna A.M. GIAMPIETRO, respectfully file this Joint Status Report in advance of the June 19, 2020, status conference date.

On June 16, 2020, the government inquired of defense counsel whether the defense had any information or issues to include in this Joint Status Report. Defense counsel notified the government this morning that the defense intended at the status conference to raise an issue related to a potential jury questionnaire in this case, and a trial availability issue related to one of the defense's proposed experts, Aymen Jawad, who lives in the United Kingdom. Defense counsel also notified the government that "she is willing to waive a jury trial and proceed by judge alone under FRCP 23, which of course requires the government's consent."

The government anticipates addressing these issues at the status conference on Friday.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

1

| | | |
|---|---|---|
| */s/ Charles D. Swift* | By: | *s/Ben Schrader* |
| Charles D. Swift | | BEN SCHRADER |
| Pro Hac Attorney for Georgianna Giampietro | | Assistant U.S. Attorney |
| Constitutional Law Center for | | 110th Avenue South, A96l |
| Muslims in America | | Nashville, Tennessee 37203 |
| 833 East Arapaho Rd., Suite 102 | | Phone: (615) 736-5151 |
| Richardson, TX 75081 | | |
| Phone: (972) 914-2507 | | |
| Email: cswift@clcma.org | | |
| | By: | *s/Philip Wehby* |
| | | PHILIP WEHBY |
| | | Assistant U.S. Attorney |
| | | 110th Avenue South, A96l |
| | | Nashville, Tennessee 37203 |
| | | Phone: (615) 736-5151 |
| | By: | *s/Jennifer Levy* |
| | | JENNIFER LEVY |
| | | Trial Attorney |
| | | Counterterrorism Section |
| | | U.S. Department of Justice |
| | | 950 Pennsylvania Avenue, N.W., Suite 7600 |
| | | Washington, D.C. 20530 |
| | | Phone: (202) 514-1092 |