# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013

**UNITED STATES OF AMERICA**
V.

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 6/19/2020

GEORGIANNA A.M. GIAMPIETRO

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Lise Matthews

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Ben Schrader, Phil Wehby

Defense Attorney(s): Peter Strianse, Charles Swift

## TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. |  | 7. |  |
| 2. |  | 8. |  |
| 3. |  | 9. |  |
| 4. |  | 10. |  |
| 5. |  | 11. |  |
| 6. |  | 12. |  |
| Alt 1. |  | Alt 2. |  |

COMMENTS:

- Status conference held. Parties to submit 3-4 status conference dates.
- Speedy trial waived. The trial is continued to September 14, 2021 at 9:00 am; a Pretrial Conference is scheduled for September 1-2, 2021.
- Parties shall discuss agreed questionnaires recognizing that any questionnaire must be given to the jury at least 75 dates prior to the trial.
- Replies to pending motions due July 17, 2021.
- Order to enter.

Total Time in Court: 25 minutes

Clerk of Court
by: Kelly Parise