UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:19-cr-00013 |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A status conference was held on June 19, 2020, and defendant made an oral motion to continue the trial. The Government does not object to the continuance. The Defendant has also filed a Waiver of Speedy Trial rights (Doc. No. 125).

The Motion is **GRANTED**. Accordingly, the trial in this case is CONTINUED until **September 14, 2021,** at 9:00 a.m. The pretrial conference is rescheduled for **September 1, 2021** and **September 2, 2021.** All lawyers who will try the case shall attend the pretrial conference. The parties shall submit three or four proposed status conference dates.

The parties shall discuss agreed questionnaires recognizing that any questionnaire must be given to the jury at least 75 dates prior to the trial.

The parties may file any replies to pending motions on or before July 17, 2021.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE