# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:19-cr-00013 |
| GEORGIANA A.M. GIAMPIETRO, | ) |
| Defendant. | ) |

## ORDER

The Motion of the United States of America for Protective Order Pertaining to the Testimony of Undercover and Online Covert Employees (Doc. No. 108) is **DENIED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1