UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | No. | 2:19-cr-00013 |
| v. | ) | | |
| | ) | | Chief Judge Crenshaw |
| | ) | | |
| GEORGIANNA A.M. GIAMPIETRO | ) | | |

## MOTION FOR CLARIFICATION OF ORDER (D.E. 129)

The United States, through the United States Attorney for the Middle District of Tennessee, and in response to the Court's Order (D.E. 129), hereby respectfully requests clarification from the Court regarding its denial of the United States' motion seeking a protective order pertaining to the trial testimony of undercover and online employees (D.E. 108).

The United States filed its motion on June 4, 2020, and the defendant responded in opposition on June 19, 2020 (D.E. 124), the day of the scheduled status conference. Pursuant to the Court's previous scheduling order (D.E. 89), the United States and the defendant had an optional reply date to responses filed by the parties of July 3, 2020. The reply deadline was then extended by the Court to July 17, 2020,[1] during the June 19, 2020, status conference. However, prior to the time for the filing of replies, the Court issued its Order on July 1, 2020, denying the United States' motion without prejudice. (D.E. 129.)

In its Order, the Court did not include its rationale for the denial of the United States' motion, but left open its consideration of a future refiling. Respectfully, in order for the United

---

[1] In the Court's June 23, 2020, Order resetting the trial (D.E. 128), the Court noted a reply date of July 17, 2021, but the parties had orally requested at the status conference an extension of the reply date to July 17, 2020, which the Court granted. The United States, therefore, presumes that the reply date is July 17, 2020.

1

States to properly evaluate the Court's denial and to determine how to proceed in the likely event of a future filing of the same or similar motion ahead of the new trial date, the United States requests clarification from the Court of the rationale for its Order denying the sought protective measures.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

By: *s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

By: *s/ Ben Schrader*
BEN SCHRADER
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

By: *s/ Jennifer Levy*
JENNIFER LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 7600
Washington, D.C. 20530
(202) 514-1092

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2020, I have forwarded a copy of the foregoing document, via the Court's electronic filing system, to Peter J. Strianse, Esq., and Charles D. Swift, Esq., counsel for the defendant.

      *s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney