UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) ) ) |  |
| Defendant. | ) |  |

## ORDER

The Government has filed a Motion for Clarification of Order (Doc. No. 130) in which it requests the Court to explain its "rationale" for its Order (Doc. No. 129) denying the Government's Motion for Protective Order (Doc. No. 108) relating to the trial testimony of undercover and online employees. Actually, the rationale is deceptively simple and readily apparent. Trial in this case has been reset to September 14, 2021, a lot can happen between now and then, and the Court is not in the business of providing advisory opinions. The Government is free to refile the Motion for Protective Order closer to the new trial date. That said, the Court intends to rule on Defendant's Motions to Dismiss (Doc. Nos. 112 and 113) in due course.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE