UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) | |
| Defendant. | ) | |

## ORDER

The Government's reply brief was due today notwithstanding the obvious typographical error in this Court's order (Doc. No. 128), which everyone recognizes. While its motion to file a Motion to File an Oversized Reply (Doc. No. 135) was pending, the Government filed a 51 page reply with 301 additional pages of attachments. This is obviously a document that the Government knew long before today it intended to file, yet must have assumed the Court would allow it if the request were simply made. This assumption was incorrect. The Court has never permitted the filing of a reply brief of that length and will not do so now. The Clerk shall **STRIKE** Doc. No. 136, and the Motion for Leave to File an Oversized Reply (Doc. No. 135) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE