UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cr-00013 |
| | ) |
| GEORGIANNA A.M. GIAMPIETRO, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court rules as follows:

(1) Georgianna A.M. Giampietro's "Motion to Dismiss Count Three [sic] as Duplicitous and/or Multiplicitous, or in the Alternative to Dismiss Count Three" (Doc. No. 112) is **DENIED**; and

(2) Giampietro's "Motion to Dismiss Counts [sic] Two as Void for Vagueness as Applied and Count Three for Absence of a Nexus" (Doc. No. 113) is also **DENIED**.

As a housekeeping matter, the Government's Motion to Exclude Speedy Trial Time and to Designate the Instant Matter as a Complex Case (Doc. No. 19) is **DENIED AS MOOT** because Giampietro has filed a Waiver of Speedy Trial (Doc. No. 125) and agreed to have this case tried before a jury commencing at 9:00 a.m. on September 14, 2021.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE