August 15

Channel created

Channel photo updated



**Let The Believers Put Their Trust In Allaah**
The beginning of the conquest:

When rasulAllaah salAllaahu'aleyhi wa sallem passed away, Abou Bakr Radhi'Allaahu 3nhu became the Khaalifah. He eliminated the false Prophets, Musaylamah & Shuja' Walud – while Tulayhah fled to Syria.
He conquered Yamamah and destroyed Banu Hanifa and the Arabs submitted to him. The Khaalifah later on resolved to invade Syria and fight the Romans. He gathered the Sahaabah Radhi'Allaahu 3nhum and said:
"O' people, may Allaah have mercy upon you. Remember that Allaah has blessed you with Islaam, made you the Ummaah of Muhammad salAllaahu'aleyhi wa sallem, increased your faith and conviction and granted you complete victory. He has said: 'Today I have perfected for you your religion and completed my favour into you and have chosen Islaam for you as a religion.' [5:3]
Know that rasulAllaah salAllaahu'aleyhi wa sallem intended to wage Jhaad in Syria and desired that effort should be made in that direction but Allaah recalled him to Himself.
So, be clear on this point that I intend on sending a Muslim Army together with their families and dependants to Syria. RasulAllaah salAllaahu'aleyhi wa sallem told me before his demise: 'I was shown the Earth and saw its East and West and that my Ummaah would soon conquer everything I was shown.'
So you should all come to an agreement and express your opinion to me. May Allaah have mercy upon you."

The Sahaabah Radhi'Allaahu 3nhum replied: "O' Khaalifah of rasulAllaah salAllaahu'aleyhi wa sallem, we are under your command. We are prepared for whatever you order because Allaah has made it incumbent upon us to obey you, by saying: 'Obey Allaah, obey the messenger and obey those in authority over you..' [4:59]

Abou Bakr Radhi'Allaahu 3nhu was very pleased with the reply of the Sahaabah and so, he wrote to the kings of Yemen, the Arab chiefs and the people of Makkah:

In the name of Allaah, the Most Gracious, the Most Merciful.
From: Abdullaah al-Atiq bin Abi Quhaafah.
To : All Muslims.

"As-Salaamu 3leykum. All Praise to Allaah alone and salutations to His Messenger. Know that I intend sending an army to Syria to expel the Disbelievers and those who do not tread the straight path from there. Whoever amongst you intends to wage Jhaad should hasten to obey Allaah and make preparations for Allaah says: 'Go forth, whether light or heavy, and strive with your wealth and your lives in the cause of Allaah. That is better for you, if you only knew.' [9:41]."

—————

Abou Bakr Radhi'Allaahu 3nhu gave these letters to Anas bin Malik Radhi'Allaahu 3nhu – the attendant of Rasulullah salAllaahu'aleyhi wa sallem, and awaited their reply.

Jaabir bin Abdillaah Radhi'Allaahu 3nhu narrates:
Anas returned after a short while with the glad tidings that the people of Yemen were coming. He told Abou Bakr, "Whoever I read your order out to immediately obeyed Allaah and accepted your order. These people will present themselves with their equipment and war materials and armour. O' Khaalifah of rasulAllaah. I have presented myself ahead of their coming to give you glad tidings. In obeying you they accept having their hair dishevelled and their bodies covered in dust. They are extremely brave and excellent horsemen - the chiefs of Yemen. They will soon be arriving with their families and dependants. You should prepare to meet them."

The next day, signs of the coming of the Mujdeen were seen and so the people of Medinah informed the Khaalifah. Abou Bakr Radhi'Allaahu 3nhu ordered them to mount their conveyances and went with them out of Medinah to welcome the arrivals. Soon legion after legion of Mujdeen arrived, each tribe with their emblems and with their flags in their hands, marching behind each other.

The tribes encamped separately around Medinah (after greeting the Khaalifah – Abou Bakr as-Sadeeq). Since the army had become numerous, food and space became insufficient. The chiefs (of the Yemeni tribes) consulted each other and decided to ask the Khaalifah to dispatch them to Syria due to the problem of over crowding in Medinah. They went to him, made Salaam and

👁 125   11:21 AM

**Let The Believers Put Their Trust In Allaah**
sat down. They then looked at each other wondering who would speak first until eventually Qays bin Hubayrah said, "O' Khaalifah of rasulAllaah salAllaahu'aleyhi wa sallem, you summoned us to a task to which we responded immediately in obedience to Allaah and His Rasul and out of eagerness for Jhaad. Through Allaah's grace our army is prepared and all war provisions made. However, our troops are undergoing difficulty since your city cannot accommodate all the horses, mules and camels, nor are all the men's needs fulfilled. We therefore request you to either permit us to fight, or if the decision for war has been cancelled, then permit us to return to our homeland."

In this way each chief in his turn expressed the same idea. Upon hearing them all, Abou Bakr Radhi'Allaahu 3nhu replied, "By Allaah! I had no intention of giving you difficulty. I merely desired that all the contingents should arrive so that the army's numbers should

be completed."

They (the chiefs) said, "There remains no tribe still to come. All have arrived. Therefore place your trust in Allaah and send us." Abou Bakr Radhi'Allaahu 3nhu made du'aa and said: "O' Allaah, grant them patience. Help them. Do not make them prisoners in the claws of the Disbelievers."  👁 120  11:21 AM

## Let The Believers Put Their Trust In Allaah

Abou Bakr Radhi'Allaahu 3nhu have Yazid bin Abi Sufyaan command over 1000 hoursemen and have him a battalion flag. He also have a flag to Rabi'ah bin'Amir – of the Banu 'Amir tribe – also making him a commander of 1000 hoursemen.

Then the Khaalifah said to Yazid Radhi'Allaahu 3nhu, "Rabi'ah bin 'Amir is a man of great status and nobility. Be acquainted with his bravery and methods of attack. I place him under you, but you are to place him in every advance group. Consult with him and act upon his consultation. Do not oppose his opinion."
Yazid Radhi'Allaahu 3nhu replied, "I readily accept all this."

Yazid and Rabi'ah Radhi'Allaahu 3nhum came on horseback at the head of the two armies to take leave of Abou Bakr Radhi'Allaahu 3nhu, who went on foot with them. Yazid said, "O' Khaalifah of rasulAllaah salAllaahu'aleyhi wa sallem, I fear Allaah and feel ashamed before Him that we ride while you walk. Either mount or let us walk." He replied, "Neither will I ride, nor will you dismount. I hope for reward from Allaah by means of this walk."
Thus he marched until Thaniyatul Wadaa' where he stopped. Yazid came and said, "O' Khaalifah, please advise us."

Abou Bakr Radhi'Allaahu 3nhu said, "When you leave a place do not cause the men difficulty in marching. Do not punish your men harshly. Consult them in every matter. Do not abandon justice and stay far from injustice and tyranny because no tyrant nation has ever obtained success nor been victorious Over another nation. Act upon the Qur'aan's dictate: 'And whoever turns his back to them on such a day, unless swerving [as a strategy] for war or joining [another] company, has certainly returned with anger [upon him] from Allaah, and his refuge is Hell - and wretched is the destination.' [8:16].

That is to say, when you encounter the army of Disbelievers then do not flee for whoever flees, loses the battle. When you have obtained victory do not slay any small children, old people, women or pre-adolescents. Do not approach the harvests of trees. Crops should not be burnt nor fruit trees cut. Do not slaughter any animal which is impermissible. Do not break any agreement which you make with the enemy and after peace do not tear up your treaties. Remember that you will also meet such people who have undertaken monasticism in their monasteries, thinking this to be for the sake of Allaah. Do not interfere with them for as long as as they choose this isolationism - do not destroy their monasteries and do not kill them.

You will also meet such a Satanic people who worship the Cross. They shave their heads in the middle to expose their skulls. Cut off their heads until they accept Islaam or pay Jizyah disgraced. Now I place you in Allaah's hands, may He protect you."

He then shook hands and embraced Yazid Radhi'Allaahu 3nhu and then shook hands with Rabi'ah Radhi'Allaahu 3hnu saying, "Rabi'ah bin 'Amir, show your bravery and intelligence in fighting the

Romans. May Allaah fulfil all your desires and forgive us all."

The army of the Believers went towards their destination while the Khaalifah and his companions returned to Medinah. After reaching a short distance outside Medinah, Yazid increased his pace. Rabi'ah objected, "Abou Bakr ordered you to go slowly without causing difficulty."

Yazid Radhi'Allaahu said: It is true that he commanded this, but just as he despatched us, he intends despatching other armies too. I intend reaching Syria first so that by the time the others reach us we may have gained some victories. There are three benefits in this - firstly, Allaah and his Rasul's pleasure; secondly, the Khalifah will be happy; thirdly, booty will be obtained if Allaah wills.

Rabi'ah Radhi'Allaahu 3nhu said: As you please. All power and might belong to Allaah.

So they took the secondary road of Wadiyul Qura so as to reach Damascus by way of Tabuk and al-Jabiyah.
Christian Arabs living in Medinah gave intelligence of this invasion to the Roman Emperor, Heraclius. He assembled the Imperial officials and said, "O' Romans, know that your Empire, wealth and lives are facing impending destr     ◉ 180  3:45 PM

### Let The Believers Put Their Trust In Allaah

uction. For as long as you maintained the laws of the Gospel, you defeated whichever king attacked you and your dominations in Syria. You will recall that Kisra attacked you with the Persian army but had to flee in defeat. The Turks also attacked you but were similarly defeated. The Jaramiqah invaded but you drove them back. Now you have brought about changes and innovations in your religion and chosen the path of tyranny. You have now become criminals in the Eyes of God and in retribution He is sending such a people against you who are of no note or rank. No nation was regarded as weaker than them so it never occurred to us that they would dare to attack us in our own territories. Actually it is nothing but famine and hunger which has driven them to us and their Prophet's successor has sent them to snatch our lands and drive us out."

Heraclius then told them whatever the spies had told him, to which the Imperial officials unanimously replied, "Send us against them and they will never fulfil their desires. We will drive them back to their Prophet's' city, demolish their Ka'bah, uproot its foundation and not spare a single one of them."
When Heraclius observed their filthy eager faces, weighed their plans against caution and resolution, he chose a cavalry of 8,000 men. Over them he appointed four commanders. They put on their armour, prepared their goods and displayed their adornment. The chief priest then prayed for their victory and assistance, "O' God! Help whichever party is on the Truth."     ◉ 184  3:45 PM

August 16

### Let The Believers Put Their Trust In Allaah
Yazir bin Husaum narrates:

Yasir bin Husayn narrates.

Yazid bin Abi Sufyan Radhi'Allaahu 3nhu reached Tabuk three days before the Romans. On the fourth day, the Sahaabah Radhi'Allaahu 3nhum intended to advance but saw dust rising in the distance. Allaah then inspired them with a clever strategy. Yazid bin Abi Sufyan ordered Rabi'ah bin 'Amir to hide in ambush with 1,000 men while he himselfled 1,000 to face the enemy and drew them in rows. He gave some advice and mentioned Allaah's favours, then said, "Remember that Allaah has promised you victory in most places. He has sent angels to your aid and says in the Qur'aan: 'How often a small group overcame a mighty force by Allaah's leave? And Allaah is with the patient ones.' [2:249]. Our Master, RasulAllaah salAllaahu'aleyhi wa sallem, said that Paradise lies under the shadow (shades) of swords. O' my brothers, the very first army to make Jihaad against the Romans is this very army of yours. Whichever Muslim army may come to join you will come to help you while you remain the original force. So it is required of you to display that which the Muslims are expecting of you. The enemy is confronting you, therefore be careful that they do not have hopes of killing you. Help Allaah's Deen and He will help you."

While Yazid Radhi'Allaahu 3nhu was advising them, the Roman vanguard followed by the main body arrived. Seeing a small Arab force, they thought this to be the entire Arab army. They shouted and said to each other, "Encircle those who have come intending to snatch your Empire, dishonour you and slay your kings. Draw help from the Cross so that it may come to your assistance." They then attacked.

The Sahaabah responded with great courage and thus the battle began and endured for some time. The Romans gained the upper hand due to their greater number and thought that they would capture the Muslims, when suddenly Rabi'ah Radhi'Allaahu 3nhu and his men emerged riding horses. They loudly recited salutations on RasulAllaah salAllaahu'aleyhi wa sallem and shouted "Allahu Akbar!" as if they were thundering clouds. Rabi'ah attacked fiercely and the banner of Tawheed was raised. As soon as the Romans saw the ambush they lost courage and Allaah placed such terror in their hearts that they broke rank and fled.

Batlic was encouraging his men to continue fighting but when Rabi'ah Radhi'Allaahu 3nhu spotted him and deduced from his demeanour that he was a commander of the army. He speared the Roman with such force that the spear penetrated him through one side and emerged from the other. When the Romans saw him fall unconscious, they recklessly fled and abandoned the battlefield to the Sahaabah. Radhi'Allaahu 3nhum.

Abdullaah bin Hilm narrates:
Allaah destroyed 2,200 Romans in this battle while 120 Muslims were martyred,
mostly from the Yemeni tribe, Sakasik.
Sergius addressed the defeated Romans, "How can I show my face to Caesar Heraclius when the audacity of a small Muslim force has destroyed our great champions. Our blood stains the Earth and our corpses lie in heaps. I cannot return until I either avenge my brother or join him in death." Hearing this the Romans began rebuking each other and returned to save face. They erected their tents, arranged their equipment and prepared for a fight. When all the equipment was arranged and the camp firmly entrenched, a

the equipment was arranged and the camp firmly entrenched, a
Christian Arab, Qadb bin Wathilah, was called and told, "Go to the
Muslim camp and tell them to send a wise, intelligent and
experienced man to us so that we may ask him what their goal is."
Qadb went. When some tribesmen saw him, they asked, "What do
you want here?" He replied, "Our commander of the army calls for
one of your wise and experienced men so that he may investigate
why you have interfered in Imperial affairs."
Rabi'ah Radhi'Allaahu 3nhu said: "I will go."
Yazid Radhi'Allaahu 3nhu: "Rabi'ah, it is not appropriate for you to
go since you killed one of their
great officers in yesterday's battle."
Rabi'ah Radhi'Allaahu 3nhu: "Allaah says in the Qur'aan: 'Say:
Nothing will afflict us except that which Allaah has decreedfor us.
He is our Protecto ⊙ 191  2:23 AM

## Let The Believers Put Their Trust In Allaah

r.' [9:51]. I advise you and the Muslims to closely observe me. If I
attack the Romans because they betray me, then fight them too."

He then mounted his horse and bidding the Muslims salaam,
made for the enemy camp. When he came near the enemy tents,
Qadh said, "Honour the Imperial army by dismounting."
Rabi'ah Radhi'Allaahu 3nhu replied, "I am not someone who leaves
honour and chooses disgrace. It can never happen that I hand
over my horse to anyone else. I will not dismount at any place
except the tent entrance. If this is not acceptable to you then I will
fight you because you are the ones who called us - we sent no
message to you whatsoever."
Qadh informed the Romans of this. They consulted each other and
said, "The Arabs are firm and true in their word. Let him come as
he pleases." Thus he came mounted right up to the tents where he
dismounted and, with the horse's bridle in his hand, sat down
cross-legged.

Sergius: We have always considered you to be weak. It never
occurred to us that we would be fighting each other and that you
would in fact attack us. What is it that you want?

Rabi'ah Radhi'Allaahu 3nhu: We desire that you accept our Religion
and be reciters of the same Declaration which we recite. If not,
then you will have to pay Jizyah. If you have a problem with that
also, then the sword is the best decider.

Sergius: What harm is there if instead you go and attack the
Persians? We should make peace and befriend each other.

Rabi'ah Radhi'Allaahu 3nhu: Compared to you Persia is further off
and Allaah has commanded us: ' those Disbelievers who are
nearest to you and let them find you harsh against them.' [9:123].

Sergius: What! Has a book been revealed to you?

Rabi'ah Radhi'Allaahu 3nhu: Just as the Gospel was revealed to
your Prophet.

Sergius: Perhaps we could make peace on these terms - we will
give each of your men one dinar and a camel-load of grain; for
your commander 100 dinaar and 100 camel-loads of grain. We will
sign a peace treaty to the effect that you will not fight us nor will

sign a peace treaty to the effect that you will not fight us nor will we fight you.

Rabi'ah Radhi'Allaahu 3nhu: This can never be. I have already stated that your first choice is Islaam, second Jizyah, third the sword.

Sergius: We can never leave our religion and become Muslims since we do not consider any religion better than ours, and to die is better than paying you Jizyah. You cannot know how to fight better than us, for in our army are sons of Roman generals, men of the battlefield, all experts in both sword and spear.

He then called for a priest named Sicilia to come and debate with "this bedouin"..
👁 185   2:23 AM

**Let The Believers Put Their Trust In Allaah**
⬆ Victory & Romans asking for terms.   👁 174   2:29 AM

**Let The Believers Put Their Trust In Allaah**
» Random Fact «

📚Islaam and Chemistry?📖

The word alchemy in turn is derived from the Arabic word al-kimiyyah (الكيمياء).

Towards the end of 9th century scientific breakthroughs were starting to be realised — thanks to a few brilliant Muslim scholars who changed the unreliable science of alchemy into the science of chemistry.

Al-Razi's book, The Book of the Secret of Secrets, a precise guide to the practice of chemistry, further cemented the scientific approach to the study of chemistry.

