T   le:          Georgianna Anna Maria Giampietro






4

Tle:  Georgianna Anna Maria Giampietro





T‗le: ▮▮▮ Georgianna Anna Maria Giampietro ▮▮▮







