
















sellingprettyflowers الطريق إلى أمريكا 👆