



elegant.rose9 — 2d

Go.....and take us to Jannah
ان شاء الله

@beautifulroses9

Case 2:19-cr-00013   Document 143-4   Filed 08/03/20   Page 2 of 7 PageID #: 1564















# HEJRY_1415



**231** posts   **255** followers   **322** following

+ FOLLOW

أَبُو طَلْحَةَ 

هَجْرِي ١٤١٥

- سبيلي جهاد | أُمُّ طَلْحَةَ | موتة في سبيل الله | جنة

- ولاية الرقة 💚

- إِنْ يَنْصُرْكُمُ اللَّهُ فَلَا غَالِبَ لَكُمْ

👇👇👇

isdarat.ws/



This account is private.