**FEDERAL BUREAU OF INVESTIGATION**



Date of entry   07/09/2018



On 04/23/2018, the Middle District of Tennessee (MDTN) issued a Grand Jury Subpoena to GoFundme.

On 05/16/2018, the subpoena was served to GoFundme.

On 07/05/2018, GoFundme responded to the subpoena for "revert sister in debt". ( On 07/05/2018, the results of the subpoena was returned to the MDTN.

| Investigation on | 07/05/2018 | at | Nashville, Tennessee, United States (Email) |
| --- | --- | --- | --- |

File # ███████████████████████████         Date drafted  07/09/2018

by  HERVEY BRENT A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: YouCaring, c/o GoFundMe, Inc.
P.O. Box 1329, 855 Jefferson Avenue, Redwood City, CA 94063

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | United States Courthouse<br>801 Broadway<br>Nashville, TN 37203 | Date and Time:<br><br>05/16/2018 9:00 am |
|---|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable):*

All account subscriber information and account history for account the username / profile "revert sister in debt."

In Lieu of a personal appearance, the documents can be sent to Brent Hervey, Special Agent, Federal Bureau of Investigation, 2868 Elm Hill Pike, Nashville, TN 37214, Telephone: (615) 232-7500, bahervey@fbi.gov on or before the due date.

Date: 04/23/2018

*CLERK OF COURT*



*Keith Throckmorton*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Van S. Vincent, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203-3870, (615) 736-5151.

Grand Jury No. 15260
Panel 2

# PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

I declare under penalty of perjury that this information is true.

te: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE GRAND JURY MATTER )
Grand Jury Subpoena No. 15260 )
To YouCaring, c/o GoFundMe )
)
)

**18-MJ-4048**

MAGISTRATE JUDGE NEWBERN

FILED UNDER SEAL

## ORDER ON UNITED STATES' APPLICATION
## FOR AN ORDER OF NON-DISCLOSURE

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting

that the Court issue an Order commanding YOUCARING, C/O GOFUNDME, located at 855

Jefferson Avenue, Redwood City, CA 94063, an electronic communication service provider and/or

a remote computing service, not to notify any person (including the subscribers and customers of

the account(s) listed in the Grand Jury Subpoena) of the existence of the Grand Jury Subpoena

until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the

Grand Jury Subpoena will seriously jeopardize the investigation or unduly delay a trial, including

by giving the subject or subjects an opportunity to flee or continue flight from prosecution, destroy

or tamper with evidence, change patterns of behavior, or endanger the life or physical safety of an

individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that YOUCARING, C/O

GOFUNDME shall not disclose the existence of the Grand Jury Subpoena attached to this Order,

or this Order of the Court, to the listed subscriber or to any other person, until further Order of the

court unless and until otherwise authorized to do so by the Court, except that YOUCARING, C/O

GOFUNDME may disclose the Grand Jury Subpoena to an attorney for YOUCARING, C/O GOFUNDME for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed.

ALASTAIR E. NEWBERN
United States Magistrate Judge

ALISTAIR E. NEWBERN

Dated this 30th day of April, 2018.

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

APR **3 0** 2018

BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE GRAND JURY MATTER )
Grand Jury Subpoena No. 15260 )
To YouCaring, c/o GoFundMe )
)
)

**18-MJ-4048**

MAGISTRATE JUDGE NEWBERN

FILED UNDER SEAL

## ORDER SEALING DOCUMENTS

Upon motion of the United States all documents in the above captioned matter are sealed

until further Order of the Court.

ALASTAIR E. NEWBERN
United States Magistrate Judge
ALISTAIR E. NEWBERN

Ref
Dep

Date: 16May18        SHIPPING:     4.41
Wgt: 1.00 LBS        SPECIAL:      0.00
                     HANDLING:     0.00
DV:        0.00 TOTAL:             4.41
Svc: STANDARD OVERNIGHT DSR
    TRCK: 7372 4007 8600



July 5, 2018

**VIA EMAIL PDF (bahervey@fbi.gov)**

Hello Mr. Hervey:

Pursuant to your recent subpoena, please find below records in GoFundMe's possession, custody or control relating to the GoFundMe campaign(s) titled "Revert Sister in debt" created by Umm Batata on May 28, 2017. For bank account and other related information, please contact our third-party payment processor, WePay.

Please do not hesitate to be in touch should you have any questions.

