September 23

السلام عليكم ورحمة الله وبركاته  10:29 PM

وعليكم السلام ورحمة الله وبركاته  11:48 PM ✓✓

It's been a little hectic recently and wanted to talk to you inshallah after we figured some stuff out  11:50 PM ✓✓

September 24

Figured what out?  7:29 AM

I'm lost  7:29 AM

Haha sorry sis me and ▮▮▮▮  9:25 AM ✓✓

I told ya the other day how stuff has been goin on and I would explain it to you soon inshallah... girl you're too busy 😂  9:27 AM ✓✓

What you mean?  9:30 AM

What's going on between you two?  9:31 AM

Message  30s

Add Contact ✕

I told ya the other day how stuff has been goin on and I would explain it to you soon inshallah... girl you're too busy 😂 9:27 AM ✓✓

What you mean? 9:30 AM

What's going on between you two? 9:31 AM

Is everything okay? 9:31 AM

Alhamdullilah everything is good... just some big stuff and I dunno I don't wanna bother you I know you're at work.. want me to just text ya later? 11:20 AM ✓✓

Big stuff? 11:23 AM

Like moving again? 11:23 AM

I'm free for an hour 11:23 AM

Yeahhh 11:37 AM ✓

You set the self-destruct timer to 30 seconds

📎 Message 🕐 30s 🎤

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Just lemme know when no one else is around and you can talk inshallah
*11:43 AM* ✓✓

Where you moving to? *11:43 AM*

Message                    30s

I          You          I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123  🌐  🎤  space  return

Add Contact   ⊗

Big stuff?   *11:23 AM*

Like moving again?   *11:23 AM*

I'm free for an hour   *11:23 AM*

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

So the other day ███████ and I (well ███████ did it for both of us) swore bayat to HTS   *11:44 AM* ⓘ

Message    ◔ 30s   🎤

I'm free for an hour  *11:23 AM*

Yeabbh  *11:37 AM*

So the other day ████ and I (well

You set ████ did it for both of us) swore

bayat to HTS  *11:44 AM ✓✓*

No  *11:44 AM*

Hts is no good  *11:44 AM*

Abu has told me way too many stories

*11:44 AM*

Message  🕐 30s  🎤

| I | You | I'm |

| Q | W | E | R | T | Y | U | I | O | P |
| A | S | D | F | G | H | J | K | L |
| ⬆ | Z | X | C | V | B | N | M | ⌫ |
| 123 | 🌐 | 🎤 | space | return |

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Abu has told me way too many stories
*11:44 AM*

Well we discussed HTS and AQ
*11:45 AM* ✓

There are no known groups right now
*11:45 AM*

Message  ◷ 30s 🎤

I | You | I'm


Add Contact    ⊗

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Well we discussed HTS and AQ

*11:45 AM* ✓

There are no known groups right now

*11:45 AM*

And there's ahadīth about that also

*11:45 AM*

When this situation approaches

*11:45 AM*

 What do |      30s   

| do | I | you |

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Well we discussed HTS and AQ
*11:45 AM* ✓✓

What do you mean?  *11:45 AM* ✓✓

That when there's no known group
then stay in your home  *11:45 AM*

Message  ⏱ 30s  🎤

I          You          I'm

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123 🌐 🎤 space return

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

That when there's no known group then stay in your home

You set the self-destruct timer to 30 seconds

*11:45 AM*

But in order to go over for him to fight he had to pick a group to swear bayat to

*11:46 AM* ✓

Message 🕐 30s 🎤

You t'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

‹ **Chats**

**Add Contact**     ⊗

I'm free for an hour   *11:23 AM*

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

But in order to go over for him to fight he had to pick a group to swear bayat to
       *11:46 AM* ✓✓

No that's not true   *11:46 AM*

The borders are open right now
       *11:46 AM*

⫰ | Message       ◔ 30s   🎤

| I | You | I'm |

| Q | W | E | R | T | Y | U | I | O | P |
| A | S | D | F | G | H | J | K | L |
| ⬆ | Z | X | C | V | B | N | M | ⌫ |
| 123 | 🌐 | 🎤 | space | return |

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

The borders are open right now
*11:46 AM*

250ds to enter 3500ds to leave
*11:47 AM*

Right, but the brother was saying that HTS and AQ were working together against　*30s*　↑

the　　　　him　　　　a

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

250ds to enter 3500ds to leave
*11:47 AM*

Right, but the brother was saying that HTS and AQ were working together against 30s

the          him          a

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123          space          return

Add Contact   ⊗

I'm free for an hour   *11:23 AM*

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

250ds to enter 3500ds to leave
*11:47 AM*

Right, but the brother was saying that HTS and AQ were working together against Assad   *11:47 AM* ✓✓

Mmmmm   *11:47 AM*

To|   30s   ↑

"T"   |   The   |   This

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Add Contact ⊗

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Right, but the brother was saying that HTS and AQ were working together against Assad
*11:47 AM* ✓✓

Mmmmm *11:47 AM*

Don't believe everything you hear
*11:47 AM*

To enter and leave Syria? *11:47 AM* ✓

📎 | Message ◷ 30s 🎤

You    ym

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

⇧ | Z | X | C | V | B | N | M | ⌫

123 | 🌐 | 🎤 | space | return

🔒 +1 (470) 310-5992
••• typing

Add Contact   ⊗

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Right, but the brother was saying that HTS and AQ were working together against Assad *11:47 AM* ✓✓

