

‹ Chats

🔒 +1 (470) 310-5992
last seen recently

Add Contact          Report Spam          ⊗

September 30

السلام عليكم ورحمة الله وبركاته   *3:37 PM* ✓

Message

I          You          I'm

Q  W  E  R  T  Y  U  I  O  P

A  S  D  F  G  H  J  K  L

⇧  Z  X  C  V  B  N  M  ⌫

123  🌐  🎤  space  return

< Chats    🔒 +1 (470) 310-5992
last seen recently

Add Contact      Report Spam    ⊗

September 30

السلام عليكم ورحمة الله وبركاته   3:37 PM ✓✓

السلام عليكم ورحمة الله وبركاته   6:33 PM

Let me know when you can talk   6:34 PM

I can talk now if |

"n"      now      no

  
Add Contact        Report Spam        ⊗

September 30

السلام عليكم ورحمة الله وبركاته  3:37 PM ✓✓

السلام عليكم ورحمة الله وبركاته  6:33 PM

Let me know when you can talk  6:34 PM

I can talk now if it's good for you inshallah  6:35 PM ✓

Message

Case 2:19-cr-00013   Document 144-3   Filed 08/17/20   Page 3 of 115   PageID #: 1784

Ameera

Today 11:24 AM

Telegram

Private

Today 9:27 PM

Wrote you back sis on TG private

No you didn't

Yeah I did lemme try again

Text Message

| | You | I'm |

Case 2:19-cr-00013   Document 144-3   Filed 08/17/20   Page 4 of 115 PageID #: 1785




Add Contact · Report Spam 

September 30

السلام عليكم ورحمة الله وبركاته  *3:37 PM* ✓✓

السلام عليكم ورحمة الله وبركاته  *6:33 PM*

Let me know when you can talk  *6:34 PM*

I can talk now if it's good for you inshallah  *6:35 PM* ✓

 Message 



**Add Contact**              **Report Spam**              ⊗

September 30

السلام عليكم ورحمة الله وبركاته  *3:37 PM* ✓✓

السلام عليكم ورحمة الله وبركاته  *6:33 PM*

Let me know when you can talk  *6:34 PM*

I can talk now if it's good for you inshallah
*6:35 PM* ✓

Did this message come through?
*10:17 PM* ✓

Message

I    you    I'm

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=    .    ,    ?    !    '    ⌫

ABC    🌐    🎤    space    return

**A**

Ameera

Private

Today 9:27 PM

Wrote you back sis on TG private

No you didn't

Yeah I did lemme try again

I wrote you again

Text Message

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123 space return

right?? Will it still be more?   9:57 PM ✓✓

Yes I will get paid and Yes more than now    11:22 PM

September 28

Sorry sis I fell asleep last night... alhamdullilah... so have you told your boss yet?   8:21 AM ✓✓

No worries   11:54 AM

Yes, yesterday   11:54 AM

What'd she say?   1:19 PM ✓✓

She was very sad   1:45 PM

But I cannot wait to rid myself from Centerstone in'shā'Allāh   1:45 PM

Then why'd she post your position 🙄   3:40 PM ✓✓



 Message 



Alhamdullilah I'm glad that Allah has a different path for you now, with a company that will take better care of you inshallah

3:41 PM

A K
Then why'd she post your position 🙄



Alhamdullilah I'm glad that Allah has a different path for you now, with a company that will take better care of you inshallah

3:41 PM ✓✓

**A K**
Then why'd she post your position 🙄
LOOOL EXACTLY

4:00 PM



Message

I        You        I'm

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤   space   return

Add Contact

you inshallah                                    3:41 PM ✓✓

**A K**
Then why'd she post your position 🙄
LOOOL EXACTLY                               4:00 PM

I'm surprised that person hasn't
messaged me back              4:01 PM

I'm worried  4:01 PM

Have they read it?  4:03 PM

No

Message

| I | You | I'm |

| Q | W | E | R | T | Y | U | I | O | P |
| A | S | D | F | G | H | J | K | L |
| ⇧ | Z | X | C | V | B | N | M | ⌫ |
| 123 | 🌐 | 🎤 | space | return |

Add Contact

**A K**
Then why'd she post your position 🙄
LOOOL EXACTLY                    *4:00 PM*

I'm surprised that person hasn't
messaged me back          *4:01 PM*

I'm worried  *4:01 PM*

Have they read it?  *4:03 PM* ✓✓

No  *4:10 PM*

Message

I          You          I'm

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤  space  return

الحمدلله  *7:17 PM* ✓✓

كيفك؟  *7:18 PM* ✓✓

Yes it means how are you informal
*7:18 PM*

Can I download your brain into mine?!?
😂                        *7:19 PM* ✓✓

Formal is كيف حالك  *7:19 PM*

Message

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return



7:18 PM

Can I download your brain into mine?!? 😂

7:19 PM ✓✓

Formal is كيف حالك 7:19 PM

7:19 PM

Message

| You | I'm

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123 space return

Can I download your brain into mine?!? 😂
7:19 PM ✓✓

Formal is كيف حالك 7:19 PM



7:19 PM

Message

I   You   I'm

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123   space   return



•••••  📶

9:41 AM

🔒 🔋⚡

‹ Chats

**+1 (470) 310-5992**
last seen recently

Add Contact                          ⊗

7:19 PM

How do you know when to use which?
7:19 PM ✓✓

Older use كيف حالك  7:20 PM

Normal ppl كيفك  7:20 PM

There's always formal and informal
words along with slang and location
Arabic
7:21 PM

