# ANDROID TELEGRAM MESSAGES

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 1 |
| Display names | Channel<-3170933097180954624> |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 399 |
| First message sent date/time | 10/5/2018 9:29:44 AM |
| Last message sent date/time | 10/18/2018 12:31:09 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**Channel<-3170933097180954624>** ✓
10/5/2018 9:29:44 AM

*No message content to display.*

**Channel<-3170933097180954624>** ✓
10/5/2018 9:30:09 AM

Let me know if you understand

**Local User** ↗
10/5/2018 9:30:50 AM

No I don't?

**Channel<-3170933097180954624>** ✓
10/5/2018 9:31:08 AM

I asked the sheikh may Allah protect him if a person was studying outside of syria and wishes to make Hijra to idlib and has loans with interest rates does he have to pay them?

The Sheikh replied that if the loan is from the banks and does not effect your family or gets passed down to them then he does not have to pay them

**Channel<-3170933097180954624>** ✓

10/5/2018 9:31:42 AM

The sheick is from abdul razaq al medhi

**Local User** ↗

10/5/2018 9:31:53 AM

What about federal government?

**Channel<-3170933097180954624>** ✓

10/5/2018 9:32:04 AM

Hahah

**Channel<-3170933097180954624>** ✓

10/5/2018 9:32:14 AM

Govenremtn is worse

**Local User** ↗

10/5/2018 9:32:37 AM

Is he sure?

**Channel<-3170933097180954624>** ✓

10/5/2018 9:34:48 AM

Abdul Razzaq al-Mahdi https://g.co/kgs/vx5t4E

**Channel<-3170933097180954624>** ✓

10/5/2018 9:34:55 AM

This is him

**Channel<-3170933097180954624>** ✓

10/5/2018 9:35:02 AM

He is very famous in sham

**Local User** ↗

10/5/2018 9:35:23 AM

See I'm confused when it comes to debt bc I've read from sheikh munajjid it has to be paid

**Channel<-3170933097180954624>** ✓

10/5/2018 9:35:23 AM

He is actually a scholar

**Local User** ↗

10/5/2018 9:35:30 AM

Let me look

**Channel<-3170933097180954624>** ✓

10/5/2018 9:35:39 AM

For hijrah?

**Channel<-3170933097180954624>** ✓

10/5/2018 9:35:47 AM

Did it mention riba aswell ??

**Local User** ↗

10/5/2018 9:35:52 AM

Yes I know him

**Local User** ↗



**10/5/2018 9:35:59 AM**

Not know him

**Local User** ↗
**10/5/2018 9:36:06 AM**

But heard of him

**Channel<-3170933097180954624>** ✓
10/5/2018 9:36:14 AM

Lol

**Channel<-3170933097180954624>** ✓
10/5/2018 9:36:30 AM

Maybe you could marry his son

**Local User** ↗
**10/5/2018 9:36:31 AM**

Yes

**Local User** ↗
**10/5/2018 9:36:56 AM**

Looooool oh my and embarrass myself

**Local User** ↗
**10/5/2018 9:37:04 AM**

Yes

**Channel<-3170933097180954624>** ✓
10/5/2018 9:37:20 AM

These guy is in sham

**Local User** ↗
10/5/2018 9:37:27 AM

It was like pay debt owed but not ribaa

**Channel<-3170933097180954624>** ✓
10/5/2018 9:37:33 AM

He believes it is fard al ayn jihad

**Local User** ↗
10/5/2018 9:37:52 AM

Well he's definitely correct

**Local User** ↗
10/5/2018 9:38:03 AM

Did you get my message

**Channel<-3170933097180954624>** ✓
10/5/2018 9:38:03 AM

But the question was only hijrah

**Local User** ↗
10/5/2018 9:38:16 AM

From secret chat

**Channel<-3170933097180954624>** ✓
10/5/2018 9:38:25 AM

Yeah

**Channel<-3170933097180954624>** ✓
10/5/2018 9:38:38 AM

About what he said

**Local User**
10/5/2018 9:38:58 AM

Yes I did read somewhere lol that if a man goes for jhd he doesn't have to pay

**Local User**
10/5/2018 9:41:36 AM

Yes

**Channel<-3170933097180954624>**
10/5/2018 9:44:16 AM

What was the question again

**Local User**
10/5/2018 9:45:32 AM

Which one?

**Channel<-3170933097180954624>**
10/5/2018 9:46:41 AM

I'm confused

**Channel<-3170933097180954624>**
10/5/2018 9:46:49 AM

Just send me what you meant again

**Local User**
10/5/2018 9:48:18 AM

About my debt sah?

**Local User**

10/5/2018 9:48:36 AM

Or about the sister's husband

**Local User**

10/5/2018 9:48:47 AM



**Local User**

10/5/2018 9:51:44 AM

So this new number ugh has a bunch of Iranians already on the contact list

**Local User**

10/5/2018 9:52:40 AM

I spent forever deleting them then realized I should of blocked them bc if I can see them they can see this number

**Channel<-3170933097180954624>**

✓

10/5/2018 9:55:44 AM

Your debt

**Channel<-3170933097180954624>**

✓

10/5/2018 9:56:29 AM

:
Did that brother say he would help her husband there?

