Title: ███████████████████ Reporting EC, October 10, 2018 - ████████████
███████████████████ 10/10/2018



Title: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Reporting EC, October 10, 2018 - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
10/10/2018



◆◆

5