UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | No. | 2:19-cr-00013 |
| v. | ) | | |
| | ) | | Chief Judge Crenshaw |
| | ) | | |
| GEORGIANNA A.M. GIAMPIETRO | ) | | |

## NOTICE OF PROPOSED STATUS CONFERENCE DATES

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys for the Middle District of Tennessee and Trial Attorney for the Counterterrorism Section of the Department of Justice, and in coordination with defense counsel, having reviewed the parties' respective schedules, hereby respectfully submits proposed dates for the Court's consideration to conduct status conferences in this case in advance of the trial currently scheduled for September 14, 2021. Those dates are as follows:

1) November 12 or 13, 2020

2) March 11 or 12, 2021

3) June 17 or 18, 2021

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

By: *s/ Philip H. Wehby*
PHILIP H. WEHBY
BEN SCHRADER
Assistant United States Attorneys
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

<pre>
                              By: <i><b>s/ Jennifer Levy</b></i>
                                  JENNIFER LEVY
                                  Trial Attorney
                                  Counterterrorism Section
                                  U.S. Department of Justice
                                  950 Pennsylvania Avenue, N.W.
                                  Suite 7600
                                  Washington, D.C. 20530
                                  (202) 514-1092
</pre>

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020, I have forwarded a copy of the foregoing document, via the Court's electronic filing system, to Peter J. Strianse, Esq., and Charles D. Swift, Esq., counsel for defendant.

<pre>
                                  <i><b>s/ Philip H. Wehby</b></i>
                                  PHILIP H. WEHBY
                                  Assistant United States Attorney
</pre>