UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) | |
| Defendant. | ) | |

### ORDER

Georgianna A.M. Giampietro's Motion in Limine Regarding 404(b) Evidence (Doc. No. 143) is hereby set for an evidentiary hearing on **October 19, 2020,** at 9:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE