# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) |
| Defendant. | ) |

## ORDER

Defendant Georgianna A.M. Giampietro's Motion to Excuse Appearance of Co-Counsel Peter J. Strianse, Esq., at October 19, 2020 Evidentiary Hearing (Doc. No. 148) is **DENIED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE