**GIAMPIETRO, GEORGIANNA**

MR#: **411478588**
Hosp #: **198241**

Daviess County Detention Center

Admit Date: **08/16/2019**

Observation Date/Time: **7/8/20 10:22**

Progress Notes Nurse

**Pt presents to medical for sick call c/o not feeling well last 3 days. Reports that her face has been flushed et hot, foggy head. Requesting bp et bs check. bp 136/85 p 84 spo2 99 t 97.5. Accucheck 91. Pt place on bp checks qd x 7**

# Observations

**GIAMPIETRO, GEORGIANNA   198241**                                    **B1 A176**

## Blood Pressure Observations

### Systolic

| Systolic | | | |
|---|---|---|---|
| 7/8/20 21:06 | 147 mmHg /99 | Left Arm Sitting | Snyder, Dawn |
| 7/9/20 21:23 | 126 mmHg /74 | Left Arm Sitting | Snyder, Dawn |
| 7/10/20 20:02 | 131 mmHg /81 | Left Arm Sitting | Mix, Lorrin |
| 7/11/20 19:58 | 134 mmHg /75 | Left Arm Sitting | Mix, Lorrin |
| 7/12/20 20:00 | 134 mmHg | Left Arm Sitting | Mix, Lorrin |
| 7/13/20 20:17 | 130 mmHg | | Davis, Tracy |
| 7/14/20 20:38 | 128 mmHg | Left Arm Sitting | Snyder, Dawn |

### Diastolic

| Diastolic | | | |
|---|---|---|---|
| 7/8/20 21:06 | 99 mmHg | Left Arm Sitting | Snyder, Dawn |
| 7/9/20 21:23 | 79 mmHg | Left Arm Sitting | Snyder, Dawn |
| 7/10/20 20:02 | 81 mmHg | Left Arm Sitting | Mix, Lorrin |
| 7/11/20 19:58 | 75 mmHg | Left Arm Sitting | Mix, Lorrin |
| 7/12/20 20:00 | 87 mmHg | Left Arm Sitting | Mix, Lorrin |
| 7/13/20 20:17 | 78 mmHg | | Davis, Tracy |
| 7/14/20 20:38 | 74 mmHg | Left Arm Sitting | Snyder, Dawn |

*[handwritten signature]*
*noted 7-30-20*

**GIAMPIETRO, GEORGIANNA    198241**                                   **B1 A295**

### Blood Pressure Observations

**Systolic**

| Systolic | | | |
|---|---|---|---|
| 7/8/20 21:06 | **147 mmHg** /99 | Left Arm Sitting | Snyder, Dawn |
| 7/9/20 21:23 | **126 mmHg** /79 | Left Arm Sitting | Snyder, Dawn |
| 7/10/20 20:02 | **131 mmHg** /81 | Left Arm Sitting | Mix, Lorrin |
| 7/11/20 19:58 | **134 mmHg** /75 | Left Arm Sitting | Mix, Lorrin |
| 7/12/20 20:00 | **134 mmHg** /47 | Left Arm Sitting | Mix, Lorrin |
| 7/13/20 20:17 | **130 mmHg** /74 | | Davis, Tracy |
| 7/14/20 20:38 | **128 mmHg** /74 | Left Arm Sitting | Snyder, Dawn |

**Diastolic**

| Diastolic | | | |
|---|---|---|---|
| 7/8/20 21:06 | **99 mmHg** | Left Arm Sitting | Snyder, Dawn |
| 7/9/20 21:23 | **79 mmHg** | Left Arm Sitting | Snyder, Dawn |
| 7/10/20 20:02 | **81 mmHg** | Left Arm Sitting | Mix, Lorrin |
| 7/11/20 19:58 | **75 mmHg** | Left Arm Sitting | Mix, Lorrin |
| 7/12/20 20:00 | **87 mmHg** | Left Arm Sitting | Mix, Lorrin |
| 7/13/20 20:17 | **78 mmHg** | | Davis, Tracy |
| 7/14/20 20:38 | **74 mmHg** | Left Arm Sitting | Snyder, Dawn |

**Pulse**

| Pulse | | | |
|---|---|---|---|
| 7/8/20 21:06 | **87 beats/min** | | Snyder, Dawn |
| 7/9/20 21:23 | **88 beats/min** | | Snyder, Dawn |
| 7/10/20 20:02 | **91 beats/min** | | Mix, Lorrin |
| 7/11/20 19:58 | **82 beats/min** | | Mix, Lorrin |
| 7/12/20 20:00 | **84 beats/min** | | Mix, Lorrin |
| 7/13/20 20:17 | **83 beats/min** | | Davis, Tracy |
| 7/14/20 20:38 | **85 beats/min** | | Snyder, Dawn |

