9.04.2020

Charles,

This letter is in regards to our phone conference on 9.01.2020 per medical records. The day of court on 6.19.2020 my health seemed fine without any problems. However, on 7.07.2020 I placed a medical sick call on the kiosk with the following symptoms: increased heartrate, head was in a fog, cheeks reddened, body was feeling feverish, flushed, and hot, and did not feel to get out of bed. Medical came the next day, and they checked my blood pressure that morning and night. After that, for the next seven days, medical checked my blood pressure at night. The medical doctor placed me on 10mg Lisinopril (Zestril) daily in the morning time. I am slowly feeling better, however there are still days my face is red and my body feels hot and feverish. This depends on the food being served. They have not, yet, to change my diet.

Sincerely,
Georgianna Sianipietro