IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:19-cr-00013 |
| | ) | |
| **GEORGIANNA A.M. GIAMPIETRO** | ) | Chief Judge Waverly D. Crenshaw, Jr. |
| Defendant. | ) | Magistrate Judge Alistair E. Newbern |

## DECLARATION OF MARIA WILLIAMS

I, Maria Williams, ▬▬▬▬▬, ▬▬▬▬▬ declare as follows:

1. My name is Maria Willliams, I am the mother of Georgianna Giampietro. Georgianna has lived with me all her life. She has two children, ▬▬▬ and ▬▬▬. ▬▬▬ and ▬▬ lived with us since they were born, but only ▬▬ lives with me now. No one else lives in my home.

2. We do not have any guns or rifles in my home. We never have and never will. I do not care for them. Ever since COVID-19, I have done my very best to keep me and my family safe. I am ▬▬▬ and have a ▬▬▬▬, and this is the reason I kept ▬▬ from going to school in-person. We have decided for ▬▬, my grandchild, to do VIP VIRTUAL LEARNING on her laptop. Her teacher and I keep in contact to stay informed regarding her school work by email.

3. I do not associate with anyone, I do not attend parties or social gatherings, I go out only when I have to, such as for food shopping and taking out trash. I do not dine out or mingle with people, my life and the family around me are more important than anything else. I am doing my very best to keep everyone in my household safe from harm from this disease. I live in a subdivision; my property is a little over an acre and I am a very private person. Georgianna would be coming home to a very safe and isolated environment. With COVID-19, I do my very best to maintain my distance. I pray that my little girl Georgianna is safe and will not catch the virus while she is locked up.

4. I do not mind what kind of tracking devices Georgianna is required to wear or use by the court, I just want her home with us. I did not know about Georgianna's internet conversations before, but now that I know I will be very strict with her and make sure she is not using the internet if she is not allowed. I will enforce all of the conditions that this court imposes very carefully. I will watch what she does. There is no reason for

1

Georgianna to use my computer. I only use it to do my banking on line, pay bills and play games.

5. Regarding the internet, I am fine with it being monitored or restricted or prohibited. We have nothing to hide, and if I have to terminate my internet I can do so. I will just need to find another way for my granddaughter ▆ to do her school work on her laptop, you have to have WiFi, for her to continue her VIP Virtual Learning from home for this semester. Because of this virus, I did not want her to attend regular school for this semester.

6. I consent and agree to be the custodian of Georgianna if she is released. I will be very strict about the rules the Court gives me and will make sure Georgianna follows all of those rules and that she gets to all of her Court appointments on time. I had no reason to monitor what Georgianna, my 35-year-old adult daughter, was doing before. No parent monitors what their adult children do online. That is why I was unaware of her activities before. But now it is different. I am aware and Georgianna and I have a very good relationship. She will obey the courts the rules and my rules.

7. The following is a list of every single electronic device that is located within my home. I also have a list of the passwords that I can share with the Court whenever they are required. I consent to any level of monitoring or restriction on all of my devices.

**Desktop:**
1. Gateway Tower Model Number: SX21106 with Acer Monitor

**Cellphones**
1. Samsung Galaxy J7 Model Number SM-J737A
2. Samsung Galaxy A11 Model Number SM-A115A
3. Samsung Galaxy J7 Model Number J737A *(inactive)*

**Laptop:**
1. HP Model Number 15-dw2048nr

I declare under penalty of perjury under the laws of the State of Tennessee that the foregoing is true and correct.

*Maria Williams* (Signature)      10/22/2020 (Date Executed)

Maria Williams