IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 2:19-00013 |
| v. ) | |
| ) | Chief Judge Waverly D. Crenshaw, Jr. |
| ) | Magistrate Judge Alistair E. Newbern |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO ) | |

## ORDER (Proposed)

Based on the Motion by the Defense to have this Court Revoke the Detention Order and Release the Defendant to Home Confinement, it is

HEREBY ORDERED THAT the defendant, Georgiana Giampietro is released from custody and ordered into home confinement under the supervision of her mother, Maria Williams, pending trial in September, 2021. The defendant shall report on a regular basis to an assigned Pre-Trial Services Officer, and shall be monitored on electronic home monitoring/ankle bracelet. Defendant shall surrender her passport. During her period of home confinement, Ms. Williams shall ensure that the Defendant shall have no access to any electronic devices without pre-approval by her Pre-Trial Services Officer, and shall make available all electronic devices for inspection by the Pre-Trial Services Officer.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.

1