IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 2:19-00013 |
| v. | ) | |
| | ) | Chief Judge Waverly D. Crenshaw, Jr. |
| | ) | Magistrate Judge Alistair E. Newbern |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

**ORDER (Proposed)**

Based on the Motion by the Defense to file the Exhibit D - Declaration of Maria Williams

Under Seal, and for the reasons stated in the Motion, it is

HEREBY ORDERED THAT this Court authorizes that the Declaration of Maria

Williams (Exhibit D to Dkt. No. 151) be filed Under Seal.

IT IS SO ORDERED

_____

WAVERLY D. CRENSHAW, JR.

1