UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) | |
| Defendant. | ) | |

## ORDER

In light of Georgianna A.M. Giampietro's Motion to Revoke Detention Order and Release to Home Confinement (Doc. 151), counsel for the Government shall consider whether there are any conditions or combination of conditions that will insure the safety of the community and her appearance in court as required were Giampietro to be released from custody. If so, counsel for the Government and the Defendant shall confer in an effort to reach an agreement, and notify the Court of any agreement by **November 6, 2020.** If not, (1) a response to the Motion shall be filed by the Government on or before **November 6, 2020**; Giampietro's reply shall be filed by **November 12, 2020**; and (3) the Court will hold an evidentiary hearing on **November 24, 2020,** at 9:00 a.m. to 12:00 p.m..

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE