


Case 2:19-cr-00013   Document 156-1   Filed 11/06/20   Page 2 of 5 PageID #: 2044





