



"UNTIL WHEN MUST THIS LONGING (JIHAD) REMAIN REDUCED TO AN EMBARRASSED TEAR YOU SHED WHEN YOU SEE THE TRAGEDIES OF THE MUSLIMS, OR A PASSING ELATION YOU EXPERIENCE WHEN YOU HEAR A NASHEED OR READ A POEM?"

- ABU DUJANA AL-KHORASANI -
(MAY ALLAH ACCEPT FROM HIM)

Emaan Media Center

Case 2:19-cr-00013   Document 156-5   Filed 11/06/20   Page 2 of 8 PageID #: 2064











Case 2:19-cr-00013   Document 156-5   Filed 11/06/20   Page 7 of 8 PageID #: 2069



Case 2:19-cr-00013   Document 156-5   Filed 11/06/20   Page 8 of 8 PageID #: 2070