

Case 2:19-cr-00013 Document 156-6 Filed 11/06/20 Page 1 of 9 PageID #: 2071



Case 2:19-cr-00013 Document 156-6 Filed 11/06/20 Page 2 of 9 PageID #: 2072



Case 2:19-cr-00013 Document 156-6 Filed 11/06/20 Page 3 of 9 PageID #: 2073



Case 2:19-cr-00013   Document 156-6   Filed 11/06/20   Page 4 of 9 PageID #: 2074









