

"VICTORY IS ON OUR SIDE BECAUSE THERE IS A DIFFERENCE BETWEEN US & YOU. WE ARE FIGHTING FOR NOBLE CAUSE; WE ARE FIGHTING FOR GOD & YOU ARE FIGHTING FOR WORLDLY GAIN; WE ARE FIGHTING FOR JUSTICE BECAUSE WE ARE DEFENDING OUR LAND AND OUR FAMILIES AND YOU ARE FIGHTING FOR IMPERIALISTIC GOAL WE ARE FIGHTING FOR TRUTH & JUSTICE AND YOU ARE FIGHTING FOR OPRESSION"

ANWAR AL AWLAKI
(1971-2011)



birdsofjannah_  Birds of Jannah  birdsofjannah786

BIRDS OF JANNAH

Case 2:19-cr-00013  Document 156-8  Filed 11/06/20  Page 1 of 1 PageID #: 2081