IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | No. | 2:19-cr-00013 |
| v. | ) | | |
| | ) | | Chief Judge Crenshaw |
| | ) | | |
| GEORGIANNA A.M. GIAMPIETRO | ) | | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America, by and through undersigned counsel, requests that the Court allow the filing, under seal, of the documents below. In support of this request, the government sets forth as follows:

1. The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a motion for leave of court to do so, via the court's electronic system.

2. The government seeks to file, under seal, Exhibit J to its Opposition to Defendant's Motion to Revoke Detention Order and Release to Home Confinement, because Exhibit J contains information regarding the defendant's medical records.

WHEREFORE, the government respectfully requests that the Court grant the instant motion and permit the government to file Exhibit J to its Opposition to Defendant's Motion to Revoke Detention Order and Release to Home Confinement under seal.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney

By: */s/ Ben Schrader*
BEN SCHRADER

1

Assistant United States Attorney
Middle District of Tennessee

Dated:	November 6, 2020

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2020, I sent a copy of the foregoing via the Court's electronic filing system to counsel for the defendant.

                                  *s/ Ben Schrader*
                                  BEN SCHRADER
                                  Assistant United States Attorney