IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>HINDA OSMAN DHIRANE, )<br>)<br>Defendant. )<br>_____ ) | No. 1:14-cr-230(2) (AJT) |

## ORDER

It is hereby

ORDERED that the terms and conditions of the defendant's release previously imposed in the Western District of Washington be, and the same hereby are, imposed and continued in full force and effect, with the exception that the defendant shall surrender any passports to her counsel.

The Clerk is directed to forward copies of this Order all counsel of record.

_____/s/_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 15, 2014

Add'l Custodians:
① Cybel Kazimi-Lazkani
② Samia Soubra-Lazkani

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE | CASE NUMBER |
|---|---|---|---|
| | | 2.24.15 | 15-70142-MAG |

| NAME OF DEFENDANT | ADDRESS OF DEFENDANT | TELEPHONE NUMBER |
|---|---|---|
| ARMIN HARCEVIC | 2011 LYNNHAVEN DR. #408 SAN JOSE, CA | 408 464 8877 |

| NAME OF SURETY | RELATIONSHIP TO DEFENDANT | ADDRESS OF SURETY | TELEPHONE NUMBER |
|---|---|---|---|
| MAJED ALAYLEH | FRIEND | 3777 CARAVELLA DR., SAN JOSE 95117 | 408 624 850 |
| MEHYEDDINE ALAYLEH | FRIEND | 3554 PARKLAND AV. | 408 489 |
| MOUNZER LADKANI | FRIEND | 1166 REEVES ST. SANTA CLARA | 408 386 273 |

| NAME OF CUSTODIAN | RELATIONSHIP TO DEFENDANT | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |
|---|---|---|---|
| SANELA HARCEVIC | WIFE | 2011 LYNNHAVEN DR. SAN JOSE, CA | 408 464 8077 5859 |

| AMOUNT OF BOND | ☐ UNSECURED | ☒ SECURED BY | ☐ DEPOSIT RECEIVED RECEIVED FROM: | OTHER SECURITY POSTED TO BE POSTED BY: | TIME/DATE OF NEXT APPEARANCE | COURTROOM/JUDGE |
|---|---|---|---|---|---|---|
| $1,000,000 | | $ SEE BELOW | | | 9 AM 3.10.15 | U.S. COURTHOUSE 111 S. 10TH ST. 17TH FL. ST. LOUIS, MO |

**CONDITIONS OF RELEASE AND APPEARANCE (AMENDED)**

Defendant is subject to each condition checked:
- [x] Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed. *is MA MA*
- [x] Defendant shall not commit any federal, state, or local crime. *is MA MA*
- [x] Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side. *is MA MA*
- [x] Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side. *OR THE MA EASTERN DISTRICT OF MISSOURI is MA*
- [x] Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in _SAN JOSE is MA MA_. See addresses and telephone numbers on reverse side.
- [x] Defendant shall surrender all passports and visas to the Court by _Pretrial ASAP MA_ and shall not apply for any passports or other travel documents. *MA*
- [x] Defendant shall not possess any firearm, destructive device, or other dangerous weapon. *MA*
- [x] Defendant shall remain in the custody of custodian _SANELA HARCEVIC is SEE ABOVE_ *MA MA* who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
- [ ] Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
- [ ] Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
- [ ] Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.
- [x] Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
- [x] Defendant shall have no contact with any co-defendant out of the presence of counsel. *is MA MA*
- [x] Defendant shall not change residence without prior approval of Pretrial Services. *is MA MA*   MA
- [ ] Defendant shall comply with the following curfew: _____ to _____
- [x] Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of _COURT, ATTORNEY VISITS, MEDICAL APPOINTMENTS AS APPROVED_
- [ ] Defendant must [ ] reside in Halfway House _____ [ ] participate in Residential Treatment _BY PRETRIAL_
- [x] The following conditions also apply:

SECURITY: • MAJED ALAYLEH: $15,000 CASH + 3777 CARAVELLA DR., SAN JOSE
• MEHYEDDINE ALAYLEH: $100,000 CASH
• MOUNZER LADKANI: 1166 REEVES ST., SANTA CLARA
↳ 3554 Parkland Avenue, San Jose, CA

*MA*

**FILED**
MAR 17 2015
RICHARD W. NIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

**CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE**

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT | SIGNATURE(s) OF SURETY(ies) |
|---|---|
| /s/ | Sanela Harcevic /s/ /s/ |
| SIGNATURE OF CUSTODIAN | /s/ |
| Sanela Harcevic | |
| THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY. | SIGNATURE OF MAGISTRATE JUDGE: Paul S. Grewal   DATE: 3.17.15 |

Additional Sureties 3/17/15
1) Cybel Kazimi Aladgem
2) Samia Soubra-Lazkani

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
## ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND

**DATE:** 2.24.15
**CASE NUMBER:** 15-70142-MAG

**NAME OF DEFENDANT:** ARMIN HARCEVIC
**ADDRESS OF DEFENDANT:** 2011 LYNNHAVEN DR, SAN JOSE, CA
**TELEPHONE NUMBER:** 408-464-8877

