IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:19-cr-00013 |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | Chief Judge Waverly D. Crenshaw, Jr. |
|     Defendant. | ) | |

## MOTION TO POSTPONE REVOCATION OF DETENTION ORDER HEARING SET FOR NOVEMBER 24, 2020

Comes now counsel for Defendant, Georgiana Giampietro, Charles Swift, and respectfully asks that this Court postpone the Evidentiary Hearing set on the defendant's Motion to Revoke the Detention Order, currently set for Tuesday, November 24, from 9:00 – 12:00, to coincide with the December 10, 2020, 404(b)/ Evidentiary Hearing, currently set at 1:30 p.m. Counsel discovered late yesterday that a household family member has tested positive for COVID-19, and as such, Counsel is now in a 14 day quarantine and unable to travel or leave home. Provided Counsel does not test positive nor have any symptoms, Counsel will be done with the quarantine on December 1, 2020 and able to travel by December 9, 2020.

I have consulted with the AUSA in this case, Philip Wehby, and he has noted the government's position as follows: The government has previously requested in its opposition to the motion to revoke bond that the scheduled hearing be vacated, and that the Court rule on the papers submitted by the parties. In the alternative, based on counsel's current situation, the government has no objection to rescheduling the hearing for December 10, 2020.

1

Respectfully submitted this 18th day of November 2020.

By: /s/ *Charles Swift*
Charles D. Swift,
Pro Hac Attorney for Giampietro
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
(972) 914-2507

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2020, I electronically filed the foregoing Motion to Postpone Detention Hearing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: /s/ *Charles Swift*
Charles D. Swift, Pro Hac
Attorney for Giampietro
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081