IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | ORDER (PROPOSED) |
| ) | |
| v. ) | Case No.: 2:19-cr-00013 |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO ) | Chief Judge Waverly D. Crenshaw, Jr. |
|     Defendant. ) | |

## ORDER

An Evidentiary Hearing in this matter is scheduled for November 24, 2020, at 9:00 a.m. Due to defense counsel's inability to travel to Nashville to attend this hearing due to COVID-19 quarantine, the November 24 Evidentiary Hearing will be postposed and rescheduled to coincide with the December 10, 2020, Evidentiary hearing already scheduled in this matter.

IT IS SO ORDERED.

                                                            _____
                                                            WAVERLY D. CRENSHAW, JR.
                                                            CHIEF UNITED STATES DISTRICT JUDGE