UNITED DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | No.: 2:19-cr-00013 |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO ) | |
|     Defendant. ) | |

## ORDER

Defendant's Motion to Postpone Revocation of Detention Order Hearing Set for November 24, 2020 (Doc. No. 161) is **GRANTED**. Due to defense counsel's inability to travel to Nashville to attend this hearing due to COVID-19 quarantine, the November 24, 2020 Evidentiary Hearing on the Motion for Bond (Doc. No. 151) is postposed and rescheduled to coincide with the December 10, 2020, Evidentiary Hearing already scheduled in this matter.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE