**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 2:19-cr-00013** |
| | ) | |
| **GEORGIANNA A.M. GIAMPIETRO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER</u>**

The evidentiary hearing and the hearing on the Defendant's Motion to Revoke Detention

Order and Release to Home Confinement set for December 10, 2020 are RESCHEDULED for

**January 14, 2021** at 1:00 p.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE