UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) No. 2:19-cr-00013 | |
| v. ) | |
| ) Chief Judge Crenshaw | |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOVERNMENT'S NOTICE OF CLASSIFIED FILING

The United States provides this notice that on December 21, 2020, a classified submission was filed with the Court. A redacted "half sheet" of the filing accompanies this notice.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

By: /s/ Ben Schrader
BEN SCHRADER
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

By: /s/ Philip H. Wehby
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

By: /s/ Jennifer E. Levy
JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section

1

U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Suite 7600
Washington, D.C. 20530
(202) 514-1092

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, I electronically served one copy of the government's Notice of Classified Filing by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for defendant.

> *s/Ben Schrader*
> BEN SCHRADER
> Assistant U.S. Attorney
> 110th Avenue South, A96l
> Nashville, Tennessee 37203
> Phone: (615) 736-5151