REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013

**UNITED STATES OF AMERICA**
V.

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 1/14/2021

**GEORGIANNA A.M. GIAMPIETRO**

Location: ☑ Nashville ☐ Columbia ☐ Cookeville

Court Reporter: Lise Matthews

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Philip Wehby, Jennifer Levy, Ben Schrader

Defense Attorney(s): Charles Swift, Peter Strianse

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☑
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Hearings held on Motion to Revoke Detention and Motion in Limine Regarding 404 (b) Evidence.
- Motion to Revoke Detention is denied.
- Motion in Limine Regarding 404(b) reserved.
- Defense shall file their renewed filings by 2/15/2021; Responses by 3/1/2021; Replies by 3/8/2021.

Total Time in Court: 1 hour 40 minutes

Clerk of Court
by: Kelly Parise

Case 2:19-cr-00013   Document 166   Filed 01/14/21   Page 1 of 1 PageID #: 2147