# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA  V.  GEORGIANNA A.M. GIAMPIETRO | **EXHIBIT AND WITNESS LIST**  Case Number: 2:19-cr-00013 |
|---|---|

| PRESIDING JUDGE  Waverly D. Crenshaw, Jr. | PLAINTIFF'S ATTORNEY  Ben Schrader, Philip Wehby, Jennifer Levy | DEFENDANT'S ATTORNEY  Charles Swift, Peter Strianse |
|---|---|---|
| TRIAL DATE (S)  Motion to Revoke Detention 1/14/2021 | COURT REPORTER  Lise Matthews | COURTROOM DEPUTY  Kelly Parise |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 1/14/2021 |  |  | WIT: Elizabeth Denise Griffin |
|  | X | 1/14/2021 |  |  | WIT: Maria Williams |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages