**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 2:19-cr-00013** |
| | ) | |
| **GEORGIANNA A.M. GIAMPIETRO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

In accordance with the discussions at the hearing on January 14, 2021, the Court confirms the following:

1. Defendant's Motion to Revoke Detention Order and Release to Home Confinement (Doc. No. 151) is **DENIED** for the reasons stated in detail on the record; and,

2. The Court hereby **RESERVES** ruling on Defendant's Motion in Limine Regarding 404(b) Evidence (Doc. No. 143).  Defendant shall file a supplemental brief that appropriately categorizes and discusses this evidence on or before **February 15, 2021**. The Government shall file a response by **March 1, 2021**.  Defendant may file a succinct reply on or before **March 8, 2021**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE