| REQUEST TO DENY ADMISSION | | | | REQUEST LIMITING INSTRUCTION |
| --- | --- | --- | --- | --- |
| **CATEGORY 1** | **CATEGORY 2** | **CATEGORY 3** | **CATEGORY 4** | **CATEGORY 5** |
| 404(b) notice given | 404(b) notice given | 404(b) notice given | *404(b) notice **NOT** given* | 404(b) notice given |
| **The Defendant's Social Media Posts and Messages Regarding Unrelated Terrorist Organizations, Terrorists, or Attacks** | **Social Media Photos or Statements Made by Terrorists or Unrelated Terrorist Organizations, or Espousing Support for Them** | **Photos Depicting Battlefield Violence and Activity** | **Defendant's Uncharged Financial Transfers to Individuals in Turkey** | **Defendant's Prior Plans to Travel to Syria and Abu Abdullah** |
| - Posts with supportive comments about "Jihadi John," an ISIS fighter who became notorious for beheading prisoners, and about Omar Mateen/the Pulse nightclub shooting in Orlando, Florida. | -Shared posts of radical Islamic teachings on a Telegram channel including, posting Anwar Al-Awlaki's "44 Ways to Support Jihad." | -Photographs on cell phone of foreign fighters accompanied by phrases urging persons to engage in violent jihad. | -Defendant's uncharged June 2018 Western Union transfers to a Muhammad Muhammad, Ahmet Hayek, and Omar Ali for $150, $250, and $500. | -Defendant's prior discussions with Abu Abdullah about wanting to travel to Syria to join and marry him. |
| - Posts in 2015 reflecting support at the time for ISIS, a notorious foreign terrorist organization, including supportive comments about "Jihadi John." | -Photographs on cell phone of statements by Anwar al-Awlaki | -Photographs on cell phone of dead bodies, including what appear to be photographs of victims of foreign fighters. | | -Defendant's prior planning regarding potential travel to Syria, including research and other studies. |
| - Posts in 2015 espousing support for terrorist attacks against the United States, including positive comments concerning Omar Mateen and his attack of the Pulse night club in Orlando, Florida. | -Photographs on cell phone of images related to organizations espousing contributions to the cause of foreign fighters, including, for example, an image captioned, "He who Equips a FIGHTER in Allah's Cause Has taken part in the FIGHTING. | Photographs on cell phone of what appear to be improvised explosive devices. | | |