UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.   2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO, | ) | CLASSIFIED, *IN CAMERA, EX PARTE*, |
| | ) | AND UNDER SEAL WITH THE COURT |
| Defendant. | ) | INFORMATION SECURITY OFFICER |
| | ) | OR HER DESIGNEE |

SECOND SUPPLEMENT TO GOVERNMENT'S MOTION AND MEMORANDUM IN
SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER
PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES
ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE