UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) | |
| Defendant. | ) | |

## ORDER

Because the Court has rescheduled the trial to **September 14, 2021,** at 9:00 a.m. and the pretrial conference to **September 1 and 2, 2021,** at 9:00 a.m., the following deadlines are imposed:

All pretrial motions shall be filed by **July 8, 2021.** Responses shall be filed by **July 27, 2021.** Any reply shall be filed by **August 3, 2021.** The deadline for expert witness disclosures is **July 8, 2021.**

The parties shall file the following by the close of business on **August 18, 2021.**

1. An agreed set of case specific jury instructions, with citations to supporting authorities.

2. Alternative versions of jury instructions on which there is not an agreement, with citations to supporting authorities.

3. An agreed verdict form or alternative versions where there I not agreement.

4. Motions in limine, with each motion presenting only one evidentiary issue; do not file one motion that raises multiple issues.

5. Witness List, with a short summary of the expected testimony.

6. Exhibit List, with exhibits to be numbered sequentially without exceptions.

7. Expert Reports.

1

8. One-two page Joint Statement of the Case.

Responses to motions in limine shall be filed by 4:00 p.m. on **August 23, 2021**. Parties shall email a Word/Wordperfect version of all proposed instructions and verdict forms that are filed to melissa_seay@tnmd.uscourts.gov.

The parties are forewarned that motions filed after the deadlines set forth herein may not be considered by the Court.

Counsel for the parties shall comply timely with the discovery and motion provisions of LCrR 12.01 and 16.01.

The parties are reminded to discuss agreed questionnaires recognizing that any questionnaire must be given to the jury at least 75 days prior to the trial.

Finally, the Court will hold a status conference on **June 17, 2021,** at 9:00 a.m. during which the parties will be prepared to address the Government's motion for protective order (Doc. No. 108) and the Defendant's response thereto (Doc. No. 124).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE