UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court will hold an *ex parte, in camera* Classified Information Procedures Act (CIPA) hearing with the Government on **May 5, 2021** at 1:30 p.m. to address the Government's Notice of Classified Filing (Doc. No. 172). An appropriate representative(s) from the Department of Justice - National Security Division Counterterrorism Section shall attend the hearing and be able to address the Government's Notice.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE