UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:19-cr-00013 |
| | ) | CHIEF JUDGE CRENSHAW |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, Kathryn D. Risinger, to give Notice of Appearance of Counsel for the government in the above styled case.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney

By: s/ Kathryn D. Risinger
KATHRYN D. RISINGER
Assistant U. S. Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2021, a copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for defendant.

s/ Kathryn D. Risinger
KATHRYN D. RISINGER
Assistant United States Attorney