UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No.    2:19-cr-00013 |
| v.          ) | |
| ) | Chief Judge Crenshaw |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO, ) | |
| ) | |
| Defendant.         ) | |
| _____ ) | |

## GOVERNMENT'S NOTICE OF CLASSIFIED FILING

The United States provides this notice that on June 3, 2021, a classified submission was filed with the Court. A redacted "half sheet" of the filing accompanies this notice.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney
Middle District of Tennessee

By: *s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

By: *s/ Ben Schrader*
BEN SCHRADER
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

1

By: *s/ Kathryn Risinger*
 KATHRYN RISINGER
 Deputy Criminal Chief –Organized Crime
 110 9th Avenue South, Suite A-961
 Nashville, Tennessee 37203
 (615) 736-5151

By: *s/Jennifer E. Levy*
 JENNIFER E. LEVY
 Trial Attorney
 Counterterrorism Section
 U.S. Department of Justice
 950 Pennsylvania Avenue, N.W., Suite 7600
 Washington, D.C.   20530
 (202) 514-1092

### CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2021, I electronically served a copy of the government's Notice of Classified Filing by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for defendant.

 *s/ Philip H. Wehby*
 PHILIP H. WEHBY
 Assistant United States Attorney
 110 9th Avenue South, Suite A-961
 Nashville, Tennessee 37203
 (615) 736-5151

2