UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:19-cr-00013 |
| v. ) | |
| ) | Chief Judge Crenshaw |
| GEORGIANNA A.M. GIAMPIETRO, ) | CLASSIFIED, *IN CAMERA, EX PARTE,* |
| ) | AND UNDER SEAL WITH THE |
| Defendant. ) | CLASSIFIED INFORMATION |
| ) | SECURITY OFFICER |
| ) | OR HER DESIGNEE |

**GOVERNMENT'S THIRD SUPPLEMENTAL SUBMISSION IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**