UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cr-00013 |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In a belt and suspenders approach, the Government has filed a "Motion to Renew Government's Motion for a Protective Order Pertaining to the Testimony of Undercover and Online Covert Employees at Trial." (Doc. No. 180). The Motion to Renew is **GRANTED**. Again, set forth in the Order entered April 16, 2021, "the Court will hold a status conference on **June 17, 2021**, at 9:00 a.m. during which the parties will be prepared to address the Government's motion for protective order (Doc. No. 108) and the Defendant's response thereto (Doc. No. 124)." (Doc. No. 173 at 2).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE