IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.     2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

**PARTIES' JOINT NOTICE REGARDING PROPOSED JUROR QUESTIONNAIRE**

The United States of America, by and through its attorneys, the Acting United States Attorney for the Middle District of Tennessee and the Chief of the Counterterrorism Section of the National Security Division, United States Department of Justice, and Charles Swift, counsel for defendant, respectfully file this Joint Notice Regarding Proposed Juror Questionnaire. In support thereof, the parties submit the following:

The parties have prepared the attached juror questionnaire, identified as Attachment A, which includes the proposed questions agreed to by the parties.

The parties will separately submit any additional questions each party would like included in the questionnaire, but on which the parties were unable to agree.

# CONCLUSION

WHEREFORE, the parties request that the Court take notice of the above matters.

                                                        Respectfully Submitted,

                                                        MARY JANE STEWART
Acting United States Attorney
Middle District of Tennessee

By:   /s/ *Kathryn Risinger*
      KATHRYN RISINGER
      Deputy Criminal Chief – Organized Crime

      /s/ *Phil Wehby*
      PHIL WEHBY
      Assistant United States Attorney
      110 9th Avenue South
      Nashville, Tennessee 37203
      Phone: (615) 736-5151

      /s/ *Jennifer E. Levy*
      JENNIFER E. LEVY
      Trial Attorney
      Counterterrorism Section
      U.S. Department of Justice
      950 Pennsylvania Avenue, N.W.
      Suite 7600
      Washington, D.C. 20530
      (202) 514-1092


                                                       Respectfully Submitted,

By:   */s/ Charles Swift*
      Charles D. Swift, Pro Hac Vice
      Attorney for GIAMPIETRO
      100 N. Central Expy., Suite 1010
      Richardson, TX 75080
      cswift@clcma.org

2

Case 2:19-cr-00013   Document 182   Filed 06/11/21   Page 2 of 2 PageID #: 2254