**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF TENNESSEE**

**NASHVILLE DIVISION**

801 Broadway

Nashville, TN 37203



**CONFIDENTIAL JUROR QUESTIONNAIRE**

This Questionnaire, to be filled out by each prospective juror, is designed solely to save time and assist in jury selection. These questions could be asked in open court, but you are given more privacy by answering them in this Questionnaire.

Answer all questions to the best of your ability. There are no right or wrong answers. To answer correctly, you must answer honestly. Please read each question carefully. Print your answers clearly. Do not discuss them with anyone.

If you cannot answer a question because you do not understand it, write "Do Not Understand" next to the question. If you cannot answer because you do not know, write "Do Not Know" next to the question.

Questionnaires will be available to counsel for the limited purpose of assisting their preparation for jury selection. They are not otherwise to be used, copied, or disclosed without Court Order. After use at trial, Questionnaires shall be returned to the Clerk. Contact prior to trial by any counsel, party or any person acting on behalf of any counsel or party with any prospective juror is absolutely forbidden. Non-compliance with this directive or any other limitation imposed with reference to the disclosure or use of the Questionnaires will lead to contempt of Court citation and other appropriate sanction.

**COMPLETE AND RETURN THIS QUESTIONNAIRE IMMEDIATELY.**

ATTACHMENT A

Full Name: _____ Age: _____ Gender: _____

Juror No.: _____

1. What is your current relationship status? Are you:

   Single:   Never Married ❏   Living with someone ❏   Divorced ❏   Widowed ❏

   Married:  Never divorced ❏   Previously divorced ❏   Currently separated ❏

2. City or Community you currently live in: _____

   Zip Code: _____

3. How long have you lived in your current city or community? _____

4. Which of the following best describes your residence?

   Rental House ❏         Own Home ❏

   Rental Apartment ❏     Own Mobile Home ❏

   Own Condominium ❏      Other ❏

5. Where else have you lived during the last ten years (without giving your address(es))?

   _____

6. If married, or sharing a household with another adult, please describe that person's job. Please indicate if they are retired, a homemaker who does not work outside the home, unemployed, disabled, or a student. If a student in college or graduate school, what is the area of study?

   <u>Employed:</u>

   A. Employer: _____

   B. Job Title: _____

   C. How long has he/she had (or did have) this job: _____

   D. Job Duties: _____

   <u>Student:</u>

   A. Grade Level: _____

   B. Area of Study: _____

7. Other than a spouse or children, who else lives in your household:

   Relationship to you: _____

   Age: _____

   Occupation (if any): _____

2

8. What is your current or most recent job? (Please indicate if you are retired, a homemaker who does not work outside the home, unemployed, disabled or a student.)

   A. Employer: _____

   B. Job Title: _____

   C. How long have you had (or did you have) this job: _____

   D. Job Duties: _____

9. Please briefly describe the types of jobs you have held in the last 10 years:

   _____

   _____

10. No matter your current employment status, if you could change your job/profession to anything, what would you change it to?

    _____

    _____

11. What is your highest level of education?

    Less than high school: _____

    High school graduate (or GED): _____

    Technical training/trade school: _____

        Major/degree: _____ School Attended: _____

    Some college: _____

        Major/degree: _____ School Attended: _____

    College graduate: _____

        Major/degree: _____ School Attended: _____

    Graduate school: _____

        Major/degree: _____ School Attended: _____

12. Do you have any specialized work-related or professional training?

    Yes ❑   No ❑

    If yes, please describe the type of training:

    _____

    _____

13. If you have had any legal training, please describe: _____

14. Do you, a family member or a close friend practice law?  Yes ❑   No ❑

    If yes, please describe the type of practice: _____

3

Case 2:19-cr-00013   Document 182-1   Filed 06/11/21   Page 3 of 16 PageID #: 2257

15. Do you have any training in the files of computers or specialized knowledge of computers, the Internet, computer programming, networking, etc.? If yes, please describe the type of training received:

16. Do you speak, read, or understand the Arabic language? If so, please describe the level of your ability:

17. Please describe your spouse/partner's occupation (please do not list employer's name/address).

18. What is your spouse/partner's highest level of education or degree?

19. If you have children, stepchildren, or other children you have raised, and that no longer reside with you, please list the following information for each:

    Relationship *(son, stepson, etc)*  Age  Highest Level of Education   Job/Occupation

20. What were your parents' occupations?

21. Have you, a close family member or close friend, ever served in any branch of the armed forces of the United States (including the military reserves, National Guard, or ROTC)?

