IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.  2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## GOVERNMENT'S ADDITIONAL PROPOSED JURY QUESTIONS FOR INCLUSION IN THE JURY QUESTIONNAIRE

The United States of America, by and through its attorneys, the United States Attorney for the Middle District of Tennessee and the Chief of the Counterterrorism Section of the National Security Division, United States Department of Justice, hereby submits these additional questions, which the Government believes should be included in the Confidential Jury Questionnaire that will be sent to potential jurors in this case, but to which the defense objects:

1. Have you contributed money or anything of value to a charity or organization (including a political or religious organization) within the last ten years?

    Yes ❑     No ❑

    If yes, please list the name(s) of the charity or organization:

    _____

    _____

2. Ms. Giampietro is charged with attempting to provide material support to a terrorist organization overseas and obstruction of justice relating to the attempt to provide material support to a terrorist organization overseas.  You will be judging only the crimes with which she is charged, not the general subject of terrorism.  Would anything about your views on terrorism and our government's response to it affect your ability to be fair and impartial to either the government or to Ms. Giampietro?

    Yes ❑     No ❑

    If yes, please explain:

    _____

    _____

3. Is there anything about a case where the defendant and some of the witnesses are Muslim and observe the Islamic faith that would make it difficult for you to serve as a juror?

   Yes ❏     No ❏

   If yes, please explain:

   _____

   _____

4. Do you have any views about, or experiences with, the involvement of the United States in the Iraq War that would prevent you from being a fair and impartial juror in this case?

   Yes ❏     No ❏

   If yes, please explain:

   _____

   _____

5. Did you closely follow contemporaneous news reports of the Iraq War? If yes, would that affect your ability to be a fair and impartial juror in this case?

   Yes ❏     No ❏

   If yes, please explain:

   _____

   _____

6. Have you read post-war books, or other accounts, related to the Iraq War?

   Yes ❏        No ❏

   If yes, would that affect your ability to fairly and impartially evaluate the evidence in this case?

   Yes ❏     No ❏

   If yes, please explain:

   _____

   _____

2

Case 2:19-cr-00013   Document 183   Filed 06/11/21   Page 2 of 3 PageID #: 2272

## CONCLUSION

WHEREFORE, the Government requests that the Court include the above questions in the Confidential Juror Questionnaire sent to potential jurors in this case.

Respectfully Submitted,

MARY JANE STEWART
Acting United States Attorney
Middle District of Tennessee

By: /s/ *Kathryn Risinger*
KATHRYN RISINGER
Deputy Criminal Chief – Organized Crime

/s/ *Phil Wehby*
PHIL WEHBY
Assistant United States Attorney
110 9th Avenue South
Nashville, Tennessee 37203
Phone: (615) 736-5151

/s/ *Jennifer E. Levy*
JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 7600
Washington, D.C. 20530
(202) 514-1092

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021, a true and correct copy of the foregoing document was filed electronically via CM/ECF, which will automatically provide service to Charles Swift and Peter Strianse, counsel for the defendant.

/s/ *Kathryn Risinger*
KATHRYN RISINGER
Deputy Criminal Chief – Organized Crime
