UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA    )
                            )
                            )    No.    2:19-cr-00013
        v.                  )
                            )    Chief Judge Crenshaw
                            )
GEORGIANNA A.M. GIAMPIETRO  )

## UNITED STATES' MOTION TO EXCUSE COUNSEL
## FROM FUTURE COURT APPEARANCES

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys for the Middle District of Tennessee and Trial Attorney for the Counterterrorism Section of the Department of Justice, and hereby respectfully requests that the Court excuse Assistant United States Attorney (AUSA) Ben Schrader from future court appearances in this case with the exception stated below.    Recently, AUSA Kathryn Risinger filed a notice of appearance (R.175) and is expected to try the case in mid-September in lieu of Mr. Schrader, who has a conflict with another trial before this Court in October 2021 that will require substantial preparation in the months leading up to that trial.    Subject to Court approval, however, AUSA Schrader will remain available to address the pending CIPA matter before the Court, to which he has devoted much time and attention, and which is next set for a hearing on July 27, 2021 (R. 178).    With that exception, the United States moves this Court to excuse AUSA Schrader from all future court appearances in this case.

WHEREFORE, the United States requests that the Court grant the requested relief.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney
Middle District of Tennessee

By: *s/ Philip H. Wehby*
PHILIP H. WEHBY
KATHRYN RISINGER
Assistant United States Attorneys
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

By: *s/ Jennifer Levy*
JENNIFER LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 7600
Washington, D.C. 20530
(202) 514-1092

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2021, I have forwarded a copy of the foregoing document, via the Court's electronic filing system, to Peter J. Strianse, Esq., and Charles D. Swift, Esq., counsel for defendant.

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney