UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) |
| Defendant. | ) |

## ORDER

The United States' Motion to Excuse Counsel from Future Court Appearances (Doc. No. 185) is **GRANTED**. Assistant United States Attorney Ben Schrader is excused from future court appearances. The United States will continue to be represented by Philip H. Wehby and Kathryn Risinger.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE