UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 2:19-cr-00013 |
| | ) | |
| **GEORGIANNA A.M. GIAMPIETRO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

In accordance with the discussions at the hearing on June 17, 2021, the Court confirms the following:

(1) The Government's Motion for a Protective Order (Doc. No. 108) as renewed (Doc. No. 180-1) is hereby **DENIED WITHOUT PREJUDICE.** Counsel for the parties shall meet and confer in person in an effort to resolve the issues raised by the Motion. Attorneys Philip H. Wehby and Peter J. Strianse are tasked with ensuring that those discussions are productive. It is anticipated that the parties will be able to work out most, if not all, of the issues. If the Government finds it necessary to renew its motion for issues on which agreement could not be reached, that motion shall be accompanied by an affidavit or declaration (that may be filed underseal), which is case and/or witness specific, much like what the government has done in other published cases.

(2) Each party shall file a preliminary witness lists by **August 4, 2021**. For each identified witness, a sufficient description of their testimony shall be provided that covers the topics on which they intend to testify so that the Court will be in a better position to understand the anticipated evidence and estimate the required length of the trial.

(3) The parties were advised of the Court's intentions regarding the proposed juror

questionnaires.  Once the Court has made its final revision and modifications, copies will be provided to counsel prior to being sent to the jury pool.

(4) The Government has already provided some expert disclosures to Defendant.  Defendant shall review those disclosures and promptly notify the Court if a <u>Daubert</u> hearing is necessary.

(5) Each motion in limine shall be limited to one topic.  The motion shall be a self-standing document, with no incorporation by reference to facts or arguments made elsewhere.

(6) If the parties believe that a further status conference is necessary before the final pretrial conference, they should file a motion requesting the same.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE