UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No.   2:19-cr-00013 |
| v.   ) | |
| ) | Chief Judge Crenshaw |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## GOVERNMENT'S NOTICE OF CLASSIFIED FILING

The United States provides this notice that on June 16, 2021, a classified submission was filed with the Court.   A redacted "half sheet" of the filing accompanies this notice.

        Respectfully submitted,

        MARY JANE STEWART
        Acting United States Attorney
        Middle District of Tennessee


By: *s/ Philip H. Wehby*
    PHILIP H. WEHBY
    Assistant United States Attorney
    110 9th Avenue South, Suite A-961
    Nashville, Tennessee 37203
    (615) 736-5151

By: *s/ Ben Schrader*
    BEN SCHRADER
    Assistant United States Attorney
    110 9th Avenue South, Suite A-961
    Nashville, Tennessee 37203
    (615) 736-5151

By: *s/ Kathryn Risinger*
    KATHRYN RISINGER
    Deputy Criminal Chief –Organized Crime
    110 9th Avenue South, Suite A-961
    Nashville, Tennessee 37203
    (615) 736-5151

By: *s/Jennifer E. Levy*
    JENNIFER E. LEVY
    Trial Attorney
    Counterterrorism Section
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W., Suite 7600
    Washington, D.C. 20530
    (202) 514-1092

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2021, I electronically served a copy of the Government's Notice of Classified Filing by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for defendant.

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151