REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013-1

UNITED STATES OF AMERICA
V.

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: June 17, 2021

Georgianna A.M. Giampietro

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Lise Matthews

Court Interpreter: n/a

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Philip H. Wehby, Jennifer E. Levy and Kathryn Risinger

Defense Attorney(s): Peter J. Strianse and Charles D. Swift

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Status conference held.
- For the reasons stated in open court, counsel shall get together to discuss pending issues as addressed before the Court.
- Counsel to provide the Court with a preliminary Witness List by August 4, 2021.
- The Court addressed the Notice (Docket Entry No. 182), counsel to respond accordingly.
- Pretrial motions to be filed by July 8, 2021.
- Order to enter.

Total Time in Court: 1 hour 5 minutes

Clerk of Court
by: Megan Gregory