UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cr-00013 |
| | ) |
| GEORGIANNA A.M. GIAMPIETRO, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties have filed a Notice (Doc. No. 191) indicating that they have resolved or are in the process of resolving many of the issues raised by the Government's motion for a protective order relating to undercover government witnesses expected to testify at trial. On or before July 20, 2021, the Government shall report on the status of its discussion with the Department of Justice regarding partial closure of the courtroom, which the Court is inclined to do, during the testimony of those witnesses.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE