IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.  2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## GOVERNMENT'S SUPPLEMENTAL NOTICE OF EXPERT TESTIMONY

The United States of America, by and through its attorneys, the Acting United States Attorney for the Middle District of Tennessee and the Chief of the Counterterrorism Section of the National Security Division, United States Department of Justice, pursuant to Rules 16(a)(1)(F) and (G) of the Federal Rules of Criminal Procedure, hereby files this supplemental notice of intent to offer evidence that may be construed as expert testimony pursuant to Rules 702 and 703 of the Federal Rules of Evidence in the above-referenced case.

The government filed its initial expert notice on May 15, 2020, identifying two potential expert witnesses. This supplemental notice identifies one additional witness whom the government had not previously identified, but subsequently has determined that it may also call at trial. However, the government contends the below anticipated testimony is more akin to lay witness fact testimony under Rule 701 and therefore, does not need to be disclosed as potential expert testimony pursuant to Rules 702 and 703 of the Federal Rules of Evidence. Nevertheless, out of an abundance of caution, the below individual is being noticed as a potential expert in this case.

### FBI Special Agent Richard Campbell

FBI Special Agent Richard Campbell is currently the Division Coordinator for the FBI Computer Analysis Response Team and is a Certified Computer Forensic Examiner. During the investigation in this case, Campbell retrieved, examined, and/or analyzed the content and data

retrieved from the defendant's electronic devices seized in this case, including her cellular telephone and computer. Campbell's anticipated testimony regarding the retrieval, examination, and collection of data from the defendant's electronic devices is more akin to that of a fact witness in that he will explain the evidence he located, any software he used to locate and seize that evidence, and, how he verified the accuracy of such evidence. The government anticipates that Campbell will also provide testimony regarding his training and background, including any training related to the methods and/or software used to assist him in the examination of the electronic devices. Courts, including District Courts in the Middle District of Tennessee, have previously held that the extraction of information from an electronic device utilizing technology such as Cellebrite does not qualify as expert testimony subject to Rules 702 and 703 of the Federal Rules of Evidence. A copy of Campbell's curriculum vitae is attached hereto and any reports drafted by Campbell were previously disclosed by the government as part of its Rule 16 discovery obligations.

## CONCLUSION

WHEREFORE, the parties request that the Court take notice of the above matters.

> Respectfully Submitted,
>
> MARY JANE STEWART
> Acting United States Attorney
> Middle District of Tennessee
>
> By: /s/ *Kathryn Risinger*
> KATHRYN RISINGER
> Deputy Criminal Chief – Organized Crime
>
> /s/ *Phil Wehby*
> PHIL WEHBY
> Assistant United States Attorney
> 110 9th Avenue South
> Nashville, Tennessee 37203
> Phone: (615) 736-5151

2

/s/ *Jennifer E. Levy*
JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 7600
Washington, D.C. 20530
(202) 514-1092

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2021, I electronically filed one copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for defendant in this case.

/s/ **Kathryn D. Risinger**
KATHRYN D. RISINGER
Assistant United States Attorney

# ATTACHMENT

*Curriculum Vitale*

**Special Agent Richard Campbell, CISSP, CFE**
**Federal Bureau of Investigation, Memphis Division /**
**Nashville Resident Agency (RA)**



*2868 Elm Hill Pike, Nashville, Tennessee 37214*
*Phone: (615) 232-7500*
*Email:  rcampbell3@fbi.gov*

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| September 2017 – Present | **FBI Computer Analysis Response Team (CART) – Division Coordinator** |
| | Responsible for managing the computer forensics networks and labs in both Memphis, TN and Nashville, TN.  Oversee all CART personnel, budgets and procurement; responsible for interfacing and coordinating with FBI HQ Program managers, as well as field level Executive Management.  Provide digital evidence recovery, digital forensic analysis and provide expert testimony to support criminal, national security and intelligence collection programs across the division. |
| | Supervises and communicates program policies, purposes, and goals. Performs quality control and ensures performance meets established standards.  Monitor, track, and report on the status of CART activities. Identifies, promotes, and implements process improvements. |
| October 2014 – September 2017 | **Certified Computer Forensic Examiner** |
| | Federal Bureau of Investigation Memphis Division / Nashville RA |
| | Conduct forensic examinations on computer evidence, prepare forensic images for the Case Agent Investigative Review (CAIR) network, and perform search and seizure operations.  Participates in field operations to search and seize digital evidence while maintaining the integrity of the evidence during the seizure and examination processes. Restores deleted and/or damaged files, catalog contents, and search for applicable case material as necessary. |

## EDUCATION

| | |
|---|---|
| August 1991 – May 1993 | Millikin University, Decatur, Illinois, Bachelor of Arts B.A. Field of Study - Sociology |
| August 1989 – May 1991 | University of Tennessee at Martin, Martin, Tennessee Field of Study – Criminal Justice |

## FORENSIC EXAMINATION EXPERIENCE

Seized, Imaged and Analyzed hundreds of computer devices, media and images in support of over one hundred investigations, and participated in the execution of dozens search warrants, search and seizure operations, and field examinations since joining the CART program in 2014.

