UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) | |
| Defendant. | ) | |

## ORDER

By Sealed Order dated June 28, 2021 (Doc. No. 189), the parties were provided with copies of the final juror questionnaire that will be provided to the jury pool. The parties are hereby informed that the juror's responses to the questionnaire will be provided to counsel on September 6, 2021. The logistics for handling those responses will be discussed in further detail at the pretrial conference scheduled for September 1 and 2, 2021.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE