UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) ) ) |  |
| Defendant. | ) |  |

## ORDER

The ex parte, in-camera Classified Information Procedures Act (CIPA) hearing set for **July 27, 2021**, at 9:00 a.m. is RESET for 10:30 a.m.

IT IS SO ORDERED.

---
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE