

**U.S. Immigration and Customs Enforcement**

U.S. Department of Homeland Security
Immigration and Customs Enforcement

**AUTHORIZATION FOR PAROLE OF AN ALIEN INTO THE UNITED STATES**

| Name of Alien | (First) Aymenn | (Middle) Ashter | (Last) JAWAD | Date 06/15/2021 |
|---|---|---|---|---|
| | | | | File Number _____ |

Date of Birth (Month) (Day) (Year) _____

Place of Birth (City or Town) _____ (State of Province) _____ (Country) GBR-United Kingdom

U.S. Address (Apt. number and/or in care of) (Number and Street) (City or Town) (State) (ZIP Code)
U.S. District Courthouse – 231 W. Lafayette Blvd., Detroit, MI 48226

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under Section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to __July 7, 2021__ will authorize a Customs and Border Protection (CBP) officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

☒ as an alien paroled pursuant to Section 212 (d) (5) of the Immigration and Nationality Act.

☒ solely at the Port of Entry at Chicago, Illinois

Remarks: SUBJECT IS GRANTED ONE ENTRY FOR A PERIOD OF 22 DAYS. ENTRY IS LIMITED TO THE CHICAGO PORT-OF-ENTRY. TRAVEL IS VALID ONLY IF DEPARTURE IS WITHIN SEVEN (7) DAYS OF ISSUANCE OF FORM I-512. PAROLE AUTHORIZED BY VICTOR CURLEY UNIT CHIEF PLEPU, ICE OFFICE OF INTERNATIONAL AFFAIRS, WASHINGTON, DC.

_signature_
Eric Feldman
HSI Attaché

HSI Attaché, London UK
Authorizing Office

PHOTO WAIVED



Arrival Stamp