# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>GEORGIANNA GIAMPIETRO<br>*Defendant* | Case No. 2:19-cr-00013 |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Aymenn Jawad Al-Tamimi

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | US District Courthouse<br>801 Broadway<br>Nashville, Tennessee 37203 | Courtroom No.: | A859 |
|---|---|---|---|
| | | Date and Time: | 09/14/2021 11:06 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: JUL 0 9 2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Georgiana Giampietro, who requests this subpoena, are:

Charles D. Swift, Attorney
100 N. Central Expy, Ste. 1010
Richardson, TX 75080
cswift@clcma.org
972-914-2507