# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-000013

### UNITED STATES OF AMERICA
V.

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 7/29/2021

GEORGIANNA A.M. GIAMPIETRO

Location: ☑ Nashville  ○ Columbia  ○ Cookeville

Court Reporter: Lise Matthews

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Phil Wehby, Jennifer Levy, Kathryn Risinger

Defense Attorney(s): Peter Strianse, Charles Swift

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Telephone status conference held. Defendant not in attendance. The trial date is moved to September 20, 2021. All other dates contained in Doc. No. 173 will remain in effect. The parties shall submit an Agreed Order on issues in Government's Motion for Protective Order by 8/6/2021. Each side will submit a proposed order on remaining issues by 8/6/2021. Detailed itemized specific factual basis shall be provided. Counsel for both sides (except Jennifer Levy) will have a conference call today to discuss issues raised in Motion for Parole Pass and file a notice by 2:00 p.m. today. If not resolved a hearing will be held August 2, 2021 at 9:00 a.m. with Hank Moon (by video), David Brown, Henry and the U.S. Marshal in attendance. Gov. to file response by 10:00 a.m. July 31, 2021. Defendant to file reply by 5:00 p.m. July 31, 2021. Order to enter.

Total Time in Court: 15 minutes

Clerk of Court
by: Kelly Parise

Reset Form