UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the discussions at the telephone conference on July 29, 2021, the Court confirms the following:

(1) Trial will begin on Monday, September 20, 2021, instead of September 14, 2021, as previously scheduled. However the deadlines set forth in the April 16, 2021 Order (Doc. No. 173) remain in full force and effect;

(2) On or before the close of business on Friday, August 6, 2021, the parties shall jointly file a Proposed Agreed Order that reflects the protective measure they have agreed upon relating to the undercover government witnesses expected to testify at trial. Also by that deadline, the Government and the Defendant shall each file a Proposed Order that reflects the protective measures they propose, assuming the Court is inclined to grant their request. Thus, for example, Defendant shall file a Proposed Order that grants her request for closure and includes the factual basis (so far as she knows it through the unclassified filings), and the legal basis for such closure.

(3) The parties were instructed to participate in a telephone conference in an effort to resolve the issue raised by Defendant's Motion to Compel Assistance to Procure Expert Witness (Doc. No. 202) and report back to the Court by 2:00 p.m. The Court has since been informed via the "Parties'

Joint Notice" (Doc. No. 204) that significant progress has been made on that front and, more specifically, that the FBI though its Nashville Resident Agent will sponsor Al-Tamimi for parole purpose so that he will be available to testify on Defendant's behalf at trial. With the representations made in the Notice, the hearing tentatively scheduled for 9:00 a.m. on Monday August 2, 2021 is CANCELLED.

    IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE