UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:19-cr-00013 |
| | ) |
| GEORGIANNA A.M. GIAMPIETRO, | ) |
| | ) |
| Defendant. | ) |

## COURT'S NOTICE OF CLASSIFIED FILING

The Court provides this Notice that on July 30, 2021, the final transcript of the July 27, 2021 CIPA hearing was made to the United States of America.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE