UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | No. | 2:19-cr-00013 |
| v. | ) | | |
| | ) | | Chief Judge Crenshaw |
| | ) | | |
| GEORGIANNA A.M. GIAMPIETRO | ) | | |

## UNITED STATES' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys for the Middle District of Tennessee and Trial Attorney for the Counterterrorism Section of the Department of Justice, and with the agreement of defense counsel, hereby moves the Court to file the attached documents under seal due to the sensitive nature of the matter at issue.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney
Middle District of Tennessee

By: *s/ Philip H. Wehby*
PHILIP H. WEHBY
KATHRYN RISINGER
Assistant United States Attorneys
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

By: *s/ Jennifer E. Levy*
JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 7600
Washington, D.C. 20530
(202) 514-1092

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, I have forwarded a copy of the foregoing document, via the Court's electronic filing system, to Peter J. Strianse, Esq., and Charles D. Swift, Esq., counsel for defendant.

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney