UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 2:19-cr-00013 |
| v. ) | |
| ) | Chief Judge Crenshaw |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO ) | |

### *UNOPPOSED* MOTION FOR EXTENSION OF TIME FOR PARTIES TO FILE THEIR EXHBIT LISTS

The United States of America, by and through its attorneys, the Acting United States Attorney for the Middle District of Tennessee and the Chief of the Counterterrorism Section of the National Security Division, United States Department of Justice, files this *Unopposed* Motion for Extension of Time for Parties to File their Exhibit Lists. In support thereof, the Government submits the following:

1. Trial in this case is currently scheduled to begin on September 20, 2021.

2. Currently, the parties' exhibit lists are due to be filed with the Court on Wednesday, August 18, 2021, along with numerous other pleadings related to trial, such as motions in limine, jury instructions, expert reports, and witness lists. (D.E. 173.)

3. On Saturday, August 14, 2021, a minor family member of the Government's case agent tested positive for COVID-19. As a result, the Government is uncertain of its case agent's availability over the next few days.

4. Accordingly, the Government respectfully requests a brief extension of time in which to file its exhibit list with the court and this Court to order that the Government's exhibit list now be due on Monday, August 23, 2021.

1

5. The Government has consulted with counsel for the defendant and they do not oppose this request. The defense would likewise ask that their exhibit list now be due on Monday, August 23, 2021, and the Government does not oppose this request.

6. The Government and the defense intend to file all other trial pleadings on August 18, 2021, in accordance with the Court's previously issued order. (*See* D.E. 173.)

## CONCLUSION

The United States respectfully requests this Court grant this motion and permit the Government and defense counsel to file their respective exhibit lists on Monday, August 23, 2021.

Respectfully Submitted,

MARY JANE STEWART
Acting United States Attorney
Middle District of Tennessee

By: /s/ *Kathryn Risinger*
KATHRYN RISINGER
PHIL WEHBY
Assistant United States Attorneys
110 9th Avenue South
Nashville, Tennessee 37203
Phone: (615) 736-5151

/s/ *Jennifer E. Levy*
JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 7600
Washington, D.C. 20530
(202) 514-1092

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2021, a true and correct copy of the foregoing document was filed electronically via CM/ECF, which will automatically provide service to Charles Swift and Peter Strianse, counsel for the defendant.

      /s/ *Kathryn Risinger*
      KATHRYN RISINGER
      Deputy Criminal Chief – Organized Crime