UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.   2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO, | ) | CLASSIFIED, *IN CAMERA, EX PARTE,* |
| | ) | AND UNDER SEAL WITH THE |
| Defendant. | ) | COURT INFORMATION SECURITY |
| | ) | OFFICER OR HER DESIGNEE |

GOVERNMENT'S FIFTH SUPPLEMENTAL SUBMISSION IN SUPPORT OF ITS MOTION
FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE
CLASSIFIED INFORMATION PROCEDURES ACT AND
RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE