UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | No. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) ) ) |  |
| Defendant. | ) |  |

## ORDER

The United States' Motion for Leave to File Documents Under Seal (Doc. No. 212) is **GRANTED**, and Doc. Nos. 213 and 214 shall be sealed. To be clear, Doc. No. 214 proposed order shall be held in abeyance.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE