# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff, | )<br>)<br>)<br>) |
| v. | ) 　Case No.: 2:19-cr-00013<br>)<br>) |
| GEORGIANNA A.M. GIAMPIETRO<br>　　Defendant. | )　Chief Judge Waverly D. Crenshaw, Jr.<br>) |

## DEFENSE PROPOSED JURY INSTRUCTIONS (Disputed)

COMES NOW, Defendant, Georgianna Giampietro, by and through undersigned counsel and provides to this Court the defense Disputed Jury Instructions for:

- Count One - Attempting to Provide Material Support to A Foreign Terrorist Organization Instruction;
- Unanimity Instruction for Count One;
- Count Three - Tampering with Evidence Instruction;
- Implicit Bias Instruction;[1] and
- First Amendment Protected Speech Instruction[2]

A Word/Wordperfect version of these instructions will be emailed to the Court per its Order in D.E. 173.

Respectfully submitted this 18th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　/s/ *Charles D. Swift*
　　　　　　　　　　　　　　　　　　　　　CHARLES D. SWIFT
　　　　　　　　　　　　　　　　　　　　　*Pro Hac* Attorney for Giampietro
　　　　　　　　　　　　　　　　　　　　　Constitutional Law Center for Muslims in America
　　　　　　　　　　　　　　　　　　　　　100 N. Central Expy., Suite 1010
　　　　　　　　　　　　　　　　　　　　　Richardson, TX 75080
　　　　　　　　　　　　　　　　　　　　　Phone: (972)-914-2507

---

[1] Counsel understands that this Court, as a matter of practice, gives the Implicit Bias Jury Instruction included in the Agreed Instructions. Counsel respectfully submits the attached Implicit Bias Jury Instruction for the Court's consideration.

[2] Counsel recognizes that this instruction may require tailoring based on the state of the evidence at the close of trial.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Charles D. Swift*
CHARLES D. SWIFT
*Pro Hac* Attorney for Georgianna Giampietro
