IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | Case No.: 2:19-cr-00013 | |
| ) | | |
| GEORGIANNA A.M. GIAMPIETRO ) | Chief Judge Waverly D. Crenshaw, Jr. | |
|     Defendant. ) | | |

## DEFENSE PROPOSED VERDICT FORM

COMES NOW, Defendant, Georgianna Giampietro, by and through undersigned counsel and provides to this Court the Defense Proposed Verdict Form. A Word/Wordperfect version of these instructions will be emailed to the Court per its Order in D.E. 173.

Respectfully submitted this 18th day of August, 2021.

                                                /s/ *Charles D. Swift*
                                                CHARLES D. SWIFT
                                                *Pro Hac* Attorney for Giampietro
                                                Constitutional Law Center for Muslims in America
                                                100 N. Central Expy., Suite 1010
                                                Richardson, TX 75080
                                                Phone: (972)-914-2507
                                                Email: cswift@clcma.org

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Charles D. Swift*
CHARLES D. SWIFT
*Pro Hac* Attorney for Georgianna Giampietro