IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>)<br>GEORGIANNA A.M. GIAMPIETRO ) | No. 2:19-cr-00013<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## **VERDICT FORM**

We, the Jury, unanimously find the following:

### COUNT ONE

A) With respect to Count One of the Superseding Indictment, charging the Defendant with Attempting to Provide Material Support to a Foreign Terrorist Organization in the form of personnel, we, the jury, find the Defendant, Georgianna A.M. Giampietro:

Guilty _____     Not Guilty _____

B) With respect to Count One of the Superseding Indictment, charging the Defendant with Attempting to Provide Material Support to a Foreign Terrorist Organization in the form of services, we, the jury, find the Defendant, Georgianna A.M. Giampietro:

Guilty _____     Not Guilty _____

## COUNT TWO

With respect to Count Two of the Superseding Indictment, charging the Defendant with the Destruction, Alteration, or Falsification of Records in a Federal Investigation, we, the jury, find the Defendant, Georgianna A.M. Giampietro:

Guilty _____     Not Guilty _____

## COUNT THREE

With respect to Count Three of the Superseding Indictment, charging the Defendant with Corruptly Altering, Destroying Mutilating, or Concealing a Record or Document, or Attempting to Corruptly Alter, Destroy, Mutilate, or Conceal a Record or Document, we, the jury, find the Defendant, Georgianna A.M. Giampietro

Guilty _____     Not Guilty _____

_____
FOREPERSON

DATE _____