


Pro-AQ Group Persists in Fundraising for Foreign Fighters' Families in Syria

Category: Terrorism & Finance Created: March 8, 2019



A pro-al-Qaeda (AQ) organization continues to solicit funds for foreign fighters' families in Syria and announced partnership with another purported charity.

VIEW PREMIUM FINANCE DATA

"**Merciful Hands**," a self-described Syria-based charity frequently promoted by pro-AQ groups focused on Western jihadists, persists in campaigns to financially support foreign fighters and their families and recently revealed partnership with "Sadaqa al-Khair," a similar alleged "charity" organization in Syria.

Soliciting donations for a family of "immigrants to this land [Syria]," Merciful Hands published appeals on the group's English and Turkish **Telegram** channels on February 27, 2019. While Telegram and **WhatsApp** contact information were provided, payment methods were not specified in the posts. However, two days prior, the group had disclosed a new Bitcoin wallet address, as well as a **Gmail** address for **PayPal** and **Western Union** transfers.

Furthermore, the group revealed that, due to a shortage in supplies, it is partnering with a separate purported charity, "Sadaqa al-Khair," which will also assist in donating supplies to the family. Merciful Hands' original post follows.

Alhanduallah we were able to drop off this food pack to these orphans. We support them on a monthly basis becuase they have no help from anywhere.

There father was killed on the side of the road leaving the family already in desperate need

 

## Pro-AQ Group Persists in Fundraising for Foreign Fighters' Families in Syria

Category: Terrorism & Finance  Created: March 8, 2019

of money with a harder time.

We came to know of them through there neighbors. We are running low on food packs so sadaqah al khair donated some food packs to this family.

Please continue to strive and help these families.

The mother has 5 children and are immigrants to this land not knowing the language amd are in a very severe situation.

To contact to donate

Telegram [Redacted]

Whatsapp [Redacted]

Telegram Admin [Redacted]

Jazakallah khair for your support so far we have been able to help. Many families through your donations.

Rain or Shine rockets or not we go out to help the people who can't be helped themselves. With no place to go we are there only life line for help

So please continue to support us so we can support them.

Jazakallah khair

In parallel, on the same day, Sadaqa al-Khair promoted fundraising efforts for the same family on the group's Telegram channel in both English and German. According to Sadaqa al-Khair, the group is collecting funds in conjunction with Merciful Hands in order to "support this family together on a monthly basis, inshaAllah."

For donations, Sadaqa al-Khair lists **Western Union**, **PayPal**, and **Bitcoin** as payment options, and provides its own **WhatsApp** and **Telegram** contact information. While this specific message did not indicate further details regardomg payment method, in the past, Sadaqa al-Khair has disclosed a specific Bitcoin wallet address.



Pro-AQ Group Persists in Fundraising for Foreign Fighters' Families in Syria

Category: Terrorism & Finance  Created: March 8, 2019

#english

This family of a Widow and 5 Orphans are Immigrants here in Syria and they've been receiving no aid from anyone. The father of these children got killed through an assassination. At that time they've been in poverty already, but now the mother, not speaking arabic, is left alone with even more difficulties in managing her life with her children in a foreign country.

The Merciful Hands found this poor family in need and delivered a food donation.
Jazahum Allah Khairan.

We will support this family together on a monthly basis, inshaAllah.

Please strive to support us with whatever you can. Only through your donations we're able to help this family and many others like them. For many families our efforts are the only help they can get.

Donate Now:
| Westerunion | PayPal | Bitcoin |
----------------------------
Telegram & Whatsapp:

Admin Contact: @
Sisters Contact: @
----------------------------


SITEINTELGROUP.COM

👁 79  Abu al-Khair, 6:23 AM

Sadaqa al-Khair appeal for funds via Western Union, Paypal, and Bitcoin on Telegram

#english

This family of a Widow and 5 Orphans are Immigrants here in Syria and they've been receiving no aid from anyone. The father of these children got killed through an

 

## Pro-AQ Group Persists in Fundraising for Foreign Fighters' Families in Syria

Category: Terrorism & Finance Created: March 8, 2019

assassination. At that time they've been in poverty already, but now the mother, not speaking arabic, is left alone with even more difficulties in managing her life with her children in a foreign country.

The Merciful Hands found this poor family in need and delivered a food donation.

Jazahum Allah Khairan.

We will support this family together on a monthly basis, inshaAllah.

Please strive to support us with whatever you can. Only through your donations we're able to help this family and many others like them. For many families our efforts are the only help they can get.

Donate Now:

| Westerunion | PayPal | Bitcoin |

----------------------

Telegram & Whatsapp:

[Redacted]

Admin Contact: [Redacted]

Sisters Contact: [Redacted]

VIEW PREMIUM FINANCE DATA