# MEMRI · CYBER & JIHAD LAB

**LAB PROJECTS**     **LATEST REPORTS**     **GET INVOLVED**     **DONATE**     **SUBSCRIBE**     **ABOUT**

**FOLLOW ON TWITTER**     SEARCH W |

## A Review Of Al-Sadaqah Organization's Activity On Telegram: Group Updates Its WhatsApp Number, Uses Deep Web-Based Email Service SecMail

**AUGUST 9, 2018**

   

Al-Sadaqah is an "independent charity organization" that appeared online in November 2017. The group is active on Telegram and raises funds for fighters in Syria using Bitcoin and other cryptocurrencies. The group states that it provides "the mujahideen in Syria with weapons, financial aid and other projects relating to the jihad." Though the group's Telegram channel has been shut down at least once, the group continues to operate on new channels. The group can also be contacted via a WhatsApp number provided in May 2018. In June 2018, Al-Sadaqah switched its contact email from the encrypted email service ProtonMail to the deep web-based SecMail. According to SecMail's website, it is an email service that is "fully established in the deep web," and which promises its users anonymity, saying: "You can be sure that nobody knows your identity."

**SEARCH**

**LATEST REPORTS**


**REPORT: IRANIAN, HOUTHI HACKERS HACK WEBSITES OF SAUDI...**
JAN 16


**ISIS SUPPORTERS SHARE IMAGES FROM OPEN SECURITY CAMERAS...**
JAN 11


**HAMAS MILITARY WING '— - DIN AL QASSAM BRIGADES ANNOUNCES...**



JAN 10



DATA PROTECTION GUIDELINES IN ISIS WEEKLY ENCOURAGE READERS...

JAN 10

*Al-Sadaqah's new WhatsApp number from May 2018 (left), and its previous number from February 2018 (right).*

The following is a review of the content posted on the most recent Al-Sadaqah Telegram channel, which the group opened on May 18, 2018. The review covers 16 photos, all of which urge people to donate to the group. On May 18, 2018, the channel posted a picture showing two masked men wearing military fatigues and carrying assault rifles in a mountainous area. The two men hold a sign that says "Ribat Project" and bears the emblem of the Al-Sadaqah Foundation and gives the group's Bitcoin address. The text on the photo reads: "Delivering food and supplies to the frontlines in Syria."



On May 25, 2018, the channel shared a poster that says Al-Sadaqah is providing a Ramadan *iftar* "for mujahideen stationed on the frontline in Syria." A table estimates that $6,000 would benefit 100 fighters for 30 days; $1,800 would benefit 30 fighters for 30 days; $600 would benefit one fighter for 30 days; and $2 would benefit one fighter for one day. The poster gives the price of a pair of combat boots as $50 and the price of a military uniform as $50, and tells donors that the donation is a valid form of *zakat* ("alms-giving").



On June 1, 2018, the channel posted a photo showing six packaged military uniforms, each topped by a picture bearing Al-Sadaqah's emblem, a call for donations, and the Al-Sadaqah Bitcoin account number. The text on the photo reads: "providing brand new military suits [uniforms] to mujahideen."



On June 1, 2018, the channel posted a photo showing seven mujahideen wearing military fatigues, their faces digitally blurred, each holding one of the packages shown in the previous photo. The text on the photo reads: "Providing brand new military suits to mujahideen."



The full text of this report is available to MEMRI Jihad and Terrorism Threat Monitor subscribers.

Subscription information is available at this link.

JTTM subscribers can visit this page to view the report.

### ABOUT THE MEMRI CYBER & JIHAD LAB

The CJL monitors, tracks, translates, and researches cyber jihad originating from the Middle East, Iran, South Asia, and North and West Africa. Read more...

### VISIT OTHER MEMRI PROJECTS

MEMRI
MEMRITV
MEMRIJTTM

### MEMRI CJL ON SOCIAL NETWORKS

### SEARCH

SEARCH

© 2019 The Cyber & Jihad Lab™



# Al-Sadaqah Organization Launches Website, Promotes Use Of Bitcoin, Other Cryptocurrencies To 'Sponsor' Mujahideen, Purchase Weapons In Syria

FEBRUARY 16, 2018





The Al-Sadaqah organization, which has been soliciting funds via cryptocurrency in recent months to support the jihad and mujahideen in Syria, has opened a website fundraising in Bitcoin and other cryptocurrencies. Donors can "sponsor" a fighter in Syria and can help purchase weapons and other battle equipment. Al-Sadaqah also fundraises on Telegram and Twitter.

The full text of this report is available to MEMRI's Jihad and Terrorism Threat Monitor Subscribers.

Subscription information is available at this link.

JTTM subscribers can visit this page to view the report.