IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:19-cr-00013 |
| | ) | |
| v. | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

**<u>VERDICT FORM</u>**

We, the Jury, unanimously find the following:

<u>COUNT ONE</u>

1. With respect to Count One of the Superseding Indictment, charging the Defendant with Attempting to Provide Material Support to a Foreign Terrorist Organization, we, the jury, find the Defendant, Georgianna A.M. Giampietro:

Guilty _____          Not Guilty _____

<u>COUNT TWO</u>[1]

2. With respect to Count Two of the Superseding Indictment, charging the Defendant with the Destruction, Alteration, or Falsification of Records in a Federal Investigation, we, the jury, find the Defendant, Georgianna A.M. Giampietro:

Guilty _____          Not Guilty _____

---

[1] The parties separately proposed verdict forms are consistent with each other with regard to Count Two.

## COUNT THREE[2]

3. With respect to Count Three of the Superseding Indictment, charging the Defendant with Corruptly Altering, Destroying Mutilating, or Concealing a Record or Document, or Attempting to Corruptly Alter, Destroy, Mutilate, or Conceal a Record or Document we, the jury, find the Defendant, Georgianna A.M. Giampietro:

Guilty _____         Not Guilty _____

_____
FOREPERSON

_____
DATE

---

[2] The parties separately proposed verdict forms are consistent with each other with regard to Count Three.