IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> GEORGIANNA A.M. GIAMPIETRO ) <br> Defendant. ) | Case No.: 2:19-cr-00013 <br><br> Chief Judge Waverly D. Crenshaw, Jr. |

## ORDER (PROPOSED)

Due to the sensitive nature of the matter at issue, defense is Granted Leave to File the requested document Under Seal.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE