also known as Tahrir al-Sham, also known as Tahrir al-Sham Hay'at.

Therefore, pursuant to Section 1(b) of Executive Order 13224, I hereby amend the designation of Al-Nusrah Front as a Specially Designated Global Terrorist to include the following new aliases: Hay'at Tahrir al-Sham, also known as Hay'et Tahrir al-Sham, also known as Hayat Tahrir al-Sham, also known as HTS, also known as Assembly for the Liberation of Syria, also known as Assembly for the Liberation of the Levant, also known as Liberation of al-Sham Commission, also known as Liberation of the Levant Organisation, also known as Tahrir al-Sham, also known as Tahrir al-Sham Hay'at.

This determination shall be published in the **Federal Register**.

Dated: May 17, 2018.

**Michael Pompeo,**
*Secretary of State.*

[FR Doc. 2018–11794 Filed 5–31–18; 8:45 am]

**BILLING CODE 4710–AD–P**

## DEPARTMENT OF STATE

[Public Notice: 10432]

### In the Matter of the Amendment of the Designation of Al-Nusrah Front (and Other Aliases) as a Foreign Terrorist Organization Pursuant to Section 219 of the Immigration and Nationality Act, as Amended

Based upon a review of the Administrative Record assembled pursuant to Section 219 of the Immigration and Nationality Act, as amended (8 U.S.C. 1189) (''INA''), and in consultation with the Attorney General and the Secretary of the Treasury, I have concluded that there is a sufficient factual basis to find that the following are aliases of Al-Nusrah Front (and other aliases): Hay'at Tahrir al-Sham, also known as Hay'et Tahrir al-Sham, also known as Hayat Tahrir al-Sham, also known as HTS, also known as Assembly for the Liberation of Syria, also known as Assembly for Liberation of the Levant, also known as Liberation of al-Sham Commission, also known as Liberation of the Levant Organisation, also known as Tahrir al-Sham, also known as Tahrir al-Sham Hay'at.

Therefore, pursuant to Section 219(b) of the INA, as amended (8 U.S.C. 1189(b)), I hereby amend the designation of Al-Nusrah Front as a foreign terrorist organization to include the following new aliases: Hay'at Tahrir al-Sham, also known as Hay'et Tahrir al-Sham, also known as Hayat Tahrir al-Sham, also known as HTS, also known as Assembly for the Liberation of Syria, also known as Assembly for the Liberation of the Levant, also known as Liberation of al-Sham Commission, also known as Liberation of the Levant Organisation, also known as Tahrir al-Sham, also known as Tahrir al-Sham Hay'at.

This determination shall be published in the **Federal Register**.

Dated: May 17, 2018.

**Michael Pompeo,**
*Secretary of State.*

[FR Doc. 2018–11797 Filed 5–31–18; 8:45 am]

**BILLING CODE 4710–AD–P**

## OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE

[Docket Number USTR–2018–0016; Dispute Number WT/DS533]

### WTO Dispute Settlement Proceeding Regarding United States— Countervailing Measures on Softwood Lumber From Canada

**AGENCY:** Office of the United States Trade Representative.

**ACTION:** Notice with request for comments.

**SUMMARY:** The Office of the United States Trade Representative (USTR) is providing notice that Canada has requested the establishment of a dispute settlement panel under the *Marrakesh Agreement Establishing the World Trade Organization* (WTO Agreement). That request may be found at *www.wto.org* in a document designated as WT/DS533/2. USTR invites written comments from the public concerning the issues raised in this dispute.

**DATES:** Although USTR will accept any comments received during the course of the dispute settlement proceedings, you should submit your comment on or before June 25, 2018, to be assured of timely consideration by USTR.

**ADDRESSES:** USTR strongly prefers electronic submissions made using the Federal eRulemaking Portal: *http://www.regulations.gov.* Follow the instructions for submitting comments in section III below. The docket number is USTR–2018–0016. For alternatives to on-line submissions, please contact Sandy McKinzy at (202) 395–9483.

**FOR FURTHER INFORMATION CONTACT:** Assistant General Counsel Katherine Wang at (202) 395–6214, or Senior Associate General Counsel J. Daniel Stirk at (202) 395–9617.

**SUPPLEMENTARY INFORMATION:**

### I. Background

Section 127(b)(1) of the Uruguay Round Agreements Act (URAA) (19 U.S.C. 3537(b)(1)) requires notice and opportunity for comment after the United States submits or receives a request for the establishment of a WTO dispute settlement panel. Pursuant to this provision, USTR is providing notice that the United States has received a request for a dispute settlement panel pursuant to the WTO *Understanding on Rules Procedures Governing the Settlement of Disputes* (DSU). The WTO has established a dispute settlement panel, and the panel will hold its meetings in Geneva Switzerland.

### II. Major Issues Raised by Canada

On March 16, 2018, Canada requested the establishment of a WTO dispute settlement panel regarding certain countervailing measures on softwood lumber products from Canada as well as an alleged measure treating Nova Scotia and New Brunswick as in-country benchmarks for provincial stumpage markets in Alberta, Ontario, and Québec. Canada argues that these measures are inconsistent with Articles 1, 2, 10, 14, 11, 19, 21, and 32 of the *Agreement on Subsidies and Countervailing Measures* and Article VI:3 of the *General Agreement on Tariffs and Trade 1994.* The United States and Canada held consultations regarding these matters on January 17, 2018, which failed to resolve the dispute.

### III. Public Comments: Requirements for Submissions

USTR invites written comments concerning the issues raised in this dispute. All submissions must be in English and sent electronically via *www.regulations.gov.* To submit comments via *www.regulations.gov,* enter docket number USTR–2018–0016 on the home page and click ''search.'' The site will provide a search-results page listing all documents associated with this docket. Find a reference to this notice by selecting ''Notice'' under ''Document Type'' on the left side of the search-results page, and click on the link entitled ''Comment Now!'' For further information on using the *www.regulations.gov* website, please consult the resources provided on the website by clicking on ''How to Use Regulations.gov'' on the bottom of the home page.

The *www.regulations.gov* website allows users to provide comments by filling in a ''Type Comment'' field, or by attaching a document using an ''Upload File'' field. USTR prefers that comments be provided in an attached document. If a document is attached, it is sufficient to type ''See attached'' in the ''Type Comment'' field. USTR prefers submissions in Microsoft Word (.doc) or