IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.  2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## AGREED JURY INSTRUCTIONS

COMES NOW the United States of America, by and through its attorneys, the Acting United States Attorney for the Middle District of Tennessee and the Chief of the Counterterrorism Section of the National Security Division, United States Department of Justice, and Charles Swift and Peter Strianse, counsel for defendant, and hereby respectfully submit this agreed set of jury instructions. Where the parties cannot agree, each party is submitting its own proposals under separate cover.

The parties reserve the right to supplement or seek modification of these proposed instructions depending on the proof adduced at trial.

    Respectfully Submitted,

    MARY JANE STEWART
    Acting United States Attorney
    Middle District of Tennessee

By:  /s/ *Kathryn Risinger*
    KATHRYN RISINGER
    Deputy Criminal Chief – Organized Crime

    /s/ *Phil Wehby*
    PHIL WEHBY
    Assistant United States Attorney
    110 9th Avenue South
    Nashville, Tennessee 37203
    Phone: (615) 736-5151

/s/ *Jennifer E. Levy*
JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 7600
Washington, D.C. 20530
(202) 514-1092


Respectfully Submitted,

By: */s/ Charles Swift*
Charles D. Swift, Pro Hac Vice
 Attorney for GIAMPIETRO
100 N. Central Expy., Suite 1010
Richardson, TX 75080
cswift@clcma.org