# Aymenn Jawad (Al-Tamimi)

E-███████████████████████  
Residence: Cardiff, United Kingdom/Oxford, United Kingdom.  
Languages: English, French, Spanish, Latin,  
Ancient Greek, Arabic, Old English, Gothic, Old Frisian,  
Norwegian, German, Western Neo-Aramaic.

Nationality: UK citizen

---

## EDUCATION:

*University of Oxford*, Classics with Oriental Studies (BA)- First-Class Honours     2010 –2014
- Second highest across the university in Honour Moderations in March 2012 with an overall transcript score of 74.5.
- Attained the De Paravicini Prize at Honour Moderations for the Latin Language examination and *proxime accessit* for the Greek Language examination.
- Won a scholarship for achieving a first overall (summa cum laude) in Honour Moderations in third year of study. Scholarship renewed for final year of study.

**Swansea University**, PhD (Department of Law) 2019-2022

Examining historical narratives in Islamic State propaganda drawing partly on unpublished materials collected by the author from Syria.

## EXPERIENCE:
[Aymennjawad.org](Aymennjawad.org)     2010-Present  
Founder, independent analyst
- Conduct original research and analysis on the Islamic State in Iraq and Syria.
- Authored 589 blog posts.
- Produced 441 articles on large variety of topics including archive of written samples of Western Neo-Aramaic, an Arabic translation and commentary on the Res Gestae Divi Augusti, translation of a large work by Islamic State West Africa affiliate against Abu Bakr Shekau, and translation and commentary on the Armed Islamic Group of Algeria's manifesto Hidayat Rabb al-Alimeen.
- Conducted hundreds of interviews with figures on all sides of the Syrian civil war including the National Defense Forces, government and opposition affiliated municipal councils, the YPG spokesman, and several jihadist factions.

**Uticensis Risk, Amman, Jordan**     August 2013–Present  
Part-Time Consultant
- Provide analysis on an ad-hoc basis with particular focus on the Islamic State of Iraq and ash-Sham.
- Produce at least 4000 words of analysis per month (done on a deadline basis) for the subscription publication Inside Iraqi Politics, which provides insight on events in Iraq through Arabic sources.

**Accadian Ltd., London, U.K.**     July 2013-February 2014  
Research consultant
- Provided consultancy on an ad hoc basis on jihadi groups in Syria as part of a project to develop counter-extremism schemes. Including advice on the propaganda trends at that time and the social platforms used.

**Middle East Forum, Philadelphia, Pennsylvania**                July 2009-March 2019
Intern (July 2009-January 2012); Adjunct Fellow (January 2012-August 2012); Shillman-Ginsburg Fellow (August 2012-June 2014); Online Editor (February 2018-August 2018); Jihad-Intel Research Specialist (July 2014-March 2019)

- Proofread documents, found speakers for and wrote summaries of conference calls (for a sample of speakers: please see http://www.meforum.org/wires.php)
- Provided research assistance for senior staff on a deadline basis.
- Wrote research articles of my own for publication in media outlets.
- Contributed pieces to the organization's peer-reviewed Middle East Quarterly on an annual basis.
- Managed a database of jihadist group symbols while producing original research articles.
- Vetted articles by fellows in various publications to be reprinted on the online site. Provided editing, fact-checking and illustrating services for articles where necessary.

**Select Publications**

- Honored- Not Contained: The Future of Iraq's Popular Mobilization Forces, *Washington Institute for Near East Policy*, March 2020: Book-length study of the phenomenon of Iraq's Popular Mobilization Forces.
- From Jabhat al-Nusra to Hay'at Tahrir al-Sham, *Konrad Adenaur Stiftung*, 2018: Dtudy on the evolution of jihadist group Jabhat al-Nusra into its current incarnation of Hay'at Tahrir al-Sham that dominates northwest Syria. Published for in 2018.
- Islamic State and the Kurds: The Documentary Evidence, *CTC Sentinel*, 2017: Study on Islamic State treatment on Kurdish communities based on Islamic State documents.
- A Caliphate Under Strain: The Documentary Evidence, *CTC Sentinel*, 2016: Study based on Islamic State documents regarding the various internal challenges the group was facing to its state project amid the active coalition campaign against it.

**Recognition**

- Writing and research's primary focus has been on Iraq and Syria analysis. A complete list of my writings can be found on my website.
- Testified for the UK House of Commons Defence Committee in October 2014 on ISIS and Iraq, and submitted a briefing for the UK Foreign Affairs Committee in September 2015 on Syria.
- Work has been cited in a whole array of international media outlets, including: New York Times, Washington Post, Los Angeles Times, Christian Science Monitor, Reuters, Associated Press, USA Today, Agence France Presse, BBC, The Financial Times, McClatchy, France 24, El Mundo, and Foreign Policy.
- Provided expert witness opinion on legal cases regarding Islamic State in the United States.
- Consulted by a researcher working for the United Nations on Syria during a meeting in Arbil in June 2013.
- Consulted for the Foreign Affairs Committee for the U.S. House of Representatives in fall 2013.
- Presented at conferences in Washington DC and Brussels: 2016 at Washington Institute for Near East Policy on Islamic State governance in Iraq and Syria and provinces; 2017 at ECFR on Syria, reconciliations and European policy towards Syria.
- Gave lectures at Foreign Ministries in Japan and Czech Republic on Syria in 2016. Lectures concerned Islamic State, status of government forces, opposition forces etc.
- Briefed the Canadian government on Syrian refugees in late 2015.
- Lectured and gave classes on Islamic State and jihadist groups in Syria at Franklin Pierce University in New Hampshire in December 2013.