UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) No. 2:19-cr-00013<br>) <br>) Chief Judge Crenshaw<br>)<br>) CLASSIFIED, *IN CAMERA, EX PARTE,*<br>) AND UNDER SEAL WITH THE<br>) COURT INFORMATION SECURITY<br>) OFFICER OR HER DESIGNEE |
| v. | |
| GEORGIANNA A.M. GIAMPIETRO, | |
| Defendant. | |

GOVERNMENT'S SIXTH SUPPLEMENTAL SUBMISSION IN SUPPORT OF ITS MOTION
FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE
CLASSIFIED INFORMATION PROCEDURES ACT AND
<u>RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE</u>