IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Case No.: 2:19-cr-00013 |
| ) | |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO ) | Chief Judge Waverly D. Crenshaw, Jr. |
| Defendant. ) | |

## ORDER (PROPOSED)

Defense is granted an Extension of Time to File Motions in Limine as they pertain to the witnesses listed on the government Witness List and whom are specifically listed in the Defendant's Motion. Theses Motions in Limine shall be filed by Wednesday, August 25, 2021. Any Responses shall be due by August 31, 2021.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE