UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013

UNITED STATES OF AMERICA

Judge: Waverly D. Crenshaw, Jr.

V.

Hearing Date: 8/20/2021

GEORGIANA A.M. GIAMPIETRO

Location: ● Nashville ○ Columbia ○ Cookeville

Court Reporter: Lise Matthews

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Phil Wehby, Jennifer Levy, Kathryn Risinger

Defense Attorney(s): Peter Strianse, Charles Swift

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Status conference held.
- Defendant's verbal motion to continue the trial is granted.
- Pretrial Conference and Trial are continued, and will be reset at a status conference on September 2, 2021, at 1:00 p.m.
- All pretrial motions and motions in limine are denied without prejudice, with exceptions.
- Time is excludable.
- Order to enter.

Total Time in Court: 2 hours 25 minutes

Clerk of Court
by: Kelly Parise