# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) ) ) |
| Defendant. | ) |

## ORDER

In accordance with the discussions at the status conference on August 20, 2021, the Court confirms the following:

1) The Government shall seek a superseding indictment from the Grand Jury when it next meets.

2) The pretrial conference scheduled for September 1-2, 2021, as well as the trial scheduled to begin on September 20, 2021, are hereby CONTINUED, to be reset at a status conference on **September 2, 2021**, at 1:00 p.m.

3) At the status conference on **September 2, 2021**, the Court will impose new deadlines for pretrial filings, including motions in limine.

4) All trial-related motions as well as motions in limine (Doc. Nos. 215, 228, 229, 235-240, 244, 247 and 249), are hereby **DENIED WITHOUT PREJUDICE**, with the exceptions of the deadlines imposed on the Government at the CIPA hearing.

5) Defendant moved for a continuance on the grounds that it is in the interest of justice and will allow her and her counsel time to prepare for trial in light of the anticipated superseding indictment. This time is excludable pursuant to the Speedy Trial Act, 18

U.S.C. §§ 3161, et seq., and defendant will execute a speedy trial waiver at the **September 2, 2021,** status conference.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE