CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

| | | | | |
|---|---|---|---|---|
| Indictment | (x) | | County of Offense: | White |
| Complaint | ( ) | | AUSA's NAME: | Wehby/Risinger/Levy |
| Information | ( ) | | | |
| Felony | (x) | | Reviewed by AUSA: | _[signature]_ (Initials) |
| Misdemeanor | ( ) | | | |
| Juvenile | ( ) | | | |

__GEORGIANNA A.M. GIAMPIETRO__
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?   ____ Yes   _x_ No

If Yes, what language? _____

__Peter Strianse/Charles Swift__
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1-2 | 18 USC 2339B(a)(1) \ | ATTEMPT TO PROVIDE MATERIAL SUPPORT TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION | 20 YRS | $ 250,000 |
| 3 | 18 USC 1519 | DESTRUCTION, ALTERATION, OR FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATIONS AND BANKRUPTCY | 20 YRS | $250,000 |
| 4 | 18 USC 1512(c)(1) | TAMPERING AND ATTEMPTING TO TAMPER WITH RECORDS AND DOCUMENTS FOR USE IN OFFICIAL PROCEEDING | 20 YRS | $250,000 |

*If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.

**A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.

Is the defendant currently in custody?   Yes (x)   No ( )   If yes, State or __Federal__?   Writ requested ( )

Has a complaint been filed?   Yes ( )   No (x)
    If Yes: Name of the Magistrate Judge _____   Case No.: _____
    Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?   Yes (x)   No ( )
    If Yes: Name of the Magistrate Judge __Newbern__   Case No.: _____

Was bond set by Magistrate/District Judge?   Yes ( )   No (x)   Amount of bond: _____

Is this a Rule 20? Yes ( ) No (x)   To/from what district? _____
Is this a Rule 40? Yes ( ) No (x)   To/from what district? _____

Estimated trial time:   __2 weeks__

The Clerk will issue a **Summons/Warrant**   (circle one)   (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes (x) No ( )   Recommended conditions of release: __N/A – Defendant previously detained by the Court following a hearing__