RECEIVED FOR ENTRY
USDC/MDTN

Jun 11, 2021

**Vicki Kinkade**
Chief Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: )<br>)<br>OBLIGATION OF COUNSEL TO )<br>KEEP COURT APPRISED OF )<br>CURRENT CONTACT )<br>INFORMATION ) | ADMINISTRATIVE ORDER NO. 217 |

## ORDER

Pursuant to Administrative Order No. 167-1, attorneys practicing before the Court are required, absent good cause shown, to register as filing users of the Case Management Electronic Case Filing (CM/ECF) system. The CM/ECF registration form is available on the Court's website at https://www.tnmd.uscourts.gov/content/register-cmecf-account. Registration requires the registrant attorney's name, firm name, mailing address, telephone number, and e-mail address, along with confirmation that the attorney is admitted to practice before the Court.

Administrative Order No. 167-1 also requires attorneys to maintain a PACER account and certify that they have read and will abide by the Electronic Case Filing Practices and Procedures.

To ensure that counsel keeps the Court apprised of current contact information, every attorney admitted to practice before this Court shall notify the Court of any change of the attorney's name, firm name, mailing address, telephone number, or e-mail address, within five (5) business days of the change by filing a notice in all pending cases. Attorneys are also required to update their primary e-mail addresses in CM/ECF within five (5) business days of any change.

When opening cases in the ECF system, the Clerk is directed to enter this Administrative Order as part of the record in each case, effective immediately.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
Chief United States District Judge

_____
ALETA A. TRAUGER
United States District Judge

_____
WILLIAM L. CAMPBELL, JR.
United States District Judge

_____
ELI J. RICHARDSON
United States District Judge