IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) No. 2:19-cr-00013 | |
| v. ) | |
| ) Chief Judge Crenshaw | |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S NOTICE OF CLASSIFIED FILING

The United States provides notice that on August 27, 2021, a classified submission was filed with the Court. A redacted "half sheet" of that filing accompanies this notice.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney
Middle District of Tennessee


By: *s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151


By: *s/ Kathryn Risinger*
KATHRYN RISINGER
Deputy Criminal Chief – Organized Crime
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

By: *s/Jennifer E. Levy*
    JENNIFER E. LEVY
    Trial Attorney
    Counterterrorism Section
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W., Suite 7600
    Washington, D.C. 20530
    (202) 514-1092

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, I electronically served a copy of the Government's Notice of Classified Filing by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for defendant.

    *s/ Philip H. Wehby*
    PHILIP H. WEHBY
    Assistant United States Attorney