# UNITED STATES DISTRICT COURT
## for the Middle District of Tennessee

UNITED STATES OF AMERICA

v.

GEORGIANNA A.M. GIAMPIETRO

NOTICE

Case No. 2:19-00013

| Type of case: | ☐ Civil | ☒ Criminal |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

Place: Courtroom No. 774 before Magistrate Judge Newbern [instead of Magistrate Judge Holmes]

Room No.:     Date: 9-2-2021     Time: 10:30 a.m.

Type of Proceeding: Arraignment [any waiver to be submitted to Sarah Dixon]

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

Place: Telephone Conference - Call In Information: All parties dial 1-877-402-9753 access code 3808663#

*Date and time previously scheduled:*     *Continued to:*

Date     Time     Date     Time

BARBARA D. HOLMES
U.S. Magistrate Judge or Clerk of Court

Date 8/30/2021

*/s/ Jeanne W. Cox*
(by) Deputy Clerk