UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:19-cr-00013 ) |
| GEORGIANNA A.M. GIAMPIETRO, | ) ) |
| Defendant. | ) |

## ORDER

Defendant's Motion for Leave to File Document Under Seal (Doc. No. 265) is **GRANTED**, and Doc. No. 266 shall be sealed.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE