MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
by VIDEOCONFERENCE

U.S.A. v. __Georgianna A.M. Giampietro__, No. __2:19-cr-13__

**ATTORNEY FOR GOVERNMENT:** __Phil Wehby__

**ATTORNEY FOR DEFENDANT:** __Charles Swift__   AFPD   Panel   (Retained)

**PRETRIAL SERVICES/PROBATION OFFICER:** ____

**INTERPRETER NEEDED?**   YES   (NO)   **LANGUAGE/INTERPRETER:** ____
☐ PRESENT   ☐ ON TELEPHONE

☐ Defendant consents to Initial App. and ☐ All future hearings before the Magistrate Judge by video conference.

☐ **INITIAL APPEARANCE**   ☐ ON A SUMMONS   ☐ ARRESTED ON: ____
  DEFENDANT HAS A COPY OF:
  ☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other ____
  ☐ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
  ☐ Defendant advised of right to counsel        ☐ Counsel retained
  ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed   ☐ FPD Appointed
  ☐ Defendant advised of right to silence
  ☐ Defendant advised of right to **Consular notification**
  ☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
  ☐ Government motion for detention   ☐ Defendant temporarily detained
  ☐ Defendant waived detention hearing   ☐ ICE detainer on defendant
  ☐ Defendant reserved right to hearing in future   ☐ Defendant to be returned to State custody
  ☐ Defendant to remain in Federal custody   ☐ Defendant waived rights under IAD
  ☐ Defendant remain on current conditions of supervised release
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☐ Defendant released on:
    ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
    ☐ Appearance bond in the amount of: ____
    ☐ Property bond [description of property]: ____
  ☐ RULE 5 - Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
  ☐ RULE 5 - Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ RULE 5 - Defendant elected to have detention hearing in District of Prosecution
  ☐ RULE 5 - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** ____

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]
☒ **ARRAIGNMENT**
  ☒ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
  ☒ Defendant waives reading thereof   ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ GUILTY   ☒ NOT GUILTY   ☐ Defendant intends to plead guilty and case referred to DJ

**DATE:** __9/2/21__   **TOTAL TIME:** __3 min__
**BEGIN TIME:** __10:29 a.m.__   **END TIME:** __10:32 a.m.__
*Digitally Recorded*