REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013

UNITED STATES OF AMERICA

V.

GEORGIANNA A.M. GIAMPIETRO

(list each defendant appearing at hearing)

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 9/2/2021

Location: ☑ Nashville ☐ Columbia ☐ Cookeville

Court Reporter: Lise Matthews

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Phil Wehby, Jennifer Levy, Kathryn Risinger

Defense Attorney(s): Peter Strianse, Charles Swift

## TRIAL PROCEEDINGS

1. Jury Trial*
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference ☑
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Status conference held.
- A status conference will be held on September 10, 2021, at 9:00 a.m. Jennifer Levy and Peter Strianse will not attend.
- On September 8, 2021, by 5:00 p.m., the parties shall file under seal the intended scope of their exam.
- If approved, a hearing (all day) will be held on September 21, 2021, at 9:00 a.m.
- Order to enter.

Total Time in Court: 25 minutes

Clerk of Court
by: Kelly Parise

Case 2:19-cr-00013  Document 270  Filed 09/02/21  Page 1 of 1 PageID #: 3248