REV 09/18

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013

UNITED STATES OF AMERICA

V.

GEORGIANNA A.M. GIAMPIETRO

(list each defendant appearing at hearing)

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 9/10/2021

Location: ☑ Nashville ☐ Columbia ☐ Cookeville

Court Reporter: Lise Matthews

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Phil Wehby, Kathryn Risinger

Defense Attorney(s): Charles Swift

## TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Status conference held and Court Exhibits admitted.
- Defendant not present. Charles Swift to order official transcript.
- Parties shall consider a trial date of 2/22/2022 - 3/4/2022.
- Agreement between parties adopted subject to Court exercising its own due diligence.
- Parties to hold 9/24/2022 from 1:00-5:00.
- Order to enter.

Total Time in Court: 35 minutes

Clerk of Court by: Kelly Parise