IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No.   2:19-cr-00013 |
| v. ) | |
| ) | Chief Judge Crenshaw |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## GOVERNMENT'S NOTICE OF CLASSIFIED FILING

The United States provides notice that on September 14, 2021, a classified submission was filed with the Court. A redacted "half sheet" of that filing accompanies this notice.

    Respectfully submitted,

    MARY JANE STEWART
    Acting United States Attorney
    Middle District of Tennessee


By: *s/ Philip H. Wehby*
    PHILIP H. WEHBY
    Assistant United States Attorney
    110 9th Avenue South, Suite A-961
    Nashville, Tennessee 37203
    (615) 736-5151


By: *s/ Kathryn Risinger*
    KATHRYN RISINGER
    Deputy Criminal Chief – Organized Crime
    110 9th Avenue South, Suite A-961
    Nashville, Tennessee 37203
    (615) 736-5151

By: *s/Jennifer E. Levy*
　　JENNIFER E. LEVY
　　Trial Attorney
　　Counterterrorism Section
　　U.S. Department of Justice
　　950 Pennsylvania Avenue, N.W., Suite 7600
　　Washington, D.C. 20530
　　(202) 514-1092

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2021, I electronically served a copy of the Government's Notice of Classified Filing by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for defendant.

　　*s/ Philip H. Wehby*
　　PHILIP H. WEHBY
　　Assistant United States Attorney