UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) | |
| Defendant. | ) | |

## ORDER

A telephone status conference will be held on Defendant Georgianna Giampietro's Motion to Continue (Doc. No. 281) and the Government's Motion to Schedule Pretrial Hearing Involving "The Sheikh" (Doc. No. 278) on **September 21, 2021** at 1:00 p.m. The parties shall call 1-888-278-0296, and when prompted enter access code 6564835# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE