IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:19-cr-00013 |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | Chief Judge Waverly D. Crenshaw, Jr. |
|     Defendant. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Attorney Charles Swift provides this notice of his change of address to the Court:

**100 N. Central Expy, Suite 1010**
**Richardson, TX 75080**

All other information (phone/fax/email) remains the same. I ask the Clerk to update my address accordingly.

Respectfully submitted this 21st day of September, 2021.

By: /s/ *Charles D. Swift*
Charles D. Swift,
*Pro Hac Vice* Attorney for Giampietro
100 N. Central Expy, Suite 1010
Richardson, TX 75080

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 21st day of September, 2021, I electronically filed the foregoing Notice of Change of Address with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: /s/ Charles Swift
Charles D. Swift
*Pro Hac Vice* Attorney for Giampietro

1