REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013

UNITED STATES OF AMERICA
V.

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 9/21/2021

GEORGIANNA A.M. GIAMPIETRO (not present)

Location: ☒ Nashville ☐ Columbia ☐ Cookeville

Court Reporter: Lise Matthews

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Phil Wehby, Kathryn Risinger

Defense Attorney(s): Charles Swift, Peter Strianse

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. |  | 7. |  |
| 2. |  | 8. |  |
| 3. |  | 9. |  |
| 4. |  | 10. |  |
| 5. |  | 11. |  |
| 6. |  | 12. |  |
| Alt 1. |  | Alt 2. |  |

COMMENTS:

- Telephone status conference held.
- Counsel to file by September 23, 2021 at noon confirmation of logistics, and if the plan for Friday, September 24, 2021 is workable.

Total Time in Court: 25 minutes

Clerk of Court
by: Kelly Parise