# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:19-cr-00013 |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In light of the Joint Notice (Doc. No. 286) filed September 22, 2021, the hearing presently scheduled for 2:00 p.m. **on September 24, 2021** is converted to a telephone status conference. At that conference the parties will be prepared to discuss alternative dates on which both the lawyers and the witness will be available for a rescheduled hearing.

The parties shall call 1-888-278-0296, and when prompted enter access code 6564835# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE