# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:19-cr-00013 ) |
| GEORGIANNA A.M. GIAMPIETRO, | ) ) |
| Defendant. | ) |

## ORDER

The matter is before the Court on the government's motion concerning the deletion or nondisclosure of certain information to be provided in discovery. The Court has reviewed the information in light of established discovery obligations pursuant to Federal Rule of Criminal Procedure 16, and Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and their progeny. The Court has conducted an *ex parte, in camera* review of each and every document covered in the government's request for deletion or nondisclosure, pursuant to United States v. Amawi, 695 F.3d 457, 471 (6th Cir. 2021); United States v. Hanna, 661 F.3d 271, 295 (6th Cir. 2011).

The Court finds that good cause exists for granting the government's request and that the government's request comports with its discovery obligations under Rule 16 of the Federal Rules of Criminal Procedure and applicable case law, as well as Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3, and Rule 16(d)(1) of the Federal Rules of Criminal Procedure. The government shall delete from discovery and shall not disclose to the defendant, her counsel, or to the public, the information covered by the government's request.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE