IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>     )<br>v. )<br>     )<br>GEORGIANNA A.M. GIAMPIETRO )<br>    Defendant. ) | Case No.: 2:19-cr-00013<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF WAIVER OF PRESENCE OF THE DEFENDANT

It has come to Counsel's attention that the Daviess County Jail where the Defendant, Ms. Giampietro, is housed, recently extended its "no transfer of inmates" policy until after October 11, 2021. Previously Ms. Giampietro requested she be present in court for all substantive hearings. Due to the problems with the jail in transporting inmates prior to October 11, Ms. Giampietro has communicated to Counsel via email (See Attached Exhibit – email from Georgianna Giampietro) that she is willing to waive her presence for the October 6, 2021, hearing presently scheduled, should the jail be unable to transport her. Ms. Giampietro requests a copy of the transcript from the hearing.

Respectfully submitted this 27th day of September, 2021.

By: /s/ *Charles D. Swift*
Charles D. Swift,
*Pro Hac Vice* Attorney for Giampietro
100 N. Central Expy, Suite 1010
Richardson, TX 75080

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2021, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: /s/ Charles Swift
Charles D. Swift
*Pro Hac Vice* Attorney for Giampietro

1