Login                         

# Message Response

Below is the response from the individual to your previously sent message. There is only one response allowed per message.

**GEORGIANNA GIAMPIETRO**
To: cmcdonald@clcma.org

### Oct 6th

hi there, good afternoon. today, i received the transcripts for Sept 10th. thank you for sending them. if this facility cannot transport until after the Oct 6th date, i give permission to have court on Oct 6th without me. just send the transcripts, and i will be fine to read them. i just don't want anyone waiting on me. the transcipts will be great. thank you

Sep 27, 2021 - 03:58 pm

Are you receiving unwanted messages from this individual?          ⊘ Block Individual

Send new message                                                                                  →

← Ignore and Exit

**Case 2:19-cr-00013   Document 297-1   Filed 09/28/21   Page 1 of 1 PageID #: 3334**