IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

**GOVERNMENT'S NOTICE REGARDING TRANSCRIPT
RELATED TO JUNE 25, 2018, MEETING**

The United States of America, through Mary Jane Stewart, Acting United States Attorney for the Middle District of Tennessee, by and through Assistant United States Attorneys Kathryn Risinger and Philip Wehby, and the Chief of the Counterterrorism Section of the National Security Division, United States Department of Justice, by and through Trial Attorney Jennifer E. Levy, hereby files this Notice advising the Court that in anticipation of the hearing currently scheduled for October 6, 2021, at 9:00 a.m., the Government provided defense counsel with a copy of the transcript relating to the June 25, 2018, meeting involving Ms. Giampietro, "the Sheikh," and others. The transcript provided was reviewed by a Government witness who was present at that meeting and is believed to be an accurate transcription of that meeting. The transcript was provided to defense counsel, via email, on the morning of September 29, 2021, and the Government advised defense counsel that if he believes any portion of the transcript is incorrect, to please contact the undersigned attorneys to discuss those portions of the transcript.

## CONCLUSION

The Government hereby requests the Court take notice of the foregoing information in preparation for the hearing involving "the Sheikh" currently scheduled for October 6, 2021, at 9:00 a.m.

Respectfully Submitted,

MARY JANE STEWART
Acting United States Attorney
Middle District of Tennessee

By: /s/ *Kathryn Risinger*
KATHRYN RISINGER
Deputy Criminal Chief – Organized Crime

/s/ *Phil Wehby*
PHIL WEHBY
Assistant United States Attorney
110 9th Avenue South
Nashville, Tennessee 37203
Phone: (615) 736-5151

/s/ *Jennifer E. Levy*
JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 7600
Washington, D.C. 20530
(202) 514-1092

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, I electronically filed one copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for defendant in this case.

/s/ **Kathryn D. Risinger**
KATHRYN D. RISINGER
Assistant United States Attorney