*This is to certify that*

# HEBA ABOUELSAAD

*has successfully completed, pursuant to Tennessee Supreme Court Rule 42, all necessary requirements to be credentialed as a*

## Certified Arabic Court Interpreter

*by the Tennessee Supreme Court Administrative Office of the Courts on the 3rd day of June 2016.*

**Effective July 1, 2019 - June 30, 2022**



_____
Ryan Mouser
Court Interpreter Program Coordinator