# Supreme Court of Washington

## Hebba Abulsaad



having successfully passed the Court Interpreter Examination for Arabic language court interpreters and having shown sufficient knowledge of the Code of Conduct for Court Interpreters, is hereby designated by the Court as a

## Certified Court Interpreter

on this 8th day of May 2020

_James Wells_, Court Interpreter Program Specialist



Case 2:19-cr-00013   Document 301-2   Filed 10/01/21   Page 1 of 1 PageID #: 3344