UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) |
| Defendant. | ) |

## ORDER

This case is set for a telephonic status conference for **October 14, 2021,** at 11:00 a.m. The parties shall call 1-888-278-0296, and when prompted enter access code 6564835# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

During the telephone conference, the parties and their counsel of record shall state their name before speaking, never interrupt the court or another person speaking and when referring to a document filed with the Court, use the designated docket number.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE