# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA**
V.

GEORGIANNA A.M. GIAMPIETRO (not present)

(list each defendant appearing at hearing)

Case No.: 2:19-cr-00013
Judge: Waverly D. Crenshaw, Jr.
Hearing Date: 10/14/2021
Location: ☑ Nashville  ◯ Columbia  ◯ Cookeville
Court Reporter: Lise Matthews
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Phil Wehby, Kathryn Risinger, Jennifer Levy

Defense Attorney(s): Charles Swift, Peter Strianse

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- A telephone status conference was held. Defendant was not present.
- The jury trial is scheduled for January 31, 2022. A pretrial conference will be held on January 10, 2022 at 10:00 a.m.

Total Time in Court: 10 minutes

Clerk of Court
by: Kelly Parise