UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) |
| Defendant. | ) |

## ORDER

The Court will hold an ex parte, in camera Classified Information Procedures Act (CIPA) hearing with the Government on **December 6, 2021,** at 9:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE