UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) ) ) | |
| Defendant. | ) | |

## ORDER

United States' Motion for Leave to File Document Under Seal (Doc. No. 312) is **GRANTED**, and Doc. No. 313 shall be sealed.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE