# CATHERINE T SCHRECK

Bethesda MD
(610) 329-2378
catherine@siteintelgroup.com

## SUMMARY

Multilingual Counterterrorism Analyst with fluency in Arabic, French, and Spanish as well as a native English speaker. Ambitious and determined with over three years of experience in open-source intelligence, data collection, documentation, and interpretation. Perform complex web searches to help obtain necessary information. Results-oriented and goal-driven with exceptional history of performing well with little or no supervision.

## SKILLS

- Conducting OSINT investigations
- Knowledge of terrorist organizations
- Public Speaking
- Intercultural Communication
- Client relationship management
- Research and analysis
- Training & Development
- Team building
- Workforce Management

## EXPERIENCE

### SITE INTELLIGENCE GROUP
Bethesda, MD

**Team Lead, Far-Right/Far-Left**     02/2021 to Current

- Overseeing a team of eight people.
- Compiling weekly status reports and regular performance reviews.
- Maintaining library of templates and reusable knowledge assets to facilitate projects.
- Resolving interpersonal conflicts by listening, finding common ground and building relationships.
- Working successfully with diverse group of coworkers to accomplish goals and address issues related to our products and services.
- Motivating and encouraging team members to communicate more openly and constructively with each other.
- Actively keeping team on track by assigning and supervising their activities and giving constructive feedback.
- Creating agendas and communication materials for team meetings.
- Defining strategies and creating plans to achieve ambitious operational objectives.
- Researched and led investigations into various areas to drive improvements and devise new processes.

### SITE INTELLIGENCE GROUP
Bethesda, MD

**Senior Analyst**     06/2019 to Current

- Monitoring, collection, and analysis of terrorist, extremist, and hate content online in Arabic, French, Spanish, and English.
- Overseeing all finance related research and output from various extremist and terrorist actors.
- Compiling current intelligence data into reports and presentations.
- Writing daily dispatches and compiling over 60 company and client requested research reports.
- Conducting training workshops for clientele in North America, Middle East, Asia, and Africa.
- In response to crisis situations, delegating tasks and communicating across departments.
- Formulating and implementing policies to improve company response to critical incidents.
- Training and oversight of junior analysts on policies, standards, and procedures.
- Screening, evaluating, and conducting interviews of candidates for analyst and data positions at

company.
- Built sustainable client relationships built on trust by applying excellent communication and interpersonal skills.

### SITE INTELLIGENCE GROUP
Bethesda, MD

**Arabic Analyst** 07/2018 to 06/2019
- Open-source research of jihadist groups; identifying and monitoring illicit/terrorist activities in the Middle East, North Africa, and Central and Southeast Asia.
- Compiled and organized research data to produce daily and weekly reports on jihadist groups in Syria.
- Translation and interpretation assistance to support company products and services.
- Providing complete and accurate reports consistent with company and customer deadlines.

### KANTAR MEDIA
West Chester, PA

**International Media Editor** 05/2011 to 02/2013
- French, Spanish, and English commercial media analysis, research, reportage, and translation to support and maintain integrity of media products and services.
- Managed international media products in languages not traditionally supported by the department (e.g. Kurdish, Chinese, etc.).
- Efficiently assigning a multitude of attributes to hundreds of pieces of media for accurate classification within MediaWatch and BrandCentral databases according to client and company guidelines on a daily basis.

### IRAQI EMBASSY CULTURAL OFFICE
Washington, DC

**Intern** 11/2009 to 05/2010
- Researched and compiled reports on topics related to health and education in Iraq and Iraqi students residing in the United States.

### JORDANIAN INTERFAITH COEXISTENCE RESEARCH CENTRE
Amman, Jordan

**Intern** 06/2009 to 08/2009
- Assisted in the creation of program proposals for international interfaith dialogue conferences.
- Researched current interfaith projects and networked with organizations and individuals for collaboration on future projects.

## EDUCATION AND TRAINING

**MASTER OF SCIENCE**: EMPIRES, COLONIALISM & GLOBALISATION 09/2017
**London School of Economics**, London, U.K.
- Dissertation: The Djebel Druze and the Great Syrian Revolt, 1925 - 1927: Required extensive research in Arabic and French primary source materials.

**MASTER OF ARTS**: INTERNATIONAL RELATIONS 09/2014
**Queen Mary, University Of London**, London, U.K.

**BACHELOR OF ARTS**: INTERNATIONAL AFFAIRS 05/2010
**George Washington University**, Washington, DC

## LANGUAGES

- English, Arabic, French, and Spanish