# Karam Kamel

**Personal Profile:**

I have been serving my country in various forms for the past 22 years culminating in utilizing my native Arabic and finance skills in the FBI.

**Experience:**

Language Specialist, FBI – Nashville, Tennessee.                                         2007 - Present

- Analyze source materials utilizing my cultural and linguistic expertise and provide translations. Write intelligence reports based on case findings. Took part in hundreds of case projects all of which ended favorably.
- Provide consulting services for local law enforcement as well as act as lead analyst on numerous projects.
- Act as a lead forensic financial analyst on cases requiring both language and financial expertise.
- Requested to testify as an expert in court cases.
- Present strategic plans and case updates in executive level meetings.
- Provide personal assessments to other analysts through role as a quality control auditor. Serve as mentor to other analysts.
- Liaison between my department and local and federal agencies in the intelligence field.
- Current security clearance level: Top Secret.
- Proficient in Egyptian, Iraqi and Levantine dialects.

Dealership Manager, Freeway Auto Credit – Nashville, Tennessee.                                         2006

- Managed a local dealership as part of a regional conglomerate. Duties included managing an administrative and sales staff of about 10 people.
- Modified the sales administrative process which resulted in gaining time efficiencies of over 25%.
- Improved sales contract transparency which reduced returned vehicles from an average of 8 to 0 per month.
- Oversaw the dealership's day-to-day operations in addition to making both long and short-term decisions including:  Hiring, purchasing, customer relations, commissions and cash management.
- Oversaw the budget/financial statements for the dealership monthly.

Special Forces Linguist, Titan Corporation– Baghdad, Iraq.    2003 - 2005

- Participated in 200+ missions with the US Special Forces over a 16-month deployment.
- Managed a cadre of 100+ local guards. Responsibilities were both strategic and administrative in nature and included: weapons training, directing guards when the safe house was under attack, scheduling, payroll, duty assignments and complaint resolutions.
- Served as both lead interrogator and translator during missions and interviews as well translating mission critical documents from Arabic into English.
- Went on under cover missions gaining the opportunity to utilize critical thinking, problem solving and negotiation skills.

Senior Airman, United States Air Force, Whiteman AFB, MO.    1999 - 2003

- Served as a Civil Engineering assistant responsible for drafting projects, project design, survey, landscape design, contract negotiation, construction inspection, and maintenance.
- Awards received: Joint Service Achievement Medal, Air Force Achievement Medal.

**Education:**

Middle Tennessee State University.    2007 - 2008
 Bachelor Degree in Finance and Banking.  3.74 GPA.

Missouri State University at Columbia.    2005 - 2007
 Bachelor Degree in Finance and Banking. Sophomore and Junior years. 3.88 GPA.