## "The Merciful Hands" Fundraises Using Bitcoin, Other Methods For Jihadis In Syria, In English, German, Turkish, And Arabic

A jihadi Telegram channel called The Merciful Hands says it is "giving aid to those in need."[175] The channel lists a Bitcoin address and a WhatsApp number with a Turkish country code (+90 537 822 0931) for donations to fighters in Syria, but these numbers can be faked. The Merciful Hands solicits donations in English, German, Turkish, and Arabic. There are also posts in Russian. On March 28, 2018, The Merciful Hands was promoted by the pro-Al-Qaeda Telegram channel Ummah Chat Group. The Merciful Hands was created on March 20, 2018, and as of this writing has 1,212 members. There are photos on the channel of donors holding up the US dollars that they donate, as well as photos of the people in Syria who receive the donations.[176]

The channel's first post, which has since been deleted, described on March 20 the financial situation of four men in Syria. The post read: "I am writing this message today because I have seen the financial situation first hand of many *muhjireen* [immigrants, i.e., foreign fighters] and *ansar* [natives]. The situation is deteriorating everyday as you know the *mazoot* [fuel oil] 650 a liter a *jarrah* [container] gas is nearly 15,000 lyra to fill your *cazan* [tank] you have to pay for the tractor to come to your house so this increases the price of the water.

"So what I am proposing is to try to help some brothers I know first hand first we will start off with 5 brothers and later if this can work we will open this to more brothers, the money is an *Ammana* [responsibility] and we are scared of *yamal qiyamah* [Day of Judgement] the so the money wont be misappropriated. The brothers I wont list their names for security purpose and I don›t want people know they are in need since they are such humble brothers...

"1. The first brother is a muhjir murabit [one who goes on guard duty] and goes to *ribat* [guard duty] when the call for jihad or ribat is made. This brother is married recently only 4 months he spent all his money on the *mahar* [dowry] and he needs to buy a bike to get him and his wife around. So if someone wants to donate a car, bike, or money please feel free to contact us.

"2. The second brother he is a *muhajir* [migrant i.e., foreign fighter] as well he is not married but is not part of any group because he is dealing with *sihr* [sorcery] so for him to go to the battlefield would only lower the



227

By: Steven Stalinsky ■ MEMRI

Case 2:19-cr-00013 Document 322-1 Filed 11/24/21 Page 1 of 12 PageID #: 3748

moral of the brotherse because of the fear the *jinn* [spirit] gives him. The brother barely has 2l lyra in his pocket at times and doesn›t get help from his country or from any group.

"3. The third brother is also a mujjir and he works media only because he was injured and shot with a sniper bullet in his leg, but as he says when he is top shape he will return to the field also he is married with one child and a new baby on the way many time the brother can barely afford to pay for milk or diapers, at one time his wife mixed leban and water to try to give it to the baby and the baby ended up getting sick this is how dire their situation is..."

> Asslam alak[...]akatu ya brothers and sister in islam
>
> *Provided by MEMRI JTTM*
>
> I am writing this message today because I have seen the financial situation first hand of many muhjireen and ansar. The situation is deteriorating everyday as you know the mazoot 650 a liter a jarrah gas is nearly 15,000 lyra to fill your cazan you have to pay for the tractor to come to your house so this increases the price of the water.
>
> So what I am proposing is to try to help some brothers I know first hand first we will start off with 5 brothers and later if this can work we will open this to more brothers, the money is an Amman and we are scared of yamal qiyamah the so the money wont be misappropriated. The brothers I wont list there names for security purpose and I dont want people know they are in need since they are such humble brothers and just have tawwakal in Allah azza wa jal
>
> 1. The first brother is a muhjir murabit and goes to ribat when the call for jihad or ribat is made. This brother is married recently only 4 months he spent all his money on the mahar and he needs to buy a bike to get him and his wife around. So if someone wants to donate a car, bike or money please feel free to contact us
>
> 2. The second brother he is a a muhajir as well he is not married but is not part of any group because he is dealing with sihr so for him to go to the battlefield would only lower the moral of the brothers because of the fear the jinn gives him. The brother barely has 2k lyra in his pocket as times and doesn't get help from his country or from any group.
>
> 3. The third brother is also a muhjir and he works media only becuase he was injured and shot with a sniper bullet in his leg, but as he says when he is top shape he will return to the field also he is married with one child and a new baby on the way many time the brother can barely afford to pay for milk or diapers, at one time his time his wife mixed leben and water to try to give it the baby and the baby ended up getting sick this is how dire there situation is. He received a monthly ratib of 20,000 lyra a month but its not enough to take care of his family for one month so this is why we are asking for donation.

