
# Former WAG and beauty queen, 21, who married Islamist fighter goes on trial charged with funding terrorism

- Amaani Noor is accused of providing money to 'The Merciful Hands'
- The former beauty queen is alleged to have given £35.92 to the organisation
- It is believed that the group fund anti-government fighters in Syria

By TERRI-ANN WILLIAMS FOR MAILONLINE
PUBLISHED: 13:51 EST, 2 December 2019 | UPDATED: 15:38 EST, 2 December 2019

⊙ Site ⊙ Web | Enter your search

**23**
shares

A one-time WAG and former beauty queen whose dream was 'to marry a fighter' has gone on trial accused of funding terrorism.

Amaani Noor is accused of providing money to a group called 'The Merciful Hands'.

The 21-year-old, a former Miss Teen Great Britain semi-finalist, is alleged to have given £35.92 to the organisation, which funded anti-government fighters in Syria.



Liverpool Crown Court heard how Noor had contacted another woman, Victoria Webster, to arrange a Paypal transfer on May 23, 2018.

Diana Wilson, prosecuting, told the court that Noor had sent 'extensive messages showing interest in and support for extremist organisations' and her husband is an Islamist fighter.

Noor, who once dated a Liverpool winger, also showed support for Sharia law and discussed the 'merits' of IS, it's claimed.



Former WAG Amaani Noor (pictured above) has denied one count of funding terrorism

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

 Former Miss Teen Great Britain semi-finalist and one-time...

 Indiana woman married to Moroccan man who joined ISIS and...

 EXCLUSIVE 'It's God's will for me to be female': Rodrigo Alves unveils her new look as she's 'reborn' as a woman... and reveals men are BEGGING for a date

 ▶ Busy Philipps unwinds at Nobu Los Cabos with celebrity pal Armie Hammer... after being 'blindsided' by E!'s cancellation of her late night show

 ▶ Revealed! The tricks royal nanny Maria Borrallo uses with George, Charlotte and Louis including strict routines - and never calling them 'kids'

 ▶ Kickstart your fitness resolutions: ClassPass is offering a ONE MONTH free trial for new members (that's up to nine classes for $0) PROMOTED

 ▶ Ivanka Trump shares photos of son Theo, 3, getting 'busted' by Secret Service as he tried to run off Air Force One, as she talks 'parenting fail'

 ▶ Izabel Goulart of Baywatch fame shows off her impossibly perfect body as she jumps rope while in a red string bikini

 ▶ Adele continues to show off her incredible 40lbs weight loss as she jumps into the sea after drinking cocktails in the Caribbean



The 21-year-old (pictured above outside court earlier this year) was alleged to have provided around £35 to The Merciful Hands

Phones seized from her home showed she'd used an app called Telegram, which allows users to engage in encrypted chats, leave voice notes, make calls and send files.

She'd contacted Webster, who used the name @iwouldliketobeunknown, in last year, and also followed a Merciful Hands channel using the app, as well of other organisations including Insights in Sham.

Ms Wilson said the pair discussed 'the merits of the proscribed organisation (Hay'at Tahrir al-Sham) and IS (Islamic State) and which group is closest to H truth).'



Webster sent Noor two links to a Telegram chan
Anwar Al-Awlaki as well as a voice note which sa
believers] by the Sharia and they have to be kille

Former Miss Teen Great Britain semi-final

 Watch the full video

 0:00 / 1:12 

Noor later sent Webster a voice note saying she 'hasn't got a problem with people being killed justly if they refuse to do certain things according to Islam'.

The pair were also found to have extremist videos showing tortures and executions, the court heard.

One video on Noor's devices showed an ambush on a desert highway, vehicles being shot, and the captured occupants being brutally tortured and executed.

Another showed a man having his throat cut and then being beheaded, while an IS propaganda video showed people in orange jumpsuits apparently about to be executed.

Noor also contacted a man she referred to as 'Hakim my Love' on Telegram and he later sent her a message declaring it his 'first as her husband'.

He described himself as an 'independent fighter' and urges her not to 'say anything stupid over the internet cos I can bring you a lot of problems'.

Ms Wilson told the court that the Merciful Hands Telegram channel contained references to 'brothers' needing barudas (guns or rifles), clothing and other equipment for the war in Syria.

