IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | ) ) ) ) | |
| v. | ) ) ) | Case No.: 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO<br>    Defendant. | ) ) ) | Chief Judge Waverly D. Crenshaw, Jr. |

## EXPERT REPORT: RICHARD CONNOR

COMES NOW, Defendant, Georgianna Giampietro, by and through undersigned counsel and provides to this Court the Expert Report of our Computer Forensic Expert, Richard Connor. Mr. Connor's Expert Report and CV are attached to this filing.

Respectfully submitted this 23rd day of December, 2021.

>  /s/ *Charles D. Swift*
> CHARLES D. SWIFT
> *Pro Hac* Attorney for Giampietro
> Constitutional Law Center for Muslims in America
> 100 N. Central Expy., Suite 1010
> Richardson, TX 75080
> Phone: (972)-914-2507
> Email: cswift@clcma.org

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Charles D. Swift
CHARLES D. SWIFT
*Pro Hac* Attorney for Georgianna Giampietro