# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:19-cr-00013 |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO ) | Chief Judge Waverly D. Crenshaw, Jr. |
|     Defendant. ) | |

## DEFENSE PROPOSED JURY INSTRUCTIONS (Disputed)

COMES NOW, Defendant, Georgianna Giampietro, by and through undersigned counsel and provides to this Court the defense Disputed Jury Instructions for:

- Count One - Attempting to Provide Material Support to A Foreign Terrorist Organization Instruction;
- Unanimity Instruction for Count One;
- Count Two – Attempting to Provide Material Support to A Foreign Terrorist Organization;
- Unanimity Instruction for Count Two;
- Count Four - Tampering with Evidence Instruction;
- Implicit Bias Instruction;[1] and
- First Amendment Protected Speech Instruction[2]

A Word/Wordperfect version of these instructions will be emailed to the Court per its Order in D.E. 173.

Respectfully submitted this 23rd day of December, 2021.

                                             /s/ *Charles D. Swift*
                                             CHARLES D. SWIFT
                                             *Pro Hac* Attorney for Giampietro
                                             Constitutional Law Center for Muslims in America

---

[1] Counsel understands that this Court, as a matter of practice, gives the Implicit Bias Jury Instruction included in the Agreed Instructions. Counsel respectfully submits the attached Implicit Bias Jury Instruction for the Court's consideration.

[2] Counsel recognizes that this instruction may require tailoring based on the state of the evidence at the close of trial.

100 N. Central Expy., Suite 1010
Richardson, TX 75080
Phone: (972)-914-2507

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Charles D. Swift*
CHARLES D. SWIFT
*Pro Hac* Attorney for Georgianna Giampietro