IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | No. | 2:19-cr-00013 |
| v. | ) | | |
| | ) | Chief Judge Crenshaw | |
| | ) | | |
| GEORGIANNA A.M. GIAMPIETRO | ) | | |

### *AMENDED* AGREED JURY INSTRUCTIONS

COMES NOW the United States of America, by and through its attorneys, the United States Attorney for the Middle District of Tennessee and the Chief of the Counterterrorism Section of the National Security Division, United States Department of Justice, and Charles Swift and Peter Strianse, counsel for defendant, and hereby respectfully submit this *amended* agreed set of jury instructions, attached hereto as Exhibit A. Where the parties cannot agree, each party is submitting its own proposals under separate cover.

The parties reserve the right to supplement or seek modification of these proposed instructions depending on the proof adduced at trial.

                                          Respectfully Submitted,

                                          MARK H. WILDSAIN
                                          United States Attorney
                                          Middle District of Tennessee

                By:   /s/ *Kathryn Risinger*
                      KATHRYN RISINGER
                      PHIL WEHBY
                      Assistant United States Attorneys
                      110 9th Avenue South
                      Nashville, Tennessee 37203
                      Phone: (615) 736-5151

1

/s/ *Jennifer E. Levy*
JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 7600
Washington, D.C. 20530
(202) 514-1092


Respectfully Submitted,

By: /s/ *Charles Swift*
Charles D. Swift, Pro Hac Vice
 Attorney for GIAMPIETRO
100 N. Central Expy., Suite 1010
Richardson, TX 75080
cswift@clcma.org