IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>)<br>) | |
| v. | )<br>)<br>) | Case No.: 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO<br>Defendant. | )<br>)<br>) | Chief Judge Waverly D. Crenshaw, Jr. |

**DEFENSE PROPOSED VERDICT FORM (Disputed)**

COMES NOW, Defendant, Georgianna Giampietro, by and through undersigned counsel and provides to this Court the Defense Proposed Verdict Form. A Word/Wordperfect version of these instructions will be emailed to the Court per its Order in D.E. 173.

Respectfully submitted this 27th day of December, 2021.

/s/ *Charles D. Swift*
CHARLES D. SWIFT
*Pro Hac* Attorney for Giampietro
Constitutional Law Center for Muslims in America
100 N. Central Expy., Suite 1010
Richardson, TX 75080
Phone: (972)-914-2507

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Charles D. Swift*
CHARLES D. SWIFT
*Pro Hac* Attorney for Georgianna Giampietro

1