IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 2:19-cr-00013 |
| v. ) | |
| ) | Chief Judge Waverly D. Crenshaw, Jr. |
| ) | |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO ) | |

## **VERDICT FORM**

We, the jury, in the above-captioned matter, return the following unanimous verdict:

COUNT ONE

Count One of the Indictment charges GEORGIANNA GIAMPIETRO as follows:

Between on or about November 24, 2017, and on or about October 23, 2018, in the Middle District of Tennessee and elsewhere, Georgianna A.M. Giampietro, a national of the United States, did knowingly attempt to provide material support and resources, to wit: personnel and services, to Hay'et Tahrir al-Sham, also known as HTS, aliases for Al-Nusrah Front, which at all times relevant to this indictment was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that the organization was a designated foreign terrorist organization and knowing that the organization had engaged in, and engages in, terrorist activity and terrorism. In violation of Title 18, United States Code, Section 2339B(a)(1).

1. Does the jury unanimously find GEORGIANNA GIAMPIETRO guilty or not guilty of attempting to provide material support to Hayat Tahrir al Sham in the form of personnel and services in violation of 18 U.S.C. § 2339B(a)(1)?

   GUILTY _____          NOT GUILTY _____

   If you find the Defendant Guilty, go to #2. If you find the defendant Not Guilty, your deliberations are complete.

2. If you find the defendant guilty, answer whether all jurors unanimously agree on the same theory of guilt. You must unanimously agree either that the government has proved beyond a reasonable doubt:

    (a) The defendant attempted to provide material support or resources to Hayat Tahrir al Sham in the form of personnel.

    UNANIMOUS _____    NOT UNANIMOUS _____

Or you must all agree that:

    (b) The defendant attempted to provide material support or resources to Hayat Tahrir al Sham in the form of services.

    UNANIMOUS _____    NOT UNANIMOUS _____

DATE: _____    _____

PRESIDING JUROR

## COUNT TWO

Count Two of the Indictment charges GEORGIANNA GIAMPIETRO as follows:

> Beginning in or about May 2018, and continuing through in or about June 2018, in the Middle District of Tennessee and elsewhere, GEORGIANNA A.M. GIAMPIETRO, a national of the United States, did knowingly attempt to provide material support and resources, to wit: currency, to Hay'et Tahrir al-Sham, also known as HTS, aliases for Al-Nusrah Front, which at all times relevant to this indictment was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that the organization was a designated foreign terrorist organization and knowing that the organization had engaged in, and engages in, terrorist activity and terrorism. In violation of Title 18, United States Code, Section 2339B(a)(1).

3. Does the jury unanimously find GEORGIANNA GIAMPIETRO guilty or not guilty of attempting to provide material support to Hayat Tahrir al Sham in the form of currency in violation of 18 U.S.C. § 2339B(a)(1)?

    GUILTY _____    NOT GUILTY _____

If you find the Defendant Guilty, go to #2. If you find the defendant Not Guilty, your deliberations are complete.

4. If you find the defendant guilty, answer whether all jurors unanimously agree on the same theory of guilt. You must unanimously agree either that the government has proved beyond a reasonable doubt:

   (c) The defendant attempted to provide material support or resources to Hayat Tahrir al Sham in the form of currency through Merciful Hands.

   UNANIMOUS _____   NOT UNANIMOUS _____

Or you must all agree that:

   (d) The defendant attempted to provide material support or resources to Hayat Tahrir al Sham in the form of currency through Al Sadaqah Syria.

   UNANIMOUS _____   NOT UNANIMOUS _____

DATE: _____        _____
                                                PRESIDING JUROR

## COUNT THREE

Count Three of the Indictment charges GEORGIANNA GIAMPIETRO as follows:

Beginning in or about March 2018, and continuing until on or about October 23, 2018, in the Middle District of Tennessee, GEORGIANNA A.M. GIAMPIETRO, did knowingly alter, destroy, conceal, and cover up a record and document, including, but not limited to, social media accounts, text messages, chat conversations, and other electronic communications, with the intent to impede, obstruct, and influence a federal investigation, in violation of Title 18, United States Code, Section 1519.

Does the jury unanimously find GEORGIANNA GIAMPIETRO guilty or not guilty of destruction, alteration, or falsification of records in a federal investigation in violation of 18 U.S.C. 1519?

Guilty _____        Not Guilty _____

3

## COUNT FOUR

Count Four of the Indictment charges GEORGIANNA GIAMPIETRO as follows:

Between on or about September 23, 2018, and on or about October 23, 2018, in the Middle District of Tennessee, GEORGIANNA A.M. GIAMPIETRO, knowingly and corruptly did alter, destroy, and conceal a record and document, including, but not limited to, contact information, text messages, electronic communications, and a cell phone, and corruptly did attempt to do so, with the intent to impair the record and document's integrity and availability for use in a grand jury investigation.

Does the jury unanimously find GEORGIANNA GIAMPIETRO guilty or not guilty of corruptly altering, destroying mutilating, or concealing a record or document, and attempting to corruptly alter, destroy, mutilate, or conceal a record or document, in violation of 18 U.S.C. 1512(c)(1):

    Guilty _____      Not Guilty _____

_____
FOREPERSON

DATE _____