# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:19-cr-00013 |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO ) | Chief Judge Waverly D. Crenshaw, Jr. |
|     Defendant. ) | |

## EXPERT REPORT: AYMENN JAWAD AL-TAMIMI

COMES NOW, Defendant, Georgianna Giampietro, by and through undersigned counsel and provides to this Court the Expert Report, and two supplements from our Middle East/Syria Expert, Aymenn Jawad Al-Tamimi. Mr. Jawad Al-Tamimi's Expert Report, Supplements, and CV are attached to this filing.

Respectfully submitted this 27th day of December, 2021.

/s/ *Charles D. Swift*
CHARLES D. SWIFT
*Pro Hac* Attorney for Giampietro
Constitutional Law Center for Muslims in America
100 N. Central Expy., Suite 1010
Richardson, TX 75080
Phone: (972)-914-2507
Email: cswift@clcma.org

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Charles D. Swift*
CHARLES D. SWIFT
*Pro Hac* Attorney for Georgianna Giampietro