UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No.    2:19-cr-00013 |
| v.                              ) | |
| ) | Chief Judge Crenshaw |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO ) | |

**GOVERNMENT'S EXHIBIT LIST[1]**

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 100 | Extremist Propaganda identified by Wechester Intelligence Center and sent to FBI Nashville JTTF on or about August 25, 2015 and five screenshots from Instagram handles @italia_GG and @ameerah_jojo – 1) Don't want money Don't want fame Just want THE GATES OF Jannah Calling My Name; 2) ONE FLAG ONE NATION ONE LORD; 3), DEMOCRACY The Evil System of Shirk and Kufr; 4) ISIS Flag with Arabic writing; 5) Post to Instagram handle @aneerah_jojo – "O YOU WHO ATTACK FROM THE SKIES BELOW YOU ARE MEN WHO WOULD GIVE THEIR LIVES A THOUSAND TIMES OVER" | Alexandra Elvenaes/Toby Carter |
| 110 | Extremist propaganda posted by Instagram user "SellingPrettyFlowers" on or about October 27, 2015 and 6 pages of ISIS photos | OCE1 |
| 112 | Photos of Islamic Phrases posted by Instagram Vanity Name "Jamilia.Roses" posted on or about February 2, 2016 | OCE1 |

---

[1] Because the Government's Exhibit List is being filed almost five weeks in advance of trial, the Government may request leave at a later date to submit a limited number of additional exhibits that it identifies while preparing for trial.

1

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 113 | Photo of Mujahideen Fighter posted by Instagram Vanity Name "Elegant.rose9" posted on or about February 9, 2016 | OCE 1 |
| 114 | Photo of Individual with Verse Commly Used by Martyrs, posted by Instagram Vanity Name "Elegant.rose9" posted on or about February 9, 2016 | OCE1 |
| 115 | Photos of jihadi propaganda, posted by Instagram Vanity Name "Beautiful.roses9" posted on or about February 22, 2016 | OCE 1 |
| 116 | Biography for Instagram Vanity Name "Beautiful.roses11" and photos of Anwar Al Awlaki (former leader of Al-Qa'ida in the Arabian Pennisula), posted on or about March 21, 2016 | OCE1 |
| 117 | 2 page of pictures – "As a Muslin you cannot afford to waste a single moment of your life" | OCE1 |
| 118 | Quotes from the Quran and Extremist Propaganda, posted by Instagram Vanity Name "Beautiful_rose_12" posted on or about April 7, 2016 | OCE1 |
| 120 | On or about April 7, 2016, Instagram chat between OCE1 and Giampietro (using Instagram Vanity Name "Beautiful_rose_12") discussing Telegram and containing a Screenshot of Giampietro's Telegram Channel identified as @Ameera5 | OCE1 |
| 121 | On or about May 16, 2016,Telegram chat with OCE1 and the defendant discussing conflict between ISIS and Al-Qa'ida | OCE1 |
| 122 | Photos Depicting Love for fighters, posted on or about May 13, 2016, by Instagram Vanity Name "Beautiful_rose_12" | OCE1 |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 124 | Telegram chat beginning on June 4, 2016, with OCE1 regarding defendant's fiancé Abu Talah's travel to Libya with ISIS and her wishes that he'd gone to fight to Al-Qa'ida or Jabhat Al-Nusra | OCE1 |
| 125 | Defendant's Telegram chat (5 pages), beginning on Nov. 4, 2016, with OCE1 discussing ISIS, her Telegram channels, and Telegram's vulnerabilities and the secure private chat feature | OCE1 |
| 126 | Defendant's Telegram chat, beginning on Nov. 13, 2016, with OCE1 identifying her spouse as Abu Abdullah and his affiliation with Jabhat Fatah Al-Sham (precursor to HTS) and identifying Telegram Channel "Let the Believers Put Their Trust in Allah," for OCE1 to follow, which discusses 44 ways to help (i.e. 44 ways to jihad) | OCE1 |
| 127 | Telegram Channel "Let the Believers Put Their Trust in Allah," which was captured by the OCE1 - and including the booklet "44 Ways to Support Jihad" (47 pages) | OCE1 |
| 128 | Defendant's Telegram chat, beginning on July 31, 2017, with OCE1 regarding countries moving into Idlib, Syria to destroy HTS | OCE1 |
| 129 | Defendant's Telegram Channel "Islaamic Literature", whereby defendant adds OCE1 to her Telegram channel and sharing Anwar Al-Awlaki literature | OCE1 |
| 130 | Defendant's Telegram chat, beginning on April 21, 2018, with OCE1, inquiring about UCE1 being a possible spy (10 pages) | OCE1 |
| 131 | Defendant's Telegram chat, beginning on September 30, 2018, with OCE1, inquiring about UCE1 being a possible spy | OCE1 |

3

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 132 | Defendant's Telegram chat, beginning on October 3, 2018, with OCE1, discussing UCE1 being a possible spy and UCE1's travels to Syria | OCE1 |
| 133 | Text message And Telegram conversation beginning October 5, 2018, between defendant discussing UCE1 being a possible spy, UCE1's travels to Syria, and identifying defendant's new Telegram channel | OCE1 |
| 134 | On October 6, 2018, Defendant posts link to Merciful Hands Telegram Channel on her "Isaalmic Literature" Telegram Channel | OCE1 |
| 135 | Defendant Telegram chat on October 8, 2018, with OCE1 regarding UCE1 being a potential spy and defendant researching UCE1's travel plans to verify / not verify credibility | OCE1 |
| 136 | On October 9, 2018, Defendant posts warning about spies to her Telegram channel "Islaamic Literature" and advising others to unfollow the channel and no longer post to it; Defendant's Telegram chat with OCE1 regarding the channel and issues with spies | OCE1 |
| 137 | Defendant's Telegram chat on October 11, 2018, with OCE1 discussing UCE1 being a spy and forwarding message from Syria Care Turkey related to UCE1's husband reaching out for travel assistance | OCE1 |
| 138 | Defendant's Telegram chat beginning October 13, 2018, with OCE1 questioning UCE1's London photos | OCE1 |
| 139 | Defendant's Telegram chat beginning October 13, 2018, with OCE1 where OCE1 forwarded videos and photos proving UCE1's presence in London | OCE1 |
| 140 | Defendant's Telegram chat beginning October 18, 2018, with OCE1 discussing UCE1's use of defendant's "plan" to travel to Syria | OCE1 |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 141 | Defendant's Telegram chat beginning October 19, 2018, with OCE1 questioning UCE1's travel to London and on to Syria | OCE1 |
| 142 | Text and Telegram chat on April 24, 2018, between OCE1 and defendant regarding defendant having deleted her Telegram account following the FBI interview of another sister | OCE1 |
| 150 | May through October 2018 Postings from Defendant's Telegram Channel "Islaamic Literature" and Channel followers of Islamic Literature Channel | OCE1 |
| 152 | Extraction Report for Defendant's cellular telephone showing the posting that was made to Defendant's Telegram Channel "Islaamic Literature" on October 9, 2018, advising others to unfollow channel and no longer post | Tammi Laskowski |
| 200 | Text messages on November 24, 2017, between OCE1, UCE1, and defendant introducing UCE1 to defendant | OCE1 UCE1 |
| 201 | Text messages on November 24, 2017, between OCE1, UCE1, and defendant whereby defendant confirms her Telegram Channel "Islaamic Literature" | OCE1 UCE1 |
| 202 | Text messages beginning on December 20, 2017, between UCE1 and defendant regarding the state of affairs in Syria and different groups fighting in the region | UCE1 |
| 203 | Text messages beginning on January 3, 2018, between UCE1 and defendant regarding the status of defendant's fiancé in Syria after having previously being out of touch with defendant | UCE1 |
| 210 | Telegram Group Chat between defendant, UCE1, A.A., and Eman LNU, beginning on March 2, 2018, discussing guy who is exposing HTS strategy (4 pages) | UCE1 |

