**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:19-cr-00013** |
| | ) | |
| | ) | |
| **GEORGIANNA A.M. GIAMPIETRO** | ) | **Chief Judge Waverly D. Crenshaw, Jr.** |
| **Defendant.** | ) | |

## DEFENSE EXHIBIT LIST

COMES NOW, Defendant, Georgianna Giampietro, by and through undersigned counsel and provides to this Court the Defense Exhibit List. Listed are the exhibits the Defense may enter during its case-in-chief. The Defense does not seek pre-admission of these exhibits, as the decision to present a defense and enter the evidence in trial cannot be made until the Government has completed its case-in-chief, and pending evidentiary issues have been resolved. Because the Defense's Exhibit List is being filed almost five weeks in advance of trial, the Defense may request leave at a later date to submit a limited number of additional exhibits that it identifies while preparing for trial. Additionally, the Defense reserves its rights to offer rebuttal evidence in response to testimony presented by Government witnesses.

Respectfully submitted this 27th day of December, 2021.

/s/ *Charles D. Swift*
CHARLES D. SWIFT
*Pro Hac* Attorney for Giampietro
Constitutional Law Center for Muslims in America
100 N. Central Expy., Suite 1010
Richardson, TX 75080
Phone: (972)-914-2507

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Charles D. Swift*
CHARLES D. SWIFT
*Pro Hac* Attorney for Georgianna Giampietro