# DEFENDANT'S EXHIBIT LIST

\_\_\_ **Plaintiff**      **X  Defendant**[1]      _____  **Joint**

\_\_\_ **Government** \_\_\_ **Court**

**Case No.**      2:19-cr-00013
**Style:**            United States of America v. Georgianna A.M. Giampietro

| Exhibit No. | Date | Date Admitted | Objections / Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|
| 1 | May 3-Sept 12, 2018 | | | Excerpts from Telegram chat between Defendant and UCE1 about financial assistance, Abu Abdullah, work, Telegram channels |
| 2 | Oct 1-2, 2018 | | | Telegram chat between Defendant and UCE 1 re travel |
| 3 | Oct 3-4, 2018 | | | Telegram chat between Defendant and UCE 1 |
| 4 | Sept 23-24, 2018 | | | Telegram chat between Defendant and UCE 1 re travel |
| 5 | Sept 23-24, 2018 | | | Excerpt of Telegram chat between Defendant and UCE 1 |
| 6 | Sept 26, 2018 | | | Excerpt of Telegram chat between Defendant and UCE 1 |
| 7 | Sept 30, 2018 | | | Telegram chat between Defendant and UCE 1 |

---

[1] Listed are the exhibits the Defense may enter during its case-in-chief. Please note the Defense does not seek pre-admission of these exhibits, as the decision to present a defense and enter the evidence in trial cannot be made until the Government has completed its case-in-chief and pending evidentiary issues have been resolved. Because the Defense's Exhibit List is being filed almost five weeks in advance of trial, the Defense may request leave at a later date to submit a limited number of additional exhibits that it identifies while preparing for trial. Additionally, the Defense reserves its rights to offer rebuttal evidence in response to testimony presented by Government witnesses.

| | | | | |
|---|---|---|---|---|
| 8 | Sept 30, 2018 | | | Telegram chat between Defendant and UCE 1 |
| 9 | Sept 30, 2018 | | | Telegram chat between Defendant and UCE 1 |
| 10 | Feb 22, 2018 | | | Excerpts from Audio Recording Def + UC1 |
| 11 | June 27, 2018 | | | Excerpts from Text Messages between Defendant and UCE1 about debt |
| 12 | Aug 13, 2018 | | | Excerpts from Defendant and UCE1 about debt and fatwa |
| 13 | June 4-8, 2016 | | | Excerpts from private Telegram chat between Defendant and OCE about Abu Talha and ISIS |
| 14 | March 20, 2017 – April 7, 2017 | | | Excerpts from Telegram chat between Defendant and OCE about Abu Abdullah, ISIS and hadith |
| 15 | Feb 22, 2018 | | | Excerpts from Audio Recordings between Defendant and UCE1 about Abu Abdullah and not fighting |
| 16 | March 4, 2018 | | | Excerpts from Telegram chat between Defendant and Group chat about HTS, fighting, fitna |
| 17 | Sept 23-24, 2018 | | | Excerpts from Telegram chat between Defendant and UCE1 about HTS and travel |

| | | | | |
|---|---|---|---|---|
| 18 | Oct 24, 2016-Dec 14, 2016 | | | Excerpts from Telegram chat between Defendant and OCE re charities (OneNation etc.). |
| 19 | Oct 24, 2016 | | | Excerpts from Telegram chat between Def + OCE |
| 20 | Mar 3, 2018 | | | Excerpts from Text messages between Defendant and UCE1 about charity use |
| 21 | April 26, 2018 | | | Excerpts from Telegram chat from Defendant and Group |
| 22 | May 9, 2018 | | | Excerpt from Telegram chat between Defendant and UCE 1 about who to follow and not follow online |
| 23 | Sept 30, 2018 | | | Excerpts from Telegram chat between Defendant and UCE 1 |
| 24 | Nov 24-28, 2017 | | | Excerpts from Text Messages between Defendant and Group 1, OCE introducing UCE-1 |

| | | | | |
|---|---|---|---|---|
| 25 | June 25, 2018 | | | Excerpts from Audio Recordings Defendant, UCE1, UCE2, and Sheikh |
| 26 | April 21-23, 2018 | | | Excerpts from Telegram chat between Defendant and unknown user (possibly OCE) re UCE-1 and UCE-2 |
| 27 | September 30 -October 01, 2018 | | | Excerpts from Telegram chat between Defendant and unknown individual (possibly OCE) re Abu Abdullah and UCE-1/UCE-2 |
| 28 | October 01, 2018 | | | Excerpts from Telegram chat between Defendant and UCE 1 |
| 32 | | | | Expert Richard Connor CV |
| 33 | | | | Expert Aymenn Jawad Al-Tamimi CV |