UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.    2:19-cr-00013 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

## NOTICE OF SCHEDULING AVAILABILITY

COMES NOW the United States, by and through the undersigned Assistant United States Attorneys, and with the concurrence of defense counsel, as evidenced by the signatures below, hereby notices the Court of the parties' availability for the alternative dates of January 11 or 12, 2022, for the pretrial conference, currently scheduled for January 10, 2022.  The parties note, however, that Peter Strianse will not be available on the 11th until 10:30 a.m.   With that in mind, counsel for the government advises that it is available for any other separate meetings with the Court at 9:00 a.m. on the same date or the following day of January 12, 2022.

Respectfully Submitted,

MARK H. WILDASIN
United States Attorney
Middle District of Tennessee

By:  */s/ Philip H. Wehby*
PHILIP H. WEHBY
KATHRYN RISINGER
Assistant United States Attorneys
110 9th Avenue South
Nashville, Tennessee 37203
Phone: (615) 736-5151

Approved for Entry:


*s/ Charles D. Swift*

_____
CHARLES D. SWIFT
Pro Hac Vice Attorney for Defendant
Constitutional Law Center for Muslims in America
833 E. Arapaho Road, Suite 102
Richardson, TX 75081
Phone: (972) 914-2504

*s/ Peter J. Strianse*

_____
PETER J. STRIANSE
Attorney for Defendant


## CERTIFICATE OF SERVICE

      I hereby certify that on December 27, 2021, I electronically filed a copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for the defendant in this case.

                                     **/s/ *Philip H. Wehby***
                                     PHILIP H. WEHBY
                                     Assistant United States Attorney