UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:19-cr-00013 |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The pretrial conference set for January 10, 2022 is RESET to **January 12, 2022,** at 2:00 p.m. in Courtroom A-859.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE