# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
    Plaintiff,

v.                                        Case No. 2:19-cr-00013

GEORGIANNA A. M. GIAMPIETRO
    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Georgianna A. M. Giampietro hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Courts of the Southern District of Florida and the Middle District of California. Attached is a Certificate of Good Standing from the United States District Court of the Southern District of Florida. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

*/s/ Linda G. Moreno*
Linda G. Moreno

Name and FL State Bar Number:

Linda G. Moreno – 112283 – FL

Business Address:
Constitutional Law Center for Muslims in America
100 N. Central Expy, Suite 1010
Richardson, TX 75080

Phone: 972-914-2507

Email: lindamoreno.esquire@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December, 2021, I directed that the forgoing document be electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Signed on December 30, 2021

*/s/ Linda G. Moreno*
Linda G. Moreno