

# UNITED STATES DISTRICT COURT

for the

## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I,     **Angela E. Noble,**          Clerk of the United States District Court
for the Southern District of Florida,

do hereby certify that **Linda Gail Moreno**, Florida Bar # **112283**, was duly admitted to practice in

this Court on **February 05, 2014**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on December 23, 2021.



**Angela E. Noble**
*Court Administrator • Clerk of Court*