# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:19-CR-00013 |
| GEORGIANNA A.M. GIAMPIETRO | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GEORGIANNA A. M. GIAMPIETRO.

Date: 01/10/2022

/s/ *Linda G. Moreno*
*Attorney's signature*

Linda G. Moreno - FL Bar #112283
*Printed name and bar number*
Of Counsel
Constitutional Law Center for
Muslims in America
100 N. Central Expy,
Suite 1010
Richardson, Texas 75080
_____
*Address*

Lindamoreno.esquire@gmail.com
*E-mail address*

(972) 914-2507
*Telephone number*

(972) 692-7454
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2022, the foregoing Notice of Appearance was filed with the Clerk of the Court using the CM/ECF system, and all counsel was served notice of this NOA via the CM/ECF system. I declare under penalty of perjury under the laws of the State of Tennessee that the foregoing is true and correct.

s/ *Linda G. Moreno*
LINDA G. MORENO - FL#112283
Of Counsel
Constitutional Law Center for Muslims in America
100 N. Central Expy., Suite 1010
Richardson, TX 75080
*Pro Hac* Attorney for Georgianna Giampietro