REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013

UNITED STATES OF AMERICA
V.

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 1/12/2022

GEORGIANNA A.M. GIAMPIETRO

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Lise Matthews

Court Interpreter:

(list each defendant appearing at hearing)

# CRIMINAL MINUTES

Government Attorney(s): Phil Wehby, Katy Risinger

Defense Attorney(s): Peter Strianse, Charles Swift, Linda Moreno

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☒
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- The Court explained procedures, deadlines, and disclosures regarding juror questionnaires.
- A deadline of 1/24/22 at noon was imposed for counsel to confer and file multiple documents, as set forth in the order to be entered at the conclusion of the PTC.
- Daubert Hearing set for 1/18/22 at 9:00 a.m. (estimated length: 4 hours)
- The Court ruled on motions in limine.
- Order to enter.

Total Time in Court: 2 hours, 3 minutes

Clerk of Court
by: Vicki R. Kinkade