IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>    )<br>    )<br>v. )<br>    )<br>    )<br>GEORGIANNA A.M. GIAMPIETRO )<br>    Defendant. ) | Case No.: 2:19-cr-00013<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY

Georgianna A.M. Giampietro files this Notice of Intent Plead Guilty to an information[1] charging 18 USC 2339C(c) in case number 19-cr-00013.

Respectfully submitted this 14th day of January, 2022.

By: /s/ *Charles D. Swift*
Charles D. Swift
*Pro Hac Vice* Attorney for Giampietro
100 N. Central Expy, Suite 1010
Richardson, TX 75080
(972) 914-2507

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: /s/ *Charles D. Swift*
Charles D. Swift, *Pro Hac Vice*
Attorney for Giampietro
100 N. Central Expy, Suite 1010
Richardson, TX 75080

---

[1] The government has indicated to the defense that they will be filing the new information charging 18 USC 2339C(c), later this afternoon.

1