

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO.   2:19-cr-00013 |
| | ) | |
| v. | ) | 18 U.S.C. § 2339C(c) |
| | ) | |
| | ) | Chief Judge Crenshaw |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | |

# SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

Between on or about September 23, 2018, and on or about October 23, 2018, in the Middle

District of Tennessee and elsewhere, **GEORGIANNA A.M. GIAMPIETRO,** a national of the

United States, did knowingly conceal and disguise the nature, location, source, ownership, and

control of material support and resources, as that term is defined in Title 18, United States Code,

Section 2339A(b)(1), knowing and intending that the support and resources, including currency,

personnel, and services, were provided and were intended to be provided in violation of Title 18,

United States Code, Section 2339B.

All in violation of Title 18, United States Code, Section 2339C(c).

MARK H. WILDASIN
UNITED STATES ATTORNEY

KATHRYN RISINGER
PHILIP H. WEHBY
Assistant United States Attorneys

JENNIFER LEVY
Trial Attorney – Department of Justice