# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT TENNESSEE

UNITED STATES OF AMERICA

V.

GEORGIANNA A.M. GIAMPIETRO

**NOTICE**

CASE NUMBER: 2:19-cr-00013

TYPE OF CASE:

☐ CIVIL   x **CRIMINAL**

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No.774, MAGISTRATE JUDGE NEWBERN |
|  | DATE AND TIME |
|  | Tuesday, January 18, 2022, at 11:30 a.m. |

TYPE OF PROCEEDING

Arraignment and Waiver of Indictment proceedings

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

ALISTAIR E. NEWBERN, U.S. Magistrate Judge
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 14, 2022     *Sarah Dixon Russell*
DATE     (BY) DEPUTY CLERK

TO:    AUSA Phil Wehby
        Attorney Peter Strianse, Charles Swift, and Linda Moreno
        Probation
        Marshal