# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 2:19-cr-00013** |
| ) | **Chief Judge Crenshaw** |
| **GEORGIANNA A.M. GIAMPIETRO** ) | |

## MOTION TO EXCUSE APPEARANCE OF CO-COUNSEL AT CHANGE-OF-PLEA HEARING

**COMES NOW** the Defendant, **Georgianna A.M. Giampietro**, by and through her co-counsel, Peter J. Strianse, and hereby moves the Court for the entry of an order excusing his appearance at today's change-of-plea hearing.

On Friday, January 13, 2022, the parties somewhat unexpectedly reached a plea agreement in Ms. Giampietro's case. Lead Counsel, Charles Swift, negotiated the agreement with the United States.

The Court has entered an Order scheduling the change-of-plea for January 18, 2022 at 1:00 p.m. (Docket Entry 382). Undersigned counsel has State Court appearances in several geographically disparate cities today- Nashville, Murfreesboro, Winchester, and Columbia. These hearings were all previously set sometime ago.

Based on the foregoing, co-counsel, Peter J. Strianse respectfully requests that his appearance be waived.

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
Capitol View
500 11th Avenue North, Suite 600
Nashville, TN 37203
(615) 244-2770

S:/ Peter J. Strianse
PETER J. STRIANSE
Attorney for Defendant Giampietro

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, if registered, or, if unregistered in the Court's system, it has been sent via facsimile and deposited in the United States Mail, postage prepaid, to:

Katy Risinger
Philip H. Wehby
Assistant United States Attorneys
110 Ninth Avenue South
Suite A961
Nashville, TN 37203-3870
katy.risinger@usdoj.gov
philip.h.wehby@usdoj.gov

Charles D. Swift
cswift@clcma.org

This 18th day of January, 2022

S:/ Peter J. Strianse
PETER J. STRIANSE