UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) |  |
| Defendant. | ) |  |

## ORDER

Defendant Georgianna A.M. Giampietro's Motion to Excuse Appearance of Co-Counsel Peter J. Strianse, Esq., at Change-of-Plea Hearing (Doc. No. 384) is **GRANTED**, and Peter Strianse is excused from the January 18, 2022 hearing.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE