MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
~~by VIDEOCONFERENCE~~

U.S.A. v. **Georgianna Giampietro**, No. **2:19-cr-13**

ATTORNEY FOR GOVERNMENT: **Phil Wehby + Katy Risinger + Jennifer Levy**
ATTORNEY FOR DEFENDANT: **Charles Swift + Linda Moreno**   AFPD   Panel   **(Retained)**
PRETRIAL SERVICES/PROBATION OFFICER: **Cody Sutton**

INTERPRETER NEEDED?   YES   **(NO)**   LANGUAGE/INTERPRETER: _____
☐ PRESENT   ☐ ON TELEPHONE

☐ Defendant consents to Initial App. and ☐ All future hearings before the Magistrate Judge by video conference.

☐ **INITIAL APPEARANCE**   ☐ ON A SUMMONS   ☐ ARRESTED ON: _____
   DEFENDANT HAS A COPY OF:
   ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other _____
   ☐ Defendant advised of the charges and the maximum penalties  ☐ Defendant has a copy of notice of rights
   ☐ Defendant advised of right to counsel       ☐ Counsel retained
   ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed    ☐ FPD Appointed
   ☐ Defendant advised of right to silence
   ☐ Defendant advised of right to **Consular notification**
   ☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
   ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
   ☐ Government motion for detention               ☐ Defendant temporarily detained
   ☐ Defendant waived detention hearing            ☐ ICE detainer on defendant
   ☐ Defendant reserved right to hearing in future ☐ Defendant to be returned to State custody
   ☐ Defendant to remain in Federal custody        ☐ Defendant waived rights under IAD
   ☐ Defendant remain on current conditions of supervised release
   ☐ Defendant ordered to psychological/psychiatric evaluation
   ☐ Defendant released on:
      ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
      ☐ Appearance bond in the amount of: _____
      ☐ Property bond [description of property]: _____
   ☐ **RULE 5** - Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
   ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
   ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
   ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO: _____

☒ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]
☒ **ARRAIGNMENT**
   ☐ Defendant acknowledges he/she has copy of Indictment/Information   ☒ Court advised Def. of penalties
   ☐ Defendant waives reading thereof       ☒ ~~Indictment~~/Information read to defendant by Judge
   **PLEA:** ☐ GUILTY   ☒ **NOT GUILTY**   ☐ Defendant intends to plead guilty and case referred to DJ

DATE: **1/18/22**            TOTAL TIME: **6 min**
BEGIN TIME: **11:31 a.m.**   END TIME: **11:37 a.m.**
*Digitally Recorded*