REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013-1

UNITED STATES OF AMERICA
V.

Georgianna A.M. Giampietro

(list each defendant appearing at hearing)

Judge: Waverly D. Crenshaw, Jr.
Hearing Date: January 18, 2022
Location: ☑ Nashville  ○ Columbia  ○ Cookeville
Court Reporter: Lise Matthews
Court Interpreter: n/a

## CRIMINAL MINUTES

Government Attorney(s): Philip H. Wehby, Jennifer E. Levy and Kathryn Risinger

Defense Attorney(s): Charles D. Swift and Linda Gail Moreno

### TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
    (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☑
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Plea Hearing held.
- Defendant entered a plea of guilty as the sole count of the Superseding Information.
- The "M" shall be removed from the defendant's middle name.
- Sentencing Hearing tentatively set for Friday, May 6, 2022 at 1:00 p.m.
- Order to enter.

Total Time in Court: 45 minutes

Clerk of Court
by: Megan Gregory