UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) ) ) |
| Defendant. | ) |

### ORDER

In accordance with the discussions during the telephonic status conference on April 11, 2022, the Court confirms the following:

(1) Final objections to the Presentence Report shall be filed by **April 29, 2022**, and shall contain legal arguments and authorities.

(2) Responses to objections shall be filed by **May 6, 2022.** Also by that date, the parties shall provide their witness list and, for each witness, a brief summary of his or her expected testimony. Finally by **May 6, 2022**, the parties shall jointly file the paper Defendant wrote about financial aid to foreign entities while she was a student at Middle Tennessee State University.

(3) The Court will hold a follow-up status conference by phone on **May 11, 2022** at 1:00 p.m. to set final sentencing. In the interim, counsel shall reserve all day **June 24**, and **July 15, 2022** as possible sentencing dates.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE