# EXHIBIT A

RECEIVING DETAILS

 **Muhammed**
**Muhammed**              **EDIT**

 Cash at WU agent location[6]

Receiver must present government-issued ID. Make sure receiver name matches ID exactly.

PAYOUT LOCATION

## Turkey

DELIVERY TIME[1]

## In minutes

SUMMARY                           **EDIT**

| | |
|---|---|
| Transfer amount | 150.00 USD |
| Transfer fee[2] | + 11.00 USD |
| Total | 161.00 USD |
| Exchange rate[2] | 1 USD = 4.5028 TRY |
| Transfer amount | 675.42 TRY |
| Total to receiver | 675.42 TRY |

For all transfers, receiver may receive less due to foreign taxes.