# EXHIBIT B

 

**RECEIVING DETAILS**

 **Omar Ali**
+90 5378220931

 Cash at WU agent location[6]

Receiver must present government-issued ID. Make sure receiver name matches ID exactly.

**PAYOUT LOCATION**

Turkey

**DATE AVAILABLE**[1]

June 21, 2018

**SUMMARY**

| | |
|---|---|
| Transfer amount | 200.00 USD |
| Transfer fee[2] | + 11.00 USD |
| Total | 211.00 USD |
| Exchange rate[2] | 1 USD = 4.6115 TRY |
| Transfer amount | 922.31 TRY |
| Total to receiver | 922.31 TRY |