# EXHIBIT C

## RECEIVING DETAILS

 **Ahmet Hayek**
+90 5378220931

 **Cash at WU agent location**[6]

Receiver must present government-issued ID. Make sure receiver name matches ID exactly.

### PAYOUT LOCATION

Turkey

### DATE AVAILABLE [1]

June 25, 2018

### SUMMARY

| | |
|---|---|
| Transfer amount | 500.00 USD |
| Transfer fee[2] | + 11.00 USD |
| Total | 511.00 USD |
| Exchange rate[2] | 1 USD = 4.5317 TRY |
| Transfer amount | 2265.87 TRY |
| Total to receiver | 2265.87 TRY |

For all transfers, receiver may receive less due to foreign taxes.