# EXHIBIT D

 **The Merciful Hands**
September 29, 2020 ·

Assalam alakium wa rahmutalhi wa barakatu

Our aim is to highlight the plight of the Syrian people and the many obsticales they are facing trying to adjust to life admist war.

We are an independent charity organisation and have been based in Syria for 7 years.

Recently we have taken to Facebook to share the experiences of the Muslims here. To show there struggles, to share there stories, to let people know they are not forgotten.

To help us in our noble cause please contact us

And please

Don't forget the prisoner of war, the orphans, widows and poor when you make dua.

If you are able to contribute something and help those In need here in sham please contact us.

Many families are suffering with the rise of prices and no sufficient income or no income at all.

The situation has reached its peak with refugees coming from all places settled in one area now. New refugee camps are built daily along the Turkish border with very little aid or no aid the suffering is hard to describe.

Please don't forget the truly needy you are a lifeline to many who don't have a voice

To help and donate please contact
Telegram Admin @shamibedo
Telegram +90 537 822 0931
Whatsapp +90 539 384 74 11

Jazakallah khair

#needy #oppressed #bak #syria #sham #charity #help #aid

 Share

**Related Pages**

 **Merciful Hands Charity**
Non-Governmental Organization (...

 **Play-Ed: Bay Area**
Teens & Kids Website

 **Inception-Non-Profit**
Mental Health Service

 **Anita Cummings Design**
Interior Design Studio

 **Alone gaming**
Gaming Video Creator

 **House_of_Paradise**
Shopping & Retail

 **Themis Legal**
Legal Service

 **Clarity Builders**
Construction Company

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch 

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More ·
Facebook © 2021

See more of The Merciful Hands on Facebook

[ Log In ]  or  [ Create New Account ]

