# EXHIBIT G

| | |
|---|---|
| 06/04/2016-<br>06/08/2016 | OCE and the defendant exchanged private messages through Telegram.<br>When asked by the OCE why the defendant would have gone with her online romantic interest if the defendant disagreed with ISIS's principles, the defendant explained that it is because he wanted her to go with him. The defendant stated that she did not like ISIS, and if she would have gone, they would have killed her.<br><br>OCE asked the defendant about the change of her stance and what had made her change positions from ISIS to AlQaeda, to which the defendant responded that she does not support any groups based on a hadith [Islamic teaching of the Prophet Muhammad] :<br><br>The hadith states that when there is not any united single group of Muslims to join in fighting, then one should stay away from any of the sects available, even if they are the only option at the current time. Subsequently, OCE challenged the defendant's position by asking about how to ensure unity in the Ummah [Muslim community], the defendant stated that the Mahdi [Messiah] is the one to unify the Ummah, and until then, one should seek knowledge and make duaa [prayer]. |
| 07/20/2016 | Defendant shares an article denouncing ISIS and exposing ISIS's declaration against Al-Qaeda. The article questions ISIS's tactics, killing of innocent civilians and encourages that people do not support the group. |
| 02/22/2018 | In a Telegram account Defendant deleted (thepenandthesword), Defendant forwards UCE news articles about HTS and other fighters in Syria. One article she posted was from OGN News titled "HTS vs Zinky: OGN on the Front Lines in Darut Izzah" and captioned "HTS fighter in this video is asking Zinky why they have the ability to fight HTS but did not show the same willingness to fight the regime…"<br>Defendant tells UCE that Abu Abdullah told her that there was a lot of infighting between groups in Syria because HTS wanted to fight Zinke and that Abu Abdullah wanted to go to Turkey. Defendant says she advised Abu Abdullah that in times of fitna (disunity) to stay in your homes. |
| 03/02/2018 | Defendant forwarded an Arabic message to the Telegram group (untranslated), she says "Soooo this brother is exposing hts". |

| | |
|---|---|
| 03/04/2018 | In the Telegram group chat, the defendant shares an Arabic post and tells the group that the "Sheikh is saying about hts and infighting in Idlib. That when a group refuses to go before shariah court he's oppressor". <br><br>Defendant then says "And one must not fight under the banner of oppressor. It is getting worse" <br>Defendant says "Bc now the infighting is causing deaths among women and children bc of their fights" "It's really bad Subhan'Allah" "Hts cutting off roads" <br>UCE asks "Is the sheikh calling for unity against Assad?" <br>Defendant says "No one fighting assad" <br>… <br>Defendant then says "They're attacking cities with missiles" <br>The others in the group express sadness and say "The end of times Subhan'Allah" <br>Defendant says "You should see the tanks hts brought against them" <br>The group comments "That's one of the signs" and "It may even get worse" <br>The UCE asks "I'm confused, I thought HTS fighting that dog Assad and fighting for the ummah?" <br>Alaa (hearts) says " No way anyone should go to those areas for now. Those fools who are infighting, both sides go to hell" <br>Defendant responds "That's what Abu said it's not safe for women to go" <br>… <br>The UCE asks "But I thought it was obligatory for all to make hijrah and for the men, jihad?" <br>Defendant responds "Abu is staying in the home" <br>Alaa says "There is fitnah there" <br>Defendant says "He doesn't want to be a part of that fitnah" and responds to the UCE "Not during these times" "Bc they might enter hell" <br>The UCE asks "So we have to stay here???" <br>Defendant says "Theres hadith saying to let them kill you and don't fight back" <br>Defendant says "That's why Abu isn't getting involved even though there is ayah to fight them" "But it's difficult to be sure" <br>The group then discuss the hadith that discourage infighting between Muslims. <br>Defendant posts an ayat from the Quran (49:9) discussing infighting between Muslim factions and settling their differences. <br>Defendant says "That ayah made Abu stay up all night but aurar and all them want to go to court But hts refuses court" <br>Defendant says "It makes me wonder due to jojo coming into idlib you know and if now hts has half jojo" <br>The UCE asks "do you think jojo fighters are infiltrating HTS?" <br>Defendant responds "Yes I do" <br>The group discusses Jolani being the leader of HTS and the confusion of the leadership of groups from online info. |
| 03/04/2018 | UCE asks "What factions are in ghouta?" <br>Defendant responds "Hts ahrar fsa" "Jojo" <br>… |

