# EXHIBIT B –

Messages Between Ms. Giampietro and UCE-1 After UCE-1 Revealed She Would Travel to Join HTS.

Case 2:19-cr-00013   Document 397-2   Filed 04/29/22   Page 1 of 24 PageID #: 4514



السلام عليكم ورحمة الله وبركاته  10:29 PM

وعليكم السلام ورحمة الله وبركاته  11:48 PM ✓

It's been a little hectic recently and wanted to talk to you inshallah after we figured some stuff out  11:50 PM ✓

---

●●●●● 📶  9:41 AM  🔋⚡

‹ Chats

**+1 (470) 310-5992**
last seen recently

Add Contact ⊗

2:07 PM

██ back??  2:43 PM ✓✓

Yes  2:50 PM

Alhamdullilah... how's school goin for him?  3:05 PM ✓✓

It's okay it seems in'shā'Allāh  3:08 PM

What's your weekend lookin like?  3:30 PM ✓✓

I have to watch a movie and answer questions, I have a paper to do over articles, and make up work for my job  9:40 PM

September 23

Yuck!  May Allah reward your efforts  4:19 PM ✓✓

Ameen.  4:20 PM ✓✓

Āmeen  10:29 PM

Message



**Add Contact** ✕

September 23

السلام عليكم ورحمة الله وبركاته *10:29 PM*

وعليكم السلام ورحمة الله وبركاته *11:48 PM* ✓✓

It's been a little hectic recently and wanted to talk to you inshallah after we figured some stuff out *11:50 PM* ✓✓

September 24

Figured what out? *7:29 AM*

I'm lost *7:29 AM*

Haha sorry sis me and ▉ *9:25 AM* ✓✓

I told ya the other day how stuff has been goin on and I would explain it to you soon inshallah... girl you're too busy 😂 *9:27 AM* ✓✓

What you mean? *9:30 AM*

What's going on between you two? *9:31 AM*

---

●●●●● 📶 9:41 AM ⊕ ▉⚡

‹ Chats 🔒 +1 (470) 310-5992 🌐
last seen recently

**Add Contact** ⊗

I told ya the other day how stuff has been goin on and I would explain it to you soon inshallah... girl you're too busy 😂 *9:27 AM* ✓✓

What you mean? *9:30 AM*

What's going on between you two? *9:31 AM*

Is everything okay? *9:31 AM*

Alhamdullilah everything is good... just some big stuff and I dunno I don't wanna bother you I know you're at work.. want me to just text ya later? *11:20 AM* ✓✓

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓



You set the self-destruct timer to 30 seconds

Just lemme know when no one else is around and you can talk inshallah
11:43 AM ✓✓

Where you moving to? 11:43 AM

Message  🕙 30s  🎤

---

Yeahhh 11:37 AM ✓✓

You set the self-destruct timer to 30 seconds

So the other day ███ and I (well ███ did it for both of us) swore bayat to HTS
11:44 AM ⓘ

Message  🕙 30s  🎤

---

Yeahhh 11:37 AM (Well

So the other day ███ and I (Well

did it for both of us) swore bayat to HTS 11:44 AM ✓✓

No 11:44 AM

Hts is no good 11:44 AM

Abu has told me way too many stories
11:44 AM

Message  🕙 30s  🎤

---

You set the self-destruct timer to 30 seconds

Abu has told me way too many stories
11:44 AM

Well we discussed HTS and AQ
11:45 AM ✓

There are no known groups right now
11:45 AM

Message  🕙 30s  🎤

---

You set the self-destruct timer to 30 seconds

Well we discussed HTS and AQ
11:45 AM ✓

There are no known groups right now
11:45 AM

And there's ahadīth about that also
11:45 AM

When this situation approaches
11:45 AM

What do|  30s  ↑



You set the self-destruct timer to 30 seconds

But in order to go over for him to fight he had to pick a group to swear bayat to  
*11:46 AM* ✓✓

