IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | Case No.: 2:19-cr-00013 |
| v. ) | |
| ) | Chief Judge Waverly D. Crenshaw, Jr. |
| GEORGIANNA A.M. GIAMPIETRO ) | |
|     Defendant. ) | |

### JOINT NOTICE OF FILING OF DEFENDANT'S COLLEGE PAPER

On April 11, 2022, this Court directed the parties to "…. jointly file the paper Defendant wrote about financial aid to foreign entities while she was a student at Middle Tennessee State University." (Dkt. 394). In compliance with the Court's Order, the Defendant's paper is attached.[1]

Jointly Submitted By:

*/s/ Charles Swift*
CHARLES D. SWIFT
*Pro Hac Vice* Attorney for Defendant
100 N. Central Expy, Ste 1010
Richardson, TX 75080
(972) 914-2507

/s/ *Philip H. Wehby*
PHILIP H. WEHBY
KATHRYN RISINGER
Assistant U.S. Attorneys
110 9th Avenue South
Nashville, Tennessee 37203
Phone: (615) 736-5151

---

[1] This same paper was previously attached and used in the Defense Position with Respect to Sentencing (Dkt. 396, Attachment #6, Exhibit F) on April 29, 2022.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of May, 2022, I electronically filed the foregoing **Joint Filing of Defendant's College Paper** with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: /s/ <i>Charles Swift</i><br>
CHARLES D. SWIFT<br>
<i>Pro Hac Vice</i><br>
Attorney for Giampietro<br>
100 N. Central Expy, Suite 1010<br>
Richardson, TX 75080