IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:19-CR-00013 |
| | ) | |
| | ) | CHIEF JUDGE CRENSHAW |
| GEORGIANNA GIAMPIETRO | ) | |

**GOVERNMENT'S NOTICE REGARDING WITNESSES FOR SENTENCING**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and in response to the Court's Order regarding the disclosure of anticipated witnesses for the sentencing hearing (D.E. 394), respectfully submits that it does not presently intend to present live witness testimony at the sentencing hearing in this matter. The government instead will rely on its paper submissions and supporting documentary evidence and the arguments of counsel. Should the government, however, find it necessary to call a witness to rebut any noticed defense witnesses or to otherwise correct the record, the government will promptly notify the Court and defense in advance of the sentencing hearing.

    Respectfully Submitted,

    MARK H. WILDASIN
    United States Attorney
    Middle District of Tennessee

By: /s/ *Philip H. Wehby*
    PHILIP H. WEHBY
    KATHRYN RISINGER
    Assistant United States Attorneys
    110 9th Avenue South
    Nashville, Tennessee 37203
    Phone: (615) 736-5151

/s/ *Jennifer E. Levy*
JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Ste. 7600
Washington, D.C. 20530
(202) 514-1092

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2022, I am electronically filing a copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record for the defendant in this case.

/s/ *Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney