IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | )<br>)<br>)<br>) | |
| v. | )<br>)<br>) | Case No.: 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO<br>    Defendant. | )<br>) | Chief Judge Waverly D. Crenshaw, Jr. |

## DEFENDANT'S WITNESS LIST AND SUMMARIES FOR SENTENCING

The defendant, Georgianna Giampietro, through undersigned counsel, submits the following witnesses for testimony during sentencing.

1. **Richard Connor**

Mr. Connor will offer testimony about Telegram, how Telegram's secret chat feature operates, the undercover and defendant's use of the secret chat feature. He will offer testimony about the alleged deletions from Ms. Giampietro's devices, including addressing whether any "factory reset" was ever performed on her devices. Mr. Connor 's testimony will address factual disputes relevant to the PSR's application of the enhancement for obstruction of justice (U.S.S.G. § 3C1.1).

2. **Aymen Al-Jawad**

Mr. Jawad will offer testimony regarding the lack of a factual basis for application of the terrorism enhancement (U.S.S.G. § 3A4.1). He is expected to testify that there is no evidence to connect Hayat Tahrir Al-Sham (HTS) to Merciful Hands, the charity that Ms. Giampietro donated to. Mr. Jawad will also testify that the Telegram account "@AlSadaqahSyria", also known as Individual A, was raising funds via Bitcoin during June 2018. Finally, Mr. Jawad will

1

offer testimony about Ms. Giampietro's statements during the offense conduct regarding her lack of support for HTS and religious views.

3. **Maria Williams**

Ms. Williams is Ms. Giampietro's mother and will offer testimony about Ms. Giampietro's peaceful and non-violent nature, her character and personal characteristics.

4. **Lori Chaney**

Ms. Chaney is a master social worker who worked with Ms. Giampietro at her last place of employment, a mental health agency. Ms. Chaney will offer testimony about Ms. Giampietro's work at Ten Broek, Ms. Giampietro's recent licensure as a master social worker shorty before her arrest, her character and peaceful/non-dangerous nature.

Respectfully submitted this 6th day of May, 2022,

By: /s/ *Charles Swift*
Charles D. Swift,
Pro Hac Attorney for Giampietro
CLCMA
100 N. Central Expy, Suite 1010
Richardson, TX 75080
(972) 914-2507

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of May, 2022, I electronically filed the foregoing Defendant's Witness List and Summaries for Sentencing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: /s/ *Charles Swift*
Charles D. Swift, Pro Hac
Attorney for Giampietro
100 N. Central Expy, Suite 1010
Richardson, TX 75080