| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|--------|-------|------|----------------|--------|---------|---------|
| 918 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/7/2018 11:04:30 PM (UTC+0) | | Read | She sent me a message to have eeman translate | |
| 919 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/7/2018 11:04:37 PM (UTC+0) | | Sent | LMAO they gonna play as a group?? | |
| 920 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/7/2018 11:04:38 PM (UTC+0) | | Read | And I'm like bruhhhh | |
| 921 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/7/2018 11:04:40 PM (UTC+0) | | Sent | This is so off | |
| 922 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/7/2018 11:04:47 PM (UTC+0) | | Read | Very off | |
| 923 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/7/2018 11:04:50 PM (UTC+0) | | Read | Very ajeeb | |
| 924 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/7/2018 11:04:53 PM (UTC+0) | | Sent | I'm so weak what the actual fahhh | |
| 925 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/7/2018 11:05:14 PM (UTC+0) | | Read | So her husband messaged this brother I know | |
| 926 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/7/2018 11:05:18 PM (UTC+0) | | Read | From a charity | |

file:///D:/Maram%20iPhone/iPhone%206.2019-04-19.14-57-12/Report.html    5/20/2020
460-104
Case 2:19-cr-00013   Document 403-1   Filed 05/09/22   Page 1 of 1 PageID #: 4584