Sayf        @oraanyes

Muhammad    @muhamedAA

Og          @thefigtree

            @syriacareturkey        470-259
                                        2235

            @alsadaqahsyria

            @aainafirdos

            @fatmasleiman           470-310-5992

            @ummNWaqqas

            @NoJontAskme            2304

860-
337-7862

4505-004