

**+1 (470) 310-5992**
last seen recently

Add Contact

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM*

*You set the self-destruct timer to 30 seconds*

Okay in'shā'Allāh  *5:54 PM*  [Allah willing.]

I just think everything is very aheeb  *5:54 PM*

Ajeeb***  *5:54 PM*  [Strange.]

Like travelling in a group is huge no no  *5:55 PM*

Giving ba'yah is not a must  *5:55 PM*  [pledge of allegiance.]

And randomly a brother in London  *5:55 PM*

I fear for your safety  *5:55 PM*

Also if he is leaving next weekend for safety reasons  *6:16 PM*

I need you to unfollow the telegram channel in'shā'Allāh bc there are other sisters on there too  *6:16 PM*  [Allah willing.]

Add Contact ⊗

I need you to unfollow the telegram channel in'shā'Allāh bc there are other sisters on there too   Allah willing.   6:16 PM

I need you to delete my name and number from your phone and all pictures and text messages   6:17 PM

I hope you understand why   6:17 PM

And do not take your phone and same for him   6:17 PM

You all need new phones and new numbers   6:17 PM

And the both of you need to contact no one!   6:18 PM

When I was planning my plan was to delete everyone 6 to 8 months before leaving and have no contact with anyone   6:18 PM

Bc one wrong move   6:18 PM

🔒 +1 (470) 310-5992
last seen recently

Add Contact

I hope you understand why  *6:17 PM*

And do not take your phone and same for him  *6:17 PM*

You all need new phones and new numbers  *6:17 PM*

And the both of you need to contact no one!  *6:18 PM*

When I was planning my plan was to delete everyone 6 to 8 months before leaving and have no contact with anyone  *6:18 PM*

Bc one wrong move  *6:18 PM*

May Allāh ﷻ [Almighty] protect you and your husband āmeen [Amen]  *6:19 PM*

You all will be in my du'ās [Prayers.]  *6:19 PM*

Only contact me when you arrive there in'shā'Allāh [Allah willing.]  *6:19 PM*

No where else but there  *6:19 PM*

+1 (470) 310-5992
last seen recently

Chats

Add Contact

Big stuff! 11:23 AM

Like moving again? 11:23 AM

I'm free for an hour 11:23 AM

Yeahhh 11:37 AM

You set the self-destruct timer to 30 seconds

I am not going to take this phone with me when I leave the states. 6:35 PM

I will ask about the brother inshallah... 6:35 PM

Allah willing.

Message 30s






9:41 AM

🔒 +1 (470) 310-5992
••• typing

Add Contact

You set the self-destruct timer to 30 seconds

> I am not going to take this phone with me when I leave the states. 6:35 PM ✓✓

> I will ask about the brother inshallah... [Allah willing.] 6:35 PM ✓✓

> Oh yeah we're not going in a group... I am gonna delete everything, wipe and destroy my phone... I remember you saying you were gonna go... Like what should I take? As a woman? 6:41 PM ✓✓

Message  30s








🔒 +1 (470) 310-5992
online

Add Contact

work.. want me to just text yu later? 11:20 AM ✓✓

Big stuff? 11:23 AM

Like moving again? 11:23 AM

I'm free for an hour 11:23 AM

Yeahhh 11:37 AM ✓✓

You set the self-destruct timer to 30 seconds

They have everything you will need there in'shā'Allāh [Allah willing.] 6:41 PM

Ok... this i|    30s

"t"    think    thought

q w e r t y u i o p
a s d f g h j k l
z x c v b n m
123 🌐 🎤 space return

    

**+1 (470) 310-5992**
last seen recently

Add Contact

Like moving again? 11:23 AM

I'm free for an hour 11:23 AM

Yeahhh 11:37 AM

You set the self-destruct timer to 30 seconds

Ok... they told my husband to bring stuff like camping gear 6:42 PM

Like here I'll show you... 6:43 PM

Gimmie a sec inshallah 6:44 PM

Allah willing.

 Message 30s

I   You   I'm

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M 
123   space   return

  
 
What's going on between you two?
9:31 AM

Is everything okay? 9:31 AM

Thank Allah.

Alhamdullilah everything is good... just some big stuff and I dunno I don't wanna bother you I know you're at work.. want me to just text ya later?
11:20 AM

Big stuff? 11:23 AM

Like moving again? 11:23 AM

I'm free for an hour 11:23 AM

Yeahhh 11:37 AM

You set the self-destruct timer to 30 seconds

Camping gear? 6:47 PM

Yeah true but you won't need if you have someone picking you up on the other side
6:48 PM

 Message 30s 

I | You | I'm

 
Add Contact ⓧ

**Is everything okay?** *9:31 AM*

Thank Allah.

> Alhamdullilah everything is good... just some big stuff and I dunno I don't wanna bother you I know you're at work.. want me to just text ya later?
> *11:20 AM* ✓✓

**Big stuff?** *11:23 AM*

**Like moving again?** *11:23 AM*

**I'm free for an hour** *11:23 AM*

> Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds


*6:49 PM* 🕐



+1 (470) 310-5992
••• typing

< Chats

Add Contact

I'm free for an hour  11:23 AM

Yeahhh  11:37 AM ✓✓

You set the self-destruct timer to 30 seconds

Will he wear it or pack it?  6:50 PM

And are you buying one way ticket or two way  6:50 PM

He will pack it... and two way, I remember what you told me  6:50 PM ✓✓

Two way ticket  6:51 PM ✓✓

Make it look like a vaca|    30s   ↑

Case 2:19-cr-00013   Document 403-4   Filed 05/09/22   Page 10 of 11 PageID #: 4649    229-049

**Chats**    +1 (470) 310-5992
online

Add Contact

Yeahhh   11:37 AM

You set the self-destruct timer to 30 seconds

Make it look like a vacation   6:51 PM

When he packs it don't make it obvious   6:51 PM

Bc they look at that stuff   6:51 PM

Be sure all your luggage will be searched   6:51 PM

Message   30s

I    You    I'm

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123   space   return