The following is a transcription of an interview recorded on October 23, 2018 at approximately 9:00am AM CST between SA Brent Hervey, SA Joy Wright, and Georgianna Giampetro.


PARTICIPANTS:                BH- Brent Hervey

                             JW- Joy Wright

                             GG—Georgianna Giampetro

                             GM—Georgianna's mother

                             RC—Roger Cooper


ABBREVIATIONS:               [UI] — Unintelligible

                             [SC] — Simultaneous Conversation


**[00:00:00]**

JW: --Joy—

JW: Okay.

JW: I work with the sheriff's department, but I'm actually with the FBI. So we kind of work things jointly. Sometimes they help us with stuff—

GG: Uh huh.

JW: and I work White Collar, which is kind of like stuff with bonds and things like that, so. Um, We have just some questions that were really for your mom.

BH: What's today, the 23rd?

JW: Yea. So, 23rd. It's 7:15? Sorry to catch you so early.

GG: No, that's okay. Cause I thought there was nothing we could do about those bonds.

JW: Did you—

GG: Cause they bonds for me, and my two brothers. I'm the one who wrote the treasury department.

JW: Okay, gotcha, so I'm gonna—

BH: What's your name again?

GG: Georgianna.

BH: You want me to call you Georgianna?

GG: Yes.

BH: Okay.

JW: And you're Dawn's daughter.

BH: What's your last name?

GG: Giampietro. I'll spell it. Giampietro.

**[00:00:52]**

<mark>BH: Okay, and like I said, you don't have to talk to me if you don't want to. You're actually—</mark>

GG: No! I do!

BH: Okay.

GG: Yea, cause I'm really upset about it because I just found out about it recently.

BH: Okay.

JW: Okay, and so what did you find out about the bonds?

GG: Okay, do you care if I bring them, because I have everything in like—

JW: Yea, yea!

[SC]

[Footsteps retreating, UI conversation between JW and BH]

GG: Yes. Okay. Sorry! I was like, where did I put them?

JW: That's okay.

GG: Alright. Okay. So this is what I wrote. Okay. So my mom found these.

JW: Okay.

GG: These three are mine. And these are my brothers' right here, and there's a lot of 'em. And then these are copies, and I actually went to the bank over here and I actually spoke to Vikki; she's been working there for 30 years, and I asked her—you're thinking I'm like a [UI]. I asked her, and I was like, you know—and I brought these here and she said to me, Oh, I remember your dad. I said, well did you cash the bonds. She said, Well, I don't remember you, but I know I cashed your brother's, and I said, Okay, and I said, well, my name, and Josephine who is my grandmother—my paternal grandmother, is on the bond, so I thought, you know, even though I was—they said in 1987, in 1993—which in 87 I would have been 2, and then in 1993, I would have been a little bit older. I would have been like 8.

JW: Well, I wanna talk to you about the bonds, and I wanna talk to you about some other things too.

GG: Yea.

JW: So we can start with this, and then—I know you've gotta go, but we'll try to be real quick. Okay. Um, so this is the documentation you have for the bonds? And you said you tried to cash them?

GG: No. I didn't cash them.

JW: Because your dad did.

GG: Yea, I filed the lost and stolen form to the treasury department.

JW: Okay. Um, do you have a PayPal account?

GG: I do.

JW: Okay, did it recently get shut down? Because that kind of came up in one we were looking at.

GG: No.

JW: Okay. It wasn't shut down?

GG: No.

BH: What were you gonna use the money for? If you cashed these out?

GG: Oh, my student loans. It's even in this paper.

JW: Okay.

GG: Yea, no!

BH: What kind of student loans do you got?

GG: Um, student loan debt.

JW: Okay, so that's what you were trying—

GG: Yea for college.

BH: How much in debt are you?

GG: Oh, God, like over two hundred thousand.

BH: Do you have like Sally Mae, other ones, or? Which ones—

GG: Sally Mae and then the federal. Sally Mae, I got it down to 37 now, so.

JW: Okay. Okay.

BH: So you were planning to use these to help pay that off?

GG: Yea. Planned on it.

JW: Did you ever take payments from PayPal to help pay these off? Like, were people help—

GG: So my friend did actually, um, create an account to help me pay off my student loans, because it took me 7 months to find, um, a job. And Sally Mae—Of course the federal government will work with you. They're like, whenever you have a job, you know, but Sally Mae wouldn't. They were like racking up, racking up and I'm like, I need help, you know.

JW: So you took—and I guess we're asking because you mentioned it in here and that's probably where it came up, and then um so you took payments for—from friends for PayPal?

GG: They created a charity on a GoFundMe.

JW: Oh, that was nice!

GG: Yea, it really was. Like they helped out. That was like $3000.

JW: Oh wow, that's really good.

GG: Yea, and then I got a job.

BH: Friends around here?

GG: Hmm mmm, no.

SS: Heard somebody sneeze, your little fella sittin' on the steps.

GG: Oh yea, that's my son.

SS: I heard somebody sneeze, and I thought did that come from the cat?

GG: Oh, my cat, no! He's in watching TV.

JW: Oh, that's funny. Um, he's so quiet. I wish mine were that quiet. Because they're never that quiet. So you said you were paying off your student loans, and you had a friend that set up a GoFundMe account.

GG: Mmm hmmm.

JW: Any other like, website fund raising that they did for you?

GG: No, no.

JW: Well that was really nice.

GG: Yea. It really was.

**[00:05:51]**

JW: How did they tell people to—

GG: Social media.

JW: Ok, Yea. Like, Facebook? Is that what everybody uses now? I don't know, everyone makes fun of me that I still have Facebook.

GG: I don't have Facebook. Too much family drama.

JW: Oh, is that what it is?

GG: Mmm hmm.

JW: What did you use instead?

GG: Instagram, and then just word of mouth. That's it.

JW: Every time I bring up Facebook, people are like, oh…

BH: Did they help you out a lot, then they get a lot of it paid down for you? Or like how much did they?

GG: Just like $3,000. Yea. It helped out a lot.

JW: Did you know everyone that donated to you? No?

GG: No.

JW: Were they friends of friends?

GG: I think they were just like random people. I don't know. It's social media. There's no telling.

JW: Okay. So you said you had GoFundMe. So you didn't have any other—or you did have some other fund raising—like crowdfunding sites or anything like that?

GG: Um, so the GoFundMe was the main one, but then what happened—no, one of them shut down or something and then we had to do GoFundMe, collaborate it with JustGiving? I don't know. There are so many of them. I'm not the one who set it up, so I don't really…

JW: Do you have that page? Could you show me that page?

GG: I don't. No.

JW: You don't have it?

GG: It's shut down.

BH: Why did it get shut down?

GG: Because I got a job and I didn't find it right that I would be taking money.

BH: Where are you working now?

GG: Um, I work at Tenbroeck.

BH: Tenbroeck. T-E-N? Or T-I-N?

GG: T-E-N-B-R-O-E-C-K.

BH: What do you do there?

GG: Um, I am a social worker. It's like a—

BH: Do you have a degree in that?

GG: I do. I have a masters in social work. And then I did my second masters in international affairs, but I haven't completed it yet.

JW: You're still working on it now?

GG: Well, I was, but then I got this job, which is a really good job. So I took a break from that to pay off my student loan debt.

**[00:08:07]**

JW: Um, and you said—well I'm going back to the—how many people do you think donated to you at the GoFundMe?

BH: You know how they use like the tally thing?

JW: Yea, did they—and they give you the amount or how many people—

GG: Yea. I wanna say like maybe ten? Fifteen? Yea, I'm not sure.

BH: You don't feel like you were frauded on that or anything, like where people scammed you?

GG: Hmm mm, hmm mm.

BH: And was it pretty clear what you were asking for on there?

GG: Oh, yea. I made it very clear, because they asked me to do the write up and then they were gonna post it. Yea.

BH: Did you have like an admin person who did that for you, like someone that controlled the site, or was it just you? Like did your mom have access to it or?

GG: Umm, no. It was just an admin.

BH: And who was that?

GG: Um, her name is Alaa from Alabama. A-L-A-A.

BH: And she's from Alabama?

GG: Mmm hmm. They're just really close friends on social media.

BH: You ever met her?

GG: No.

BH: So just like an internet friend?

GG: Yea.

JW: So she ran the page for the admin, you said?

GG: Mmm hmm.

JW: And you did the write up for it?

GG: Mmm hmm.

JW: But you don't feel like anybody kind of scammed you on there or anything.

GG: Hmm mm, hmm mmm.

JW: That's been a big issue right now with GoFundMe.

GG: Yea, I know because I've donated to a lot of things that I've seen and it ended up being, like, fake. And I'm like, seriously? Yea.

JW: Did Alaa—Alaa? Is that how you say it?

GG: Mmm hmm.

JW: Did she donate to you also?

GG: Mmm hmm.

JW: Oh, that was nice. How much did she end up giving you?

GG: Um, she actually was giving me money per month, so.

JW: Oh Wow

GG: I had another friend too from California who was giving me money too.

JW: Per month?

GG: Not per month, but it was just like some, because she has a lot of money.

BH: What was her name?

GG: Eman.

BH: E-M-A-N?

GG: Yea.

BH: Just one?

GG: Yea. So are you here to talk to her? Well, 'cause I gotta get my son to school, and he goes to Putnam County.

BH: We'll go ahead and,--hey, how are you?

GM: Hi.

JW: Hi!

BH: These guys will talk to you about some of these—some things that are going with these bonds, some other stuff going on here—they'll explain to you.

JW: Uh, would she—would she have seen any of these documents, your Mom? Or Dawn.

GG: Of course! Yes, yes.

JW: Hey, Roger? Do you want my [UI] take those and –

BH: Her son's gotta get to school, so, could you [UI] going there with her mom real quick, [UI]

GG: Yea.

BH: Okay.

RC: Absolutely.

[UI]

BH: She told you who were're with, right? Joy did?

GM: The FBI?

JW: Mmm hmm.

[UI]

BH: I think we might be able to, uh, you help us with some information we received early this morning.

GG: Yea!

BH: So I wanna show you a picture of an individual, and I want you to tell me whether or not you know them.

SS: Come here little buddy. We're working on it. Good morning. How are you today?

GG: Aisha.

BH: How do you know Aisha?

GG: I was introduced to her from like a year ago.

BH: Okay.

JW: And how did you meet her?

GG: Through a friend on social media. She's a revert.

BH: OK. So I'll show you another picture of her just to make sure? That's her?

GG: Mmm hmm.

BH: Do you know Aisha's last name?

GG: I don't. That's not her real name. She would never tell me her real name.

BH: Okay. Well we had an incident overseas in Turkey yesterday where she was arrested along with her husband Useph (spelled phonetically), and your number was in her phone, so that's why I'm here today to talk to you about that. So, let's start talking a little bit about your relationship with her. So, um, did you know that she was traveling to Turkey?

GG: She said that she was going to go to London, Italy, and Turkey.

BH: And what was she going for?

GG: [Pause]

BH: Georgianna, look at me. This is very serious.

**[00:13:22]**

GG: I know. Trust me, I know.

BH: And I want to tell you right up front, this is a terrorism investigation that I'm working with the FBI and other law enforcement agencies. You are required to tell me the truth. If you lie to me—

GG: I know. She was going to Syria. I know.

BH: Listen, it's called Title 18 USC 1001, which means you're not allowed to provide false information—

GG: I know.

BH: --misleading information, or omit any information to federal authorities. Okay?

JW: You understand, right? You get it, right?

GG: I do.

BH: This is it for you. You understand? So they were going to Syria? Okay.

GG: That's what—

BH: What were they going to Syria for?

GG: I really don't know.

BH: Georgianna? You need to be honest.

GG: I am. Like, I told her, what are you gonna do there? There's no jobs. What is your husband gonna do? I mean she was asking me questions.

BH: Let's go back. Let's start back with how you all met. So, you said you met through a social media friend?

GG: Yes.

BH: What was her name?

GG: Eman, but not the same Eman.

BH: A different Eman?

GG: Mmm hmm.

BH: Okay and how did you all get introduced?

GG: Through—you mean Eman? Through social media?

BH: So Eman, you met her through social media?

GG: Mmm hmm.

BH: Okay, to Aisha?

GG: Mmm hmm.

JW: It's okay. It's okay.

BH: Alright. How did you all communicate? How did you and Aisha communicate?

GG: Through text messages.

BH: Okay, did you ever talk on the phone?

GG: Yea, I met her in person three or four times.

BH: Okay. Where did you all meet? The places.

GG: Yea. The first time I met her was Starbucks.

BH: Where in Starbucks—Where?

GG: In Cookville.

BH: And when was that, approximately?

GG: It's been about a year?

BH: You can be approximate, that's fine. Approximately a year ago?

GG: I wanna say in the summer.

BH: Okay, and what about, you said a few times. Where else did you meet her?

GG: Um, her and her husband came down, um, [pause]

BH: Down here?

GG: Yea, to Cookville several months ago, um, just to visit and then she also lived in Atlanta. And I went to Atlanta and I met her, but I went to Atlanta to get some like Hijama done. Like some cupping. Which I found a really good place here that does it.

BH: Alright so you went down there and met her there. And when else did you meet? About how many times?

GG: So, twice in Atlanta, and twice here I wanna say.

BH: Okay, and what did you all talk about when you would meet up?

GG: She just asked me a lot of questions, and I guess because I have like, a background in Middle Eastern Studies, um, she was just asking like about Syria and—

BH: What about Syria?

GG: Like, what's it like? I don't know what it's like, but just she didn't say she was going there. That's—

BH: Why was she going?

BH: Her and her husband going?

GG: I mean, I guess to make Hijrah (sp?). I don't, like, I really—

BH: What do you mean by Hijrah?

GG: It's—it's like…going from here to be like, more like in Islamic—you can even go to Yemen, Saudia Arabia, stuff, and that's called Hijrah.

BH: Okay. It doesn't mean anything else? It doesn't mean to go make Jihad?

GG: I don't think that they were doing that, but I don't know. I've never talked to her—like I've talked to her husband a couple of times, but it was never about that. They were very guarded in some ways.

BH: Okay, did they ever ask you for help to get to Syria?

GG: Hmm mmm.

BH: Alright GG—Georgianna.

GG: No!

BH: Listen, listen. You need to be very careful here, because I'm going to show you something. You said you knew an Eman in San Francisco?

GG: Yea.

BH: And what did she tell you her- did she have "_eternity99" was her moniker? [Silence] That you would communicate with her? Did she ever send you a picture like that?

GG: Yea, that's Eman. Mmm hmm.

BH: Well, people aren't always who you think they are online. Her name is not Eman. She's been very helpful to us with providing us really good information. That's really her. She's not 18

years old. She's not from Saudi Arabia. So, you need to be very careful here with what you're telling us.

GG: Oh.

JW: Be honest. Be honest.

BH: You're not being honest right now.

GG: I gave her a link to a charity that was over there.

BH: We're gonna start over.

GG: No.

[00:18:27]

BH: Listen, Georgianna, we're gonna start over. Listen. Listen. We're gonna start over. You need to be very careful here on what you're telling us. Things that you think you've deleted on Telegram—

GG: I know. It's there. I know.

BH: We know everything.

