| #    | Folder | Party                                                        | Time                               | All timestamps | Status | Message                              | Deleted |
|------|--------|--------------------------------------------------------------|------------------------------------|----------------|--------|--------------------------------------|---------|
| 1467 | Inbox  | From<br>+19313032304<br>Amira *<br>Direction:<br>Incoming    | 10/12/2018<br>3:12:09 PM<br>(UTC+0) |                | Read   | Jazak'allāhu khayrān                 |         |
| 1468 | Sent   | To<br>+19313032304<br>Amira *<br>Direction:<br>Outgoing      | 10/12/2018<br>3:21:24 PM<br>(UTC+0) |                | Sent   | Wa feeki                             |         |
| 1469 | Sent   | To<br>+19313032304<br>Amira *<br>Direction:<br>Outgoing      | 10/12/2018<br>3:21:30 PM<br>(UTC+0) |                | Sent   | I'm here for you anytime             |         |
| 1470 | Sent   | To<br>+19313032304<br>Amira *<br>Direction:<br>Outgoing      | 10/12/2018<br>3:21:42 PM<br>(UTC+0) |                | Sent   | Even if I have to drive to TN        |         |
| 1471 | Inbox  | From<br>+19313032304<br>Amira *<br>Direction:<br>Incoming    | 10/12/2018<br>3:28:08 PM<br>(UTC+0) |                | Read   | Awwww sis                            |         |
| 1472 | Inbox  | From<br>+19313032304<br>Amira *<br>Direction:<br>Incoming    | 10/12/2018<br>3:28:09 PM<br>(UTC+0) |                | Read   |                                      |         |
| 1473 | Sent   | To<br>+19313032304<br>Amira *<br>Direction:<br>Outgoing      | 10/12/2018<br>3:29:36 PM<br>(UTC+0) |                | Sent   |                                      |         |
| 1474 | Inbox  | From<br>+19313032304<br>Amira *<br>Direction:<br>Incoming    | 10/16/2018<br>5:11:09 PM<br>(UTC+0) |                | Read   | السلام عليكم ورحمة الله وبركاته       |         |
| 1475 | Inbox  | From<br>+19313032304<br>Amira *<br>Direction:<br>Incoming    | 10/16/2018<br>5:11:17 PM<br>(UTC+0) |                | Read   | Well something weird happened        |         |

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|---|---|---|---|---|---|---|
| 1476 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:11:28 PM (UTC+0) | | Read | | |
| 1477 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:18:26 PM (UTC+0) | | Sent | Wa-alaykum salam warahmatullah wabarakatuh | |
| 1478 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:18:32 PM (UTC+0) | | Sent | What | |
| 1479 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:18:35 PM (UTC+0) | | Sent | | |
| 1480 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:18:37 PM (UTC+0) | | Sent | Happened | |
| 1481 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:19:09 PM (UTC+0) | | Read | I just received a message | |
| 1482 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:19:17 PM (UTC+0) | | Read | Say wallahi you won't say anything | |
| 1483 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:19:21 PM (UTC+0) | | Sent | Wallahi | |
| 1484 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:19:24 PM (UTC+0) | | Sent | From wh | |

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|---|---|---|---|---|---|---|
| 1485 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:19:25 PM (UTC+0) | | Sent | Who | |
| 1486 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:19:35 PM (UTC+0) | | Read | Alaa | |
| 1487 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:19:51 PM (UTC+0) | | Read | Saying she's deleting her telegram | |
| 1488 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:20:01 PM (UTC+0) | | Read | There's an investigation happening on her | |
| 1489 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:20:06 PM (UTC+0) | | Read | From immigration | |
| 1490 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:20:18 PM (UTC+0) | | Read | That's all she said | |
| 1491 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:20:25 PM (UTC+0) | | Read | What does that mean | |
| 1492 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:23:27 PM (UTC+0) | | Sent | What | |
| 1493 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:23:32 PM (UTC+0) | | Sent | Was she born here | |

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|---|---|---|---|---|---|---|
| 1494 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:23:50 PM (UTC+0) | | Read | I thought she was? | |
| 1495 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:23:52 PM (UTC+0) | | Sent | I feel like Eman has something to do with this | |
| 1496 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:24:05 PM (UTC+0) | | Read | I was thinking aisha! | |
| 1497 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:24:19 PM (UTC+0) | | Sent | Eman because she tells Eman everything | |
| 1498 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:24:47 PM (UTC+0) | | Read | But Alaa is the one who gave aisha that info | |
| 1499 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:24:55 PM (UTC+0) | | Read | And contact infi | |
| 1500 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:24:58 PM (UTC+0) | | Read | Info** | |
| 1501 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:26:09 PM (UTC+0) | | Read | But what does investigation from immigration mean | |
| 1502 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:26:13 PM (UTC+0) | | Read | That's ajeeb | |

