

> May peace and Allah's mercy and blessing be upon you.

"السلام عليكم ورحمة الله وبركاته dear. I hope everything is ok! I went to send you something on telegram and it said your account was deleted."

"Try ummroses lol"

"وعليكم السلام ورحمة الله وبركاته" — And may peace and Allah's mercy and blessing be upon you.



**Umm Abdullah**
last seen recently

mobile
+1 (470) 310-5992

Send Message

Add Contact

Start Secret Chat

Shared Media >

Notifications          Enabled >

Block User



> She sent money to that charity 9:42 PM

> After I deleted 9:42 PM

> Telegram 9:42 PM

> This whole time 9:42 PM

> And now she does it which has my email which has my bank account 9:43 PM

< Who is it! I need to delete her if I have her on mine 9:43 PM

> Notebook 9:43 PM

> I think she deactivated 9:43 PM

< Can they pull stuff out of her account after she deactivates? 9:44 PM

> They will make her activate it 9:44 PM

> But I deactivated my account 9:45 PM

< Why did they approach her? 9:45 PM

< My heart is beating so fast 9:45 PM



> Aisha and her husband met an open house in Florida
> 10:12 PM

> And they got married last fall
> 10:12 PM

> They used to live in FL at one point
> 10:12 PM

Really 10:13 PM

Like at masjid 10:13 PM

> Did she tell u something different?
> 10:13 PM

> Yes. I believe so 10:14 PM

I don't remember what she told me
10:14 PM

Does he know anything about her
10:14 PM

> Not much. I didn't ask a lot because I didn't want him to ask me why I am asking
> 10:14 PM

LOOOOL 10:15 PM



> Lol. That was a lot of asking — 10:15 PM

Good choice 10:15 PM

Hmm I don't know 10:15 PM

in'shā'Allāh she's fine 10:15 PM [Allah willing.]

> Make istikhara 10:16 PM [Prayer to seek counsel.]

YESSS 10:16 PM

Good idea 10:16 PM

> So any wiswas will go away 10:16 PM

[Love you sticker] 10:16 PM

> That's your best bet in removing any doubts 10:16 PM

I need stickers 10:17 PM



[Text message conversation, 6:01 AM, +1 (470) 310-5992, last seen recently]

- Me (10:17 PM): Love you more
- Them (10:17 PM): Lol
- Me (10:17 PM): I don't have any 😔
- Me (10:17 PM): Inshallah khair  [Allah willing, it will be ok.]
- Me (10:18 PM): If you want me to ask him more questions let me know
- Me (10:18 PM): It's better to be safe
- Them (10:18 PM): Na its okay I don't want him thinking why she asking lol
- Me (10:18 PM): 😂
- Me (10:19 PM): I can also ask her questions and see what she tells me
- Me (10:20 PM): But again, that should never eliminate the istkhara  [Prayer to seek counsel.]
- Them (10:20 PM): True
- Them (10:20 PM): Very true