
What channel was it  12:23 PM ✓✓

**April 24**

It's like Ummah the FBI said  12:23 PM

When I was coming from the school
12:23 PM

Two FBI woman  12:23 PM

Just talked to me , they said im not in trouble  12:23 PM

What channel Subhan'Allāh  12:23 PM ✓✓

Ummah something  idk probably my old number  12:23 PM

Seriously .  12:24 PM

Ummah chat group?  12:24 PM ✓✓

I think or something idk  12:24 PM

I don't have it in my new telegram
12:24 PM

But they are gonna interview me more .
12:24 PM

About it . But seriously planing

 Message　　　 

 

Insta tele and whatever else you have
5:59 PM ✓✓

They asked my insta account 6:01 PM

I gave them 6:01 PM

Because if I said no they would already 6:01 PM

Since they tracked me with my phone
6:02 PM

Which account you gave 6:03 PM ✓✓

Notebook 6:03 PM

And telegram too 6:03 PM

But they said they are no allowed to
6:03 PM

Go to my personal message I knew
they were lying
6:03 PM

Yes they can 6:03 PM ✓✓

I know 6:03 PM


Message

