لا شيء هنا 585192185

السلام عليكم ورحمة الله وبركاته
بسم الله الرحمن الرحيم

For security reasons, we will be leaving this channel. We will no longer be posting anymore. We would like to leave with some advice. Be careful who you trust and what you say. A sister may wear niqab and pray beside you and remind you of Allāh ﷻ, yet they're spies. Brothers and sisters don't share your "future plans" with anyone whether you trust them or not. Sadly, in these times you just don't know.

.
May our meeting place be in Jannah, May Allāh ﷻ protect you and us from the Kuffār, and May Allāh ﷻ forgive of us of our sins Allāhumma āmeen

.
Since the main admin of the channel left. We cannot delete this channel. Please unfollow as we will be unfollowing and not posting anymore.

.
Jazakum'allāhu khayrān wa barak Allāhu feekum

Status: Sent

10/9/2018 6:48:58 PM(UTC-5)