

🖨 PRINT

## Review and Confirm

This is not a receipt.                                      06/14/2018

**MY WU REWARDS**

Reward points from this transfer will be added to My WU membership number: **877502192**

**SENDING DETAILS**

 Georgianna Giampietro

Debit/Credit Card ²⁴         EDIT
VISA ending in 4320

**RECEIVING DETAILS**

 Muhammed Muhammed         EDIT

Cash at WU agent location⁶

Case 2:19-cr-00013   Document 403-14   Filed 05/09/22   Page 1 of 1 PageID #: 4806