

 **Syria Care Turkey (3 ne...** Did you put in istanble ?...

This page is your receipt and we've sent it to **GERGIANNAGIAMPIETO@GMAIL.COM** You may want to print it for your records

## Cash pickup instructions:

**Muhammed** will need the following at a

1. Government-issued photo ID.
2. Tracking number (MTCN): 112 018 6497.

**Tracking number (MTCN): 112 018 6497**

  

### MY WU REWARDS



| | | |
|---|---|---|
| My WU #: | | 877 502 192 |
| Points earned: | | 21 |
| Total points: | | 21 |

### SENDING DETAILS

 **Georgianna**