**Local User** — 10/5/2018 9:52:40 AM
I spent forever deleting them then realized I should of blocked them bc if I can see them they can see this number

**Channel<-3170933097180954624>** — 10/5/2018 9:55:44 AM
Your debt

**Channel<-3170933097180954624>** — 10/5/2018 9:56:29 AM
:
Did that brother say he would help her husband there?
She sent me a long message that surprised me

**Channel<-3170933097180954624>** — 10/5/2018 9:56:33 AM
This is it

**Local User** — 10/5/2018 9:57:47 AM [emigration]
My question is am I able to make hijrah and not pay the student loans ?

**Local User** — 10/5/2018 9:58:04 AM [thanks to Allah] [May Allah reward you well.] [weird]
Hey sis I just wanted to let you know that Yusuf talked to that alsadaqahsyria brother... he said he can help us get over alhamdullilah.... Jazak Allahu Khayran for your help... and that sister that messaged me, that is ajeeb... I dunno what to do if I should continue to ask questions to see if she's a spy or just drop her completely... but Yusuf said that brother you gave us had very good information and so we are going to use him to help us...

**Local User** — 10/5/2018 9:58:15 AM

> That's half the message

> **Local User** — 10/5/2018 9:58:23 AM
> She wrote a book

> **Local User** — 10/5/2018 9:58:33 AM
> So I changed my number

> **Local User** — 10/5/2018 9:58:36 AM
> LOL

**Channel<-3170933097180954624>** — 10/5/2018 9:58:41 AM
Ahhhhhhh

**Channel<-3170933097180954624>** — 10/5/2018 9:58:47 AM
Let me message the guy now

**Channel<-3170933097180954624>** — 10/5/2018 9:59:01 AM
Get him to copy the entire convo

> **Local User** — 10/5/2018 9:59:08 AM
> See if there's truth to that

**Local User** — 10/5/2018 9:59:31 AM
Look how she said spy

**Local User** — 10/5/2018 9:59:33 AM
Sigh

**Channel<-3170933097180954624>** — 10/5/2018 9:59:37 AM
He told me yes

**Channel<-3170933097180954624>** — 10/5/2018 9:59:48 AM
He could help them

**Channel<-3170933097180954624>** — 10/5/2018 9:59:51 AM
Yesterday

**Local User** — 10/5/2018 9:59:56 AM
Oh my

**Local User** — 10/5/2018 10:00:09 AM
Does he think they're spies?

**Channel<-3170933097180954624>** — 10/5/2018 2:23:33 PM
He didn't say much

2116-010



**Channel<-31709330971809546243>**   10/5/2018 2:23:33 PM
He only said yes because they asked if he could help

**Channel<-31709330971809546243>**   10/5/2018 2:23:33 PM
But I don't think he will

**Channel<-31709330971809546243>**   10/5/2018 2:23:33 PM
Last time I messaged him he was abit unsure

**Local User**   10/5/2018 2:28:24 PM
Interesting she acted like they spoke for awhile and had it all planned out

**Local User**   10/5/2018 2:28:53 PM
Glad I changed my number for telegram

**Channel<-31709330971809546243>**   10/5/2018 2:29:15 PM
No no no

**Channel<-31709330971809546243>**   10/5/2018 2:29:33 PM
He told them to wait

**Channel<-3170933097180954624>**  10/5/2018 2:29:36 PM

If he had any skills

**Local User**  10/5/2018 2:29:41 PM

Really

**Channel<-3170933097180954624>**  10/5/2018 2:29:44 PM

What he did

**Channel<-3170933097180954624>**  10/5/2018 2:29:46 PM

And if he could help

**Channel<-3170933097180954624>**  10/5/2018 2:29:49 PM

He said yes

**Local User**  10/5/2018 2:29:59 PM

Let me show you all the message lol

**Local User**  10/5/2018 2:30:27 PM

Hey sis I just wanted to let you know that Yusuf talked to that alsadaqahsyria brother... he said he can help us get over alhamdullilah.... Jazak Allahu Khayran [Thanks to Allah / May Allah reward you] for your help... and that sister that messaged me, that is ajeeb [weird]... I dunno what to do if I should continue to ask questions to see if she's a spy or just drop her completely... but Yusuf said that brother you gave us had very good information and so we are going to use him to help us... Yusuf agreed that changing up our plan and going onto Italy then to Turkey is probably best. We're like 800ds short for us to make that change so we're trying to figure that part out still inshallah... but I wanted to put your mind and worries at ease. We're not telling anyone of our

2116-012
Case 2:19-cr-00013  Document 403-17  Filed 05/09/22  Page 5 of 11 PageID #: 4813

