# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013-1

**UNITED STATES OF AMERICA**
V.

GEORGIANNA A.M. GIAMPIETRO

(list each defendant appearing at hearing)

Judge: Waverly D. Crenshaw, Jr.
Hearing Date: 5/11/2022
Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: Lise Matthews
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Philip H. Wehby, Jennifer E. Levy, Kathryn Risinger

Defense Attorney(s): Peter J. Strianse, Charles D. Swift, Linda Gail Moreno

## TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

COMMENTS:

- Telephonic status conference held.
- A status conference will be held on June 24, 2022, at 9:00 AM;
- Sentencing set for July 15, 2022, at 9:00 AM.
- Order to enter.

Total Time in Court: 31 Minutes

Clerk of Court
by: Sharon L. Wilcox