UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:19-cr-00013-1 |
| GEORGIANNA A.M. GIAMPIETRO | ) | |
| Defendant. | ) | |

# ORDER

United States of America's Motion for Extension of Time to file Response to Objections (Doc. No. 402) is **DENIED AS MOOT.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE