IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GEORGIANNA A.M. GIAMPIETRO )<br>    Defendant. ) | Case No.: 2:19-cr-00013<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF FILING OF UPDATED EXPERT REPORTS

On May 11, 2022, at a telephonic Status Conference Hearing, this Court directed the Defense to file updated expert reports that specifically address the testimony, which will be elicited from expert witnesses—specifically the updated expert report of Richard Connor, Computer Forensic Expert, and Aymenn Jawad, Syrian Conflict Expert. Both reports are attached.

Dated this 13th day of May, 2022.

                                                                                         Submitted By:

                                                                   */s/ Charles Swift*
                                                                   CHARLES D. SWIFT
                                                                   *Pro Hac Vice* Attorney for Defendant
                                                                   100 N. Central Expy, Ste 1010
                                                                   Richardson, TX 75080
                                                                   (972) 914-2507

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2022, I electronically filed the foregoing **Notice Of Filing of Updated Expert Reports** with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: /s/ *Charles Swift*
CHARLES D. SWIFT
*Pro Hac Vice*
Attorney for Giampietro
100 N. Central Expy, Suite 1010
Richardson, TX 75080