IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | ORDER (PROPOSED) |
| | ) | |
| v. | ) | Case No.: 2:19-cr-00013 |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | Chief Judge Waverly D. Crenshaw, Jr. |
|     Defendant. | ) | |

## ORDER

Upon review of the Unopposed Motion by the Defense for the Parole of expert witness, Aymenn Jawad, into the U.S. to appear as an expert witness for the defense in the pre-sentencing evidentiary hearing on June 24, 2022, this Court finds that Mr. Jawad is a necessary witness for this hearing and this Court further

ORDERS that the parties work with the previously designated federal agent, Charles Jarboe, to ensure the witness, Aymenn Jawad, is timely brought/Paroled to the U.S. to testify as an expert witness at the above hearing on June 24, 2022.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE