UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:19-cr-00013-1 |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court held a telephonic status conference with Counsel of record on May 11, 2022. The Defendant did not participate in the status conference. The Court confirms the following:

1. A follow-up telephonic status conference will be held at 12:30 p.m. on **May 18, 2022**. The parties shall call 1-888-278-0296, and when prompted enter access code 6564835# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

2. Defense Counsel shall provide to the Court and to the Government Richard Connor's revised expert report on or before the close of business on **May 13, 2022**.

3. Defense Counsel shall arrange for the Defendant to be re-interviewed by the Pretrial and Probation office to present additional information for inclusion into the presentence report. A final presentence report will be filed no later than Noon on **June 17, 2022**.

4. The Court will address all objections to the presentence report and calculate the guideline range at 9:00 a.m. on **June 24, 2022**.

5. The sentencing hearing in this case is confirmed for 9:00 a.m. on **July 15, 2022**.

All sentencing memoranda and motions for a departure or pursuant to <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) must be filed by **at least ten (10) days** before the sentencing hearing. Each party shall file a sentencing memorandum, and address whether they seek a sentencing within or outside the Guidelines range. The sentencing memorandum shall contain a discussion of each of the sentencing factors in 18 U.S.C. § 3553(a).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE