IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>     Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> GEORGIANNA A.M. GIAMPIETRO ) <br>     Defendant. ) | Case No.: 2:19-cr-00013 |

## ORDER

Upon review of the Unopposed Motion by the Defense for the Parole of Aymenn Jawad into the United States to appear as a witness for the defense at the sentencing hearing on June 24, 2022, is GRANTED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE