# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013

**UNITED STATES OF AMERICA**

V.

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 5-18-2022

Location: ☒ Nashville ☐ Columbia ☐ Cookeville

**GEORGIANNA A.M. GIAMPIETRO**

Court Reporter: Lise Matthews

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Philip H. Wehby, Jennifer E. Levy

Defense Attorney(s): Peter J. Strianse, Charles D. Swift, Linda Gail Moreno

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Status conference held.
- Parties will let the Court know by May 27, 2022, if there will be a need for a Daubert Hearing.
- Order to enter.

Total Time in Court: 20 Minutes

Clerk of Court
by: Sharon L. Wilcox