**IN THE UNITED DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:19-cr-00013** |
| | ) | |
| **GEORGIANNA A.M. GIAMPIETRO** | ) | **Chief Judge Waverly D. Crenshaw, Jr.** |
| **Defendant.** | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION
## EX PARTE AND UNDER SEAL

The defendant, Georgianna Giampietro, through undersigned counsel, hereby moves for leave to file *ex parte* and under seal a Motion for Expert Funding in advance of the pre-sentencing hearing on June 25, 2022. In support of its motion to file *ex parte* and under seal, the defendant represents that the Motion contains financial information that is sensitive in nature and warrants filing under seal.

Wherefore, for the reasons above, the defendant moves for leave to file the above-described Motion with the Court *ex parte* and under seal.

Respectfully submitted,

By: /s/ *Charles Swift*
Charles D. Swift, CLCMA
Pro Hac Attorney for Giampietro
100 N. Central Expy, Suite 1010
Richardson, TX 75080
(972) 914-2507

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June, 2022, I electronically filed the foregoing Motion for Leave to File Under Seal with the Clerk of the Court using the CM/ECF

1

system which will send a notice of electronic filing to all counsel of record.

By: /s/ *Charles Swift*
Charles D. Swift, Pro Hac
Attorney for Giampietro