IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:19-CR-00013 |
| | ) | |
| | ) | CHIEF JUDGE CRENSHAW |
| GEORGIANNA GIAMPIETRO | ) | |

**GOVERNMENT'S UPDATED POSITION WITH RESPECT TO SENTENCING**

  COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully submits that the government has no objections to the Guidelines calculations contained in the latest iteration of the Presentence Investigation Report prepared in this matter by the United States Probation Office on June 14, 2022. The government's position is supported by its prior response and corresponding attachments filed on May 9, 2022, regarding, in part, the Probation Office's proper application of sentencing enhancements under U.S.S.G. §§ 3C1.1 and 3A1.4. (D.E. 403.) Notably, with regard to the latest presentence report, the government disputes the accuracy of the factual claims alleged by the defendant in the offense conduct section of the report, as contrary to the record in this case. (*See* PSR, ¶¶ 7-22.) However, the defendant's claims have no impact on the findings of the Probation Office in calculating the appropriate advisory Guidelines range of 120 months, which remains unchanged from its original report. Similarly, the government's position remains the same.

                 Respectfully Submitted,

                 MARK H. WILDASIN
                 United States Attorney

        By: /s/ *Philip H. Wehby*
           PHILIP H. WEHBY
           Assistant United States Attorney
           719 Church Street, Suite 3300
           Nashville, Tennessee 37203
           Phone: (615) 736-5151

# CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2022, I electronically filed a copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for the defendant in this case.

      /s/ *Philip H. Wehby*
      PHILIP H. WEHBY
      Assistant United States Attorney