IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:19-cr-00013 |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO | ) | Chief Judge Waverly D. Crenshaw, Jr. |
|     Defendant. | ) | |

## NOTICE OF DEFENSE EXHIBITS FOR SENTENCING

The defendant, Georgianna A. Giampietro, through her attorneys, files Defense Exhibits K through Y. Exhibits A through J have been previously filed with the Court on April 29, 2022, with the Defendant's Position Regarding Sentencing (Doc. 396). Exhibits K through W are conversation extracts that support the defendant's previously filed Summary Exhibit (Doc. 396, Exhibit G). Exhibit Y is a series of messages posted to Merciful Hands Telegram channel collected by the government that has not been previously filed but are now relevant following Ms. Giampietro's statements to Probation regarding the Western Union transfers.

Respectfully submitted this 23rd day of June, 2022.

By: /s/ *Charles Swift*
Charles D. Swift, CLCMA
*Pro Hac* Attorney for Giampietro
100 N. Central Expy, Suite 1010
Richardson, TX 75080
(972) 914-2507

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June, 2022, I electronically filed the foregoing Notice of Defense Exhibits For Sentencing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: /s/ *Charles Swift*
Charles D. Swift, *Pro Hac*
Attorney for Giampietro