**Title:** ████████ To document OCE████ contact with Georgianna Giampietro in June

**Re:** ██████████████ 09/02/2016

████████ From 06/04/2016 through 06/08/2016, OCE████ exchanged private messages with Georgianna Giampietro, username @ameera, through the Telegram phone app. During this conversation, Giampietro informed OCE████ that she was supposed to be getting married to Abu Talha later in June, however, she expressed her sadness over Abu Talha's travel to Libya. When OCE████ asked Giampietro about her claim that they had separated, Giampietro explained that they had argued a lot. Giampietro informed OCE████ that she knew about Abu Talha's plans to travel; however, they were supposed to go together.

████████ OCE████ also asked Giampietro if Abu Talha had gone to fight in Libya. Giampietro complained to OCE████ that IS [NOTE: Islamic State] had brainwashed him and called his family "kuffar". Giampeitro added that IS also convinced him that she is too old for him.

████████ When asked by OCE████ why would she have gone with him if she disagrees with IS principles, Giampietro explained that it is because he wanted her to go with him. She claimed that she doesn't like IS, and if she would have gone, they would have killed her. Moreover, Giampietro expressed her disbelief over the takfeer statements made by IS, especially the most recent takfeer made by IS upon Sheikh Usama Bin Laden. Giampietro then stated that she had wished that Abu Talha, whom she referred to as Mahmoud, would have gone to join JN [NOTE: Jabhat Al Nusra] or AQ [NOTE: Al Qaida] instead of IS. Giampietro also explained to OCE████ that Abu Talha had gone from Egypt to Libya via Sinai.

████████ OCE████ asked Giampietro if she has communicated with Abu Talha since his departure to Libya, and Giampietro declined to answer, explaining that IS had taken his phone upon arrival, which is part of their three months training procedure. Giampietro added that IS cuts off all communication for the duration of the first three months, and then they give them phones afterwards. OCE████ asked Giampietro about the change of her stance and what had made her change positions from IS

**SECRET//NOFORN**

2

Title: ████ To document OCE████ contact with Georgianna Giampietro
in June
Re: ████████████ 09/02/2016

to AQ, to which Giampietro responded that she does not support any
groups based on a hadith she quotes in the messages. The hadith states
that when there is not any group of Muslims to join, then one should
stay away from any of the sects available even if they are the only
option at the current time. Subsequently, OCE████ challenged
Giampietro's position by asking about how to handle to ensure unity in
the Ummah, Giampietro stated that Mahdi is the one to unify the Ummah,
and until then, one should seek knowledge and make duaa.

◆◆

SECRET//NOFORN



**Ameera**
last seen at 11:58 AM

June 4

Assalam 3likum dear. Inshallah all is well with you. Miss chatting with you
9:33 PM

وعليكم السلام ورحمة الله وبركاته

I'm ok I guess alhamdulillah

You know abu talha

He went

Gone

Was suppose to get married this month

But he left to Libya :*

:(***

June 6

Abu talha!!! Last thing I got to know that you left the guy. Were u getting married without telling me :(
2:31 PM



**Ameera**
last seen at 11:58 AM

We were suppose to

But he left :/

Him and I argued like everyday

> Oh I'm sorry my dear. Did u know about hid plans to leave or he just took off and left without letting u know? 2:39 PM ✓✓

He was going to go but not without me

:/

Ohhh well

> That's sad. Why would he do such a thing 2:49 PM ✓✓

> Did he go to fi—? 2:51 PM ✓✓

They brainwashed him

Called his family kuffar

Even said I'm too old for him

Message



**Ameera**
last seen at 11:58 AM

AND THIS IS IS...IS

So what were u going there with him for?
2:53 PM

Because he wanted me to go

But I'm glad I didn't

I don't like is...is loool

They would of killed me loool

Lol. I like the way u refer to them. Haha. It cracks me up
2:54 PM

I still can't make up my mind about them
2:55 PM

But I still like the lion RA
2:55 PM

sheikh usama
2:56 PM

Me toii

Tooo**

Still can't believe they made takfeer on



**Ameera**
last seen at 11:58 AM

Still can't believe they made takfeer on him :/

1st day of ramadhan they calling for takfeer on JN :/

> Wow. I didnt know that. Im struggling with their blank takfeer statments
> 2:58 PM ✓✓

