▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Title: ▮▮▮▮ To document OCE-▮▮ contact with Georgianna Giampietro from 03/30/2017 to 04/07/2017
Re: ▮▮▮▮▮▮▮▮, 07/05/2017

**Details:**

▮▮ On March 30, 2017, OCE-▮▮ and Georgianna Anna Maria Giampietro exchanged messages on Telegram messenger app, during which Giampietro informed OCE-▮▮ that she has not found a job and that she was unable to switch her student loan into a government loan. Giampietro also informed OCE-▮▮ that she does not have to make payments on her loan until June.

▮▮ Giampietro stated that her fiancee, Abu Abdullah, is very sad over her situation. She added that they have not spoken for two days, and she made a supplication for his safety. Giampietro informed OCE-▮▮ that she and her fiancee do not communicate with "voices" because it is forbidden, nor does her finacee know what Giampietro looks like.

▮▮ Giampietro expressed happiness that ISIL, to which she refers to as jojo, is almost eliminated. She informed OCE-▮▮ that she does not want Al-Baghdadi to be killed by the United States, but rather by the brothers. Giampietro added that ISIL has her fiancee's family [WN: no further details], and she explained that they would not let his family leave and they are trapped in Syria. When asked about Abu Abdullah's family background, Giamipietro stated that they are both Iraqis and Syrians.

▮▮ Giampietro then informed OCE-▮▮ of a hadith in which being killed is better than attacking a brother. OCE-▮▮ argued the potential misinterpretation of the hadith based on context. Giampietro was only able to quote hadith about isolating oneself from those who cause deviation and turmoil among Muslims.

▮▮ On April 04, 2017, OCE-▮▮ and Giampietro discussed on Telegram the Syrian bombing that took place around that time, in which many children were killed. Giampietro also pointed to OCE-▮▮ the Syrian regime gas attack, in which many children also had died. Giampietro then sent a voice message to OCE-▮▮ informing OCE-▮▮ about Giampietro's reaction and anger over the news of the multiple

2

Title: (S//NF) To document OCE ▮▮▮ contact with Georgianna Giampietro from 03/30/2017 to 04/07/2017
Re: ▮▮▮▮▮▮  07/05/2017

attacks in Syria. Giampietro stated in the message that she is "obsessed" with the events taking place in Syria, and she checks her phone for the news first thing in the morning. Giampietro also sent a link to an article from "On the Ground News" with the headline "Journalists Bilal Abdul Kareem and Ahmad Zaidan Sue US over Kill List."

▮▮▮ OCE ▮▮▮ and Giampietro discussed holding a potential online meeting to study Islam. OCE ▮▮▮ suggested Paltalk for a platform; however, Giampietro did not appear to be familiar with Paltalk, but she stated that she would download it. Giampietro did confirm that she had a Skype account, but no information was not provided regarding the user name of the account.

3

**Ameera**
last seen recently

March 30

السلام عليكم ورحمة الله وبركاته 3:00 PM

وعليكم السلام ورحمة الله وبركاته 3:01 PM

How are you? 3:01 PM

I am well and u? 3:03 PM

I'm ok alhamdulillah 3:07 PM

What's new 3:07 PM

my dad is a bit off of my back abt the marriage thing 3:08 PM

a relief 3:08 PM

i think he gave up on me.haha 3:08 PM

what about u? 3:08 PM

Loooool that's good 3:11 PM

Nothing new 3:11 PM

Still looking for a job 3:11 PM

Khayr in'sha'Allāh 3:11 PM

smh. i thought the economy is getting better. haha 3:12 PM

how is the payments for the loan going 3:12 PM

were u able to switch with gov 3:12 PM

They denied me 3:16 PM

Soooo 3:16 PM

I made a compliant to the government over financial issues and they contacted Sally Mae 3:17 PM

Now I don't have to pay until June however they're still adding 200ds onto the loans every month because I'm not paying 3:17 PM

> **Al3bidah Lillah**
> smh. i thought the economy is getting better. haha

Also all government jobs are frozen for employment because of Trump 3:18 PM

**Ameera**
Now I don't have to pay unt...

> **Al3bidah Lillah**
> and do u really want for this gov?