Alexander Von Humboldt says on his book of science:
"It was the Muslims who for the first time invented the method of chemical preparation of medicines, and it was from this sound advice and the procedure of experiments of medicine and natural elements came to us, and thus the door on a new era of the study of this science was opened by the Arabs.
Suffice it for the proof of the vast Arab knowledge of the plant kingdom that they made addition of two thousand herbs to those Zulefuredas.
There were many herbs in their pharmacy that the Greeks had not even dreamt of."

⬆ This is a Kaaffir saying this. Out of all the other kuffaar nowadays (and even our brothers and sisters) who claim Muslims did nothing and are doing nothing to develop the world of today.
👁 134   12:24 PM

August 17

**Let The Believers Put Their Trust In Allaah**
4️⃣ Romans annihilated:
❀ ❀ ❀ ❀ ❀ ❀ ❀ ❀ ❀
Caesar had sent a priest with the army who was knowledgeable in

Caesar had sent a priest with the army who was knowledgeable in religion and debate. When he came Sergius said, "O' father, question this man as to his religion and then tell us what you think."

Priest: O' Arab, it is written in our Scriptures that God will send an Arab prophet from the Hashimi family of the Quraysh tribe whose sign of recognition will be that God will summon him to the Heavens. Did this happen to your prophet?

Rabi'ah Radhi'Allaahu 3nhu: Allaah did indeed summon our Prophet salAllaahu'aleyhi wa sallem to the Heavens and has mentioned in the Qur'aan: "Pure is that Being who took his slave on a night journey from the Sacred Masjid (in Makkah) to the Furthest Masjid (in Jerusalem) whose precincts we have blessed so that We may
show him Our signs." [17:1]

Priest: It is in the Scriptures that it will be compulsory for that Prophet and his
followers to fast one month of the year called 'Ramadhaan'?

Rabi'ah Radhi'Allaahu 3nhu: That is also correct. One month of fasting has been made compulsory upon us as mentioned in the Qur'aan: "Ramadhaan is that month in which the Qurdn was revealed. It is a guidance for humanity and distinguishes between truth and falsehood."[2:185]

In another place He says: "Fasting has been prescribed upon you just as it was prescribed upon those before you." [2:183]

Priest : We have also read in our Scriptures that if one of his followers performs a good deed, then the reward of ten good deeds is written for him. Whereas if he commits an evil, only one is written down against him.

Rabi'ah Radhi'Allaahu 3nhu: The Qur'aan explains it like this: "He who performs good receives ten the like thereof and he who performs evil is only accountable for the like thereof and they will not be wronged." [6:160]

Priest: It is written that God orders his followers to send salutation upon him.

Rabi'ah Radhi'Allaahu 3nhu: Yes, He has ordered it in these words: "Allaah and His Angels send salutation upon His Prophet. O' you who believe convey salutations and greetings of peace upon him." [33:56]

The priest was amazed to hear this answer and said to the commander of the army, "Truth is with these people."
After this dialogue, a courtier told Sergius, "This is the bedouin who killed your brother yesterday."

Upon hearing this, Sergius blazed with rage until his eyes turned red with fury and he intended to assault Rabi'ah Radhi'Allaahu 3nhu. Rabi'ah however realised his intention and got up with lightning speed. He grabbed a sword and struck Sergius with such force that he fell to the ground. The Romans charged at him, so he jumped onto his horse shouting, "Is there any challenger?" and



faced them for combat.

Yazid bin Abi Sufyaan Radhi'Allaahu 3nhu saw the battle and shouted, "O' Muslims, the enemy has betrayed a Companion of your Prophet salAllaahu'aleyhi wa sallem. Attack at once!" The Muslims attacked and the two forces were completely interlocked. The Romans were firmly holding their battle stations when suddenly a second Muslim force under Shurahbil bin Hansanah Radhi'Allaahu 3nhu, the scribe of rasulAllaah salAllaahu'aleyhi wa sallem, arrived. When the believers saw their brothers coming, their spirits rose and they fought so zealously that their swords were in a constant meeting with the enemies heads.

Out of 8,000 Romans.. not a single one survived. The believers killed them all, captured their wealth, their horses, tents and treasures.

They met Shurahbil Radhi'Allaahu 3nhu and his companions and exchanged Salaam wa Du'aa. After erecting camp, Shurahbil consulted Yazid and Rabi'ah Radhi'Allaahu 3nhum about the booty and both agreed that, "All booty captured from the Romans should be sent to the Khilaafah so that the Muslims may see it. This will encourage them to participate in Jhaad and send their troops here."

Shaddad bin Aws Radhi'Allaahu 3nhu and 500 hoursemen took all the booty (except for weapons and war equipment) to the Khilaafah.

When the believers in Medinah saw Shaddad Radhi'Allaahu 3nhu arrive with booty, they raised cries  👁 286  edited 9:32 PM

**Let The Believers Put Their Trust In Allaah**
of: "Laa ilaaha ilaaAllaah! Allaahu Akbar!"

The Khaalifah enquired as to the shouting — they replied, "Shaddad has returned with booty!" However in the meantime, Shaddad Radhi'Allaahu 3nhu and his men went to the masjid Salaah and send salutations upon rasulAllaah salAllaahu'aleyhi wa salleem. They then went to the Khaalifah and narrated the whole incident. Abou Bakr Radhi'Allaahu 3nhu prostrated out of Shukr.

He used the booty to prepare another Muslim army and wrote to the people of Makkah to participate in Jhaad..
👁 307  edited 9:34 PM

August 18

**Let The Believers Put Their Trust In Allaah**
5️⃣ Abou Bakr Radhi'Allaahu 3nhu summons the people of Makkaah for Jhaad.
❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖
[Letter of the Khaalifah to the people of Makkaah]

"In the name of Allaah, the most Gracious, most Merciful.

From: Abdullaah al-Atiq bin Abou Quhafah

To: The people of Sacred Makkaah and surrounds

To. The people of Sacred Makkaah and surrounds.

As-Salaamu Alaykum.
All praise belongs to Allaah alone and salutations be to His messenger. I have prepared to wage Jhaad on the enemies of the Muslims and to conquer Syria. I am informing you of this so that you may immediately comply with Allaah's commands:

'Go Forth whether light or heavy and wage Jhaad with your wealth and lives in the path of Allaah. This is better for you if only you knew.' [9:14]

This verse was revealed in your city,so you are more responsible than others to comply. Whoever shows himself true by implementing this is the best person. Whoever assists the Deen of Allaah will be assisted by Allaah. As for him who remains aloof from this task, Allaah does not care for him.
Race towards a paradise filled with grape-vines prepared by Allaah for the Mujdeen, Muhaajireen and Ansaar, etc.

Sufficient for us is Allaah and what an excellent disposer of affairs He is!"

👁 275   edited 2:35 PM

**Let The Believers Put Their Trust In Allaah**
»continued«

He stamped it with rasulAllaah's seal and sent it with Abdullaah bin Huthaafah Radhi'Allaah 3nhu to Makkaah. When Ibn Huthaafah reached Makkaah he shouted loudly. When the people had gathered around him, he read it aloud. Suhayl bin Amr, Harith bin Hisham and Ikramah bin Abi Jahl Radhi'Allaahu 3nhum stood up and said, "We accept the invitation of he who calls to Allaah and His Rasul and accept the word of rasulAllaah salAllaahu'aleyhi wa sallem as true."

Harith and Ikramah then said, "By Allaah, we will definitely help His Deen. Why do we lag behind others? While it is true that they have overtaken us by reaching their goal before us and we have been deprived of that great virtue, at least we can have our names included with theirs by joining them."

Ikramah Radhi'Allaahu 3nhu took fourteen men from his tribe — Makhzum, while Suhayl bin Amr went with forty youths from Banu Amir, including Harith bin Hisham. Others from Makkaah joined them until they became an army of 500 going to Medinah. Abou Bakr Radhi'Allaahu 3nhu wrote to the Hawazin and Thafiq tribes who sent 400 men to Medinah.

Abdillaah bin Said narrates from Abou Amir:
We were in Taif when 400 men of Hawazin and Thafiq immediately responded upon reading Abou Bakr's letter. On the way we met the men from Makkaah so that we became a total of 900. Each of us said, "I am enough to confront 900 Roman horsemen all on my own."
When we arrived at Medinah, we encamped at Baqi. Abou Bakr Radhi'Allaahu 3nhu was informed and he ordered, "Leave your camp and go straight to where your brothers, Shurahbil bin

Hasanah, Yazid bin Abi Sufyan and Rabi'ah bin Amir, are."
At that time, they were all waiting at the border. Upon reaching
them, we waited there for twenty days during which time other
delegations came and joined us.

Shaddaad bin Aws Radhi'Allaahu 3nhu narrates:
Abou Bakr Radhi'Allaahu 3nhu came one day with a few
Muhaajireen and Ansaar and gave a befitting speech while
standing. After praising Allaah and sending salutation on
rasulAllaah salAllaahu'aleyhi wa sallem, he said, "O' people,
amongst the obligations which Allaah has decreed upon the
Muslims is Jhaad, the reward for which is very great in the Eyes of
Allaah. Purify your intentions and have only good desires so that
your rewards may increase. O' slaves of Allaah, hasten to fulfil the
obligation of your Rabb and the Sunnah of your True Guide. There
can only be one of two outcomes to the endeavour upon which
you embark — victory or martyrdom. Whoever is martyred will
meet those who have died before him and his reward is upon
Allaah!"

Abdullaah bin Said narrates:
I said to Abou Amir, "Describe Abou Bakr."
He said, "He had a wheatish-coloured complexion, thin tall body
and his beard was not very thick."

Abu Amir narrates:
400 men came from Hadraamawt also.        👁 166  edited 8:01 PM



August 20

### Let The Believers Put Their Trust In Allaah
🏹 Ibn al-Qayyim said, in regards to the description of the Paradise
and the delights that it contains:

"And if you ask about its ground and its soil, then it is of musk and
saffron.

And if you ask about its roof, then it is the Throne of the Most
Merciful.

And if you ask about its rocks, then they are pearls and jewels.
And if you ask about its buildings, then they are made of bricks of
gold and silver.

And if you ask about its trees, then it does not contain a single tree
except that its trunk is made of gold and silver.

And if you ask about its fruits, then they are softer than butter and
sweeter than honey.

And if you ask about its leaves, then they are softer than the
softest cloth.

And if you ask about its rivers, then there are rivers of milk who's
taste does not change, and rivers of wine that is delicious to those
who drink it, and rivers of honey that is pure, and rivers of water
that is fresh.

And if you ask about their food, then it is fruits from whatever they
will choose, and the meat of whatever birds they desire.

And if you ask about their drink, then it is Tasneem, ginger, and
Kaafoor.

And if you ask about their drinking cups, then they are crystal-clear
and made of gold and silver.

And if you ask about its shade, then a fast rider would ride in the
shade of one of its trees for a hundred years and not escape it.

And if you ask about its vastness, then the lowest of its people would have within his kingdom and walls and palaces and gardens the distance that would be travelled in a thousand years.

And if you ask about its tents and encampments, then one tent is like a concealed pearl that is sixty miles long.

And if you ask about its towers, then they are rooms above rooms in buildings that have rivers running underneath them.

And if you ask about how far it reaches into the sky, then look at the shining star that is visible, as well as those that are far in the heavens that the eyesight cannot possibly reach.

And if you ask about the clothing of its inhabitants, then they are of silk and gold.

And if you ask about its beds, then its blankets are of the finest silk laid out in the highest of its levels.

And if you ask about the faces of its inhabitants and their beauty, then they are like the image of the Moon.

And if you ask about their age, then they are young ones of 33 years in the image of Adam, the father of humanity.

And if you ask about what they will be hearing, then it is the singing of their wives from among the Hoor al-'Ayn, and better than that are the voices of the Angels and the Prophets, and better than that is the Speech of the Lord of the Worlds.

And if you ask about their servants, then they are young boys of everlasting youth who resemble scattered pearls.

And if you ask about their brides and wives, then they are young and full-breasted and have had the liquid of youth flow through their limbs; the Sun runs along the beauty of her face if she shows it, light shines from between her teeth if she smiles; if you meet her love, then say whatever you want regarding the joining of two lights; he sees his face in the roundness of her cheek as if he is looking into a polished mirror, and he sees the brightness from behind her muscles and bones; if she were to be unleashed upon the World, she would fill what is between the Heavens and the Earth with a beautiful wind, and the mouths of the creation would glorifiy, praise, and exclaim greatness, and everything between the East and the West would be adorned for her, and every eye would be shut from everthing but her, and the light of the Sun would be outshone just as the light of the Sun outshines the light of the stars, and everyone on the face of the Earth would believe in the Ever-Living, the One who Sustains and Protects all the exists.

And the covering on her head is better than the World and all that is in it, and she does not increase with age except in beauty; free from an umbilical cord, childbirth and menses, and pure of mucous, saliva, urine and other filthy things; her youth never fades, her clothing is never worn out, no garment c

👁 201 edited 9:07 PM

### Let The Believers Put Their Trust In Allaah

an be created that matches her beauty, and no one who is with her can ever become bored; her attention is restricted to her husband, so she desires none but him, just as his attention is restricted to her so she is the sole object of his desire, and he is with her in utmost safety and security, as none has touched her before of either humans or jinn.

And if you ask about the Day of Increase (in reward) and the visit of the all-Mighty, all-Wise, and the sight of His Face - free from any resemblance or likeness to anything - as you see the Sun in the middle of the day and the full Moon on a cloudless night, then

listen on the day that the caller will call: 'O People of Paradise! Your Lord - Blessed and Exalted - requests you to visit Him, so come to visit Him' So they will say: 'We hear and obey!'

Until, when they finally reach the wide valley where they will all meet - and none of them will turn down the request of the caller - the Lord - Blessed and Exalted - will order His Chair to be brought there. Then, pulpits of light will emerge, as well as pulpits of pearls, gemstone, gold, and silver. The lowest of them in rank will sit on sheets of musk, and will not see what those who are on the chairs above them are given. When they are comfortable where they are sitting and are secure in their places, and the caller calls: 'O People of Paradise! You have an appointment with Allaah in which He wishes to reward you!' So they will say: 'And what is that reward? Has He not already made our faces bright, made our scales heavy, entered us into Paradise, and pushed us away from the Fire?' And when they are like that, all of a sudden a light shines that encompasses all of Paradise. So, they raise their heads, and, behold: the Compeller - Exalted is He, and Holy are His Names - has come to them from above them and majestified them and said: 'O People of Paradise! Peace be upon you!' So, this greeting will not be responded to with anything better than: 'O Allaah! You are Peace, and from You is Peace! Blessed are You, O possessor of Majesty and Honor!' So the Lord - Blessed and Exalted - will laugh to them and say: 'O People of Paradise! Where are those who used to obey Me without having ever seen Me? This is the Day of Increase!'

So, they will all give the same response: 'We are pleased, so be pleased with us!' So, He will say: 'O People of Paradise! If I were not pleased with you, I would not have made you inhabitants of My Paradise! So, ask of Me!' So, they will all give the same response: 'Show us your Face so that we may look at it!' So, the Lord - Mighty and Majestic - will remove his covering and will majestify them and will cover them with His Light, which, if Allaah - the Exalted - had not Willed not to burn them, would have burned them.

And there will not remain a single person in this gathering except that his Lord - the Exalted - will speak to him and say: 'Do you remember the day that you did this and that?' and He will remind him of some of his bad deeds in the Worldy life, so he will say: 'O Lord! Will you not forgive me?' So, He will say: 'Of course! You have not reached this position of yours (in Paradise) except by my forgiveness.'

So, how sweet is this speech to the ears, and how cooled are the righteous eyes by the glance at His Noble Face in the Afterlife.

'Some faces that Day will be shining and radiant, looking at their Lord.'
[al-Qiyaamah : 22-3]

[Haadi al-Arwaah ilaa Bilaad il-Afraah by Ibn al-Qayyim, pg. 193]
👁 256  9:07 PM

August 25

Let The Believers Put Their Trust In Allaah
Forwarded from Shaykh Sulayman al-Alwaan



**Let The Believers Put Their Trust In Allaah**
Umar Al-Faruq (رضي الله عنه) was so deeply interested in the outcomes of Qadissiyya battle that he used to go outside the gates of Madinah early in the morning, to see if he could, by chance, meet some messenger from the battlefield.

A messenger from Qadissiyya was about to enter Madinah, when Umar bin Al-Khattab (رضي الله عنه) stopped him and asked, "Where are you coming from, O young man?" The messenger replied, "From the field of Al-Qadisiyyah!" He did not recognize Caliph.

Consider the humility of Umar bin Al-Khattab that he did say not he was the Commander of the Believers. The bearer of the news was mounted on a she-camel, while Umar followed him on foot. Umar then asked him, "How is the situation in Al-Qadisiyyah? What is the outcome of the battle?" The messenger then told him the good news of the victory of the Muslims. Umar said to the messenger, "Just narrate the whole incident. How did the Muslims win?" The bearer of the news began to recount the detail while riding his she-camel. Unrecognized, Umar followed him quickly on foot, gleaning the outline of the battle. Entering Madinah, the people saluted Umar addressing him as the Commander of the Believers. It was only then the bearer of the news realized that he had been talking to Caliph Umar bin Al-Khattab (رضي الله عنه) himself.

Abashed, he cried out, "Why didn't you tell me that you yourself are the Caliph?" The caliph replied simply, "It is well, my brother."
👁 185  8:55 PM

August 27

**Let The Believers Put Their Trust In Allaah**
Al-Haafidh ibn Katheer rahimahullaah said:
"The Muslims invaded India at the time of Mu'awiyyah, in 44 AH. It was also invaded by the great ruler Mahmoud ibn Sabuktagin, the ruler of Ghaznah who conquered India around 400 AH. He invaded the land, where he killed, took prisoners, and captured booty. He entered Somnath where he broke the greatest idol that they used to worship, and he captured its swords and necklaces. Then he returned, safe and victorious."

returned, safe and victorious.