Sincerely,

Laura



Revert Sister in debt

$47,000 goal

Campaign created 12 months ago

Donate Now

Share on Facebook

CONFIDENTIAL

**All times listed are in Central Standard Time (CST).**

## Legend

| | |
|---|---|
| **Failed (Donation History)** | A donation did not successfully process; this can occur for a variety of reasons, ranging from: entering wrong account information, the credit card company failed the transaction, payment processor failed the transaction, or technical difficulties. |
| **Captured (User Information: Withdrawals)** | The transfer transaction successfully went through to the receiving bank/organization. |
| **KYC (Know Your Customer)** | WePay's process of verifying customer information by requiring them to enter in their personal information, such as: name, DOB, SSN, and address. |
| **MFA (Multi-Factor Authentication)** | A security measure for customers where they must enter in a telephone number or other personally identifiable data. |
| **Admin** | GoFundMe. |
| **Campaign Organizer** | The person who created the GoFundMe account. |
| **Beneficiary** | The person who was granted access to the account's funds. If there is no beneficiary, the campaign organizer is the person with access to the funds. |

## Campaign Information

| | |
|---|---|
| **GoFundMe URL** | https://www.gofundme.com/revert-sister-in-debt |

## Campaign Organizer Information

| | |
|---|---|
| **GoFundMe ID** | 19831638 |
| **Current Email** | alaa.abusaad1@gmail.com |
| **Current First Name** | Umm |
| **Current Last Name** | Hamza |
| **Created At (CST)** | May 28th, 2017 2:11 PM |
| **Facebook ID** | 166105417142167 |
| **Facebook Link** | http://www.facebook.com/profile.php?id=166105417142167 |

## Beneficiary Information

| | |
|---|---|
| **Current Email** | gag2p@mtmail.mtsu.edu |

| Current First Name | Georgianna |
|---|---|
| Current Last Name | Giampietro |
| Created At (CST) | May 28th, 2017 4:19 PM |

## Payment Information

| WePay Information | The User used WePay as a payment account |
|---|---|
| | WePay email: gag2p@mtmail.mtsu.edu |
| | **No bank information available.** |
| | We do not have any other information on this user's WePay account. |

## Activity Log [+]

| Date | User | Change | Ip Address |
|---|---|---|---|
| **2 mins ago** on July 5 9:43 am | Admin | Viewing deleted page | 4.16.196.142 |
| **2 mins ago** on July 5 9:43 am | Admin | Viewing deleted page | 4.16.196.142 |
| **2 mins ago** on July 5 9:43 am | Admin | Viewing deleted page | 4.16.196.142 |
| **2 mins ago** on July 5 9:43 am | Admin | Viewing deleted page | 4.16.196.142 |
| **1 month ago** on May 29 9:52 am | Admin | Fund Status Set to SleepMode | 0.0.0.0 |
| **10 months ago** on August 12 9:16 am | Admin | Wepay sent Registered IPN | 0.0.0.0 |

| | | | |
|---|---|---|---|
| **13 months ago** on May 28 10:18 pm | Campaign Organizer | User created Personal fund 'A' | 73.58.36.159 |
| **13 months ago** on May 28 10:17 pm | Campaign Organizer | User Removed Fund | 73.58.36.159 |
| **13 months ago** on May 28 10:16 pm | Campaign Organizer | User Removed Fund | 73.58.36.159 |
| **13 months ago** on May 28 9:26 pm | | User finished KYC | 137.119.206.71 |
| **13 months ago** on May 28 9:25 pm | | User starting KYC | 137.119.206.71 |
| **13 months ago** on May 28 9:25 pm | | Beneficiary claimed fund. | 137.119.206.71 |
| **13 months ago** on May 28 9:24 pm | | Beneficiary signed up | 137.119.206.71 |
| **13 months ago** on May 28 9:24 pm | | Beneficiary started claiming fund using signin | 137.119.206.71 |
| **13 months ago** on May 28 9:24 pm | Campaign Organizer | Beneficiary entered through email | 137.119.206.71 |

| 13 months ago on May 28 9:23 pm | Campaign Organizer | User added beneficiary: Georgianna Giampietro (gag2p@mtmail.mtsu.edu) | 137.119.206.71 |
|---|---|---|---|
| 13 months ago on May 28 9:22 pm | Campaign Organizer | User restarting beneficiary flow | 137.119.206.71 |
| 13 months ago on May 28 9:22 pm | Campaign Organizer | User pre-added beneficiary: Georgianna Giampietro | 137.119.206.71 |
| 13 months ago on May 28 9:20 pm | Campaign Organizer | User verified MFA | 137.119.206.71 |
| 13 months ago on May 28 9:20 pm | Campaign Organizer | User shown verify MFA with reset link | 137.119.206.71 |
| 13 months ago on May 28 9:20 pm | Campaign Organizer | Sending challenge | 137.119.206.71 |
| 13 months ago on May 28 4:17 pm | Campaign Organizer | User Removed Fund | 73.58.36.159 |
| 13 months ago on May 28 4:16 pm | Campaign Organizer | User starting withdrawal | 73.58.36.159 |
| 13 months ago on May 28 4:14 pm | Campaign Organizer | User starting withdrawal (bank) | 73.58.36.159 |