Mmmmm *11:47 AM*

Don't believe everything you hear
*11:47 AM*

To enter and leave Syria? *11:47 AM* ✓

📎 | T|   ◔ 30s  🎤

| I | You | I'm |

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123 🌐 🎤 space return

**< Chats**   **🔒 +1 (470) 310-5992**
••• typing

**Add Contact**   ⊗

Yeannn  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Don't believe everything you hear
*11:47 AM*

To enter and leave Syria?  *11:47 AM* ✓

They made agreement with Turkey
*11:47 AM*

> **A K**
> To enter and leave Syria?
>
> Yes  *11:47 AM*

Who made an agreeme|  30s  ⬆

is       he       knows

q  w  e  r  t  y  u  i  o  p

a  s  d  f  g  h  ŋ  k  l

⇧  z  x  c  v  b  m  ⌫

123  🌐  🎤  space  return

🔒 +1 (470) 310-5992
online

Add Contact

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

To enter and leave Syria?  *11:47 AM* ✓✓

Who made an agreement with Turkey??  *11:48 AM* ✓✓

Hts allied with Turkey  *11:48 AM*

And hts allowed Turkey to set up check points in S  *11:48 AM*

Message    30s

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M

123    space    return

Add Contact　　　ⓧ

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

And hts allowed Turkey to set up check points in S　*11:48 AM*

Where did he find this person? *11:48 AM*

Well when we sent money last d | 30s | ↑

Night　　　　Week　　　　Year

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

And hts allowed Turkey to set up check points in S *11:48 AM*

Where did he find this person? *11:48 AM*

He needs to be careful *11:49 AM*

Message  🕐 30s

"AQ"  AQUARIU  QUATIC

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact ⊗

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

And hts allowed Turkey to set up check points in S  *11:48 AM*

Where did he find this person?  *11:48 AM*

He needs to be careful  *11:49 AM*

Well when we sent money last Spring it went to AQ  *11:49 AM* 🕐

Message  🔘 30s  🎤

" | AQU | I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact ⊗

I'm free for an hour   *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Where did he find this person? *11:48 AM*

He needs to be careful *11:49 AM*

Well when we sent money last Spring it went to AQ    *11:49 AM* ✓✓

Mmm not sure about that *11:49 AM*

📎   A trusted brother in |    30s   ↑

"i"    I    is

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Mmm not sure about that  *11:49 AM*

Unless there's someone specifically there with aq  *11:49 AM*

A trusted brother in London has a connection he put █████ in touch with  *11:49 AM* ⓘ

🔒 **+1 (470) 310-5992**
••• typing

**‹ Chats**

**Add Contact** ⊗

reallill *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Unless there's someone specifically there with aq
*11:49 AM*

A trusted brother in London has a connection he put ███ in touch with
*11:49 AM* ✓✓

Be careful *11:50 AM*

Message

🕐 30s 🎤

he     and     for

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

⇧ | Z | X | C | V | B | N | M | ⌫

123 | 🌐 | 🎤 | space | return

9:41 AM

  🔒 +1 (470) 310-5992  
••• typing

Add Contact

Unless there's someone specifically there with aq
11:49 AM

A trusted brother in London has a connection he put ▇▇▇ in touch with
11:49 AM ✓✓

Be careful  11:50 AM

The brother Alaa put us in touch with was with AQ and got the money to them
11:50 AM ⏱

 Message   30s 

a o u          I'm

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123  🎤 space return

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

The brother Alaa put us in touch with was with AQ and got the money to them  *11:50 AM* ✓✓

What ya mean?  *11:50 AM* ✓✓

I think that brother is neutral  *11:50 AM*

Message  ◷ 30s  🎤

I | You | I'm

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I think that brother is neutral *11:50 AM*

?? *11:50 AM* ✓

He was saying that AQ and HTS are f

30s

"fg"   fightin   figure

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

?? *11:50 AM* ✓✓

He was saying that AQ and HTS are fighting together  *11:51 AM* ✓✓

I'm unsure about that  *11:52 AM*

Bc they broke away last year  *11:53 AM*

Message  ◔ 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact ⊗

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Yeah publicly but not on the ground
*11:53 AM* ✓

Wait my intern is here *11:53 AM*

Ok *11:54 AM* ✓

Message  ◔ 30s  🎤

You  'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Yeah publicly but not on the ground
11:53 AM ✓

Ok  11:54 AM ✓

I mean if the borders are open then we can just get over there and figure it out for ourselves when we're there inshallah, unless you have a good contact or something he can reach out to... otherwise we can just figure it once we get there
12:00 PM ✓

Message　　　　　🕐 30s　🎤

I　　　　You　　　　am

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Add Contact                                    ⊗

Like moving again?  *11:23 AM*

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Are you really going without a plan?
                                 *12:36 PM*

███████ is going ahead of me next
weekend to London inshallah  *12:57 PM* ⓘ

🖇  Message                        🕐 30s  🎤

                You          I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤     space     return