Message

| You | I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123  🌐  🎤  space  return

There's always formal and informal words along with slang and location Arabic   7:21 PM

🙆‍♀️🙆‍♀️🙆‍♀️ 7:21 PM ✓✓

See just come with and translate for me and we will be good   7:21 PM ✓✓

😂 7:21 PM ✓✓



Message

| You |

Add Contact

There's always formal and informal words along with slang and location Arabic

7:21 PM

🙍‍♀️🙍‍♀️🙍‍♀️ 7:21 PM ✓✓

See just come with and translate for me and we will be good

7:21 PM ✓✓

😂 7:21 PM ✓✓



| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123 🌐 space return



Add Contact

LOL 7:22 PM

I'm not fluent 7:22 PM

But I did take shami arabic 7:22 PM

What's that mean?? 7:22 PM

**+1 (470) 310-5992**
last seen recently

**Add Contact** ⊗

LOL *7:22 PM*

I'm not fluent *7:22 PM*

But I did take shami arabic *7:22 PM*

What's that mean?? *7:22 PM* ✓✓

▶ ▁▁▁▂▃▅▂▁▂▅▇█▇▆▅▄▃▂▁▁▂▃▁▂▃▁▂

4:55 •

Message

| | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

I'm not fluent  *7:22 PM*

But I did take shami arabic  *7:22 PM*

What's that mean??  *7:22 PM* ✓✓

▶ ·····ııılıl.ıllılılılıllııllıll·····ıl·ıllılıl
4:55 •                               *7:28 PM*

Girl I stuttered loool  *7:28 PM*

Message

I | You | I'm

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return



7:28 PM

Bruhhhhh  *7:28 PM*

I'm out and about around peoples, I'll have to listen to it when I get home but sounds like a funny...
You gotta work this weekend??

*7:30 PM* ✓✓

Message

I    You    I'm

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Add Contact   ⊗



*7:28 PM*

Bruhhhhh   *7:28 PM*

I'm out and about around peoples, I'll have to listen to it when I get home but sounds like a funny...
You gotta work this weekend??

*7:30 PM* ✓✓

Lol I was talking to myself and was

Message   🎤

| I | You | I'm |

7:28 PM

Bruhhhhh 7:28 PM

I'm out and about around peoples, I'll have to listen to it when I get home but sounds like a funny...
You gotta work this weekend??

7:30 PM ✓✓

Lol I was talking to myself and was thinking screw work 7:31 PM

Message

7:28 PM

**Bruhhhhh** *7:28 PM*

I'm out and about around peoples, I'll have to listen to it when I get home but sounds like a funny...
You gotta work this weekend??
*7:30 PM* ✓✓

Lol I was talking to myself and was thinking screw work *7:31 PM*

I need a break *7:31 PM*

Message

Brunnnnn  7:28 PM

I'm out and about around peoples, I'll have to listen to it when I get home but sounds like a funny...
You gotta work this weekend??
7:30 PM ✓✓

Lol I was talking to myself and was thinking screw work  7:31 PM

I need a break  7:31 PM

Message

| You | I'm |

Add Contact ⊗

I'm out and about around peoples, I'll have to listen to it when I get home but sounds like a funny...
You gotta work this weekend??

7:30 PM ✓✓

Lol I was talking to myself and was thinking screw work

7:31 PM

I need a break 7:31 PM



⌄

Message

| | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact

You gotta work this weekend??
7:30 PM ✓✓

Lol I was talking to myself and was thinking screw work   7:31 PM

I need a break   7:31 PM





Lol I was talking to myself and was thinking screw work    *7:31 PM*

I need a break    *7:31 PM*

*7:31 PM*

Message

| You | I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact  ⊗



7:35 PM ✓✓

> How are you doing with everything else? Your heart healing some from the Abu thing?
>
> 9:10 PM

*sigh* I check every day throughout

[Message]

| | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123 🎤 space return

9:41 AM



рrecious

7:35 PM ✓✓

How are you doing with everything else? Your heart healing some from the Abu thing?

9:10 PM ✓✓

*sigh* I check every day throughout the day if he came back to FB

9:16 PM

Message

**Add Contact** ⊗



*7:35 PM* ✓✓

How are you doing with everything else? Your heart healing some from the Abu thing? *9:10 PM* ✓✓

*sigh* I check every day throughout the day if he came back to FB *9:16 PM*

But it's been a month and he hasn't



Message ✎ 🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

**+1 (470) 310-5992**
last seen recently



Add Contact 

How are you doing with everything else? Your heart healing some from the Abu thing? *9:10 PM* ✓✓

*sigh* I check every day throughout the day if he came back to FB *9:16 PM*

But it's been a month and he hasn't *9:16 PM*

It's very sad his own anger and distrust caused all this not to mention his friend *9:16 PM*



 Message  

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

It's very sad his own anger and distrust caused all this not to mention his friend *9:16 PM*

I've kept you in my duas. Inshallah your heart is healing and growing stronger from the hurt he caused you *11:13 PM* ✓✓