She sent me a long message that surprised me

**Channel<-3170933097180954624>**

✓

10/5/2018 9:56:33 AM

This is it

**Local User**

↗

10/5/2018 9:57:47 AM

My question is am I able to make hijrah and not pay the student loans ?

**Local User**

↗

10/5/2018 9:58:04 AM

Hey sis I just wanted to let you know that Yusuf talked to that alsadaqahsyria brother... he said he can help us get over alhamdullilah.... Jazak Allahu Khayran for your help... and that sister that messaged me, that is ajeeb... I dunno what to do if I should continue to ask questions to see if she's a spy or just drop her completely... but Yusuf said that brother you gave us had very good information and so we are going to use him to help us...

**Local User**

↗

10/5/2018 9:58:15 AM



That's half the message

**Local User**                                    ↗
10/5/2018 9:58:23 AM

She wrote a book

**Local User**                                    ↗
10/5/2018 9:58:33 AM

So I changed my number

**Local User**                                    ↗
10/5/2018 9:58:36 AM

LOL

**Channel<-3170933097180954624>**                 ✓
10/5/2018 9:58:41 AM

Ahhhhhhh

**Channel<-3170933097180954624>**                 ✓
10/5/2018 9:58:47 AM

Let me message the guy now

**Channel<-3170933097180954624>**                 ✓
10/5/2018 9:59:01 AM

Get him to copy the entire convo

**Local User**                                    ↗
10/5/2018 9:59:08 AM

See if there's truth to that

**Local User** ↗
10/5/2018 9:59:31 AM

Look how she said spy

**Local User** ↗
10/5/2018 9:59:33 AM

Sigh

**Channel<-3170933097180954624>** ✓
10/5/2018 9:59:37 AM

He told me yes

**Channel<-3170933097180954624>** ✓
10/5/2018 9:59:48 AM

He could help them

**Channel<-3170933097180954624>** ✓
10/5/2018 9:59:51 AM

Yesterday

**Local User** ↗
10/5/2018 9:59:56 AM

Oh my

**Local User** ↗
10/5/2018 10:00:09 AM

Does he think they're spies?

**Channel<-3170933097180954624>** ✓
10/5/2018 2:23:33 PM

He didn't say much

**Channel<-3170933097180954624>**

He only said yes because they asked if he could help

✓ 10/5/2018 2:23:33 PM

**Channel<-3170933097180954624>**

But I don't think he will

✓ 10/5/2018 2:23:33 PM

**Channel<-3170933097180954624>**

Last time I messaged him he was abit unsure

✓ 10/5/2018 2:23:33 PM

**Local User**

Interesting she acted like they spoke for awhile and had it all planned out

↗ 10/5/2018 2:28:24 PM

**Local User**

Glad I changed my number for telegram

↗ 10/5/2018 2:28:53 PM

**Channel<-3170933097180954624>**

No no no

✓ 10/5/2018 2:29:15 PM

**Channel<-3170933097180954624>**

He told them to wait

✓ 10/5/2018 2:29:33 PM

**Channel<-3170933097180954624>**

10/5/2018 2:29:36 PM

If he had any skills

**Local User**

10/5/2018 2:29:41 PM

Really

**Channel<-3170933097180954624>**                    ✓

10/5/2018 2:29:44 PM

What he did

**Channel<-3170933097180954624>**                    ✓

10/5/2018 2:29:46 PM

And if he could help

**Channel<-3170933097180954624>**                    ✓

10/5/2018 2:29:49 PM

He said yes

**Local User**                                        ↗

10/5/2018 2:29:59 PM

Let me show you all the message lol

**Local User**                                        ↗

10/5/2018 2:30:27 PM

Hey sis I just wanted to let you know that Yusuf talked to that alsadaqahsyria brother... he said he can help us get over alhamdullilah.... Jazak Allahu Khayran for your help... and that sister that messaged me, that is ajeeb... I dunno what to do if I should continue to ask questions to see if she's a spy or just drop her completely... but Yusuf said that brother you gave us had very good information and so we are going to use him to help us... Yusuf agreed that changing up our plan and going onto Italy then to Turkey is probably best. We're like 800ds short for us to make that change so we're trying to figure that part out still inshallah... but I wanted to put your mind and worries at ease. We're not telling anyone of our



change, and Yusuf is just telling the London brother that we're gonna wait a little while longer. I guess I just wanted to say thank you and May Allah reward you for your guidance and protection. Ameen. You've always been such a good friend and sister to me... I just wanted to let ya know to put your mind and heart at ease... please make dua for his safe trip next week inshallah