Handwritten notes: "Lisinopril 10mg 1 po qam" / "no meds" / signature

## Blood Pressure Observations

Daviess County Detention Center

**GIAMPIETRO, GEORGIANNA**
MR#: **411478588**
Hosp #: **198241**

Admit Date: **08/16/2019**

Observation Date/Time: **7/8/20 21:06**

| | | |
|---|---|---|
| Systolic | **147 mmHg** | **Left Arm Sitting** |
| Diastolic | **99 mmHg** | **Left Arm Sitting** |
| Pulse | **87 beats/min** | |

## Blood Pressure Observations

Daviess County Detention Center

**GIAMPIETRO, GEORGIANNA**
MR#: **411478588**
Hosp #: **198241**

Admit Date: **08/16/2019**

Observation Date/Time: **7/9/20 21:23**

| | | |
|---|---|---|
| Systolic | **126 mmHg** | Left Arm Sitting |
| Diastolic | **79 mmHg** | Left Arm Sitting |
| Pulse | **88 beats/min** | |

## Blood Pressure Observations

Daviess County Detention Center

**GIAMPIETRO, GEORGIANNA**
MR#: **411478588**
Hosp #: **198241**

Admit Date: **08/16/2019**

Observation Date/Time: **7/10/20 20:02**

| | | |
|---|---|---|
| Systolic | **131 mmHg** | **Left Arm Sitting** |
| Diastolic | **81 mmHg** | **Left Arm Sitting** |
| Pulse | **91 beats/min** | |

## Blood Pressure Observations

Daviess County Detention Center

**GIAMPIETRO, GEORGIANNA**
MR#: **411478588**
Hosp #: **198241**

Admit Date: **08/16/2019**

Observation Date/Time: **7/11/20 19:58**

| | | |
|---|---|---|
| Systolic | **134 mmHg** | **Left Arm Sitting** |
| Diastolic | **75 mmHg** | **Left Arm Sitting** |
| Pulse | **82 beats/min** | |

## Blood Pressure Observations

Daviess County Detention Center

**GIAMPIETRO, GEORGIANNA**
MR#: **411478588**
Hosp #: **198241**

Admit Date: **08/16/2019**

Observation Date/Time: **7/12/20 20:00**

| | | |
|---|---|---|
| Systolic | **134 mmHg** | **Left Arm Sitting** |
| Diastolic | **87 mmHg** | **Left Arm Sitting** |
| Pulse | **84 beats/min** | |

## Blood Pressure Observations

**GIAMPIETRO, GEORGIANNA**
MR#: 411478588
Hosp #: 198241

Daviess County Detention Center

Admit Date: **08/16/2019**

Observation Date/Time: **7/13/20 20:17**

| | |
|---|---|
| Systolic | **130 mmHg** |
| Diastolic | **78 mmHg** |
| Pulse | **83 beats/min** |

## Blood Pressure Observations

**GIAMPIETRO, GEORGIANNA**
MR#: **411478588**
Hosp #: **198241**

Daviess County Detention Center

Admit Date: **08/16/2019**

Observation Date/Time: **7/14/20 20:38**

| | | |
|---|---|---|
| Systolic | **128 mmHg** | **Left Arm Sitting** |
| Diastolic | **74 mmHg** | **Left Arm Sitting** |
| Pulse | **85 beats/min** | |

## Blood Pressure Observations

**GIAMPIETRO, GEORGIANNA**
MR#: **411478588**
Hosp #: **198241**

Daviess County Detention Center

Admit Date: **08/16/2019**

Observation Date/Time: **7/30/20 21:03**

| | |
|---|---|
| Systolic | **132 mmHg** |
| Diastolic | **85 mmHg** |
| Pulse | **81 beats/min** |