**NAME OF SURETY:**
- MAJED ALAYLEH — FRIEND — 3777 CARAVELLA DR, SAN JOSE, 95117 — 408-824-850
- MEHYEDDINE ALAYLEH — FRIEND — 3554 PARKLAND AVE — 408-489-
- MOUNZER LADKANI — FRIEND — 1166 REEVES ST, SANTA CLARA — 408-386-5059

**NAME OF CUSTODIAN:** SANELA HARCEVIC — WIFE — 2011 LYNNHAVEN DR, SAN JOSE, CA — 408-464-8077

**AMOUNT OF BOND:** $1,000,000 ☒ SECURED BY $ SEE BELOW
**TIME/DATE OF NEXT APPEARANCE:** 9 AM 3.10.15
**COURTROOM/JUDGE:** U.S. COURTHOUSE, 111 S. 10TH ST, 17TH FL., ST. LOUIS, MO

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

- ☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed. MA
- ☒ Defendant shall not commit any federal, state, or local crime. MA
- ☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side. MA
- ☒ Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side. OR THE EASTERN DISTRICT OF MISSOURI MA
- ☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in SAN JOSE MA. See addresses and telephone numbers on reverse side. Pretrial
- ☒ Defendant shall surrender all passports and visas to the Court by ASAP and shall not apply for any passports or other travel documents. MA
- ☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon. MA
- ☒ Defendant shall remain in the custody of custodian SANELA HARCEVIC at SEE ABOVE, who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
- ☐ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
- ☐ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
- ☐ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.
- ☒ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
- ☒ Defendant shall have no contact with any co-defendant out of the presence of counsel. MA
- ☒ Defendant shall not change residence without prior approval of Pretrial Services. MA
- ☐ Defendant shall comply with the following curfew: ___ to ___.
- ☒ Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of COURT, ATTORNEY VISITS, MEDICAL APPOINTMENTS AS APPROVED BY PRETRIAL
- ☐ Defendant must ☐ reside in Halfway House ___ ☐ participate in Residential Treatment
- ☒ The following conditions also apply:

SECURITY:
- MAJED ALAYLEH: $15,000 CASH + 3777 CARAVELLA DR., SAN JOSE
- MEHYEDDINE ALAYLEH: $100,000 CASH
- MOUNZER LADKANI: 1166 REEVES ST., SANTA CLARA

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

**SIGNATURE OF DEFENDANT:** [signed]
**SIGNATURE(s) OF SURETY(ies):** Sanela Harcevic [signed]
**SIGNATURE OF CUSTODIAN:** Sanela Harcevic [signed]
**SIGNATURE OF MAGISTRATE JUDGE:** Paul S. Grewal
**DATE:** 3.17.15

FILED MAR 17 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY.

CLERK OF COURT — WHITE COPY

Sureties 3/12/15

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Virginia__

United States of America

V.

__Muna Jama__
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: __1:14cr230__

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) __United States District Court__
Place
__401 Courthouse Sq., Alexandria, VA__ on _____
Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of __Twenty-Five Thousand__ dollars ($ __25,000__ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X) (6) The defendant is placed in the custody of:
   (Name of person or organization) _____
   (Address) _____
   (City and State) _____ (Tel.No.) _____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian of Proxy

(X) (7) The defendant shall:
   ( ) (a) maintain or actively seek employment.
   ( ) (b) maintain or commence an educational program.
   (X) (c) abide by the following restriction on his personal associations, place of abode, or travel:
      **Do not depart the Washington D.C. metropolitan area without prior approval of Pretrial Services or the Court.** - Reside @ suitable residence + not move w/o prior approval from Court or PTS.
   (X) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: unless in presence of counsel
   (X) (e) report on a regular basis to the following agency: **Pretrial Services.**
   ( ) (f) comply with the following curfew: _____
   ( ) (g) refrain from possessing a firearm, destructive device, or other dangerous weapons.
   ( ) (h) refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug or controlled substance defined in 21 U.S.C. 802 unless prescribed by a licensed medical person.
   ( ) (i) undergo medical or psychiatric treatment and/or remain in an institution, as follows: _____
   ( ) (j) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property: _____
   ( ) (k) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____
   ( ) (l) execute a bail bond with the solvent sureties in the amount of $ _____
   ( ) (m) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
   (X) (n) surrender any passport or other travel documents to: PTS
   (X) (o) obtain no passport or travel documents.
   ( ) (p) undergo substance abuse testing and/or treatment as directed at the direction of Pretrial Services.
   ( ) (q) the defendant shall not operate a motor vehicle without a valid license.
   ( ) (r) the defendant is placed on home detention with electronic monitoring as directed.
   (X) (s) Home detention w/ active GPS monitoring; no access to device w/ internet connection; monitoring software on all computers in home
   X  not to send funds to or directly or indirectly to Kenya or Somali

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - PRETRIAL SERVICES

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State    Telephone

## Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
(X) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 25 Jul 14

/s/
Ivan D. Davis
United States Magistrate Judge

DISTRIBUTION: COURT  DEFENDANT  ATTORNEY  U.S. MARSHAL