    Yes (you) ❏     Yes (family member/close friend) ❏     No ❏

    If yes, please answer the following:

    A. Please list what branch of service, the approximate years of service, highest rank attained, and places where you or your close family member or close friend were stationed.

    B. What areas of specialized training did you or your close family member or close friend receive?

4

C. Were you or your close family member or close friend injured while serving in the military? Yes ❑   No ❑

_____

D. Did you or your close family member or close friend ever participate in a court martial? Yes ❑   No ❑

If yes, please describe the role and the charges:

_____

_____

E. Did you or your close family member or close friend serve in active combat duty?

Yes ❑   No ❑

If yes, which conflict, war, combat zone, etc.?

_____

F. Do you have any strong feelings for or against the United States military?

Yes ❑   No ❑

If yes, please explain:

_____

_____

22. Other than for military service explained above, have you ever lived outside of the United States? Yes ❑   No ❑

If yes, where and when did you live? _____

23. Have you ever lived in or visited the Middle East, Africa, or any predominantly Muslim country? Yes ❑   No ❑]

If yes, which countries? _____

24. What community, civic, social, union, professional, fraternal, political, religious or recreational organizations do you belong to or are otherwise affiliated with?

_____

_____

Have you held any offices or positions of leadership?   Yes ❑   No ❑

If yes, please describe:

_____

_____

5

25. Please describe any previous jury or grand jury service in state or federal court:

   A. Was it a grand jury?  Yes ❏    No ❏

   B. Was it a trial jury?  Yes ❏    No ❏

   C. Were you the foreperson?  Yes ❏    No ❏

   D. Was it a criminal case in which you were asked to return a verdict of guilty or not guilty?
      Yes ❏    No ❏

   E. Was it a civil case in which you were asked to return a verdict for plaintiff or defendant?
      Yes ❏    No ❏

   F. Did you reach a verdict in a criminal case?  Yes ❏    No ❏

   G. Did you reach a verdict in a civil case?  Yes ❏    No ❏

26. Have you ever been a witness in a civil or criminal case in state or federal court?

   Yes ❏    No ❏

   If yes, briefly describe the case and outcome:

   _____
   _____

27. Have you ever been a party (plaintiff or defendant) in a civil case in state or federal court?
      Yes ❏    No ❏

   If yes, briefly describe the case and outcome:

   _____
   _____

28. Have you, a close family member, or friend, ever been a party to any legal action or proceeding involving the United States, or any state or local government or its officers, agents or employees?  Yes ❏    No ❏

   If yes, briefly explain:

   _____
   _____

6

29. Have you, a close family member, or friend ever been a witness to or the victim of a crime?
    Yes ❏   No ❏

    If yes, briefly explain the following:

    1) Witness or victim? _____

    2) What was the case? _____

    3) Who investigated it? _____

    4) Was the crime solved?  Yes ❏   No ❏

    5) Was the perpetrator criminally prosecuted?   Yes ❏           No ❏
    Was the victim fairly treated?  Yes ❏   No ❏

        If no, please describe the reason why:
        _____
        _____

    6) Whether or not a perpetrator was caught, were you satisfied with the conduct of the police and/or the prosecution team?  Yes ❏   No ❏

        If no, please describe the reason why?
        _____
        _____

    7) Were you satisfied with the conduct of the defense attorney/defense team?