## CERTIFICATIONS

| Year | Certification |
|---|---|
| 2020 | ISC2 CISSP - Certified Information Systems Security Professional (Member 784027) |
| 2020 | Information Technology Security Leadership (Certified GIAC / GSLC) |
| 2018 | Mac / iOS Operating Systems Certification FBI |
| 2018 | Black Bag Technologies – Certified Mobilize Operator (CMO) |
| 2017 | GIAC Certified Windows Forensic Examiner (Certified GIAC / GCFE) |
| 2017 | Advanced Smartphone Forensic Analyst (Certified GIAC / GASF) |
| 2017 | CompTIA - Network+ Certification |
| 2017 | Smartphone Mobile Device Certification (FBI) |
| 2016 | Access Data Examiner Certification (ACE) / FTK |
| 2016 | CompTIA - A+ Certification |
| 2016 | Global Industrial Cyber Security Professional (Certified GIAC / GICSP) |
| 2016 | Certified Forensic Examiner (FBI) |
| 2015 | GIAC Global Security Essentials Certification (Certified GIAC / GSEC) |
| 2014 | Certified Computer Analysis Response Team Technician |
| 2014 | GIAC Global Information Security Certification (Certified GIAC / GISF) |
| 2014 | Certified Digital Extraction Technician (DExT) (FBI) |
| 2014 | Certified Computer Analysis Response Team Technician (FBI) |
| 2010 | Certified Fraud Examiner - Association of Certified Fraud Examiners |

## PROFESSIONAL TRAINING – Forensics / Information Security

| Year | Training |
|---|---|
| 2021 | Managing Security Vulnerabilities: Enterprise and Cloud (SANS) |
| 2021 | IT Project Management Professional (PMP) and Effective Communication (SANS) |
| 2020 | Security Leadership Essentials for Managers (SANS) |
| 2020 | Griffeye Analyze DI Professional |
| 2020 | Core NetWars Tournament (SANS) |
| 2020 | Battlefield Forensics and Data Acquisition (SANS) |
| 2020 | Autopsy Forensic Training |
| 2019 | Cloud Security Architecture and Operations (SANS) |
| 2019 | Certified Information Systems Security Professional Course (ISC2) |
| 2019 | Mandiant Enterprise Incident Response |
| 2018 | Cellebrite Mobile Device Forensics, Cellebrite 4PC and Physical Analyzer |
| 2018 | Implementing and Auditing Center for Internet Security (CIS) Critical Controls |
| 2018 | BlackBag Essential Forensic Techniques for Macintosh |
| 2018 | Macintosh Systems Forensic Analysis – Black Bag / Backlight |
| 2018 | Essential Forensic Techniques I – FBI |
| 2018 | Social Media Exploitation / Investigations – DEA |
| 2018 | Open Source Analysis Fundamentals – FBI |
| 2018 | Introduction to Mac Forensics |
| 2017 | CART Smartphone Mobile Devices Training |
| 2017 | SANS DFIR Netwars Tournament |
| 2017 | SANS Forensic Institute Forensic Toolkit |
| 2017 | Smartphone Forensic Analysis In-Depth (SANS) |

| | |
|---|---|
| 2017 | SANS Specialized Knowledge and Applications |
| 2017 | CART Moot Court – FBI |
| 2017 | Forensic Examiner Capstone Exercises - FBI |
| 2016 | Micro Systemation XRY/MSAB Smartphone Forensics |
| 2016 | Digital Evidence Policy Guide Training for Forensic Examiners |
| 2016 | Windows In-Depth Forensic Analysis (SANS) |
| 2016 | Intermediate Web Based Artifacts – Forensic Analysis |
| 2016 | Intermediate OS Artifacts – Forensic Analysis |
| 2016 | File Systems Forensics Training |
| 2016 | ICS/SCADA Security Essentials (SANS) |
| 2015 | Information Technology Security Essentials Bootcamp (SANS) |
| 2015 | Computer Intrusion – FBI |
| 2015 | Advanced Forensics on Child Pornography Exams – FBI/ICAC |
| 2015 | Mobile Device Evidence Training (TBI) |
| 2015 | Information Technology Security Essentials Course (SANS) |
| 2015 | Target Disk Mode – Apple / Mac |
| 2014 | Certified Computer Analysis Response Team Technician (FBI) |
| 2014 | Information Security Fundamentals (SANS) |
| 2014 | Digital Extraction Technician (DExT) Training (FBI) |
| 2014 | Computer Analysis Response Team Technician Course (FBI) |
| 2014 | iOS Devices for Forensic Examiners |