228

The channel posted a photo of a person holding a $100 bill and notebook that read "Sadaqah Al-Khair, Merciful Hand Syria," also on March 20.



On March 21, a photo was shared showing a man holding a $50 bill with a hand-written note: "The Merciful Hands from Sham to the Muslims of South Africa, we thank you for feeding us." The photo appears to show a recipient in Syria of a donation from South Africa.



229

By: **Steven Stalinsky** ■ M E M R I

On March 23, a post about two men was shared on the channel. The post read: "A sad story of foreigners forgotten in the land of Sham [Syria].

> **The Merciful Hands**
> Assalam alakium wa rahmutalhi wa barakatu
>
> A Sad story of foreigners forgotten in the land of sham 🙁
>
> 1. A brother who is in the cause of Allah wife is sick they have a child and they are not getting any finacial support for only 4 months they got $30 the brother has sold all his equitment, his bike, his phone, pretty much everything worth of value take care of his family so please find it in your hearts to help this brother. Even though he is not getting any money hes still staying in thr field.
> Jazakallah Khair
>
> 2. The second brother is in a tough finacial situation hed getting kicked out of his house with no place to go he doesnt have any electricity. and only uses a lighter for light he wad recently married 3 months ago
> this brother tore his shoulder snd has pain in his back from disk also nerver damage in a paet of his body, but these injurys didnt deter the brother from being in the cause.
>
> Final note:
> these two brothers are in extreme fiancial poverty going months without food boxes snd payment. So lets work together to get these brother something so they can have some assistance.
>
> *Provided by MEMRI JTTM*

"1. A brother who is in the cause of Allah wife is sick they have a child and they are not getting any financial support for only 4 months they got $30 the brother has sold all of his equipment, his bike, his phone, pretty much everything worth of value take care of his family so please find it in your hearts to help this brother. Even though he is not getting any money he's still staying in the field.

"2. The second brother is in a tough financial situation he's getting kicked out of his house with no place to go he doesn't have any electricity, and only uses a lighter for light he was recently married 3 months ago. This brother tore his shoulder and has pain in his back from disk also nerve damage in a part of his body. But these injuries didn't deter the brother from being in the cause. Final note: These two brothers are in extreme financial poverty going months without food boxes and payment. So let's work together to get these brother something so they can have some assistance."

It appears that the person who wrote this post intentionally avoided using the word "jihad" and instead used the phrase "the cause."

Another post from March 23 read: "There is a brother who is new to the field and has no money to purchase equipment vast [sic] something for protection when going to the fronts. So the brother is looking for donations. I have written this without using specific words but you know what I mean ;) so in sha Allah if there is anyone available to help please contact us so we can help get this brother to the field. One who finances someone in the field is like the one who is in the field himself. Don't worry about donations small or big everything counts and your reward is with Allah in sha Allah." The post is signed: "Suliman Al Hindi Telegram - +90 537 822 0931," which indicates that the person who wrote the post may be Indian.



230

**The Coming Storm: Terrorists Using Cryptocurrency**
Case 2:19-cr-00013 Document 322-1 Filed 11/24/21 Page 4 of 12 PageID #: 3751

A post in the channel from March 26 discussed two converts to Islam who immigrated to Syria to join the jihad. The post read: "Another story of two mujahirin brothers. Both brothers used to be Christians and Alhumdulilah Allah guided them to Islam and after that guided them to make *hijrah* [immigration] for jihad. Both brothers are married with two kids and one is expecting his third and as their families are *kuffar* [unbelievers] obviously they do not help them at all. Both brothers were in debt with one brother recently selling most of his house stuff to pay off his debts but now they are both broke. So if there's anyone who can help them please contact us and may Allah reward you."



**The Merciful Hands**
Another story of two muhajirin brothers.
Both brothers used to be Christians and Alhamdulillah Allah guided them to Islam and after that guided them to make hijrah for jihad. Both brothers are married with two kids and one is expecting his third and as their families are kuffar obviously they do not help them at all. Both brothers were in debt with one brother recently selling most of his house stuff to pay off his debts but now they are both broke. So if there's anyone who can help them please contact us and may Allah reward you.

Provided by MEMRI JTTM

On December 6, 2018, the channel posted a new Bitcoin address 1FeocjAnzCY4BEB7pDotUAXFK9fv9774zf. The address shows no transactions.[177] It also gave the Telegram number +90 537 822 0931, the Whatsapp number +46 73 929 9885, and the Telegram admin @thefigtree.