Webster and Noor exchanged several messages about sending money to Islamist fighters before Noor set-up a Paypal account using the name Margaret Allen, from which she made the $45.51 payment to the group, it's claimed.

She's said to have asked whether the money would go to 'a fighter' or 'an ex- who has a family'.

Noor was arrested in November, last year, and emails on two mobiles seized terror police showed she had considered travelling to Syria to join her fighte husband but was having second thoughts.

'I hate talking like this cause its like ERM amaani girl you should've thought a this before, and I did trust me I knew what I was getting myself into,' she wro

▶ Achieve your goals in 2020! From inspiring 'positive planners' to classic Moleskine diaries, the best organizers you can buy
PROMOTED

▶ Hannah Brown reveals to Peter Weber on The Bachelor that she regrets choosing Jed Wyatt... and says she 'broke everybody's heart and my own'

▶ Brad Pitt and Jennifer Aniston 'do not spend time together outside of parties with mutual friends'... after sitting next to each other at the Golden Globes



'Its been my dream to marry a fighter for a long myself even longer lol.'

Noor from Wavertree, Liverpool, denies one cou

According to the charge, she gave the money 'k to suspect it may be used for the purpose of ter

She refused to comment in police interviews bu believed the money was going to the 'victims of children'.

'I believed the donation was for humanitarian aid. I saw the images of poor looking children and women with basic necessities on the Merciful Hands telegram channel,' she said.

Co-accused Victoria Webster, 28, from Lancashire, previously admitted three counts of terrorism fundraising between March and August last year.

She pleaded guilty in June to inviting Noor to provide money to the Merciful Hands, 'intending it should be used or having reasonable cause to suspect it may be used for the purpose of terrorism'.

Webster also admitted giving the same group £17.97 ($22.77) between April 22 and May 6, and £29.34 ($37.24) between March 24 and August 14.

She's due to sentenced following Noor's trial.
ADVERTISEMENT

**Share or comment on this article: Former beauty queen who married Islamist fighter goes on trial**

| 23 shares

▶ Jana Kramer reveals '24 Hour Rule' with husband Mike Caussin in their effort to rebuild trust following his multiple infidelities

▶ Taylor Swift will receive the 2020 Vanguard Award at GLAAD Media Awards for her ongoing work with the LGBTQ community

▶ For ALL the showbiz news on the internet, go to Newzit.com Amazing new site aggregates all your favorite showbiz sources SPONSORED

▶ Pink and Carey Hart mark 14 years of marriage: 'We came from broken homes but worked hard to create an amazing family'

ADVERTISEMENT

Sorry we are not currently accepting comments on this article.

**MORE TOP STORIES**



▶ Glee star Max Adler, 33, and wife Jennifer are expecting their first child together and 'can't wait to meet' their baby boy

▶ Rosie Huntington-Whiteley showcases her enviable figure as she models new M&S lingerie collection
Sneak peek snaps of herself

▶ Jason Momoa explains why he took off his jacket and went sleeveless during the Golden Globes: 'I had to take care of the wifey' Lisa Bonet

▶ 'Let her have her shine, please!' Rihanna fires off sassy clapback to a male fan who asked to pop her PIMPLE after she showed it off in a makeup-free selfie

▶ Tamara Ecclestone displays her jaw-dropping physique in sizzling white bikini as she hits the beach in Dubai with daughter Sophia

▶ Strolling back to normality! Pippa Middleton heads out with her son Arthur in London a day after returning from her St Barts getaway

▶ Hot mama! Pregnant Ashley Graham shows off baby bump in colorful bikinis for size-inclusive swimwear




.com

# From WAG to jihadi bride: Former beauty queen, 21, who married ISIS fighter in online ceremony after split from Liverpool soccer star is found GUILTY of funding terrorism with £35 donation

- Amaani Noor, 21, fell in love with jihadi 'Hakim My Love' after he wooed her
- Denied donating £35 to help fund terrorism using false name Margaret Allen
- Claimed she believed money would buy food for women and children in Syria
- Convicted in Liverpool today of fundraising contrary to Terrorism Act 2000

By LYNDA ROUGHLEY FOR MAILONLINE
PUBLISHED: 11:20 EST, 12 December 2019 | UPDATED: 17:20 EST, 12 December 2019

**1k** shares    **201** View comments

A former Miss Teen GB star and Liverpool FC WAG who married an ISIS fight[er in an] online ceremony was today found guilty of giving £35 to a terror fighting fun[d].