5

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 211 | Telegram Chat between defendant, and UCE1, beginning on March 7, 2018, discussing channels to follow and defendant expressing dissatisfaction with people reporting channels and Anwar Al-Awlaki's lectures being removed from YouTube | UCE1 |
| 212 | Telegram Chat between defendant, and UCE1, on March 12, 2018, regarding defendant lack of contact with fiancé, her desire to travel to Syria to marry her fiancé, and her inability to pay off her student loans (9 pages) | UCE1 |
| 213 | Telegram Chat between defendant, and UCE1, beginning on March 18, 2018, in which defendant provides contact information for a "trusted brother" to UCE1 so UCE1's husband can send money to support the Mujahideen | UCE1 |
| 214 | Telegram Group Chat between defendant, UCE1, A.A., and Eman LNU, beginning on March 19, 2018, in which defendant identifies "jojo" as code for ISIS | UCE1 |
| 215 | Telegram Group Chat between defendant, UCE1, A.A., and Eman LNU, on March 4, 2018, discussing infighting in HTS | UCE1 |
| 216 | Telegram Group Chat between defendant, UCE1, A.A., and Eman LNU, on March 19, 2018, where group discussed Boston bombing and defendant interprets Shaheed and Martyrdom | UCE1 |
| 217 | Telegram Group Chat between defendant, UCE1, A.A., and Eman LNU, between March 22-23, 2018, discussing defendant's fiancé's two-week capture (Exhibit 300 is the voice note sent by defendant in this chat) | UCE1 |

6

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 219 | Telegram Group Containing Chat with UCE1 and Accounts that had previously been deleted belonging to defendant, A.A., and Eman LNU, on March 4, 2018, whereby defendant justifies fighting those who have turned away from Allah | UCE1 |
| 220 | Telegram Group Containing Chat with UCE1 and Accounts that had previously been deleted belonging to defendant, A.A., and Eman LNU, on March 11, 2018, discussing what happens when you go to Syria | UCE1 |
| 221 | Telegram Group Containing Chat with UCE1 and Accounts that had previously been deleted belonging to defendant, A.A., and Eman LNU, on March 11, 2018, sharing YouTube Channel that discusses women fighting in Ghouta | UCE1 |
| 222 | Telegram Group Containing Chat with UCE1 and Accounts that had previously been deleted belonging to defendant, A.A., and Eman LNU, on March 16, 2018, whereby defendant sends an article about Syrian rebels fighting with Al Nusra Front | UCE1 |
| 223 | Telegram Group Containing Chat with UCE1 and Accounts that had previously been deleted belonging to defendant, A.A., and Eman LNU, on March 19, 2018, discussing what you should learn prior to doing Jihad | UCE1 |
| 224 | Telegram Group Containing Chat with UCE1 and Accounts that had previously been deleted belonging to defendant, A.A., and Eman LNU, on March 24, 2018, discussing Abu getting captured by HTS (11 pages) | UCE1 |

7

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 225 | Telegram Group Containing Chat with UCE1 and Accounts that had previously been deleted belonging to defendant, A.A., and Eman LNU, on March 24, 2018, discussing females crossing into Syria by falsely claiming to be aid workers | UCE1 |
| 226 | Telegram Group Containing Chat with UCE1 and Accounts that had previously been deleted belonging to defendant, A.A., and Eman LNU, on March 31, 2018, displaying picture of state department website asking for social media accounts for visa application | UCE1 |
| 227 | Telegram Group Containing Chat with UCE1 and Accounts that had previously been deleted belonging to defendant, A.A., and Eman LNU, on March 31, 2018, discussing fighting in Syria | UCE1 |
| 228 | Telegram Group Containing Chat with UCE1 and Accounts that had previously been deleted belonging to defendant, A.A., and Eman LNU, on April 27, 2018, discussing paying off debt | UCE1 |
| 229 | Telegram chat between UCE1 and defendant, beginning on September 23, 2018, whereby defendant and UCE1 discuss UCE1's travel plans to Syria to join HTS and defendant offers to provide a brother's contact information for assistance | UCE1 |
| 230 | Telegram chat between UCE1 and defendant, on September 26, 2018, whereby defendant advises she is waiting to hear back from the brothers to help UCE1 and her husband get to Syria | UCE1 |