|  | Defendant says "But it's okay to fight the one oppressing the ppl bc they turned away from Allah" "But the point is they all have turned away"<br>Defendant says "Fsa fights for T and not against assad" "Hts wants to fight groups and take their land" "Ahrar fights for T" "It's all crazy"<br>…<br>Defendant then quotes AbdulAzizi Al-Turaifi: "There's no solution when the Mujahideen fight each other but only going to an independent Court. And the one who refuses is oppressor and lt is not permissible to fight under his banner"<br>Defendant then says "Hts refuses"<br>Alaa (hearts) says "There isn't a group in power that's fighting for the right reasons to the best of my knowledge"<br>Defendant responds "True"<br>Defendant and the others then discuss that this is the end of times and the signs of the Last Day.<br>…<br>Alaa asks Defendant "Ameera why do you dislike jolani?"<br>Defendant responds "Bc he's leading hts wrong direction"<br>…<br>Defendant says that Sheikh Muhaysani "left hts awhile ago…They wanted to kill him"<br>Defendant says "Yes I respect him a lot" (referring to Muhaysani) |
|---|---|
| 03/12/18-<br>03/15/18 | UCE and Defendant in group chat with Alaa and Eman. Alaa asks Defendant, "Ameera. The groups that are infighting…Is it nurrudin, Ahrar, Zinky and HTS? Those are the ones I know, are there more, are there more"<br>Defendant responds "Yea there's some I never heard of. There's also a new group coming out I don't remember their name though."<br>Alaa responds "Subhan'Allah, all of those? Who isn't participating."<br>Defendant says "Even turkistan group is helping hts. I'm unsure." |
| 05/09/2018 | The defendant tells UCE-1 about people that she knows online whom she suspects are informants or pro-ISIS. They discuss an article about a man who planned an attack on a Hindu temple and Stonebriar Centre mall in Frisco. The defendant says "That guy actually planned an attack. Who does that!". UCE-1 responds "Jojo". And the defendant says, "Exactly". The defendant then says that is why she hates them [ISIS] so much. |
| 09/23/2018 | UCE creates a Secret Chat with the defendant and tells her that she wanted to talk to her after she figured out some stuff with her husband UCE-2. UCE-1 tells the defendant that the other day "Yusuf and I (well Yusuf did it for both of us) swore bayat to HTS." Defendant responds, "No. HTS is no good. Abu has told me way too many stories"<br><br>UCE says that they discussed HTS and AQ.<br>Defendant responds "There are no known groups right now. And there's Hadith [religious teaching] about that also. When this situation approaches…That when theres no known group then stay in your home." |

3

| | |
|---|---|
| | UCE then states that in order to go over to fight UCE-2 had to pick a group to swear bayat to.<br>The defendant tells her "No that's not true. The borders are open right now. 250ds to enter 3500ds to leave."<br>UCE-1 then tells Defendant that the "brother was saying that HTS and AQ were working together against Assad." The defendant then tells UCE Aisha that HTS is allied with Turkey and that "HTS allowed Turkey to set up check points in S."<br><br>Defendant asks UCE where her husband found that person and UCE tells her that last spring she sent money and it went to AQ. GG tells UCE to be careful. UCE tells Defendant that "The brother Alaa put us in touch with was with AQ and got the money to them….He was saying that AQ and HTS are fighting together." Defendant says she is "unsure about that. Bc they broke away last year".<br><br>UCE tells Defendant that if they borders open then her and UCE Yusuf can just "get over there and figure it out for ourselves when we're there inshallah, unless you have a good contact…".<br>Defendant asks if she is really going without a plan<br>UCE: I will have to ask Yusuf about all of this.<br>Defendant: And to make sure it's legit. Bc whatever that hts individual said to him is a complete lie. Which I already told you that lol. Khayr inshallah. I know some people make 50ds a month some make l00ds a month and others don't even get paid for 2 or 3 months. Make sure inshallah your husband is checking in to all that.<br><br>UCE: I will have to ask him about this inshallah ... I just know that we have been planning to go after his aunt died ... even Alaa said to me that if you can go we should go and that if we don't it's on us that we didn't ... and this has been our plan, and his obligation.<br>Defendant: Why doesn't alaa go? UCE: I haven't talked to her since her weird freak out back in May.<br><br>Defendant: She told you guys to go? Have you thought about Afghanistan? They're still fighting there.<br>UCE: Yes ... she told us to talk to the guy we sent money to about it. We have yes.<br>Defendant: The indian in syria?<br>UCE: I'm not sure his ethnicity but yes. Arneera: I don't remember his telegram channel. But he doesn't support hts. UCE: He does, and AQ Ameera: Hmmmmm |
| 10/2/2018 | Ms. Giampietro immediately withdraws the contact for Individual A after providing it to UCE-1. On October 2, 2018, Ms. Giampietro gives the Telegram name for Individual A, "@AlSadaqahSyria" to UCE-1 saying "Have your husband message this account, I was told to give him this."<br><br>UCE-1 responded: "…ok is this the person that can help us get over??? Or who is this?" |

| | |
|---|---|
| | Ms. Giampietro: Just message him<br>UCE-1: Hes go to want to know why he should do this…I wont know what to tell him. Like for what purpose you know."<br>Ms. Giampietro: If you have someone to help you then forget it. Khaloss [translates: finished]. Very suspicious.<br>UCE-1 We do have someone what will this person serve as that's all…I mean if hes someone you trust to help us get over then I can go to [UCE-2] with that…<br>Ms. Giampietro: Na forget it. Everything is too suspicious. |