No that's not true  *11:46 AM*

The borders are open right now  
*11:46 AM*

Message  🕐 30s  🎤

---

You set the self-destruct timer to 30 seconds

The borders are open right now  
*11:46 AM*

250ds to enter 3500ds to leave  
*11:47 AM*

Right, but the brother was saying that HTS and AQ were working together against  30s  ↑

---

You set the self-destruct timer to 30 seconds

250ds to enter 3500ds to leave  
*11:47 AM*

Right, but the brother was saying that HTS and AQ were working together against Assad  
*11:47 AM* ✓✓

Mmmmm  *11:47 AM*

To  30s  ↑

---

You set the self-destruct timer to 30 seconds

Right, but the brother was saying that HTS and AQ were working together against Assad  
*11:47 AM* ✓✓

Mmmmm  *11:47 AM*

Don't believe everything you hear  
*11:47 AM*

To enter and leave Syria?  *11:47 AM* ✓

Message  🕐 30s  🎤



You set the self-destruct timer to 30 seconds

Don't believe everything you hear *11:47 AM*

To enter and leave Syria? *11:47 AM ✓*

They made agreement with Turkey *11:47 AM*

A K
To enter and leave Syria?
Yes *11:47 AM*

Who made an agreeme | 30s ↑

---

You set the self-destruct timer to 30 seconds

To enter and leave Syria? *11:47 AM ✓✓*

Who made an agreement with Turkey?? *11:48 AM ✓✓*

Hts allied with Turkey *11:48 AM*

And hts allowed Turkey to set up check points in S *11:48 AM*

Message 🕐 30s 🎤

---

You set the self-destruct timer to 30 seconds

And hts allowed Turkey to set up check points in S *11:48 AM*

Where did he find this person? *11:48 AM*

He needs to be careful *11:49 AM*

Well when we sent money last Spring it went to AQ *11:49 AM ⊙*

Message 🕐 30s 🎤

---

You set the self-destruct timer to 30 seconds

Where did he find this person? *11:48 AM*

He needs to be careful *11:49 AM*

Well when we sent money last Spring it went to AQ *11:49 AM ✓✓*

Mmm not sure about that *11:49 AM*

A trusted brother in | 30s ↑

Case 2:19-cr-00013   Document 397-2   Filed 04/29/22   Page 6 of 24 PageID #: 4519



You set the self-destruct timer to 30 seconds

Mmm not sure about that *11:49 AM*

Unless there's someone specifically there with aq *11:49 AM*

A trusted brother in London has a connection he put ███ in touch with *11:49 AM* ⓘ

Message 🕓 30s 🎤

---

Unless there's someone specifically there with aq *11:49 AM*

A trusted brother in London has a connection he put ███ in touch with *11:49 AM* ✓✓

Be careful *11:50 AM*

The brother Alaa put us in touch with was with AQ and got the money to them *11:50 AM* ⓘ

---

You set the self-destruct timer to 30 seconds

The brother Alaa put us in touch with was with AQ and got the money to them *11:50 AM* ✓✓

What ya mean? *11:50 AM* ✓✓

I think that brother is neutral *11:50 AM*

---

You set the self-destruct timer to 30 seconds

I think that brother is neutral *11:50 AM*

?? *11:50 AM* ✓

He was saying that AQ and HTS are f 30s ↑



You set the self-destruct timer to 30 seconds

?? *11:50 AM* ✓✓

He was saying that AQ and HTS are fighting together *11:51 AM* ✓✓

I'm unsure about that *11:52 AM*

Bc they broke away last year *11:53 AM*



Yeah publicly but not on the ground *11:53 AM* ✓

Ok *11:54 AM* ✓

I mean if the borders are open then we can just get over there and figure it out for ourselves when we're there inshallah, unless you have a good contact or something he can reach out to... otherwise we can just figure it once we get there *12:00 PM* ✓