GG: And the last—

BH: Listen, listen, listen. We know everything. What makes you think Abu wasn't working for us? Abu Abdullah. He left you a couple months ago. He ghosted you, right? This is your shot to help us out and work with us. And you're not being honest with us. I asked you if they asked you for help to go to Syria, and you said no.

GG: What they asked—She sent me pictures of what do I need? I don't know what you need!

BH: No, no, no, no, no. Let's talk about how did they know how to get over there? What was their plan? How would they know to go to Italy? How would they know to go to Turkey? How would they get the connections?

GG: Okay, so, literally what I said last was—you know, 'cause I told her, what I sent to her—the information was really a charity. It's really a charity over there. But I told her, but I told her, if it was me, I would go from different states.

JW: Why?

BH: Why would you tell her that?

GG: I don't know. I'm just being stupid.

JW: You know why.

BH: So they did ask you for help? She did ask you for help?

GG: They want—she—she wanted me to help her. I—I don't know. Like, what do you want me to do?

BH: Why did you not go to the police?

GG: Okay, if you actually look back on my stuff, I have turned people in in Australia and London. I'm just saying. Because I didn't think they were gonna do it.

BH: Did you not know they were going to London?

GG: I did.

BH: So why didn't you call the police at that point?

GG: I didn't really think that they were going, guys. I mean, who would risk their life to go there?

BH: Alright. So you need to be careful here. I'm tellin you right now. So, do you know that it was wrong for them to go do what they were doing? Yes or no? Did you not know—

GG: If they were really going—100% yes.

BH: So you knew that it was wrong for them to travel to Syria to join a group?

GG: I don't really—

BH: Have you heard of HTS?

GG: Yea, of course.

BH: And what is HTS to you?

GG: It's a rebel group in Syria.

BH: Are they a terrorist group?

GG: That's what the United States calls them, yes.

BH: Alright, so you understand that the United States recognizes HTS as a terrorist group?

GG: I do. And so does a lot of other countries; yes, you are correct.

BH: Alright. And you know that Al Qaeda is a terrorist group recognized by the United States?

GG: Yes.

BH: Okay, so, did you know that they were trying to join HTS?

GG: Okay, so she did mess—she messaged me and she said that her husband had gave bia (sp?)—baya (sp?) whatever to HTS, and I thought that was really weird, because you just don't come out and say that, you know? And I'm like, well okay, is she trying to set me up? Like, what's—like, I just didn't understand. She wanted me to say things I didn't want to say. I don't know it was really weird.

BH: Okay, so you knew that they were wanting to travel to join HTS. Did you provide her with—to contact somebody over there that could help them get over there?

GG: Not to help them—

BH: Be care—

GG: It was for charity.

BH: Be care—

GG: No.

BH: Listen, listen, listen. Be careful here. It wasn't for charity. We know that. We have her phone. They're cooperating, so, at no point in those messages that she sent you did she ever mention charity. She told you—

GG: I did.

BH: No, nope. *She* didn't. She told you what her and her husband wanted to do, and you sent her a name saying have your husband contact this person.

GG: That wasn't the guy. It was someone else, because she said that someone else helped her.

BH: You sent her a name of a person to help her out. It had the word "Syrian" in the moniker name.

GG: It was "Syrian Care for Turkey" or something.

BH: No, it wasn't Syrian Care—nope. The first one you gave her. How about "Doc Syria" or something to that effect? You gave her a name.

GG: Al Sadaqah? (sp?) That's a charity.

BH: But when you gave it to her, there was no talk of charity whatsoever in her text. Zero.

GG: I didn't answer her though.

BH: But you gave her that name and she told you what she wanted to do.

GG: And then the next day she said that her husband contacted---her husband contacted him for Hijrah. And I said what are you doing? No. That's not it. That's for charity and charity only. And I blocked her. I blocked her.

BH: Okay we're gonna go through some other things. Did you um, ever give them money or help them out in any way?

GG: No, they gave me money to pay for my loans. I never gave them money.

[Background conversation happening away from BH, JW, and GG.]

BH: Did you ever tell them what they needed to take over there to Syria. What they should take?

GG: When she sent that picture, she was like, a brother from London, um, had said that he should take this. And I'm like, well you don't need to take camouflage. Like, I don't know what you need to take.

BH: So you've never discussed with anyone about what you should take over there, how you should be careful taking things over there, the amount of money, backpacks?

GG: Well, you should be. I mean if you're going.

**[00:24:12]**

BH: Did you ever make plans to go over there?

GG: I mean, I'm not gonna lie. I mean, I wanted to because I mean—I'll pull up my PhD report, because I wanna go to PhD, like—

BH: Careful here.

GG: No! I'm not lying. I can pull it up right now on my computer where I wanna make charity. No! I'm not kidding! Do you want me to pull it up right now on my computer?

BH: Listen, did you—I want you to hear when I ask you this question? I know you've talked to someone overseas about going a couple years ago. Trying to get to Syria.

GG: Because I wanna help.

BH: So you've never told anybody that you want to marry Abu Abdullah, and then I'll pull bodies off the battlefield, die on Ramadhan on Friday in an airstrike, and take your son over there as well?

[Silence]

BH: Did you say that?

GG: That was two years ago. That was when I was dumb.

BH: What about a year ago? With Aisha? You didn't tell her that you would like to die on Ramadhan on a Friday with Abu in an airstrike in a building and that you would help get your son across the border?

GG: To be honest, I don't know if I said that to her or not, but I know I said that to Abu. And that was two years ago.

BH: Well, I know you said it to Aisha too.

GG: Well, I might of, because you can pull everything up, I know.

BH: It was this year. Did you ever have talked to her about a plan of getting your son over there without your husband—without his father knowing?

[Silence]

BH: Yes or no?

GG: I mean, I mentioned it.

BH: You did. And your plan was, you were gonna pretend you were going on vacation to Italy, and that you were gonna go to Turkey, and Abu's friends were gonna help you get passports. You were gonna fake your accent, being mute, so you could make it across the border in case you were challenged, and that there was enough kids that looked like your kid in Syria that you'd be able to get across. Is that correct? Is that a yes?

**[00:26:17]**

GG: Yes.

BH: Can you said yes?

GG: Yea.

BH: So you realize the seriousness of what we're doing here?

GG: I know, yea.

BH: Okay. So I'm gonna ask you again, did you tell Aisha or anyone else that you spoke to online, anyone, on ways to get to Syria without being detected by law enforcement?

GG: Did I what? Sorry, can you repeat that?

BH: Did you tell Aisha or any other individuals online the best way to get to Syria without being detected by law enforcement? Without getting caught?

[Silence]

GG: I may have mentioned it.

BH: The answer, yes or no? It's not mentioned it. You did.

JW: It's yes, right? Yes or no?

[Silence]

BH: Who else did you have contact with in Syria, besides Abu Abdullah? In [UI]. Who else were you talking to over there?

GG: They were just charities. I'm telling you. They were just charities, because I would really like to get a PhD.

BH: Was Abu Abdullah tell you he was with HTS? Or did you tell anybody he was with HTS?

GG: No! He's not!

BH: Did you ever tell anybody he was?

GG: No!

BH: Be careful here.

GG: I know that. I know I didn't.

BH: Be careful.

GG: I know. I know I didn't because he wasn't. He doesn't like them. And he doesn't like ISIS either.

BH: Okay. Alright. That's your answer.

GG: Mmm hmm. And you can circle it, because I know I didn't say that.

BH: Did you have anybody that ever sent money—you know of anybody that ever sent money to Syria? To help out with the Jihad?

GG: I don't know what Aisha sent money for. I really don't, because I wasn't there when she sent it.

BH: Who else sent with Aisha? Who else sent money?

GG: Well, I don't think it was Aisha; it was her husband, but anyways—um, I mean that's all I know.

BH: Who taught her how to sent money—who taught Aisha how to send money?

GG: One of her friends.

BH: And who was that?

GG: Alaa.

BH: And Alaa's your friend, right?

GG: Mmm hmm.

BH: So how did Alaa tell Aisha to get money—Let's go through this. I want you to explain to me how Aisha and Alaa met first. Was it through you?

GG: Mmm hmm.

BH: Okay, so Aisha and Alaa met through you.

GG: Yea, because she needed friends.

BH: Okay, I was going through this money thing with Alaa and Aisha. How was Alaa sending money overseas to these groups? I know you know.

GG: I don't know what Alaa—I had asked her about it, you know, who the individual is.

BH: So what did Alaa say [UI] when she was sending overseas?

GG: What did—what? I'm sorry.

BH: What did Alaa tell you about the money she was sending overseas?

GG: It was for charity.

BH: Be careful here. Be very careful here.

GG: The one—

BH: Your Telegram stuff is not gone.

GG: I know! I don't remember, like, I thought everything was for charity.

BH: No you didn't.

GG: Yes I did. Because why would I support—

BH: Be careful. If you lie to me, we're gonna charge you. I'm telling you right now. This is your chance.

GG: I don't remember! I know, and I understand that. Trust me, I understand that, but I don't remember.

BH: Now that I mentioned it. Did Alaa send money for terrorism to Al Qaeda—

GG: That I don't know. I know that she's sent money before, but I don't know—

BH: Then why would she do—teach someone how to do it secretly?

GG: What do you mean secretly? I'm sorry I don't understand.

BH: How did her and Aisha send money?

GG: PayPal?

BH: Did she say how to do it?

JW: Did she tell you how to do it?

BH: Did she tell you how to do it? Be careful?

GG: Be careful about what?

BH: How to send money.

GG: Like, I'm sorry. I don't understand what you mean, "be careful."

BH: Where she wouldn't get caught.

GG: Oh! Um, [silence] I'm trying to remember. I know that she told me that she did give—you know—Aisha information, because Aisha wanted to send money over.

BH: So Alaa did provide Aisha with information? What type of information?

GG: I mean, that was like conversations with them, um, and like for me, Alaa was very guarded, like she really wasn't open about anything. I mean there was certain things that she was open about, but…

BH: Did you ever send money with Alaa overseas?

GG: With—hmm mmm.

BH: Did you ever send money to anything overseas—

GG: I did. It was for a charity.

JW: How did you do it? How did you send it?

**[00:31:38]**

GG: Western Union.

BH: Did you use a real name?

GG: Yea. I did, because it was like a legit charity. It was between Turkey and Syria. It was not for Jihad. Because I don't believe in H—and you can see, and I understand you're gonna say watch—but you can see that I do not support them, whatsoever.

BH: At one point, did you support ISIS?

GG: I did.

JW: Okay.

GG: But that was 2 years ago, and I did not send any money.

BH: But did you know that ISIS was a terrorist group?

GG: No I didn't. Because I was—

BH: You didn't know ISIS was a terrorist group?

GG: I was being brainwashed, and this is—okay, so when I saw them, I was like, Oh well they're fighting for themselves. Just like, say, Russia comes to America. What would we do? Well, we're gonna fight Russia back. But then I started digging deeper, you know what I'm saying? I'm like Oh my God, they're killing children. They're killing people. What are they doing right now? No. No!

BH: Let's go into some other areas. Did you ever communicate in code with people?

GG: Yea, ISIS would be JOJO.

BH: What was T? What was T for?

GG: Turkey.

BH: What was S?

GG: Syria.

BH: What was H?

GG: [pause] Hijrah.

BH: Why would you use code if nothing was wrong? Why would you talk in code?

GG: I don't know who was talking code.

BH: Are you sure you never said, Be careful. Don't say ISIS? What was triple A for?

GG: Triple A? Oh, Anwar.

BH: Anwar Al Awlaki, right?

GG: Mmm hmm.

BH: Okay, so you used—So you're telling me you did use code in messages in your stuff?

GG: Mmm hmm.

BH: Did you ever use self-destruct timers in messages?

GG: Yea. Aisha did, yea.

BH: You did too.

GG: When I talked to Aisha, yea.

BH: And why did you use them?

GG: Because she was—just saying—I feel like she was setting me up. Like asking me all these questions—

BH: Be careful.

[Silence]

BH: Why would you use self-destruct timers if you didn't want to hide anything?

GG: Because it was…

[Silence]

GG: Because what we talked about, you know…

[Silence]

GG: I guess we didn't want anyone to know.

BH: Okay, because you knew it was wrong? Is that correct?

[Silence]

JW: You knew it was wrong?

GG: Yea.

BH: Okay.

**[00:34:44]**

BH: Alright. Have you ever provided anyone with instructions on how not to be detected online or any other means of communication?

GG: Can you repeat that?

BH: Have you ever provided anyone on instructions on how not to be detected online?

GG: Online?

BH: If you're on the internet, or messaging, how to be careful where you wouldn't be caught talking, or people can't read your text, they don't know what internet site you're going to. Basically masking your social media on any tool?

GG: I mean you can the IPN or IBN, or whatever, but it didn't work.

BH: But I'm asking, did you ever instruct anybody on how to do that?

GG: I know that like I saw…

BH: The question is, did you ever tell anyone, or instruct them how to do that so they wouldn't be—their messages wouldn't get caught? Or they wouldn't be caught looking at things or saying things? [Pause] And this is anyone you spoke with online. Your online friends.

GG: I mean, I guess.

BH: Okay, so why would you do that?

[Scuffling]

GG: [UI] what you're saying. I mean, look, my uncle calls me mixed jokes, you know what I'm saying?

BH: Listen, did you ever tell anyone to delete apps or communications to avoid police detection?

GG: What do you mean "delete apps?"

BH: Like get rid of an app. Like delete Telegram app. Delete a message. Delete stuff. Did you ever tell anybody to delete or destroy things?

GG: I deleted my Telegram, because Aisha kept on after I said why did contact them? Because it was just for charity. And that's all they do is for charity.

BH: Did you ever tell anybody else that you spoke with online to delete stuff if the police were coming?

GG: I don't remember. And I understand that you want the questions and I know my stuff is there, I just don't remember. I mean, you can look at it if I did.

BH: Did you and Alaa, and any other girl you talked with talk about deleting stuff and getting rid of stuff?

GG: Well I know—Alaa messaged me, I guess it was a few days ago, and she said that she's deleting her Telegram.

BH: Why is that?

GG: She said she was being investigated.

BH: And why was she being investigated?

GG: For immigration. That's all she said. She wouldn't tell me—and this is what I'm saying. Like, Alaa is very like closed off I guess. She wouldn't tell me.

**[00:37:15]**

BH: But she's the one who created these GoFundMe sites for you?

GG: Mmm hmm.

BH: And you guys communicate a lot.

GG: Mmm hmm. Well, I communicate more with Eman. The Eman from California.

BH: Mmm hmm.

GG: Mmm hmm.

BH: But you and Alaa were also close, and talked a lot.

GG: We were close to a certain point, because like she really wouldn't open up to certain stuff, like, um…

BH: There was  a time back May when you, Alaa, Eman and another individual were talking about spies, and you were trying to figure out who spies were. Why would you all do that?

GG: Just to see who would set you up.

BH: What's a spy for you? Who was a spy?

GG: Someone who would just set you up.

BH: Why would you be worried about someone setting you up?

GG: I mean, I'm not saying I'm going to Syria. Like, I don't. Like, I mean honestly, this is what I wanna do, I really do wanna set up charities there and help people. I don't understand why you don't believe me, because I can easily—I wanna apply for my doctoral for social work, and I really wanna do—help these refugees and these children.