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|---|---|---|---|---|---|---|
| 1503 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:29:53 PM (UTC+0) | | Read | I'm weirded out how she wouldn't explain anything to me | |
| 1504 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:35:29 PM (UTC+0) | | Read | Okay even more ajeeb she deleted some of her messages she sent on telegram | |
| 1505 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:38:15 PM (UTC+0) | | Sent | maybe it's not immigration it's fbi most likely | |
| 1506 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:39:13 PM (UTC+0) | | Read | Wth is going on | |
| 1507 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:39:25 PM (UTC+0) | | Read | I need to know but no one says anything | |
| 1508 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:39:30 PM (UTC+0) | | Read | Aisha is ajeeb | |
| 1509 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:39:39 PM (UTC+0) | | Read | Eeman has confused me | |
| 1510 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:39:56 PM (UTC+0) | | Read | And now Alaa disappears | |
| 1511 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:40:17 PM (UTC+0) | | Sent | Alaa is gone? | |

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|---|---|---|---|---|---|---|
| 1512 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:40:41 PM (UTC+0) | | Sent | Because why would immigration want it | |
| 1513 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:40:53 PM (UTC+0) | | Sent | Like anything to do with her | |
| 1514 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:41:00 PM (UTC+0) | | Sent | Unless she's here illegally | |
| 1515 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:41:08 PM (UTC+0) | | Sent | Which she made it sound like she was born here | |
| 1516 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:41:11 PM (UTC+0) | | Read | All she said there's an investigation | |
| 1517 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:41:33 PM (UTC+0) | | Read | Maybe she's not?? | |
| 1518 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:41:36 PM (UTC+0) | | Sent | Idk I don't want to be drawn in it so I won't speak to her or Eman | |
| 1519 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:41:39 PM (UTC+0) | | Sent | Idk | |
| 1520 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:42:04 PM (UTC+0) | | Read | I don't like this it's too ajeeb | |

| #    | Folder | Party                                                         | Time                                 | All timestamps | Status | Message                                                              | Deleted |
|------|--------|---------------------------------------------------------------|--------------------------------------|----------------|--------|----------------------------------------------------------------------|---------|
| 1521 | Inbox  | **From** +19313032304 Amira * **Direction:** Incoming         | 10/16/2018 5:42:24 PM (UTC+0)        |                | Read   | Like if something was happening to me I would tell you               |         |
| 1522 | Sent   | **To** +19313032304 Amira * **Direction:** Outgoing           | 10/16/2018 5:42:59 PM (UTC+0)        |                | Sent   | Of course you would                                                  |         |
| 1523 | Sent   | **To** +19313032304 Amira * **Direction:** Outgoing           | 10/16/2018 5:43:08 PM (UTC+0)        |                | Sent   | But idk Alaa always seemed private to me                             |         |
| 1524 | Sent   | **To** +19313032304 Amira * **Direction:** Outgoing           | 10/16/2018 5:43:28 PM (UTC+0)        |                | Sent   | All we ever said to each other was salam and how's my teeth process  |         |
| 1525 | Inbox  | **From** +19313032304 Amira * **Direction:** Incoming         | 10/16/2018 5:43:30 PM (UTC+0)        |                | Read   | But told eeman everything                                            |         |
| 1526 | Sent   | **To** +19313032304 Amira * **Direction:** Outgoing           | 10/16/2018 5:43:32 PM (UTC+0)        |                | Sent   | Nothin else we spoke about                                           |         |
| 1527 | Sent   | **To** +19313032304 Amira * **Direction:** Outgoing           | 10/16/2018 5:43:41 PM (UTC+0)        |                | Sent   | Yeah she tells Eman everything                                       |         |
| 1528 | Sent   | **To** +19313032304 Amira * **Direction:** Outgoing           | 10/16/2018 5:43:53 PM (UTC+0)        |                | Sent   | But that's her I don't really mind since she doesn't speak to me loool |       |
| 1529 | Sent   | **To** +19313032304 Amira * **Direction:** Outgoing           | 10/16/2018 5:44:08 PM (UTC+0)        |                | Sent   | And I won't be dragged in their drama                                |         |

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|---|---|---|---|---|---|---|
| 1530 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:44:17 PM (UTC+0) | | Read | Loooool | |
| 1531 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:45:09 PM (UTC+0) | | Read | I don't know what to do | |
| 1532 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:45:23 PM (UTC+0) | | Read | Delete all social media lol | |
| 1533 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:45:25 PM (UTC+0) | | Sent | If you're not dragged in it leave it because she won't tell you anything more | |
| 1534 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:45:41 PM (UTC+0) | | Sent | Yeah I'm off social media it's amazing | |
| 1535 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:46:07 PM (UTC+0) | | Read | It really is looool | |
| 1536 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:49:32 PM (UTC+0) | | Sent | Yeah just delete it and go back like weeks later | |
| 1537 | Sent | To +19313032304 Amira * Direction: Outgoing | 10/16/2018 5:49:41 PM (UTC+0) | | Sent | Did you and Abu get back together | |
| 1538 | Inbox | From +19313032304 Amira * Direction: Incoming | 10/16/2018 5:50:23 PM (UTC+0) | | Read | He hasn't seen any of my messages:( | |