> change, and Yusuf is just telling the London brother that we're gonna wait a little while longer. I guess I just wanted to say thank you and May Allah reward you for your guidance and protection. Ameen. You've always been such a good friend and sister to me... I just wanted to let ya know to put your mind and heart at ease... please make dua for his safe trip next week inshallah

Amen

**Channel<-31709330971809S4624>** — 10/5/2018 2:30:32 PM
And then he was like if I have any questions let can I ask you

**Local User** — 10/5/2018 2:30:32 PM
Next week :/

**Channel<-31709330971809S4624>** — 10/5/2018 2:30:35 PM
And he like sure

**Channel<-31709330971809S4624>** — 10/5/2018 2:31:32 PM
Wow

**Local User** — 10/5/2018 2:31:34 PM
He's leaving next week

**Channel<-31709330971809S4624>** — 10/5/2018 2:31:36 PM
I'm show this to the bro

**Local User** — 10/5/2018 2:31:43 PM

[Allah willing] Yes in'shā'Allāh please do

**Channel<-31709330971809S4624>** 10/5/2018 2:31:57 PM
I'm 100% sure nothing was arranged

**Local User** 10/5/2018 2:32:03 PM
Wowwwww

**Channel<-31709330971809S4624>** 10/5/2018 2:32:06 PM
It was only brief

**Channel<-31709330971809S4624>** 10/5/2018 2:32:09 PM
That's it

**Local User** 10/5/2018 2:32:27 PM
This is too ajeeb [weird]

**Channel<-31709330971809S4624>** 10/5/2018 2:32:34 PM
He was willing to help and gave simple advice

**Channel<-31709330971809S4624>** 10/5/2018 2:32:35 PM
Yeah

**Local User** — 10/5/2018 2:32:45 PM
He needs not to bc if they are spies I will be arrested

**Channel<-31709330971809546​24>** — 10/5/2018 2:33:09 PM
Okay

**Channel<-31709330971809546​24>** — 10/5/2018 2:33:27 PM
Should I get him to block him ??

**Local User** — 10/5/2018 2:33:40 PM
What makes me angry is that I sent her his telegram then she asked too many questions and I literally said forget it nevermind no need to message

**Local User** — 10/5/2018 2:34:05 PM
I never said it was for H or even charity

**Local User** — 10/5/2018 2:34:27 PM
She never gave me the chance she just asks so many questions

**Local User** — 10/5/2018 2:34:56 PM
Unsure what you guys think is best

**Channel<-31709330971809546​24>** — 10/5/2018 2:39:49 PM

[weird]
Ajeeeb

**Channel<-31709330971809546245>**  10/5/2018 2:39:49 PM

Yeah man

**Local User**  10/5/2018 2:54:29 PM
[weird] Very ajeeb

**Local User**  10/6/2018 1:40:19 AM
*No message content to display.*

**Local User**  10/6/2018 1:40:38 AM
A sister got her to send their flight ticket to her

**Local User**  10/6/2018 1:41:00 AM
It seems Yousef is leaving the 8th

**Local User**  10/6/2018 2:44:30 AM
So I just realized where they're flying out from... my state :/ they don't even live in same state as me

**Local User**  10/6/2018 2:44:32 AM
[Glory to Allah.] Subhan'allāh

**Local User** — 10/6/2018 2:44:43 AM
May Allāh ﷻ protect me āmeen [Amen]

**Channel<-31709330971809S4624>** — 10/6/2018 8:03:17 AM
Wow that's crazy

**Local User** — 10/6/2018 1:06:42 PM
Very

**Local User** — 10/7/2018 11:08:28 PM
السلام عليكم ورحمة الله وبركاته [May peace, Allah's mercy, and blessings be upon you.]
Hey I'm curious the person who messaged your friend curious if it was her or her husband

**Local User** — 10/7/2018 11:08:31 PM
*No message content to display.*

**Local User** — 10/7/2018 11:08:40 PM
Was this the account?

**Channel<-3170933097180954624>** — 10/8/2018 3:07:04 AM
It was yusuf

2116-017

Channel<-31709330971809S4624>  10/8/2018 3:07:15 AM

He's name was yusuf

**Local User** — 10/8/2018 11:26:38 AM
Ohhh okay

**Local User** — 10/8/2018 11:27:04 AM
I just read the factions in idlib are giving up their weapons !

**Local User** — 10/8/2018 11:27:26 AM
Subhan'allāh [Glory to Allah.]

**Local User** — 10/8/2018 11:27:35 AM
What is going on?

**Local User** — 10/8/2018 11:34:12 AM
*No message content to display.*

**Local User** — 10/8/2018 11:34:23 AM
Is this is dollars???

**Local User** — 10/8/2018 11:35:37 AM
Is water and electricity paid daily or monthly