> I thought their issue was sheikh Ayman but NOT sheikh usama
> 2:58 PM ✓✓

Allah is showing the truth

About them

I really wished he would of went with JN or AQ

Not them they're rude

> They are attracting a lot of people.
> 3:02 PM ✓✓

> It is not about rudness 3:02 PM ✓✓

> It is about the haqq 3:02 PM ✓✓

Message



Ameera
last seen at 11:58 AM

It is about the haqq 3:02 PM

That too 3:02 PM

But I meant they were rude with me 3:02 PM

The ones who brainwashed Mahmoud 3:02 PM

Was he here? 3:03 PM

He went from Egypt to Libya 3:03 PM

He went through Sinai 3:03 PM

Oh so it was the same guy 3:04 PM

Yeah saini is their territory 3:04 PM

What you mean? 3:06 PM

I'm lost lool 3:06 PM

Same guy? 3:06 PM

Because u remember, u told me u found out that he was talkjng to another girl 3:07 PM



**Ameera**
last seen at 11:58 AM

3:07 PM ✓✓

Yes 3:10 PM

Same one 3:10 PM

Has he tried to contact you since? May be you can convince him to join AQ instead
3:15 PM ✓✓

No they took his phone 3:16 PM

They train for 3 months and they take their phones 3:16 PM

No way. There is no way they cut off communication completely for them. Then how all these guys get wives?
3:46 PM ✓✓

Yes they do for 3 months 3:47 PM

While they're on training 3:47 PM

They get wives from women who move there or already there 3:48 PM

But after they're allowed phones 3:48 PM



**Ameera**
last seen at 11:58 AM

I have a feeling he will try to contact you
3:51 PM ✓✓

And that mlight be your chance
3:51 PM ✓✓

To tell him the truth about them
3:51 PM ✓✓

Or he may already see the truth since he's there in sha'Allāh

Ameen inshallah 4:03 PM ✓✓

Im sorry that you had to go through that
4:04 PM ✓✓

But Allah swt knows what is best for you
4:04 PM ✓✓

It's ok sis in sha'Allāh Allāh will give me better

Ameen inshallah. And me too 💜💜
9:54 PM ✓✓

Can I ask you something? 9:54 PM ✓✓

What made you chose AQ over IS? I



What made you chose AQ over IS? I cant claim to have the deep religious knowledge to say for sure which is on haqq. 9:56 PM

I find myself lean more towards aq but I'm desperate for khilafah 9:57 PM

I don't support groups....there's a hadith about not supporting groups

I support the ones who fight for our Ummah fis billah and fight to spread the word of Allāh wa ta'ala

*subhanu wa ta'ala

(11)Chapter: If there is no righteous group of Muslims(11)باب كَيْفَ الأَمْرُ إِذَا لَمْ تَكُنْ جَمَاعَةٌ
Narrated Hudhaifa bin Al-Yaman:
The people used to ask Allah's Messenger (صلى الله عليه وسلم) about the good but I used to ask him about the evil lest I should be overtaken by them. So I said, "O Allah's Messenger (صلى الله عليه وسلم)! We were living in



the good but I used to ask him about the evil lest I should be overtaken by them. So I said, "O Allah's Messenger (صلى الله عليه وسلم)! We were living in ignorance and in an (extremely) worst atmosphere, then Allah brought to us this good (i.e., Islam); will there be any evil after this good?" He said, "Yes." I said, 'Will there be any good after that evil?' He replied, "Yes, but it will be tainted (not pure.)" I asked, "What will be its taint?" He replied, "(There will be) some people who will guide others not according to my tradition? You will approve of some of their deeds and disapprove of some others." I asked, "Will there be any evil after that good?" He replied, "Yes, (there will be) some people calling at the gates of the (Hell) Fire, and whoever will respond to their call, will be thrown by them into the (Hell) Fire." I said, "O Allah s Apostle! Will you describe them to us?" He said, "They will be from our own people and will speak our language." I said, "What do you order me to do if such a state should take place in my life?" He said, "Stick to the group of Muslims and their Imam



group of Muslims and their Imam
(ruler)." I said, "If there is neither a group
of Muslims nor an Imam (ruler)?" He
said, "Then turn away from all those
sects even if you were to bite (eat) the
roots of a tree till death overtakes you
while you are in that state."