**EVERY MONTH!!!!!** 3:21 PM

and do u really want for this gov? 3:21 PM

Not really but it would be like grant writing for schools 3:23 PM

Is what I was looking at 3:23 PM

Yes every month 3:23 PM

allaha almust3an and inshallah Allah swt will help u through this 3:33 PM

what does brother abu think of all of this 3:34 PM

> **Al3bidah Lillah**
> what does brother abu think of all of this

He's very sad and feels bad that he cannot help 3:36 PM

But SubhanAllāh 3:36 PM

I haven't spoke to him in 2 days 3:36 PM

I know Russia bombing soooo many villages there 3:36 PM

May Allāh protect him âmeen 3:36 PM

ameen ya rab 3:40 PM

wallahi i have no idea how u do it 3:40 PM

how can u handle the distance 3:40 PM

and not talking for a few days 3:40 PM

while knowing of the news of bombings 3:41 PM

may Allah swt give u two the strength u need for ur relationship 3:41 PM

how do u guys even talk 3:41 PM

i never had a long distance relationship 3:42 PM

what do u do with the two difference 3:42 PM

r u even able to hear each other's voices 3:42 PM

> **Al3bidah Lillah**
> may Allah swt give u two …

Allāhumma âmeen 3:43 PM

We do not do voices 3:43 PM

It's harâm  3:43 PM

Well harâm in a way where Shaytaan may lead us to do other things  3:44 PM

I only know what he looks like except his eyes he marks through them  3:44 PM

And he has no clue what I look like  3:44 PM

We talk through apps  3:44 PM

Can you believe jojo is literally almost gone  3:45 PM

Honestly don't get mad but I cannot wait to see Baghdadi  3:45 PM

I don't want US to kill him but I want our brothers to  3:45 PM

If I told you stories how jojo have killed innocent Muslims there you would cry literally because I still cannot stop thinking about it  3:46 PM

And jojo has Abus family  3:47 PM

They would not let them leave  3:47 PM

They trap their people in the cities so they cannot leave  3:47 PM



3:47 PM

3:47 PM



3:47 PM

ya Allah  3:49 PM
I didnt know that they have his family  3:49 PM
that must be really difficult  3:49 PM
on him  3:49 PM
i cant imagine what I would do  3:49 PM
if someone comes close to my family  3:49 PM
but i am not sure what is ruling regarding fighting other muslims  3:50 PM
i just feel this whole issue is causing unnecessary split among the muslims  3:50 PM
may Allah give brother abu the strength  3:50 PM
so r they iraqis or syrians stuck in jojo terrority  3:51 PM

**Al3bidah Lillah**
so r they iraqis or syri...
Both  3:52 PM

**Al3bidah Lillah**
but i am not sure what is ruling regarding fighting other muslims
Do you remember the hadith of the signs before the Hour ?  3:52 PM

Two brothers will approach each other with the sword the one whom killed his brother will go to Hell while the one died will also go to hell  3:53 PM

The one who died had the intention to kill his brother  3:53 PM

Another ahadith states before the last hour when no known group of Muslims and no Imām and fitnah has increased 1) stay at home 2) if someone comes into your home let them kill you don't kill them  3:54 PM

^^^this is taken from 2 ahadith  3:55 PM

During the times of increased fitnah it is better to be killed
3:55 PM

والله اعلم 3:55 PM

but i thought a muslim has the right to defend himself if he or she attacked at home
4:14 PM

It was narrated that Abu Hurayrah (may Allaah be pleased with him) said: A man came to the Messenger of Allaah (peace and blessings of Allaah be upon him) and said: O Messenger of Allaah, what do you think if a man comes wanting to take my property? He said: "Do not give him your property." He said: What if he fights me? He said: "Fight him." He said: What if he kills me? He said: "Then you will be a martyr." He said: What if I kill him? He said: "He will be in Hell." Narrated by Muslim (140).
4:15 PM

that is self defense 4:15 PM

i think what u r referring to is if they went out of their way to attack each other
4:15 PM

والله أعلم 4:16 PM

It's during end of times 4:16 PM

Wait 4:16 PM

It's in the book signs before end of times 4:17 PM

I will send the hadith to you later I have to find it in the book
4:18 PM

Ohhh property is different 4:18 PM

I'm talking about a man coming into your home 4:18 PM

Give me time I'm not at home in'sha'Allāh 4:19 PM

of course. i am sorry 4:21 PM

we can chat later if u want 4:21 PM

i rarely have religious chats with anyone so i get carried away..haha
4:21 PM

> Al3bidah Lillah
> i rarely have religious ...