[Al-Bidaayah wa'n-Nihaayah (6/223)]

Thawbaan said that the Messenger of Allaah salAllaahu'3leyhi wa sallem said,
"Allah has protected from the hellfire two groups of my Ummaah: A group that will conquer India and a group that will be with Esaa ibn Maryam."

[Ahmad, Nisaa'ee, and Tabaraani]

Abou Hurayrah said that the Messenger of Allaah salAllaahu'3leyhi wa sallem mentioned India and said,
"A group of you will conquer India, Allaah will open (conquer) it for them to the extent that they (Muslims) bring its (India's) kings chained. Allaah will forgive their (Muslim fighters) sins. When they (Muslim fighters) return back (from India), they will find Esaa ibn Maryam in Ash-Shaam (Syria)."

[Na'eem bin Hammaad's Kitab Al-Fitan]

Hence Hammood at-Tuwaijri said:

"What is mentioned in the hadeeth of Abou Hurayrah Radhi'Allaahu 3nhu, which was narrated by Na'eem ibn Hammaad (the hadeeth above), about the conquest of India has not happened up till now, but it will happen when Esaa ibn Maryam 3leyhi'salaam descends, if the hadeeth that says that is saheeh."

[Ithaaf al-Jamaa'ah (1/366)]

👁 190  edited 7:23 PM

August 28

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Ghurabah**
Imām Anwar al-'Awlaki(رحمه الله) said:

Al-Makarrî, the classical Muslim historian. He said, and this was while the Muslim Towns were falling down, al-Makarrî says:

The Muslim Towns were being invaded by the crusaders one town after another, and they were falling one after another, and you can walk into the Mosques of Andalus, and you can hear nothing about what is happening to the Muslims!

فلا مذكر ولا داع

Nobody talks about it in the Khutbah, nobody talks about it in the lessons, nothing! The Scholars are talking about theoretical things and they are leaving the Ummâh, and the Ummâh is being betrayed and they are doing nothing!

Ibn Hazm al-Andalusī, the famous scholar from Andalus, was so frustrated and fed up with the situation of the scholars and the Imāms of al-Andalus, he said:

"Do not be deceived by these Fussāq (corrupt people)."

He called them Fussāq, corrupt. He said:

"Don't be deceived by these Fussāq who claim to be scholars while they are wearing the skins of sheep on hearts of wolves."

He said what are they doing? They are doing nothing for the Ummâh. The Ummâh is falling down, the Ummâh is being fought against, and the land of al-Andalus is being invaded, and they are talking about some other issues. You know, don't think that our religion is just, we talk about theoretical things and we stay away from what is happening to the Ummâh. That is why the Muslims in Spain, lost Spain.

**Telegram Channel**  👁 1853  7:59 AM

August 29



Mughal (Mongol) rule in India [1526-1707] from Turkic Mongol origin.  👁 210  1:16 AM

August 31



Shaykh
Abdullaah
Azzaam
(رحمه الله)

"The day I started living amongst the Mujaahid people of Afghanistan, I realised that I was one of the living. Therefore I consider my total lifespan eight and a half years: seven years in the Afghan Jihaad and a year and a half in the

Jihaad in Palestine.
Without Jihaad, people are dead, humiliated, subjugated,
cowards.. There is no difference between them and the
dead."

September 7

### Let The Believers Put Their Trust In Allaah
Umm 'Umaarah, Nuseybah Bint Ka'b Al Ansaariyyah:

It was said in her biography in Siyar An-Nubala' [2/278], "Umm 'Umaarah witnessed the night of Al 'Aqabah, and witnessed Uhud, and Al Hudaybiyah, and the day of Hunayn, and the day of Al Yamamah, and she fought and did amazing things, and her hand was cut off in the Jhaad."

Al Waqidi said, "She witnessed Uhud with her husband, Ghaziyyah Bin 'Amr, and with her two sons. She went out to give water and with her was water skin; and she showed extreme courage, and was wounded with 12 injuries. Damrah Bin Sa'id Al-Mazini said about his grandmother on Uhud, "I heard the Messenger of Allaah, say, 'Indeed the status of Nuseybah Bint Ka'b today is better than the status of so-and-so and so-and-so.'" And she was seen that day fighting very intensely, and she had tied her dress to her waist until she was wounded with 13 injuries, and she would say, 'Indeed I was looking at Ibn Qami'ah..' while he was hitting her shoulder, and it was her greatest wound and she treated it for a year. Then the Caller of the Messenger of Allaah called out to go to Hamra Al-Asad, so she tied her dress, but couldn't [go] because of the dripping blood, may Allaah be pleased with her and have Mercy on her."

Umm 'Umaarah said, "I saw that the people had exposed the Messenger of Allaah except for a group of ten, and I and my two sons and my husband were next to him, keeping the people away from him, and the [Muslims] were passing by him, defeated. The Messenger of Allaah saw me with no shield and he saw a man running away with a shield so he said, "Give your shield to one who is fighting!" So he threw it, and I took it, and I began to shield the Messenger of Allaah with it. And the horsemen did many things to us, and if they were on foot like we were, we would have crushed them, In Shaa Allaah. A man came on a horse and was hitting me, so I shielded him so that he could not do anything. He turned so I hit the hamstring of his horse so he fell on his back, and the Messenger of Allaah began to shout, "O son of Umm 'Umaarah! Your mother, your mother!" She said, "So he helped me against him until he died."

Abdullah Bin Zayd - the son of Umm 'Umaarah - said: "I was wounded on that day, and the blood would not stop flowing. So the Prophet said, 'Bandage your wound.' My mother came to me with a waist-wrapper. She tied my wound while the Messenger of Allaah was standing, and he said, 'Rise, my son, and strike the people!' Then he said, 'Who could endure what you endure, O Umm 'Umaarah?'" Umm 'Umaarah said, "The one who hit my son approached, so the Messenger of Allaah said, 'This is the one who hit your son!' She said, 'So I stood in his way and hit his thigh and he collapsed. I saw the Messenger of Allaah smile until I saw his molar teeth, and he said, 'You have taken your revenge, O 'Umaarah!' Then we hit him with our weapons until we finished him, so the Prophet said, 'Praise be to Allah who made you

him, so the Prophet said, 'Praise be to Allah who made you victorious.'"

Abdullaah Bin Zayd Bin 'Asim also said, "I witnessed Uhud, and when the people parted from the Messenger of Allaah I approached him, and my mother and I defended him, so he said, 'The son of Umm 'Umaarah?' I said, 'Yes.' He said, 'Throw!' So while next to him, I threw a rock at a man, and he was on a horse, and I hit the eye of his horse, and the horse became confused and fell with its rider. So I began to throw rocks at a man in front of him and the Prophet was smiling, and he looked at the injury on my mother's shoulder and said, 'Your mother, your mother! Tie her wound! O Allaah, make them my companions in Paradise!' I said, 'I do not care what befalls me in this world.'"

From Muhammad Bin Yahya Bin Hibban, who said, Umm 'Umaarah was wounded with 12 injuries at Uhud, and her hand was cut off on the day of Al-Yamamah, and she was wounded on the Day of Al-Yamamah with 11 wounds besides her hand, and she came to Al-Madinah wounded. Abu Bakr, may Allaah be pleased with him, saw her, and he was the Khalifaah. He went to her to ask about her, and her son, Habib Bin Zayd Bin 'Asim was the one Musaylamah t

👁 186  7:23 PM

### Let The Believers Put Their Trust In Allah

he Liar cut into pieces, and her other son, Abdullaah Bin Zayd Al-Mazuni who was the one who narrated the ablution of the Messenger of Allaah, he was killed on the day of Al-Hurrah, and he was the one who killed Musaylamah the Liar with his sword.

In Sifat As-Safwah [2/63] it was said about her that 'Umar Bin Al-Khattab, may Allaah be pleased with him, narrated from the Prophet salAllaahu'aleyhi wa sallem, that he said, "I did not look left or right on the day of Uhud except that I saw her fighting in front of me."
And it was also narrated about her in Al-Isabah [4/418] from her story, "Al-Waqidi mentioned that when Nuseybah Bint Ka'b heard about the killing of her son, Habib Bin Zayd, by Musaylamah, she made an oath to Allaah that she would die before Musaylamah or kill him. So she witnessed Al-Yamamah with Khalid Bin Al-Waleed, may Allaah be pleased with him, and with her was her son, Abdullaah, may Allaah be pleased with him. Musaylamah was killed and she lost her arm in the fight.

Ibn Hisham mentioned in his Ziyadah, from Umm Sa'd Bin Sa'd Bin Ar-Rabi', that she said, "I entered upon Umm 'Umaarah, so I said, 'O aunt, inform me!' [Umm 'Umarah] said, 'I went out - meaning on the day of Uhud - and I had a water skin with water, and we reached the Messenger of Allaah while he was with his companions and the victory was for the Muslims. But when the Muslims got defeated I went towards the Messenger of Allaah and I set out to fight and protect the Messenger of Allaah with the sword, and I would throw with the bow, until I got wounded.' Umm Sa'id Bint Sa'd Bin Ar-Rabi' said, "I saw her shoulder and it was hollow and had a depression. I said, 'Who hit you there?' She said, 'Ibn Qami'ah.'"

👁 180  7:23 PM

September 15

### Hanafi Madhab:

Ibn Aabidin said: "Jhaad becomes Fardh Ayn if the enemy attacks one of the

borders of the Muslims, and it becomes Fardh Ayn upon those close by. For those who are far away, it is Fardh Kifayah, if their assistance is not required. If they are needed, perhaps because those nearby the attack cannot resist the enemy, or are indolent and do not fight Jhaad, then it becomes Fardh Ayn upon those behind them, like the obligation to pray and fast. There is no room for them to leave it. If they too are unable, then it becomes Fardh Ayn upon those behind them, and so on in the same manner until the jihad becomes Fardh Ayn upon the whole Ummah of Islaam from the East to the West."

— Hashiyat Ibn Aabidin 3/238.

### Maaliki Madhab:

In Hashiyat ad Dussuqi it is stated: Jhaad becomes Fardh Ayn upon a surprise attack by the enemy. Dussuqi said: "Wherever this happens, Jhaad immediately becomes Fardh Ayn upon everybody, even women, slaves and children, and they march out even if their guardians, husbands and creditors forbid them to."

— Hashiyat ad Dussuqi 2/174.

### Shafi'ee Madhab:

In the Nihayat al Mahtaj by Ramli: "If they approach one of our lands and the

distance between them and us becomes less than the distance permitting the shortening of prayers, then the people of that territory must defend it and it becomes Fardh Ayn even upon the people for whom there is usually no Jhaad; the poor, the children, the slaves, the debtor and the women."

— Nihayat al Mahtaj 8/58.

### Hanbali Madhab:

In Al Mughni by Ibn al Qadamah: "Jhaad becomes Fardh Ayn in three situations:

1) If the two sides meet in battle and they approach each other.
2) If the Kuffaar enter a land, Jhaad becomes Fardh Ayn upon its people.
3) If the Imaam calls a people to march forward it is obligatory upon them to march forward."

— Al Mughni 8/354.

Ibn Taymeeyah remarked: "If the enemy enters a Muslim land, there is no doubt that it is obligatory for the closest and then the next closest to repel him, because the Muslim lands are like one land. It is obligatory to march to the territory even without the permission of parents or creditor, and narrations reported by Ahmad are clear on this."

— Al Fatawa al Kubra 4/608.           👁 480   12:20 PM

Channel name was changed to «Let The Believers Put Their Trust In Allaah»

September 16

Let The Believers Put Their Trust In Allaah

There are two types of Jhaad against the Kuffaar.

• Offensive Jhaad • (Where the enemy is attacked in their own territory):

(Where the Kuffar are not gathering to fight the Muslims) – The fighting becomes Fardh Kifayah with the minimum requirement of appointing believers to guard borders and the sending of an army at least once a year to terrorize the enemies of Allaah. It is a duty of upon the Imaam to assemble and send out an army unit into the land of war once or twice every year. Moreover, it is the responsibility of the Muslim population to assist him, and if he does not send an army he is in sin. [Refer to 'Haashiyat Bin Aabideen' 3/238].

The Ullema have mentioned that this type of Jhaad is for maintaining the payment of Jizyah. The scholars of the principles of religion have also said: "Jhaad is Da'wah with a force, and is obligatory to perform with all available capabilities, until there remains only Muslims or people who submit to Islaam." [Hashiyat Ash Shouruni and Ibn al-Qasim in Tahfa al Mahtaj ala al-Minhaj 9/213].

• Defensive Jhaad •

This is expelling the Kuffaar from our land, and it is Fardh Ayn, a compulsory duty upon all (individual obligation). It is the most important of the compulsory duties and arises in the following conditions:
A) If the Kuffaar enter a land of the Muslims.

B) If the rows meet in battle and they begin to approach each other.

C) If the Imaam calls a person or a people to march forward then they must march.

D) If the Kuffaar capture and imprison a group of Muslims.

👁 247   edited 1:54 PM

September 19

### Let The Believers Put Their Trust In Allaah
**Forwarded from Ghurabah**
Brother and sisters Allah azza wajal will present present you with good opportunities. See that's what life's about. It's opportunities. You need to grab that opportunity as soon as you could lay your hands on it. Don't let it go. Because some of those moments will never come again. If you missed it once then you missed it for life.

Imam Anwar al Awlaki Rahimahullah

▆▆▆▆▆ Telegram Channel          👁 592   6:26 PM

September 30

### Let The Believers Put Their Trust In Allaah
"The Sahabiyaat weren't overweight like the women nowadays, so
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

that they were unable to move from their place. Rather, they were so slim that sometimes you didn't know if they are present or not. For example, once A'ishah Radhi'Allaah 3nha descended from the litter on the back of her camel and when the Sahabah lifted the litter back on the camel, they didn't notice that she wasn't sitting inside it and only realized it later (the litters back then used to have curtains and you couldn't see the inside).

They didn't know if A'ishah was sitting on the litter and here you can see how slim the women used to be. But nowadays the women are like iron clads, Ma Shaa Allaah.
Why? Because nowadays they have servants, don't breastfeed their kids, do their laundry or clean up their houses. They simply cross one leg over the other and read their magazines, watch TV or busy themselves with similar things. And if you say anything to them, they reply to you: "Ibn Hazm said that the wife doesn't have to serve her husband."
Ma Shaa Allaah, how knowledgeable the women nowadays are, may Allaah help those who marry these 'knowledgable' women."

(Shaykh Abdullaah Azzaam | رحمه الله)  👁 345  6:36 PM

October 3



04:13, 24.5 MB

👁 140  4:46 PM

**Let The Believers Put Their Trust In Allaah**
In the Bamiyah valley of Afghanistan used to lay one of the tallest idols in the world — measuring to 175 ft high. The statue was believed to be an image of Guantama Buddha. It was completed in 5 A.D, visited by Buddhists worldwide.

Under the Abbasid Khilaafah, the idol was defaced to stop people from worshipping it.
However, under the laws of Shar3iyyah, Mullaah Omar رحمه الله ordered the statue to be destroyed.

83. And indeed, among his kind was Ibraheem.
84. When he came to his Lord with a sound heart,
85. [And] when he said to his father and his people, 'What do you worship?
86. Is it falsehood [as] gods other than Allaah you desire?
87. Then what is your thought about the Lord of the worlds?'
88. And he cast a look at the stars
89. And said, 'Indeed, I am [about to be] ill.'
90. So they turned away from him, departing.
91. Then he turned to their gods and said, 'Do you not eat?

92. What is [wrong] with you that you do not speak?'
93. And he turned upon them a blow with [his] right hand.
94. Then the people came toward him, hastening.
95. He said, 'Do you worship that which you [yourselves] carve,
96. While Allaah created you and that which you do?'
[Surah as-Saaffaat]                                    👁 149  4:46 PM

## Let The Believers Put Their Trust In Allaah
**?** Seeking assistance from the kuffaar **?**

• Hanafi Madhab •

Muhammad bin al Hasan said: "It is acceptable for Muslims to ask
help from the Mushrikun against the Mushrikun if the rule of
Islaam has the upper hand."
— Sharaha Kitaab as Sir Faqara 201.

Al Jassas said: Our peers said, "It is acceptable to seek help in
fighting from Mushrikun against Mushrikun that when the coalition
becomes dominant, the rule of Islaam is uppermost."
— Ahkam al Qur'aan by Jasssas.

• Maliki Madhab •

Ibn al Qasim said: "It is not my opinion that they may seek their
assistance in fighting alongside with them unless they occupy
servant roles, then I see no problem with this."
— Al Maduna 2/40.

Malik said: "It is not my opinion that they may seek help from
Mushrikun against Mushrikun unless they occupy servant roles."
— Al Qurtubi 8/100.

• Shafi'ee Madhab •

Ar Ramli said: "The Imaam or second in command may ask help
from the kuffaar, even if they are Ahlul Harb, if he knows they have
a good opinion of us under the condition that we need them to
serve or fight because we are few."
— Nihayat al Mahtaj 8/58 and Takmila al Majmua 19/28.