| | | | |
|---|---|---|---|
| **13 months ago** on May 28 4:09 pm | Campaign Organizer | User starting withdrawal | 73.58.36.159 |
| **13 months ago** on May 28 4:05 pm | Campaign Organizer | User starting withdrawal (bank) | 73.58.36.159 |
| **13 months ago** on May 28 4:04 pm | Campaign Organizer | User starting withdrawal | 73.58.36.159 |
| **13 months ago** on May 28 4:04 pm | Campaign Organizer | User finished KYC | 73.58.36.159 |
| **13 months ago** on May 28 3:59 pm | Campaign Organizer | User starting KYC | 73.58.36.159 |
| **13 months ago** on May 28 3:59 pm | Campaign Organizer | Confirmed WePay SSO account | 73.58.36.159 |
| **13 months ago** on May 28 3:57 pm | Campaign Organizer | User launched fund (customize complete on mobile!). | 73.58.36.159 |
| **13 months ago** on May 28 3:57 pm | Campaign Organizer | Creating account for fund | 73.58.36.159 |
| **13 months ago** on May 28 3:54 pm | Campaign Organizer | User created Personal fund 'Revert Sister in debt' | 73.58.36.159 |

| | | | |
|---|---|---|---|
| **13 months ago** on May 28 3:50 pm | | User finished KYC | 137.119.206.71 |
| **13 months ago** on May 28 3:48 pm | | User starting KYC | 137.119.206.71 |
| **13 months ago** on May 28 3:48 pm | | Beneficiary claimed fund. | 137.119.206.71 |
| **13 months ago** on May 28 3:48 pm | | Creating payment link for beneficiary | 137.119.206.71 |
| **13 months ago** on May 28 3:48 pm | | Sending email confirmation to beneficiary [person=106664420,email=gag2p@mtmail.mtsu.edu,SSO=true] | 137.119.206.71 |
| **13 months ago** on May 28 3:48 pm | | Beneficiary signed up | 137.119.206.71 |
| **13 months ago** on May 28 3:46 pm | Campaign Organizer | User selected a category(Education & Learning) from campaign settings | 73.58.36.159 |
| **13 months ago** on May 28 3:46 pm | Admin | Beneficiary started claiming fund using signup | 137.119.206.71 |
| **13 months ago** on May 28 3:45 pm | Campaign Organizer | User Removed Fund | 73.58.36.159 |

| | | | |
|---|---|---|---|
| **13 months ago** on May 28 3:45 pm | Campaign Organizer | Beneficiary entered through email | 137.119.206.71 |
| **13 months ago** on May 28 3:44 pm | Campaign Organizer | User selected a category(Education & Learning) from campaign settings | 73.58.36.159 |
| **13 months ago** on May 28 3:44 pm | Campaign Organizer | User added beneficiary: G G (gag2p@mtmail.mtsu.edu) | 73.58.36.159 |
| **13 months ago** on May 28 3:42 pm | Campaign Organizer | User pre-added beneficiary: G G | 73.58.36.159 |
| **13 months ago** on May 28 3:42 pm | Campaign Organizer | User restarting beneficiary flow | 73.58.36.159 |
| **13 months ago** on May 28 3:40 pm | Campaign Organizer | User launched fund (customize complete on mobile!). | 73.58.36.159 |
| **13 months ago** on May 28 3:40 pm | Campaign Organizer | Creating account for fund | 73.58.36.159 |
| **13 months ago** on May 28 3:39 pm | Campaign Organizer | User created Personal fund 'Revert Sister In Need' | 73.58.36.159 |
| **13 months ago** on May 28 3:36 pm | Campaign Organizer | User selected a category(Education & Learning) from campaign settings | 73.58.36.159 |

| | | | |
|---|---|---|---|
| **13 months ago** on May 28 3:36 pm | Campaign Organizer | User selected a category(Education & Learning) from campaign settings | 73.58.36.159 |
| **13 months ago** on May 28 3:35 pm | Campaign Organizer | User selected a category(Education & Learning) from campaign settings | 73.58.36.159 |
| **13 months ago** on May 28 3:34 pm | Campaign Organizer | User selected a category(Education & Learning) from campaign settings | 73.58.36.159 |
| **13 months ago** on May 28 2:51 pm | Beneficiary | User Cancelled Account | 137.119.206.71 |
| **13 months ago** on May 28 2:26 pm | Beneficiary | User finished KYC | 137.119.206.71 |
| **13 months ago** on May 28 2:24 pm | Beneficiary | User starting KYC | 137.119.206.71 |
| **13 months ago** on May 28 2:24 pm | Beneficiary | User verified MFA | 137.119.206.71 |
| **13 months ago** on May 28 2:24 pm | Beneficiary | User shown verify MFA with reset link | 137.119.206.71 |
| **13 months ago** on May 28 2:24 pm | Beneficiary | Sending challenge | 137.119.206.71 |