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

█████ is going ahead of me next weekend to London inshallah  *12:57 PM* ✓

Once he gets there and ensures everything is good he's gonna send for me to meet him there  *12:59 PM* ✓

Inshallah  *12:59 PM* ⓘ

Message  🕐 30s  🎤

██████ is going ahead of me next weekend to London inshallah  *12:57 PM* ✓

Once he gets there and ensures everything is good he's gonna send for me to meet him there  *12:59 PM* ✓

Inshallah  *12:59 PM* ✓

Do you think being flexible once we get there to kinda see how it is is a bad thing?  *1:10 PM* ⓘ

Add Contact ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

What you mean flexible *1:44 PM*

So he's leaving next week? *1:47 PM*

And what about you ? *1:47 PM*

Where did all this come from? *1:58 PM*

It came out of no where lol *1:58 PM*

Message     🕐 30s   🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

11:20 AM ✓✓

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

He's leaving next weekend...
We were waiting until after his aunt
passed *2:21 PM* ✓

He's going to let me know when to
come to London inshallah *2:22 PM* ✓

This is what we've been saving up for
*2:22 PM* ✓

I meant like once we get to Syria, if
things with HTS aren't what they
should be then realign... or if in the
interim we find another group that's
better suited then align with them.
*2:24 PM* ✓

Message     30s

Add Contact　　ⓧ

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

This is scaring me *2:28 PM*

Many people in london gets caught
*2:28 PM*

Is the brother a bengali? *2:28 PM*

Message　　🕐 30s 🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫



Add Contact ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

This is scaring me  *2:28 PM*

Many people in london gets caught
*2:28 PM*

Is the brother a bengali?  *2:28 PM*

I'm not sure I can find out..  *4:12 PM* ✓



📎 | Message  ◔ 30s  🎤

| I | you | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I'm not sure I can find out.. *4:12 PM* ✓

Why do people in London get caught so frequently? Is it better to go through a different country? *4:13 PM* ✓

Message 🕐 30s 🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+= . , ? ! ' ⌫

ABC 🌐 🎤 space return

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Because there's so many leaving
*4:19 PM*

And many pretend to be muslims and turn them in
*4:20 PM*

That's why I'm asking  *4:20 PM*

Who is the brother  *4:20 PM*

L

30s

Add Contact ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Let me ask him... he's already left for work so I will have to ask when he gets home inshallah *5:25 PM* ⓘ

📎 Message ◔ 30s 🎤



**‹ Chats**

🔒 **+1 (470) 310-5992**
last seen recently



**Add Contact** ⊗

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Okay in'shā'Allāh *5:54 PM*

I just think everything is very aheeb
*5:54 PM*

Ajeeb*** *5:54 PM*

Like travelling in a group is huge no no
*5:55 PM*

Giving ba'yah is not a must *5:55 PM*

And randomly a brother in London
*5:55 PM*

I fear for your safety *5:55 PM*

Also if he is leaving next weekend for
safety reasons
*6:16 PM*

I need you to unfollow the telegram
channel in'shā'Allāh bc there are other
sisters on there too
*6:16 PM*



 Message  🕑 30s 🎤

I need you to unfollow the telegram channel in'shā'Allāh bc there are other sisters on there too   6:16 PM

I need you to delete my name and number from your phone and all pictures and text messages   6:17 PM

I hope you understand why   6:17 PM

And do not take your phone and same for him   6:17 PM

You all need new phones and new numbers   6:17 PM

And the both of you need to contact no one!   6:18 PM

When I was planning my plan was to delete everyone 6 to 8 months before leaving and have no contact with anyone   6:18 PM

Bc one wrong move   6:18 PM

Case 2:19-cr-00013   Document 144-2   Filed 08/17/20   Page 41 of 130 PageID #: 1692

Message   30s

I hope you understand why *6:17 PM*

And do not take your phone and same for him *6:17 PM*

You all need new phones and new numbers *6:17 PM*

And the both of you need to contact no one! *6:18 PM*

When I was planning my plan was to delete everyone 6 to 8 months before leaving and have no contact with anyone *6:18 PM*

Bc one wrong move *6:18 PM*

May Allāh ﷻ protect you and your husband āmeen *6:19 PM*

You all will be in my du'ās *6:19 PM*

Only contact me when you arrive there in'shā'Allāh *6:19 PM*

No where else but there *6:19 PM*

🔒 +1 (470) 310-5992
last seen recently

‹ Chats

Add Contact ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I am not going to take this phone with me when I leave the states. *6:35 PM* ✓

I will ask about the brother inshallah...
*6:35 PM* ⓘ

Message  ◔ 30s  🎤

yo  h

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=  .  ,  ?  !  '  ⌫

ABC  🌐  🎤  space  return

You set the self-destruct timer to 30 seconds

I am not going to take this phone with me when I leave the states. 6:35 PM ✓✓

I will ask about the brother inshallah... 6:35 PM ✓✓

Oh yeah we're not going in a group... I am gonna delete everything, wipe and destroy my phone... I remember you saying you were gonna go... Like what should I take? As a woman? 6:41 PM ✓✓

Message 🕐 30s 🎤

| | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return

work.. want me to just text ya later?
                                    11:20 AM ✓✓

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

                    Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

They have everything you will need
there in'shā'Allāh
                              *6:41 PM*