September 29

In'shā'allāh he comes back *8:44 AM*

distrust caused all this not to mention his friend                          *9:16 PM*

I've kept you in my duas. Inshallah your heart is healing and growing stronger from the hurt he caused you                    *11:13 PM* ✓✓

September 29

In'shā'allāh he comes back    *8:44 AM*

والله أعلم    *8:49 A*

~~Whatcha gonna get into this~~

Message

| I | You | I'm |

| Q | W | E | R | T | Y | U | I | O | P |
| A | S | D | F | G | H | J | K | L |
| ⇧ | Z | X | C | V | B | N | M | ⌫ |
| 123 | 🌐 | 🎤 | space | return |

stronger from the hurt he caused you
11:13 PM ✓✓

September 29

In'shā'allāh he comes back  8:44 AM

والله أعلم  8:49 AM ✓✓

Whatcha gonna get into this weekend? Have to work any?  8:50 AM ✓✓

**A K**
والله أعلم
In'shā'allāh

⌄

📎 │Message ◐ 🎤

| I | You | I'm |

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

⇧ | Z | X | C | V | B | N | M | ⌫

| 123 | 🌐 | 🎤 | space | return |

Add Contact  ⊗

September 29

In'shā'allāh he comes back  *8:44 AM*

والله أَعلم  *8:49 AM* ✓✓

Whatcha gonna get into this
weekend? Have to work any?  *8:50 AM* ✓✓

> **A K**
> والله أَعلم
> In'shā'allāh  *9:07 AM*

Doing homework  *9:08 AM*

⌄

✏️  Message  🔘  🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

والله أعلم *8:49 AM* ✓✓

Whatcha gonna get into this weekend? Have to work any? *8:50 AM* ✓✓

**A K**
والله أعلم
In'shā'allāh   *9:07 AM*

Doing homework   *9:08 AM*

Message

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

**Add Contact** ⊗

That's gotta be annoying... how's your mama doin?
9:23 AM ✓✓

Not really gives me a break actually enjoying it
9:38 AM

She's okay alhamdullilah may Allāh ﷻ guide her āmeen
9:38 AM

Well alhamdullilah that's good... I'm glad to hear she's doing good. Did she go through with her filing a few ~~months ago? Did that give her some~~

Message ◐ 🎤

| | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Not really gives me a break actually
enjoying it                      *9:38 AM*

She's okay alhamdullilah may Allāh 
guide her āmeen                  *9:38 AM*

Well alhamdullilah that's good...
I'm glad to hear she's doing good. Did
she go through with her filing a few
months ago? Did that give her some
financial reprieve?              *9:43 AM* ✓✓

She's still going through it *9:52 AM*



 Message                      ⬡ 🎤

|        I        |      You      |      I'm      |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤    space    return

guide her aneen                                    9:38 AM

Well alhamdullilah that's good...
I'm glad to hear she's doing good. Did
she go through with her filing a few
months ago? Did that give her some
financial reprieve?                    9:43 AM ✓✓

She's still going through it   9:52 AM

It takes a few months   9:52 AM

Geeez wow I guess that's how
attorneys make their money with ho...          ⌄

Message

| You | I'm

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact    ⊗

I'm glad to hear she's doing good. Did she go through with her filing a few months ago? Did that give her some financial reprieve?    *9:43 AM* ✓✓

She's still going through it   *9:52 AM*

It takes a few months   *9:52 AM*

Geeez wow I guess that's how attorneys make their money with how long things take   *9:52 A*

No it's the new process

Message 🖊 🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact

financial reprieve?                              9:43 AM ✓✓

She's still going through it  9:52 AM

It takes a few months  9:52 AM

Geeez wow I guess that's how attorneys make their money with how long things take                              9:52 AM ✓✓

No it's the new process  9:52 AM

They have to go to court and she has to also go to educational classes and

Message

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

It takes a few months  *9:52 AM*

> Geeez wow I guess that's how attorneys make their money with how long things take
> *9:52 AM* ✓✓

No it's the new process  *9:52 AM*

They have to go to court and she has to also go to educational classes and had to take a test over the phone
*9:53 AM*

It's a long drawn out process  *9:54 AM*

Message 🎤

| You | I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

•••••  📶

9:41 AM

🔒 🔋⚡

‹ Chats

**+1 (470) 310-5992**
last seen recently



Add Contact  ⊗

attorneys make their money with how long things take                    *9:52 AM* ✓✓

No it's the new process  *9:52 AM*

They have to go to court and she has to also go to educational classes and had to take a test over the phone
*9:53 AM*

It's a long drawn out process  *9:54 AM*

But it was a total of 1500ds that my mom is still paying on
*9:54 AM*



 Message    

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact                          ⊗

Well no lol   *4:55 PM*

There's always a down payment
                    *4:55 PM*

September 30

That seems ridiculous... so how much
does she have to pay this guy in total?
                    *12:33 AM* ✓✓

لا شيء
1500ds is total for the lawyer
This^^
              *9:10 AM*

| Message                          🔘   🎙

|              You              I'm

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

⬆  | Z | X | C | V | B | N | M | ⌫

123  🌐  🎙         space         return

There's always a down payment
4:55 PM

September 30

That seems ridiculous... so how much does she have to pay this guy in total?
12:33 AM ✓✓

لا شيء
1500ds is total for the lawyer
This^^
9:10 AM

Her down payment was the 800ds I

Message

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

4:55 PM

September 30

That seems ridiculous... so how much does she have to pay this guy in total?