**Channel<-3170933097180954624>** ✓
10/5/2018 2:30:32 PM

And then he was like if I have any questions let can I ask you

**Local User** ↗
10/5/2018 2:30:32 PM

Next week :/

**Channel<-3170933097180954624>** ✓
10/5/2018 2:30:35 PM

And he like sure

**Channel<-3170933097180954624>** ✓
10/5/2018 2:31:32 PM

Wow

**Local User** ↗
10/5/2018 2:31:34 PM

He's leaving next week

**Channel<-3170933097180954624>** ✓
10/5/2018 2:31:36 PM

I'm show this to the bro

**Local User** ↗
10/5/2018 2:31:43 PM

Yes in'shā'Allāh please do

**Channel<-3170933097180954624>** ✓

I'm 100% sure nothing was arranged

10/5/2018 2:31:57 PM

**Local User** ↗

10/5/2018 2:32:03 PM

Wowwwww

**Channel<-3170933097180954624>** ✓

It was only brief

10/5/2018 2:32:06 PM

**Channel<-3170933097180954624>** ✓

That's it

10/5/2018 2:32:09 PM

**Local User** ↗

10/5/2018 2:32:27 PM

This is too ajeeb

**Channel<-3170933097180954624>** ✓

He was willing to help and gave simple advice

10/5/2018 2:32:34 PM

**Channel<-3170933097180954624>** ✓

Yeah

10/5/2018 2:32:35 PM

**Local User**

10/5/2018 2:32:45 PM

He needs not to bc if they are spies I will be arrested

**Channel<-3170933097180954624>**

✓

10/5/2018 2:33:09 PM

Okay

**Channel<-3170933097180954624>**

✓

10/5/2018 2:33:27 PM

Should I get him to block him ??

**Local User**

10/5/2018 2:33:40 PM

What makes me angry is that I sent her his telegram then she asked too many questions and I literally said forget it nevermind no need to message

**Local User**

10/5/2018 2:34:05 PM

I never said it was for H or even charity

**Local User**

10/5/2018 2:34:27 PM

She never gave me the chance she just asks so many questions

**Local User**

10/5/2018 2:34:56 PM

Unsure what you guys think is best

**Channel<-3170933097180954624>**

✓

10/5/2018 2:39:49 PM

Ajeeeb

**Channel<-3170933097180954624>**  ↙

10/5/2018 2:39:49 PM

Yeah man

**Local User**  ↗

10/5/2018 2:54:29 PM

Very ajeeb

**Local User**  ↗

10/6/2018 1:40:19 AM

*No message content to display.*

**Local User**  ↗

10/6/2018 1:40:38 AM

A sister got her to send their flight ticket to her

**Local User**  ↗

10/6/2018 1:41:00 AM

It seems Yousef is leaving the 8th

**Local User**  ↗

10/6/2018 2:44:30 AM

So I just realized where they're flying out from... my state :/ they don't even live in same state as me

**Local User**  ↗

10/6/2018 2:44:32 AM

Subhan'allāh

**Local User**

10/6/2018 2:44:43 AM

May Allāh ☉ protect me āmeen

**Channel<-3170933097180954624>**

10/6/2018 8:03:17 AM

Wow that's crazy

**Local User**

10/6/2018 1:06:42 PM

Very

**Local User**

10/7/2018 11:08:28 PM

السلام عليكم ورحمة الله وبركاته
Hey I'm curious the person who messaged your friend curious if it was her or her husband

**Local User**

10/7/2018 11:08:31 PM

*No message content to display.*

**Local User**

10/7/2018 11:08:40 PM

Was this the account?

**Channel<-3170933097180954624>**

10/8/2018 3:07:04 AM

It was yusuf

**Channel<-3170933097180954624>**

10/8/2018 3:07:15 AM

He's name was yusuf

**Local User** ↗

10/8/2018 11:26:38 AM

Ohhh okay

**Local User** ↗

10/8/2018 11:27:04 AM

I just read the factions in idlib are giving up their weapons !

**Local User** ↗

10/8/2018 11:27:26 AM

Subhan'allāh

**Local User** ↗

10/8/2018 11:27:35 AM

What is going on?

**Local User** ↗

10/8/2018 11:34:12 AM

*No message content to display.*

**Local User** ↗

10/8/2018 11:34:23 AM

Is this is dollars???

**Local User** ↗

10/8/2018 11:35:37 AM

Is water and electricity paid daily or monthly

**Channel<-3170933097180954624>**

10/8/2018 11:54:07 AM

Salam alaikom

**Channel<-3170933097180954624>**

10/8/2018 11:54:36 AM

Only in certain areas they are
Not all areas.

**Channel<-3170933097180954624>**

10/8/2018 11:54:53 AM

They aren't giving up there weapons

**Channel<-3170933097180954624>**

10/8/2018 11:55:16 AM

Just retreating heavy weapons from the fronts

**Channel<-3170933097180954624>**

10/8/2018 11:56:08 AM

Monthly

**Channel<-3170933097180954624>**

10/8/2018 11:56:13 AM

But water is bit much

**Channel<-3170933097180954624>**

10/8/2018 11:56:31 AM

Depending if your married or not

**Channel<-3170933097180954624>**

10/8/2018 11:56:42 AM

But electric

---

**Channel<-3170933097180954624>**                    ✓

10/8/2018 11:58:41 AM

Is the same

---

**Channel<-3170933097180954624>**                    ✓

10/8/2018 11:58:54 AM

Rent is more expensive. That's the cheapest

---

**Local User**                                        ↗

10/8/2018 12:22:58 PM

Sigh that's crazy

---

**Local User**                                        ↗

10/8/2018 12:23:17 PM

Was that in the agreement

---

**Channel<-3170933097180954624>**                    ✓

10/8/2018 3:52:39 PM

Yess

---

**Local User**                                        ↗

10/8/2018 10:18:26 PM

Let me know if your friend is helping him since supposedly leaving tonight so I can break my phone loooool and get a new one