# Admission Rec. Screening and H&P

**GIAMPIETRO, GEORGIANNA**
MR#: 411478588
Hosp #: 198241

Daviess County Detention Center

Admit Date: 08/16/2019

Observation Date/Time: 8/18/19 23:29

| | |
|---|---|
| Exam Date | 8/18/2019 |
| Care Chronic Conditions | Yes |
| Insurance | No |
| Emergency Referral? | No |
| Visible Signs? | Normal |
| Risk(s) exhibited? | None |
| Influence or Withdrawal from? | No |
| Mobility Restriciton Type(s) | None |
| Treated for.. | Other and hypercholesterolemia |
| Medications | No |
| Allergies | No |
| Fainted-last 72 hours | No |
| Head injury-last 72 hours | No |
| Exposed to? | No |
| Complete TB Screening/Testing | No |
| Hospitalized-last year | No |
| Suicide-Considered/attempted | No |
| Diet physician prescribed | No |
| Drug use? | No |
| Alcohol use? | No |
| LMP Date | 7/28/2019 |
| Are you...? | None |
| Height | 63 in |
| Weight | 149.0 lb |
| Pulse | 88 beats/min |
| Blood Pressure Systolic | 120 mmHg    Left Arm Sitting |
| Blood Pressure Diastolic | 90 mmHg    Left Arm Sitting |
| Temperature | 97.6 °F    Tympanic |
| Respiration | 16 per/min |
| O2 Saturation | 95 Percent |
| PPD Implanted | No |
| Have all concerns from officer intake and above answers been explained above? | Yes |

Admission Data History and Physical

# Observations

**GIAMPIETRO, GEORGIANNA**   198241                              B1 A176

### Heart Rate

**Heart Rate**

| Date/Time | Value | Recorded By |
|---|---|---|
| 7/8/20 21:06 | **87 beats/min** | Snyder, Dawn |
| 7/9/20 21:23 | **88 beats/min** | Snyder, Dawn |
| 7/10/20 20:02 | **91 beats/min** | Mix, Lorrin |
| 7/11/20 19:58 | **82 beats/min** | Mix, Lorrin |
| 7/12/20 20:00 | **84 beats/min** | Mix, Lorrin |
| 7/13/20 20:17 | **83 beats/min** | Davis, Tracy |
| 7/14/20 20:38 | **85 beats/min** | Snyder, Dawn |


Southern Health
Partners

# Refusal of Medical Treatment and Release of Responsibility

This Refusal of Medical Treatment and Release of Responsibility form is being used for (check one):

- ___ Medical Treatment
- ___ History and Physical Assessment
- ✓ Medication
- ___ Sick Call
- ___ Other: _____
- ___ Dental clinic
- ___ 24 hr. screening
- ___ MD sick call
- ___ Chronic Care Clinic

Inmate's Name: **Giampietro, Georgianna**

Date of Birth: [redacted]   Date: **7/21/20**   Time: **10:00** a.m./p.m.

I, (print patient's name) _____, currently in custody at the (list Jail Name) _____, have been informed of the risks of refusing medical treatment for my current medical condition and acknowledge I understand all medical information, current diagnosis and future procedures which have been explained to me.

I am refusing any and all medical procedures and/or treatments of my current medical condition. If I decide to obtain medical treatment regarding my current condition, I will notify the medical staff immediately. I understand the limitations of treatment which may be available to me based on my refusal of prior treatment.

Patient's reason for refusal (may be quoted): **I don't take medicine,**

Medical Staff(s) response: _____

If Medication, list Medication Name: **Lisinopril**
If Medication Treatment, list treatment: (ex: Dressing Change) _____
If Sick Call, what was original request: _____

If inmate refuses to state a reason, please check here: ___

Therefore, I release Southern Health Partners, Inc., its staff, the County, the Sheriff, his/her staff from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my refusing treatment as prescribed by the medical staff of the facility and/or outside consultation services.

X *Georgianna* _____   Date _____   *Brandi Wheat* 7/21/20
Signature of Inmate                                 Signature of SHP Medical Representative   Date

**Deputy B____ K #46   7-21-2020**   If inmate refuses to sign form, please check here: ___
Witness                  Date          Is inmate alert and oriented: ___

SHP Medical Director's Acknowledgement (please initial): _____

Confidential – Part of Medical File
SHP Form August 2016

Name: **GIAMPIETRO, GEORGIANNA**  198241
Allergies: No Known Drug Allergies  Admit Date: 08/16/2019
PCU: B1  Location: B1 A176  Sex: F  Height: 63.00
Diagnosis:  Weight: 149.00
Physician:  Age: 35 years
Comments:

| Medication | | Start | Stop | Sched | 7/22 | 7/23 | 7/24 | 7/25 | 7/26 | 7/27 | 7/28 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Active** | | | | | | | | | | | |
| A | lisinopril (zestril) 10 mg  Oral Daily (365 Days) | 9:00 7/21 | 23:59 7/20 | 09:00 | 11:15 pstewart | 11:32 lwheatley | 09:46 bkirkpatrick | 09:50 pstewart | 09:55 pstewart | 09:20 bkirkpatrick | 10:19 lwheatley |

Key: DC=Discontinued OS=Drug not Available NA=Not Administered PA=Partially Administered RE=Refused RFC=Release

**Administration Notes**

| **Medication** | **Scheduled** | **Administered** | **Staff** | **Notes** |
|---|---|---|---|---|
| | | | | Site: |