        Yes ❏   No ❏

        If no, please describe the reason why?
        _____
        _____

    8) Would this experience influence your ability to reach a verdict based only on the evidence in this case?  Yes ❏   No ❏   Unsure ❏

        If yes or unsure, briefly explain:
        _____
        _____

7

9) Excluding minor matters such as traffic tickets, have you, a family member, or close friend ever been the subject of a criminal investigation, charged with a crime, or convicted of a crime?  Yes ❑   No ❑

    If yes, briefly explain:

    a.    What was the nature of the offense: _____

    b.    Were you/they charged?  If so, what happened after you/they were charged?

    c.    Have you, a family member or close friend ever been stopped or questioned by any law enforcement officer or agency?   Yes ❑   No ❑

        If yes, briefly explain:

    d.    Would this experience influence your ability to reach a verdict based solely on the evidence in this case? Yes ❑   No ❑   Unsure ❑

        If Yes or Unsure, briefly explain:

30. Do you have, or have you ever had, a close friend or family member in prison?

Yes (self) ❑   Yes (friend/family) ❑   No ❑

If yes, please explain the circumstances of their imprisonment (*i.e.*, the nature of the crime and sentence imposed) without giving names:

31. Have you ever had an experience, either positive or negative, with any law enforcement officer that could influence your verdict? Yes ❑   No ❑   Unsure ❑

If yes or unsure, briefly explain:

32. Does any department or agency of the United States government have a claim against you or any family member or close friend? Yes ❏ No ❏

    If yes, briefly explain: _____

    _____

33. Have you, a family member, or close friend ever been employed by any prosecutor's office, law enforcement agency, or other federal, state, or local governmental agency?

    Yes ❏ No ❏

    If yes, briefly explain:

    A. Identify the employee: _____

    B. Describe your relationship to the employee: _____

    C. Identify the employer: _____

    D. Approximate dates of employment: _____

    E. Job title and description: _____

34. Have you, a family member, or anyone else close to you ever worked for, or volunteered in, or ever otherwise been affiliated with any local, state or federal intelligence, investigative, or counterterrorism agency or department, such as the National Security Agency, Federal Bureau of Investigation, Drug Enforcement Administration, U.S. Marshals Service, Department of Homeland Security, Immigration and Customs Enforcement, Internal Revenue Service? (If it is someone other than you, please specify the relationship to you.)

    Yes ❏ No ❏

35. Have you, or any family member or close friend, applied for a position in any prosecutor's office, law enforcement agency, or other federal, state, or local governmental agency?

    Yes ❏ No ❏

    If yes, please explain the person's relationship to you, and when, where and which agency was involved. Please do not provide the person's name.

    _____

    _____

36. Have you, a close family member, or friend ever been employed by anyone involved in criminal defense work, such as private defense attorneys, public defenders, or private investigators? Yes ❏ No ❏

    If yes, briefly explain: _____

    _____

9

    A. Identify the employee generally and describe your relationship to the employee:

        _____

    B. Identify the employer: _____

    C. Approximate dates of employment: _____

    D. Job title and description: _____

37. Have you, or any family member or close friend, applied for a position with a defense attorney or a public defender's office?  Yes ❏   No ❏

    If yes, please explain the person's relationship to you, and when and where the application was made.  Please do not provide the person's name.

    _____

38. Have you ever volunteered, been employed, or applied for work in any law enforcement field or agency, such as the police, sheriff, ATF, FBI, or private security or as a probation, parole, or correction officer?  Yes ❏   No ❏

    If yes, please describe the job and approximate dates:

    _____
    _____

39. Has anyone you know well ever volunteered, been employed, or applied for work in the law enforcement field?  Yes ❏   No ❏

    If yes, please describe your relationship to the person, the job, and the approximate dates:

    _____
    _____

40. Do you tend to believe that a member of law enforcement, such as a police officer or federal agent, who testifies in court is (check one):

    ❏ More likely to tell the truth than other witnesses.

    ❏ About as likely to tell the truth as other witnesses.