**PROFESSIONAL MEMBERSHIPS AND AFFILIATIONS**

| | |
|---|---|
| High Technology Crime Consortium (HTCC) | Active Member |
| Association of Certified Fraud Examiners (ACFE) | Active Member |
| SANS Industrial Control Systems (ICS) Community | Active Member |
| High Technology Crime Investigators Association | Active Member |
| ICAC Child On-Line Protection System (ICACCOPs) | Active Member |
| Advisory Board Member - Global Information Assurance Certification (GIAC) | Active Member |

**PREVIOUS POSITIONS HELD - FBI**

| | |
|---|---|
| June 2014 – September 2014 | **Unit Chief (Acting) – International Operations Division (IOD)**<br><br>Responsible for all operational and administrative functions of the Human Intelligence Unit within the International Operations Division of the FBI. Developed and led strategic focus and ensured operational support required to ensure effective intelligence collection and dissemination. |
| September 2006 - October 2014 | **Supervisory Special Agent (Field) Memphis Division / Nashville RA**<br>Program Coordinator/SSA Nashville JTTF<br><br>Served as the Supervisory Special Agent of the Nashville Joint Terrorism Task Force (JTTF). Responsible for the direct oversight of eight FBI Special Agents and eight Task Force Officers (TFO's) assigned to the Nashville JTTF. Ensured investigations were aggressively and thoroughly pursued, utilizing all investigative and intelligence collection methods available. While the cooperative environment of the JTTF facilitated information sharing, frequent liaison with partner agencies |

was essential to the success of the JTTF mission. Great emphasis was placed on professional outreach efforts and conducted extensive liaison on a weekly, and occasionally, daily basis.

| September 2011 - October 2012 | **Assistant Inspector, Team Lead, Inspection Division FBIHQ** |

Responsible for conducting field office inspections, National Program Reviews, special reviews as requested by the FBI Director, and Shooting Incident Reviews. Responsible for the thorough review of not only investigative programs, but also intelligence and field office operations and administrative functions.

| January 2011 – January 2011 | **Legal Attaché (Acting) – International Operations Division,** LEGAT Addis Ababa, Ethiopia |

Established, maintained, and enhanced liaison contacts outside the Embassy, primarily with the Ethiopian Federal Police and Ethiopian National Intelligence and Security Service. Responsible for the office administration, office start-up, liaison contacts within the Embassy, and all intelligence collection and dissemination. Represented the FBI by providing briefs to the daily Department of Defense, Joint Strategic Affairs Office, meeting with the United States Intelligence Community, the bi-weekly Country Team meetings, and as necessary with the Office of Regional Affairs Chief of Station.

| March 2009 – August 2009 | **DEPUTY LEGAL ATTACHE – Counterterrorism Division,** On-Scene Commander/Deputy On-Scene, Commander, Bagram AFB, Afghanistan |

Responsible for overseeing FBI operations in Afghanistan, my primary objective was to lead FBI assets in the Afghanistan Theater of Operations. Led and directed the activities of more than 30 FBI personnel, provided leadership and direction for subordinates, and peers, as well as individuals outside of the FBI. FBI operations in Afghanistan required constant focus on guiding and mentoring both Agent and Analyst staff in an austere and inherently dangerous environment. Due to constantly changing external factors such as safety, personnel matters and unexpected travel, clear unambiguous direction was provided. As the senior representative of the FBI, time sensitive situations, which required an immediate response, were addressed.

| January 2004 – September 2006 | **FBIHQ Supervisory Special Agent, Counterterrorism Division** Supervisory Special Agent / Program Manager |

Served as a Supervisory Special Agent and Program Manager in the Counterterrorism Division of FBI Headquarters. Assigned to the International Terrorism Operational Section, which was co-located with CIA counterterrorism units at the National Counterterrorism Center. Responsible for the operational oversight and inter-agency coordination of approximately 150 ongoing FBI investigations. Dictated program policy, encouraged and facilitated enhanced liaison, coordinated additional resources and managed both administrative and operational functions of eight Joint Terrorism Task Forces (JTTF) and their respective

terrorism cases. Ensured investigations were aggressively pursued and to enlist the support and assistance of other agencies within the U.S. intelligence community.

| | |
|---|---|
| January 1999 – January 2004 | **Special Agent, New York City (NYO), Relief Supervisor** |

International Financial / Money Laundering Task Force; Domestic / International Narcotics Task Force

Member of the NY/NJ HIDTA (High Intensity Drug Trafficking Area) and HIFCA (High Intensity Financial Crimes Area) task forces, which served to measurably reduce illegal drug use through collaborative, measurable initiatives ranging from enforcement and prosecution to prevention. Worked closely with state, local and other federal law enforcement agencies, specifically investigating narcotics trafficking, investigating bank fraud, wire fraud, securities fraud, public corruption, and violent crime matters.

| | |
|---|---|
| June 1993 – October 1998 | **Police Officer / Field Training Officer / Traffic Crash Reconstructionist** |

Patrol Officer and Field training officer responsible for the training of new police officer recruits. Additionally, certified as a Traffic Crash Reconstructionist by the Institute of Police Technology and Management.