So we appeal to you today to donate whatever you can where it be a euro a dollar 100 dollars whatever you can your effort is appreciated and should never be looked down as it is not enough.

To donate
Telegram +90 537 822 0931
Whatsapp +46 73 929 9885
Telegram Admin @thefigtree
Bitcoin address: 1FeocjAnzCY4BEB7pDotUAXFK9fv9774zf

Provided by MEMRI JTTM

On December 7, 2018, the channel gave the same Telegram number and username, WhatsApp number, and Bitcoin address: "Our winter clothing distribution we our handing out clothes packs to widows and orphans to help keep them warm this winter. Due to your donations we were able start this project. Please continue to donate. Telegram +90 537 822 0931. Whatsapp +46 73 929 9885. Telegram Admin @thefigtree. Bitcoin address:1FeocjAnzCY4BEB7pDotUAXFK9fv9774zf."

231

By: Steven Stalinsky



On December 6, the channel posted an appeal for donations and gave the same Telegram, WhatsApp, and Bitcoin information.



The next day, the channel posted a photo of a man holding bills of an unknown currency.



233

By: Steven Stalinsky

On March 22, 2018, the channel wrote: "We as muhajireen [immigrants, i.e., foreign fighters] are trying to integrate into the society of the Syrian people by helping them with there needs." The message describes a toy drive the channel is organizing and gives the same information in German.



On March 25, the channel wrote: "A brother here has recently lost his phone and doesnt have any money to purchase one... There is also a second brother his phone got broken and not able to be fixed and just like the first brother he is in need of a phone. This brother is is injured so he runs a dawa program with over 2k followers and without the work is becoming difficult. right now these issues are very important for the brothers to stay in contact with the field managers and there families... A brother who was working doing media for the sake of Allah had his laptop, mouse, external hard drive, and usb all stolen. So now we are trying to help these brothers get back on there feet since they dont have incomes. So it has incumbent on us to help them. so whatever donation you would like to make is appreciate from 5 dollars to 200 dollars Allah knows best your intention so help the brothers just for the sake of Allah. feel free to give a phone or laptop so we donate. to help the brothers or if you like you can make a donation and we can purchase the items ourselves and give to the brothers."



An April 2 post describes a "muhajir" who needs supplies for his baby, and another who has not received his salary for two months.



An April 3 post read: "Please message me on telegram or whatsapp to help give aid to those in need. +90 537 822 0931."



235

By: Steven Stalinsky ■ MEMRI ~

On April 5, the channel posted a photo of someone holding two $50 bills and a piece of paper that read: "Mercyful Hand with Abu Ahmed Foundation." Text accompanying the image read: "Merciful hands, Abu Ahmad foundation. And your support jazakallah khair [may Allah reward you]." The Abu Ahmed Foundation is an Indonesian fundraising group that raises money to buy materials for jihadis using Facebook, Twitter, WhatsApp, Instagram, and Telegram.[178]





On April 6, the channel posted a photo of a person holding two $20 bills kneeling in front of a box that read: "Merciful Hand with Abu Ahmed Foundation." Text accompanying the photo read: "Our new logo, The merciful hands and the Abu Ahmad Foundation. Alhamdiallah another family we were able to help today."

The same day, the channel wrote: "The Merciful Hands, our charity which is bringing aid to the brothers on the fronts and now we are working in conjunction with The Abu Ahmad Foundation to bring aid to people of syria."



Also on April 6, the channel wrote: "A brother recently married decided its time to ribaat [guard duty] snd they told him if he does not have his own gear he is not allowed to come. so this is a plea to help this brother with then

**The Coming Storm: Terrorists Using Cryptocurrency**

equipment he needs so he can teturn He was once in a jammat [congregation] they provided everything. Now the brother wants ro return to rhe field but the jammat said there is no extra you must come equipped so the brother cried yesterday cause all he has nothing to go battlefield with what they told him broke his heart... the brother needs a baruda jaba boots snd clothing... equipping a brother in the cause of Allah is like fighting yourself dony de received shaytan." The post included the same message in German.



An April 9 post read: "We offer our channel in 4 different languages German, English, Turkish, Arabic."



A post from April 27 showed a photo of a person holding a $50 bill and read: "Jazakallah khair for your donations we were able to help this poor family from another country."



A May 6 post read: "We ran into this brother we know personally who works on the front line, but doesn't receive any payment, so he had no money and couldn't afford to buy some nessecities [sic]. So we gave him some cash and bought his food for him and his family."