Amaani Noor, 21, who fell in love with a jihadi called Hakim My Love after he [wooed] her with messages sent on her 20th birthday, planned to join him in Syria.

She denied making illegal donations of £35 to help fund terrorism using the [false] name Margaret Allen and claimed she believed the money would go to buy [food for] women and children in Syria.



After three hours and 38 minutes, a jury at Liverpool Crown Court today convicted her by a majority of 10-2 of fundraising contrary to the Terrorism Act 2000.

Noor, of Wavertree, Liverpool, who broke down in tears in the dock, was warned by Judge Andrew Menary, QC, the Recorder of Liverpool, that there 'is bound to be a custodial sentence.'

He agreed to a request by David Gottlieb, defending, that a pre-sentence should be prepared on Noor. The judge said he would do so because her age and previous good character.




Noor (left) will be sentenced alongside Victoria Webster (right), who has pleaded guilty to three counts of fundraising contrary to the Terrorism Act 2000

## FEMAIL TODAY

▶ The royal PDA! Prince Harry and Meghan put on a VERY public display of affection during visit to London's Canada House to see High Commissioner 

▶ Busy Philipps unwinds at Nobu Los Cabos with celebrity pal Armie Hammer... after being 'blindsided' by E!'s cancellation of her late night show 

EXCLUSIVE 'It's God's will for me to be female': Rodrigo Alves unveils her new look as she's 'reborn' as a woman... and reveals men are BEGGING for a date 

▶ Revealed! The tricks royal nanny Maria Borrallo uses with George, Charlotte and Louis including strict routines - and never calling them 'kids' 

▶ Izabel Goulart of Baywatch fame shows off her impossibly perfect body as she jumps rope while in a red string bikini 

▶ Kickstart your fitness resolutions: ClassPass is offering a ONE MONTH free trial for new members (that's up to nine classes for $0) **PROMOTED** 

▶ Adele continues to show off her incredible 40lbs weight loss as she jumps into the sea after drinking cocktails in the Caribbean 

▶ Hannah Brown reveals to Peter Weber on The Bachelor that she regrets choosing Jed Wyatt... and says she 'broke everybody's heart and my own' 

▶ Brad Pitt and Jennifer Aniston 'do not spend time together outside of parties with mutual friends'... after sitting next to each other at the


Mother places sticker on baby's forehead and she stops crying



Amaani Noor (right), 21, of Wavertree, arrives at Liverpool Crown Court on Tuesday



▶ Angeles billboard icon Angelyne



▶ Achieve your goals in 2020! From inspiring 'positive planners' to classic Moleskine diaries, the best organizers you can buy
**PROMOTED**

▶ Suzanne Somers, 73, proves she is able to walk in high heels even when on crutches with a fractured hip as she makes morning show appearance

▶ Kate Middleton kickstarted her 38th birthday celebrations with friends at Anmer hall, including Prince George's teacher and Rose Hanbury



Mother places sticker on baby's forehead and she stops crying



Noor with ex-boyfriend, footballer Sheyi Ojo, in 2014 when she was a Miss Teen GB contestant

He also said: 'I am not sure even now I know that much about Miss Noor.

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

 Ex-Miss Teen GB semi-finalist turned jihadi wife, 21, admits...

 'One teacher refused to teach jihad. They stoned her to...

'There is some information, she gave evidence about her background and reference to a previous relationship with someone in the public eye and no doubt significant change in her life since then.'

Jihadi bride had four year relationship with pro footballer

 Watch the full video



 Jana Kramer reveals '24 Hour Rule' with husband Mike Caussin in their effort to rebuild trust following his multiple infidelities

 Taylor Swift will receive the 2020 Vanguard Award at GLAAD Media Awards for her ongoing work with the LGBTQ community

 Pink and Carey Hart mark 14 years of marriage: 'We came from broken homes but worked hard to create an amazing family'

 Pat Sajak's daughter reveals the 'really scary' moment she found the Wheel of Fortune host writhing in pain from an intestinal blockage

 For ALL the showbiz news on the internet, go to Newzit.com Amazing new site aggregates all your favorite showbiz sources SPONSORED

ADVERTISEMENT


Mother places sticker on baby's forehead and she stops crying

   0:00 / 2:47 

 

Noor (right) will be sentenced alongside Victoria Webster (left), who has pleaded guilty to three counts of fundraising contrary to the Terrorism Act 2000

He told the defendant, who left the court in floods of tears, that she must prepare herself for a custodial sentence.