8

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 231 | Telegram chat between UCE1 and defendant, beginning on September 30, 2018, whereby defendant and UCE1 discuss arranging travel to Syria and defendant expressing surprise that she hasn't heard back from her contacts | UCE1 |
| 232 | Telegram Private, arranging travel to Syria – continuation of exhibit 231 | UCE1 |
| 233 | Telegram Private, arranging travel to Syria – continuation of exhibit 231 | UCE1 |
| 234 | Telegram chat between UCE1 and defendant, between on October 1, 2018, and October 2, 2018, whereby defendant and UCE1 discuss Google cards, travel to Syria, UCE's contacts are "bait," and the defendant provides the name for her contact - @alsadaqahsyria | UCE1 |
| 235 | Telegram chat between UCE1 and defendant, on October 4, 2018, whereby UCE1 reached out to defendant regarding her husband reaching out to the @alsadaqahsyria contact and defendant tells UCE1 to stop talking about it for fear of getting arrested | UCE1 |
| 236 | Video of Telegraph Chat dated October 4, 2018, whereby defendant deletes her Telegram Accounts after messaging | UCE1 |
| 238 | Video displaying self-destruct timer on Telegram during Chat between UCE1 and defendant | UCE1 |
| 239 | Telegram chat between UCE1 and defendant, on May 10, 2018, where defendant asks UCE1 to inquire with her husband about identity of potential spy | UCE1 |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 240 | Telegram chat between UCE1 and defendant, on May 11, 2018, where defendant asks UCE1 to inquire with her husband about identity of potential spy | UCE1 |
| 260 | Text messages between defendant and UCE1, dated May 9, 2018, whereby defendant alerts UCE1 to a 17-year-old brother being arrested in Texas | UCE1 |
| 261 | Text messages between defendant and UCE1, dated May 26, 2018, whereby defendant says she wants to send $50 to "charity" | UCE1 |
| 262 | Text messages between defendant and UCE1, between June 5 and 6, 2018, where defendant is soliciting money donations to send to "Charity" | UCE1 |
| 263 | Text Messages between UCE1 and defendant, dated June 12, 2018, regarding defendant's receiving approval for government assistance | UCE1 |
| 265 | Text messages between UCE1 and defendant dated April 24, 2018, where defendant advises she deleted her Telegram | UCE1 |
| 266 | Text messages between UCE1 and defendant dated June 27, 2018, where defendant discusses at length why she needs to pay off her debt before traveling to Syria | UCE1 |
| 290 | Secure Telegram Chat on October 4, 2018, between OCE2 and Al Sadaqah asking for assistance in making hijrah to Syria to support HTS | OCE2 |
| 291 | Secure Telegram Chat from OCE2 to Al Sadaqah on October 10, 2018, whereby OCE2 advises he is in London; is going to delete his Telegram Chat; and will make contact once in Turkey | OCE2 |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 300 | Video for Exhibit 217 - Voice note sent to group chat by GG- telegram voice note sent to the group – Abu is gone | UCE1 |
| 304 | Voice-note dated September 26, 2018, sent by defendant over Telegram to UCE1 expressing thank you for prayers and hoping UCE1 and her husband cross safely into Syria - GOES with EXHIBIT 230 | UCE1 |
| 305 | Transcript of Exhibit 304 - Voice-note sent on September 26, 2018 over Telegram | UCE1 |
| 310 | Undercover video (full) (Cookeville, Tennessee on February 22, 2018) | UCE1 |
| 311 | Transcript of undercover video (full) | UCE1 |
| 312 | Clip 1 video | UCE1 |
| 313 | Clip 1 transcript | UCE1 |
| 314 | Clip 2 video | UCE1 |
| 315 | Clip 2 transcripts | UCE1 |
| 316 | Clip 3 video | UCE1 |
| 317 | Clip 3 transcript | UCE1 |
| 318 | Clip 4 video | UCE1 |
| 319 | Clip 4 transcript | UCE1 |
| 320 | Clip 5 video | UCE1 |
| 321 | Clip 5 transcript | UCE1 |
| 322 | Clip 6 video | UCE1 |
| 323 | Clip 6 transcript | UCE1 |
| 324 | Clip 7 video | UCE1 |
| 325 | Clip 7 transcript | UCE1 |
| 326 | Clip 8 video | UCE1 |
| 327 | Clip 8 transcript | UCE1 |
| 328 | Clip 9 video | UCE1 |
| 329 | Clip 9 transcript | UCE1 |
| 330 | Clip 10 video | UCE1 |
| 331 | Clip 10 transcript | UCE1 |
| 332 | Clip 11 video | UCE1 |
| 333 | Clip 11 transcript | UCE1 |
| 334 | Clip 12 video | UCE1 |
| 335 | Clip 12 transcript | UCE1 |
| 336 | Clip 13 video | UCE1 |
| 337 | Clip 13 transcript | UCE1 |
| 338 | Clip 14 video | UCE1 |
| 339 | Clip 14 transcript | UCE1 |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 340 | Clip 15 video | UCE1 |
| 341 | Clip 15 transcript | UCE1 |
| 360 | Undercover video (full) (March 17 and 18, 2018 in Atlanta, Georgia) | UCE1 |
| 361 | Transcript of undercover video (full) | UCE1 |
| 362 | Clip 1 video | UCE1 |
| 363 | Clip 1 transcript | UCE1 |
| 364 | Clip 2 video | UCE1 |
| 365 | Clip 2 transcript | UCE1 |
| 366 | Clip 3 video | UCE1 |
| 367 | Clip 3 transcript | UCE1 |
| 368 | Clip 4 video | UCE1 |
| 369 | Clip 4 transcript | UCE1 |
| 370 | Clip 5 video | UCE1 |
| 371 | Clip 5 transcript | UCE1 |
| 372 | Clip 6 video | UCE1 |
| 373 | Clip 6 transcript | UCE1 |
| 374 | Clip 7 video | UCE1 |
| 375 | Clip 7 transcript | UCE1 |
| 376 | Clip 8 video | UCE1 |
| 377 | Clip 8 transcript | UCE1 |
| 378 | Clip 9 video | UCE1 |
| 379 | Clip 9 transcript | UCE1 |
| 380 | Clip 10 video | UCE1 |
| 381 | Clip 10 transcript | UCE1 |
| 382 | Clip 11 video | UCE1 |
| 383 | Clip 11 transcript | UCE1 |
| 384 | Clip 12 video | UCE1 |
| 385 | Clip 12 transcript | UCE1 |
| 400 | Undercover video (full) (June 25, 2018 in Cookeville, Tennessee) | UCE1 |
| 401 | Transcript of undercover video (full) | UCE1 |
| 402 | Clip 1 - Start 23:12 video clip | UCE1 |
| 403 | Clip 1 - Transcript starting at 23:12 | UCE1 |
| 404 | Clip 2 video | UCE1 |
| 405 | Clip 2 transcript | UCE1 |
| 406 | Clip 3 video | UCE1 |
| 407 | Clip 3 transcript | UCE1 |
| 408 | Clip 4 video | UCE1 |
| 409 | Clip 4 transcript | UCE1 |
| 410 | Clip 5 video | UCE1 |
| 411 | Clip 5 transcript | UCE1 |
| 412 | Clip 6 video | UCE1 |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 413 | Clip 6 transcript | UCE1 |
| 435 | MEMRI CYBER & JIHAD LAB: Article entitled, "A review of Al-Sadaqah Organization's Activity On Telegram: Group Updates its WhatsApp Number, Uses Deep Web-Based Email Service SecMail" | Elliot Zweig |
| 440 | Site Intelligence Group: Article related to Merciful Hands and entitled, "Pro-AQ Group Persists in Fundraising for Foreign Fighters' Families in Syria" | Katherine Schrek |
| 445 | Screenshots of Merciful Hands Telegram Channel, taken between April 29, 2018, through July 2, 2018 | OCE3 |
| 460 | Extraction Report from Maram Ese's Cell Phone, containing Text Messages dated between April 25, 2018, and October 20, 2018, between Maram Ese and defendant | Stewart Bronstein Maram Ese |
| 500 | Proffer Agreement, signed by defendant on December 6, 2018 | Tammi Laskowski or Scot Sledd |
| 501 | FBI 302 regarding defendant's proffer on December 6, 2018 | Scot Sledd |
| 510 | Entire recording (Defendant's statements to Investigators on October 23, 2018) | Joy Wright |
| 511 | Entire transcript | Joy Wright |
| 512 | Clip 1 - recording | Joy Wright |
| 513 | Clip 1 - transcript | Joy Wright |
| 514 | Clip 2 - recording | Joy Wright |
| 515 | Clip 2 - transcript | Joy Wright |
| 516 | Clip 3 – recording | Joy Wright |
| 517 | Clip 3 - transcript | Joy Wright |
| 518 | Clip 4 – recording | Joy Wright |
| 519 | Clip 4 - transcript | Joy Wright |
| 520 | Clip 5 – recording | Joy Wright |
| 521 | Clip 5 - transcript | Joy Wright |
| 522 | Clip 6 – recording | Joy Wright |
| 523 | Clip 6 - transcript | Joy Wright |
| 524 | Clip 7 – recording | Joy Wright |
| 525 | Clip 7 – transcript | Joy Wright |
| 526 | Clip 8 – recording | Joy Wright |
| 527 | Clip 8 - transcript | Joy Wright |

13

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 528 | Clip 9 – recording | Joy Wright |
| 529 | Clip 9 - transcript | Joy Wright |
| 530 | Clip 10 – recording | Joy Wright |
| 531 | Clip 10 - transcript | Joy Wright |
| 532 | Clip 11 – recording | Joy Wright |
| 533 | Clip 11 - transcript | Joy Wright |
| 534 | Clip 12 – recording | Joy Wright |
| 535 | Clip 12 - transcript | Joy Wright |
| 536 | Clip 13 – recording | Joy Wright |
| 537 | Clip 13 - transcript | Joy Wright |
| 600 | Defendant's EBT Assistance Information from USDA, dated June 2018 | USDA – Jeffrey Blackwell – from Chattanooga |
| 610 | Western Union Documentation related to Defendant's June 2018 money transfers | Jennifer Clark |
| 611 | Western Union Documentation related to how defendant sent money in June 2018s | Jennifer Clark |
| 710 | Facebook SW Return for Account Number 100012960330080, Name Umm Roses; Vanity Name georgianna.giampietro.3 | Facebook Custodian |
| 711 | Facebook Account Information Page for Account Number 100012960330080, Name Umm Roses; Vanity Name georgianna.giampietro.3 | Facebook Custodian |
| 712 | Facebook Account Information Page for Account Number 100012960330080, Name Umm Roses; Vanity Name georgianna.giampietro.3 - Facebook Friends List, showing connection with Abu Abdullah going back to 2016 | Facebook Custodian |
| 720 | Facebook SW Return for Account Number 100012229422854, Name Umm Roses | Facebook Custodian |
| 721 | Facebook Account Information Page for Account Number 100012229422854, Name Umm Roses | Facebook Custodian |
| 725 | FB Instant Message Conversation with Bint Khilafah regarding supporting the Mjuahideen | Tammi Laskowski |