You set the self-destruct timer to 30 seconds

Are you really going without a plan? *12:36 PM*

███ is going ahead of me next weekend to London inshallah *12:57 PM* ⓘ



███ is going ahead of me next weekend to London inshallah *12:57 PM* ✓

Once he gets there and ensures everything is good he's gonna send for me to meet him there *12:59 PM* ✓

Inshallah *12:59 PM* ✓

Do you think being flexible once we get there to kinda see how it is is a bad thing? *1:10 PM* ⓘ

⊘ Message ⏱ 30s 🎤

Page 8 of 24



You set the self-destruct timer to 30 seconds

What you mean flexible  *1:44 PM*

So he's leaving next week?  *1:47 PM*

And what about you ?  *1:47 PM*

Where did all this come from?  *1:58 PM*

It came out of no where lol  *1:58 PM*

---

You set the self-destruct timer to 30 seconds

He's leaving next weekend...
We were waiting until after his aunt
passed  *2:21 PM ✓*

He's going to let me know when to
come to London inshallah  *2:22 PM ✓*

This is what we've been saving up for  *2:22 PM ✓*

I meant like once we get to Syria, if
things with HTS aren't what they
should be then realign... or if in the
interim we find another group that's
better suited then align with them.  *2:24 PM ✓*

---

You set the self-destruct timer to 30 seconds

This is scaring me  *2:28 PM*

Many people in london gets caught  *2:28 PM*

Is the brother a bengali?  *2:28 PM*

---

You set the self-destruct timer to 30 seconds

I'm not sure I can find out..  *4:12 PM ✓*

Why do people in London get caught
so frequently? Is it better to go
through a different country?  *4:13 PM ✓*



You set the self-destruct timer to 30 seconds

Because there's so many leaving
4:19 PM

And many pretend to be muslims and turn them in
4:20 PM

That's why I'm asking
4:20 PM

Who is the brother
4:20 PM

You set the self-destruct timer to 30 seconds

Let me ask him... he's already left for work so I will have to ask when he gets home inshallah
5:25 PM ⓘ



You set the self-destruct timer to 30 seconds

Okay in'shā'Allāh
5:54 PM

I just think everything is very aheeb
5:54 PM

Ajeeb***
5:54 PM

Like travelling in a group is huge no no
5:55 PM

Giving ba'yah is not a must
5:55 PM

And randomly a brother in London
5:55 PM

I fear for your safety
5:55 PM

Also if he is leaving next weekend for safety reasons
6:16 PM

I need you to unfollow the telegram channel in'shā'Allāh bc there are other sisters on there too
6:16 PM

Message          30s



I hope you understand why  *6:17 PM*

And do not take your phone and same for him  *6:17 PM*

You all need new phones and new numbers  *6:17 PM*

And the both of you need to contact no one!  *6:18 PM*

When I was planning my plan was to delete everyone 6 to 8 months before leaving and have no contact with anyone  *6:18 PM*

Bc one wrong move  *6:18 PM*

May Allāh 🕋 protect you and your husband āmeen  *6:19 PM*

You all will be in my du'ās  *6:19 PM*

Only contact me when you arrive there in'shā'Allāh  *6:19 PM*

No where else but there  *6:19 PM*



You set the self-destruct timer to 30 seconds

I am not going to take this phone with me when I leave the states.  *6:35 PM* ✓✓

I will ask about the brother inshallah...  *6:35 PM* ✓✓

Oh yeah we're not going in a group... I am gonna delete everything, wipe and destroy my phone... I remember you saying you were gonna go... Like what should I take? As a woman?  *6:41 PM* ✓✓