BH: Alright, listen—

GG: And if you just let me pull it up on the computer—

BH: I know that's your excuse but, let's go ahead—

GG: No, it's not an excuse.

BH: Did you ever have Telegram groups—group chats?

GG: Mmm hmm.

BH: And who were in those group chats?

GG: Um, Alaa, Eman, and me. And then one of them was Alaa, Eman, and Aisha.

BH: And who else?

GG: Um… There was another girl. Um, Mariam.

GM: Excuse me. Did you call work you're gonna be late?

GG: Well, it's Tuesday. I don't have to be there until about 9, but I'm just worried about ███

GM: So do you want me to take him to school? What do you want me to do?

BH: That would be fine.

GG: Yea.

GM: We'll just go on our own.

JW: I mean, do you want your phone so you can call work. I mean, we can take a second for you to call work.

GG: Oh, no, I don't have to be there till 9:30.

GM: Is it gonna be that long?

GG: Well…

GM: Okay, well I need to take my pills. I need to take my pills.

BH: Did you have any Instagram? Did you have any Telegram channels?

[Background conversation between GM and UNK]

GG: I do, but [UI].

BH: You what?

GG: I do but [UI].

BH: What was the name of that?

GG: We called it "Loose Literature?" I don't know.

BH: You do know, because you just told somebody you wanted to delete it, and take it over. This is what I'm talking about. When you look away, when you're looking down, you're getting nervous, because you know what you've done.

GG: Because I have a lot on the line.

BH: That's right. You do.

JW: So be honest.

GG: But how do I know if I'm gonna be honest, I'm not gonna be…I mean I wanna apply for my doctorate, okay?

JW: Yea, well then you have to tell us the truth.

GG: And if I tell you the truth, what then?

JW: Well if you don't tell us the truth, he already told you what's gonna happen.

GG: Oh my God, I know! But—

JW: The 1001. We have that; it's chargeable. Okay. So don't mess around.

GG: I know.

BH: Do you know—a 1512 is called an Obstruction of Justice charge in the federal system.

GG: I know.

BH: Do you know what that means? If you deleted stuff, if you destroyed stuff—

GG: I know.

BH: If you told—

JW: If you told others to do it.

BH: --to destroy stuff, to get rid of stuff, that's obstruction of justice in a terrorism investigation. I'm just being as honest as I can, making it as real as I can for you Georgianna. Do you understand?

GG: I know.

BH: You knew this day was coming, didn't you?

JW: So the best thing now is to just tell us the truth. The best thing for your mom, the best thing for your kid.

BH: That—that's fine. [UI] person. Yea.

JW: Yea.

BH: So Georgianna, let's go back to this Telegram channel, "Islamic Literature."

GG: Can you wait for my mom to leave?

JW: Mmm hmm. Wait a second.

BH: She want some privacy. Is that okay with you?

GG: No, you're good. Let me get you the—I need to give him a dollar for [UI].

JW: She's alright.

[Rustling, UI conversation]

BH: So now that they're leaving, I know you know that it's serious. Thre a lot of stuff going on today in the United States and overseas. We'll go into that here in a little bit. There's a lot of people we're gonna talk to. There's a lot of stuff going on. Okay. This isn't something we've taken lightly. We've been doing this for a long time.

[SC, UI, Scuffling]

GG: [UI] jacket on, I'm sorry.

JW: No, that's okay.

[UI, Scuffling]

GG: Bye, buddy.

[Door closes]

GM: [UI] we'll pick you up later, because [UI] don't have to get up—

[UI, Movement]

**[00:43:10]**

BH: So we're gonna go back to your channel now, "Islamic Literature," and the stuff that's being pushed out on it and shared. [UI] So how many followers do you have on this [UI], and I know that's not [UI], how many followers do you have approximately?

GG: 400?

BH: You sure it's not more. I know you can see it on the thing.

GG: I left it.

BH: Recently.

GG: Mmm hmm.

BH: Let's talk about that propaganda that you're pushing out on "Islamic Literature." Explain that to us, please. In your words. Yes.

GG: I...posted charties and—

BH: Nope. No you didn't. Anwar Al Awlaki is not a charity. Anwar Al Awlaki is a cherished—What do you need?

SS: One of us is gonna drive your son to school, if you're okay with that, because your mom doesn't want to.

[Background conversation]

SS: Thank you.

GG: Thank you.

BH: Jihad John, a picture of him cutting someone's head off.

GG: Hmm mmm. I didn't support him.

BH: Okay, but some of the stuff on there is pretty radical.

GG: I—

BH: Anwar Al Awlaki is radical. Some of the [UI] and stuff you were pushing out on there is pretty radicle.

GG: I only posted Anwar and Jabril (sp?) as checks that everyone else, they passed away.

BH: But still, the information and their ideology…

GG: I mean...

BH: Georgianna—

GG: I'm not knowledgeable in that—

JW: Don't. Stop. Stop.

GG: I just take—I just take—

JW: Stop. Stop.

GG: --what—

JW: You're very smart. You have a master's degree. You just talked to us about how educated you are and you're going to go for your doctorate. Don't tell me you don't know.

GG: But I'm not educated in that.

BH: Did you claim to be fluent in Arabic, and that you can speak Arabic well?

GG: I mean, I can speak Arabic. I took—

BH: When you're online, do you seem to be this person that's very knowledgeable and challenge other people with ideologies?

GG: Sometimes I…

BH: You do. Is that correct? And you've been challenged by other individuals about your radical ideology.

GG: I—

BH: Have you been challenged?

GG: Yes, I've been challenged about Anwar, but I don't think we should talk bad about people. I mean, I don't know—everyone wants to say that he did—

BH: Hold on, I don't want to get into that.

GG: Yea.

BH: I wanna talk about this stuff. Did you have any other Facebook, WhatsApp, or anything else apps that you used?

GG: I have WhatsApp. I mean—

BH: You have Facebook Messenger too, is that correct?

GG: Mmm hmm.

BH: And that's how you communicated with Abu Abdullah?

GG: Mmm hmm.

BH: Through Facebook Messenger?

GG: Mmm hmm.

BH: Did you communicate with any of his friends over in Syria?

GG: His friends?

BH: Mmm hmm. Be careful. [Pause] Do you know a Mohammed?

GG: That's his friend, but I didn't really communicate with him.

BH: You said "really." I just asked you a direct question. Did you ever communicate with any of his friends? Your answer was no, and then you—

GG: No, I didn't! I talked to him maybe like…twice a couple years ago.

BH: So, yes. So, the answer is yes. If you talked to somebody one time when I asked you if you communicated with somebody, your answer needs to be yes. Okay? Do you understand?

GG: Mmm hmm. If you ever communicated yea.

BH: That's right. I just wanna make sure we're clear on this. Alright. So, anybody else in Syria—who else did you talk to in Syria? Besides Abu Abdullah and Mohammed.

GG: I mean, just the people who did the charities.

BH: Okay, did you ever talk to another individual named Abu? Not Abu Abdullah, but an Abu? Did you ever claim anyone to be your fiancé—

GG: That was Abu Abdullah.

BH: No, another one before Abu Abdullah. That went to North Africa. To Libya. A few years ago.

GG: There wasn't another Abu. There was a Mahmoud from Egypt.

BH: Did you claim him to be your fiancé?

GG: I mean, we talked about it, because I was going to go to Egypt, but then he *left*.

BH: Mahmoud, and who did he join? What group did he join?

GG: He joined…them.

**[00:48:05]**

BH: Who's "them?"

GG: [Sighs, whispers] ISIS.

BH: ISIS. So Mahmoud joined ISIS.

GG: And that's—mmm hmm.

BH: Okay and why did you not join him, because of ISIS? What if he would have joined another group, would you have gone with him?

GG: Hmm mmm.

BH: Did you ever state that? That if he wouldn't have joined this group, if he would have joined this group, I would have gone with him?

GG: I don't believe in groups. I believe in helping the children.

BH: You need to be careful here, okay?  You're not being honest. We know what you said. We've heard what you said. We know how you switch from one group to another group.

GG: I mean, I did. Yes, I did.

BH: Why? Why? So when you supported certain groups, they were terrorist organizations.

GG: ISIS wa—yes.

BH: No—nope. By the United States' definition the groups that you supported were terrorist organizations, is that correct?

[Silence]

BH: You need to answer me.

GG: I don't support that…now.

BH: Within the past year, not today, did you support those groups that are designated by the United States as terrorist organizations.

GG: So, let's just say that if I put "yes" down, how would I be held accountable for that?

BH: You need to be honest.

GG: I know.

BH: If you're not honest, then you're gonna be held accountable, like we told you you can't lie to us.

GG: And I know you're getting upset, but—

BH: Because we want you to be honest with us.

JW: Just tell the truth.

BH: Just tell the truth. Let this—listen, this is your shot today, to tell us the truth. You understand?

GG: And if I tell the truth, what's gonna happen tomorrow?

B.H.: It's a lot better than you lying. I'll tell you right now, I'm not arresting you today and I'm not arresting you tomorrow. I can 100% tell you that's the truth.

GG: You're not gonna arrest me?

BH and JW: Not today.

GG: And you're not lying to me?

BH: I'm not lying to you. I'll tell you right now I'm not arresting you.

GG: Okay, but next month, or a year from now?

BH: That depends how honest you are with us today. Because if I have to come pick you up for lying to us, or destruction of evidence, or obstruction of justice, because you told other people to delete stuff and get rid of stuff, I'm gonna swear out a warrant with my United States Attorney's Office and I will arrest you if you meet the elements of the crime. Do you understand?

GG: Okay, so, let me tell my story and then you can write stuff down. Is that cool?

BH: And I will—That's fine. We have a lot of questions and more photos we want to show you as well—

GG: So—

BH: Let's start—just give me a minute, I'm gonna write it down.

GG: Okay. So—

JW: This needs to be honest.

GG: No, I know. Okay. Okay.

JW: Okay. Okay.

BH: I'm gonna stop you if you're lying.

GG: Back in 2016, um, cause I'm kinda back and forth with Islam, okay? So, I'm just letting you know there. So back in 2016 when I reverted, um, that's when I saw the support, in…ISIS.

BH: Say it. Don't be afraid to say it.

GG: I don't like that word.

BH: Well, call it JOJO if that's your nickname.

GG: Okay.

BH: So your nickname for ISIS is JOJO.

GG: Yes.

BH: So call it JOJO and I'll understand what you're saying.

GG: Okay.

BH: So you supported ISIS, or JOJO in 2016.

GG: Yea.

BH: Continue please.

GG: So I wanna say that was, I'm sorry, it was at the end of 2015, I apologize, sorry cause I—

BH: You're being honest, and that's what we want.

GG: So I'm trying to write out a timeline. Okay. Alright, so at the end of 2015, um, so I got in a car wreck in November, so December? November to 2015 and I wanna say maybe 3 months into it, so November, December, January of 2016 because my stepdad died at the end of February, so I wanna say about three months, I supported—the person I was new to Islam, and when you're on social media, they make it look…[whispers] good? But when you start doing –again, cause you said I'm educated, right? So I had to find out myself, and I'm that kind of person, let me find out. And then so I start reading articles, and I started looking more into it, and I'm like reading the Quran more, and I'm like, that's not Islam. So I kinda put up like a wall with these people, and like for the past like 2016 to 17, if I did find a supporter, like, I was really close with this girl and I mean, I hate to say it, but I mean, I reported her.

BH: Who was this girl?

GG: Uh, Farhannah.

BH: Can you spell that please?

GG: Um F-A-R-H-A-N-N-A-H.

BH: And where is she from?

GG: Australia.

BH: And how did you report her?

GG: Through online. The Australian terrorism.

BH: How come you didn't contact us?

GG: Because she was in Australia? I mean, I figured that would make more sense. Uh, cause I Googled—and I'm sure you can pull up my Google records--that I did report her and I also reported another guy who's from Australia who was running a charity.

BH: What was his name?

GG: He had so many names and I didn't…

BH: What's the main name you knew him by?

GG: Abu Habib.

BH: and what about his charity?

GG: Um, they changed the name of it to "Light of" something. I don't-- Recently they changed it. Um, but anyways, I knew his ideology and he did support…JOJO. So again, I reported him to….the Australian Terrorism Unit. And then if I'm not mistaken, recently, there was this girl online, and she supported, and she told me she was in London, and I—

BH: And who was that?

GG: I don't know her real name. Um.

BH: What's she go by? And this was recently? 2018?

GG: Mmm hmm.

BH: And you said she's in the UK?

GG: Mmm hmm.

BH: And what's she go by, her online name?

GG: Um, akrirahoverdumya.

BH: What is it?

GG: A-K-R-I…R-A-H Over D-U-M La. D-U-M-Y-A. Sorry.

BH: Dumya.

GG: Uh huh.

BH: Alright so it's AKRIRAH Over Dumya?

GG: Uh huh.

BH: Okay.

GG: I think that's how you spell the first one, but it's—

BH: Was it Telegram, Instagram, or what kind of moniker was it?

GG: It's Instagram. [UI]

**[00:55:28]**

JW: No, go ahead. You can get up whenever you want.

BH: And you said you reported her?

GG: Yea. To London. The terrorism unit in the UK. Sure did.

BH: Do you have any other contacts in London that you talk with?

GG: I used to, but I haven't in years.

BH: So…

GG: No, no, no, I do, but she has absolutely nothing to do with this, and—

BH: Who is it?

GG: She's up on WhatsApp, "Bintadam."

BH: B-I-N-T?

GG: Mmm hmm.

BH: A-D-A-M?

GG: Mmm hmm, but she—

BH: She's on which website?

GG: WhatsApp.

BH: Okay she's in the UK? What about the other ones you used to speak with?

GG: I [sighs] I don't—because they change their names so much, and this was like a really long time ago, cause I try to like separate myself from them.

BH: Well it wasn't too long ago. It wasn't over a year ago, I can tell you that.

GG: That I talked to people from the UK?

BH: Was there a falling out between some of your friends in the UK and some of you girls here?

GG: Yea. That had to have been back in—that had to have been back in 2016. Because her name was Aisha.

BH: So what happened back in 2016? Sure it wasn't earlier?

GG: I'm pretty sure, because I haven't talked to her in years.

BH: Her name was Aisha, and what was her moniker name, do you remember?

GG: I don't remember. I don't. I'm sorry.

BH: Did you ever talk with her about going to Syria? [Silence] Explain that—how you all were gonna do it.

GG: Um, I was gonna fly to London and we were gonna go together.

BH: And what was the purpose of that trip?

GG: She wanted to help, and I wanted to—I mean, that's…

BH: It wasn't charity.

GG: [sighs] If you guys think that I'm gonna go over there and fight, like, women don't fight. I mean, maybe for JOJO, but this is more of…

BH: Do you realize helping fighters—

GG: But that's—

BH: Wait, wait. Listen to me. You supporting fighters, whether it's cooking, pulling bodies off the battlefield, helping them load weapons, that is material support to terrorist groups. I want you to understand that. Okay? The way the laws are in the United States, it's 2339b, is the code. It's providing material support to terrorist groups, so, you or any of your friends attempting to go over there to marry any of these individuals knowing that to belong to certain groups or support certain groups that you can be held liable to providing material support by supporting them on their actions in the battlefield.