حَدَّثَنَا مُحَمَّدُ بْنُ الْمُثَنَّى، حَدَّثَنَا الْوَلِيدُ بْنُ
مُسْلِمٍ، حَدَّثَنَا ابْنُ جَابِرٍ، حَدَّثَنِي بُسْرُ بْنُ عُبَيْدِ
اللَّهِ الْحَضْرَمِيُّ، أَنَّهُ سَمِعَ أَبَا إِدْرِيسَ
الْخَوْلَانِيَّ، أَنَّهُ سَمِعَ حُذَيْفَةَ بْنَ الْيَمَانِ، يَقُولُ
كَانَ النَّاسُ يَسْأَلُونَ رَسُولَ اللَّهِ صلى الله عليه
وسلم عَنِ الْخَيْرِ، وَكُنْتُ أَسْأَلُهُ عَنِ الشَّرِّ،
مَخَافَةَ أَنْ يُدْرِكَنِي فَقُلْتُ يَا رَسُولَ اللَّهِ إِنَّا كُنَّا
فِي جَاهِلِيَّةٍ وَشَرٍّ فَجَاءَنَا اللَّهُ بِهَذَا الْخَيْرِ، فَهَلْ
بَعْدَ هَذَا الْخَيْرِ مِنْ شَرٍّ قَالَ ‏"‏ نَعَمْ ‏"‏‏.‏ قُلْتُ وَهَلْ
بَعْدَ ذَلِكَ الشَّرِّ مِنْ خَيْرٍ قَالَ ‏"‏ نَعَمْ، وَفِيهِ دَخَنٌ
‏"‏‏.‏ قُلْتُ وَمَا دَخَنُهُ قَالَ ‏"‏ قَوْمٌ يَهْدُونَ بِغَيْرِ هَدْىِ،
تَعْرِفُ مِنْهُمْ وَتُنْكِرُ ‏"‏‏.‏ قُلْتُ فَهَلْ بَعْدَ ذَلِكَ الْخَيْرِ
مِنْ شَرٍّ قَالَ ‏"‏ نَعَمْ، دُعَاةٌ عَلَى أَبْوَابِ جَهَنَّمَ، مَنْ
أَجَابَهُمْ إِلَيْهَا قَذَفُوهُ فِيهَا ‏"‏‏.‏ قُلْتُ يَا رَسُولَ اللَّهِ
صِفْهُمْ لَنَا‏.‏ قَالَ ‏"‏ هُمْ مِنْ جِلْدَتِنَا، وَيَتَكَلَّمُونَ
بِأَلْسِنَتِنَا ‏"‏‏.‏ قُلْتُ فَمَا تَأْمُرُنِي إِنْ أَدْرَكَنِي ذَلِكَ
قَالَ ‏"‏ تَلْزَمُ جَمَاعَةَ الْمُسْلِمِينَ وَإِمَامَهُمْ ‏"‏‏.‏ قُلْتُ
فَإِنْ لَمْ يَكُنْ لَهُمْ جَمَاعَةٌ وَلاَ إِمَامٌ قَالَ ‏"‏ فَاعْتَزِلْ
تِلْكَ الْفِرَقَ كُلَّهَا، وَلَوْ أَنْ تَعَضَّ بِأَصْلِ شَجَرَةٍ،
حَتَّى يُدْرِكَكَ الْمَوْتُ، وَأَنْتَ عَلَى ذَلِكَ ‏"‏‏.‏

Reference : Sahih al-Bukhari 7084



Ameera
last seen at 11:58 AM

Reference : Sahih al-Bukhari 7084
In-book reference : Book 92, Hadith 35
USC-MSA web (English) reference : Vol. 9, Book 88, Hadith 206
10:43 PM

June 7

الله أعلم. 10:18 PM

But then who will unite the ummah together 10:18 PM

I'm no scholar in Islam but it doesn't take a scholar to recognize the fact that they are in war against Islam 10:19 PM

And we need to defend our religion 10:20 PM

The one who will unite us will be the الله أعلم
10:54 PM

Mahdi*** 11:58 PM

June 8

Meanwhile what should we do? Sit and wait! Watch our people get killed 10:23 PM



**Ameera**
last seen at 11:58 AM

Mahdi***  10:59 PM

June 8

Meanwhile what should we do? Sit and wait! Watch our people get killed
10:23 PM ✓✓

No but he will unite us....there are ahadith that states we will be in turmoil up until Mahdi he will bring us together and khawarij will be fighting up until last hour  11:03 PM

There's another ahadith that states the person sitting is better than the person standing and the person in the home is better "only during turmoil which we are unsure the truth"  11:04 PM

الله أعلم  11:04 PM

What we do is continue to seek knowledge of our deen in sha'Allāh and make dua'a and make charity  11:05 PM

In sha'Allāh  11:05 PM