Loool same 4:29 PM

Forwarded from Islaamic Literature 📚
Hudhayfah ibn al-Yaman said, "People used to ask the Prophet ﷺ about good things, but I used to ask him about bad things because I was afraid that they might overtake me. I said, 'O Messenger of Allāh, we were lost in Jahiliyyah and evil, then Allāh brought this good (i.e.
Islām). Will some evil come after this good thing?' He said, 'Yes' I asked, 'And will some good come after that evil?' He said, 'Yes, but

it will be tainted with some evil' I asked, 'How will it be tainted?' He said, 'There will be some people who will lead others on a path different from mine. You will see good and bad in them." I asked, 'Will some evil come after that good?' He said, 'Some people will be standing and calling at the gates of Hell; whoever responds to their call, they will throw him into the Fire.' I said, 'O Messenger of Allāh, describe them for us.' He said, 'They will be from our own people, and will speak our language.' I asked, 'What do you advise me to do if I should live to see that?' He said, 'Stick to the main body (jamaa'ah) of the Muslims and their Imām. I asked, What if there is no main body and no leader?' He said 'Isolate yourself from all of these sects, even if you have to eat the roots of trees until death overcomes you while you are in that state.'"
••••••
Bukhārī, Kitaab al-Fitan, 9/65

👁 596   4:30 PM

This is the isolation one   4:30 PM

Let me find the home one in'sha'Allāh   4:30 PM

jzk. I know this hadith, but my understanding is that some scholars explain IS existance and actions through it   9:12 PM ✓✓

What's IS?   9:16 PM

April 4

sorry just saw this. I meant to write ISIS (or jojo)   11:05 AM ✓✓

today is s ad day   11:05 AM ✓✓

i m sure u heard of the bobming   11:06 AM ✓✓

my heart is broken for the children especially   11:06 AM ✓✓

**Forwarded from ElDorar AlShamia**
47 civilians killed in aerial and artillery bombardment in Syria
http://en.eldorar.com/node/5361
@EldorarAlshamia

> **Eldorar Alshamia**
> **47 civilians killed in aerial and artillery bombardment in Syria**
> Eldorar Network counted the killing of 49 civilians, on Monday, in the bombing of many p...

👁 178   11:09 AM ✓✓

السلام عليكم ورحمة الله وبركاته   11:13 AM

Not on my this bombimg   11:13 AM

Bombing   11:13 AM

But today there was a chemical gas attack   11:13 AM

That killed many children   11:13 AM

Even the president of Turkey condemned it   11:13 AM

> I saw some pictures of children broke my heart. 11:31 AM
> i would fwd to u but i dont want to ruin your day 11:31 AM
> so so sad 11:31 AM
> and if i am not mistaken they even bombed the hospital that was treating the victims 11:32 AM

Yes you're right 11:32 AM

Actually 11:32 AM

That was the first thing I saw when I woke up 11:32 AM

Were those children 11:33 AM

And it made me angry 11:33 AM

> yes it was pic of children 11:38 AM
> i cried so hard when i saw them 11:38 AM
> i cant beleive that Asaad is still alive and no one is able to get to him 11:39 AM

Let me send a voice note to explain 11:43 AM

▶ 10:59 — 11:54 AM

▶ 03:12 — 12:31 PM

In'sha'Allāh they won't attack them that would be sooo wrong 12:37 PM

Because of the airstrikes 😭😭 12:38 PM

**Forwarded from OGN - On the Ground News**
http://ogn.news/jba/

**On The Ground News**
**Journalists Bilal Abdul Kareem and Ahmad Zaidan Sue US over Kill List**
OGN founder and chief correspondent Bilal Abdul Kareem and Aljazeera journalist Ahmad Z...
👁 1935  12:39 PM

> subhanallah. no mention of that in western news 1:49 PM
> sis, have u ever thought about leading a halqa for sisters? 4:28 PM

Leading a what ?

Halaqa. Meaning we meet online and discuss islamic lessons  5:47 PM

Just like your telegram channel but with audio where you ate actually teaching  5:48 PM

I used to attend one on Paltalk and loved it  5:48 PM

Ohhh never thought about it  5:50 PM

I'm soooooooooooo in need for that  6:11 PM

If u consider it, I know couple of other sisters who would join us  6:12 PM

We can do it on paltalk or any other way u can think of  6:13 PM

What is paltalk? I never heard of it  6:24 PM



6:25 PM

Haha. R u serious? Its almost like skype but it allows u to have a lecture setting  8:06 PM

The nice thing is that u don't have to use video on paltalk  8:06 PM

Whatttt I never heard of this  8:13 PM

8:13 PM