• Hanbali Madhab •

Ibn Qadamah said: "From Ahmad it is permissible to ask help from
the Mushrikun, in fact it is Ahmad's opinion that the kaaffir has a
share in the booty if he participated in the expedition under the
Imaam. He went outside of the opinion of the majority which does
not allow him a share."
— Al Mughni 8/414.                                    👁 158  9:40 PM

October 4


And remember that there is an Ijma
(consensus) on the permissibility of
seeking help from the Munafiq
(hypocrite) during Jihad and also from
the Faasiq, in fact even from the
Mushrik (polytheists) as mentioned by
the Fuqaha (jurists) as is known



So do not put yourselves in a position
where you become harsh in your
actions while there is a great space in
the matter.

Sheikh Abu Yahya Al-Libi rahimahu Allah



"O YOU WHO HAVE BELIEVED, WHEN YOU MEET THOSE WHO DISBELIEVE ADVANCING [FOR BATTLE], DO NOT TURN TO THEM YOUR BACKS. AND WHOEVER TURNS HIS BACK TO THEM ON SUCH A DAY, UNLESS SWERVING [AS A STRATEGY] FOR WAR OR JOINING [ANOTHER] COMPANY, HAS CERTAINLY RETURNED WITH ANGER FROM ALLAAH, AND HIS REFUGE IS HELL — AND WRETCHED IS THE DESTINATION."

[ AL-ANFAAL 15-16 ]

trust.in.allaah

### Let The Believers Put Their Trust In Allaah
"O you who have believed, when you meet those who disbelieve advancing [for battle], do not turn to them your backs. And whoever turns his back to them on such a day, unless swerving [as a strategy] for war or joining [another] company, has certainly returned with anger from Allaah, and his refuge is Hell – and wretched is the destination."
— Al Anfaal : 15-16

Abou Hurayrah narrated: The Messenger of Allaah salAllaahu aleyhi wa sallem said: "Stay away from the seven destroyers of your deeds: Associating another deity with Allaah, sorcery, murder, usurping the wealth of an orphan, dealing with interest, turning one's back during battle, and accusing the chaste with adultery or fornication."
— Al Bukhaaree and Muslim

Ibn Al Mubaarak narrated that Ibn Abbas said: If one man runs away from three, he hasn't turned his back in battle. If he runs from two then he has turned his back in battle.

"If there are among you twenty steadfast, they will overcome two hundred. And if there are among you one hundred steadfast, they will overcome a thousand of those who have disbelieved because they are a people who do not understand. Now Allaah has

lightened [the hardship] for you, and He knows that among you is
weakness. So if there are from you one hundred steadfast, they
will overcome two hundred. And if there are among you a
thousand, they will overcome two thousand by the permission of
Allaah. And Allaah is with the steadfast."
— Al Anfaal : 65-66

October 7

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Shaykh Abdul Aziz At-Tarefe**
Fasting Muḥarram is better than fasting the rest of the months just
as night prayer is better than optional day prayer, due to the
ḥadīth, "The best fasting after Ramaḍān is that of Muḥarram and
the best prayer after the obligatory one is night prayer."

صيام محرم يفضُل صيام بقيّة الأشـهر كما يفضل قيام الليل نافلة النهار لحديث
)أفضل الصيام بعد رمضان المحرم وأفضل الصلاة بعد المفروضة صلاة الليل.(

**Let The Believers Put Their Trust In Allaah**
You cannot live alone. Do not live alone, as the wolf eats up the
lone sheep, and Shaytaan is close to the one who is alone and is
farther from two who are together. So, if you live somewhere, live
with at least one other person, and this one person should be
righteous.

Friends are like a row of connected test tubes: if liquid overflows in
one tube, the excess flows into the other tubes until there is an
equal amount of liquid in all the tubes. Likewise, if you live with
corrupt people, they will take away many of your good deeds, and
you will decrease and decrease and decrease until you are all
equal in status. You will definitely end up like these interconnected
test tubes. A group of friends are all like each other, and the longer
the friendship lasts, the closer the character and manners of each
person in the group will be to the others. Do not believe that a
good person can live for long with a corrupt person, unless the
corrupt person improves and follows the example of the good
person.

This is why you should look for the good people, and a friend is like
a chain: he will either drag you into Paradise or drag you into Hell.
He will either cause you problems or he will help you solve your
problems.

After this, work on guarding your tongue, because most of the
torture in Hell is because of the tongue: "And will people be
dragged on their faces into Hell because of anything other than
what their tongues have brought forth?"

After this, work on making good use of your time. Do not waste
your time. Always try to bring about some benefit from your social
gatherings. So, if you see people talking about food, drink, telling
jokes, etc. Tell them: "Guys, I read a story today to tell you about
something that happened in Syria, or something that the Afghans
did." or say: "What do you think about this hadeeth? I read the
Tafseer of this verse to tell you about." and so on.

Benefit them in this gathering, and occupy them with something

benefit them in this gathering, and occupy them with something that will benefit them. Sit down together and read the Qur'aan, read the biographies of the Prophet salAllaahu'aleyhi wa sallem and the Companions, a simple explanation of the Qur'aan such as 'Tafseer al-Jalalayn' - a simple, general explanation - and read a simple book of Fiqh, especially regarding how to pray. Read the entire section on how to pray, such as 'Fiqh as-Sunnaah.' Read in detail how to make wudhoo, because it doesn't make sense to sit for thirty years not knowing the proper way of making wudhoo, performing prayer, etc. - you pray while not knowing the fundamentals of the prayer and wudhoo, and you do not know the details of optional fasting, etc. So, do all of this combined with good friends and a pure, truthful intention.

And stay away from women (and likewise, women should apply the same for men), as this is the source of all tribulation for those at your age, and in fact for those at any age. Stay from women who are forbidden for you. It is an obligation for you to stay away from them. Of course, all of the women in this land are forbidden for you. It is forbidden for you to look at them, it is forbidden for you to sit with them, it is forbidden for you to chat with them, and it is forbidden for you to be alone with them. The heart cannot bear these things because the glance is one of iblees' poisonous arrows. Whoever lowers his gaze from what Allaah has forbidden will be given a sweetness by Allaah that he will feel in his heart. But to look, to continue looking, and to allow this arrow to strike you in the heart - not just an arrow, but a poisonous arrow that poisons your heart - to let an arrow strike you day after day after day, this will make your heart weak and unable to face the problems of life. This is why you find a person who is drowning in desires to be weak-hearted.

As for the heart of the believer, his heart is strong and he isn't affected by anything. His heart is strenghtened by worship, and therefore does not become scared or shaky. As for the heart of the sinner, you see it shaking. Why? Because the arrows have killed him just like someone who has an        👁 146  edited 9:37 AM

**Let The Believers Put Their Trust In Allaah**
ulcer in his stomach and cannot eat because of it.

Work for Allah and stick together, and the more you work for Allaah, the more your souls will become strong and rise, and you will ascend rapidly upon the path of those who are ascending towards Allaah. I advise you to recite the Qur'aan everyday, because the Qur'aan is like water for a plant. It is the life of the heart, and the water and life for the heart is the Qur'aan.

— at-Tarbiyah al-Jihaadiyyah wal-Bina | 5/35-36
👁 134  edited 9:37 AM





Hide all

Hide all

Hide all

Hide all

Hide all

Hide all

Hide all

Hide all

Hide all

Hide all



**OUR BROTHERS LEFT IN THE PRISONS OF THE ENEMY, WHILE OUR TREASURIES ARE FULL OF MONEY AND WE ARE FULL OF STRENGTH."**

trust.in.allaah

### Let The Believers Put Their Trust In Allaah

Abu Musa Al Ash'aaree narrated: The Messenger of Allaah salAllaahu'aleyhi wa sallem said: "Free the Prisoners Of War, feed the hungry, and visit the sick."
— Al Bukhaaree

Al Nawaa'wee considers that the ruling on freeing the prisoner is similar to the ruling on the enemy invading a Muslim land. In fact he considers freeing the prisoner of war to be more of a priority because the sanctity of the Muslim soul is greater than that of the Muslim land.

An example of that is when a Muslim woman who was a prisoner with the Romans in Amooriyah was slapped in the face by a Roman. She then said: "Where is al Mutassim?" (al Mutassim was the Muslim Khaalifah). When this was related to al Mutassim he sent an entire army to free her.
The Crusaders took 500 Muslims as prisoners in al-Raha. So the Sultan Imaad al-Deen Zinki conquered the town and released all of its POWs.

When Salahudeen won against the crusaders in Hitteen he released 20,000 Muslim POWs from the crusaders.

That was the state of the Muslim Mujdeen leaders. They would free Muslim POWs while taking prisoners from their enemy and then many of these non-believing POWs would embrace Islaam and end up fighting against the kuffaar. These are the ones meant by the Messenger of Allaah in his hadeeth mentioned in Bukhaaree: "Allaah is amazed with people who enter Paradise in chains!" Which means that some nonbelievers are brought in chains as POWs and then they believed in Allaah. So it is as if these chains brought them to Islaam.

Our scholars say that it is a duty
on Muslims to free the POWs even if they have to expend all their money. Many Mujdeen are forgotten, lingering in prison cells in every continent around the world. Not even the islands of the sea are spared. We need to raise the awareness of the Ummaah regarding their issue, keep them in our du'aa and fight for their release.

👁 263   edited 5:18 PM

October 11

Case 2:19-cr-00013   Document 143-1   Filed 08/03/20   Page 26 of 70 PageID #: 1506

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Islamic Literature (Ameera)**



Oh brothers of Islam! Come, therefore, to the defense of your religion, and the victory of your Lord, and the elevation of the way of your Prophet (sallallahu alayhi wa sallam)! Beloved brother! Draw your sword, climb onto the back of your horse, and wipe the blemish off your Ummah. If you do not assume the responsibility, who then will? - **Sheikh Abdullah Azzam**



**Let The Believers Put Their Trust In Allaah**
**Forwarded from Shaykh Sulayman al-Alwaan**
Shaykh Sulayman al-Alwaan:

"Knowledge" It's source is not based on excessive archiving, labelling, categorising and reading - rather it is: Truthfulness and Sincerity.

" العِلـم " ليس مرجعه كثرة المحفوظات ولا كثرة التصنيفات والقراءة وإنما "
الصدق والإخلاص"

@SulaymanUlwan

(Telegram Channel)                                    👁 2865  11:12 AM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Shaykh Sulayman al-Alwaan**



#ShaykhAlwanConfined

#عزل_الشيخ_العلوان
👁 2505  11:19 AM

**Let The Believers Put Their Trust In Allaah**
https://mydonate.bt.com/fundraisers/winterinsham

Donate and Share                          👁 149  11:37 AM

Channel photo updated

October 14

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Daily Reminders**
Don't forget the last hour dear brothers and sisters, don't forget
to make duas for those oppressed & the imprisoned ones & the
mujahideen & the believers                👁 745  10:59 AM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Daily Reminders**
Al-Qaasim Ibn Muhammad, the grandson of Aboo Bakr, said:

"In my time the people were not impressed by speech, they were
impressed by actions. Anyone can say whatever he wants."

[Aboo Daawood, Kitaab Al-Zuhd, p.354]        👁 685  11:00 AM

**Let The Believers Put Their Trust In Allaah**
As-Salaamu 3leykum wa Ra7matullaahi wa Barakaathu.

In Shaa Allaah you are all good in health and high in Eemaan.

I will soon start posting the **44 ways to support Jhaad** – by *Imaam
Anwar al-Awlaaki (Rahimahullaah).*

Hopefully we all benefit (even myself).
Please do share it around so that others may also benefit. Perhaps it may help them out if they are struggling or are unable to find ways to help the cause.

*"So let those fight in the cause of Allaah who sells the life of this world for the Hereafter. And he who fights in the cause of Allaah and is killed or achieves victory – We will bestow upon him a great reward."*
— **Sourah al-Nisaa | Verse 74**          👁 173  2:06 PM

October 15


07:30, 33.1 MB

👁 140  3:21 AM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from One Nation Charity**
*YEMEN APPEAL UPDATE*
**One Nation**

Alhamdulillah One Nation food parcels are being delivered to the most needy in *YEMEN* Sana'a.

Yemen has been torn apart by conflict for the last two years. More than 20 million people are in need of urgent aid and is in the midst of a massive humanitarian crisis that only continues to deteriorate. Two years of intense conflict has created Rising hunger levels and have left many families close to breaking point.

We are delivering the following projects -
*Food parcels £20.00*
*Water tank £150.00*
*Medical aid*

Our team aims to deliver aid to the most needy areas in Yemen and your continued donations and support will help make a huge difference.

Please continue to donate :
www.OneNationUK.org

Regular updates
https://www.facebook.com/onenationUK?ref=bookmarks

📞01924856923
Reg charity no 1156200          👁 392  2:25 PM

**Let The Believers Put Their Trust In Allaah**
Forwarded from One Nation Charity

Forwarded from One Nation Charity



**21 MILLION PEOPLE IN NEED OF HUMANITARIAN AID.**

Delivering Aid in Taiz, Al Hudaydah, Aden, Ma'rib

**FOOD PARCEL: £20**
ALSO DELIVERING MEDICAL AID

**WATER TANK: £150**
Provides 2,500 Litres for an entire neighbourhood

**£10 a Month** can provide one family with monthly water refills for an entire year.

Please Donate at:
**OneNationUk.org**

**ONE NATION**
Reg charity no. 1156200

Let The Believers Put Their Trust In Allaah
Forwarded from One Nation Charity



YEMEN
Sana'a 13-10-16                    OneNationUK.org

Let The Believers Put Their Trust In Allaah
Are we true believers if we ignore the cries of our brothers and sisters if they ask for our help..?          👁 148  2:26 PM

Let The Believers Put Their Trust In Allaah
بسم الله الرحمان الرحيم

*44 ways to support Jhaad* — by *Imaam Anwar al-Awlaki (رحمه الله)*

[1/44] *Having the right intention.*

You must make the intentions of joining the ranks of the Mujdeen. The Messenger of Allaah salAllaahu'aleyhi wa sallem says: "*Whoever dies and has not fought or intended to fight has died on a branch of hypocrisy.*"
— **Related by Muslim.**

A sign that an intention of a person is true is whether they are preparing for Jhaad or not. Allah says: "*And if they had intended to go forth, they would have prepared for it.*"
— **Sourah at-Tawbah | Verse 46**

The conditions for the defensive Jhaad are five as stated by scholars such as Abou Qudamah:
Islaam, puberty, sanity, financial ability and to be free of physical disabilities.

If a person lacks the financial ability and doesn't find anyone to finance him or suffers from an illness or a disability that excuses him from Jhaad then a sign of the true intention of such a person is that he is sad that he is exempted from Jhaad. Allaah says about the ones who could not afford the expenses of joining in the battle of Tabouk:
"*Nor [is there blame] upon the those who, when they came to you that you might give them mounts, you said, 'I can find nothing for you to ride upon.' They turned back while their eyes overflowed with tears out of grief that they could not find something to spend [for the cause of Allaah].*"
— **Sourah at-Tawbah | Verse 92**

👁 314 edited 5:48 PM

October 16

**Let The Believers Put Their Trust In Allaah**

بسم الله الرحمان الرحيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (رحمه الله)*

[2/44] **Praying to Allaah to award you with martyrdom.**

RasulAllaah salAllaahu'aleyhi wa sallem says: "*Whoever sincerely asks Allaah to award him with martyrdom would be given the rewards of martyrs even if he dies on his bed.*"
— **Related by Muslim.**

Asking Allaah to die as a Shaheed pleases Allaah because it shows Him that you are willing to give your life for Him. But you need to be careful not to be merely paying lip service. A person who truly asks for Shahaadah would respond to the call of Jhaad whenever he hears it and would eagerly search for death in the path of Allaah.

The reason why the enemies of Allaah succeeded in defeating some Muslims and taking over their land is because they have lost their love for martyrdom.

RasulAllaah salAllaahu'aleyhi wa sallem says: *"Nations will attack you like a group of people eating from a plate." The Sahaabah Radhi'Allaahu 3nhum said: "Is that because we will be few in numbers?" He saAllaahu'aleyhi wa sallem said: "No, you will be numerous but you will be like the foam of the sea, and Allaah will take away from the hearts of your enemies the fear from you and Allaah will cast in your hearts al-Wahn." They asked: "What is al-Wahn O' Messenger of Allaah?" He salAllaahu'aleyhi wa sallem replied: "The love of this world and the hatred of death."*
— **Related by Abou Dawood.**

Our culture of martyrdom needs to be revived because the enemy of Allaah fears nothing more than our love of death.