CONFIDENTIAL

| 13 months ago on May 28 2:24 pm | Beneficiary | Beneficiary claimed fund. | 137.119.206.71 |
|---|---|---|---|
| 13 months ago on May 28 2:23 pm | Beneficiary | Beneficiary signed up | 137.119.206.71 |
| 13 months ago on May 28 2:22 pm | Beneficiary | Beneficiary started claiming fund using signin | 137.119.206.71 |
| 13 months ago on May 28 2:22 pm | Campaign Organizer | Beneficiary entered through email | 137.119.206.71 |
| 13 months ago on May 28 2:21 pm | Beneficiary | Beneficiary started claiming fund using signin | 137.119.206.71 |
| 13 months ago on May 28 2:21 pm | Campaign Organizer | Beneficiary entered through email | 137.119.206.71 |
| 13 months ago on May 28 2:20 pm | Campaign Organizer | User added beneficiary: Gergianna Gimpietro (gag2p@mtmail.mtsu.edu) | 73.58.36.159 |
| 13 months ago on May 28 2:19 pm | Campaign Organizer | User starting beneficiary flow | 73.58.36.159 |
| 13 months ago on May 28 2:19 pm | Campaign Organizer | CO reversed beneficiary invitation to send to different beneficiary email | 73.58.36.159 |

| | | | |
|---|---|---|---|
| **13 months** ago on May 28 2:17 pm | Campaign Organizer | User added beneficiary: Gergianna Gimpietro (gag2p@gmtmail.com) | 73.58.36.159 |
| **13 months** ago on May 28 2:13 pm | Campaign Organizer | User pre-added beneficiary: G G | 73.58.36.159 |
| **13 months** ago on May 28 2:13 pm | Campaign Organizer | User restarting beneficiary flow | 73.58.36.159 |
| **13 months** ago on May 28 2:13 pm | Campaign Organizer | User pre-added beneficiary: Gergianna G | 73.58.36.159 |
| **13 months** ago on May 28 2:13 pm | Campaign Organizer | User restarting beneficiary flow | 73.58.36.159 |
| **13 months** ago on May 28 2:09 pm | Campaign Organizer | User verified MFA | 73.58.36.159 |
| **13 months** ago on May 28 2:08 pm | Campaign Organizer | User shown verify MFA | 73.58.36.159 |
| **13 months** ago on May 28 2:08 pm | Campaign Organizer | User setup MFA | 73.58.36.159 |
| **13 months** ago on May 28 2:08 pm | Campaign Organizer | Sending challenge | 73.58.36.159 |

| | | | |
|---|---|---|---|
| **13 months ago** on May 28 2:03 pm | Campaign Organizer | User shown setup MFA | 73.58.36.159 |
| **13 months ago** on May 28 1:59 pm | Campaign Organizer | User Connected their Facebook (setupfacebookuser). Id:166105417142167 | 73.58.36.159 |
| **13 months ago** on May 28 1:58 pm | Campaign Organizer | User launched fund (customize complete on mobile!). | 73.58.36.159 |
| **13 months ago** on May 28 1:58 pm | Campaign Organizer | Created WePay SSO user [WePayUserID=52992073] | 73.58.36.159 |
| **13 months ago** on May 28 12:57 pm | Campaign Organizer | User Replaced Fund Photo: 20723178_1495999545.017.jpg | 73.58.36.159 |
| **13 months ago** on May 28 12:19 pm | Campaign Organizer | User created Personal fund 'Revert Sister in debt ' | 73.58.36.159 |
| **13 months ago** on May 28 12:11 pm | Campaign Organizer | User Signed Up | 73.58.36.159 |
| **13 months ago** on May 24 11:08 am | Beneficiary | User Logged In Through Sign Up | 137.119.206.71 |
| **14 months ago** on April 25 9:39 am | Admin | Wepay sent Registered IPN | 0.0.0.0 |

| | | | |
|---|---|---|---|
| **16 months ago** on February 13 5:53 pm | Admin | Campaign cleared from keywords - Silently | 4.16.196.142 |
| **17 months ago** on February 9 7:36 am | Beneficiary | User verified MFA | 137.119.206.71 |
| **17 months ago** on February 9 7:35 am | Beneficiary | User shown verify MFA | 137.119.206.71 |
| **17 months ago** on February 9 7:35 am | Beneficiary | User setup MFA | 137.119.206.71 |
| **17 months ago** on February 9 7:35 am | Beneficiary | Sending challenge | 137.119.206.71 |
| **17 months ago** on February 9 7:35 am | Beneficiary | User shown setup MFA | 137.119.206.71 |
| **17 months ago** on February 8 7:22 pm | Beneficiary | Created WePay SSO user | 137.119.206.71 |
| **17 months ago** on February 8 7:05 pm | Beneficiary | User Given 'Confirm Country address' LB: Currency: US Dollars, Country: US | 137.119.206.71 |
| **17 months ago** on February 8 7:04 pm | Beneficiary | User Signed Up | 137.119.206.71 |