📎  Ok... this i|                    30s    ⬆

    "t"        think         thought

q  w  e  r  t  y  u  i  o  p

a  s  d  f  g  h  j  k  l

⇧  z  x  c  v  b  n  m  ⌫

123  🌐    🎤    space    return

Add Contact                              ⊗

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Ok... they told my husband to bring stuff like camping gear *6:42 PM* ✓

Like here I'll show you... *6:43 PM* ✓

Gimmie a sec inshallah *6:44 PM* ⓘ

Message                          ◔ 30s  🎤

|  I  | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

What's going on between you two?  9:31 AM

Is everything okay?  9:31 AM

Alhamdullilah everything is good... just some big stuff and I dunno I don't wanna bother you I know you're at work.. want me to just text ya later?  11:20 AM ✓✓

Big stuff?  11:23 AM

Like moving again?  11:23 AM

I'm free for an hour  11:23 AM

Yeahhh  11:37 AM ✓✓

You set the self-destruct timer to 30 seconds

Camping gear?  6:47 PM

Yeah true but you won't need if you have someone picking you up on the other side  6:48 PM

📎  Message                                      🕐 30s  🎤

I                    You                    I'm

**Add Contact** ⊗

Is everything okay? *9:31 AM*

Alhamdullilah everything is good... just some big stuff and I dunno I don't wanna bother you I know you're at work.. want me to just text ya later?
*11:20 AM* ✓✓

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds



30s

6:49 PM 🕐

Message 30s

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Will he wear it or pack it?  *6:50 PM*

And are you buying one way ticket or two way  *6:50 PM*

He will pack it... and two way, I remember what you told me  *6:50 PM* ✓✓

Two way ticket  *6:51 PM* ✓✓

Make it look like a vaca|  30s  ⬆

"v"  t  video

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

🔒 +1 (470) 310-5992
online

‹ Chats

Add Contact  ⊗

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Make it look like a vacation  *6:51 PM* ✓✓

When he packs it don't make it obvious
*6:51 PM*

Bc they look at that stuff  *6:51 PM*

Be sure all your luggage will be searched
*6:51 PM*

📎  Message  ◔ 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123  🌐  🎤  space  return

Add Contact ⊗

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

When he packs it don't make it obvious
*6:51 PM*

Bc they look at that stuff *6:51 PM*

Be sure all your luggage will be searched
*6:51 PM*

Don't bring anything bait *6:51 PM*

📎 |Message ◔ 30s 🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

I'm free for an hour   *11:23 AM*

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Like?   *6:51 PM* ✓✓

Good two way ticket is best   *6:51 PM*

Sis they see camping gear going to T    *6:52 PM*

They will know something is up   *6:52 PM*

So|       30s ↑

I      s o      h e

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

**Add Contact**                                    ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

So how should we get it over there??
*6:52 PM* ✓✓

Especially those  Camouflage *6:52 PM*

📎  | Message                          🕐 30s   🎤

I          you          I'm

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=   . , ? ! '   ⌫

ABC  🌐  🎤  space  return

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Especially those  Camouflage *6:52 PM*

You can buy it there *6:53 PM*

Very easy *6:53 PM*

30s

I  |  You  |  I'm

q w e r t y u i o p

a s d f g h j k l

z x c v b n m

123 🌐 space return

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

You can buy it there  *6:53 PM*

Very easy  *6:53 PM*

I dunno what to do wth all this stuff we bought with our savings...  *6:53 PM* ⓘ

I need to know how he's getting you across  *6:53 PM*

Message  🕐 30s  🎤



Yeahnnn　*11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I dunno what to do wth all this stuff we bought with our savings...　*6:53 PM* ✓✓

I need to know how he's getting you across　*6:53 PM*

What are you taking?????　*6:53 PM*

I dunno I didn't ask that　*6:53 PM* ✓✓

　I dunno!! That's why I was asking wh|　30s　

"asking"

q　w　e　r　t　y　u　i　o　p

a　s　d　f　g　h　j　k　l

⇧　z　x　c　v　b　n　m　⌫

123　🌐　🎤　space　return

🔒 **+1 (470) 310-5992**
online

**Add Contact** ⓧ

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I need to know sis bc I need to trust these ppl with your life and right now I don't  *6:54 PM*

I dunno!! That's why I was asking what I was supposed to take... I didn't know if Abu told you stuff  *6:54 PM* 🕐

🖇 Message  ◷ 30s  🎤

t    You    am

| Q | W | E | R | T | Y | U | I | O | P |
|---|---|---|---|---|---|---|---|---|---|
| A | S | D | F | G | H | J | K | L |

⬆  Z X C V B N M  ⌫

123  🌐  🎤  space  return

Add Contact ⊗

these ppl with your life and right now I don't  6:54 PM

I dunno!! That's why I was asking what I was supposed to take... I didn't know if Abu told you stuff  6:54 PM ✓✓

There's supposed to be a sister that is there who's gonna reach out to me but she hasn't yet  6:54 PM ✓✓

Just take normal every day travel stuff  6:54 PM

Message  🕐 30s 🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Yeahhh 11:37 AM