12:33 AM ✓✓

لا شيء
1500ds is total for the lawyer
This^^

9:10 AM

Her down payment was the 800ds I gave her

9:10 AM


September 30

That seems ridiculous... so how much does she have to pay this guy in total?

*12:33 AM* ✓✓

لا شيء
1500ds is total for the lawyer
This^^

*9:10 AM*

Her down payment was the 800ds I gave her

*9:10 AM*

Message

I     You     I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return



**MESSAGES** now

**Ameera**
Text Message

September 30

That seems ridiculous... so how much does she have to pay this guy in total?

12:33 AM ✓✓

لا شيء
1500ds is total for the lawyer
This^^

9:10 AM

Her down payment was the 800ds I gave her

9:10 AM

Did you get my message? 10:18 PM ✓

Message

I | you | I'm

1 2 3 4 5 6 7 8 9 0

- / : ; ( ) $ & @ "

#+= . , ? ! ' ⌫

ABC 🌐 🎤 space return

Today 9:27 PM

Wrote you back sis on TG private

No you didn't

Yeah I did lemme try again

I wrote you again

It's not sending I haven't received anything

Text Message

Ok    Yeah    No

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123 🌐 🎤 space return

private

No you didn't

Yeah I did lemme try again

I wrote you again

It's not sending I haven't received anything

I will open another chat in'shā'Allāh

> Text Message

Ok    Yeah    No

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123    space    return

9:41 AM

Ameera

No you didn't

Yeah I did lemme try again

I wrote you again

It's not sending I haven't received anything

I will open another chat in'shā'Allāh

Ok inshallah

Text Message

I          You          I'm

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123          space          return

  



stress and guide her. Ameen.
1500 total a month or total? *1:38 PM* ✓✓

1500ds is total for the lawyer *3:08 PM*

😳 I thought they only got paid if they
got the task accomplished kinda thing
*4:40 PM* ✓✓

Well no lol *4:55 PM*

There's always a down payment
*4:55 PM*

September 30

That seems ridiculous... so how much
does she have to pay this guy in total?
*12:33 AM* ✓✓

**لا شيء**
1500ds is total for the lawyer
This^^
*9:10 AM*

Her down payment was the 800ds I
gave her
*9:10 AM*

Did you get my message? *10:18 PM* ✓

 Message  

  

9:41 AM

 Chats

+1 (470) 310-5992

last seen recently



Add Contact        Report Spam        

September 30

السلام عليكم ورحمة الله وبركاته  *10:18 PM*

 Message    

| I | You | I'm |

Q  W  E  R  T  Y  U  I  O  P

Case 2:19-cr-00013   Document 144-3   Filed 08/17/20   Page 55 of 115 PageID #: 1836

Add Contact          Report Spam

September 30

السلام عليكم ورحمة الله وبركاته  *10:18 PM*

Ok did this come through?  *10:19 PM* ✓

Message

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=     .     ,     ?     !     '     ⌫

ABC     🌐     🎤     space     return


1500ds is total for the lawyer  *3:08 PM*

😳 I thought they only got paid if they got the task accomplished kinda thing  *4:40 PM* ✓✓

Well no lol  *4:55 PM*

There's always a down payment  *4:55 PM*

September 30

That seems ridiculous... so how much does she have to pay this guy in total?  *12:33 AM* ✓✓

**لا شيء**
1500ds is total for the lawyer
This^^  *9:10 AM*

Her down payment was the 800ds I gave her  *9:10 AM*

Did you get my message?  *10:18 PM* ✓✓

Unread Messages

Try the new chat  *10:19 PM*

Add Contact                Report Spam          ⊗

September 30

السلام عليكم ورحمة الله وبركاته   *10:18 PM*

Ok did this come through?   *10:19 PM* ✓✓

Yes   *10:19 PM*

Message  🔖  ⏱  🎤

I                You              I'm

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return

السلام عليكم ورحمة الله وبركاته  *10:18 PM*

Ok did this come through?  *10:19 PM* ✓✓

Yes  *10:19 PM*

Alhamdullilah  *10:19 PM* ✓✓

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Yes... it's happened before  *10:19 PM* ✓✓

I          You          I'm

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123 🌐 🎤 space return

Add Contact          Report Spam          ⊗

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Yes... it's happened before  *10:19 PM* ✓✓

I don't get the tech stuff though
*10:19 PM* ✓✓

So I spoke with the individual  *10:20 PM*

Ok  *10:20 PM* ✓✓

There is no work  *10:20 PM*

**Add Contact**     **Report Spam**   ⊗

Ok  *10:20 PM* ✓✓

There is no work  *10:20 PM*

There is no jhd right noe  *10:20 PM*

Now**  *10:20 PM*

They're in a peace treaty  *10:20 PM*

Also the one from hts, it is a lie  *10:20 PM*

You don't give ba'yah to come  *10:21 PM*

📎   Message     ◔ 1m   🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact     Report Spam    ⊗

That was ajeeb   *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Now**   *10:20 PM*