---

**Channel<-3170933097180954624>**                    ✓

10/9/2018 3:17:41 AM

He hasn't messaged him back

**Channel<-3170933097180954624>** ✓

So I don't know wallah

10/9/2018 3:17:48 AM

**Channel<-3170933097180954624>** ✓

You should reset your phone

10/9/2018 3:18:04 AM

**Channel<-3170933097180954624>** ✓

Factory reset wallah

10/9/2018 3:18:10 AM

**Local User** ↗

Sigh

10/9/2018 3:31:19 AM

**Local User** ↗

Khayr in'shā'Allāh

10/9/2018 3:31:22 AM

**Local User** ↗

Alhamdullilah good

10/9/2018 3:31:30 AM

**Channel<-3170933097180954624>** ✓

Factory reset

10/9/2018 3:52:56 AM



**Channel<-3170933097180954624>** ✓
10/9/2018 3:52:59 AM
Your phone

**Local User** ↗
10/9/2018 1:01:38 PM
But I changed my number on telegram

**Channel<-3170933097180954624>** ✓
10/9/2018 2:09:06 PM
Doesn't mean anything

**Local User** ↗
10/9/2018 3:03:40 PM
Ohhhh

**Channel<-3170933097180954624>** ✓
10/9/2018 3:33:05 PM
You must factory reset it

**Local User** ↗
10/9/2018 3:33:35 PM
I will lose too much

**Local User** ↗
10/9/2018 3:33:45 PM
Why factory reset

**Local User** ↗
10/9/2018 3:34:06 PM
The gov can still pull up messages



**Local User** ↗
10/9/2018 3:34:12 PM

Even after

**Local User** ↗
10/9/2018 3:34:39 PM

I assume the brother in London is helping him

**Channel<-3170933097180954624>** ✓
10/9/2018 3:51:54 PM

There is high chance

**Channel<-3170933097180954624>** ✓
10/9/2018 3:51:57 PM

They can't

**Local User** ↗
10/9/2018 3:52:28 PM

Yeah they can

**Channel<-3170933097180954624>** ✓
10/9/2018 3:52:30 PM

Brothers were advised to do it

**Local User** ↗
10/9/2018 3:52:38 PM

It's all saved on the servers

**Channel<-3170933097180954624>**

The lawyers

10/9/2018 3:52:41 PM

**Channel<-3170933097180954624>**

No on the phone

10/9/2018 3:52:50 PM

**Channel<-3170933097180954624>**

Not*

10/9/2018 3:52:57 PM

**Local User**

For instance

10/9/2018 3:53:15 PM

**Channel<-3170933097180954624>**

Most importantly is they can't find it on phone

10/9/2018 3:53:19 PM

**Local User**

My phone server can pull up all messages from 5 years ago

10/9/2018 3:53:33 PM

**Channel<-3170933097180954624>**

But if they don't have it on device

10/9/2018 3:53:51 PM

**Channel<-3170933097180954624>**

It works better for defence

10/9/2018 3:53:56 PM



**Channel<-3170933097180954624>**
10/9/2018 3:54:03 PM

If taken to court if you get me

**Local User**
10/9/2018 3:54:11 PM

There's nothing on my device

**Local User**
10/9/2018 3:54:29 PM

I don't have her number I deleted everything

**Local User**
10/9/2018 3:54:55 PM

So I can say someone used my number

**Channel<-3170933097180954624>**
10/9/2018 3:55:27 PM

All your telegram messages is save on device

**Local User**
10/9/2018 3:56:01 PM

No no I deleted it

**Local User**
10/9/2018 3:56:17 PM

I redownload it with a new number

**Local User**

**10/9/2018 3:56:52 PM**

Remember I was saying I had Shia contacts now looool

**Local User**

**10/9/2018 3:56:55 PM**



**Channel<-3170933097180954624>**

✓

**10/9/2018 4:05:05 PM**

Watch "Breaking News - Police can download your phone's data in minutes with NO warrant" on YouTube
https://youtu.be/ab0AYSYYY1k

**Channel<-3170933097180954624>**

✓

**10/9/2018 4:05:21 PM**

That's no enough



**Channel<-3170933097180954624>** ✓
10/9/2018 4:05:38 PM

Watch this

**Local User** ↗
10/9/2018 7:03:41 PM

Omgggg

**Channel<-3170933097180954624>** ✓
10/9/2018 7:06:25 PM

Did you see yeah ??

**Local User** ↗
10/9/2018 7:08:18 PM

Yes crazy

**Local User** ↗
10/9/2018 7:08:26 PM

Creepy

**Local User** ↗
10/9/2018 7:10:10 PM

Deleted pics

**Local User** ↗
10/9/2018 7:10:55 PM

Wow

**Channel<-3170933097180954624>** ✓
10/9/2018 7:30:30 PM

Yeah



**Channel<-3170933097180954624>** ✓

That's why you should factory reset

10/9/2018 7:30:39 PM

**Channel<-3170933097180954624>** ✓

They can't get it back

10/9/2018 7:30:46 PM

**Local User** ↗

I'm leaving my telegram channel too

10/9/2018 10:14:21 PM

**Local User** ↗

Sigh

10/9/2018 10:14:23 PM

**Local User** ↗

Khayr in'shā'Allāh

10/9/2018 10:14:30 PM

**Channel<-3170933097180954624>** ✓

Why you leave your channel ????