    ❏ Less likely to tell the truth than other witnesses

    Please explain:

    _____
    _____

41. Please list all organizations that you, a family member, or anyone close to you has ever worked for, or volunteered in, or ever otherwise been affiliated with.

    _____
    _____

10

Case 2:19-cr-00013   Document 182-1   Filed 06/11/21   Page 10 of 16 PageID #: 2264

42. Have you, a family member, or anyone close to you ever considered, applied or have any plans to apply to any immigrant rights advocacy group, civil rights organization, or conservative political action group?

    Yes ❏    No ❏

    If yes, please identify the groups or organizations:
    _____
    _____

43. Are you currently a member of any church, synagogue, mosque, temple or other religious organization? (Do not specify which)  Yes ❏    No ❏

    If so, how often do you attend religious services? _____

44. How important is your faith, if any, to you?

    ❏ Extremely important and I make major life decisions based on my faith.

    ❏ Important, but I consider other issues too.

    ❏ Not very important in my daily life.

45. Do you know any practicing Muslims or anyone who observes the Islamic faith?

    Yes ❏    No❏

46. Do you have any interactions with people who are Muslim or practice Islam?

    Yes ❏    No❏

    If "yes", please explain
    _____
    _____

47. How familiar are you with the teachings of Islam (i.e. the Muslim Religion)?
    Very Familiar ❏      Somewhat Familiar ❏      Not Familiar ❏

48. Do you have strongly held thoughts or opinions about Muslims or about Islam?
    Yes ❏ No ❏

    If "yes", please explain:
    _____
    _____

49. Do you know anyone who was killed, injured in, or present at any terrorist attack domestic or abroad?
    Yes ❏    No ❏

11

50. Has any terrorist attack directly impacted you or your family or close friends in any specific way?

    Yes ❑   No ❑

    If yes, please identify which attack and explain.

    _____
    _____

51. Do you have any views about, or experiences with, the response of the United States to terrorism or its foreign policy concerning the Middle East, Iraq, Syria or Afghanistan that would prevent you from being a fair and impartial juror in this case?  Yes ❑   No ❑

    If yes, please explain: _____

52. Have you closely followed news reports of the conflict in Syria?  If yes, would that affect your ability to be a fair and impartial juror in this case?  Yes ❑   No ❑

    If yes, please explain:

    _____
    _____

53. Have you read other accounts concerning the conflict in Syria?  If yes, would that affect your ability to be a fair and impartial juror in this case?  Yes ❑   No ❑

    If yes, please explain:

    _____
    _____

54. Which TV programs do you watch most often?

    _____
    _____

55. Do you watch any law or crime shows (like Law & Order or Crime Scene Investigation ("CSI")), or do you listen to any "true crime" podcasts (like Serial)?  Yes ❑   No ❑

    If yes, which law related TV shows do you watch, and/or which podcasts do you listen to?

    _____
    _____

56. What are your three favorite non-news shows?

    1) _____  2) _____  3) _____

57. Do you read newspapers or magazines, or on-line sites or blogs?  Yes ❑   No ❑

58. What types of books do you like to read?  _____

    _____

12

Case 2:19-cr-00013   Document 182-1   Filed 06/11/21   Page 12 of 16 PageID #: 2266

59. List any news sources (newspapers, TV shows, radio shows, magazines, websites, blogs, podcasts, etc.) that you read, watch, or listen to regularly.

    _____

    _____

    _____

60. What is your primary source of news?

    _____

61. Do you listen to talk radio?  Yes ❑    No ❑

62. Have you ever written to the editor of a newspaper or posted a comment to an on-line site?

    Yes ❑    No ❑

63. Do you follow media or press reports of criminal cases on television, radio or over the internet?
    Yes ❑    No ❑

64. Have you read books or articles about terrorism, including online articles?

    Yes ❑    No ❑

65. Have you read books or periodicals, taken educational courses, received on-the-job training, had employment-related experiences, or had other significant exposure relating to the following:

    ISIL ❑            Abu Bakr al-Baghdadi ❑         Al Qaeda ❑

    ISIS ❑            Anwar Al- Awlaqi ❑             Afghanistan ❑

    HTS ❑             The Islamic State ❑            Al-Nusrah Front ❑

    The Islamic State of Iraq and the Levant ❑       Turkey ❑

    The Islamic State of Iraq and Syria ❑            Syria ❑

    Hayat Tahrir al Sham ❑

66. Do you use a cell phone or smartphone?  Yes ❑    No ❑

    ___What type of phone?___

67. Do you send or receive text messages?  Yes ❑    No ❑

13

68. Do you use any social media accounts or mobile messaging applications (apps)?

   Yes ❏   No ❏

   If yes, please check all below for which you have an account, profile, or app:

   | | | |
   |---|---|---|
   | Facebook ❏ | Skype ❏ | Google+/YouTube ❏ |
   | Instagram ❏ | My Space ❏ | Snapchat ❏ |
   | Tumblr ❏ | Twitter ❏ | WhatsApp ❏ |
   | Surespot ❏ | Parler ❏ | Signal ❏ |
   | Reddit ❏ | 4Chan ❏ | 8Chan ❏ |
   | Telegram ❏ | Others ❏: | |

   If yes, please describe the use and frequency of each:

   ❏ Daily: _____

   ❏ Weekly: _____

   ❏ Rarely: _____

   Please identify the top three social media accounts that you use most frequently:

   _____

69. Please identify the categories of persons you follow-on social media (*i.e.*, sports personalities, political commentators, celebrities): _____

70. In terms of your political outlook, do you usually think of yourself as one of the following:

   Very conservative ❏

   Conservative ❏

   Moderate ❏

   Liberal ❏

   Very liberal ❏

   None of the above ❏

71. What are your hobbies and special interests?

   _____

   _____

   _____

72. Do you have a language, hearing, or eyesight problem, or other condition, or are you taking medication, that makes it difficult for you to serve as a juror?  Yes ❏   No ❏

    If yes, what effect does it have?

    _____

    _____

73. Does a close family member or friend have a medical or physical condition that would make it difficult for you to serve as a juror?

    Yes ❏   No ❏

    If yes, briefly explain:

    _____

    _____

74. Is there any circumstance taking place in your life, whether personal, family, work, or other that prevents you from devoting your full attention during a trial in September 2021?

    Yes ❏   No ❏

    If yes, briefly explain:

    _____

    _____

    _____

    _____

75. Is there anything about your background or your personal, political, or religious beliefs that would prevent you from sitting in judgment of another person in a criminal trial?

    Yes ❏   No ❏

    If yes, please explain:

    _____

    _____

    _____

76. Do you know of any reason at all why you might not be able to serve as a completely objective and impartial juror in this case?  Yes ❏   No ❏

    If yes, please explain:

    _____

    _____

    _____

77. Is there any other information that you feel you should share privately with the Judge and the attorneys that you believe may bear upon your ability to serve as a juror?

Yes ❏   No ❏

If yes, please explain:

_____

_____

_____


I HEREBY STATE UNDER PENALTY OF PERJURY THAT ALL ANSWERS GIVEN IN THIS QUESTIONNAIRE ARE TRUE, CORRECT, AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

I FURTHER DECLARE THAT I WILL NOT DISCUSS THIS CASE WITH ANYONE OR PERMIT ANYONE TO DISCUSS IT WITH ME, INCLUDING MY FAMILY, FRIENDS, AND CO-WORKERS. I WILL NOT PARTICIPATE IN ANY FORM OF COMMUNICATION WHATSOEVER, WHETHER OVER THE INTERNET, SUCH AS E-MAIL, INSTANT MESSAGING, TWEETING, FACEBOOK OR OTHER SOCIAL MEDIA POSTS, WEBSITES, AND BLOGS. I WILL NOT GATHER INFORMATION, INVESTIGATE, OR DO ANYTHING ELSE TO LEARN ABOUT THE CASE OUTSIDE THE COURTROOM.


DATE: _____, 2021

_____

Juror's signature


_____

Print Name