The judge told the jury: 'It is a sad case. You've had an insight into this murky and challenging world that some people occupy on line.'

He also said that if they glanced online they would see she had been in a relationship with a professional footballer.

Noor was further remanded on bail until December 20 when she will be sentenced alongside Victoria Webster, 28, of Nelson, Lancashire, who has pleaded guilty to three counts of fundraising contrary to the Terrorism Act 2000.

During the trial, the court heard how Noor became serious about Islam after she had a messy break-up with a Liverpool footballer.

He was not named but she dated Sheyi Ojo, who is currently on loan at Rangers.



Former performing arts student Noor is pictured outside court after an earlier hearing














▶ Forty-three potential jurors are dismissed in Weinstein rape trial as they say they cannot be impartial after judge threatens to jail mogul for texting in court

▶ Glee star Max Adler, 33, and wife Jennifer are expecting their first child together and 'can't wait to meet' their baby boy

▶ Rosie Huntington-Whiteley showcases her enviable figure as she models new M&S lingerie collection Sneak peek snaps of herself

▶ Jason Momoa explains why he took off his jacket and went sleeveless during the Golden Globes: 'I had to take care of the wifey' Lisa Bonet

▶ 'Let her have her shine, please!' Rihanna fires off sassy clapback to a male fan who asked to pop her PIMPLE after she showed it off in a makeup-free selfie

▶ Tamara Ecclestone displays her jaw-dropping physique in sizzling white bikini as she hits the beach in Dubai with daughter Sophia

▶ Strolling back to normality! Pippa Middleton heads out with her son Arthur in London a day after returning from her St Barts getaway

▶ Hot mama! Pregnant Ashley Graham shows off baby bump in colorful bikinis for size-inclusive swimwear campaign - as she prepares to welcome her first child

▶ Ricky Gervais flashes a triumphant grin as he arrives back the UK after his controversial Golden Globes 2020 opening monologue

Mother places sticker on baby's forehead and she stops crying

He publicly supported her when she was a beauty pageant contestant with the couple touted as the new Posh and Becks.

When she was arrested last year she had flights booked to Turkey so she could head to Syria to join Hakim.

She expressed support for Sharia law and said she didn't have a problem 'with people being killed justly' if they refused to do certain things 'according to Islam', it is alleged.

Noor said she believed her husband was fighting 'to fight against oppression and for Islam'.

The former Miss Teen GB semi-finalist, said she believed the money would go to buy food for women and children in Syria.

She told the court she began to focus on her religion after splitting from an unfaithful boyfriend, who was 'in the public eye', when she was 18.



Noor, pictured outside the court on Tuesday, said she believed the money would go to buy food for women and children in Syria



▶ A glamorous comeback! Meghan Markle pairs a Reiss coat and a Massimo Dutti top and skirt with her Jimmy Choos as she returns to royal duties



EXCLUSIVE Harvey Weinstein, 67, shuffles into office of doctor who specializes in spinal surgery using walker for 20 minute appointment after first day of trial



▶ 'Human Ken Doll' Rodrigo Alves reveals she risked her life to become a transgender woman in secret and now admits regrets over $800k surgeries



▶ Prince William and Kate Middleton are a 'new-look Charles and Diana' and set to become a 'major force' in diplomacy, royal expert claims



▶ Once Upon a Time... in Hollywood, 1917, The Irishman and Parasite land nominations from



Ojo of Rangers (left) battles for the ball against a Hamilton Academical player on November 24

Before her marriage to Hakim, Noor, who was born in Liverpool, was married to a preacher but the relationship ended 'badly', the court heard.

The jury heard on the same day as her wedding to Hakim Noor joined a grou[p] The Merciful Hands, which has been described as being Islamic State (ISIS) Telegram, after he suggested it.

Noor, who at one point accepted in court that some of her views had been s[tronger] than those held by proscribed terrorist groups, was charged with donating $[...] around £35, to The Merciful Hands on May 23 last year for the purposes of te[rrorism]

The former performing arts student, who had a YouTube channel, said now h[er] marriage to Hakim had ended she felt it was 'stupid', 'bad' and 'wrong'. 'I dor[...]