14

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 726 | FB Instant Message Conversation with Unknown Individual regarding her fiancé Abu Tallah potentially being dead | Tammi Laskowski |
| 727 | FB Instant Message Conversation with Parlina Ida regarding supporting JN | Tammi Laskowski |
| 728 | FB Instant Message Conversation with Abd A discussing traveling to Syria | Tammi Laskowski |
| 729 | FB Instant Message Conversation with Abd A discussing brothers making hijrah and getting caught after being exposed by undercovers | Tammi Laskowski |
| 730 | FB Instant Message Conversation with Abd A discussing traveling to fight in Idlib | Tammi Laskowski |
| 731 | FB Instant Message Conversation with Abd A discussing fighting, killing a lot of people, and his desire to die a martyr as a suicide bomber | Tammi Laskowski |
| 732 | FB Instant Message Conversation with Abd A whereby defendant claims to like "Laden" and discusses hating Americans | Tammi Laskowski |
| 733 | FB Instant Message Conversation with Abd A whereby defendant advised she would have gone to live with Abu Tallah had he gone to Jabat Al-Nusra | Tammi Laskowski |
| 738 | FB Instant Message Conversation with Abd A whereby defendant discussed someone getting arrested, phone records being pulled, and that she read the affidavit supporting his arrest | Tammi Laskowski |
| 740 | FB Instant Message Conversation with Abd A whereby defendant discussed traveling to Middle East | Tammi Laskowski |
| 741 | FB Instant Message Conversation with Abd A whereby defendant discussed Jabat Al-Nusra | Tammi Laskowski |
| 742 | FB Instant Message Conversation with Abd A whereby defendant says she resets her phone when someone gets caught in the US and why FB says "educational purposes only" | Tammi Laskowski |

15

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 753 | FB Instant Message Conversation with Oum Salahudeen regarding wanting to fight beside him | Tammi Laskowski |
| 756 | FB Instant Message Conversation with Oum Salahudeen regarding traveling to Syria | Tammi Laskowski |
| 758 | FB Instant Message Conversation with Oum Salahudeen regarding travel to Syria; how to travel; and Telegram is a safer platform | Tammi Laskowski |
| 759 | FB Instant Message Conversation with Oum Salahudeen regarding devising plan to travel to Syria | Tammi Laskowski |
| 760 | FB Instant Message Conversation with Oum Salahudeen whereby defendant advises that she wishes she was in Syriae "fighting beside" Abu Abdullah | Tammi Laskowski |
| 761 | FB Instant Message Conversation with Oum Salahudeen whereby defendant is saying "standing for one hour in the rows of fighting … is better than standing for 60 years in prayers" | Tammi Laskowski |
| 766 | FB Instant Message Conversation with Oum Salahudeen whereby defendant says "May Allāh grant them [Mujahideen] victory ameen" | Tammi Laskowski |
| 767 | FB Instant Message Conversation with Oum Salahudeen celebrating terrorist attack in Nice, France, and wanting to put a Jabat Al-Nusra flag on her Instagram | Tammi Laskowski |
| 773 | "I decided to create a telegram channel. If you have telegram in'sha'Allāh add my channel @beautiful_rose the channel is postings about Qur'an and Sunnah along with books that I've been reading in'sha'Allāh. Barak allahu feekum 💖🌹💖" | Tammi Laskowski |
| 830 | Instagram SW Return for Target Number 2312918866, Vanity Name beautiful.roses9 | Records Custodian |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 831 | Instagram Account Information Page for Target Number 2312918866, Vanity Name beautiful.roses9 | Records Custodian |
| 832 | List of Instagram Accounts Beautiful.roses9 is following and that are following her | Records Custodian |
| 839 | Defendant's Instagram post, dated January 14, 2016, depicting a photo of a person burning the American flag and her posting the phrase "Oh America… say die in your rage" | Tammi Laskowski |
| 840 | Defendant's Instagram post, dated January 21, 2016, depicting a fighter with a phrase regarding fighting against the disbelievers and hypocrites | Tammi Laskowski |
| 841 | Defendant's Instagram post, dated January 21, 2016, depicting Jihadi John and telling his story in a supportive manner | Tammi Laskowski |
| 842 | Defendant's Instagram post, dated January 21, 2016, depicting a person holding the ISIS flag and a hatchet attacking a person holding an American flag | Tammi Laskowski |
| 843 | Defendant's Instagram post, dated January 28, 2016, depicting a map of the world as an Islamic state | Tammi Laskowski |
| 847 | Defendant's Instagram post, dated February 4, 2016, depicting Mujahideen with assault rifle and her Instagram vanity name at the bottom of the photo | Tammi Laskowski |
| 854 | Defendant's Instagram post, dated February 11, 2016, depicting mujahideen fighter with rifle bowing to the ground | Tammi Laskowski |
| 855 | Defendant's Instagram post, dated February 12, 2016, depicting child in fatigues, wearing ISIS headband, and holding detonator with defendant commenting, "this kid is sooo cute little lion mashallah" | Tammi Laskowski |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 856 | Defendant's Instagram post, dated February 14, 2016, depicting a female fighter holding an assault rifle with defendant commenting, "buy me this ok thanks bye" | Tammi Laskowski |
| 858 | Defendant's Instagram post, dated February 16, 2016, depicting mujahideen fighter and female jihadi with assault rifle, with defendant commenting, "may Allah bless us with pious spouses" | Tammi Laskowski |
| 859 | Defendant's Instagram post, dated February 19, 2016, depicting mujahideen fighter and including a phrase in support of the mujahideen | Tammi Laskowski |
| 862 | Defendant's Instagram post, dated February 26, 2016, depicting Osama bin Laden and burning American flag | Tammi Laskowski |
| 869 | Defendant's Instagram post, dated December 29, 2015, depicting fetus carrying an assault rifle and the phrase, "They fear every unborn Muslim child" | Tammi Laskowski |
| 900 | Instagram SW Return for Target Number 2928012452, Vanity Name beautiful_rose12 | Records Custodian |
| 901 | Instagram Account Information Page for Target Number 2928012452, Vanity Name beautiful_rose12 | Records Custodian |
| 902 | List of Instagram Accounts Beautiful_rose12 is following and that are following her | Records Custodian |
| 907 | Instagram messaging with another individual, dated April 18, 2016, discussing the various extremist groups, including "JN, AQ, D...etc" should join together to fight the kufar | Tammi Laskowski |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 908 | Post stating, "@bintnoheart ya 8lbi he knew Iraq wasn't ready to move into Syria he was only protecting our Ummah in order to add to the ranks of the soldiers fighting for our Ummah....I'm not here to slander anyone... I'm here trying to say JN are our brothers and we must not slander them" (4/9/2016) | Tammi Laskowski |
| 909 | Post stating, "@bintnoheart ya 8lbi he knew Iraq wasn't ready to move into Syria he was only protecting our Ummah in order to add to the ranks of the soldiers fighting for our Ummah....I'm not here to slander anyone... I'm here trying to say JN are our brothers and we must not slander them" (4/9/2016) | Tammi Laskowski |
| 950 | Instagram SW Return for Target Number 2154405273, Vanity Name ameerah_2_ | Records Custodian |
| 951 | Instagram Account Information Page for Target Number 2154405273, Vanity Name ameerah_2_ | Records Custodian |
| 952 | List of Instagram Accounts ameerah_2 is following and that are following her | Records Custodian |
| 955 | Defendant's Instagram Post, dated September 22, 2015, depicting a photo of the US Capitol burning and Individuals carrying ISIS flags | Tammi Laskowski |
| 956 | Defendant's Instagram Post, dated September 21, 2015, photo depicting Jihadi John w/ "A Message to America" and defendant commenting, "Dear US, Russia, Turkey, Saudi, and NATO allies.....I hate you for what you put my brothers and sisters through....you will fail and Islam will prevail....may Allah destroy you all ✍✍●. Ya Allah protect my brothers and sisters. . #deathtousa #deathtonato #deathtothewest | Tammi Laskowski |