You set the self-destruct timer to 30 seconds

They have everything you will need there in'shā'Allāh  *6:41 PM*

Ok... this |  30s



السلام عليكم ورحمة الله وبركاته  10:18 PM

Ok did this come through?  10:19 PM ✓✓

Yes  10:19 PM

Alhamdullilah  10:19 PM ✓✓

That was ajeeb  10:19 PM

لا شيء set the self-destruct timer to 1 minute

Yes... it's happened before  10:19 PM ✓✓

---

September 30

السلام عليكم ورحمة الله وبركاته  10:18 PM

Ok did this come through?  10:19 PM ✓✓

Yes  10:19 PM



set the self-destruct timer to 1 minute لا شيء

Yes... it's happened before  10:19 PM ✓✓

I don't get the tech stuff though  10:19 PM ✓✓

So I spoke with the individual  10:20 PM

Ok  10:20 PM ✓✓

There is no work  10:20 PM



Ok  10:20 PM ✓✓

There is no work  10:20 PM

There is no jhd right noe  10:20 PM

Now**  10:20 PM

They're in a peace treaty  10:20 PM

Also the one from hts, it is a lie  10:20 PM

You don't give ba'yah to come  10:21 PM



That was ajeeb  10:19 PM

لا شيء set the self-destruct timer to 1 minute

Now**  10:20 PM

They're in a peace treaty  10:20 PM

Also the one from hts, it is a lie  10:20 PM

You don't give ba'yah to come  10:21 PM

I only know what ▮▮▮ told me  10:21 PM ⓘ



I only know what ▮▮▮▮ told me
10:21 PM ✓✓

So they can't help us? 10:21 PM ✓✓

No one will help unless you have work
10:22 PM

What do you mean unless we have work?
10:22 PM ✓✓

They don't need anyone else to support
10:22 PM



Add Contact    Report Spam    ✕

So they can't help us? 10:21 PM ✓✓

No one will help unless you have work
10:22 PM

What do you mean unless we have work?
10:22 PM ✓✓

They don't need anyone else to support
10:22 PM

There is no work right noe 10:22 PM

Now* 10:22 PM



set the self-destruct timer to 1 minute لا شيء

There is no work right noe 10:22 PM

Now* 10:22 PM

And what ppl work is less than 5ds a day
10:22 PM

They don't want ppl coming unless the have plans
10:23 PM

What are your plans 10:23 PM



set the self-destruct timer to 1 minute لا شيء

What are your plans 10:23 PM

Plans for what we will do there or what do you mean?
10:23 PM ✓✓

Yes what are your plans for hijrah and what will you do there
10:24 PM

No one is fighting 10:24 PM

They're in a peace treaty 10:24 PM

They're in a peace treaty *10:24 PM*



Well ███ can support physically in many ways, he's really strong. So if the jihad is *1m*



Only ribat is what they do *10:25 PM*

If that *10:25 PM*

Bc T are on the borders too with observations *10:25 PM*

Well ███ can support physically in many ways, he's really strong. So if the jihad is that for now then that's what he will likely do... I haven't been privy to their conversations... *10:26 PM*

There is no jihad *10:26 PM*

That's what I'm saying *10:26 PM*

Well if it's building/rebuilding, whatever he must do he will... Doesn't that seem strange to you that there is no jihad?? *10:27 PM*

I understand where these individuals are coming from they don't want you all hurt or homeless or without work *10:27 PM*



I understand where these individuals are coming from they don't want you all hurt or homeless or without work
*10:27 PM*

There hasn't been *10:27 PM*

Well we don't want that either
*10:27 PM ✓*

Even when I spoke to Abu *10:27 PM*

He said no one is fighting *10:27 PM*



Well we don't want that either
*10:27 PM ✓*

Bc if you all go and there's no work or houses
*10:28 PM*

That means those people will have to support you
*10:28 PM*

They already have issues now with charity there
*10:28 PM*

They recommend find a job before entering
*10:29 PM*

And a place to stay *10:29 PM*



Well we don't want that either
*10:27 PM ✓✓*

I will have to ask ▮▮▮▮ about all of this...
*10:29 PM ✓✓*

And to make sure it's legit *10:29 PM*

Bc whatever that hts individual said to him is a complete lie
*10:30 PM*

Which I already told you that lol
*10:30 PM*

Khayr in'shā'Allāh *10:30 PM*



set the self-destruct timer to 1 minute لا شيء

I know some people make 50ds a month some make 100ds a month and others don't even get paid for 2 or 3 months
10:31 PM