GG: So, my question then is, what if they don't support? What if I do wanna open up charities?

BH: Then there's legal ways of doing that through the United States Government. Going over there, hooking up with guys that are on the battlefield that are going out on missions and coming back two weeks later, or months later, is illegal. And you're smart enough to realize that. And I know you know that, so I wanna know why you wanted to go do that. That's what I wanna know.

GG: Honestly?

BH: Yes.

GG: So, I felt like these rebels—not JOJO, not HTS—okay? I feel like these rebels were—

BH: What about Al Nusra?

GG: Who?

BH: Al Nusra Front. You heard of them? AQ affiliates? AQ Syria? Al Qaeda Syria?

GG: I Al Qaeda was in there, like in 2016, and before, but I don't think they're in there now.

BH: Okay, let's talk about why you wanted to go do this.

GG: So, well, one because I did want to help the refugees.

BH: That's probably part of it.

GG: Yes, but—

BH: But let's talk about the illegal part.

GG: See, but it wasn't me support—Okay, yea, there was a time I did support groups, right? Um, but now…I just wanna help, because I feel like these people are dying and no one cares.

JW: What made you want to support them back then?

GG: Because I was being brainwashed online.

BH: So you knew what you were doing was wrong?

GG: So, okay, so I know that the US had placed them as terrorist group, but what, from my perspective at that time, because I didn't know then, like fully, right? Um, I thought that they were just trying to help themselves.

BH: Okay, but you were going to marry Abu Abdullah, a couple months ago.

GG: But he was—

BH: You were wanting to go move over there. You wanted people to go find him for you over there.

GG: So—

BH: You told Aisha, maybe you could find Abu.

GG: Because he—yea. I did. But he's not with a group.

BH: Be careful, because—

GG: He's not with a group.

BH: Okay, okay, but you had told people that he's with HTS.

GG: I never said that.

BH: Yes. Yes you did. I have a tech cut from you where you told people that he's with HTS, that he's in Idlib and there's a lot of people who make bombs there.

GG: So he's in Idlib city, but he's not with any group and he doesn't even like HTS because they threatened his life.

BH: Okay, but at some point—

GG: He was never with HTS. I will say that.

BH: Mmm hmm.

GG: Mmm hmm.

BH: But he was a fighter.

**[01:01:49]**

GG: He was. He fought—okay, so he didn't fight against the Americans, but he did fight against the Saudi's regime. But again, that's just like Russia or China coming over here. And I know you guys—Okay, I might be completely wrong, I mean, I did my research, over the middle east, so I don't see that it's fair that these—now okay HTS, that terrorist group, JOJO, terrorist group—but then there's these pure rebels who's been there in Syria for years and then these women, these children are dying and no one cares about them.

BH: I understand that.

GG: You know? And I just—

BH: But there's legitimate ways to support the Red Cross, or the Fertile Crescent, not going over there and marrying somebody—

GG: I fell in love with him.

BH: But also not going over there and wanting to take your son, and be blown up in a building on Rahmadan, on a Friday. And that wasn't two years ago, that was in February is when you said that. You understand?

[Silence]

BH: So, you know you told us before you were supporting these groups, we've gone through these things, but today when we show up at your house, you're not supporting any of this stuff? But a couple of months ago, and also with you talking to an individual that you know as Mariam, which we're going to get into in a second. I just want to let you know that we have been looking at all your stuff. We know those are you. We know those are your monikers, correct? [Silence] And I told you be careful who you were talking to, that they might appear who they appear to be.

GG: She was very helpful. I don't….

BH: I'm just letting you know. I'm gonna get into her, Eman, and she knows Eman in just a minute.

GG: I don't think that she would do that to me.

BH: That's her. She's not even Saudi Arabian.

GG: But then how did she have all that money to help me pay off my loans?

BH: Some people online aren't who they appear to be, and we were able to get a lot of good information from her. I'm just gonna leave it at that. Alright, so what I wanna do, we can come back to that one. We talked about Aisha. I wanna show you a picture of this person. Who is this? Do you know this individual?

[Silence]

BH: Okay.

GG: That's— no way that's Eman.

BH: You said you knew a name, Alaa Abu Saad, was her friend. Alaa from Birmingham, Alabama?

GG: I've never met her.

BH: You've never met her? Okay.

GG: So that's her.

BH: Did you know some of her accounts? One's called choral.colored.cookie. Is that? Um, "Pretend Like I Dont Exist"? "Abu Yaya." Did you ever—

GG: Pretend I Dont Exist.

BH: Yea, one of her monikers. But you did know one was choral.colored.cookie, is that correct?

GG: Mmm hmm.

BH: And that was one of her Telegram or Instagram accounts? Which one was that?

GG: Um, the Coral? Insta.

BH: Okay.

GG: Instagram.

BH: And you had a WhattsApp. Did you ever talk to her on WhatsApp at all?

GG: I have, but I haven't really used WhatsApp in a while.

BH: Okay. How did you all mainly communicate, the two of you?

GG: Well, it would either be Instagram or Telegram.

BH: Okay. Did you ever use the term "secret chat" with her?

GG: Mmm hmm.

BH: Okay, and why would you go to a secret chat. Why would you want to hide those communications?

GG: Because it can be flagged.

BH: What do you mean by flagged. Explain that to us.

GG: It just can be flagged. Like certain words.

BH: Be honest with us.

GG: Certain words can be flagged.

BH: And why would you use certain words. Why would you be nervous about that?

**[01:06:06]**

[Silence]

BH: You said you wanna tell us your story, tell us.

GG: I mean, I am. So, [scoffs, whispering] does my mom know what's going on?

JW: Not right now, no. No.

GG: Will she?

BH: That's up to you.

JW: You need to—you need to tell us. Yes.

BH: You need to be honest with us, let's go. I told you, this is your shot.

JW: And the longer we sit here, and you dance around the—the longer we're gonna be here and the more she's gonna wonder what we're talking about.

GG: Okay.

JW: Alright, so like—

BH: You've figured out, we already know a lot of the answers to the questions—

GG: I know!

JW: Yea, just—

BH: I need you to explain to me. So why would you use secret chat—you said that they would flag words. What type of words do you think would be flagged?

GG: JOJO.

BH: Okay. What else?

GG: Uh, Syria.

BH: Mmm hmm.

GG: Hijrah.

BH: Mmm hmm. [Pause] So if I go talk to Alaa today, if I was to ask her what you and her definition, and Aisha's definition of Hijrah was, you know what I'm getting at here.

GG: Yea!

BH: What was the true meaning of Hijrah, and not the religious meaning, the true meaning, the context you used that—

GG: That—that—me?

BH: That you, and Alaa, and Aisha used for it.

GG: So the true context away from the definition, um, would be to help out the Umma. To go over there and help the Umma.

BH: Which meant also supporting? Be careful, okay.

GG: Because! Because when you guys say supporting, we don't support. Now, okay, I don't know what Alaa supports, but supporting—

JW: What is she gonna say you support? What do you think—I mean, and that's the other part of this.

GG: Oh, she knows I don't support HTS. Because I was the one talking—And if you can pull it up—

BH: Not just—not just—not just HTS.

JW: Nooooo.

BH: Like I told you before, any groups that are designated by the United States as terrorist organizations. Be careful here. That includes Al Qaeda's umbrella, because I know all these groups split apart, different groups do this-- one week groups are with this, one week groups are with that. And I know you know this, because you've talked about it. So—

GG: So what was as the question?

BH: Hijrah. The real—what you all would use the coded word for.

[Silence]

BH: You need to be honest here. Today is your day.

GG: [Mutters]

[Movement]

BH: [UI]

JW: Now's the time to do it. Let it go.

GG: I have a lot…

JW: I know you do. I know you do. It's not gonna get better if you don't tell the truth. The only way that you're gonna get through this is now is to be very honest.

GG: I don't want to incriminate myself.

JW: But we have everything already.

GG: I know.

JW: Okay, so like this is what we do. We come, we give you a chance to tell us, and you know— so that we know you're on board with, and you're telling us the truth. Because these girls that you were talking to, they're not gonna cover for you.

GG: I know.

JW: So it's time. And what you wanna make sure is, that you're telling us the truth, and that you are doing the best thing for you now, and your mom, and your son. I mean, I know that's what I would do. I have kids. If I was put in a situation, I'm gonna do whatever I can do to do the best thing for me, and when you're doing—when you're lying, it's not making it better for you, it's making it worse. We know what your answers are, because we've seen them.

GG: I know.

JW: We're giving you the chance to tell us, and I know it's super hard. It takes a lot. It's super hard.

GG: But there's a lot I don't remember too.

JW: Don't tell me you don't remember what your definition of that is.

GG: No, I'm not. I do. No I do.

JW: Well tell me what it is. If I'm online with you, and you're telling me that you want me to go with you…and what's your definition. What are you telling me to come do? What are you telling me to come do?

GG: To make Hijrah for the sake of Allah.

JW: Okay, and what does that mean? What would you expect me to do if that's what I was gonna do? What would you expect me to do?

GG: To go over there and help.

JW: Okay, how?

GG: Well there would be, um, cooking for them, or marrying one of them.

JW: Okay, and loading weapons for them? Like you said. Would I do that?

GG: For the rebels, yes.

BH: What if I'm Alaa's husband, what am I expected to do? Because if I'm a male and I'm married to Alaa, and I'm making Hijrah with Alaa, what is *my* job going to be for Hijrah, as a male?

[Silence]

**[01:11:40]**

GG: I mean, to fight with the rebels.

BH: Okay. What's Useph's job gonna with Aisha? What was he trying to do?

GG: Well, he, he fights with HTS, so I guess he's fighting with HTS.

BH: Well say he wasn't with HTS, say he went with another group there. What would—the definition of Hijrah, like you just said, would it be to fight and support?

GG: Yea, yea. Mmm hmm.

JW: That's what—when you're talking to your friends online, when you're talking to Alaa, and you're talking about that, that's what you expect her to do.

BH: So I'm gonna get into Alaa a little bit here. We're gonna go down some questions about Alaa, and what the [UI] your assistance, providing information on her. So you said that you recognized her by colored.cookie?

GG: Mmm hmm.

BH: And what about, I might mispronounce this, but it's "Ammatulqayyum"? [BH spells]

GG: Mmm hmm.

BH: Did she use that one? Was that Istagram?

GG: Insta.

BH: Instagram? What about "Batata"?

GG: Um, Batata, yea that was her old Instagram.

BH: Okay, what about "Panda Baby," did you ever hear of that one?

GG: What was it?

BH: Panda Baby.

GG: No.

BH: Were you aware of any other social media platforms she used? Was—She was on Telegram? She was on Telegram?

GG: Um, she never had said, like with Telegram—

BH: I'm saying did she have a Telegram account?

GG: Yea, she did. Mmm hmm.

BH: Did she have Instagram accounts?

GG: Mmm hmm.

BH: Would you use WhatsApp with her?

GG: Mmm hmm. Yes.

BH: Okay. Did she ever discuss with you, I'm talking about Alaa, about travel to Syria?

GG: Who, I'm sorry.

BH: Did Alaa ever talk to you about going to Syria.

GG: I mean, we talked about it, but she got married.

BH: Okay, but did she ever talk to you about how she wanted to go to Syria?

GG: How she wanted to, yea.

BH: What was her purpose for going? What you explained a while ago? Hijrah?

GG: Mmm hmm.

BH: Okay. Did she ever talk to you about wanting to marry a fighter in Syria?

GG: I know that she was very desperate to marry.

BH: Okay, but did she talk about marrying a fighter specifically with you?

GG: See, I don't wanna say that she said it, and she didn't. I don't remember….

BH: Okay, but she did want to go? Okay.

GG: Yes.

BH: Not you, but *her*, what groups did she support or like? And even if it was past, present, which groups did she, not you, her.

GG: So, she did support JOJO, and HTS.

BH: Alright. Did she ever discuss Jihad or groups engaged in Jihad overseas with you? The Islam kind of Jihad, not the internal Islam Jihad, but the extreme Jihad that the United States is against. Did she ever talk with you about that?

GG: I wanna say she did.

BH: Okay, did she ever express her support—well you said, yes, for ISIS and HTS.

GG: Mmm hmm.

BH: Okay. Are you aware, and we talked about this a little bit earlier, but this is for Alaa, and I need you to be 100% here, are you aware of her sending money to Syria? Did she ever tell you she sent money to Syria.

GG: I know Aisha did, that was her contact, so I'm assuming she did. Because then that's how she knew.

BH: Did you know what the purpose was for?

[Silence]

GG: I mean, it could be many different things. Cause, I don't know the individual that well.

BH: Okay, but did she ever tell you or mention, or allude to that she was sending money to groups organizations involved with fighting in Syria, to purchase supplies for fighters, or support fighter's families?

GG: Fighter's families.

JW: She said that?

BH: She said that to you?

GG: I wanna say yes, because I know we had a conversation, but I think it was her and not Aisha. See that's what I'm saying there's just...

BH: Okay, how did she send the money over, do you know?

GG: I'm assuming it would have to be Western Union.

JW: Did you talk about Western Union? Is that why you're assuming?

GG: I'm assuming because, I mean, when I did for the Turkey Syrian charity that's how I sent it, so I don't know any way else to send it.

BH: Okay.

GG: And Aisha did Western Union, so that's what I'm assuming.

BH: So besides Aisha, did she ask anyone else to send money over to Syria that you know of?

GG: Hmm mmm. She—okay, sorry, let me just rephrase, let me just add. She didn't ask Aisha to; Aisha—because her husband was wanting to support that over there, so she asked Alaa how to.

BH: Okay and what did Alaa tell her?

GG: She gave her—it was a Tele—I don't know it because I never…

BH: Who was the Telegram?

GG: I don't know. I wanna say it was "Indian from Syria", but I don't wanna be—I don't wanna throw that out there. I'm not sure.

BH: Alright. Has Abu Saad provided money to charities she believes that will support the fighter's families?

GG: What was it?

BH: Did she ever support—send money to charities that she thought would help support the fighter's families?

GG: This is Alaa, correct?

BH: Mmm hmm, Alaa.

GG: Um.

**[01:17:24]**

BH: If you don't know, you can say you don't know this.

GG: Cause, I don't wanna, I don't know.

BH: That's fine. That's a fine answer. But if you do know, you need to tell us.

GG: Yea.

BH: Has she ever talked about sending Syria money without getting caught? Has she ever talked to you about that?

GG: So, the only time that we actually spoke about that was when she thought Aisha was asking too many questions and thinking that she was trying to set her up.

BH: Okay.

GG: That was the only time.

BH: Well, I'll tell you what we do know about Alaa, is that she told Aisha how to do it without getting caught. She told her to use a fake name, wear a full Niqab so no one could see her face, and to send it underneath a certain amount of money. We know Alaa told Aisha how to do that. So what does that tell you about Alaa?

GG: I just don't see Alaa saying that.

BH: Well, she did. She also told her that the money would go to AQ fighters, just to let you know that as well. And she also told Aisha to make Hijrah that it was her duty to go.

GG: I remember that conversation, because Aisha told me that Alaa—

BH: That Alaa told her that.