👁 251   6:39 PM

**Let The Believers Put Their Trust In Allaah**
As-Salaamu 3leykum, please go follow this channel for beneficial posts. You won't regret it. 🔽   👁 140   edited 8:39 PM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Islamic Literature (Ameera)**

السلام عليكم ورحمة الله وبركاته

بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ

In'sha'Allāh you are all well. I am planning to begin posting on End of Times and Day of Resurrection. In'sha'Allāh we all will benefit from this. From everything we see before us, it seems we are close to the Last Hour (والله اعلم) and indeed we are here to please our Lord. What will happen during the Last Hour, what will happen on yawm al qayima, what are the punishments, how must we protect ourselves...etc... In'sha'Allāh this is what I will be focusing on. I ask you to pass my channel on so we may all benefit in'sha'Allāh...May Allāh reward you for every word you read Allahumma ameen

بارك الله فيكم



Islaamic Literature 🍃

**Telegram**
**Islaamic Literature** 🍃





October 17

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Daily Reminders**
Back in the days of dawlatal Iraq an Istishadi bro that was jazrawi went in to his Amaliya against an American base, before he could get to his target the car blew up on his way, he didnt die but he was propelled out of the car and into very far distance he lay unconcious till next morning, when he woke up he saw nothing was wrong with him at all and because he ended up in a farm of some sorts with lot of trees basically an orchard  and he saw all these young Iraqi girls working there picking the fruit, he thought he was in Jannah and started running towards the girls and calling to them "yaa huriya, yaa huriya" the girls thought he was mad due to his sandy clothes and look and took to their heels, he went after them until they got to their house and he was grabbed by the family and beaten up... that's when he realized he wasn't in jannah because u dont get beaten up there, he told them that he was a mujahid and that they should call his brothers they didnt believe him but they called the brothers and they came, they were happy to see him and everyone had a good laugh at this rare happening over some hot Iraqi.                                    ◉ 733   2:48 PM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Imam Anwar Al Awlaki rh**
"...the Shaheed, who willingly and happily, hands over his soul to Allah, who walks towards his faith, with pleasure, and faces death with a smile, what I fail to understand is how can you call such a person a "coward" "

-Imam Anwar rahimahullah

(Telegram Channel )                    ◉ 1572   4:34 PM

**Let The Believers Put Their Trust In Allaah**

بسم الله الرحمان الرحيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (رحمه الله)*

**[3/44] Jhaad with your wealth.**

The financial Jhaad has preceded the physical Jhaad in every verse except one. This is to point out to us the importance of the Jhaad of wealth because Jhaad depends on it. In other words, no money — no Jhaad and Jhaad needs lots of it.

That is why according to Al-Qurtubi in his tafseer he states that the reward for money given as Sadaqah is multiplied by ten, but the reward for money spent in Jhaad is multiplied by **700!**

Allaah says: *"The example of those who spend their wealth in the*

*way of Allaah is like a seed which grows seven spikes; in each spike is a hundred grains. And Allaah multiplies [His reward] for whom He wills."*

— **Sourah al-Baqarah | Verse 261**

Probably the most important contribution the Muslims of the West could do for Jhaad is making Jhaad with their wealth since in many cases the Mujdeen are in need of money more than they are in need of men.

As Shaykh Abdullaah Azzaam (رحمه الله) puts it: *"Men are in need of Jhaad and Jhaad is in need of money."*  👁 181  6:06 PM

> **October 20**

**Let The Believers Put Their Trust In Allaah**

بسم الله الرحمان الرحيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[4/44] Fundraising for the Mujdeen.**

In addition to paying from your own money you should also encourage others to do the same.

RasulAllaah salAllaahu'aleyhi wa sallem says: "*The one who guides others towards a good deed would receive rewards equal to those who practice it.*" By fundraising for the Mujdeen you are also fulfilling a sunnah of RasulAllaah salAllaahu'aleyhi wa sallem which he would often practice before going out for a battle.

👁 180  edited 3:14 AM

> **October 21**

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Dread Muslim**
I advise you to recite the Qur'an everyday, because the Qur'an is like water for a plant. It is the life of the heart, and the water and life for the heart is the Qur'an
— Sheikh Abdullah Azzam ['at-Tarbiyah al-Jihadiyyah wal-Bina";
5/35-36]  👁 747  9:02 AM

**Let The Believers Put Their Trust In Allaah**

بسم الله الرحمان الرحيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[5/44] Financing a Muj.**

RasulAllaah salAllaahu'aleyhi wa sallem says: *"Whoever sponsors a fighter in the cause of Allaah has fought."*
— **Majmaa' al Zawaa'id**

This includes all the expenses of the Muj including his travel expenses. This gives a chance for the rich and the poor to receive the rewards of Jhaad, the poor by fighting and the rich by sponsoring them.  👁 178  12:37 PM

Case 2:19-cr-00013   Document 143-1   Filed 08/03/20   Page 34 of 70 PageID #: 1514

**Let The Believers Put Their Trust In Allaah**

بسم الله الرحمان الرحيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[6/44] Taking care of the family of a Muj.**

Taking care of the family of the Muj could be by protecting them, tending to their needs, providing them with financial assistance and protecting their honor.

The Messenger of Allaah salAllaahu'aleyhi wa sallem says:
"*Anyone of you who takes care of the family and wealth of a Muj will receive half the reward of the Muj.*"
— **Muslim**

The duty towards protecting the honor of the wives of the Mujdeen on the ones who stay behind is like their duty towards protecting the honor of their mothers. If a person who stays behind promises to take care of the wife of a Muj but then betrays him, on the Day of Judgment the Muj will be told that this man betrayed you so take whatever you want from his good deeds. So he will take whatever he likes. **[Muslim]**

Whoever does not fight, sponsor a fighter, or take care of the family of a fighter, will be afflicted with a disaster before he dies.
— **Abu Dawood**

If a person fears for the safety of his family, shaytaan can take advantage of that and prevent that person from going to Jhaad. Even if such a person disobeys shaytaan and does go to Jhaad, shaytaan can come to him and weaken his heart by whispering to him about the loved ones he left behind. Therefore, taking care of the families of the Mujdeen would help their morale and that is why Islaam devoted this attention to taking care of the family and wealth of the Mujdeen.

👁 263  6:51 AM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Daily Reminders**
Brothers and sisters raising £13,000 to fund a bakery in the poor regions of Syrian that will provide bread, staple food of Syria to civilians. Invest in your akhirah and donate!

don't miss out on this Sadaqa Jariya

https://www.justgiving.com/crowdfunding/dar-al-muttaqin

**JustGiving**
**Donate to fund a bakery in the poor regions of Syrian that will provide bread, staple food of Sy...**
We're raising money to fund a bakery in the poor regions of Syrian that will provide bread, staple ...



👁 1430  12:51 PM

**Let The Believers Put Their Trust In Allaah**

بسم الله الرحمان الرحيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (رحمه الله)*

**[7/44] Sponsoring the family of a Shaheed.**

The Shaheed has fought for Islaam and Muslims. He gave up his life for me and you. Therefore the families of the Shuhaadah need to be honored and served.

When Ja'far bin Abi Talib was killed in the battle of Mutah, the Messenger of Allaah salAllaahu'aleyhi wa sallem told his wives: " *Prepare food for the family of Ja'far because they are preoccupied with their affair.*" And he visited Ja'fars house.
— **Related by Abou Dawood and at-Tirmidhee.**

Imaam Ahmad narrates that when the Messenger of Allaah received the news of the martyrdom of Ja'far, he visited his house and asked Ja'fars wife to bring the children. When they came to him he hugged them and kissed them while his eyes were shedding tears. Asma, the wife of Ja'far said: "I asked the Messenger of Allaah salAllaahu'aleyhi wa sallem if something has happened. He said: 'Yes, Ja'far was killed today.'" Asma said: "When I heard that I started crying and screaming. Then the Messenger of Allaah salAllaahu'aleyhi wa sallem left and told his wives: 'Don't forget to prepare food for the family of Ja'far because their affair has overwhelmed them.'"

The children of the Shaheed need to find in the men of the Ummaah the care of their father. The wife of the Shaheed should be given the opportunity of remarrying if she has the desire to. This requires two cultural changes:

**First** — The Muslim society needs to change its negative view regarding the divorced and widowed woman. Unfortunately, today men avoid women who are divorcees or widows. This stigma attached to our divorced and widowed sisters needs to be overcome.

**Second** — The Muslim society today is very intolerant towards polygamy, which becomes a social necessity especially in times of war. So isn't it unfair to deprive millions of Muslim sisters from the blessings of marriage?

No woman in the time of the Sahaabah was left without a husband — a partner who would take care of her psychological, physical and financial needs.

When Ja'far died Abou Bakr married his wife and took care of her children.
👁 199  8:26 PM

October 23

**Let The Believers Put Their Trust In Allaah**

بسم الله الرحمان الرحيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (رحمه الله)*

**[8/44] Sponsoring the families of the prisoners of war.**

Taking care of the family of a prisoner is equal in reward to taking care of the family of a Muj. It is extremely important for such a practice to become the norm so that in the future when our brothers go out in the path of Allaah they would know that if they die or if they are captured their families would be taken care of.

👁 286   11:31 AM

October 24

**Let The Believers Put Their Trust In Allaah**

بسم الله الرحمان الرحيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[9/44] Paying your Zakaah to the Mujdeen.**

The distribution of Zakaah is restricted to eight categories: "*Zakaah expenditures are only for the poor and for the needy and for those employed to collect [Zakaah] and for bringing hearts together [for Islaam] and for freeing captives [or slaves] and for those in debt and for the cause of Allaah and for the [stranded] traveler - an obligation [imposed] by Allaah. And Allaah is Knowing and Wise.*"

— **Sourah at-Tawbah | Verse 60**

In the cause of Allaah Fee Sabeel Allaah, refers to the Mujdeen. The Maliki jurist Abou Bakr bin al-Arabi states: "*Malik says, 'The causes of Allaah are many, but there is no difference of opinion that in the cause of Allaah here (in the verse) refers to fighting.'*"

Imam an-Nawawi states in al-Minhaaj when talking about the spending of Zakaah: "*The fighter in the path of Allaah is given what he needs to cover his expenses and the expenses of his family from the time he leaves until the time he comes back, even if he is absent for a long time.*"

Today not a lot of people pay their Zakaah to the Mujdeen. But if Muslims would rid themselves from the whispering of Shaytaan they would come to realize that the best way to spend their Zakaah nowadays is by giving it to the Mujdeen because the Messenger of Allaah salAllaahu'aleyhi wa sallem says: "*Charity cannot be given to a wealthy person except in five situations..*" The Messenger of Allaah salAllaahu'aleyhi wa sallem listed one of them as: "*The fighter in the cause of Allaah.*"
— **Related by Abou Dawood**

Now if Zakaah can be paid to the Mujdeen even if they are rich what about when the Mujdeen of today fulfill four out of the eight categories of Zakaah: They are poor, they are in need, they are wayfarers and they are the ones in the cause of Allaah!

So pay your Zakaah to the Mujdeen and encourage others to do the same.

👁 314   2:29 AM

**Let The Believers Put Their Trust In Allaah**

بسم الله الرحمان الرحيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[10/44] Contributing to the medical needs of the Mujdeen.**

The Mujdeen are in great need of any medical assistance they can get. They need physicians, they need hospitals and clinics that would open their doors to them and they need medicine. There are hundreds of thousands of Muslim physicians and nevertheless we hear many stories of injured mujahideen who suffered from simple wounds but because of the absence of medical help they had to suffer in agony until they died. Those Muslims who studied medicine and claim that they are doing it for the sake of Allaah and to benefit the Muslims, we say to them: Where are you?

It is said that Khattaab - the great Muslim commander in Chechnya - was injured in a battle and his brothers found no Muslim doctor to take care of him so they had to take him to the Red Cross and have them treat him under gun point! Muslim health care workers have a great responsibility and their contribution to Jhaad is indispensable. In fact their rewards could be even greater than those of the fighters.                      👁 400   10:55 PM

October 25

Let The Believers Put Their Trust In Allaah

بسم الله الرحمان الرحيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[11/44] Providing Moral support and encouragement for the Mujdeen.**

When the Mujdeen hear Imaams making du'aa for them, scholars giving fataawa supporting them and the Muslim masses praising them, this boosts their moral and gives them the strength to carry on. However, we find that many Muslims betray their brothers by speaking against them. We see scholars issuing fataawa in support of the apostate governments in their fight against the Mujdeen.

One should not underestimate the detrimental effect such betrayal has on the Mujdeen.                      👁 234   1:53 PM

Let The Believers Put Their Trust In Allaah
Forwarded from Al Muwahideen Media





### *Your best companion is a book*

An activity that brings about joy is for you to read a book and develop your mind through the acquisition of knowledge.

Al-Jaahiz, an Arab writer from centuries ago, advised one to repel anxiety through the reading of books:

> "The book is a companion that does not praise you and does not entice you to evil. It is a friend that does not bore you, and it is a neighbor that causes you no harm. It is an acquaintance that desires not to extract from you favors through flattery, and it does not deceive you with duplicity and lies. When you are poring through the pages of a book, your senses are stimulated and your intellect sharpens... Through reading the biographies of others, you gain an appreciation of common people while learning the ways of kings. It can even be said that you sometimes learn from the pages of a book in a month, that which you do not learn from the tongues of men in a century. All this benefit, yet no loss in wealth and no need to stand at the door of the teacher who is waiting for his fees or to learn from someone who is lower than you in manners. The book obeys you by night as it does by day, both when you are traveling and when you are at home. A book is not impaired by sleep nor does it tire in the late hours of the night. It is the teacher who is there for you whenever you are in need of it, and it is the teacher who, if you refuse to give to it, does not refuse to give to you. If you abandon it, it does not decrease in

obedience. And when all turn against you, showing you enmity, it remains by your side. As long as you are remotely attached to a book, it suffices you from having to keep company with those that are idle. It prevents you from sitting on your doorstep and watching those who pass by. It saves you from mixing with those that are frivolous in their character, foul in their speech, and woeful in their ignorance. If the only benefit of a book was that it keeps you from foolish daydreaming and prevents you from frivolity, it would certainly be considered a true friend who has given you a great favor."

### Let The Believers Put Their Trust In Allaah

بسم الله الرحمان الرحيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (رحمه الله)*

### [12/44] Defending the Mujdeen and standing up for them.

The Messenger of Allaah salAllaahu'aleyhi wa sallem says: "
*Whoever protects the reputation of his brother, Allaah will protect his face from Hell Fire on the Day of Judgment."*
Related by at-Tirmidhi

— Related by at-Tirmidhi

He also says: *"Any person who betrays a Muslim whose sanctity is being violated and reputation is being dishonored, Allaah will betray him when he is in need of help and any person who protects a Muslim whose sanctity is being violated and reputation is being dishonored, Allaah will assist him when he is in need of help."*

— **Related by Abou Dawood**

It is therefore our Islaamic duty to stand up for the ones who are defending us and our religion. As a rule of thumb, we should never side by word or deed against our brothers in Islaam especially the ones who have given up their lives for Islaam and we should never side by word or deed with the disbelievers who are the enemies of our most beloved, Allaah Subhanahu wa Ta3alaa. And if one cannot speak the truth then at least they should remain silent.

👁 331   11:46 PM

October 28

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Al-Fustaat English**

السلام عليكم ورحمة الله وبركاته

After lots of preparations and patience.

Your brothers have started a huge operation to break the siege on 300,000+ Muslims and help the oppressed people inside #Aleppo!

Dear brothers and sisters,

Has the time not come for those who have believed to stand up and help their brothers here in #Syria?

Be part of this great project by helping them, with whatever you can!

Imagine staying at your place and being counted as a member of the army who freed the oppressed people!

We are #ONEUMMAH, if the finger feels a pain the whole body feels the pain. It is our duty to share the pain, responsibilities, burdens and needs of our fellow brothers and sisters.

The Messenger of Allah 🕌 said:

"The example of Muslims in their mutual love, mercy and sympathy is like that of a body; if one of the organs is afflicted, the whole body responds with sleeplessness and fever."
(Hadith-Muslim)

Every bit of help counts!

Contact volunteers at Telegram: 

May Allah swt reward you!

👁 4666   12:22 PM

**Let The Believers Put Their Trust In Allaah**

بسم الله الرحمان الرحيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (*رحمه الله*)*

**[13/44] Fighting the lies of the Western Media.**

The perceptions of many Muslims are formed by the Western media. Allaah says: "*O you who have believed, if there comes to you a disobedient one (faasiq) with information, investigate, lest you harm a people out of ignorance and become, over what you have done, regretful.*"
— **Sourah al-Hujurat | Verse 6**

So what about when the news is coming from a kaaffir rather than a faasiq?

The danger of the Western media stems from the fact that it puts on the cloak of truth and objectivity when in reality it is no more than the mouthpiece of the devil.

Can't you see that the Western media is constantly trying to underplay the atrocities committed by the West while exaggerating the violations – which are few and far in between – committed by Muslims?
Can't you see how the Western media succeeded in presenting the awliyyah (friends) of Allaah, the ones who are fighting in His cause, as the followers of evil, while it presents the Pharaoh of this day and his armies as the army of good?

The Western media is so good in its deception that its lies pass on a wide section of the Muslim Ummaah. The fact is that this media demonises the Mujdeen, spreads lies about them, blows out of proportion their mistakes, tries to sow the seeds of disunity amongst them, attempts to ruin the reputations of their leaders, and ignores or demonises the scholars of truth when on the other hand, it glorifies and promotes the scholars of falsehood.

So my dear brothers and sisters part of your duty is to campaign amongst Muslims to raise their awareness regarding this issue. You should encourage them to be careful and critical of the Western media. A Muslim should not believe Western sources unless they are confirmed by a trustworthy Muslim one. I (Anwar al-Awlaki) say a trustworthy Muslim source because the verse was warning us from accepting the news of a disobeying Muslim. Now that is not to say that we should not believe the media in anything it says even in its weather forecasts! No, what we are saying is that you should not believe what they say about Islaam and Muslims. A media source that could otherwise be very objective and truthful could become a fabricator when it comes to covering news on Muslims.

That is how the disbelievers dealt with Muslims since the dawn of history and there is no reason for us to believe why that would change.

👁 217  12:55 PM

Let The Believers Put Their Trust In Allaah
Forwarded from Al Muwahideen Media

Sheikh ibn Uthaymeen



Sharh Riyadh as-Saliheen (V. 3. P 52.)

«A person could have a lowly status in this world and no value in the eyes of the people while with Allah this person is better than many of the people deemed better than him.»