## Donation History

User did not receive any donations for this campaign

This report was created at: July 5th, 2018 11:45 AM

> **Narrated Asmaa' bint Abu Bakr: Allaah's Messenger said: "Give (in charity) and do not give reluctantly lest Allaah should give you in a limited amount; and do not withhold your money lest Allaah should withhold it from you."**
>
> [Saheeh al-Bukhaaree (2590, 2591) and Saheeh Muslim (2744).]

### Revert Sister in debt

Share    Tweet    Be the first to share

$47,000 goal

Campaign created 13 months ago

Donate Now

Share still a book

Created May 28, 2017

Umm Baseer 🇺🇸
on behalf of Georgiana Giampietro
Education
TUSCALOOSA, AL

Donations

No donations yet. Help launch this campaign and become the first donor.

We are sisters whom have come together to help support our revert sister who is a single mother, and who is in need of our help to alleviate her from debt that has been piling up. She has been trying for five months to get a job to start paying on her student loans through Sallie Mae , until now she still has no job. Sallie Mae ups her interest whenever they feel like it, and they continue to add money every month plus interest because she is unable to pay these three loans. The total as of now is 44,200 dollars. And it's quickly increasing. Due to the go fund me taking 7.9% we will increase the amount to alleviate her debt.

We will attach a summary of her loans and interest rates which is highway robbery.

We would like to add that the sisters debt is actually much higher than this but her other loans do not have as much interest on them nor do they charge each month (for now). The sister's family either cannot afford to help or refuse to help her. It is our duty as Muslim brothers and sisters to come together to help this sister pay off her debt. Please give, even if it is a small amount every bit helps. Jazaki Allah khair.

Abu Hurairah narrated that the Messenger of Allah (صلى الله عليه وسلم) said: "Whoever relieves a Muslim if a burden of this world, Allah will relieve him of a burden from the burdens on the Day of Judgment. And whoever helps ease a difficulty in the world, Allah will grant him ease from a difficulty in the world and the hereafter..." [Jami' at-Tirmidhi 1930. Grade sahih]



Help spread the word!

Share    Tweet

Be the first to share this campaign on Facebook

Subscribe to Updates

Comments

Leave a Comment

Be the first to leave a comment on this campaign.

Ask GoFundMe a Question        Report Campaign

**#1 Fundraising platform**
People have raised more money on GoFundMe than anywhere else.
How it works

**GoFundMe Guarantee**
Your donation is protected. If anything is not right, we'll give you a full refund.
Learn more

**Expert advice, 24/7**
Contact us with your questions and we'll answer, day or night.
Get help

gofundme

English (US)  ▾

**Get Started**
How it Works
Why GoFundMe
Common Questions
Success Stories
Sign Up

**Top Categories**
Medical Fundraising
Memorial Fundraising
Charity Fundraising

**Learn More**
About Us
Blog
Press
Careers at Top
Giving report

**Get Support**
Help Center
Supported Countries & Currencies

CONFIDENTIAL

**All times listed are in Central Standard Time (CST).**

**Legend**

| | |
|---|---|
| **Failed (Donation History)** | A donation did not successfully process; this can occur for a variety of reasons, ranging from: entering wrong account information, the credit card company failed the transaction, payment processor failed the transaction, or technical difficulties. |
| **Captured (User Information: Withdrawals)** | The transfer transaction successfully went through to the receiving bank/organization. |
| **KYC (Know Your Customer)** | WePay's process of verifying customer information by requiring them to enter in their personal information, such as: name, DOB, SSN, and address. |
| **MFA (Multi-Factor Authentication)** | A security measure for customers where they must enter in a telephone number or other personally identifiable data. |
| **Admin** | GoFundMe. |
| **Campaign Organizer** | The person who created the GoFundMe account. |
| **Beneficiary** | The person who was granted access to the account's funds. If there is no beneficiary, the campaign organizer is the person with access to the funds. |

**Campaign Information**

| | |
|---|---|
| **GoFundMe URL** | https://www.gofundme.com/pvbru-revert-sister-in-debt |