You set the self-destruct timer to 30 seconds

Just take normal every day travel stuff 6:54 PM

There in london or S? 6:54 PM

S 6:54 PM

Ajeeb 6:54 PM

Very ajerb 6:55 PM

Message 30s

I | You | I'm

Add Contact   ⊗

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

S *6:54 PM* ✓✓

Ajeeb *6:55 PM*

How do I make sure it's all ok??
*6:55 PM* ✓✓

You should of asked me before you all planned
*6:55 PM*

Message   🕐 30s   🎤

I          you          I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

You set the self-destruct timer to 30 seconds

You should of asked me before you all
planned
*6:55 PM*

This isn't a joke! *6:55 PM*

I know too many ppl in jail *6:55 PM*

Who I was very close to *6:55 PM*

I know! I didn't want to weird you out
or upset you with all you had going on
*6:55 PM* ⓘ

📎 | Message   ◔ 30s   🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return


Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I know! I didn't want to weird you out
or upset you with all you had going on
                                    *6:55 PM* ✓✓

This is why we didn't have money here
recently to help out
                                    *6:56 PM* ✓✓

I was gonna talk to you about it when
you came up
                                    *6:56 PM* 🕐

 |Message                    ◷ 30s  🎤



< Chats

Add Contact ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Did you buy the tickets already?
*6:56 PM*

I know ██████ was supposed to buy his
*6:56 PM* ✓✓

He's going ahead without me to make sure everything is good
*6:57 PM* ✓

Message  ⏱ 30s  🎤

You  'm

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Add Contact ⊗

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

And we will meet up in London or wherever he tells me *6:57 PM* ✓✓

When he comes back I need to know who *6:57 PM*

I know many ppl in UK *6:57 PM*

One is in jail *6:57 PM*

You thinkin they can check them 30s

"the"   the   them

**🔒 +1 (470) 310-5992**
online

Add Contact ⊗

You set the self-destruct timer to 30 seconds

One is in jail *6:57 PM*

You thinkin they can check them out?
6:57 PM ✓✓

Actually several are *6:57 PM*

I may know him *6:58 PM*

You mean the person in the U.K. is who you want me to find out about?
6:58 PM ⓘ

Message ◔ 30s 🎤

| I | you | I'm |
| --- | --- | --- |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| - | / | : | ; | ( | ) | $ | & | @ | " |

#+= . , ? ! ' ⌫

ABC 🌐 🎤 space return

‹ **Chats**

**Add Contact** ⊗

You set the self-destruct timer to 30 seconds

**You thinkin they can check them out?**
6:57 PM ✓✓

Actually several are *6:57 PM*

I may know him *6:58 PM*

**You mean the person in the U.K. is who you want me to find out about?**
6:58 PM ✓✓

Yes to trust him *6:58 PM*

Message       ◔ 30s 🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=   .   ,   ?   !   '   ⌫

ABC   🌐   🎤   space   return

🔒 +1 (470) 310-5992
online

Add Contact

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Yes to trust him  *6:58 PM*

And also how is he getting you two across  *6:58 PM*

Bc if he puts you in harm  *6:58 PM*

I will punch his face off  *6:58 PM*

Ok I think the brother in the  30s

the | your | my

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123 🌐 🎤 space return

●●●●● 🤶

9:41 AM

🔒 +1 (470) 310-5992
online

‹ Chats

Add Contact ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I will punch his face off  *6:58 PM*

Ok I think the brother in the U.K. Is the one with the connections but I'll find out...
This is why I love you sis ❤️❤️❤️
*6:59 PM* ✓

This is why I was really going| 30s ↑

"ho" | hoping | hot

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Add Contact  ⊗

You set the self-destruct timer to 30 seconds

Ok I think the brother in the U.K. Is the one with the connections but I'll find out...
This is why I love you sis ❤️❤️❤️
6:59 PM ✓✓

This is why I was really wanting to see you in August... wanted to talk this through with you
6:59 PM ✓✓

I'm telling you listen  6:59 PM

Message  🕙 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

9:41 AM

Add Contact ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I'm telling you listen *6:59 PM*

Do not make any plans until I see you face to face *7:00 PM*

Ok... | 30s ⬆

I | so | I'm

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123 🌐 🎤 space return

Add Contact    ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Do not make any plans until I see you face to face
*7:00 PM*

Ok... when do you even have time sis | 30s

"sis"    sister    sisters

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=    .    ,    ?    !    '    ⌫

ABC    🌐    🎤    space    return



🔒 +1 (470) 310-5992
online

‹ Chats

Add Contact ⊗

You set the self-destruct timer to 30 seconds

Ok... when do you even have time sis?!?