They're in a peace treaty   *10:20 PM*

Also the one from hts, it is a lie   *10:20 PM*

You don't give ba'yah to come   *10:21 PM*

I only know what █████ told me

*10:21 PM* ⏱

Message     ◔ 1m 🎤

"     ou     I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact        Report Spam        ⊗

Yes *10:19 PM*

Alhamdullilah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

I only know what ███████ told me
*10:21 PM* ✓

So they can't help us? *10:21 PM* ✓

No one will help unless you have work
*10:22 PM*

Message                    ◔ 1m    🎤

I          you          I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤    space    return

I only know what ▮▮▮ told me  10:21 PM

So they can't help us?  10:21 PM

No one will help unless you have work  10:22 PM

What do you mean unless we have work?  10:22 PM

They don't need anyone else to support  10:22 PM

Add Contact     Report Spam     ⊗

So they can't help us? 10:21 PM ✓✓

No one will help unless you have work
10:22 PM

What do you mean unless we have work? 10:22 PM ✓✓

They don't need anyone else to support
10:22 PM

There is no work right noe 10:22 PM

Now* 10:22 PM

Message                    🕐 1m  🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
| - | / | : | ; | ( | ) | $ | & | @ | " |
| #+= | . | , | ? | ! | ' | ⌫ |
| ABC | 🌐 | 🎤 | space | return |

set the self-destruct timer to 1 minute لا شيء

There is no work right noe *10:22 PM*

Now* *10:22 PM*

And what ppl work is less than 5ds a day *10:22 PM*

They don't want ppl coming unless the have plans *10:23 PM*

What are your plans *10:23 PM*

P|

1m

| I | You | I'm |

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123 🌐 🎤 space return

set the self-destruct timer to 1 minute لا شيء

What are your plans *10:23 PM*

Plans for what we will do there or what do you mean? *10:23 PM* ✓✓

Yes what are your plans for hijrah and what will you do there *10:24 PM*

No one is fighting *10:24 PM*

They're in a peace treaty *10:24 PM*

📎 | Message                    ◔ 1m    🎤

| I | you | what |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=    .    ,    ?    !    '    ⌫

ABC  🌐  🎤    space    return

They're in a peace treaty   *10:24 PM*



1m

*10:24 PM*

Well ▮▮▮▮ can support physically in many ways, he's really strong. So if the jihad is|   1m



But my question is my friend and her husband are wanting to go there now
10:20 AM ✓✓

Do you know anyone who can help them in'shā'Allāh
10:20 AM ✓✓

She can find me a house in'shā'Allāh
10:20 AM ✓✓

Lol 10:20 AM ✓✓

**لا شيء**
But my question is my friend and her husb...
What's there intentions
10:21 AM

There is no work 10:21 AM

No jihad 10:21 AM

Mashallah 10:21 AM

Really???? 10:21 AM ✓✓

Whattt 10:21 AM ✓✓

Mabrukkk 10:21 AM

Message

But my question is my friend and her husb...

What's there intentions
10:21 AM

There is no work 10:21 AM

No jihad 10:21 AM

Mashallah 10:21 AM

Really???? 10:21 AM ✓✓

Whattt 10:21 AM ✓✓

Mabrukkk 10:21 AM

**Unread Messages** ⌄

لا شيء
Really????

There's a peace treaty now 10:22 AM

Allah knows best but I think jihad is finished for now 10:22 AM

As in fighting 10:22 AM

But still there is ribat 10:22 AM

Message

Anyone can come in they don't have to
make ba'yah before they come :/
10:28 AM ✓✓

لا شيء
Supposedly some hts member told him h...
HAHAHAHHAHA
11:52 AM

That is defently not correct   11:52 AM

Anyone who asks you to give bayah
you must avoid completely   11:52 AM

Total nonsense   11:52 AM

EXACTLY   11:54 AM ✓

Very ajeeb   11:54 AM ✓



11:54 AM ✓

 Message

Add Contact       Report Spam       ⊗



10:24 PM

9s

10:25 PM

Only ribat is what they do   10:25 PM

If that   10:25 PM

Bc T are on the borders too with observations   10:25 PM

Well ▉▉▉▉ can support physically in many ways, he's really strong. So if the jihad is that for now then that's what he will likely do... I haven't been privy to their conversations...   10:26 PM ✓✓

Message   🕐 1m   🎤

Add Contact      Report Spam    ⊗

السلام عليكم ورحمة الله وبركاته   10:18 PM

Ok did this come through?   10:19 PM ✓✓

Yes   10:19 PM

Alhamdullilah   10:19 PM ✓✓

That was ajeeb   10:19 PM

set the self-destruct timer to 1 minute لا شيء

Only ribat is what they do   10:25 PM

If that   10:25 PM

Bc T are on the borders too with observations   10:25 PM

Well ▇▇▇ can support physically in many ways, he's really strong. So if the jihad is that for now then that's what he will likely do... I haven't been privy to their conversations...   10:26 PM ✓✓

There is no jihad   10:26 PM

Message    1m

There is no jihad  *10:26 PM*

That's what I'm saying  *10:26 PM*

Well if it's building/rebuilding, whatever he must do he will... Doesn't that seem strange to you that there is no jihad??  *10:27 PM* ✓✓

I understand where these individuals are coming from they don't want you all hurt or homeless or without work  *10:27 PM*