10/10/2018 3:21:49 AM

**Local User** ↗

Because

10/10/2018 3:25:29 AM

**Local User**
10/10/2018 3:25:41 AM

She new it was mine

**Local User** ↗
10/10/2018 3:25:58 AM

Had to leave it

**Local User** ↗
10/10/2018 3:27:25 AM

Which I made mention awhile when she said she always reads from my channel to her nonmuslim aunt to revert her and I said many sisters run that channel and read your aunt the qur'ān not my channel

**Channel<-3170933097180954624>** ✓
10/10/2018 3:28:52 AM

Send me your channel again

**Channel<-3170933097180954624>** ✓
10/10/2018 3:29:00 AM

Are you the only admin??

**Local User** ↗
10/10/2018 3:29:34 AM

No

**Local User** ↗
10/10/2018 3:29:51 AM

The main one left long ago

**Channel<-3170933097180954624>** ✓
10/10/2018 3:30:06 AM

The brother hasn't contacted him yet aswll

**Local User** ↗
10/10/2018 3:30:11 AM
And we couldn't delete it

**Local User** ↗
10/10/2018 3:30:44 AM
A sister who is still in contact with her said he's in London

**Channel<-3170933097180954624>** ↙
10/10/2018 3:31:03 AM
Doing what ??

**Local User** ↗
10/10/2018 3:31:07 AM
That's all I know

**Local User** ↗
10/10/2018 3:31:12 AM
Lol no clue

**Channel<-3170933097180954624>** ↙
10/10/2018 3:31:33 AM
Weird friends you have seriously

**Local User** ↗
10/10/2018 3:31:48 AM
For real right



**Local User**
10/10/2018 3:31:57 AM

Sigh

**Local User**
10/10/2018 3:32:06 AM

Moving to cave

**Channel<-3170933097180954624>**
10/10/2018 4:35:15 PM

Yusuf:
asalaam aleikum wr wb. ive made it to London and am deleting this telegram account. im waiting on my wife but ill contact you once im in turkey from a new telegram. ill have same name 'Yusuf'. jazakAllah khair for your help akhi. inshAllah we will speak soon.

**Channel<-3170933097180954624>**
10/10/2018 4:35:25 PM

The brother sent this message



**Local User**
10/10/2018 4:35:58 PM

WOW

**Local User**
10/10/2018 4:36:03 PM

Whatttttt

**Local User**
10/10/2018 4:36:19 PM

Please don't get me in trouble

**Channel<-3170933097180954624>** ✓

10/10/2018 4:36:44 PM

I will tell the brother not to message him.back

**Local User** ↗

10/10/2018 4:38:04 PM

Omg

**Local User** ↗

10/10/2018 4:38:08 PM

I'm actually scared

**Channel<-3170933097180954624>** ✓

10/10/2018 4:40:52 PM

He got to London safe ??

**Channel<-3170933097180954624>** ✓

10/10/2018 4:41:06 PM

They must mean he got there safely

**Local User** ↗

10/10/2018 6:09:19 PM

???

**Local User** ↗

10/10/2018 6:29:05 PM

I need not him to help him in'shā'Allāh

**Local User** ↗

10/10/2018 6:29:20 PM

One small mess up and I get 30 yrs

**Local User**

10/10/2018 6:29:52 PM

I can hear it now "she gave us the information"

---

**Channel<-3170933097180954624>**

✓

10/10/2018 7:07:51 PM

Yeah I understand

---

**Channel<-3170933097180954624>**

✓

10/10/2018 7:08:23 PM

I mean that he left the airport safely

---

**Channel<-3170933097180954624>**

✓

10/10/2018 7:08:36 PM

From America

---

**Channel<-3170933097180954624>**

✓

10/10/2018 7:08:42 PM

Trust me

---

**Channel<-3170933097180954624>**

✓

10/10/2018 7:08:50 PM

You need to delete your accounts

---

**Channel<-3170933097180954624>**

✓

10/10/2018 7:08:55 PM

And factory reset your phone

---

**Channel<-3170933097180954624>**

10/10/2018 7:09:20 PM

I know u will lose stuff but it's better the 30 yrs in jail

**Local User**

10/10/2018 8:27:04 PM

Is your friend helping him?

**Local User**

10/10/2018 8:27:10 PM

I need to know

**Local User**

10/10/2018 8:27:47 PM

If so I'm destroying my phone and not getting one for months

**Channel<-3170933097180954624>**

10/11/2018 3:13:07 AM

No inshaAllah

**Local User**

10/11/2018 4:25:59 AM

In'shā'allāh

**Local User**

10/12/2018 1:59:56 AM

Her friend just messaged me saying she's leaving Monday to London

**Local User**

10/12/2018 2:00:14 AM

Do they realize they need a visa to get into T??? Lol

**Channel<-3170933097180954624>**

10/12/2018 6:10:34 AM

What's wrong with them coming anyway

**Channel<-3170933097180954624>**

10/12/2018 6:10:47 AM

I thought you wanted them to come in no?