19

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 957 | Defendant's Instagram Post, dated September 21, 2015, photo of jihadi fighter holding heads of former President Obama and Ehud Barak | Tammi Laskowski |
| 958 | Defendant's Instagram Post, dated September 20, 2015, photo Depicting USA with ISIS flag over it | Tammi Laskowski |
| 959 | Defendant's Instagram Post, dated September 20, 2015, photo depicting ISIS fighter pointing gun with caption, "Rivers of Blood Await America" | Tammi Laskowski |
| 960 | Defendant's Instagram Post, dated September 20, 2015, photo depicting a Jihadi fighter on computer with Jihadi fighters in the background | Tammi Laskowski |
| 961 | Defendant's Instagram Post, dated September 17, 2015, photo depicting hacker on computer/Message to America | Tammi Laskowski |
| 962 | Defendant's Instagram Post, dated September 15, 2015, photo depicting pistol and sword and phrase ". . . and kill them wherever you find them . . ." | Tammi Laskowski |
| 964 | Defendant's Instagram Post, dated September 13, 2015, photo depicting "Islamic State Hacking Division" - Target – United States Military | Tammi Laskowski |
| 966 | Defendant's Instagram Post, dated September 12, 2015, photo depicting "Islam The Future of America" with the ISIS flag over White House | Tammi Laskowski |
| 967 | Defendant's Instagram Post, dated September 11, 2015, photo depicting Statue of Liberty on fire and phrase "The head of ISIS Sheikh Abu Bakr al-Baghdadi said 'Our Appointment in New York'" | Tammi Laskowski |
| 971 | Defendant's Instagram Post, dated September 9, 2015, depicting phrase "Democracy The Evil System of Shirk and Kufr" | Tammi Laskowski |
| 973 | Defendant's Instagram Post, dated September 8, 2015, photo depicting phrase "Islam will dominate the world" | Tammi Laskowski |

Case 2:19-cr-00013   Document 349   Filed 12/27/21   Page 20 of 38 PageID #: 4204

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 974 | Defendant's Instagram Post, dated September 8, 2015, photo depicting USA as the ISIS flag with Arabic writing saying "Coming soon to a country near you" | Tammi Laskowski |
| 975 | Defendant's Instagram Post, dated September 7, 2015, photo depicting headless Statute of Liberty with caption, "One of my favorite pics that keeps getting deleted" | Tammi Laskowski |
| 983 | Defendant's Instagram Post, dated September 3, 2015, photo depicting phrase "O you who attack from the skies below you are men who would give their lives a thousand times over" | Tammi Laskowski |
| 985 | Defendant's Instagram Post, dated September 2, 2015, photo depicting meme, "When he goes forth he takes her heart with him" and defendant commenting, "Na I would be right beside him" | Tammi Laskowski |
| 989 | Defendant's Instagram Post, dated August 31, 2015, photo depicting male individual burning American flag | Tammi Laskowski |
| 1000 | Instagram SW Return for Target Number 2224456421, Vanity Name sellingprettyflowers | Records Custodian |
| 1001 | Instagram Account Information Page for Target Number 2224456421, Vanity Name sellingprettyflowers | Records Custodian |
| 1002 | List of Instagram Accounts sellingprettyflowers is following and that are following her | Records Custodian |
| 1004 | Defendant's Instagram Post, dated November 3, 2015, depicting photo of Barack Obama being chased by a lion with an ISIS flag and the defendant commenting "Yasssss you can run but you can't hide" | Tammi Laskowski |
| 1005 | Defendant's Instagram Post, dated November 2, 2015, depicting photo of fighters and the defendant commenting "Allah please protect our brothers" | Tammi Laskowski |

21

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 1007 | Defendant's Instagram Post, dated October 28, 2015, depicting photo of broken Statute of Liberty with ISIS flag | Tammi Laskowski |
| 1008 | Defendant's Instagram Post, dated October 28, 2015, depicting photo of ISIS emblem and fighter in front of White House with phrase "Wait a while there will come to you mounts carrying lions in shining armour battalions followed by battalions" | Tammi Laskowski |
| 1010 | Defendant's Instagram Post, dated October 27, 2015, depicting photo of ISIS fighters marching, with one carrying an RPG | Tammi Laskowski |
| 1011 | Defendant's Instagram Post, dated October 26, 2015, depicting ISIS propaganda and photo of lion and phrase, "And fight them until there is no fitnah and until the religion all of it is for Allah" | Tammi Laskowski |
| 1013 | Defendant's Instagram Post, dated October 23, 2015, depicting photo of Photo depicting headless Statue of Liberty holding ISIS flag and multiple comments by defendant | Tammi Laskowski |
| 1014 | Defendant's Instagram Post, dated October 20, 2015, depicting photo of weapons, including a grenade, rifle, and handgun and ISIS symbol | Tammi Laskowski |
| 1015 | Defendant's Instagram Post, dated October 20, 2015, depicting photo of wounded fighter holding a gun and extremist commentary by the defendant | Tammi Laskowski |
| 1016 | Defendant's Instagram Post, dated October 19, 2015, depicting photo of "Islamic State" and armed fighter with commentary about not wanting to create another account if this post gets reported | Tammi Laskowski |
| 1018 | Defendant's Instagram Post, dated October 18, 2015, depicting photo of ISIS fighters riding a tank | Tammi Laskowski |