I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that jf
1m

Make sure in'shā'Allāh your husband is checking in to all that
10:31 PM

I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that if we don't it's on us that we didn't... and this has been our plan, and his obligation
10:31 PM ⓘ

Why doesn't alaa go? 10:32 PM

🧕 I haven't talked to her since her weird freak out back in May 10:32 PM ⓘ

Message 1m

She told you guys to go? 10:33 PM

Have you thought about Afghanistan?
10:33 PM

They're still fighting there 10:33 PM

Message



Yes... she told us to talk to the guy we
sent money to about it

We have yes      10:33 PM ✓✓

The indian in syria ?      10:34 PM

I'm not sure his ethnicity but yes
10:34 PM ✓✓

I don't remember his telegram channel
10:34 PM



But he doesn't support hts      10:35 PM

He does, and AQ      10:35 PM ✓✓

Hmmmmm      10:35 PM

He was more connected with AQ
10:35 PM ✓✓

That's who we sent the money
to last Spring... and they talked
the other day about the travel,
I dunno the details t            1m



He was more connected with AQ
10:35 PM ✓✓

Are you sure you actually speaking
with that brother?      10:36 PM

That's who we sent the money to last
Spring... and ██████ and he talked the
other day about the travel, I dunno the
details though      10:36 PM ✓✓



لا شيء set the self-destruct timer to 1 minute

That's who we sent the money to last
Spring... and ██████ and he talked the
other day about the travel, I dunno the
details though      10:36 PM ✓✓

India in Syria sah? That brother?
10:36 PM

██████ talked to the guy Alaa put us in
touch with      10:37 PM ✓✓



This one? 10:37 PM    No 10:37 PM ✓

Al saqah? 10:38 PM

But ▇ and he talked    1m





No  *10:37 PM* ✓✓

Al saqah?  *10:38 PM*

Al sadqah**  *10:38 PM*

But ██████ and he talked the other day but I told ██████ you had better contacts  *10:38 PM* ✓

Message  1m

set the self-destruct timer to 1 minute لا شيء

But ██████ and he talked the other day but I told ██████ you had better contacts  *10:38 PM* ✓✓

Or people you said you really trusted  *10:38 PM* ✓✓

Yeah and I do really trust them  *10:39 PM*

Message  1m

Were they the people that were gonna help you go over?? You trust them at that level?
Cause I just wanna make sure we are doing the right thing, and I know ██████ does too...  *10:40 PM* ✓✓

Yes  *10:41 PM*

I'll ask ██████... should he just talk to them? I don't wanna put you in the middle on stuff  *10:41 PM* ⓘ



set the self-destruct timer to 1 minute لا شيء

I'll ask ███... should he just talk to them? I don't wanna put you in the middle on stuff 10:41 PM ✓✓

I feel bad because I feel like you do so much for me already 10:42 PM ✓✓

Mmm they already said they won't help bc they don't know intentions 10:42 PM

What do you mean intentions? 10:42 PM ✓



What do you mean intentions? 10:42 PM ✓✓

Like I said before your alls plans 10:43 PM

Work housing etc... 10:43 PM

Ohhh ok 10:43 PM ✓

I'll have to ask ███... 10:44 PM ✓

📎 Message 🕐 1m 🎤



October 2

وعليكم السلام ورحمة الله وبركاته 9:19 AM

Did she message you back 9:19 AM

It's very ajeeb she only sent one message and it was a very bait message too! 9:20 AM

I haven't responded to her yet 😣 I was thinking of asking her what all I should bring, other than the google cards, what to expect when we get there, are we staying with them or their family (were supposed to live with them for a little while but I want to make sure it doesn't get lost in translation), what the routine is like now, etc.... I dunno what do you think??? 9:27 AM ✓✓