GG: Yea. And I said, I don't think so, because Alaa would not say that.

BH: But what makes you—but what makes you—

GG: But I don't know her that well is what I'm saying.

BH: But what would you think now that Alaa did tell her that? That the time to go is now, if you don't go it's on you.

GG: I don't know that she said that.

BH: No, I'm telling you she *did* say it.

GG: Oh.

BH: So what's that make you think now about Alaa.

GG: Someone who I didn't know fully.

BH: But you all were like-minded in a lot of other ways.

GG: Mmm hmm. Mmm hmm.

BH: Let's keep going down Alaa. Did she provide money to any of the people in the United States? Alaa, do you know, besides you? If you don't know anyone, that's fine.

GG: I don't know. Just me. I assume.

BH: What is the security techniques you and Alaa used online to mask your communications? Can you go through that?

GG: Yes. Um, so for Telegram, we did the secret chat.

BH: And did you all use destructive timers?

GG: Mmm hmm.

BH: When's the last time you communicated with her? Alaa.

GG: The last time I communicated with her? It had to have been, let's see, today's Tuesday… It had been last week, because that was when she said I'm deleting my Telegram. Sorry, when I was deleting my Telegram, because she was being investigated for immigration.

BH: Okay and what phone-- what moniker was she using? Do you remember what phone? Was she using her phone?

GG: I think so. It was through Telegram.

BH: Okay, and you know which moniker? What was her username?

GG: Screen name? So you don't really actually have to have a username.

BH: Okay, the screen name. What was it coming up as?

GG: I have her down as Alaa, but I don't…

BH: Okay. What is the security measures—I asked you this already, but do you know any other security measures you use to send overseas, like to hide—a way of doing it? Did she ever tell you about that?

GG: What do you mean, I'm sorry.

BH: Like I just told you how she told Aisha to send money—

GG: Uh huh.

BH: She said wear a full Niqab, so they can't get your face, use a fake name—did she ever tell you that or any other ways to send money without being detected? Did she tell you that?

GG: I mean, when that was brought up was with the whole Aisha situation. About, like to change your name. Which I didn't think you could do that.

BH: But what would Alaa tell her to do that if there wasn't wrong?

GG: Not to get caught.

BH: Right. Why would she do that? Why do you think she would do that?

GG: Now?

BH: Because if I was sending to a legit charity—

GG: Right, because I didn't change mine. My name is on it.

BH: I know but I'm saying—[UI] if I'm sending money—

GG: Well then they're hiding something.

BH: Right, okay. Did she ever mention her younger sister?

GG: She did.

BH: What was her name? What did she talk about her then?

GG: Um she did say when I first met her she just said she had a younger sister, but if I'm not mistaken, her younger sister also met Aisha whenever Aisha and her husband drove down to Alabama to see them.

BH: Did she ever mention that her younger sister knew about the money transfers?

GG: I don't think so…Oh! No, no, no, her sister was there when they did it.

BH: Who—was there when Alaa did it, or Aisha did it?

GG: When Aisha did it, because whenever Aisha and Useph went to Alabama, um, to see Alaa, Alaa said that her sister was there and Aisha was asking Alaa how to send money over there, because her husband was wanting to do that.

BH: Just give me one second. I'll be right back, just stay there. I just gotta [UI].

JW: You okay? As okay as you can be right now. [UI] I know. I know. I know.

BH: You know that Alaa got married right?

GG: I did.

BH: Did you ever meet him? You never met Alaa in person, right?

GG: Exactly.

BH: Alright, well did you know [UI]? Have you ever heard the name Belgacem Ghmougui?

GG: I think she mentioned his name, but—

BH: Okay, that's fine. Okay, so this is something that's gonna affect you a little bit.

GG: [Exhales loudly]

BH: and I want you to be aware of this.

GG: What do you mean?

BH: I'm just going to go over it. You'll see. This is kinda somebody you were talking to. I'm gonna show you an individual person and see if you recognize her. Do you recognize her?

GG: I think that might be Mariam. But I've never met her face to face.

BH: Okay. It is. Do you know how old she is?

GG: 16, 17.

BH: Yea. How old are you?

GG: 33.

BH: And you're having a lot of conversations with a minor online, about serious topics?

GG: I don't understand. I'm sorry.

BH: Okay. I know for a fact that you're communicating with her. Does she have Instagram "BirdsofMartyrs"?

GG: Mmm hmm.

BH: "Deleted"… Here I actually wrote it down.  Do you recognize those monikers?

GG: The first one. And the third one.

BH: Okay, so these two?

GG: Mmm hmm.

BH: So how would you communicate with her besides those two Instagrams?

GG: Oh, I have her phone number. Yea.

BH: So you'd talk on the phone?

GG: Mmm hmm.

BH: Did you text?

GG: Yes, of course.

BH: Does she have a Telegram account?

GG: She did.

BH: Okay. What was that Telegram account?

**[01:24:25]**

GG: It was through her phone number.

BH: What was the username, or screen name?

GG: I had her as Mariam, but I don't think she had a username.

BH: Okay.

GG: Because the "at" would be the username and you can not have one.

BH: Did you two discuss ever going to Syria or her traveling to Syria and we're talking about her now? Can you--

GG: Yes. Yes, yes, yes, yes, yes.

BH: So what was—explain to me in your own words—what the two of you talked about going to Syria.

GG: [silence] Yea. We talked about it.

BH: Tell me about it. I'm giving you your chance here.

GG: About going. Um. I think she knew I wanted to marry Abu Abullah.

BH: And what was her—what was she wanting to do?

GG: She wants to get married, yes.

BH: To who?

GG: Whoever. I mean, she doesn't have anyone specific.

BH: Well why did she want to travel to Syria.

GG: Just to help support our Umma, that's kind of what we've been brainwashed. Like—

BH: Explain the brainwash. Like what does she want to do?

GG: I mean she wants to get married. She wants to help her husband, she wants to, ya know, live under, you know, that—

BH: What kind of husband was she looking for?

GG: I mean, she didn't support HTS or JOJO.

BH: But did she—but, I know you just talked to her recently.

GG: Yes.

BH: So, I know a lot of things that she has told you that she wanted to do, what her dreams were, so explain that to me.

GG: [Exhales loudly] I don't mean to say something…

BH: Did she ever talk to you about Jihad?

GG: Yes.

BH: What did she say to you about Jihad?

GG: I mean, just for the sake of Allah.

BH: She wanted to commit—Did she know that Jihad was wrong? That was not the internal definition in the Quran, the internal struggle, I'm talking about the extreme ideology of performing Jihad?

GG: Like does she know the definition, like to fight?

BH: Yes.

GG: Yea.

BH: And that's what she wanted to do?

GG: Well, she wasn't gonna fight, no.

BH: But she supported the fighters?

GG: Oh, the rebels. Yea.

BH: You keep saying rebels. Let's get this definition straight. Okay? I'm talking about the groups that the United States says are terrorist organizations. I know some people don't believe that, I get it, I get it. I'm talking about the groups that the United States says that are terrorist groups.

GG: But what about, you know, the p—

BH: I understand the ideology. I know what you're talking about, I get that, but I'm talking about Mariam here. Did she ever talk to you about wanting to have children that could support the fight and that she wanted to be a martyr?

GG: Yes.

BH: Okay. My problem with this here is you're 33 years old, and you're talking to a 16 year old child about becoming a martyr and marrying fighters.

GG: I—

BH: Wait, I'm saying you reported these other girls in Australia, and you reported a guy in Australia—

GG: Because they supported ISIS.

BH: Right, but she supporting the same ideology—I didn't say ISIS—the same ideology and she's a minor.

GG: Okay. I wanna define Jihad, is that okay?

BH: Listen I understand that.

GG: Because it's defensive.

BH: I understand that. I understand the definition. I understand that. I understand the internal struggle and all that. Here's the thing with her. You two discussed about going to Syria together. Tell me how y'all were gonna do it.

GG: Now with Mariam, I didn't really go into detail like I did with Aisha.

BH: But you did talk about it with her?

GG: Mmm hmm. I knew her sibling, her where, and I even talked to Mariam about what I've said to Aisha.

BH: But Mariam knew that Alaa and Eman had discussions about how you guys thought Aisha was a spy.

GG: Yes.

BH: And you all wanted to cover your tracks, and make sure that you weren't caught.

GG: Mmm hmm.

BH: So why was Mariam so convinced that Aisha was a spy? Why would you all need to cover your tracks?

GG: Because we were trying to help her.

BH: Help her do what?

[Silence]

BH: Come on Georgianna, this is your shot. Help her do what?

JW: What did she wanna do?

GG: I don't know.

JW: What did she wanna do? It's not you. What did she wanna do?

BH: What did Aisha wanna do?

JW: What was she telling you she wants to do? And what are you helping her do.

[Silence]

JW: What's she asking you for help to do?

BH: You need to tell us the truth now.

GG: To go there.

JW: And do what?

GG: Well she said her husband…wanted to be with HTS after I told her no, and you can pull it up, because I did say no.

BH: Well, did you tell Aisha to change her plans from her original plans to go over?

GG: I told her what I would do, and then she took—

BH: Did you ever tell her, "You're doing it the wrong way, you need to do it this way?"

GG: I told her that you don't need, like, um, well…what is it called, a one way flight.

BH: But what I really want is, right now, and I want you to be honest with me, because this is happened within a month. Within a month. In the last month. She told you she had a certain plan, and you told her, don't go that way. Too many people I know have been caught in London, is that correct? And then you told her a way to get over there.

GG: So I really, don't really know who was caught in London, but I just know someone who was caught here from like, years ago.

BH: And who was that?

GG: Malak's brother.

BH: Who is Malak?

GG: She was a sister from like 2015.

BH: Where's she from?

GG: She lives here.

BH: In Tennessee.

GG: Oh, no, no, no. Somewhere. They were in the news.

BH: But where, what state?

GG: [UI whisper] I don't remember.

BH: Alright. Um, we know that you told Aisha, "Use my plan. Be careful going out of London because people get caught. Go to Italy." We know that you changed her plan.

GG: I thought that I said that this is what I would do.

BH: Something to that effect.

GG: Okay, okay, because I don't remember saying—

BH: But you basically told her, don't do it this way, do it this way. Is that correct?

GG: Mmm hmm. Yea.

BH: So did Mariam know about that plan as well? Did you discuss those plans with her? About Aisha?

**[01:32:34]**

GG: So I did tell her about Aisha was going over there.

BH: And what did she say?

GG: I guess I kinda got on the—I think we got on the—not I guess—I think we got on the topic about her being a spy.

BH: Okay, and did that make you nervous?

GG: I mean—I'm not doing—

BH: Did you start deleting, did you all start deleting things?

GG: Well… She really didn't have anything because she's back in school.

BH: No, did you start deleting—

GG: Well yea. Well—

BH: Like photographs?

GG: I just completely deleted Telegram.

BH: Did you delete anything else?

GG: Oh, no, hmm mm. Because my Instagram was already deleted.

BH: But did you and Mariam talk about how you all needed to get rid of stuff?

GG: Let me think. Um. [Silence] I don't know what it is that we would have had…

BH: Did you delete anything Aisha sent you?

GG: So, um, the only thing Aisha sent me was clothes for her husband, but I don't remember any other pictures.

BH: Did you get any pictures from Aisha in London?

GG: I did not, but Eman did.

BH: Did you ask for those?

GG: I wanted to know if she was being serious, because I didn't believe that she was going.

BH: Were you trying to be—like investigating her to see if it was real? Were you testing it? Were you not believing, were you trying to figure out—My bottom line is, I think you knew that you messed up, and that if she got caught, this was gonna happen today. That's my personal belief based on what I've seen.

GG: Today? What do you mean today?

BH: Us being here today.

GG: Oh, no I didn't know that. Because I didn't know…

BH: So you never did say that if Aisha gets caught, they're gonna toss my house and toss her house? The FBI was gonna go into their house?

GG: Well, I mean, I figured you all would question if she got caught.

BH: That's what I'm talking about.

GG: Yea.

BH: So my firm belief is and you can correct me on this is that the reason why you were digging in so hard to try and figure out where she was and what she was doing, was because you knew if she got caught, you were gonna get in trouble.

GG: Honestly. Honestly?

BH: Yea.

GG: And you're not gonna tell them?

BH: Tell who?

GG: So like what I did before, like with Australia and London, if I knew for a fact, I would have.

BH: Would have what?

GG: Are you gonna write this down, because I know this gonna be told in front of them.

BH: What do you want to say, that you wanted to turn them in?

GG: Because I don't believe in HTS.

BH: I don't think you would have. I think you would have called already.

GG: But I wasn't for sure they were going.

BH: But you knew she went.

GG: She was in London, and Eman was sending me pictures—

BH: But she told you she was going.

GG: That doesn't mean that they're going.

BH: But you knew—you told them how to go. You gave them a person to talk to to get them over there.

GG: But that doesn't mean that they're going. None of—I—Charity! Literally, that's what I said.

BH: You're trying to cover up—I'm telling you right now, the word charity never came out of Aisha's texts to you.

GG: No I'm not. Yes it did! In the private chat, the secret chat.

**[01:36:11]**

BH: No it didn't.

GG: So before, before—

BH: No it didn't.

GG: --I deleted Telegram— look, look, please. Before I deleted Telegram, I said why did you contact them? I told you not to. Okay, cause she was asking all these questions, is it for Hijrah, is it for Hijrah, and I now answered her and said just don't contact them, and then when she said the next day her husband contacted them for Hijrah, I was like, what are you doing, it was for charity. You can pull those messages up, it's on secret chat.

BH: Well, I've seen those messages, and that's not what occurred. What occurred was, you gave her that name, you said here, contact this guy after you two discussed about how it was Ajeeb (spelled phonetically) with the contacts that her husband had before.

GG: Mmm hmm. But that was not—

BH: Hear me out. You told her it all sounded ajeeb and you and your friends discussed with Eman and Mariam and Alaa about these contacts that Useph had and you guys thought it was all ajeeb, and spies and being set up and this was all wrong, so you told Aisha something's not right with this group over there. Contact this guy. Hear me out. After she contacted that guy, her husband did—

GG: That's right. Her husband.

BH: --the guy came back to them and told him, I can get you with the fighters. You don't know that, but we do. Your contact that you gave her, said he can—hear me out, listen, hear me out— it's not until she told you, it's not until her text thread—it's a long text—that her husband had contacted, at that point, you mentioned charity for the first time in the context of those conversations.

GG: So when you mean "support the fighters," like what did he support? That contact?

BH: Getting Useph to the fight. That he was gonna put him on the front lines at guard stations. He said sure can get you there.

GG: He said that?

BH: Yes. He told you he blocked Useph. He didn't block Useph. They still communicated after you thought he blocked Useph. Just like you thought Eman blocked Aisha. Eman never blocked Aisha on her Telegram. Aisha—I told you—Eman's not who you think she is. Eman has provided us with a lot of good information. Okay? Eman was playing to be this 18 year old girl online who was from Saudi and had a lot of money that she would send you. Eman is not an 18 year old girl from Saudi Arabia.

GG: But would you not think though, if she was like, an informant, would she not send money for me to go over? Like I just don't understand why she would help me in that.