الموحدين
Al Muwahideen

October 29

Let The Believers Put Their Trust In Allaah
Brothers and sisters, please keep those who strive in the way of Allaah on the battlefield and those behind bars in your du'aas.

May Allaah give victory to the believers soon.     👁 315   12:31 AM

October 31

Let The Believers Put Their Trust In Allaah

بسم الله الرحمن الرحيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[14/44] Exposing the hypocrites.**

The hypocrites represented a great danger to the Muslim community during the time of the Prophet salAllaahu'aleyhi wa sallem and they still do. The Messenger of Allaah salAllaahu'aleyhi wa sallem would fight them by exposing their lies. If the battle with the kuffaar was primarily a battle of swords, the battle against the hypocrites was primarily a battle of words. Since the hypocrites hide behind the cloak of religion to spread their poisonous ideas, the way to fight them is by revealing the truth and exposing their lies. Your weapon against them is Qur'aan and Sunnah.

Some of these hypocrites could be very charismatic. They could appear to be very impressive, but they are fake. Allaah says: *"And when you see them, their forms please you, and if they speak, you listen to their speech. They are as if they were pieces of wood propped up, they think that every shout is against them. They are the enemy, so beware of them. May Allaah destroy them; how are they deluded?"*
— **Sourah al-Munaafiqoun | Verse 4**

The fake scholars and deviant ideologies need to be exposed for what they are.     👁 605   edited 2:03 AM

**Let The Believers Put Their Trust In Allaah**
Forwarded from Shaykh Abdul Aziz At-Tarefe
Among the ways of purifying the souls from hypocrisy is for a
person to follow up on himself, thus acting on every virtue that he
preaches. Ḥudhayfah defined the hypocrite when he said, "The one
who describes īmān but does not act by it."

من تطهير النفوس من النفاق أن يتتبّع الإنسان نفسه فكل فضيلة يقولها يعمل
بها، فقد عرّف حذيفة المنافق فقال: (الذي يصف الإيمان ولا يعمل به)
👁 1397  2:08 PM

---

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[15/44] Encouraging others to fight Jhaad.**

Inviting others to do good is an encouraged act of worship since it
falls under enjoining good and forbidding evil. In addition to that,
encouraging others to participate in Jhaad was an act of worship
we were specifically asked to do.

Allah says: "*O Prophet, urge the believers to battle.*"
— **Sourah al-Anfaal | Verse 65**

And He Subhanahu wa ta3ala says: "*So fight, [O Muhammad], in
the cause of Allaah; you are not held responsible except for
yourself. And encourage the believers [to join you] that perhaps
Allaah will restrain the might of those who disbelieve. And Allaah is
greater in might and stronger in [exemplary] punishment.*"
— **Sourah an-Nisaa | Verse 84**  👁 383  2:35 PM

---

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[16/44] Protecting the Mujdeen and preserving their secrets.**

We need to guard our tongues. Sometimes you could end up
endangering your brothers unwillingly by your words. A Muslim
should develop the habit of being able to keep secrets. We have an
incident from Seerah where a Sahaabi refused to tell his own wife
about a secret mentioned to him by the Messenger of Allaah.
Sometimes you want to protect the secrets from the closest
people to you: your wife, parents, children and brothers, because
they might be the most vulnerable. A Muslim should learn to not
say more than what needs to be said, to work on a need to know
basis.

A lot of Jhaad work is secret and clandestine by nature. Therefore,
brothers and sisters should be very careful with their words. A lot
of harm was inflicted on Ihaad work because of otherwise good

and sincere brothers who had loose tongues.

The enemies of Allaah will try to recruit Muslims to infiltrate Islaamic work. They will tell them that we are doing this to protect the Muslims. They may carry along with them scholars who would approve that. Part of your role in protecting the Mujdeen is by warning the Muslim community that spying on a Muslim for a non-Muslim is nothing less than Kufr. Allaah says: "*O you who have believed, do not take the Jews and the Christians as allies. They are [in fact] allies of one another. And whoever is an ally to them among you - then indeed, he is [one] of them. Indeed, Allaah guides not the wrongdoing people.*"
— **Sourah al-Ma'idah | Verse 51**                          ☻ 602   12:32 AM

**Let The Believers Put Their Trust In Allaah**
بِسْمِهِاللَّهِٱلرَّحْمَـٰنِٱلرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (رحمه الله)*

**[17/44] Praying for the Mujdeen.**

Never underestimate the power of a sincere du'aa.

The Messenger of Allaah salAllaahu'aleyhi wa sallem said: "*This ummah is given victory through the weak among them, through their du'aa, prayers and sincerity.*" Make du'aa for them in your sujood since that is when you are closest to Allaah. An important form of du'aa that needs to be performed is du'aa al Qunoot in Salaah. Encourage Imaams to perform it when things get tough on the Mujdeen. This is the Sunnah of RasulAllaah.

Prior to one of the battles, the leader of the Muslim army asked his soldiers to see what Muhammad bin Wasi' (one of the great worshipers of the early Muslims) was doing. They came back saying that we saw him raising his finger and making du'aa. The leader of the army said: *"That finger making dua to Allaah is more beloved to me than a thousand men!"*                  ☻ 545   2:25 PM

**November 4**

**Let The Believers Put Their Trust In Allaah**
بِسْمِهِاللَّهِٱلرَّحْمَـٰنِٱلرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (رحمه الله)*

**[18/44] Following the news of Jhaad and spreading it.**

Following the news of Jhaad and the mujahideen is important because it keeps your attachment to Jhaad alive. It strengthens your belongingness to the Ummaah. It encourages you to join Jhaad when you see the heroic acts of the Mujdeen. It kindles your desire for martyrdom when you see the courage of martyrs.

Those who follow the news of the Mujdeen will see how Allaah is protecting his servants and guiding them towards victory. They will see how the Ummaah is heading towards the era of Islam under the leadership of "al Taeflaah al Mansourah" mentioned in the ahadeeth of RasulAllaah salAllaahu'aleyhi sallem.

Reading history or Fiqh books on Jhaad provides you with the theory. Following the news of the Mujdeen provides you with practical examples of how our brothers are applying the theory in todays world. It provides you with something tangible, something real.

The news of Jhaad is the news of the conflict between good and evil which has existed since the time of Adam and will continue until the end of time. Following the developments of this conflict brings Qur'aan into light. When you read Qur'aan with this awareness you would have a more engaged relationship with the book of Allaah than a person who is living in the seclusion of his ivory tower. This engagement with the book of Allaah reaches its height when you yourself are engaged in this conflict by joining the ranks of the Mujdeen.

It needs to be repeat (what was mentioned in point 13) that you should only spread authentic information from authentic sources, because spreading rumors is an attribute of the hypocrites: Allah says: "*And when there comes to them something [information] about public security or fear, they spread it around. But if they had referred it back to the Messenger or to those of authority among them, then the ones who [can] draw correct conclusions from it would have known about it.*"
— **Sourah an-Nisaa | Verse 83**

👁 379  9:27 PM

November 5

### Let The Believers Put Their Trust In Allaah
### Forwarded from Let Ameen Speak
Salahudheen Ayyubi spared no effort to keep Muslim soldiers alert and awaken their zeal to fight for the sake of Allah. He was always grief stricken, sad and heavy hearted. He ate but little. When asked the reason, he said "How can mirth and food and sleep agreeable to me while Jerusalem is in the hands of Crusaders?" .

His companion, Qadi Ibn shaddad described his state during the crusades saying :

" The occupation of Jerusalem was a great matter that a mountain could not bear. He was like a mother who is bereaved of her child. He rode from one place to another urging the people to Jihad and wandered about places crying, " Oh for Islam!" and his eyes shed tears. The more he looked at Acre (Place in Israel) and the trials that afflicted the people, the more he urged the people to Jihad . At that time he ate nothing. He drank medicine given by the doctor. I was told by some of his doctors that from Friday until Sunday, he ate only an insignificant amount, because he was so interested in war"

👁 1216  2:12 PM

### Let The Believers Put Their Trust In Allaah
### Forwarded from Majid Freeman - Updates
**\*\*HELP REQUESTED FROM HOSPITALS IN SYRIA\*\***

Doctors in Syria are appealing for foil blankets. Something so cheap yet life saving.

Very often after bombings, patients who survive are rushed into a hospital for emergency surgery, there are no clothes to clothe the patient after and in turn many could die from critically low body temperature, especially as winter enters, it is extremely cold and there are no spare clothes for them to immediately wear. These deaths can easily be prevented if they had foil blankets which retain heat and keep the patients warm post surgery.

One Nation (100% Donation policy) are fundraising for 10,000 blankets which in total only cost £3500. Please help us reach this target by midnight 6th November 2016.

We JUST need 100 people to donate £35 to reach this target (You can ofcourse donate more) Thank you.

Please note, any additional donations will go towards other medical equipments.

Zakat, Sadqa and Lillah eligible.
£35 = 100 Blankets
£70 = 200 Blankets
£350 = 1000 Blankets

Please donate generously:
https://mydonate.bt.com/fundraisers/foilblanketsforsyria

*SHARE*

👁 1023 11:36 PM

November 6

Let The Believers Put Their Trust In Allaah
بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ

44 ways to support Jhaad — by *Imaam Anwar al-Awlaki* (رحمه الله)

[19/44] Spreading the writings of the Mujdeen and their Scholars.

Unfortunately we hear some Muslims claiming that the Mujdeen lack scholars who support them and they lack a clear strategy and that what the Mujdeen are doing is spontaneous and reactionary. Such claims are the furthest from the truth. There are plenty of scholars and strategic thinkers who are supporters of Jhaad today. The problem is that because they are on the true path most of them are killed, jailed or forced to go underground. Nevertheless there is still an abundance of material supporting Jhaad work and offering strategies for it.

In fact the writings of the scholars of Jhaad tend to be the most deeply rooted in Sharee'ah because they speak it out as it is, which means they do not need to get involved in ignoring any Sharee'ah evidence, twisting Sharee'ah texts, and searching for odd opinions as some others may do. The Scholars of the Mujdeen made it clear that they fear no one but Allaah and are willing to displease anyone if that pleases Him. They refer to Qur'aan and Hadeeth and quote the scholars of the ummah such as Ibn Hajar, al-Nawaawee, al-Qurtuby, Ibn Katheer, Ibn Taymeeyah, and the four Imaams.

They have nothing to hide or conceal. This makes their works the most clear and the most convincing.

To counter the fact that no publishers or media outlets are willing to risk sponsoring their works, it falls upon the Mujdeen and their sympathizers to do that work. It is therefore our responsibility to spread their knowledge. Some ways in which you could contribute:

• Handing out books and pamphlets to your friends and family.
• Posting material online.
• Setting up websites that publish such works.
• Guiding others towards such websites.
• Email lists.
• Placing such information in Masaajid.
• Distributing such material in gatherings.
• Holding private circles in which these writings are studied.

👁 350   1:03 PM

**Let The Believers Put Their Trust In Allaah**
Forwarded from Fursan Al Sham Media



*Honoring the Martyr*

She was a young flower, waiting to grow old.
A lovely voice, expecting to be heard.
But deep under the rubble lies,
Her little body crushed out of this world.

A mother watching, shaking.
She listens to a sound of silence.
Hearing what no one else can hear.
Feeling what no one else can feel.

They were together just seconds ago,
Without suspecting the terrifying blow.
Launched from the sky in order to tare
The worldly life they happily share.

And then a devils strike instantly came.
Just smoke and screams were everywhere.
The frightened mother, calling for her child.
The rescue teams helping her stand.

She knew her baby was no more.
Her only child, her love, was gone.
And now she's looking at the grave,
Where lies the child she couldn't save.

But when the mother has returned,
A smile was brightening her face.
And everyone around her asked:
What is this feeling you embrace?

The mother said, raising her hands:
Alhamdulillah for all I have!
She tells them how she feels no more,
The sadness that she felt before.

Because my child is still alive, she said.
Why should I cry or / she's dead?
She's with the other martyrs gone.
To make Al-Firdaous her final home.

For my beloved protectors of Syria
Muharram 1438 / November 2016
Your brother in Islam, Uthman

**Let The Believers Put Their Trust In Allaah**
Forwarded from Fada'ilal3lm Media

فضائل العلم

**"FEAR DYING A WORTHLESS DEATH AND ASK ALLAH FOR A GOOD END"**

Emir Khattab



November 7

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[20/44] The issuance of Fataawa supporting the Mujdeen.**

There are scholars who are willing to speak out the truth. Such
scholars should be encouraged to do so and brothers should
support these scholars and let them know that they would stand
by them. The Fataawa of these scholars should be widely
distributed to the masses. There are many young brothers and
sisters who agree with the methodology of the Mujdeen but they
are not willing to fully embrace it until they see scholars approving
this methodology. At the end of the day the masses are followers
and they would like to see scholars guiding them.

👁 227  7:12 AM

**Let The Believers Put Their Trust In Allaah**

بسم الله الرحمن الرحيم

⚠️⚠️⚠️⚠️⚠️⚠️⚠️⚠️⚠️⚠️

We are in a desperate need of finding a muslim family, who are
able to take muslim children into their homes. They have been
taken off their parents.

The dead line is the 9th NOVEMBER 2016. The children are 13, 12,
10, 7, 5, 3 and a 2 year old.

🚫🚫🚫🚫🚫🚫🚫🚫
Please share. Deadline is on the 9th November 2016.
🚫🚫🚫🚫🚫🚫🚫🚫

👁 622  edited 11:17 PM

November 8

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

[21/44] Providing the scholars and Imaams with information and

[27/44] Providing the scholars and imaams with information and **news about the Mujdeen.**

"Just because a person is a scholar, doesn't mean he knows everything. In fact there is a tendency for people who are specialists in a particular field to ignore, and thus become ignorant, of other fields. Scholars and Imaams need to be provided with good material. In my (Anwar al-Awlaki's) conversations with many scholars, some of whom are on a world class level, I was amazed at their lack of knowledge regarding the Mujdeen. They lack information on where the Mujdeen stand on issues, their publications and their news.

The enemies of Islaam know the influence that Muslim scholars have on the Ummaah. Therefore they give scholars special attention. The enemies of Islaam would love to see our scholars debating and fighting over trivial issues in order to divert their attention from the real issues that are facing the Ummaah.

What the brothers and sisters alike can do is to influence the scholars, because by influencing the views of one scholar you could change the views of thousands of Muslims. Provide the scholar with carefully chosen material to read. In the beginning you should give them concise material. Remember scholars tend to be very busy and have a lot of material on their table to read so you need to follow up with them on whether they read what you gave them or not. Discuss with them issues covered in what they read, and discuss it with them as a student and not as an opponent. Avoid confronting them with controversial questions because their fear or cautiousness could cause them to give you a watered down opinion which they might not sincerely believe in and then try to stand by it and defend it just because they said it. Suggest to Imaams issues to discuss in Friday khutbah's and provide them with information that could be used in the khutbah's."

👁 216  3:55 AM

**Let The Believers Put Their Trust In Allaah**
بِسْمِٱللَّهِٱلرَّحْمَٰنِٱلرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (رحمه الله)*

**[22/44] Physical fitness.**

The Messenger of Allaah salAllaahu'aleyhi wa sallem said: "*The strong believer is better and more beloved to Allaah than the weak believer and there is good in both.*"
— **Related by Muslim**

Physical fitness is part of the preparation for Jhaad. What Jhaad needs is not body builders. What Jhaad needs is Mujdeen who have the ability to walk for long hours, to run for long distances (important for guerrilla warfare), to sprint (important for urban warfare), and to climb mountains. The Muj needs to be able to perform all of the aforementioned while carrying a weight.

In Jhaad lands such as Bosnia and Chechnya unfit brothers represented a burden on the Mujdeen because they would slow down the whole group. Also the unfit can more easily fall in the hands of the enemy. So endurance exercises should take

precedence over exercise for strength and flexibility.

Even if a Muslim is not going to fight, physical fitness is still important. For example, a fit person can withstand prison and torture more than a person who is not.

The early Muslims were fit since they led a military lifestyle. The companion Amr bin al-Aas who opened Egypt in the time of Umar and was appointed as its governor used to say in the Jummu'ah khutbah: "*I don't want to see any one of you gaining weight while your horse is losing weight. If I see that I will reduce your salaries accordingly.*"

So dear brothers, exercising with the right intention is an act of worship. Our sisters are not exempt from this. They also need to be fit and the Muslim community needs to work out halal alternatives for the sisters to exercise. 👁 911  3:25 PM

November 9

Every breath we take is taking us closer to death. The time we spend in this world is short, the time we are held in our graves is long, and the punishment for following our lowly desires is calamitous.

IBN JAWZI

**Let The Believers Put Their Trust In Allaah**
ہمیں دنیا سے کیا مطلب، مدرسہ ہے وطن اپنا۔
مریں گے ہم کتابوں پر، ورق ہوگا کفن اپنا۔

"What do we have to do with the world, the madrassa is our homeland.
We will die on books, the paper will be our shroud."
👁 193  edited 12:23 PM

**Let The Believers Put Their Trust In Allaah**
بِسۡمِ اللهِ الرَّحۡمٰنِ الرَّحِيۡمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (*رحمه الله*)*

[23/44] **Arms training**.

Preparing for Jhaad is obligatory since Jhaad today is obligatory and the Sharee'ah rule states that: Whatever is needed for an obligatory act becomes obligatory.