**Campaign Organizer Information**

| | |
|---|---|
| **GoFundMe ID** | 19831638 |
| **Current Email** | alaa.abusaad1@gmail.com |
| **Current First Name** | Umm |
| **Current Last Name** | Hamza |
| **Created At (CST)** | May 28th, 2017 2:11 PM |
| **Facebook ID** | 166105417142167 |
| **Facebook Link** | http://www.facebook.com/profile.php?id=166105417142167 |

**Beneficiary Information**

| | |
|---|---|
| **Current Email** | gag2p@mtmail.mtsu.edu |

| Current First Name | Georgianna |
|---|---|
| Current Last Name | Giampietro |
| Created At (CST) | May 28th, 2017 11:22 PM |

## Payment Information

| WePay Information | The User used WePay as a payment account |
|---|---|
| | WePay email: gag2p@mtmail.mtsu.edu |
| | **No bank information available.** |
| | We do not have any other information on this user's WePay account. |

## Activity Log [+]

| Date | User | Change | Ip Address |
|---|---|---|---|
| **0 mins ago** on July 5 9:49 am | Admin | Viewing deleted page | 4.16.196.142 |
| **0 mins ago** on July 5 9:49 am | Admin | Viewing deleted page | 4.16.196.142 |
| **0 mins ago** on July 5 9:49 am | Admin | Viewing deleted page | 4.16.196.142 |
| **0 mins ago** on July 5 9:49 am | Admin | Viewing deleted page | 4.16.196.142 |
| **1 min ago** on July 5 9:48 am | Admin | Viewing deleted page | 4.16.196.142 |
| **1 min ago** on July 5 9:48 am | Admin | Viewing deleted page | 4.16.196.142 |
| **1 min** | Admin | Viewing deleted page | 4.16.196.142 |

| | | | |
|---|---|---|---|
| **ago** on July 5 9:48 am | | | |
| **1 min ago** on July 5 9:48 am | Admin | Viewing deleted page | 4.16.196.142 |
| **7 mins ago** on July 5 9:43 am | Admin | Viewing deleted page | 4.16.196.142 |
| **7 mins ago** on July 5 9:43 am | Admin | Viewing deleted page | 4.16.196.142 |
| **7 mins ago** on July 5 9:43 am | Admin | Viewing deleted page | 4.16.196.142 |
| **7 mins ago** on July 5 9:43 am | Admin | Viewing deleted page | 4.16.196.142 |
| **1 month ago** on May 29 9:52 am | Admin | Fund Status Set to SleepMode | 0.0.0.0 |
| **10 months ago** on August 12 9:16 am | Admin | Wepay sent Registered IPN | 0.0.0.0 |
| **13 months ago** on May 28 10:18 pm | Campaign Organizer | User created Personal fund 'A' | 73.58.36.159 |
| **13 months ago** on May 28 10:17 pm | Campaign Organizer | User Removed Fund | 73.58.36.159 |
| **13 months** | Campaign Organizer | User Removed Fund | 73.58.36.159 |

| | | | |
|---|---|---|---|
| **ago** on May 28 10:16 pm | | | |
| **13 months ago** on May 28 9:26 pm | Beneficiary | User finished KYC | 137.119.206.71 |
| **13 months ago** on May 28 9:25 pm | Beneficiary | User starting KYC | 137.119.206.71 |
| **13 months ago** on May 28 9:25 pm | Beneficiary | User verified MFA | 137.119.206.71 |
| **13 months ago** on May 28 9:25 pm | Beneficiary | User shown verify MFA with reset link | 137.119.206.71 |
| **13 months ago** on May 28 9:25 pm | Beneficiary | Sending challenge | 137.119.206.71 |
| **13 months ago** on May 28 9:25 pm | Beneficiary | Beneficiary claimed fund. | 137.119.206.71 |
| **13 months ago** on May 28 9:24 pm | Beneficiary | Beneficiary signed up | 137.119.206.71 |
| **13 months ago** on May 28 9:24 pm | Beneficiary | Beneficiary started claiming fund using signin | 137.119.206.71 |
| **13 months** | Campaign Organizer | Beneficiary entered through email | 137.119.206.71 |