7:00 PM ✓✓

I had a dream  *7:00 PM*

About you  *7:00 PM*

Last week  *7:00 PM*

And now Subhan'Allāh I'm wondering about it

7:01 PM

What happe|                    30s

"W"          What          We

Add Contact  ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

What happened? *7:01 PM* ✓✓

Can you give me til after the 8th when I get paid in'shā'Allāh *7:01 PM*

Message  ◔ 30s  🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+= . , ? ! ' ⌫

ABC 🌐 🎤 space return


Add Contact                                    ⊗

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Can you give me til after the 8th when I get paid in'shā'Allāh                    *7:01 PM*

Dreams have different meanings but in my dream you had kissed another man                    *7:02 PM*

 Message                    🕐 30s 🎤

Add Contact  ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

So now I feel there's deception from someone in your life  *7:02 PM*

Do you think ████ will shaheed and I have to remarry?  *7:02 PM* ✓✓

I didn't think the dream meant anything  *7:02 PM*

Message  🕐 30s  🎤

| I | You | I'm |

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123 🌐 🎤 space return

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

No *7:02 PM*

Oh *7:02 PM* ✓✓

I need to find someone who can interpret dreams *7:02 PM*

Message    🕐 30s   🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I need to find someone who can interpret dreams *7:02 PM*

Bc you were still married *7:03 PM*

Message  🕐 30s  🎤

I    You    I'm

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Bc you were still married *7:03 PM*

That is very ajeeb *7:03 PM* ✓

📎 | Message | ◔ 30s 🎤

| I | You | I'm |

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

| ⬆ | Z | X | C | V | B | N | M | ⌫ |

| 123 | 🌐 | 🎤 | space | return |

**Add Contact**    ⊗

That is very ajeeb  *7:03 PM* ✓✓

Yes it is  *7:05 PM*

And I'm like why is this girl in my dream  *7:05 PM*



*7:05 PM*

⌨ Message  ⏱ 30s  🎤

I    You    I'm



Cause you're my girl that's why
7:05 PM ✓

7:05 PM

Message  30s

تسنيم♡حلوش

    

    

    

**Add Contact**          ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I don't dream about ppl though lol
*7:05 PM*

Oh wow 😳  *7:06 PM* ✓✓

Except for Abu sometimes  *7:06 PM*

Yeah  *7:06 PM*

📎  |                    30s  ⬆

Add Contact                    ⊗

Yeahhh  *11:37 AM* ✓✓

...truct timer to 30 seconds



7:06 PM

Let me look at my calendar  *7:06 PM*

📎  I think the 8th will work and
    ▮▮▮▮ won't be here he|  30s  ⬆

"b"        be        buy

Add Contact ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I think the 8th will work and ▮▮▮▮ won't be here he'll be gone  *7:06 PM* ✓✓

Hey I can come up the 12th  *7:06 PM*

I don't want him to go with that brother yet  *7:07 PM*

Message  🕐 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I don't want him to go with that brother yet  *7:07 PM*

Bc I know ppl  *7:07 PM*

Who I trust  *7:07 PM*

More than myself  *7:07 PM*

Message    ◔ 30s  🎤

I    You    I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Bc I know ppl  *7:07 PM*

Who I trust  *7:07 PM*

More than myself  *7:07 PM*



7:07 PM

Message  🕐 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return



Add Contact   ⊗



7:07 PM

7:07 PM ✓

Should ████ just talk to your people??

7:08 PM ✓

Message   🕙 30s 🎤

Should ███████ just talk to your people??   7:08 PM ✓

Yes   7:08 PM

Ugh I should smack the both of you   7:08 PM

Ok can they get us over there safely to S?   7:08 PM ⓘ

Message   30s

I | you | I'm

Add Contact ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Yes but remember this sister *7:09 PM*

If Allāh wills your hijrah He will allow it and make it easy for you *7:09 PM*

Message 🕐 30s 🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=    .    ,    ?    !    '    ⌫

ABC 🌐 🎤 space return



I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM*

You set the self-destruct timer to 30 seconds

If Allāh wills your hijrah He will allow it and make it easy for you  *7:09 PM*

However if it's not written sis just be prepared make du'ā pray tahajjuud  *7:10 PM*

Fast  *7:10 PM*

Message  30s

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

- / : ; ( ) $ & @ "

#+=  .  ,  ?  !  '

ABC  space  return

< Chats

**Add Contact** ⊗

I'm free for an hour   *11:23 AM*

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

You guys need to fast, increase dhikr, make du'ā, pray tahajjuud, pray istikarah
    *7:10 PM*

Pray sunnah prayers   *7:11 PM*

Yes and will continue to inshallah
    *7:11 PM* ✓

📎   Message     🕒 30s   🎤

| t | You | m |

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

⬆ | Z | X | C | V | B | N | M | ⌫

| 123 | 🌐 | 🎤 | space | return |

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Yes and will continue to inshallah  *7:11 PM* ✓

I will talk to ███ tomorrow when he gets home inshallah  *7:11 PM* ✓

In'shā'allāh  *7:12 PM*

Sis I am extremely worried about your safety  *7:13 PM*

And the people helping you two  *7:13 PM*

If I don't know them or if my friends don't know them then no good  *7:13 PM*

Looool that sounds bad  *7:13 PM*

📎  Message  🕐 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

This is why I wanted to talk to you... you are far more knowledgeable than I am on this stuff *7:14 PM* ✓

Message 🕐 30s 🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact　ⓧ

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

My question is how did your husband meet someone in london if he's not on social media *7:16 PM*

📎 This is a friend on his family on|30s ⬆

the　　　a　　　his

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

**Add Contact**                              ⊗

This is a friend on his family on his
Pakistani side                    7:17 PM ✓✓



7:18 PM

Is he trustworthy  7:18 PM

I'd                                    30s   ↑

"I"          I'm          It's

yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I'd assume so since he's a family friend... I think he's the guy helping get us to Turkey... and his connection is in Syria I think is what ███ said
*7:19 PM* ✓✓