Message                    🕐 1m  🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+= | . | , | ? | ! | ' | ⌫

ABC 🌐 🎤 space return

I understand where these individuals are coming from they don't want you all hurt or homeless or without work
*10:27 PM*

There hasn't been *10:27 PM*

Well we don't want that either
*10:27 PM* ✓

Even when I spoke to Abu *10:27 PM*

He said no one is fighting *10:27 PM*

are coming from they don't want you all hurt or homeless or without work
*10:27 PM*

There hasn't been *10:27 PM*

Well we don't want that either
*10:27 PM* ✓

Even when I spoke to Abu *10:27 PM*

He said no one is fighting *10:27 PM*

He didn't know what will happen
*10:28 PM*

Message  🕐 1m  🎤

I    You    I'm

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return

< Chats

Well we don't want that either
10:27 PM ✓

Even when I spoke to Abu  10:27 PM

He said no one is fighting  10:27 PM

He didn't know what will happen
10:28 PM

Bc if you all go and there's no work or houses
10:28 PM

That means those people will have to support you
10:28 PM

Message                    1m

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123  🎤  space  return

Well we don't want that either
10:27 PM ✓

Bc if you all go and there's no work or houses
10:28 PM

That means those people will have to support you
10:28 PM

They already have issues now with charity there
10:28 PM

They recommend find a job before entering
10:29 PM

And a place to stay
10:29 PM

Message    🕐 1m 🎤

I     You     I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

set the self-destruct timer to 1 minute لا شيء

Well we don't want that either
10:27 PM ✓✓

They already have issues now with charity there
10:28 PM

They recommend find a job before entering
10:29 PM

And a place to stay 10:29 PM

I will have to ask ███ about all of this...
10:29 PM ✓✓

And to make sure it's legit 10:29 PM

Message  🕐 1m  🎤

I | You | I'm

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return

🔒 +1 (470) 310-5992
online

‹ Chats

Well we don't want that either
10:27 PM ✓✓

I will have to ask ███ about all of this...
10:29 PM ✓✓

And to make sure it's legit  10:29 PM

Bc whatever that hts individual said to him is a complete lie
10:30 PM

Which I already told you that lol
10:30 PM

Khayr in'shā'Allāh  10:30 PM

Message  🕐 1m  🎤

| I | You | I'm |

Alhamdullilah  *10:19 PM* ✓✓

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

I know some people make 50ds a month some make 100ds a month and others don't even get paid for 2 or 3 months  *10:31 PM*

I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that jf  *1m*

others don't even get paid for 2 or 3 months

*10:31 PM*

Make sure in'shā'Allāh your husband is checking in to all that

*10:31 PM*

I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that if we don't it's on us that we didn't... and this has been our plan, and his obligation

*10:31 PM* ⓘ

Message  🕐 1m

You        I'm

| Q | W | E | R | T | Y | U | I | O | P |
|---|---|---|---|---|---|---|---|---|---|
| A | S | D | F | G | H | J | K | L | |

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

checking in to all that *10:31 PM*

I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that if we don't it's on us that we didn't... and this has been our plan, and his obligation *10:31 PM* ✓✓

Why doesn't alaa go? *10:32 PM*

Message

1m



I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that if we don't it's on us that we didn't... and this has been our plan, and his obligation

10:31 PM ✓✓

Why doesn't alaa go? *10:32 PM*

🙆‍♀️ I haven't talked to her since her weird freak out back in May *10:32 PM* ⏱

Message 🕐 1m 🎤

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

🤷‍♀️ I haven't talked to her since her weird freak out back in May  *10:32 PM* ✓✓

She told you guys to go?  *10:33 PM*

Have you thought about Afghanistan?  *10:33 PM*

They're still fighting there  *10:33 PM*

Message

🕐 1m

"yes"    yesterday    yessss

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

🙆 I haven't talked to her since her weird freak out back in May  *10:32 PM* ✓✓

She told you guys to go?  *10:33 PM*

Have you thought about Afghanistan?
*10:33 PM*

They're still fighting there  *10:33 PM*

Yes... she told us to talk to the guy we sent money to about it

We have yes  *10:33 PM* ✓

Message  1m

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Yes... she told us to talk to the guy we sent money to about it

We have yes  *10:33 PM* ✓✓

The indian in syria ?  *10:34 PM*

I'm not sure his ethnicity but yes
*10:34 PM* ✓✓

I don't remember his telegram channel
*10:34 PM*

Message  🕐 1m

| I | You | I'm |
|---|-----|-----|

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123 🌐 space return

set the self-destruct timer to 1 minute لا شيء

I don't remember his telegram channel
*10:34 PM*

But he doesn't support hts *10:35 PM*

He does, and AQ *10:35 PM* ✓✓

Hmmmmm *10:35 PM*

He was more connected with AQ
*10:35 PM* ✓✓

That's who we sent the money to last Spring... and they talked the other day about the travel, I dunno the details t

1m

"deta"        details        detail

q w e r t h i o p

a s d f g j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Alhamdulillah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

He was more connected with AQ
*10:35 PM* ✓✓

Are you sure you actually speaking with that brother? *10:36 PM*

That's who we sent the money to last Spring... and ███ and he talked the other day about the travel, I dunno the details though *10:36 PM* ✓✓

Message   🕐 1m   🎤

I    You    I'm

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Alhamdulillah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