**Local User**

10/12/2018 1:02:16 PM

Nothing wrong if they're actually real and truthful

**Local User**

10/12/2018 1:02:51 PM

But me and some sisters had our doubts for awhile about them

**Local User**

10/12/2018 1:03:06 PM

Like how they always asked bait questions

**Local User**

10/12/2018 1:03:36 PM

So we all decided to block her

**Local User**

10/12/2018 1:05:07 PM

Even the sister that introduced us to this sister is ajeeb too

**Local User**

> 10/12/2018 1:05:59 PM
> I don't know I completely came off social media hard to trust anyone

> **Local User** ↗
> 10/12/2018 1:07:11 PM
> I never wanted to get involved in that bc I have always felt in my heart there's something strange about her

**Channel<-3170933097180954624>** ✓
10/12/2018 2:14:44 PM
Well if he comes to Syria

**Channel<-3170933097180954624>** ✓
10/12/2018 2:14:57 PM
Who says he's not a spy and spys in Syria

> **Local User** ↗
> 10/12/2018 2:18:53 PM
> I don't know I just don't want to go to jail for 30 yrs and leave my son in the hands of the Kuffār

> **Local User** ↗
> 10/12/2018 2:19:28 PM
> Bc they could say she helped us she gave us the contacts

> **Local User** ↗
> 10/12/2018 2:20:20 PM
> When I really didn't... I made it clear to her not to contact that brother and then she does lol

> **Local User** ↗
> 10/12/2018 2:20:23 PM

Khayr in'shā'Allāh

**Local User**
10/12/2018 2:20:54 PM

My question is what happened to the brother who was helping him

**Channel<-3170933097180954624>**
10/12/2018 3:59:15 PM

Which brother

**Channel<-3170933097180954624>**
10/12/2018 3:59:20 PM

?

**Channel<-3170933097180954624>**
10/12/2018 3:59:34 PM

He has been speaking to so many people

**Local User**
10/12/2018 4:11:24 PM

I think it's Indian in Syria

**Local User**
10/12/2018 4:11:31 PM

Not sure

**Local User**
10/12/2018 4:11:48 PM

Yes he has that's why I'm scared

**Local User**

10/12/2018 4:12:27 PM

It's another brother who runs a charity a sister gave his wife that contract information

**Local User**

10/12/2018 4:13:04 PM

Bc the sister said they were asking to donate to the mujahedeen

**Local User**

10/12/2018 4:13:32 PM

This was beginning of the summer

**Channel<-3170933097180954624>**

10/12/2018 5:15:54 PM

Oh man.

**Channel<-3170933097180954624>**

10/12/2018 5:18:04 PM

And then no problems

**Channel<-3170933097180954624>**

10/12/2018 5:18:04 PM

Inshallah they get in safely

**Local User**

10/12/2018 6:22:43 PM

In'shā'allāh

**Local User**

10/12/2018 6:23:32 PM

I really want them to be honest. Bc I was going to send her money to get me a house there

**Local User**                                                ↗

10/12/2018 6:23:35 PM

Sigh

**Local User**                                                ↗

10/12/2018 6:24:36 PM

This is my dream: house by a river and caves, open fields, a garden, and a horse loooool

**Local User**                                                ↗

10/12/2018 6:25:01 PM

I know in the north west of S they have that

**Local User**                                                ↗

10/12/2018 6:25:14 PM

Abu showed me

**Local User**                                                ↗

10/12/2018 6:25:16 PM

Sigh

**Local User**                                                ↗

10/12/2018 6:25:20 PM

I miss him

**Channel<-3170933097180954624>**                             ✓

10/12/2018 6:33:29 PM

We will see it he contacts the brother again

**Channel<-3170933097180954624>**

10/12/2018 6:33:33 PM

If*

**Channel<-3170933097180954624>**

10/12/2018 6:34:00 PM

And if he comes in then inshallah he arranges it for you

**Local User**

10/12/2018 6:47:56 PM

Khayr in'shā'Allāh

**Channel<-3170933097180954624>**

10/15/2018 10:28:39 AM

Any news on the brother

**Channel<-3170933097180954624>**

10/15/2018 10:28:47 AM

Is he in Syria yet ?

**Local User**

10/15/2018 1:08:22 PM

I'm unsure? But what I know is today his wife is suppose to be flying to London

**Channel<-3170933097180954624>**

10/15/2018 4:22:48 PM

Why didn't they go together?

**Channel<-3170933097180954624>**

Super weird

10/15/2018 4:22:52 PM

**Channel<-3170933097180954624>**                    ✓

10/15/2018 4:22:58 PM

And what they doing in London??

**Local User**                    ↗

10/15/2018 4:49:39 PM

I have no clue at all?

**Local User**                    ↗

10/15/2018 4:49:45 PM

Vacation????

**Local User**                    ↗

10/15/2018 4:49:47 PM

LOL

**Local User**                    ↗

10/15/2018 4:50:07 PM

London is so expensive one of the most expensive cities in the world lol

**Channel<-3170933097180954624>**                    ✓

10/15/2018 5:29:19 PM

Yeahh I know

**Channel<-3170933097180954624>**                    ✓

10/15/2018 5:29:23 PM

But I thought they broke



**Channel<-3170933097180954624>** ✓
10/15/2018 5:29:34 PM

Your friends are weird

**Local User** ↗
10/15/2018 5:51:44 PM

Mannnn I'm telling you I have ajeeb friends

**Local User** ↗
10/15/2018 5:52:09 PM

My other friend just went
Madkhali on me

**Channel<-3170933097180954624>** ✓
10/15/2018 5:52:37 PM

Oh my

**Channel<-3170933097180954624>** ✓
10/15/2018 5:52:40 PM

What she do lol

**Local User** ↗
10/15/2018 5:53:01 PM

Telling me not to listen to anwar and qutb etc etc...