22

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 1019 | Defendant's Instagram Post, dated October 18, 2015, depicting photo of eyeball with ISIS fighters and phrase "They will see it" | Tammi Laskowski |
| 1020 | Defendant's Instagram Post, dated October 16, 2015, depicting photo of Iwo Jima fighters planting ISIS flag | Tammi Laskowski |
| 1023 | Defendant's Instagram Post, dated October 12, 2015, depicting photo of burning Israeli and American flags | Tammi Laskowski |
| 1025 | Defendant's Instagram Conversation, dated November 2, 2015, whereby defendant comments, "I want to read that the US and UK have fallen" | Tammi Laskowski |
| 1026 | Defendant's Instagram Conversation, dated October 22, 2015, whereby defendant comments about having secure apps and other security features on her phone to avoid detection | Tammi Laskowski |
| 1050 | Instagram SW Return for Target Number 5797906256, Vanity Name "and.so.iwrite" | Records Custodian |
| 1051 | Instagram Account Information Page for Target Number 5797906256, Vanity Name "and.so.iwrite" | Records Custodian |
| 1052 | List of Instagram Accounts "and.so.iwrite" is following and that are following her | Records Custodian |
| 1054 | Defendant's Instagram Conversation, dated September 11, 2017, whereby defendant has conversation about Abu's friend and HTS | Tammi Laskowski |
| 1055 | Defendant's Instagram Conversation, dated October 7, 2017, whereby defendant engages in conversation about Shiekh Ahmad Jibril from Detroit who is popular with radicalists | Tammi Laskowski |
| 1056 | Defendant's Instagram Conversation, dated January 10, 2018, whereby defendant engages in conversation about Asaad gaining ground on HTS | Tammi Laskowski |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 1057 | Defendant's Instagram Conversation, dated November 26, 2017, whereby defendant engages in conversation about concern over government spies and discussing Anwar Awlaki | Tammi Laskowski |
| 1058 | Defendant's Instagram Conversation, dated January 5, 2018, whereby defendant engages in conversation regarding Abu's whereabouts and him being hospitalized | Tammi Laskowski |
| 1059 | Defendant's Instagram Conversation, dated February 6, 2018, whereby defendant engages in conversation about HTS being attacked and a map depicting same | Tammi Laskowski |
| 1060 | Defendant's Instagram Conversation, dated April 17, 2018, whereby defendant engages in conversation about how she cannot make "H" until her debts are paid off | Tammi Laskowski |
| 1061 | Defendant's Instagram Conversation, dated December 31, 2017, whereby defendant engages in conversation with M. Ese about HTS and the defendant's fiancé | Tammi Laskowski Maram Ese |
| 1062 | Defendant's Instagram Conversation, dated January 1, 2018, whereby defendant tells M. Ese she wants "to marry Abu" | Tammi Laskowski Maram Ese |
| 1063 | Defendant's Instagram Conversation, dated January 1, 2018, whereby defendant engages in conversation with M. Ese regarding wanting to know Abu's location & HTS "fighting soon" | Tammi Laskowski Maram Ese |
| 1064 | Defendant's Instagram Conversation, dated January 3, 2018, whereby defendant engages in conversation with M. Ese with a map of battles and the defendant saying, "May Allah grant our brothers victory in this new battle ameen" | Tammi Laskowski Maram Ese |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 1065 | Defendant's Instagram Conversation, dated January 13, 2018, whereby defendant engages in conversation with M. Ese and says, "I want a well, olive trees, duas, charity, and my body buried in Syria" | Tammi Laskowski Maram Ese |
| 1066 | Defendant's Instagram Conversation, dated January 26, 2018, whereby defendant engages in conversation with M. Ese where they both say they want "to be martyred in Syria" | Tammi Laskowski Maram Ese |
| 1068 | Defendant's Instagram Conversation, dated January 27, 2018, whereby defendant engages in conversation with M. Ese with ISIS flag and photos of Osama bin Laden and other prominent Al-Qa'ida recognizing their martyrdom | Tammi Laskowski Maram Ese |
| 1069 | Defendant's Instagram Conversation, dated January 27, 2018, whereby defendant engages in conversation with M. Ese saying she "Can't wait to leave in'sha'allah and marry Abu in'sha'allah" | Tammi Laskowski Maram Ese |
| 1070 | Defendant's Instagram Conversation, dated January 30, 2018, whereby defendant engages in conversation with M. Ese depicting a map and comment, "#Opinion: #HTS knows that Idlib is likely to fall to the Syrian Army and that's why they let Turkey to create more military outposts in important areas inside the Idlib province to prevent the Syrian regime from taking over the rest of Idlib province." | Tammi Laskowski Maram Ese |
| 1071 | Defendant's Instagram Conversation, dated February 16, 2018, whereby defendant engages in conversation with M. Ese saying, "And I want to marry Abu" | Tammi Laskowski Maram Ese |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 1072 | Defendant's Instagram Conversation, dated January 28, 2018, whereby defendant engages in conversation with "islam_imaan_ihsan" regarding support for various extremist groups in Syria and Libya, espousing extremist beliefs, and inquiring about paying off student loan debt to travel and make H | Tammi Laskowski Maram Ese |
| 1075 | Photo of the defendant's residence (DSC_0002) | Lucas Savage |
| 1076 | Photo of the defendant's S8 (DSC_0029) | Lucas Savage |
| 1077 | S8 Cellular Telephone (Physical Exhibit) | Lucas Savage |
| 1078 | S8 Cellular Telephone Extraction (For Identification) | Lucas Savage |
| 1079 | Photo of the defendant's Toshiba computer (DSC_0032) | Lucas Savage |
| 1080 | Toshiba Computer | Lucas Savage |
| 1081 | Photo of Single Sheet of Paper with names and phone numbers (DSC_0044) | Lucas Savage |
| 1082 | Photo of S5 Cellular Telephone (DSC_0052) | Lucas Savage |
| 1083 | S5 Cellular Telephone | Lucas Savage |
| 1084 | S5 Extraction Report | Lucas Savage |
| 1085 | Photo of Notebooks and Journals (DSC_0054) | Lucas Savage |
| 1086 | Photos of Thumbdrives (DSC_0055) | Lucas Savage |
| 1087 | Thumbdrive | |
| 2003 | Spy photo – explanation S5 | Rich Campbell Tammi Laskowski |
| 2005 | Female shooting an AK    S5 | Rich Campbell Tammi Laskowski |
| 2007 | Photo – to the wives of the martyrs - Samsung S5 | Rich Campbell Tammi Laskowski |
| 2008 | "Death not wasted in Sham"- Samsung S5 | Rich Campbell Tammi Laskowski |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 2010 | Photo of Jihadi Terrorist Abu Dujana Al-Khorasani standing in front of dead soldiers | Tammi Laskowski |
| 2011 | Photo of two dead males in the back of a truck with Jihadi fighter standing over them and giving the handle single for only one God S5 | Tammi Laskowski |
| 2012 | Photo of ISIS fighter carrying the ISIS flag S5 | Tammi Laskowski |
| 2013 | Photo of fighter with weapon in window and saying attributed to Abu Dujana Al-Khorasani   S5 | Tammi Laskowski |
| 2014 | Quote regarding women who "fought and died" for the sake of Allah, attributed to Dr. Aafia Siddiqui S5 | Tammi Laskowski |
| 2016 | Photo of Fighter with quote attributed to Abu Dujana Al-Khorasani     S5 | Tammi Laskowski |
| 2017 | Photo of beheading S5 | Tammi Laskowski |
| 2023 | Photo of ISIS passport and gun with saying "That one way ticket to Jannah" S5 | Tammi Laskowski |
| 2024 | Photo of fighter with hand gesture for One God, standing over and on top of dead bodies   S5 | Tammi Laskowski |
| 2025 | Picture of ISIS flag and man with ISIS written on his ammunition magazine pouches  S5 | Tammi Laskowski |
| 2026 | Fatwa advising single Muslim women not to make Hijrah, but to support the Mujahideen from their home in various ways   S5 | Tammi Laskowski |
| 2028 | Screenshot of Text Communications with Abo Abdullah regarding keyboard warriors talking negatively about terrorist organizations while not in the land of those organizations   S5 | Tammi Laskowski |
| 2029 | Photo describing a saying by Prophet Muhammad as a "Fabricated Hadith" S5 | Tammi Laskowski |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 2031 | Video of male speaking Arabic and discussion the groups forming an operations coalition and setting aside their differences in order to fight the regime | Tammi Laskowski Karam Kamel |
| 2033 | Video calling upon Jihadists to remain on the battlefield and fight regardless of commanders' or Shiek's decisions | Tammi Laskowski Karam Kamel |
| 2035 | Video congratulating fighters on their current victories and encouraging people to continue fighting because the battles are increasing | Tammi Laskowski Karam Kamel |
| 2036 | Video entitled "Sniper Abu Abdullah" showing a sniper perch, weapons, and war torn buildings | Tammi Laskowski |
| 2037 | Video entitled "Abu Abdullah video" playing a song celebrating the sacrifices made by fighters and advising viewers to subscribe to Nasheedcanal YouTube channel | Tammi Laskowski |
| 2038 | Video entitled "Abu Abdullah Air Strikes" depicting air strikes | Tammi Laskowski |
| 2039 | Video entitled "Abu Abdullah Umm Roses" with message to Umm Roses with lots of heart emojis | Tammi Laskowski |
| 2041 | Video entitled "Abu Abdullah Flag Nasheed" depicting white and black Shahada flags | Tammi Laskowski |
| 2042 | Photo of Fighters Laying on the Ground | Rich Campbell Tammi Laskowski |
| 2043 | Photo of Fighters laying on the ground | Rich Campbell Tammi Laskowski |
| 2044 | Photo of Fighter holding a .50 caliber Sniper Rifle with face blacked out | Rich Campbell Tammi Laskowski |
| 2045 | Photo of male with sticker depicting a heart and "Umm Roses" | Rich Campbell Tammi Laskowski |
| 2102 | Notifications from Telegram Channel related to Al_ikhwa charity whereby last page identifies living costs for fighters | Rich Campbell Tammi Laskowski |

28

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 2103 | Telegram chat with OCE-1 whereby the defendant is questioning UCE-1 and Google cards  S8 | Rich Campbell OCE1 |
| 2104 | Telegram Warning with Fatma and voicemail, pages 1-3, S8 | Rich Campbell Tammi Laskowski |
| 2105 | Telegram warning with Fatma and voicemail, pages 8-10, S8 | Rich Campbell Tammi Laskowski |
| 2106 | Telegram warning with Fatma and voicemail, pages 11-14, S8 | Rich Campbell Tammi Laskowski |
| 2107 | Telegram voicemail, dated October 12, 2018 sent by the defendant in which the defendant discussed disappointment in Eeman | Rich Campbell Tammi Laskowski |
| 2108 | Telegram voicemail, dated October 15, 2018 sent by the defendant in which the defendant discussed disappointment in Eeman | Rich Campbell Tammi Laskowski |
| 2109 | Image of Al_ikhwa poster about donating to the Mujahideen | Rich Campbell Tammi Laskowski |
| 2110 | Screenshot of female fighter dressed in Hijab holding a firearm | Rich Campbell Tammi Laskowski |
| 2111 | Google search dated October 16, 2018 where defendant searches for "what does investigation from immigration mean?" | Rich Campbell Tammi Laskowski |
| 2112 | Telegram image dated October 6, 2018, where the defendant searched for flight information related to UCE-1's travel to Syria | Rich Campbell Tammi Laskowski |
| 2113 | Information pulled from the defendant's cellular telephone evidencing her obtaining new Telegram numbers, the dates she obtained new numbers, and the numbers she received | Rich Campbell Tammi Laskowski |
| 2114 | Screenshot of conversation between the defendant and OG regarding Google cards | Rich Campbell Tammi Laskowski |