I think it's bait 9:35 AM



Lol *9:35 AM*

Is there a way to tell? *9:35 AM* ✓✓

I asked someone about Google cards and the person said no they don't use *9:35 AM*

So I'm asking another person *9:36 AM*

Ok let me know inshallah *9:36 AM* ✓✓

Is these people from the London brother ? *9:36 AM*

Have your husband message this account *edited 9:37 AM*

@Alsadaqahsyria *9:37 AM*

I was told to give him this *9:37 AM*

They're his contact. ███ said they are very trusted and have done this before (I think he's getting frustrated with me and feels like I'm questionin him)... ok is this the person that can

They're his contact. ███ said they are very trusted and have done this before (I think he's getting frustrated with me and feels like I'm questioning him)... ok is this the person that can help get us over??? Or who is this? *10:41 AM* ✓✓

Just message him *11:00 AM*

He's going to want to know why he should do this... I wont know what to tell him *11:01 AM* ✓✓

Like for what purpose ya know *11:01 AM* ✓✓

If you have someone to help you then forget it *11:02 AM*

Khaloss *11:02 AM*

Very suspicious *11:02 AM*

We do have someone, but what will this person serve as that's all... I me if he's someone you trust to help us



Na forget it  *11:04 AM*

Everything is too suspicious  *11:04 AM*

Ok I'm confused  *11:04 AM* ✓✓

And I don't want to discuss this anymore  *11:04 AM*

Ok sis I didn't mean to upset you...  *11:04 AM* ✓✓

Khayr in'shā'Allāh  *11:04 AM*

I just don't have anyone to talk to about this stuff and you've always been that person  *11:04 AM* ✓✓

I don't want to be involved anymore  *11:04 AM*



I'm really sorry 😞  *11:04 AM* ✓✓

I don't like suspicious ppl  *11:05 AM*

I don't either and I'm scared... this is a big deal as you've told me... I did not mean to offend you I know you're just trying to help and you're looking out for me and I'm sorry  *11:08 AM* ✓✓

I'm not suspicious of you I hope you don't feel that way... I trust you which is why I turned to you about this... I just didn't know who this person was and for me to ask █████ to reach out to them, I just wanted to know what to tell him  *11:10 AM* ✓✓

You are my most trusted friend... when I asked █████ if I could talk to you so that I'd have someone to talk until he sent for me to meet up with



Khayr in'shā'Allāh  *11:28 AM*

Let's not speak about this anymore
*11:28 AM*

And you can use Google translate to
translate her messages don't get
eeman involved either  *11:28 AM*

Ok.... and yeah Google translate
messed up the message really bad to
where it didn't make sense  *11:37 AM ✓*

She just told me if I ever needed
anything I could ask... I didn't mean to
upset you and inshallah I didn't upset
Eman...  *11:38 AM ✓*

If you say it seems ajeeb, I trust you
and I'll ask Yusuf to reach out to that
brother... I'm really sorry sis...  *11:40 AM ✓*



October 4

You set the self-destruct timer to 1 minute

وعليكم السلام ورحمة الله وبركاته  *6:13 PM*

He wasn't to make hijrah  *6:13 PM*

But glad he can help you  *6:13 PM*

It was just for charity purposes  *6:13 PM*

And I have no clue who he is  *6:14 PM*

Was just given to me to give to you for
charity  *6:15 PM*



Was just given to me to give to you for
charity  *6:15 PM*

That's a big risk I thought you said you
trusted him?  *7:40 PM ✓*



October 4

You set the self-destruct timer to 1 minute

Remember I don't want to talk about this and also if you remember I said to forget it
7:42 PM

And not to worry about it  7:43 PM

I never said he was for H  7:43 PM

But that charity is trustable  7:44 PM

You're going to get me arrested  7:44 PM

Let's just not talk about this  7:44 PM

Nor mention my name in anything
7:44 PM

Jazak'allāhu khayrān  7:44 PM