BH: Well, we'll see what happens. So now we're gonna go into some other pictures here. Do you know this person?

GG: Hmm mm.

BH: Okay, do you know the name ██████████? From ██████ Georgia?

[Silence]

GG: What was her name?

BH: ██████████ Here's the spelling.

GG: Yea, yea, yea.

BH: So how do you know her?

GG: Um, I met her online.

BH: Did you ever meet her in person?

GG: We were going to, but no, when I was in ██████. She has nothing to do with this.

BH: Okay. Did you ever give her number to Aisha?

GG: I did. Yes I did.

BH: Did you and ██████ ever talk about going to Syria?

[Silence]

BH: I'm gonna give you a hint, you talked about backpacking.

[Silence]

BH: I want you to think about it.

GG: I know, I know, I know, let me think. Because don't wanna say that we did, and we didn't.

BH: Okay, I'm gonna give you a second.

GG: But if you have the proof, we did.

BH: I'm gonna say you all did talk about it.

GG: Okay.

BH: And you talked about joking around like backpacking there, or trying to get there with her.

GG: I feel like I really don't remember, but if you have it then we did. Yea.

BH: Did you ever talk about Jihad? The extreme form of Jihad, not the um—

GG: I wanna say I guess we did.

BH: Well, don't guess.

GG: I don't…I really don't.

BH: Did you know she got married recently.

GG: Mmm hmm. Mmm hmm.

**[01:40:48]**

BH: Okay, and did she ever talk about what her and—what she wanted her and her husband wanted to do?

GG: Hmm mmm. Hmm mm. No.

[Silence]

BH: Did she ever tell you about trying to travel?

GG: I mean, I wanna say we did talk about this before she got married, but when she got married…I mean, we kind of drifted away when she got married.

BH: So when's the last time you think you spoke with her? Through any means of communication.

GG: Um. [Silence]

BH: You can be approximate. You can say summer time, late spring?

GG: Maybe it was the beginning of summer, of this year. I wanna say. I'm not sure. I mean I know you guys think I'm lying, but that—

BH: Just be approximate.

GG: Yea, I really am bad with my memory.

JW: And that's not it. I think—We understand that times are hard to remember, especially then you're…approximates are pretty normal, but I think you remember that conversations that you're having with them.

GG: See and that's what I'm afraid of, that I might get one conversation mixed up with another, so I don't want to say that they said it when I was having another conversation with someone else. So I don't wanna say something they didn't say.

BH: I know you remember a lot of your online stuff. Because you know who you're talking to, you know what you're talking about. You've talked to a lot of these girls about going to Syria, I know that.

GG: Mmm hmm.

BH: So I wanna talk about this individual. Do you know her?

GG: No. Hmm mm.

BH: Do you know this name? Shirin Yusupova. Do you know that name?

GG: I do. I do.

BH: Did she use these monikers? Notebook?

GG: Mmm hmm, mmm hmmm.

BH: Okay, so it's notebook_7?

GG: Mmm hmm.

BH: Alright who was—who is she?

GG: She… I met her a while back. I didn't speak to her in a really long time.

BH: Be careful.

GG: I have not spoken to her in a really long time. I wanna say… I'm tryin to think—

BH: Did she ever warn you about anything? About the FBI?

GG: So I think she's being questioned if I'm—if I'm not mistaken. I'm not sure. I don't know if it was her or her neighbor.

BH: Did she ever warn you about the FBI?

GG: About?

BH: Things that we can know and look into?

GG: Yea.

BH: What did she tell you?

GG: Um, I don't remember, this was so long ago. Because I try to..

BH: It as April or May when you talked to her last. One of the last times you talked to her.

GG: Yea, because she had sent money for the fundraiser for the loans.

BH: How much money did she send?

GG: $32 I think or $30.

BH: Was that the only thing she sent? Was that the only amounts?

GG: I wanna say she sent cash to me.

BH: And it came to this address?

GG: Mmm hmm.

BH: Alright so listen, I'll take you back to that April/May conversation. Maybe this will help jog your memory. It's when you, and Alaa and Eman were all trying to figure out if Aisha was a spy. And it had something to do with what she told you [UI] happen to her where she's from.

GG: Something happened to her where she was from. I remember her saying something like that. Um, so you wanna know what she told me about… be careful or whatever.

BH: Yea, the FBI interviewed her, and then she told you something and all you girls reacted to it, and did something.

GG: Maybe…I'm trying to remember, so… delete our Telegram or something? Or factory reset our phone?

BH: She told you about Telegram, and then you all deleted your accounts. Is that correct?

GG: I did delete—sure yes, I did delete my account. Mmm hmm.

BH: Because of what she told you?

GG: I think she's being investigated.  Mmm hmm.

BH: So once again, you're deleting things to hide things.

GG: Mmm hmm. And I don't know why we deleted, cause you all can pull it up.

BH: Well, I'll tell you why you deleted it, cause she said the FBI interviewed her, and she told you the FBI knows about Telegram. So all--

GG: Instagram. That's what it was. That's what it was. It was Instagram.

BH: So you deleted your accounts?

GG: I blocked her and then I deleted it, yes. Yea, that's right. It was Instagram. Now I remember. Sorry.

BH: Why would you delete your Instagram account if you didn't have anything to hide?

GG: I guess because she was following me.

[Silence]

BH: Do you recognize her?

GG: Hmm mmm.

BH: Do you know this name?

GG: I think that was the one that I mentioned. Maybe. Maybe. Do you have her Instagram?

BH: So I'm gonna show you—

GG: Yes.

JW: What's this name? Malak Museh?

GG: Yes that's the one who I mentioned earlier about—

JW: The brother, who had gotten caught?

GG: Yes.

BH: The brother that had gotten caught?

GG: Yea

BH: Okay. How are you friends with her?

**[01:46:42]**

GG: I haven't spoke to her in years. But I mentioned her. I made friends with her on Instagram.

BH: Did y'all ever talk about traveling over to Syria?

GG: I know her brother did. Um, I don't remember…it was so long ago. It was in 2016. I wanna say we did.

BH: Okay.

[Silence]

BH: You're gonna recognize her name, I guarantee ya.

[Silence]

GG: I do.

BH: What name did I show you? What's the name?

GG: Amy Gibson.

BH: How do you know Amy Gibson?

GG: Um, I met her on Facebook. [Laughs] We don't like each other.

BH: Are these the monikers you recognize right there.

GG: Yes. [Laughs] I got that deleted. I—yea.

BH: What's the moniker?

GG: "Lioness_of_this_ummah", that was her Telegram channel that she was posting on.

BH: Okay, so –

GG: So I reported that.

BH: What's your two relationship?

GG: Um, she was trying to get ISIS after me because I didn't support them. Yea.

BH: Did you all have a riff with a boy or a man over there?

GG: So, there was—yea, there was this brother who she wanted to marry and he didn't want to marry her. And—

BH: Who was the brother? What was his name?

GG: Abdullah Abdullah. And he had Facebook.

[Movement]

GG: I feel like I reported her too. [Laughs] Actually I think I did.

BH: Okay, but you didn't report Aisha. Or Useph.

GG: Because I really thought that they—

BH: Be careful.

GG: --were spies.

BH: But—

GG: And then why report a spy?

BH: Okay so we've gone through a lot of stuff—

GG: Go ahead, go ahead.

JW: Well, my question is, if you really think that's what the case is, then why would you tell her, hey, change and use my itinerary? When you said when she had her plans and you say, no I would do it this way, you should do it my way, or make sure that you get rid of everything. Get rid of your phone and why would you say all that if you thought that she was—

[SC]

GG: Well, I told her to stop texting me. I said stop texting me! [UI] she was gonna be arrested—

BH: No. Nope. No.

JW: No. No. No.

GG: Yes I did.

BH: No. Nope. That was after the fact. I'm talking about when she originally told you their plans, you changed her plans. You said, do it this way.

GG: I guess I was just leading her on.

BH: No. You told her your plan too. Your plan was you weren't gonna contact anyone for 6-8 months before you went. Is that correct?

GG: Mmm hmm.

BH: And then your plan was, to get a round—[footsteps entering kitchen, pauses] get a roundtrip ticket to Italy.

GM: [UI] glass of water? Soda? Coffee? Anything?

BH: No. Thank you.

JW: No, thank you, Ma'am.

GM: You're good?

BH: Thank you very much.

[Pause]

BH: Was to—don't buy a one way ticket, because you'll get caught. Buy a round trip ticket to Italy to make it look like you're going on vacation. You changed her plan to your plan, and you even bragged to other people that she's using your plan.

GG: I didn't brag. I was like, why's she using my plan.

BH: Yes—exactly. But you changed her plan. And then she—she—look—she changed, she changed, the person she was talking to before, they thought they were ajeeb, so she dropped 'em. It was a male and a female that were trying to help them get in there.

GG: Oh yea, that message.

BH: And some female sent her a message, so you and Eman and all you girls talked and said something's wrong with this message, somethin's not right. So when you told Aisha, you changed her plan. You told her what she needed to do. You told her to delete her phone, get rid of everything, not to contact you until she got there. And you also told her to look for something for you. What did you want her to get you when she got there?

GG: A house.

BH: Mmm hmm. And did you tell her, that if she needed money, if she found you a house, what did you—

GG: I was gonna send money for her to get me a house.

BH: And if she needed money?

GG: I would help her, yea.

BH: Right.

GG: Well, because, I mean…

BH: So, so I wanna circle back with you on some things, and Joy knows where I'm going here. You're telling me one thing, you didn't think she was really gonna go, blah, blah, blah, blah, blah, on the other hand you're telling her how to go, you're telling her to look for you a house by a river, and that you're gonna give her money to get it, and if she needed money while she was there, you were gonna give her some of your money.

GG: Okay, but—

BH: Ah—

GG: If—No, wait, wait, wait—I just wanna…say my part, is that okay?

BH: Yea.

JW: Yea.

GG: I mean, when I turned in Farhannah, I mean, that's kind of what we talked about.

[Footsteps entering kitchen unrelated conversation from GM]

GG: and the girl in London, that's what we talked about. Do you see me wearing a hijab right now? I mean, it just…

BH: But you—but, but—well we know you don't wear it around here, but we know when you do wear it.

GG: In front of Aisha.

BH: Yea.

[Silence]

BH: and the funny thing is how you live this online life, and you're calling people hypocrites because they're sacrificing their religion by not wearing a niqab or the hijab, and you don't wear it around here.

GG: Mmm hmm. Nor would I wear it anywhere else. Except with Aisha.

BH: Well, if you met Alaa, I guarantee you'd wear it. Or if you ever met Eman, you would wear it. Or if they came to see you, you would—

GG: Mmm hmm. I would.

BH: Okay. But let's get back to the point of the matter, is that you know what you've done is wrong. [Pause] And there's a lot of people that are being talked to today, like I told you earlier,

and they're all gonna have their story, and they're all gonna have their facts. They're all gonna wanna save their selves.

GG: Mmm hmm.

BH: --From getting in trouble. Like I told you to all of them, is that today is your day, and to be honest with us. And we know it hasn't been two years since you've wanted to do things, we know it's been pretty recent. Is that a yes?

GG: Yea.

JW: Yea, right?

GG: Yes.

BH: Okay, and you told me earlier you know that by the definition of the United States, that anyone supporting these groups could get in trouble?

GG: Yes, and that's why—

BH: and you—and you—

GG: --I did not support HTS or…

BH: What you also told me… that you knew it was wrong, and you also told me you took steps to delete things because you knew, back when talked about the code words, what all that meant, and you're scared as hell of ISIS and JOJO that you knew it was wrong, that's why things were being deleted. Okay. And you keep telling me that HTS, HTS, HTS, you didn't support HTS….So—

GG: I *did*.

BH: Wait, wait, wait, December 2017, you told Mariam, Abu was with HTS. You told me earlier that you—wait, listen. I'm telling you what was in the text. You told me earlier you never said that, you never said that, you never said that, I'm reading from your text to Mariam, in December 2016—

GG: I never said he was with HTS.

BH: --"Abu is with HTS." I'm reading it. From your—

GG: I know! I know you are, but the things is—

BH: I'm telling you—

GG: No, no, no!

BH: But you said it! You told her he was with HTS!

GG: But he was never with HTS.

BH: Then why would you tell Mariam that?

GG: [Pause] I don't know.

BH: You do know.

**[01:54:44]**

GG: No!

BH: You also told—

GG: Are you setting me up?

BH: No.

GG: Promise me you're not setting me up.

BH: No. We're not allowed to set you up.

JW: No. No.

BH: We're here to tell you the facts.

GG: Cause I've read things. You're setting me up.

JW: He's not going to tell you he saw something he didn't see. I'll tell you that right now.

GG: Do not set me up. I don't know if Eman's a spy or not, she's been really good to me. Especially helping me with my loans when I needed it.

BH: But you knew what you've done was wrong.

GG: But—

BH: You helped this couple get to Turkey with a plan. You told 'em how to do it. You told 'em to destroy evidence. You and these other girls that deleted things. You destroyed evidence. In a crime of terrorism.

GG: I guess I didn't see it.

BH: Yes you did. You knew what they were doing.

GG: No, no, no, no—

BH: You were freaking out that they were gone. You were trying to cover your tracks. You wanted to take your son over there.

GG: But, hey—

BH: Georgianna, to Syria! Without his father knowing.

GG: So I thought about that, and then when I called the University of Tennessee for the PhD program, I asked about the whole setting up, you know, a counseling center on the border and like working internationally, and they're like well, we've never done that but we can see the funding. Because I was wanting to do my dissertation over there. You know, so it's not like—

BH: So you weren't trying to use the charity to get into Syria, and be honest here.

GG: The charity? I wanted--

BH: Were you trying to use that as a means to get over there.

GG: [UI] Okay, so the charity, and you can even look and look this up, I was trying to contact, um, wait wait wait, it's a charity out of London, oh God, what is the charity called? The husband and wife is over in Syria, and they created—it's called a hospice for women, and it's for women who are suicidal. And I asked her, I said when I get my Phd-

BH: What's her name? What's her name?

GG: I don't remember. She's all over Instagram. Her husband is ███ (spelled phonetically) or something like that. Umma? Umma? Ummah charity? It's out of London. Do you all have any maps? No?

BH: What's the wife's name? ███ wife's name?

GG: I don't remember. ██████, mmm hmm.

BH: ███. [UI]

GG: ██████. ██████

BH: ███ And what did you all talk about?

GG: Mmm hmm. ███. Um, I did ask her if I can—if I get into the PhD program, if I can go and do my dissertation there and help. Because it was—they called it a hospice center for women, and it's women who are suicidal, and it's through the UK. Well, London.

BH: And this is in Syria?

GG: Mmm hmm. It's on the border of Turkey and Syria.

BH: Were ███ and ███ involved in supporting any groups that you know of?

GG: I don't think so. I don't. I mean, they work through London, so I think London would know.

[Pause]

JW: My issue with that is that, yes, that sounds great now, but you're talking about, you know, essentially dying at some point. You know, when you say you're gonna go on Ramadan, and—I mean, what is that? That is not the same. So you go from this to, I mean, this is a great cover story, if this is what you want to say is happening, but I just don't know how that can be the case if that's what, you know, your first thought. You're talking about, you know.—

BH: If we read through all the stuff we have on you, we know what you wanna do.