Arms training is an essential part of preparation for Jhaad. Allaah says: "*And prepare against them whatever you are able of power and of steeds of war by which you may terrify the enemy of Allaah and your enemy and others besides them whom you don't know but Allah knows.*"
— **Sourah al-Anfaal | Verse 60**

The Messenger of Allaah salAllaahu'aleyhi wa sallem said regarding this verse: "*Power is marksmanship, power is marksmanship.*"
— **Related by Muslim**

The issue is so critical that if arms training is not possible in your country then it is worth the time and money to travel to another country to train if you can.  ⊙ 393   edited ˙ 2:29 PM

---

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Al Muwahideen Media**
Love of Salahuhdeen for Quran and Sunnah...

وَكَانَ يُحِبُّ سَمَاعَ الْقُرْآنِ الْعَظِيمِ، وَيُوَاظِبُ عَلَى سَمَاعِ الْحَدِيثِ حَتَّى إِنَّهُ سَمِعَ فِي بَعْضِ الْمُصَافَاتِ جُزْءًا، وَهُوَ بَيْنَ الصَّفَّيْنِ، فَكَانَ يَتَمَتَّعُ بِذَلِكَ وَيَقُولُ: هَذَا مَوْقِفٌ لَمْ يَسْمَعْ أَحَدٌ فِي مِثْلِهِ حَدِيثًا

"And he loved to hear the recitation of the Qur'an and the reading of ahadeeth and knowledge. He was constant and habitual in listening to ahadeeth being read to him, to the point that he would hear a section read to him while he was standing between the ranks of soldiers! He would enjoy doing this and say: "Nobody listens to ahadeeth in a situation like this."

[Al Bidayah Wan Nihayah 16/657]       ⊙ ˙ 7:49 PM

---

**Let The Believers Put Their Trust In Allaah**
https://daughteroftheummah.wordpress.com/2016/11/09/umm-waraqah-رضي-الله-عنها-the-women-who-desired-martyrdom/

**Bintul Ummah**
**Umm Waraqah رضى الله عنها** – **the woman who desired martyrdom**



The Prophet said﷽ , "Umm Waraqah! Dwell in your house, Allah will grant you the death of a ...

⊙ 426  8:15 PM

---



أَبُوْقَتَادَةَالفِلَسْطِيْنِ

Abou
Qatadah al-
Falisteeni
( رحمه الله )



( حفص / ۱۱۳ )

"The woman is the essence of our Ummaah, and any shortcoming from her is a true defeat. Therefore, we have to take care of this aspect and give it its proper attention."

November 12

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللَّهِ الرَّحْمَٰنِ الرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[24/44] First aid training.**

In many situations the Mujdeen have no access to hospitals. In such situations first aid becomes the only available option. In addition to first aid brothers and sisters need to get any medical training that would be relevant to the tough conditions of Jhaad. This needs to be determined by brothers and sisters who are in the medical field in coordination with brothers who have an experience in Jhaad. 👁 304  8:08 PM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from One Nation Charity**
BACK 2 SCHOOL - SYRIA 🎒

The children in Syria are living in a warzone, forced to lose their childhood & education. Many have had nothing to do for the past 5 years thus spend their days collecting plastic & rubbish as their day jobs.

Help us to give the next generation in Syria HOPE by giving them with an education.

We have launched a huge project to equip schools from scratch and therefore need YOUR help as schools cannot run without basic stationary & equipment.

One of the items which teachers in Syria have requested are laptops, which will allow them & the children to do essential work required for their education.

A very generous brother is providing One Nation with 20 laptops for only £120 each.

We need 20 generous people to donate one laptop (£120) each. If not please donate whatever you can. www.Back2SchoolSyria.com

Please help us reach our target. If any individuals, groups, orgs or ISocs would like to fundraise please contact 01924856923

#Back2SchoolSyria

\*PLEASE SHARE\*

**BT MyDonate**
**Back 2 School Syria Project**
You can donate general donations, sadqa and
lillah towards this project. Please invest in the
future of the Syrian children. We can't afford to ...



👁 770   8:10 PM

November 13

**Let The Believers Put Their Trust In Allaah**
"The enemies of Allaah azza wa jal are gonna pick on your actions
and they're gonna try to blow them out of proportion. They might
try to twist the truth and they will try to present you in the worst
form they are capable of presenting you in. So the Muslim needs
to be aware of that and need to study the reality of the situation
and put things into perspective, just like these ayaat of Allaah azza
wa jal put things into perspective.

So if Muslims are ever accused of being terrorists or that Islaam is
promoting violence, let whoever is saying that remember that
hundreds of thousands of people were killed in Iraaq, that
Palestinians have been suffering for over Fifty years, that Muslims
in Kashmir and Chechnya and the Philippines (and one can go on
and on) have been suffering for a very long time.

Bring these things up and it will become clear that even if the
Muslims do something that is not justified, that can not fall under
justifiable resistance, it can never reach to the level of violence and
evil that is committed against the Muslims from the disbelievers."

— Imaam Anwar al-Awlaki                      👁 297   edited 9:13 AM

You joined this channel

**Let The Believers Put Their Trust In Allaah**
بِسْمِاللهِالرَّحْمَنِالرَّحِيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[25/44] Learning the Fiqh of Jhaad.**

Learning the Fiqh of Jhaad includes the Fatawaa of scholars
regarding the issues that face the Mujdeen today such as the
ruling of Jhaad today, rulings of dar ul-harb, the issue of civilians
and collateral damage, the issue of the covenant of security with
non-Muslim governments, fighting in the absence of an Imaam,
and the ruling on present governments in the Muslim world. It is
equally important to study the virtues of Jhaad. One also needs to
study the writings of scholars and thinkers who are charting out
the course for todays Jhaad.                 👁 363   6:42 PM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Daily Reminders**
"The rulers of today know nothing about the religion. They only
care about politics..."

Sheikh Al Albani, Silsilat al Huda wan nur (842)

November 14



Shaykh Ayman
adh-Dhawahiri
حفظه اللّٰه

"Therefore, our message to the Americans is as clear as the sun, and as cutting as the edge of the sword: the events on the 11th of September were a direct result of your crimes against us."

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللّٰهِ الرَّحْمٰنِ الرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (رحمه اللّٰه)*

**[26/44] Protecting the Mujdeen and supporting them.**

Allah says: *"Indeed, those who have believed and emigrated and fought with their wealth and lives in the cause of Allaah, and those who gave shelter and aided, they are allies of one another."*
— **Sourah al-Anfaal | Verse 72**

And He says: "*But those who have believed and emigrated and fought in the cause of Allaah and those who gave shelter and aided, It is they who are the believers, truly. For them is forgiveness and noble provision."*
— **Sourah al-Anfaal | Verse 74**

When the Mujdeen are in danger we need to offer them with protection. It is true that such a protection could be very costly but this is a sacrifice that we are offering for the sake of Allaah.

The Taliban paid the price for offering a safe haven for the foreign Mujdeen: They lost their government. But that is not a defeat but a victory because in the eyes of Allaah you have won, no matter what the worldly costs are, if you have held on firmly to your religion. But you have lost, no matter what the worldly gains are, if you have wavered in your religion.

We should open our houses for the Mujdeen among us and we should offer them with the support they need. Isn't that precisely what awarded the Ansaar the high status they have achieved?

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Daily Reminders**
Righteous Fear vs. Sinful Delusion

It is reported that Al-Hasan Al-Basrî – Allâh have mercy on him –
said:

The believer does the best deeds yet is most fearful [that his deeds
will not be accepted]. If he were to spend a mountain of wealth [in
charity], he would not feel sure [of the reward] until he sees it. The
more righteous and pious he becomes, the more he fears. But the
hypocrite (munâfiq) says, 'There are so many people, I will be
forgiven, no problem.' So he does wrong and evil deeds, yet holds
foolish wishes about Allâh.

Al-Dhahabî, Siyar A'lâm Al-Nubalâ' 4:586         ● 595  3:45 AM

**Let The Believers Put Their Trust In Allaah**
بِسْمِٱللَّهِٱلرَّحْمَٰنِٱلرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (الله رحمه)*

**[27/44] Developing the Aqeedah of Walaa and Baraa.**

The issue of loyalty towards Allaah, His Messenger and the
believers and the declaration of our animosity towards the
disbelievers and their gods has not had its fair share of attention
in Islamic circles. Allaah says: "*There has already been for you an
excellent example in Ibraheem and those with him, when they said
to their people, 'Indeed, we are disassociated from you and from
whatever you worship other than Allaah. We have denied you, and
there has appeared between us and you animosity and hatred
forever until you believe in Allaah alone.'*"
— **Sourah al-Mumtahina | Verse 4**

Allaah described the ones who fight in his path as being "*Humble
towards the believers, powerful against the disbelievers.*" **(5:54)**.
The Muj should have a clear understanding of what it means to be
loyal to Allaah, His Messenger and the believers and declaring
animosity towards the disbelievers.

Ibn Taymeeyah states that: "*You need to love the believer even if
he wrongs you or oppresses you, and you need to dislike the
disbeliever even if he is kind to you.*"

The hatred of kuffaar is a central element of our military creed. We
need to realize that Allaah will not grant us victory as long as we
still have some love towards his enemies in our hearts. The
spiritual condition of total loyalty towards Allaah and total
animosity towards his enemies was a necessary precursor to the
judgment of Allaah between His prophets and their disbelieving
nations.

Never was victory attained by the Prophets of Allaah and their
people until their loyalty towards Allaah was complete and their

disassociation with the **kuffaar** was complete. 👁 437 12:25 PM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from AL MUHAJIRUN**
https://youtu.be/_8z-tMaHdAA

**YouTube**
**Messages from Sham From our sisters to our scholars ep.رسائل**
من الشام من أخواتنا إلى علمائنا الحلقة1
Twitter: twitter.com/almuhajirun12 Telegram:
telegram.me/almuhajirun111 Blog: almuhajirunblog.wordpress....



👁 4477 3:06 PM

November 16

**Let The Believers Put Their Trust In Allaah**
بِسْمِٱللَّهِٱلرَّحْمَٰنِٱلرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (رحمه الله)*

**[28/44] Fulfilling our responsibilities towards the Muslim POW.**

Abou Musa Al Ash'ari narrated: The Messenger of Allaah said: *"Free
the Prisoners Of War, feed the hungry, and visit the sick."*
— **al-Bukhaaree**

Our scholars say that it is a duty on Muslims to free the POWs even
if they have to expend all their money. Many Mujdeen are
forgotten, lingering in prison cells in every continent around the
world. Not even the islands of the sea are spared. We need to raise
the awareness of the Ummaah regarding their issue, keep them in
our du'aa and fight for their release. 👁 476 1:35 PM

November 17

**Let The Believers Put Their Trust In Allaah**
*"Sins are wounds and wounds may cause death."*

— **Ibn al-Qayyem | al-Fawaa'id//Page 65** 👁 157 edited 1:18 AM

**Let The Believers Put Their Trust In Allaah**
**Consequences of committing sins:**

• Lack of success
• Invalid views

- Absence of Righteousness
- Corruption of the heart
- Failing to praise Allaah
- Wasting time
- Avoidance of other creations
- Separation between the servant and his Lord
- Supplications not being answered
- Constriction of the heart
- Decaying of blessings in substance and age
- Prevention from attaining knowledge
- Humiliation
- Insults from enemies
- A constricted breast
- Evil friends that will spoil ones heart and waste time
- Sadness and grief
- A miserable life
- Disappointment

All that results from sins and neglecting to praise Allaah, as plants grow by being watered but are consumed by fire. The opposite of the above consequences are results of obedience to Allaah, the Almighty.

— **Ibn al-Qayyem | al-Fawaa'id//Page 57**

Try to memorise this — next time when you feel like sinning, remember these consequences. Of course, Allaah forgives those who repent but don't try to think that you can outsmart Allaah azza wa jal by saying/thinking, "I will sin now and repent later." Surely you will be humiliated.  👁 266   edited 1:36 AM

**November 18**

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللّٰهِ الرَّحْمٰنِ الرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (رحمه اللّٰه)*

**[29/44] WWW Jhaad.**

The internet has become a great medium for spreading the call of Jhaad and following the news of the Mujdeen. Some ways in which the brothers and sisters could be internet Mujdeen is by contributing in one or more of the following ways:

• Establishing discussion forums that offer a free, uncensored medium for posting information relating to Jhaad.
• Establishing email lists to share information with interested brothers and sisters.
• Posting or emailing Jhaad literature and news.
•Setting up websites to cover specific areas of Jhaad, such as: news on the Mujdeen, Muslim POWs, and Jhaadi literature.
  👁 398   10:20 AM

**November 19**

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللّٰهِ الرَّحْمٰنِ الرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[30/44] Raising our children on the love of Jhaad and the Mujdeen.**

Our children need to be raised up with the love of Jhaad and the Mujdeen. The stories we narrate to them need to stem from our rich Jhaadi history. We should have them grow up with Ali bin Abi Taalib, Khaalid bin al Waleed, Abou Ubaydah, Sad bin Abi Waqqas, Muhammad al Fatih, Muhammad bin al Qasim and Salahudeen. Their role models should be the heroes of todays Jhaad. On the other hand they should learn to despise Pharaoh, Qaroon, and Abou Jahl as well as todays Pharaohs, Qaroons and Abou Jahls.

Our children should not be taught to stay away from trouble and be a good child but to do the right thing even if it's going to get you in trouble. They need to be taught to be proactive rather than passive. Al Zubayr bin al Awam; one of the ten given the glad tidings of Paradise used to take with him to the battlefield his son Abdullaah when he was still a child. But since Abdullaah was still a child and therefore couldn't fight, his father would have him carry a small knife and go around the battlefield searching for injured disbelievers in order to finish them off. Abdullaah then grew up to become one of the great fighters of this Ummaah.

Even though the physical Jhaad is primarily within the mens domain, our sister still needs to live the life of a Muj which her husband lives. She needs to be supportive of him if he goes for Jhaad, content if he is a Shaheed and patient if he is taken as a POW. A Muj sister would be like the women of al Ansaar.

They saw that Islaam was taking away their fathers, brothers, husbands and sons and they were still welcoming the Muhaajireen and opening their homes for them, spending their money on them when they knew very well the consequences of these actions.

👁 380    edited 4:02 PM

**November 20**

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللَّهِ الرَّحْمَٰنِ الرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[31/44] Avoiding the life of luxury.**

Shaykh Abdullaah Azzaam used to say: *"Luxury is the enemy of Jhaad."*

Jhaad is difficult and demands sacrifice. Therefore avoiding the life of luxury removes some of the obstacles that may stand between a person and Jhaad. You need to be able to sleep on the floor, eat food different than what your mother or wife cooks for you, use cold water for wudhu or ghusl, and not mind being unable to take a shower everyday (when in the land of Jhaad). A brother who aspires to be a Muj should be able to control his desires and to disobey his nafs. One should train himself to get used to breaking some habits such as his sleeping and eating habits by praying Qiyaam al Layl and fasting on Mondays and Thursdays. A true Muj

should be able to give up all attachments to this world for the sake of Allaah.

👁 304  11:58 AM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Tazkiyyat an-Nafs**
"When you sit in the darkness of the night between the Hands of Your Master, then adopt the behaviour of the children. For indeed, the child when he seeks something from his father, and he is not given it, he cries over it."

Ibn al Jawzi in Al Mudhish V.1 Pg.219

👁 296  4:26 PM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Al Firdaws**
Ibn Al-Mubārak said:

"The women of this world who enter Paradise will surpass Al-Hūr Al-Āyn by the deeds they did in this world."

[ Al-Zuhd wa Al-Raqā'iq Vol. 4 p. 463]

Telegram Channel

👁 466  4:29 PM

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللهِالرَّحْمَنِالرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[32/44] Learning skills that would benefit the Mujdeen.**

The field of Jhaad is wide and it demands many skills. The brothers and sisters need to learn these skills and then use them to serve Islaam. I (Anwar al-Awlaki) emphasise on using them to serve 'Islaam' because we hear a lot about Muslims claiming that the reason why they are studying and pursuing degrees is to serve Allaah but in the end they end up serving their pockets and selfish desires.

👁 208  8:54 PM

November 21

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللهِالرَّحْمَنِالرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[33/44] Joining groups that work for Jhaad.**

Collective work is an obligation on Muslims today because the application of the law of Allaah, which is an obligation - cannot return without a Jammah (a group). But there are plenty of groups working for Islaam so which one should you join?

Since Jhaad is the greatest deed after believing in Allaah and is the most needed - yet most neglected - act of worship today, it is necessary for you to join a group that has Jhaad as its main objective. Every Islaamic group that does not work for Jhaad is deficient to say the least. That is because from the time Jhaad was prescribed after the hijrah of the Messenger of Allaah

salAllaahu'aleyhi wa sallem, the Jammah that the sahabah were members of always had Jhaad as its primary focus. That was true in the time of RasulAllaah salAllaahu'aleyhi wa salleem, Abou Bakr, Umar, Uthman, Ali and Mu'awwiyyah.

❗ Side note: Just because a group claims to be on Haqq, that doesn't mean they are as they claim to be. Evaluate their actions, as the statement "actions speak louder than words" certainly has truth in it.
A group which is merely talk and no action is to be avoided as the Ummaah is not in need of false hope.          👁 494  9:19 PM

November 23

Let The Believers Put Their Trust In Allaah
بِئۡشِلَّهِالرَّحۡمَـٰنِالرَّحِيمِ

44 ways to support Jhaad — by *Imaam Anwar al-Awlaki* (رحمه الله)

[34/44] Spiritual preparation.