| | | | |
|---|---|---|---|
| **ago** on May 28 9:24 pm | | | |
| **13 months ago** on May 28 9:23 pm | Campaign Organizer | User added beneficiary: Georgianna Giampietro (gag2p@mtmail.mtsu.edu) | 137.119.206.71 |
| **13 months ago** on May 28 9:22 pm | Campaign Organizer | User restarting beneficiary flow | 137.119.206.71 |
| **13 months ago** on May 28 9:22 pm | Campaign Organizer | User pre-added beneficiary: Georgianna Giampietro | 137.119.206.71 |
| **13 months ago** on May 28 9:20 pm | Campaign Organizer | User verified MFA | 137.119.206.71 |
| **13 months ago** on May 28 9:20 pm | Campaign Organizer | User shown verify MFA with reset link | 137.119.206.71 |
| **13 months ago** on May 28 9:20 pm | Campaign Organizer | Sending challenge | 137.119.206.71 |
| **13 months ago** on May 28 4:17 pm | Campaign Organizer | User Removed Fund | 73.58.36.159 |
| **13 months ago** on May 28 4:16 pm | Campaign Organizer | User starting withdrawal | 73.58.36.159 |
| **13 months** | Campaign Organizer | User starting withdrawal (bank) | 73.58.36.159 |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| **ago** on May 28 4:14 pm | | | |
| **13 months ago** on May 28 4:09 pm | [Campaign Organizer](#) | User starting withdrawal | 73.58.36.159 |
| **13 months ago** on May 28 4:05 pm | [Campaign Organizer](#) | User starting withdrawal (bank) | 73.58.36.159 |
| **13 months ago** on May 28 4:04 pm | [Campaign Organizer](#) | User starting withdrawal | 73.58.36.159 |
| **13 months ago** on May 28 4:04 pm | [Campaign Organizer](#) | User finished KYC | 73.58.36.159 |
| **13 months ago** on May 28 3:59 pm | [Campaign Organizer](#) | User starting KYC | 73.58.36.159 |
| **13 months ago** on May 28 3:59 pm | [Campaign Organizer](#) | Confirmed WePay SSO account | 73.58.36.159 |
| **13 months ago** on May 28 3:57 pm | [Campaign Organizer](#) | User launched fund (customize complete on mobile!). | 73.58.36.159 |
| **13 months ago** on May 28 3:57 pm | [Campaign Organizer](#) | Creating account for fund | 73.58.36.159 |
| **13 months** | [Campaign Organizer](#) | User created Personal fund 'Revert Sister in debt' | 73.58.36.159 |

| Time | Role | Action | IP Address |
|------|------|--------|-----------|
| **13 months ago** on May 28 3:54 pm | | | |
| **13 months ago** on May 28 3:50 pm | Beneficiary | User finished KYC | 137.119.206.71 |
| **13 months ago** on May 28 3:48 pm | Beneficiary | User starting KYC | 137.119.206.71 |
| **13 months ago** on May 28 3:48 pm | Beneficiary | Beneficiary claimed fund. | 137.119.206.71 |
| **13 months ago** on May 28 3:48 pm | Beneficiary | Created WePay SSO user [WePayUserID=123391950] | 137.119.206.71 |
| **13 months ago** on May 28 3:48 pm | Beneficiary | Creating payment link for beneficiary | 137.119.206.71 |
| **13 months ago** on May 28 3:48 pm | Beneficiary | Sending email confirmation to beneficiary [person=106664420,email=gag2p@mtmail.mtsu.edu,SSO=true] | 137.119.206.71 |
| **13 months ago** on May 28 3:48 pm | Beneficiary | Beneficiary signed up | 137.119.206.71 |
| **13 months ago** on May 28 3:46 pm | Campaign Organizer | User selected a category(Education & Learning) from campaign settings | 73.58.36.159 |
| **13 months** | Admin | Beneficiary started claiming fund using signup | 137.119.206.71 |

| | | | |
|---|---|---|---|
| **ago** on May 28 3:46 pm | | | |
| **13 months ago** on May 28 3:45 pm | Campaign Organizer | User Removed Fund | 73.58.36.159 |
| **13 months ago** on May 28 3:45 pm | Campaign Organizer | Beneficiary entered through email | 137.119.206.71 |
| **13 months ago** on May 28 3:44 pm | Campaign Organizer | User selected a category(Education & Learning) from campaign settings | 73.58.36.159 |
| **13 months ago** on May 28 3:44 pm | Campaign Organizer | User added beneficiary: G G (gag2p@mtmail.mtsu.edu) | 73.58.36.159 |
| **13 months ago** on May 28 3:42 pm | Campaign Organizer | User pre-added beneficiary: G G | 73.58.36.159 |
| **13 months ago** on May 28 3:42 pm | Campaign Organizer | User restarting beneficiary flow | 73.58.36.159 |
| **13 months ago** on May 28 3:40 pm | Campaign Organizer | User launched fund (customize complete on mobile!). | 73.58.36.159 |
| **13 months ago** on May 28 3:40 pm | Campaign Organizer | Creating account for fund | 73.58.36.159 |
| **13 months** | Campaign Organizer | User created Personal fund 'Revert Sister In Need' | 73.58.36.159 |