Hmmmmm *7:19 PM*

But I can't remember all the connections *7:19 PM* ✓✓

📎 |     30s ⬆

"I"    Ym    It's

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123 🌐 🎤 space return

**Add Contact**    ⊗

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Too many connections *7:19 PM*

I didn't think I'd have to recall it
*7:19 PM* ✓

There should only be one lol *7:19 PM*

📎   I can ask ████... but if you have trusted people I can talk to|    30s   ⬆

to     **Y**     about

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

‹ Chats

Add Contact ⊗

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I didn't think I'd have to recall it
*7:19 PM* ✓✓

Well two if you want another to find a home
*7:20 PM*

There  *7:20 PM*

I can ask █████... but if you have
~~trusted people. I can talk to Yusuf and~~

Message

30s

Add Contact  ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I didn't think I'd have to recall it  *7:19 PM* ✓✓

There  *7:20 PM*

I can ask ███████... but if you have trusted people, I can talk to ██████ and have him go direct with them  *7:20 PM* ✓

Message  ◔ 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

‹ **Chats**

**Add Contact**     ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Yeah check with him first  *7:22 PM*

But for me I would fly from Italy to T  *7:23 PM*

Why Italy over London?  *7:23 PM* ✓✓

Too many caught in London  *7:23 PM*

📎   Message       ◷ 30s   🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=    .    ,    ?    !    '    ⌫

ABC   🌐   🎤    space    return

Too many caught in London  7:23 PM

I would even pick some unknown country lol like fiji  7:23 PM



7:23 PM

Message  🕐 30s  🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=  .  ,  ?  !  '  ⌫

ABC  🌐  🎤  space  return

**Add Contact** ⊗

7:23 PM

Girl you payin for the flight to Fiji?!?
7:24 PM ✓



7:24 PM ⓘ

Message    30s 🎤

FREQUENTLY USED        SMILEYS & P

7:24 PM ✓



7:24 PM ✓

Bro I can't even pay my debt  7:26 PM



7:26 PM

But listen in'shā'Allāh when you get there... I will have someone meet you with money in'shā'Allāh I want you to buy me a small house by a river  7:27 PM

AND I AM SERIOUS  7:27 PM

Message  30s

**Add Contact**                              ⊗

Girl you payin for the flight to Fiji?!?
7:24 PM ✓✓



7:24 PM ✓✓

Inshallah... how you gonna get money
over there??                    7:28 PM ⓘ

🖇  Message                        ◔ 30s   🎤

 

🔒 +1 (470) 310-5992
•••typing

< Chats

**Add Contact**

Inshallah... how you gonna get money over there??  *7:28 PM* ✓

I have my sources and ways  *7:28 PM*



*7:28 PM*

Message  🕐 30s  🎤

Case 2:19-cr-08513   Document 144-2   Filed 08/17/20   Page 105 of 130 PageID #: 1756

Add Contact ⊗

I have my sources and ways  *7:28 PM*



*7:28 PM*

And if you need money let me know
you can take some from mine  *7:28 PM*

 Message  🕐 30s  🎤

I | you | I'm

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+= | . | , | ? | ! | ' | ⌫

ABC | 🌐 | 🎤 | space | return

Case 2:19-cr-00613  Document 144-2  Filed 08/17/20  Page 106 of 130 PageID #: 1757

work! want me to just text yu later?
11:20 AM ✓✓

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh 11:37 AM ✓✓

You set the self-destruct timer to 30 seconds

May Allah reward you for your guidance. Ameen
7:29 PM ✓

Would it be    30s ↑

"W    e    What    We

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

May Allah reward you for your guidance. Ameen *7:29 PM* ✓

Would it be better to fly to London then Italy and go? Do the vacation look? *7:30 PM* ⓘ

| Message | 🕐 30s | 🎤 |

I | you | I'm

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+= | . | , | ? | ! | ' | ⌫

ABC | 🌐 | 🎤 | space | return

Add Contact  ⊗

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Āmeen *7:34 PM*

It might be better to do if you intend to leave from London *7:35 PM*

But that's gonna cost more than what I think we can afford and we will be short some money *7:45 PM* ✓

Message 🕐 30s

You    'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact    ⊗

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

How much are you bringing to S?

*10:22 PM*

Where will you live? *10:22 PM*

You should already have a place to
stay before you go *10:22 PM*

Message    🕐 30s   🎤

I      You      I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact ⊗

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I have to look at the final numbers of what we have, and a lot of those details ▮▮▮ knows... but he did call me on his break and I told him that my sister (you) said she had some better travel agents we should talk to (your connections) for our vacation (traveling over)...

*10:43 PM* ⊕

Message ◔ 30s 🎤

a You I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

< Chats



Add Contact

me on his break and I told him that my sister (you) said she had some better travel agents we should talk to (your connections) for our vacation (traveling over)...