That's who we sent the money to last Spring... and ▮▮▮ and he talked the other day about the travel, I dunno the details though *10:36 PM* ✓✓

India in Syria sah? That brother? *10:36 PM*

▮▮▮ talked to the guy Alaa put us in touch with *10:37 PM* ✓✓

India in Syria sah? That brother?
*10:36 PM*

███████ talked to the guy Alaa put us in touch with
*10:37 PM* ✓✓

**49s**
*10:37 PM*

This one? *10:37 PM*

Message　　1m

‹ Chats          🔒 +1 (470) 310-5992
                      online

25s

10:37 PM

This one? *10:37 PM*

No *10:37 PM* ✓

Al saqah? *10:38 PM*

📎  But ▮▮▮▮ and he talked |          1m    ⬆

"talked"          talke          talker

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return



## Syria through Indian eyes
278 subscribers

A Travelogue of an Indian in War-Torn Syria

Tamil : @IndianInSyriaTamil

Twitter @ indian_insyria
Facebook @ IndianInSyria
Instagram @ indianin_syria

Telegram chat @IndianInSham

@indianinsyria
t.me/indianinsyria

Notifications            Default (On)

Shared Media                      466

Alhamdullilah  *10:19 PM* ✓✓

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

No  *10:37 PM* ✓✓

Al saqah?  *10:38 PM*

Al sadqah**  *10:38 PM*

But ▉▉▉ and he talked the other day but I told ▉▉▉ you had better contacts  *10:38 PM* ✓

Message　　　　　◔ 1m　🎤

you　　　　　'm

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

⬆️　Z　X　C　V　B　N　M　⌫

123　🌐　🎤　space　return

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

No *10:37 PM* ✓✓

Al saqah? *10:38 PM*

Al sadqah** *10:38 PM*

But ████ and he talked the other day but I told ████ you had better contacts *10:38 PM* ✓✓

Or people you said you really trusted *10:38 PM* ✓

September 30

السلام عليكم ورحمة الله وبركاته  *10:18 PM*

Ok did this come through?  *10:19 PM* ✓✓

Yes  *10:19 PM*

Alhamdullilah  *10:19 PM* ✓✓

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

But ▮▮▮▮ and he talked the other day but I told ▮▮▮▮ you had better contacts  *10:38 PM* ✓✓

Or people you said you really trusted  *10:38 PM* ✓✓

Yeah and I do really trust them  *10:39 PM*

Message　　　　　🕐 1m

🔒 +1 (470) 310-5992
last seen recently

Yes *10:19 PM*

Alhamdullilah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Were they the people that were gonna help you go over?? You trust them at that level?
Cause I just wanna make sure we are doing the right thing, and I know ███ does too... *10:40 PM* ⓘ

set the self-destruct timer to 1 minute لا شيء

Were they the people that were gonna help you go over?? You trust them at that level?
Cause I just wanna make sure we are doing the right thing, and I know ███ does too...  *10:40 PM* ✓✓

Yes  *10:41 PM*

I'll ask ███... should he just talk to them? I don't wanna put you in the middle on stuff  *10:41 PM* ⓘ

Message  ◔ 1m

You    |m

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤  space  return

  
set the self-destruct timer to 1 minute لا شيء

I'll ask ▓▓▓▓... should he just talk to them? I don't wanna put you in the middle on stuff
                                    10:41 PM ✓✓

I feel bad because I feel like you do so much for me already
                                    10:42 PM ✓✓

Mmm they already said they won't help bc they don't know intentions
                      10:42 PM

What do you mean intentions?
                          10:42 PM ✓

Message                    ◔ 1m    🎤

I          You          I'm

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤  space  return

Alhamdulillah   *10:19 PM* ✓✓

That was ajeeb   *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

What do you mean intentions?
*10:42 PM* ✓✓

Like I said before your alls plans
*10:43 PM*

Work housing etc...   *10:43 PM*

Ohhh ok   *10:43 PM* ✓

I'll have to ask ███...  *10:44 PM* ✓

Message    🕐 1m 🎤

|     you     I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Alhamdullilah  *10:19 PM* ✓✓

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Ohhh ok  *10:43 PM* ✓

I'll have to ask ██████...  *10:44 PM* ✓

I didn't even think about the Afghanistan angle  *10:44 PM* ✓

We don't have a connection for that though, cause we haven't even discussed that  *10:44 PM* ⊘

📎 | Message  🕐 1m  🎤

You          I'm

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

Ok did this come through? 10:19 PM ✓✓

Yes 10:19 PM

Alhamdullilah 10:19 PM ✓✓

That was ajeeb 10:19 PM

set the self-destruct timer to 1 minute لا شيء

Okay I assume keep that brother in'shā'Allāh
10:48 PM

Btw I gave that telegram channel back to it's owner
10:53 PM

Now all the sisters can run it 10:53 PM

I don't want to post on it anymore
10:53 PM


10:53 PM

   Message    1m 

to it's owner                                10:53 PM

Now all the sisters can run it        10:53 PM

I don't want to post on it anymore

10:53 PM



10:53 PM

Why'd you give the channel back??