**Local User** ↗
10/15/2018 5:53:27 PM

Anyways tried to advise her

**Local User** ↗



But I don't need to be brainwashed

10/15/2018 5:53:43 PM

**Local User**                                                          ↗
                                                        10/15/2018 5:53:53 PM

They snitch on muslims

**Channel<-3170933097180954624>**                                       ✓
                                                        10/15/2018 5:56:31 PM

Why she said that for ??

**Channel<-3170933097180954624>**                                       ✓
                                                        10/15/2018 5:56:45 PM

What doesn't she like about anwar

**Local User**                                                          ↗
                                                        10/15/2018 6:08:12 PM

She said he's not a scholar and what scholar support him lol

**Local User**                                                          ↗
                                                        10/15/2018 6:08:30 PM

That's how these
Madkhalis sect think

**Local User**                                                          ↗
                                                        10/15/2018 6:08:56 PM

They believe jhd is only jihd alnafs

**Local User**                                                          ↗
                                                        10/15/2018 6:09:42 PM

Sigh



**Local User**
10/15/2018 6:10:49 PM

Iur Prophet ﷺ said
My ummah will split into seventy-three sects, all of whom will be in Hell except jamaa'ah
And he ﷺ said:
Isolate yourself from all these sects, even if you have to eat the roots of trees until death overcomes you...

**Channel<-3170933097180954624>**
10/15/2018 6:32:54 PM

Is she a revert or no ?

**Channel<-3170933097180954624>**
10/15/2018 6:34:38 PM

You shouldn't just call her a madkali for that, there are alot of mujahideen who believe he isn't a scholar

**Local User**
10/15/2018 6:37:02 PM

The brother she is pushing to marry is a Madkhali

**Local User**
10/15/2018 6:37:05 PM

That's why

**Local User**
10/15/2018 6:37:20 PM

She's desperate to marry

**Local User**
10/15/2018 6:37:48 PM

And I told her take your time

**Local User** ↗

10/15/2018 6:38:46 PM

I cannot stand that brother the way he talks about jhd as if it doesn't exist but only time of our Prophet ﷺ

**Local User** ↗

10/15/2018 6:38:56 PM

And his support to Saudi regime

**Local User** ↗

10/15/2018 6:39:00 PM

استغفر الله

**Channel<-3170933097180954624>** ✓

10/15/2018 6:39:05 PM

Yeah he just man jahil

**Local User** ↗

10/15/2018 6:39:32 PM

And he use to be huge jojo supporter

**Channel<-3170933097180954624>** ✓

10/15/2018 6:39:47 PM

Alot if people have Abandaned jiahd

**Channel<-3170933097180954624>** ✓

10/15/2018 6:39:51 PM

Jojo ?

**Local User**

10/15/2018 6:40:07 PM

Oh sorry my code for dawlah

**Channel<-3170933097180954624>**

10/15/2018 6:40:16 PM

Jojo??.

**Channel<-3170933097180954624>**

10/15/2018 6:40:38 PM

Why jojo though

**Local User**

10/15/2018 6:41:25 PM

We needed a code word and my nickname was jojo and I use to support them so I call it jojo

**Channel<-3170933097180954624>**

10/15/2018 6:41:53 PM

😂😂

**Channel<-3170933097180954624>**

10/15/2018 6:41:56 PM

Okay

**Local User**

10/15/2018 6:42:18 PM

Yeah it was funny lol

**Channel<-3170933097180954624>**

10/15/2018 6:42:47 PM

Yeah man. Wallah I think it's irrelevant who you support if you don't assist them or help the ummah

**Channel<-3170933097180954624>** ✓

10/15/2018 6:43:09 PM

So many dawlah guys love "jojo" in the West but don't do anything

**Local User** ↗

10/15/2018 6:43:22 PM

I mean right now tbh there's no real group to support

**Channel<-3170933097180954624>** ✓

10/15/2018 6:43:26 PM

Except tell everyone on Twitter lol

**Channel<-3170933097180954624>** ✓

10/15/2018 6:43:38 PM

Support jihad and Islam

**Channel<-3170933097180954624>** ✓

10/15/2018 6:43:41 PM

That's it

**Local User** ↗

10/15/2018 6:43:48 PM

Yes I call them keyboard Warriors

**Local User** ↗

10/15/2018 6:44:14 PM

I cannot wait to move there in'shā'Allāh



**Local User**

10/15/2018 6:44:39 PM

Wallahi I'm working hard to get there in'shā'Allāh

**Local User**

10/15/2018 6:44:45 PM

Is that Hitler

**Local User**

10/15/2018 6:44:48 PM



**Local User**

10/15/2018 6:44:57 PM



**Channel<-3170933097180954624>**

10/15/2018 6:46:04 PM

No

**Local User**

10/15/2018 6:46:11 PM



Ohhhhh

**Local User**                                    ↗
                              10/15/2018 6:46:18 PM

Really

**Channel<-3170933097180954624>**          ✓
                              10/15/2018 6:46:19 PM

That's the lead singer of Queen

**Local User**                                    ↗
                              10/15/2018 6:46:32 PM

Who?