29

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 2115 | Screenshot of flight research, taken on October 6, 2018 | Rich Campbell Tammi Laskowski |
| 2116 | Telegram chat between the defendant and @Syriacareturkey between October 5, 2018, and October 18, 2018, discussing UCE-1's travel plans, potential spies, hoping UCE-1 is genuine | Rich Campbell Tammi Laskowski |
| 2117 | Telegram chat with Ss, beginning on October 4, 2018, where the defendant explains why she got a new number and her concern that UCE-1 was a spy | Rich Campbell Tammi Laskowski |
| 2118 | Telegram channel for "charity" al_ikhwa that the defendant was following, soliciting donations for the Mujahideen and their living costs | Rich Campbell Tammi Laskowski |
| 2119 | Telegram contact for OG with Telegram nickname thefigtree (a/k/a the administrator for the account for Merciful Hands) | Rich Campbell Tammi Laskowski |
| 2120 | Telegram Channel for Merciful Hands, with administrator signature "thefigtree" | Rich Campbell Tammi Laskowski |
| 2122 | Telegram contact for Syria Care Turkey in the defendant's address book | Rich Campbell Tammi Laskowski |
| 2125 | Screenshot of travel itinerary for UCE-2 that OCE-1 sent to the defendant | Rich Campbell Tammi Laskowski OCE1 |
| 2126 | Chat with witness M. Ese recovered from the defendant's phone regarding potential spies and their Telegram accounts | Rich Campbell Maram Ese Tammi Laskowski |
| 3000 | Paper entitled, "Money in all the Wrong Places: Corruption and Financing Terrorist Organizations" | Lucas Savage Tammi Laskowski Dr. Steven Morris |
| 3001 | Paper found on laptop, entitled, "Week of Terrorism" with the defendant's name | Lucas Savage Tammi Laskowski |
| 4000 | Photo of the defendant in niqab | Tammi Laskowski |
| 4001 | Photo of the defendant in partial niqab | Tammi Laskowski |

30

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 4005 | Photo of map of Middle East recovered from cloud, screenshotted on December 27, 2017 | Tammi Laskowski |
| 4007 | Law enforcement report, screenshotted on May 9, 2018, discussing undercovers and online covert employees used in another investigation | Tammi Laskowski |
| 4008 | Screenshot of conversation with Mohammad AA, dated May 16, 2018, regarding living costs for fighters in Syria | Tammi Laskowski |
| 4009 | Screenshot, dated June 6, 2018, of research conducted on UK sisters research of sisters | Tammi Laskowski |
| 4010 | Screenshot of saying, dated June 9, 2018, regarding donating in the name of Allah | Tammi Laskowski |
| 4011 | Photo of page from book with subtitle "3. Waging Jihad in the way of Allah" | Tammi Laskowski |
| 4012 | Photo of page from book in Exhibit 4011 | Tammi Laskowski |
| 4013 | Photo of page from book in Exhibit 4011 | Tammi Laskowski |
| 4014 | Screenshot of Western Union instruction related to money sent to Muhammed, dated June 14, 2018 | Tammi Laskowski |
| 4015 | Screenshot of Western Union notice related to sending money, dated June 14, 2018 | Tammi Laskowski |
| 4016 | Screenshot of Western Union receipt relating to sending money to Omar, dated June 20, 2018 (redactions done by the defendant on her phone) | Tammi Laskowski |
| 4020 | Screenshot of email from Dr. Morris, MTSU professor, to the defendant, dated September 2, 2014 | Tammi Laskowski |
| 4021 | Screenshot of map depicting HTS militants attacking headquarters and stealing weapons and vehicles, dated December 24, 2017 | Tammi Laskowski |

31

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 4022 | Screenshot of fatwa advising single Muslim women not to make Hijrah, but to support the Mujahideen from their home in various ways, dated December 29, 2017 | Tammi Laskowski |
| 4023 | Screenshot of map depicting HTS gunman detaining 8 media students, dated January 8, 2018 | Tammi Laskowski |
| 4024 | Screenshot, dated January 18, 2018, regarding news release from HTS leader Abu Muhammad al-Julani | Tammi Laskowski |
| 4025 | Screenshot, dated March 1, 2018, regarding news release depicting photo, entitled "HTS tanks crush Ahrar al-Sham cars inside Ma'ret Misrin" | Tammi Laskowski |
| 4026 | Screenshot, dated March 1, 2018, regarding news release entitled, "Unconfirmed reports on HTS Suicide car bomb targeted Zinki brigade in the west countryside of Aleppo" | Tammi Laskowski |
| 4027 | Screenshot, dated March 24, 2018, where person stated they claimed to be aid workers to avoid capture | Tammi Laskowski |
| 4029 | Screenshot from Instagram, dated April 12, 2018, depicting the beheading of an individual by fighters | Tammi Laskowski |
| 4030 | First Screenshot of conversation between the defendant and Yusipova Shirin regarding FBI questioning her, dated April 24, 2018 | Tammi Laskowski |
| 4031 | Second Screenshot of conversation between the defendant and Y. Shirin regarding FBI questioning her, dated April 24, 2018 | Tammi Laskowski |
| 4032 | Screenshot of Y. Shirin's Telegram channel for "Notebook._7" – dated April 27, 2018 | Tammi Laskowski |
| 4033 | Screenshot from Instagram, dated April 29, 2018, discussing the seriousness of carrying debt | Tammi Laskowski |
| 4034 | Screenshot from Instagram, dated June 3, 2018, regarding UK sisters being arrested and requesting prayers | Tammi Laskowski |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 4035 | Screenshot of Safaa Boular mugshot with announcement of guilty verdict, dated June 6, 2018, and picture of Pinterest AK | Tammi Laskowski |
| 4036 | Screenshot of news report regarding Safaa Boular's case, dated June 6, 2018 | Tammi Laskowski |
| 4037 | Screenshot of Rizlaine Boular, second UK arrestee, dated June 6, 2018 | Tammi Laskowski |
| 4038 | Screenshot of news report regarding Rizlaine Boular's case, dated June 6, 2018 | Tammi Laskowski |
| 4039 | Screenshot of conversation with Muhammed AA where the defendant inquired about how to send money, dated June 7, 2018 | Tammi Laskowski |
| 4040 | Screenshot for Al Sadaqah, identifying it as an independent charity organization supporting the Mujahideen in Syria, dated June 14, 2018, at 6:35 am | Tammi Laskowski |
| 4041 | Screenshot for Syria Care Turkey, dated June 14, 2018, at 9:53 am | Tammi Laskowski |
| 4042 | Screenshot of Muhammed Muhammed Western Union transfer of $150 on June 14, 2018, at 11:08 am | Tammi Laskowski |
| 4043 | Screenshot of receipt for Muhammed Muhammed Western Union transfer sent by "Georgianna Giampietro" on June 14, 2018, at 11:10 am | Tammi Laskowski |
| 4044 | Screenshot of receipt for Muhammed Western Union transfer with message from Syria Care Turkey at top of phone, dated June 14, 2018, at 11:12 am | Tammi Laskowski |
| 4047 | Screenshot of Al Sadaqah Telegram Channel with picture of new boots and explaining donated money is supporting the mujahadeen, dated June 15, 2018 | Tammi Laskowski |
| 4048 | Screenshot of Omar Ali (with Merciful Hands phone number 90 5378220931) Western Union transfer for $200 on June 20, 2018, at 8:21 am | Tammi Laskowski |