JW: It just doesn't make any sense.

BH: It's—any layperson that reads that stuff is gonna know what you wanted to do, and they're gonna see—listen to me—You told us earlier what you wanted to do.

GG: I mean I do wanna go over there, and I do wanna help.

BH: No, no, no, no. But you understood that you helping out certain fighters is wrong. Wait! Listen to me! You also understood that helping Aisha and Useph was wrong as well. You told me that earlier. I'll go back to my notes and show you.

GG: Yea, it is, because he supported HTS.

BH: I know, but even if it wasn't HTS, even if it was AQ Syria—

GG: No! No, no, no, because the rebel—okay—

BH: Listen, let me get to the point is that you told me earlier in your discussion with Mariam, when you discussed with the other girls—

GG: Sorry, I was looking at the time.

**[01:59:17]**

BH:--That you knew that this was wrong, and that your—and the thing is that, like I talked about, is that you discussed plans on how you were gonna go, you discussed plans on how to get your kid there, you changed Aisha's plans because you thought she was being set up. You told her to find you a house and you were gonna give her money to do this.

GG: Mmm hmm.

BH: You and the other girls deleted to try to try to destroy evidence in case she got caught in this crime. Like I said, this is a national security—this is the real deal—I mean you have the FBI sitting at your table in Sparta, Tennessee, based on the actions that occurred. And this isn't something we've looked into for a month. We've been looking into this for three years. I want you to understand this. This has been a long-term investigation that includes you and several other subjects, not only in the United States, but overseas, that involved national security matters, and terrorism. This is not an online fantasy. This is not a joke. This is the real world. This is as real as it gets, sitting in your living room right now. And I wanna ask you right now, is there anything you wanna tell us, that we haven't covered, or something that you need to let us know?

GG: I mean, I assume that you have everything. I mean you knew I wanted to go, you knew who I used to support, you know I talked to Aisha, and Mariam, and Alaa, and Eman. I mean, I don't know what more you—

BH: I mean, how does this make you feel? I mean, how do you feel about this?

GG: Right now?

BH: yea.

GG: Right now?

BH: Yes.

GG: Well, I'm scared. I'm terrified. Cause, I work very hard in school. I have an amazing job. I have amazing kids.

BH: You said kids. You have two kids?

GG: Yea.

BH: Who else do you live here with?

GG: My daughter. She's 12. She's at the middle school.

BH: Is that who left earlier today?

GG: There's where my mom—she went to go drop them off, because she goes here and [09:13:04] ███ goes to Cookeville.

BH: How would it make you feel if you found out some of these guys with money that was sent from Alaa or other people killed American servicemen? How would that make you feel?

GG: I don't think they did.

BH: I didn't say they did. How would that make you feel?

GG: Well that would make me really mad, because I went through international affairs. I sat in with like the Army and sovereign warfare, and the Navy, and—

BH: Well, look what you're doing. You're pushing out propaganda on a channel. You're talking to a 16 year old girl about becoming a martyr, and having children. You're talking about going over there to a country that's in war to marry these guys and support these guys, like you said earlier, supporting them. Think about that. I wanna know what your thoughts are it now that we're sitting in your living room today.

[Silence]

GG: Would I have married Abu Abdullah if I wanted over there? I don't know. I'd probably go there and be scared, come back. I mean, see that's the thing. I don't—

BH: But this isn't like a one night thing, or say I did. You've been talking about this for years. You had a plan. You had a plan. You had it all planned out. You had more connections out of Sparta, Tennessee on the internet—it amazes me the connections you have around the globe. And the influence you have pushed out from your computer and your phone and things out of your... this is a global thing here. Do you understand? Is that a yes?

GG: I do because we studied terrorism in class. Mmm hmm.

BH: Alright.

JW: I mean, again, now's your time. If there's something else that you need to talk about that has anything to do with any of this, do it now--

GG: I mean, I don't--

JW: --Before we find it another way.

GG: I mean, I don't know what else you want me to tell me. Er-not understand, like—

JW: Is there anybody else online that you're talking about the same kind of things, ideas, going to Syria, helping them get there, telling—

GG: Helping them get there…

JW: Telling them—

BH: That means telling them how to do it.

JW: That means telling them how to do it. That means sending them money. It means telling them how to send money without getting caught.

BH: How to travel with roundtrip tickets, how to go here. Anybody that I didn't show you that we need to be aware of.

GG: No, I never talked to Amy like that. But you're not saying that I did right?

BH: No.

JW: No.

GG: No. Um. Just the girl from London who I…

BH: The Aisha girl, or different girl?

GG: Just [UI] which was recently, and Aisha.

JW: Do you talk to anybody around here about this stuff? Like in person? Is it always online? Until you meet them I guess? You never talk to anybody here?

GG: Nope.

JW: No one close, school, anybody?

GG: I was against all that in school. [Pause] I mean, I write papers against it.

BH: Could you see yourself—I mean, who do you think radicalized you to think this way?

GG: On-line.

BH: Yourself? Or did someone have [UI]?

GG: Someone who…[Sighs] I guess I [Sighs] I've always had this pity towards like other, especially like refugees, and I guess because I felt that America was going in and destroying their homes, and that's when I started like, Okay, well, JOJO's like helping them fight against Asad, because Asad's like doing genocide in Syria, and then of course America is in Syria, but they were with the YPG, and no one cares about everyone else, you know? So then that kind

of….I don't wanna say I'm easily brainwashed, um I don't wanna say that, but am I radicalized, I mean… I don't see it, cause I'm like the nicest person and I defend. I'm like, no you don't go around killing people, stuff like that. [Sighs] And I got away from the question I'm sorry.

JW: You can be a nice person and not make good choices, I guess is the way to put it, if you want to say that you're a nice person. I don't see it. I think there is some kind of a, like an anger in you of some sort that's like pushing out to this, because I don't see how you can get online with a 16 year old girl and you have kids. How would you feel if somebody did that to your daughter? And got on and started talking to her about this stuff? I don't know, I just think there's something else, and I think maybe you have done more than you're willing to admit, and that's why all of this happened.

GG: I don't think that I'm not radi—radicalized is someone I think who supports JOJO, and their violence, and it's okay to kill children and women, but that's not okay, and that's not what Islam says. I mean what more do you want me to say. I just don't understand.

BH: Is there anything else that we didn't cover that you wanna tell us?

GG: I mean, I don't know what you're looking for exactly. Just you know that who I talked to. You know—

BH: We know how you helped Aisha and Useph. We know about your support and we know about you talking to Mariam, and we know about how deleted things.

GG: Yea.

BH: Okay. Alright, so what we're gonna do now, it's 9:22. We're gonna end this interview. If we need to approach you, then we'll be back out, um…

GG: What will happen?

BH: We'll have to see. We have to go to our bosses, and then to our United States Attorney's office to present all the evidence we have, we have to look at what the other girls are providing in their interviews and their information, and um, we'll have to go from there. So just stay here, I need to check on something, I'll be right back if you wanna stay [UI].

JW: Yea. What are you thinking right now?

GG: That I'm gonna be arrested.

JW: We're not gonna arrest you today.

GG: Yea, today.

JW: We're not gonna arrest you tomorrow.

GG: A month? A year from now?

JW: I can't tell you that. I don't make that decision. Neither does Brent, so…

GG: I just don't wanna tell my mom.

JW: Oh, she's gonna know. I'm not gonna tell her today. She's gonna know. I mean.

GG: Can you just tell her you were here for the bonds?

JW: I don't know if she'll believe that at this point, but I mean…I think, um, maybe you should tell her…before… and that's just me. You know? I always tell people it's better to come from the person first.

BH: I'm gonna tell you something, I just got information Alaa's been arrested along with her husband for providing material support to terrorism. I just wanted you to be aware of that. She's cooperating with the FBI right now.

GG: So you're gonna arrest me?

BH: No.

JW: Nope.

BH: No. This is Agent Sledd. He's got some stuff for you and then Joy and I are just gonna step back.

[Movement, recording ends]

The following is a transcription of an interview recorded on October 23, 2018 at approximately 9:55am AM CST between SA Brent Hervey, SA Joy Wright, and Georgianna Giampietro.


PARTICIPANTS:                    BH- Brent Hervey

                                 JW- Joy Wright

                                 GG- Georgianna Giampietro



ABBREVIATIONS:                   [UI] — Unintelligible


**[00:00:00]**

BH:     So asked us to come back in--

GG:     Mmm hmm.

BH:     And talk again what-- so I want to do because you stopped the interview a while ago--

GG:     Yea.

BH:      Just-- just as you've seen on TV, then that's the Advice of Rights form. Okay. So I want you to be aware of that, because you've asked us to come back in here and talk to you again.  So what Joy and I are gonna do is, uh, it's approximately...um, today December alright October 23, 2018, time is approximately, I have 9:55--

GG:     Mmm hmm

BH:     And we're at your residence ▮▮▮

GG:     Imperial.

BH:     Imp-Imperial Drive. [Pause] I want you--I want you to read this with me as I go along with you. Okay?

GG:     Mmm hmm.

BH:     Before we ask you any questions, you must understand your rights. Do you understand that?

GG:     Yes.

BH:     Will you initial at the end of there please? Just put your initials at the end of that sentence. You have the right to remain silent. Do you understand that?

GG:     Mmm hmm.

BH:     Read that. Anything you say can be use against you in court. Initial that, please.

GG:     I understand that.

BH:     You have the right to ask for a lawyer for advice before we ask any questions? Do you understand that right?

GG:     Yes.

BH:     You have the right to have a lawyer with you during questioning. Do you understand that right?

GG:     Yes.

BH:     If you cannot afford a lawyer, one will be appointed to you before any questioning if you wish. Do you understand that right?

GG:     Yes, I do.

BH:     If you decide to answer any questions now without a lawyer present, you have the right to stop answering at any time. Do you understand that?

GG:     Yes.

BH:     Okay, please initial there. All right, in the statement here, will you read that for me?

GG:     I have read this statement of my rights and I understand what my rights are. At this time I am willing to answer questions without a lawyer present.

BH:     Okay, please sign your official name there that you go by.

GG:     Sorry.

BH:     No worries. Alright, I'm gonna sign here as a witness. And Joy is gonna sign as the other witness.

BH:     The time now is, um, 9:56

JW:     And just so you know, like I'm gonna shut the door, or leave it closed—

GG:     It's fine.

JW:     --because I wanna make sure I [UI, scuffling sounds]

JW:     If you want to stop again, like, if [UI, Scuffling] we can stop whenever you want. Just let us know. You're not--this is voluntary. You're [UI] okay?

GG:     Okay.

JW:     So, just, you know.

BH:     Do you wanna take the notes for this one --

JW:     Sure

BH:     Okay, she's gonna take the notes for this one.

GG:     Yea, that's fine.

**[00:02:34]**

BH:     All right, so you asked us—you said that—you told us a bunch of stuff earlier today.

GG:     Yes.

BH:     You understood that was voluntary as well, and now you want to talk about [Movement] you wanted to tell us this stuff. So, we're here and what I'm gonna tell you again about being honest with us about the charge, 1001, and that means misleading, omitting, or misdirecting information as well, not just straight up lying. Do you understand?

GG:     Yes.

BH:     Okay.

GG:     I do.

BH:     So, go ahead and tell us what you want to tell us.

GG:     Okay, so I been [UI] a lot of stuff that has been saved, from like a long, long time ago. Like I just, I guess pictures and maybe conversations.

BH:     Mmm hmm.

GG:     I just don't. [Sighs] I do not know, I just, because it was so long ago, and I know there's no Statute of Limitations, I know that when it comes to this. Um, I just don't want to get in trouble for that, like [Sighs] I know you guys are, like, probably hating me and I understand that, I do. But-- and also when you look at the phone…um… there is this charity that I have been talking to, um, this guy from this charity over there.

BH:     What is the name of the charity?

GG:     Uh, Merciful Hands.

BH:     Merciful hands?

GG:     Mmm hmm.

BH:     And what is the guy's name?

GG:     I don't know his name, but he's from the US.

BH:     Okay, so tell us about this. What concerns you?

GG:     Um, I know that you guys are going to look at it as… why she is talking to him, because he is over there.

JW:     He's from the US, but he's where?

GG:   He's in Syria …yea… he does the charity.

BH:   Is he good charity or bad charity?

GG:   Well, I think it's good, but I mean now that you guys said all this other stuff, about these other charities.

BH:   What else are your concerns?

      [Sound of phone ringing, static sound]

BH:   Excuse me.

JW:   What about the… okay, so the stuff that you are talking about, that is old, that it is on your phone that you think is going to be-- let's go to that.

      [UI Static, Movement]

GG:   They're gonna to take your phone?

JW:    No.

GG:   Ooh, Ooh

JW:   No, no, no.

GG:   I was like, oh my gosh.

JW:   But, what kind of pictures are on there? [UI]

GG:   Just pictures of Abdullah, and [static noise, UI]

JW:   [UI] gonna, [static noise] cause of concern?

GG:   I mean there is just some pictures that he sent, uh, while he was on the lines fighting Asad. And videos.

**[00:05:27]**

BH:   Do you think that's something we would like to have as United States Government? To have knowledge of that?

GG:   I think so. I assume so you would.

BH:   Okay. What else?

GG:   Um, again with the guy with the charity, um.  I mean he helps families. I mean it shows on his telegram page, that he helps like the children and the women and everything. Um, but he did ask me to marry him.

BH:   What did you say?

      [Silence]

GG:     Sure, why not

BH:     And you don't know his name?

GG:     He told me once, but like I really don't remember.

BH:     Okay, you're gonna marry somebody you don't even know their name. [Pause] What was his moniker name or screen or whatever handle--

GG:     He just has, um, the Telegram--

BH:     What was his Telegram channel or moniker or whatever?

GG:     Um, the channel is Merciful (Mercy Full?) Hands.

BH:     Merciful Hands?

GG:     Um-hum

BH:     Okay. So what else you wanna tell us we're gonna find on that phone?

UF:     Aww, there he is.

GG:     Um—

JW:     I thought he was back here. [UI]

        [Static, Movement]

JW:     If I was gonna [UI] in your phone that ... would make us think that some of the things you told us earlier may not be one hundred percent accurate.

GG:     No, I mean I said I wanted to go to Syria and I wanted a—

        [Silence]

BH:     What else would you like to tell us? Because you called us back in for a…a good reason I'm sure.

GG:     Because of my phone

**[00:07:30]**

BH:     What else is in your phone? That we're gonna find?

GG:     I guess just my contacts. [Pause] *Charity* contacts.

        [Background voices]

JW:     Are they contacts to people in Syria?

GG:     Yea.

JW:     Okay. Are there any in there that you think are gonna not be a charity?

GG:    No, they're all charities.

JW:    Okay. How about a charity that might not be… How about a charity that we think is not really a charity?

GG:    Maybe one that you guys would think—yes.

BH:    What's that one?

GG:    I follow it, but I don't know the name of it. So, when you pull it up on my Telegram, you'll see it. But I never sent any money to it, I just follow it.

BH:    Okay.

JW:    Why do you follow it?

GG:    I guess just to get news and updates.