The defeat of Muslims is not due to the strength of the enemy but is due to the weakness of the Muslims.
Allaah says: "*And whatever strikes you of disaster; it is for what your hands have earned; but He pardons much.*"
— Sourah ash-Shurah | Verse 30

Therefore, spiritual preparation is needed for any difficult religious duty. Because the Messenger of Allaah salAllaahu'aleyhi wa sallem was going to carry a heavy burden, Allaah told him to prepare himself spiritually: "*O you who wraps himself [in clothing]. Arise [to pray] the night, except for a little, Half of it or subtract from it a little. Or add to it, and recite Qur'aan with measured recitation. Indeed, We will cast upon you a heavy word.*"
— Sourah al-Muzzammil | Verses 1-5

Since Jhaad is one of the heaviest commands of Allaah, it needs lots of preparation.          👁 381  5:46 PM

November 24

Let The Believers Put Their Trust In Allaah
بِئۡشِلَّهِالرَّحۡمَـٰنِالرَّحِيمِ

44 ways to support Jhaad — by *Imaam Anwar al-Awlaki* (رحمه الله)

[35/44] Guiding others to the scholars of truth.

We need to be aware that we are living in a time when scholars can be "made". The enemies of Islaam through their control of the media and Muslim governments can promote certain figures who they deem as representing a benign form of Islaam and consequently, turn them into celebrities.

An appointment of a scholar to the post of grand mufti in a particular Muslim country could turn that person into a world class scholar instantly. Arranging for a scholar to have a program

on TV or radio makes that scholar famous. On the other hand the scholars of truth are threatened, jailed, and killed. The media ignores them so not many people know them. So does this make them less knowledgeable than the government scholars? The truth is that the scholars who speak out are the most knowledgeable scholars simply because they recognized the truth and proclaimed it.

It is therefore the responsibility of our brothers and sisters to guide others towards them.                                    👁 211    5:09 AM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Shaykh Abdul Aziz At-Tarefe**
Allah's punishment of oppressors often comes through unexpected channels and means that never crossed their minds:

{ فَأَتَاهُمُ اللَّهُ مِنْ حَيْثُ لَمْ يَحْتَسِبُوا }
"But [the decree of] Allah came upon them from where they had not expected." [Al-Ḥashr 59:2]

{ وَأَتَاهُمُ الْعَذَابُ مِنْ حَيْثُ لَا يَشْعُرُونَ }
"And the punishment came to them from where they did not perceive." [Al-Naḥl 16:26]

عقوبة الله للظالمين تأتي غالباً بطرق غير معتادة ووسائل لم تخطر في بالهم
(فأتاهم الله من حيث لم يحتسبوا) (وأتاهم العذاب من حيث لا يشعرون)
👁 1491    3:20 PM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Ummah News Eng**
With the lack of medical supplies, this is how we do orthopedic surgery. help us change this.
https://t.co/LXUbyhsYWx https://t.co/T1b2RD4FVi

**BT MyDonate**
**Help Doctors in Syria**
With every penny raised, we are sending medical containers filled with items requested by doctors in freed Syria. In order for these hospitals to be ...



👁 462    3:59 PM

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[36/44] Preparing for Hijraah.**

Muslims living amongst non-Muslims have put themselves at the mercy of the kuffaar. When the Islaamic State was established in Medeenah, the Messenger of Allaah salAllaahu'aleyhi wa sallem declared it illegal to live amongst the disbelievers. Muslims should therefore prepare themselves to leave *when the opportunity arises*. Preparation for Hijraah is not restricted to Muslims living in non-Muslim countries but applies to every Muslim because more often than not – Jhaad in its self demands Hijraah.

That is why the Messenger of Allaah salAllaahu'aleyhi wa sallem said: *"Hijraah does not stop as long as there is an enemy to fight."*

November 25

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللَّهِ الرَّحْمَنِ الرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[37/44] Giving naseehah to the Mujdeen.**

The Mujdeen make mistakes and have shortcomings and need to
be given naseehah. You can deliver the naseehah directly to them,
you can send it, and you can post it on the internet; whatever way
you choose, make sure that you are doing it for the sake of Allaah
and not to be critical of your brothers. The naseehah not only
includes pointing their shortcomings but also suggesting to them
new ideas and warning them of danger.          👁 209  9:41 AM

**Let The Believers Put Their Trust In Allaah**
بِسْمِ اللَّهِ الرَّحْمَنِ الرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

**[38/44] Studying the ahadeeth of Fitan.**

The ahadeeth of Fitan (plural of fitnah) are the ahadeeth in which
the Messenger of Allaah salAllaahu'aleyhi wa sallem spoke about –
events that would happen to his Ummaah after him. The word
Fitnah means 'trials'. Studying the ahadeeth of Fitan is important
for the following reasons:

• There is an abundance of ahadeeth in this category which
indicates its importance.

• The speeches of the Messenger of Allaah salAllaahu'aleyhi wa
sallem were concise and short. However it is narrated that once
the Messenger of Allaah salAllaahu'aleyhi wa sallem spoke to some
companions continuously from Fajr until Ishaa with no breaks
except for Salaah. What was the topic? The trials that would befall
this Ummaah from the time of his death until the end of time. If
this topic wasn't important, why would RasulAllaah
salAllaahu'aleyhi wa sallem speak about it for an entire day?

• The Sahaabah were interested in knowing about Fitan and would
ask the Messenger of Allaah salAllaahu'aleyhi wa sallem about how
to protect themselves from them.

There are great benefits for the Mujdeen in learning and teaching
the ahadeeth of Fitan:

• The most important benefit is to learn how to protect one's self
from failing in the trails.

• The Muslim gets a general understanding of where the Ummaah
is heading and how it would achieve victory.

• Jhaad plays a major role in the history of this Ummaah. Learning

about the ahadeeth of Fitan puts Jhaad in its proper perspective. The greatest two leaders of this ummah in the end of time will be men of Jhaad: al-Mahdi and Isaa ibn Maryam.

• The ahadeeth of Fitan clearly reveal that the ascension of this Ummaah to victory will not be through elections or peaceful da'wah, but through fighting in the path of Allaah.

• Studying the ahadeeth of Fitan and seeing the role Jhaad plays clears the vision of a Muslim and encourages him to join the ranks of the Mujdeen.

👁 218   7:55 PM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Islamic Books**
All our books in below Webpage

www.islambookspdf.jimdo.com

👁 1460   8:30 PM

November 26

**Let The Believers Put Their Trust In Allaah**
**Forwarded from** يوميات مجاهد



حلب تحترق

المجاهدين في الجبهات

تكفلوا بعيالهم لمدة شهر بـ75$

للتواصل / Contact
واتساب:+963960983243
تيليغرام:@Walid207

**The Mujahideen are on the front Lines**
**Sponsor their families for a month with 75$**

دعوة لكل مسلم للقيام بفريضة الجهاد بالمال
يمكنكم دعم المجاهدين المقاتلين على جبهات الرافضة والصليب في سوريا
عبر هذه الأرقام   👁 8230   9:11 AM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Life in Syria**
📌Opportunity:

Provide salaries for a fighter to take care of their families!

For details, The Telegram contact mentioned in the above pic

(Reportedly) Rasulullah (sallallahualaihiwasallam) says: "Whoever

sponsors a fighter in the cause of Allah has fought" (Majma' al Zawa'id)
(44 ways to support Jihad - AlAwlaki rh)

https://telegram.me/joinchat/B0Praz2AODguL0fG2FOy2g
👁 2465  9:11 AM

Let The Believers Put Their Trust In Allaah
Forwarded from Tazkiyyat an-Nafs



Let The Believers Put Their Trust In Allaah
Forwarded from Tazkiyyat an-Nafs
🔝 🔝 🔝

"How many books have ever been published in all of modern history? According to Google's advanced algorithms, the answer is nearly 130 million books, or 129,864,880, to be exact."
[Ben Parr (2010)]

Shaykh Abdul Aziz at tarefe (فك الله أسره) said, "A book is a companion. The reader must select it as he select his companion, for a reader may become influenced by an evil book just as he becomes influenced by an evil companion."

May Allah give us beneficial knowledge and keep us firm in the religion. آمين.
👁 304  10:19 AM

Let The Believers Put Their Trust In Allaah
بِسْمِهِالرَّحْمَنِ الرَّحِيم

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (رحمه الله)*

[39/44] **Exposing Firawn and his magicians**.

The current governments of the Muslim world are playing the role of Firawn with Musa and the court scholars are playing the role of the magicians of Firawn in deceiving the masses. The governments and their court scholars are the third side of the triangle of enemies of the Ummaah alongside the Crusaders and the Zionists.
👁 209  10:33 AM

Let The Believers Put Their Trust In Allaah

بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki (رحمه الله)*

**[40/44] Nasheeds.**

Muslims need to be inspired to practice Jhaad. In the time of
RasulAllaah salAllaahu'aleyhi wa sallem, he had poets who would
use their poetry to inspire the Muslims and demoralise the
disbelievers. Today nasheed can play that role. A good nasheed
can spread so widely it can reach to an audience that you could
not reach through a lecture or a book. Nasheeds are especially
inspiring to the youth, who are the foundation of Jhaad in every
age and time.

Nasheeds are an important element in creating a "Jhaadi culture".
Nasheeds are abundant in Arabic but scarce in English. Hence it is
important for talented poets and talented singers to take up this
responsibility. The nasheeds can cover topics such as: Martyrdom,
Jhaad is our only solution, support of the Mujdeen, support of the
present day leaders of Jhaad (to connect the youth to them), the
situation of the Ummaah, the responsibility of the youth, the
victory of Islaam and defending the religion.

The nasheeds should focus on Justice rather than peace and
strength rather than weakness. The nasheeds should be strong
and uplifting and not apologetic and feminine.

_____

This does not mean we completely forget the Qur'aan, as it is
KalaamAllaah – a guiding book. Never should we be tired from
KalaamAllaah.                                    👁 252  6:17 PM

November 27

**Let The Believers Put Their Trust In Allaah**
**Forwarded from One Nation Charity**



**Let The Believers Put Their Trust In Allaah**
**Forwarded from One Nation Charity**
**\*One Nation\***
**\*Urgent Rohingya Appeal UPDATE\***

Urgent Rohingya Appeal UPDATE

Our team will be travelling *FROM THE UK* to the border regions of Myanmar ( *BURMA* ) and Bangladesh to *PERSONALLY* deliver much needed food, blankets and other aid to our brothers and sisters who are fleeing persecution.

Violent clashes in Rakhine State have left dozens dead and whole communities destitute without access to food or shelter.

162,000 people are facing food insecurity and 78,000 people are in need of immediate food assistance. (World Food Programme).

£25 can provide food for a family for one month
£4 can provide blankets to those sleeping in harsh conditions

Please *DONATE* now and make a difference at :
◆ www.HelpRohingya.com ◆

And please *SHARE* the link with your family and freinds.

Our team will provide feedback videos and pics on our Facebook page :
https://www.facebook.com/onenationUK

Thank you for your continued support, and together we can make a difference in sha Allah.

Mobile:
07812997878

OneNationUK.org
01924856923
Reg charity no 1156200
*100% DONATION POLICY*                            👁 533  4:23 PM

**Let The Believers Put Their Trust In Allaah**
بِسْمِٱللَّهِٱلرَّحْمَـٰنِٱلرَّحِيمِ

**44 ways to support Jhaad** — by *Imaam Anwar al-Awlaki* (رحمه الله)

[41/44] **Boycotting the economy of the enemy.**

When Thumama bin Athaal became Muslim he boycotted Quraysh by preventing the caravans carrying wheat to Makkah from passing through his land. Today, Muslims should boycott the economies of the enemy by boycotting their products.
                                                         👁 260  4:39 PM

Let The Believers Put Their Trust In Allaah
As-Salaamu 3leykum, here is the PDF version of the "44 ways to support Jhaad" by Imaam Anwar al-Awlaki. You can read ahead from here.                                      👁 183  11:56 PM

Let The Believers Put Their Trust In Allaah
Forwarded from Majalis Of Zikr

  44 Ways to Support Jihad.pdf

337.6 KB    👁 1766   11:56 PM

November 28

**Let The Believers Put Their Trust In Allaah**
Forwarded from Majalis Of Zikr
Contemplate!

Quran 9:13 (Interpretation ):

{ Would you not fight a people who broke their oaths and
determined to expel the Messenger, and they had begun [the
attack upon] you the first time? Do you fear them? But Allah has
more right that you should fear Him, if you are [truly] believers. }

👁 790   5:19 AM

**Let The Believers Put Their Trust In Allaah**
RasulAllaah salAllaahu'aleyhi wa sallem said: "Avoid the seven sins
that doom a person to Hell." It was said: What are they, O
Messenger of Allaah? He said: "Associating others with Allaah
(shirk); witchcraft; killing a soul whom Allaah has forbidden us to
kill, except in cases dictated by Islaamic law; consuming orphans'
wealth; consuming riba; fleeing from the battlefield; and slandering
chaste, innocent women."

— Narrated by al-Bukhaary (2767) and Muslim (89)

👁 316   edited 8:29 PM

December 2

**Let The Believers Put Their Trust In Allaah**
Forwarded from Shaykh Abdul Aziz At-Tarefe
Whoever's heart does not contemplate Allah, his tongue will not
remember Allah. If the tongue fails to remember Allah, the other
limbs will fail from performing any (good) actions. Whoever wants
to remain steadfast upon (good) actions, let him begin by
rectifying his heart.

من لم يتفكر بالله قلبُه لن يذكر الله لسانه، وإذا عجز اللسان عن الذكر عجزت
الجوارح عن العمل، ومن أراد ثبات الأعمال فليبدأ بإصلاح القلب

👁 1193   1:55 PM

December 4

**Let The Believers Put Their Trust In Allaah**
Forwarded from Tazkiyyat an-Nafs

"It was said to the Imām 'Abdullāh b.
Mubārak:

"Has there remained anyone who
still offers advice?"

He responded.
"Do you know anyone who accepts it?!'"

— [Tārīkh Baghdād (7/191), Hilyatul-Awliyā. (106)]

Subhana'Llah

👁 474  10:12 AM

**Let The Believers Put Their Trust In Allaah**
🚫 **Joking and Lying** 🚫

The Prophet salAllaahu'aleyhi wa sallem said: "*Woe to the one who tells lies to make people laugh, woe to him.*"
— **Narrated by Abu Dawood**

The Prophet salAllaahu'aleyhi wa sallem said, warning against this kind of behaviour which some jokers are accustomed to: "*A man may say something to make his companions laugh, and he will fall into Hell as far as the Pleiades because of it.*"
— **Narrated by Ahmad**

👁 201  10:24 AM

**Let The Believers Put Their Trust In Allaah**
"So, we should try to avoid making all of these big claims of what we can do and how we're gonna give victory to Islaam. Just do it, don't talk about it, do it. That's our problem today, everybody is proposing a solution. Everybody is saying that I'm gonna do this and do that for the Religion, and nothing gets done."

— **Imaam Anwar al-Awlaki**

👁 215  4:42 PM

**Let The Believers Put Their Trust In Allaah**
**Forwarded from Tazkiyyat an-Nafs**
The forgotten Burma...

As-salāmu 'alaykum brothers and sisters,
For too long we have sat and watched idly as the world suffers one of its worst humanitarian crisis ever. As I type this post there are men, women and children either starving to death or being slaughtered to death in Burma. Many of us have given up hope and therefore fail to respond as we feel we are too small to save these people.
What we need to understand is that Allāh has not left us, rather He is testing us. He does not want to see who will grant these people victory (As victory is only from Him), but rather He wants to see who is willing to do something for these people. Who is truly a believer? Who will make sacrifices from his time/health/wealth for these people.
Shaykh al-Islām Ibn Taymiyah said:
"The sons of Adam cannot live in this world unless they help one another in word and deed."
— al-Tis'īniyyah (1/125)
Brothers and sisters, Allāh is calling us to aid the Muslimīn. As The All Seeing Supreme Being watches us so close. We are surely being tested, with our wealth, health and ourselves and everything we have been blessed with. As Allāh says:
261. "The likeness of those who spend their wealth in the way of

Case 2:19-cr-00013   Document 143-1   Filed 08/03/20   Page 68 of 70 PageID #: 1548

Allāh, is as the likeness of a grain (of corn); it grows seven ears, and each ear has a hundred grains. Allāh gives manifold increase to whom He wills. And Allāh is All-Sufficient for His creatures' needs, All-Knower.

262. Those who spend their wealth in the Cause of Allāh, and do not follow up their gifts with reminders of their generosity or with injury, their reward is with their Lord. On them shall be no fear, nor shall they grieve"

— Sūrat al-Baqarah (2:261-262)

"O you who believe! Spend of the good things which you have (legally) earned, and of that which We have produced from the earth for you, and do not aim at that which is bad to spend from it, (though) you would not accept it save if you close your eyes and tolerate therein. And know that Allāh is Rich (Free of all needs), and Worthy of all praise"

— Sūrat al-Baqarah (2:267)

The Prophet Muḥammad (sallā llāhu ʿalay-hi wa-sallam) said: "Whoever gives charity equal to a date from good (halal) earnings – for Allāh does not accept anything but that which is good – Allāh will take it in His right hand and tend it for the one who gave it as any one of you tends his foal, until it becomes like a mountain."

— al-Bukhārī (1344) Muslim (1014)

The Prophet Muḥammad (sallā llāhu ʿalay-hi wa-sallam) said: "There is no day on which the people get up but two angels come down and one of them says, 'O Allāh, give in compensation to the





## Islaamic Literature 📚
113 members

@beautiful_rose

telegram.me/beautiful_rose

Notifications and Sounds

Shared Media                    32

Leave Channel