| | | | |
|---|---|---|---|
| **13 months** ago on May 28 3:39 pm | | | |
| **13 months ago** on May 28 3:36 pm | [Campaign Organizer](#) | User selected a category(Education & Learning) from campaign settings | 73.58.36.159 |
| **13 months ago** on May 28 3:36 pm | [Campaign Organizer](#) | User selected a category(Education & Learning) from campaign settings | 73.58.36.159 |
| **13 months ago** on May 28 3:35 pm | [Campaign Organizer](#) | User selected a category(Education & Learning) from campaign settings | 73.58.36.159 |
| **13 months ago** on May 28 3:34 pm | [Campaign Organizer](#) | User selected a category(Education & Learning) from campaign settings | 73.58.36.159 |
| **13 months ago** on May 28 2:26 pm | | User finished KYC | 137.119.206.71 |
| **13 months ago** on May 28 2:24 pm | | User starting KYC | 137.119.206.71 |
| **13 months ago** on May 28 2:24 pm | | Beneficiary claimed fund. | 137.119.206.71 |
| **13 months ago** on May 28 2:23 pm | | Beneficiary signed up | 137.119.206.71 |
| **13 months** | | Beneficiary started claiming fund using signin | 137.119.206.71 |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| **ago** on May 28 2:22 pm | | | |
| **13 months ago** on May 28 2:22 pm | <span style="color:blue">Campaign Organizer</span> | Beneficiary entered through email | 137.119.206.71 |
| **13 months ago** on May 28 2:21 pm | | Beneficiary started claiming fund using signin | 137.119.206.71 |
| **13 months ago** on May 28 2:21 pm | <span style="color:blue">Campaign Organizer</span> | Beneficiary entered through email | 137.119.206.71 |
| **13 months ago** on May 28 2:20 pm | <span style="color:blue">Campaign Organizer</span> | User added beneficiary: Gergianna Gimpietro (gag2p@mtmail.mtsu.edu) | 73.58.36.159 |
| **13 months ago** on May 28 2:19 pm | <span style="color:blue">Campaign Organizer</span> | User starting beneficiary flow | 73.58.36.159 |
| **13 months ago** on May 28 2:19 pm | <span style="color:blue">Campaign Organizer</span> | CO reversed beneficiary invitation to send to different beneficiary email | 73.58.36.159 |
| **13 months ago** on May 28 2:17 pm | <span style="color:blue">Campaign Organizer</span> | User added beneficiary: Gergianna Gimpietro (gag2p@gmtmail.com) | 73.58.36.159 |
| **13 months ago** on May 28 2:13 pm | <span style="color:blue">Campaign Organizer</span> | User pre-added beneficiary: G G | 73.58.36.159 |
| **13 months** | <span style="color:blue">Campaign Organizer</span> | User restarting beneficiary flow | 73.58.36.159 |

| | | | |
|---|---|---|---|
| **ago** on May 28 2:13 pm | | | |
| **13 months ago** on May 28 2:13 pm | Campaign Organizer | User pre-added beneficiary: Gergianna G | 73.58.36.159 |
| **13 months ago** on May 28 2:13 pm | Campaign Organizer | User restarting beneficiary flow | 73.58.36.159 |
| **13 months ago** on May 28 2:09 pm | Campaign Organizer | User verified MFA | 73.58.36.159 |
| **13 months ago** on May 28 2:08 pm | Campaign Organizer | User shown verify MFA | 73.58.36.159 |
| **13 months ago** on May 28 2:08 pm | Campaign Organizer | User setup MFA | 73.58.36.159 |
| **13 months ago** on May 28 2:08 pm | Campaign Organizer | Sending challenge | 73.58.36.159 |
| **13 months ago** on May 28 2:03 pm | Campaign Organizer | User shown setup MFA | 73.58.36.159 |
| **13 months ago** on May 28 1:59 pm | Campaign Organizer | User Connected their Facebook (setupfacebookuser). Id:166105417142167 | 73.58.36.159 |
| **13 months** | Campaign Organizer | User launched fund (customize complete on mobile!). | 73.58.36.159 |

| | | | |
|---|---|---|---|
| **ago** on May 28 1:58 pm | | | |
| **13 months ago** on May 28 1:58 pm | [Campaign Organizer](#) | Created WePay SSO user [WePayUserID=52992073] | 73.58.36.159 |
| **13 months ago** on May 28 12:57 pm | [Campaign Organizer](#) | User Replaced Fund Photo: 20723178_1495999545.017.jpg | 73.58.36.159 |
| **13 months ago** on May 28 12:19 pm | [Campaign Organizer](#) | User created Personal fund 'Revert Sister in debt ' | 73.58.36.159 |
| **13 months ago** on May 28 12:11 pm | [Campaign Organizer](#) | User Signed Up | 73.58.36.159 |

## Donation History

User did not receive any donations for this campaign

This report was created at: July 5th, 2018 11:50 AM