10:43 PM ✓✓

Are they brothers or sisters? 10:43 PM ✓✓

He totally understood what I was saying by the way and said to get their contact info from you... 10:44 PM ✓✓

Brothers 10:45 PM

Message 30s

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Oh ok then he needs to reach out to them... do they have TG?  *10:45 PM* ✓

Let me contact one of them first
*10:45 PM*

And will get back to you in'shā'Allāh
*10:45 PM*

Ok  30s  ↑

"O"  |  Oh

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return



Yeahhh 11:37 AM ✓✓

You set the self-destruct timer to 30 seconds

Oh ok then he needs to reach out to them... do they have TG? 10:45 PM ✓

And will get back to you in'shā'Allāh
10:45 PM

Ok inshallah... 10:46 PM ✓

Jazak Allahu Khayran 10:46 PM ✓

Message 30s

I    You    I'm

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Oh ok then he needs to reach out to them... do they have TG?  *10:45 PM* ✓

And will get back to you in'shā'Allāh
*10:45 PM*

Ok inshallah...  *10:46 PM* ✓

Jazak Allahu Khayran  *10:46 PM* ✓



Message  🕐 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return


Is everything okay? *9:31 AM*

Alhamdullilah everything is good... just some big stuff and I dunno I don't wanna bother you I know you're at work.. want me to just text ya later? *11:20 AM* ✓✓

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Oh ok then he needs to reach out to them... do they have TG? *10:45 PM* ✓✓

Ok inshallah... *10:46 PM* ✓✓

Jazak Allahu Khayran *10:46 PM* ✓✓

Yes will let you know when I hear from the first one *10:47 PM*

Message ⏱ 30s 🎤

**Add Contact**                                    ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Yes will let you know when I hear from
the first one
                                    *10:47 PM*

It might take a few days because
they're not always by their phone
                                    *10:47 PM*

In'shā'allāh  *10:47 PM*

📎    Sis... May Allah reward you|    30s    ⬆

f or          |      for your      |      with

q w e r t y u i o p

a s d f g h j k l

⇧  z x c v b n m  ⌫

123  🌐  🎤      space      return

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

In'shā'allāh  *10:47 PM*

وانت فجزاك الله خيرا  *10:47 PM*

Sis... May Allah reward you greatly for your guidance and protection and friendship  *10:47 PM* ✓✓

Message  🕙 30s

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Add Contact ⊗

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

In'shā'allāh  *10:47 PM*

وانت فجزاك الله خيرا  *10:47 PM*

Sis... May Allah reward you greatly for your guidance and protection and friendship
*10:47 PM* ✓✓

In the mean time start practicing arabic in'shā'Allāh  *10:48 PM*

📎 ｜Message  ◔ 30s  🎤

I | You | I'm

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

**Add Contact** ⊗

I'm free for an hour   *11:23 AM*

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

In the mean time start practicing arabic in'shā'Allāh   *10:48 PM*

Are these brothers in the U.K. Or S?   *10:48 PM* ✓✓

Allāhumma āmeen just make du'ā the debt will be paid soon enough   *10:48 PM*

📎   Message     ◔ 30s   🎤

I     you     I'm

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=   .   ,   ?   !   '   ⌫

ABC   🌐   🎤   space   return

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

In the mean time start practicing arabic in'shā'Allāh   *10:48 PM*

Are these brothers in the U.K. Or S?   *10:48 PM* ✓✓

Allāhumma āmeen just make du'ā the debt will be paid soon enough   *10:48 PM*

T and S   *10:48 PM*

Message   🕐 30s   🎤

I   you   I'm

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

| #+= | . | , | ? | ! | ' | ⌫ |

| ABC | 🌐 | 🎤 | space | return |

Add Contact ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

T and S *10:48 PM*

Yes... I wish you could come with me and you and I could go together 😔
*10:48 PM* ✓

Message    🕐 30s   🎤

Add Contact                              ⊗

I'm free for an hour    *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I have to pay the debt first khayr in'shā'Allāh for me it's not the right time my right time is with Allāh ﷻ
                              *10:49 PM*

I know I know... I was being selfish more or less...    *10:50 PM* ✓

📎  You're my best frien|              30s   ⬆

"best"          bests          bestowed

q  w  e  r  t  y  u  i  o  p

a  s  d  f  g  h  ∩  k  l

⇧  z  x  c  v  b  m  ⌫

123  🌐  🎤     space     return

Big stuff! *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I know I know... I was being selfish more or less... *10:50 PM* ✓

You're my most trusted friend *10:50 PM* ✓

Message  ⏲ 30s





Add Contact

10:50 PM ✓✓

10:51 PM


You set the self-destruct timer to 30 seconds

I hope you don't feel like you have to do any of this, I really don't want you to feel like you have to...    10:53 PM ✓✓

You have so much going on in your situation and have so much on your own plate with ▇▇▇ and work and school... I feel like I'm adding to it    10:54 PM ✓✓

Na it's one text message to someone
10:56 PM

 Message        ◔ 30s   🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return

Add Contact

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Na it's one text message to someone
*10:56 PM*

In'shā'allāh *10:57 PM*

We will see soon *10:57 PM*

Message                    30s

"Inshallah"

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return



I'm free for an hour   *11:23 AM*

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Na it's one text message to someone
*10:56 PM*

In'shā'allāh   *10:57 PM*

We will see soon   *10:57 PM*

Inshallah   *10:57 PM* ⓘ

Message   🕐 30s  🎤

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Inshallah *10:57 PM* ✓✓

Jazak Allahu Khayran *10:57 PM* ✓✓

وانت فجزاك الله خيرا *10:59 PM*

📎 | Message  ◔ 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return