11:05 PM ✓

Message                                    1m

Ok did this come through? *10:19 PM* ✓✓

Yes *10:19 PM*

Alhamdullilah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Why'd you give the channel back??
*11:05 PM* ✓

You mean the fundraiser? *11:06 PM* ✓

Or the Islaamic Literature one?
*11:06 PM* ⓘ

| Message | ◔ 1m 🎤 |

I          you          I'm

1 2 3 4 5 6 7 8 9 0

- / : ; ( ) $ & @ "

#+=   .   ,   ?   !   '   ⌫

ABC 🌐 🎤 space return


Unread Messages

**Islaamic Literature** 📚

lbn Kathīr said:

"This dunyā flees from the one who chases it, and chases the one who flees from it.

٤/١٩٧ 📚 تفسير ابن كثير
👁 1  10:44 PM

September 30

**Islaamic Literature** 📚

🍃 The Conquest of Constantinople, the Appearance of ad-Dajjal, and the Descent of Isa 🍃عليه السلام

.

On the authority of Abū Hurairah رضي الله عنه, the Prophet ﷺ said: "The Last Hour would not not be established until the Romans land at al-A'maq or Dabiq.  An army consisting of the best (soldiers) of the people on earth at that time would come from Medinah (to oppose them). When they arrange themselves in ranks, the Romans



  


would come from Medīnah (to oppose them). When they arrange themselves in ranks, the Romans would say: 'Do not stand between us and those (muslims) who took prisoners from amongst us. Let us fight them.' The muslims would say: 'Nay, by Allāh, we shall never turn away from you, and from our brothers, so that you may fight them.' Then, they would fight and a third (part) of the army, whom Allāh will never forgive, would flee. A third (part of the army) which would consist of excellent martyrs in Allāh's Eyes, would be killed. The remaining third, who would never be put to the test, would win and so they would be the conquerors of Constantinople. As they are busy distributing the spoils of war (amongst themselves), after having hung up their swords on the olive trees, shaytān would cryout: 'ad-Dajjal has taken your place among your families.' They would come





hung up their swords on the olive trees, shaytān would cryout: 'ad-Dajjal has taken your place among your families.' They would come out, but it would be of no avail. When they reach Syria, shaytān would emerge, and as they are preparing themselves for battle, drawing up the ranks, the time of salah would come, and then Isa عليه السلام, the son of Mary, would descend and would lead them in salah. When the enemy of Allāh (shaytān) sees him (Isa عليه السلام), he would (dissolve), just as salt dissolves in water, but if he (Isa عليه السلام) were not to confront him at all, he would still dissolve completely. However, Allāh has decreed to let him be killed by his hand (Isa's hand), so he would show them his (shaytān) blood on his lance.

.

 Signs of the Last Hour
Imām Al-Qurtubi




would emerge, and as they are preparing themselves for battle, drawing up the ranks, the time of salah would come, and then Isa عليه السلام, the son of Mary, would descend and would lead them in salah. When the enemy of Allāh (shaytān) sees him (Isa عليه السلام), he would (dissolve), just as salt dissolves in water, but if he (Isa عليه السلام) were not to confront him at all, he would still dissolve completely. However, Allāh has decreed to let him be killed by his hand (Isa's hand), so he would show them his (shaytān) blood on his lance.

.


📚 Signs of the Last Hour
🖋 Imām Al-Qurtubi
📖 pg. 31-32


🌿 Follow & Share🌿
t.me/thepenandthesword

👁 66  9:59 AM

Case 2:19-cr-00013   Document 144-3   Filed 08/17/20   Page 108 of 115 PageID #: 1889



That was ajeeb  10:19 PM

set the self-destruct timer to 1 minute لا شيء

Why'd you give the channel back??  11:05 PM ✓✓

You mean the fundraiser?  11:06 PM ✓✓

Or the Islaamic Literature one?  11:06 PM ✓✓

Telegram channel  11:08 PM

Bc I'm busy and they can post  11:08 PM

Message  🕐 1m  🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

You mean the fundraiser?  11:06 PM ✓✓

Or the Islaamic Literature one?  11:06 PM ✓✓

Telegram channel  11:08 PM

Bc I'm busy and they can post  11:08 PM



11:08 PM



Case 2:19-cr-00013   Document 144-3   Filed 08/17/20   Page 111 of 115 PageID #: 1892



@ch_amiraria 11:08 PM ✓✓

Jazak Allahu Khayran for the advice sis... I'll talk with ▮▮▮▮ when he gets home and rests tomorrow inshallah... I'm dozin... I'll talk to you tomorrow inshallah

11:08 PM ⓘ

Message 🕐 1m 🎤

"in | You | I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

@ch_amiraria

11:08 PM ✓✓

Jazak Allahu Khayran for the advice sis... I'll talk with ███ when he gets home and rests tomorrow inshallah... I'm dozin... I'll talk to you tomorrow inshallah

11:08 PM ✓✓

Get some rest inshallah 11:08 PM ⓘ

Message 1m

"in    You    I'm

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

No you didn't

Yeah I did lemme try again

I wrote you again

It's not sending I haven't received anything

I will open another chat in'shā'Allāh

Ok inshallah

Text Message

inshallah 11:08 PM

Get some rest inshallah 11:08 PM

وانت فجزاك الله خيرا 11:09 PM

In'shā'allāh khayr 11:09 PM



11:09 PM

Message 1m

RECENTLY USED