**Channel<-3170933097180954624>**          ✓
                              10/15/2018 6:46:33 PM

Freddy mercury or something

**Channel<-3170933097180954624>**          ✓
                              10/15/2018 6:46:44 PM

He died from aids

**Local User**                                    ↗
                              10/15/2018 6:46:52 PM

No clue?

**Channel<-3170933097180954624>**          ✓
                              10/15/2018 6:46:52 PM

Cause he was having sex with men



**Local User**

10/15/2018 6:46:56 PM

Ewwwwwww

**Local User**

10/15/2018 6:46:57 PM

Omg

**Local User**

10/15/2018 6:47:07 PM

Remember omg

**Channel<-3170933097180954624>**

10/15/2018 6:47:12 PM

Astagfullah

**Channel<-3170933097180954624>**

10/15/2018 6:47:18 PM

Yeah

**Local User**

10/15/2018 6:47:31 PM

Back in the 90s scientists said aids came from monkies

**Local User**

10/15/2018 6:47:37 PM

Monkeys **

**Channel<-3170933097180954624>**

10/15/2018 6:47:52 PM

Yeah something like that

**Local User** ↗
10/15/2018 6:48:05 PM

Sigh

**Local User** ↗
10/15/2018 6:48:16 PM

This dunya

**Channel<-3170933097180954624>** ✓
10/15/2018 6:48:23 PM

Did rethink about

**Channel<-3170933097180954624>** ✓
10/15/2018 6:48:26 PM

The fatwa

**Channel<-3170933097180954624>** ✓
10/15/2018 6:48:30 PM

I sent you

**Channel<-3170933097180954624>** ✓
10/15/2018 6:48:45 PM

The Sheickh said it's okay for you to leave

**Local User** ↗
10/15/2018 6:48:46 PM

Well I have some plans loool

**Local User**
10/15/2018 6:49:33 PM

But I want to save up also to bring money there to for ppl in'shā'Allāh

**Channel<-3170933097180954624>**
10/15/2018 6:49:48 PM

Insha Allah

**Channel<-3170933097180954624>**
10/15/2018 6:50:07 PM

You could build a simple one bedroom house here for like under $3000

**Local User**
10/15/2018 6:51:32 PM

Really

**Local User**
10/15/2018 6:51:56 PM

Subhan'allāh

**Channel<-3170933097180954624>**
10/15/2018 6:52:46 PM

Yeah

**Local User**
10/15/2018 6:53:12 PM

How much is a horse lol

**Channel<-3170933097180954624>**
10/15/2018 6:53:49 PM

Will a donkey be enough?

**Local User**

10/15/2018 6:55:53 PM

Mmmm

**Local User**

10/15/2018 6:56:06 PM

I never rode one looool

**Local User**

10/16/2018 5:17:33 PM

السلام عليكم ورحمة الله وبركاته

**Local User**

10/16/2018 5:17:44 PM

A close sister just messaged me

**Local User**

10/16/2018 5:17:55 PM

Saying there's an investigation on her

**Local User**

10/16/2018 5:18:46 PM

The same sister who gave that sister (yosuf wife) information of that brother to make H

**Local User**

10/16/2018 5:18:50 PM

Subhan'allāh!

**Channel<-3170933097180954624>**

10/17/2018 3:18:45 AM

Waalikom salam

**Channel<-3170933097180954624>**

10/17/2018 3:19:04 AM

Listen please just reset factory reset your phone

**Channel<-3170933097180954624>**

10/17/2018 3:19:06 AM

Wallah

**Local User**

10/17/2018 3:39:48 AM

Okay I will in'shā'Allāh I need to remember my passwords to log back in looool

**Channel<-3170933097180954624>**

10/17/2018 5:19:30 AM

Yes

**Channel<-3170933097180954624>**

10/17/2018 5:19:45 AM

Back up your photos

**Channel<-3170933097180954624>**

10/17/2018 5:19:50 AM

And stuff you need

**Channel<-3170933097180954624>**

10/17/2018 5:19:54 AM

And factory reset

**Channel<-3170933097180954624>**

✓

10/17/2018 5:20:02 AM

Factory reset twice

**Channel<-3170933097180954624>**

✓

10/17/2018 5:20:09 AM

Just to make sure

**Local User**

↗

10/17/2018 12:06:27 PM

How do I backup my pictures?

**Channel<-3170933097180954624>**

✓

10/17/2018 1:33:00 PM

Make a gmail

**Channel<-3170933097180954624>**

✓

10/17/2018 1:33:08 PM

And send it to all there

**Local User**

↗

10/17/2018 9:48:44 PM

Not a good idea

**Local User**

↗

10/17/2018 9:48:59 PM

My gmail is linked to my phone

**Channel<-3170933097180954624>**

10/18/2018 7:05:00 AM

All the data

**Channel<-3170933097180954624>** ✓

10/18/2018 7:05:00 AM

All you need to make sure is that they don't have access to your phone

**Channel<-3170933097180954624>** ✓

10/18/2018 7:05:00 AM

Crete a fake one

**Local User** ↗

10/18/2018 12:31:09 PM

Okay in'shā'Allāh