33

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 4049 | Screenshot of Ahmet Hayek (with Merciful Hands phone number 90 5378220931) Western Union transfer for $500 on June 25, 2018, at 10:39 am | Tammi Laskowski |
| 4505 | Single sheet of paper with Telegram handles and phone numbers (physical exhibit) | Lucas Savage |
| 4506 | Book entitled, "Milestones" with highlighted passages | Lucas Savage |
| 4509 | Notes regarding items to pack | Lucas Savage |
| 4511 | Physical exhibit - Books provided to UCE1 during March 2018 meeting | UCE1 |
| 4513 | Physical Exhibit - Note on Holiday Inn Paper | UCE1 |
| 4600 | Stipulation that the Defendant is a National of the United States | |
| 4601 | Stipulation that HTS was a Foreign Terrorist Organization | |
| 4602 | Summary Chart Identifying Deleted Telegram Accounts | UCE1 |
| 4603 | Ben Lomand/Subsentio Subscriber Records for IP Address 137.119.204.163 | Ben Lomand, Custodian of Records |
| 4604 | Ben Lomand/Subsentio Subscriber Records for IP Address 137.119.206.21 | Ben Lomand, Custodian of Records |
| 4605 | AT&T Subscriber Records for the defendant cell phone number (931) 303-2304 | ATT Records Custodian |
| 4606 | Tennessee Tech University Records for the defendant | Tennessee Tech University Records Custodian |
| 4607 | Middle Tennessee State University Records for the defendant | MTSU Records Custodian |
| 4608 | Google Subscriber Records for "ameera_jojo@gmail.com" | Google Records Custodian |
| 4609 | Google Subscriber Records for "gergiannagiampietro.com" | Google Records Custodian |
| 4700 | Al-Sadaqah Website Information – "About" page from http://al-sadaqah.mozello.com/information | NY UC |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 4701 | Al-Sadaqah Website Information – "Equipment" page from http://al-sadaqah.mozello.com/page-2/equipment | NY UC |
| 4702 | Al-Sadaqah Website Information – "FAQ" page from http://al-sadaqah.mozello.com/fa/ | NY UC |
| 4703 | Al-Sadaqah Website Information – "Food Packs" page from http://al-sadaqah.mozello.com/page-2/food | NY UC |
| 4704 | Al-Sadaqah Website Information – "General Donation" page from http://al-sadaqah.mozello.com/page-2/donatio | NY UC |
| 4705 | Al-Sadaqah Website Information – "Reward" page from http://al-sadaqah.mozello.com/reward | NY UC |
| 4706 | Al-Sadaqah Website Information – "Sponsor a Mujahid" page from http://al-sadaqah.mozello.com/page-2/wage | NY UC |
| 4707 | Tweet from Al Sadaqah, dated May 25, 2018, stating, "Al Sadaqah is providing for iftar for mujahideen stationed on the front line in Syria. Donate now to seek the reward of helping the jihad." | NY UC |
| 4708 | Al Sadaqah image with two fighters and a mortar tube, saying "Donate Now" and identifying the Telegram Channel for @alsadaqahsyria | NY UC |
| 4709 | Tweet from Al Sadaqah, dated February 27, 2018, with image depicting two fighters and a sign that says, "Ribat Project" | NY UC |
| 4710 | Tweet from Al Sadaqah, dated April 1, 2018, with fighters holding up a sign asking for donations to support the Mujahideen and identifying the Telegram Channel @alsadaqahsyria | NY UC |
| 4711 | Facebook SW Return for Target Number 100023249298687, Vanity Name Ibn Adam / Musab Mujahid – Al Sadaqah Donations Requested | NY UC |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 4712 | Screenshots of Facebook Chats with Al Masri regarding donation of money (Conversations 1-14) | NY UC |
| 4713 | Screenshots of Telegram Chats between NY Undercover and Al Masri regarding Al Sadaqah soliciting donations and confirming the donations would support HTS | NY UC |
| 4714 | Facebook Search Warrant Return of Aisha al Masri (Target Number 100026584696617), including Conversations with Undercover Kareem Mohammed | NY UC |
| 4715 | Western Union Results of NY UC Kareem Mohammed's money transfer to Alsadaqah | NY UC |
| 4716 | Al Masri Facebook post July 6, 2018 | NY UC |
| 4717 | Al Sadaqah Facebook conversations | NY UC |
| 4800 | AAF HurrasalDeen June2018 | Catherine Schreck |
| 4801 | AAF Telegram Mar2018-Oct2018 | Catherine Schreck |
| 4802 | AAF Telegram Dec2018-Apr2019 | Catherine Schreck |
| 4803 | AAF Exhibit No. 4 | Catherine Schreck |
| 4804 | AAF Exhibit No. 5 | Catherine Schreck |
| 4805 | AAF Exhibit No. 6 | Catherine Schreck |
| 4810 | MalhamaTactical Telegram Jan2019-Feb2019 | Catherine Schreck |
| 4811 | MalhamaTactical AAF March2019 | Catherine Schreck |
| 4812 | MalhamaTactical AAF Exhibit No. 3 | Catherine Schreck |
| 4813 | MalhamaTactical AAF Exhibit No. 4 | Catherine Schreck |
| 4814 | MalhamaTactical AAF Exhibit No. 5 | Catherine Schreck |
| 4820 | MercifulHands FigTree ContactInfoTelegram April2018 | Catherine Schreck |
| 4821 | MercifulHands Telegram Mar2018-Jul2019 | Catherine Schreck |
| 4822 | MercifulHands AAF AmazonPayPal April2018 | Catherine Schreck |
| 4823 | MercifulHands Exhibit No. 4 | Catherine Schreck |
| 4824 | MercifulHands Exhibit No. 5 | Catherine Schreck |
| 4825 | MercifulHands Exhibit No. 6 | Catherine Schreck |
| 4830 | Sadaqah AAF May2018 | Catherine Schreck |
| 4831 | Sadaqah AAFPosterApril2018 | Catherine Schreck |
| 4832 | Sadaqah AmazonGiftCards November2017 | Catherine Schreck |

| EXHIBIT NUMBER | BRIEF DESCRIPTION | WITNESS |
|---|---|---|
| 4833 | Sadaqah CashDeposits December2017 | Catherine Schreck |
| 4834 | Sadaqah Cryptocurrency January2018 | Catherine Schreck |
| 4835 | Sadaqah Facebook October2017 | Catherine Schreck |
| 4836 | Sadaqah SmuggleFighters December2017 | Catherine Schreck |
| 4837 | Sadaqah Telegram Export Dec2018 | Catherine Schreck |
| 4838 | Sadaqah Telegram Export Nov2017-Feb2018 | Catherine Schreck |
| 4839 | Sadaqah Telegram Export Nov2018 | Catherine Schreck |
| 4840 | Sadaqah Telegram Export Sep2018-Nov2018 | Catherine Schreck |
| 4841 | Sadaqah WesternUnion December2017 | Catherine Schreck |
| 4842 | Sadaqah Exhibit No. 13 | Catherine Schreck |
| 4843 | Sadaqah Exhibit No. 14 | Catherine Schreck |
| 4844 | Sadaqah Exhibit No. 15 | Catherine Schreck |
| 4900 | Regional Map | Hassan Hassan |
| 4901 | Venn Diagram | Hassan Hassan |

Respectfully Submitted,

MARK H. WILDASIN
United States Attorney
Middle District of Tennessee

By:  /s/ *Kathryn Risinger*
KATHRYN RISINGER
Deputy Criminal Chief – Organized Crime

/s/ *Phil Wehby*
PHIL WEHBY
Assistant United States Attorney
110 9th Avenue South
Nashville, Tennessee 37203
Phone: (615) 736-5151

/s/ *Jennifer E. Levy*
JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 7600
Washington, D.C. 20530
(202) 514-1092

37

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2021, I electronically filed one copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for the defendant in this case.

/s/ *Kathryn D. Risinger*
KATHRYN D. RISINGER
Deputy Criminal Chief