JW:    Who runs that particular charity? I mean, is there a group that runs it—that, I mean-- or do they support a particular group? Is there a reason why you think that would be one that you would think there would be a problem with it?

GG:    I was told that they might support, like the fighters, but…and I have not been like-- I follow it, but I haven't been like, looking on it. Does that makes sense?

BH:    Mmm hmm.

GG:    Because, I look at the Merciful Hands and… there's another one…There's another one that does charity, and he's from Australia that went over--which I just find out, um 'cause I thought, he was from Syria. Um…but like I said, I mean I wanted the contacts with the charity.

BH:    Let me ask this question. You ever donated to anybody in the Philippines?

GG:    No.

**[00:09:24]**

BH:    Okay, and the question I wanna ask you about your friends that were donating money to you--

GG:    Yea.

BH:    -- to your site and stuff, like your close friends --

GG:    Yea.

BH:    Did they know why you needed to pay down your debt was to travel to Syria?

GG:    Oh, no-no-no-no.

BH:    None of them? Okay. So, none of them knew that the reason they were helping you with your debt was so you could go to Syria?

GG: Like the people who donated?

BH: Yes. Yea.

GG: Like just random people?

BH: No-no-no.

GG: Oh! Okay, I'm like, the random people wouldn't--

BH: Did – did Eman, Alaa --

GG: Yes, they did.

BH: So they knew that—

GG: Yes.

BH: That by them paying down your debt so that you could make hijrah. And what we talked about hijrah before was your definition of hijrah was to join the fight.

GG: Mmmm.

BH: The cause. Is that a better word?

GG: To help the Ummah. But I mean, if you guys wanna say fight, okay, fight.

BH: Okay.

GG: But, please be clear that it's not with HTS.

BH: I know you told us about that. The question that I have is, so who all knew by helping you pay the debt down that it would help you get to Syria?

GG: Aisha, Alaa, Eman, Mariam.

BH: Okay. And the [UI] that they would donate money, knowing why you wanted to get your--because you also had asked them to reach out to Imams about clarifying your debt to the Kufar

GG: Yes. Yes.

**[00:10:53]**

BH: Okay. So, they had a really good idea. Like it wasn't, like, Oh we're just gonna help you pay it down because we love you, sister. They were helping you to pay it down because they knew you needed to pay it off so you can travel?

GG: I want to say yes and no, and let me explain that--

BH: Both?

GG: Because they knew that I was struggling, okay, so they wanted to help with that. But, they also knew, you know eventually I'd like to… go and help.

BH:     Okay.

        [Pause]

GG:     Not the fight! [Laughs] I don't wanna, like, be incriminated, like in saying my own words. Um--

JW:     Well, what did they think you wanted to go for? Like what did--

GG:     To marry Abu Abdullah

JW:     And do what?

GG:     Start a family, help. I mean I am really, and I know you guys do not believe this, but I really wanted to open up counseling centers. And, I know you guys don't believe it and you will be like... Oh gosh, she's so full of it. But, I mean that's what my degree is in and that's what I want my doctor--

BH:     But-but- but I also know that you told Aisha that you wanted to help on the battlefield. Those were your exact words.

GG:     Medical!

BH:     No. Cooking was a word you used.

GG:     Well yeah, 'cause you can help cook and you get reward for that.

BH:     But you are supporting fighters. You are supporting fighters by doing that.

GG:     Okay.

BH:     That will be like me in WWII going to help the Germans. Me cooking for them to fight the Americans.

GG:     But they are not fighting the Americans.

BH:     But there are terrorist organizations groups over there.

GG:     Yeah HTS and, um, JOJO. That's it.

BH:     And Al-Qaida Syria.

**[00:12:26]**

GG:     But isn't Al-Qaida part of HTS?

BH:     They're like a splinter cell. So I mean, it doesn't matter—I mean—

GG:     But--

BH:     You can't support people like that. You can't do that.

GG:     See, I don't understand, because like, again I want--

BH:   But you already told us you knew it was wrong.

GG:   Well--

BH:   You told us in there you knew it was wrong.

GG:   I knew it was wrong because of what the United States has said. They want to call everyone a terrorist. Okay. And I know y'all-- [Sighs] -- but I feel like no one is helping. There is a genocide, okay?

BH:   But there is legitimate ways to do this, Georgianna. You could have gone to the Red Cross, you could have donated to the Fertile Crescent. You could have gone through different legitimate organizations.

GG:   But the Red Cross [UI]

BH:   Not-not-not through these people that you met on the internet that are fighters.

      [Pause]

GG:   I don't know.

BH:   Yes or no?

GG:   But Red Cross and all that, they don't do that.

BH:   But I'm saying, know what I mean. Other legitimate ways to help people out.

GG:   And these are the only ones that I found, so yeah I messed up. I did.

BH:   Anything else you want to tell us?

JW:   Is there gonna be anything on your phone, um, with Aisha? Like is there-- did you delete everything or is there some of that stuff in there?

GG:   Um, it will be the SMS text messages.

JW:   Just text messages on there?

BH:   But you deleted the Telegrams with her?

GG:   I—when I blocked her, I deleted the Telegram, I did.

BH:   What about Alaa? Have you had messages with Alaa?

**[00:14:00]**

GG:   She deleted her Telegram, so I deleted the history.

JW:   [Whispering] [UI] history.

BH:   What about Mariam?

GG:   Um, Mariam's messages is in the SMS.

BH: What about Telegram?

GG: Hmm mmm. She hasn't been on Telegram for a while because of school.

BH: Do you have any Telegram messages still in your phone or did you delete them?

GG: Oh, no they're there.

BH: They're there? Okay.

GG: They—they're there.

JW: Do you remember if the, um, conversations you had with Aisha were—wait, well, I guess—were those over text when you were telling her how to—how she should use your…

GG: So, I want to say both.

JW: Okay.

GG: Just to protect myself.

JW: To make sure that you are accurate?

GG: Exactly.

JW: Okay.

BH: Okay.

JW: That you talked to her about changing--you know, using your plan versus hers in hoping of getting over to Syria would be on that phone. Okay. That's a yes?

GG: Yea.

JW: Okay. I don't want to put words in your mouth, so if you are telling me an answer you need to say it. Okay?

GG: Yes. Okay.

JW: So that we hear it and we can writing it down and we make sure that we understand what you're saying. Okay?

Um, and that was—you said those were like, when you told her to get rid of all of her stuff? Did you say that?

GG: Yes.

JW: Delete her phone or not bring it with her.

GG: Get a new phone.

JW: Get-get a new phone. Was that stuff you said on your text messages?

**[00:15:22]**

GG:    Oh, I'll say both… because I'm not sure--

BH:    But it was on your phone?

GG:    Ye- yes. So you'll see it.

BH:    Okay, so you communicated with her, some type of communication method on your phone?

GG:    So everything, when I communicated, was on my cell phone. It wasn't on my laptop.

JW:    Okay.

BH:    Okay.

JW:    Yea, I think I just wanna make sure, because we are gonna, you know, like if we go through it we are going to see all that stuff so --

GG:    I know.

JW:    So make sure that--

BH:    Even if you deleted it--

GG:    You can bring it back, right.

BH:    We're gonna get it back, okay?

GG:    Mmm hmm.

JW:    So, is there anything that you left it out when we talk to you last, that you want to tell us it's going to be on there… but you know… you did already, so--

GG:    Yea. Aisha--

JW:    In the spirit of being completely--

BH:    Is there anything else--anything else that you want to get off or tell right now.

GG:    I mean I saved Abu Adbullah's messages for like forever.

JW:    Because you wanted to look at them again? Or what?

GG:    Because I was waiting for him to come back.

JW:    Okay. Still waiting now?

GG:    No.

**[00:16:24]**

JW:    Okay.

GG:   I mean I think I've--

BH:   Because-because you agreed to marry this other guy she just told us about.

GG:   I didn't really—I was like sure why not, but [Pause] it's just something to say that I said to him.

JW:   Yea. Alright.

BH:   All right, one last shot here before we stop talking here, so is anything else you want to tell us?

GG:   [Sigh] I mean, yeah, I did say recently I wanna go--

BH:   Yeah, we knew that.

GG:   Yeah.

JW:   So when you say, well it's been a couple years, like, we know that's not completely true. So, you are saying it's more recent and I think that's something that, you know, I'm glad you're able to tell us everything now. I think you are getting to where you're starting to-- you know-- understand the whole situation—

GG:   Well—

JW:   --that you need to be a hundred percent truthful.

BH:   I mean get it off your chest, this is why we're here. I mean—

GG:   I know.

BH:   --this is your chance to tell us the truth. Because, what you don't want us to do is for me to come back and have to confront you with lies that you've told us. Because that will not be much fun for me or for you.

GG:   I know, um, because I know how serious it is. I know—I know that terrorism charges. I mean I can be in like up to thirty years and hundred thousand dollars and…

JW:   How do you know that, from school?

GG:   Yea.

JW:   You said you took classes?

GG:   Yea. Yea, 'cause I wanted to--

BH:   That was a question I was going to ask you… research that you and the others have done on current cases or cases. Did you and Alaa—did you guys ever do research on people who might have been charged to try to see how they've been charge and what they've been charged for?

GG:  Um, so that Malak girl, her brother, um, I was just kind of curious like, what the process was and that, you know, I mean it showed the affidavit and everything online.

BH:  Mmm hmm.

GG:  So, like where all the messages are pulled up and everything so. I mean, yea, you can delete them. You can do your secret chat but everything is going to be pulled up.

**[00:18:52]**

BH:  But I am saying did you do any other type of research to make sure that y'all were careful?

GG:  I never did it with school. I will say that.

BH:  I am talking about your own

GG:  Oh, um. [Pause] I mean…

[Scuffling, Thud]

JW:  [UI] is actually very agile. That thing.

GG:  Yea.

BH:  So, did you do any type of research to see what law enforcement was doing?

GG:  Like for individuals-- so there was also, um—I had seen on social media… I think she was from Sweden or Germany, um, and now I just read their cases, but I think it was just on my part that I was doing it, just because I was curious.

BH:  What about Alaa and Eman or Mariam? Did they ever discuss like looking at things?

GG:  Um, just besides, um, this one girl who we thought it was a spy, um… which I felt like was one of the pictures that you put up that said that that was Eman.

BH:  Mmm hmm.

GG:  That Eman w—also thought that she was a spy too.

BH:  Mariam, thought that too, right?  That Eman was a spy? Y'all chatted about that?

GG:  About who? I'm sorry.

BH:  You and Mariam thought that Eman was a spy Cal—that girl in California we mentioned earlier?

GG:  Um…

BH:  Y'all discussed that?

GG:  Here, recently we did.

BH:  All right.

[Silence]

BH: Anything else?

GG: I mean I feel like that there's so much, but…

BH: We'll probably come back and request to talk with you again.

GG: Okay.

BH: About some things. And like I said, we ask you not to obstruct this investigation.

GG: Yea, I don't wanna go to jail.

**[00:20:58]**

BH: Okay, and we're gonna—if you wanna tell whoever, we're not gonna—you now, I mean, we have to conduct our investigations, it's up to you. I can't tell you who you can and can't tell, but I can tell you not to obstruct the investigation of the people I've talked to you about today.

GG: I know.

BH: And I'm asking you to not notify them, or tell people to delete stuff or get rid of things or destroy evidence. Do you understand?

GG: I do.

BH: You have anything else?

JW: No, I mean, if you, again, if you wanna talk to us again about something specific let us know and we'll be here for a little bit, but. I mean, I'll hang out with you out there.

BH: Yea, so as—

GG: [UI] guys, like I need to know. I feel like I'm gonna go to jail, because—

BH: I told you, it's not up to us. What I'm gonna have to do—we conclude our investigation, we don't make that decision. We present our facts to our bosses and our bosses present it to the United States Attorney office which is located in Nashville. They'll review it and they'll send it up to Headquarters in D.C. and they'll review it and then they'll make that determination. But what I can tell you is, that the people that are more honest with us and more straightforward with us do better off in the system than people that have lied to us and obstructed us. And this is—that'll come out. They're gonna ask me was she truthful with you? And I'll have to give them answer. Okay?

GG:  I know.

BH: Okay, so from here on out, you know the rules. Whenever you're talking to 'em about us, be as honest as possible in your answers. Okay, so there may be some things that we're gonna have to come back out—we call 'em follow-up interviews—then we'll come out

and do a follow –up interview. We'll schedule it with you, we'll set it up, if you wanna have an attorney present for those it's not up to me, it's up to you. It's up to you. Or we can do 'em here in your house or we can meet you at—we have an office in Cookeville. We can meet you there.

GG: That would be probably better.

**[00:22:51]**

BH: Yea, so I'll reach out, probably through your mother's phone, just to say hey we need to talk to her again, that way cause you're not gonna have your phone for a while. So, we'll work that out with you in the—if we need to. We may not come back at all. But depending on what questions come up, we may have to come back and talk to you. Probably are gonna come back and talk to you, I'm gonna let you know that now, but right now I can't promise you anything. Okay?

GG: Yea. So will I ever get my phone back?

JW: That's a question. Generally—

BH: Eventually.

JW: Eventually.

BH: Eventually.

GG: So can I ask a question, and Will you all like try to set me up with my phone, and I'm not trying to be rude when I say this, but send text messages to people to get 'em to say—

BH: We're not allowed to do that.

GG: Okay.

BH: I can't touch your phone.

GG: And I'm not trying to accuse you guys of anything, but—

BH: No, your phone is going into evidence and then it's gonna be forensically analyzed by our guys. They're gonna go through and look at it. But I'm not allowed to call your phone. I'm not allowed to—

GG: Okay. I was just kinda worried about that because I didn't…I see things, you know.

BH: TV is not real.

GG: I know. Yea.

BH: Okay. One last time. Anything?

GG: I mean, I think, that's everything like here recently and from the start of like, kind of like the end of 2015. I try to do—tell mom the best that I can remember.

BH: Alright. I'm gonna leave. I'm gonna turn my recorder off and give you my contact information before we leave

GG: What? You all come here [UI]?

JW: I do have my old –no, I might not have any. Oh, I've got one, do you wanna just write—

BH: Yea, I'll write mine on there too. I'm gonna put my name on here and her basic line.

GG: Okay.

JW: yea, my old—I'm at a different office.

BH: This is our main number. Just ask for me. Brent. I'm the only—well there's two Brents in there, but just ask for me and they'll connect you to my desk.

GG: Harver? Henry?

BH: Hervey. Sorry.

GG: Sorry.

BH: Let's go over here and finish up so we can get out of your house.

JW: Alright. Are you feeling better?

BH: If you need to go to work, too, you can go to work.

JW: Yea, do you need to go to work?

**[00:25:21]**

BH: You can go to work. You're free to go.

GG: Yea, I just gotta get dressed.

BH: Well, we can't—

JW: I'll go, um, I can go—

BH: We gotta stay with you while you get dressed.

JW: That's the only thing, yea cause once we have the—

GG: Okay, well can I just wait then?

BH: Yea, that's up to you.

GG: Because that's just weird.

JW: Yea, I know, I get it.

[Movement]

BH: The time is approximately 10:20 on October 23, 2018. Stopping the recording.

[Recording ends]