|     |     |
| --- | --- |
|     | other county is, Crossville and Menville (PH) or Crossville and Livingston. I don't know but I was like dude do your thing. |
| UC1 | (Laughs) |
| GG  | I don't, eww. |
| UC1 | Yeah. |
| GG  | If Abu Abdullah knew that I was doin' that, yeah. |
| UC1 | How's he doin' by the way? |
| GG  | He is doin' so much better, alhamdulilah, but okay, so he went to work the other day and there's so much, so much fitna goin' on there late. |
| UC1 | Yeah. |
| GG  | Between all the groups they're infighting and so he couldn't come home yesterday because they had all the roads blocked. |
| UC1 | Oh my gosh. |
| GG  | Cause HTS wants to fight Zinke and Zinke (PH) oh my gosh and then, ohh I felt so bad. Like he literally told me today that he wants to go to Turkey. That his passport's expired and I said well you know our Prophet Mohammad (UI) (FL) said in a time of fitna stay in your homes. |
| UC1 | Uh huh. |
| GG  | Go to the mountains. |
| UC1 | Uh huh. |

11

| | |
|---|---|
| GG | The one whose sittin's better than the one whose standing etcetera, etcetera so during this time because also there's a hadith that says when two brothers come. |
| UC1 | Uh huh. |
| GG | And fight each other with a sword, both of them end up in hell because they're brothers. |
| UC1 | Yeah. |
| GG | I mean, so and I told him, I said you know you-you wanna do this and this and this and I understand that you don't wanna leave because you don't wanna be punished but I mean you, right now it's not, it's not that it's not safe. Well it is unsafe but- |
| UC1 | Yeah. |
| GG | But you don't wanna risk something and end up goin' to hell, you don't wanna do that. |
| UC1 | Does um, well his passport's expired so he can't cross into Turkey. |
| GG | And Turkey's not taking any Syrians either. |
| UC1 | Oh, well didn't you say though that he had like some friends that he went to school with who were in Turkey. |
| GG | They're, they are in Syria. |
| UC1 | Oh they're in Syria. |
| GG | And one of them. |
| UC1 | Oh. |

12

| | |
|---|---|
| GG | One of them is actually in the Turkish territory, um, with the F-FSA, I get all these groups confused. |

(End Session 3)

(Session 4)

| | |
|---|---|
| GG | (UI) about Turkey so. |
| UC1 | Oh okay. |
| GG | And I've said you know what if you're able to go to Turkey I would literally apply for a visa and I would go there because I can still work there. |
| UC1 | Yeah. |
| GG | And pay my loans. |
| UC1 | Ohh. |
| GG | 'Cause that's the biggest issue- |
| UC1 | That could be. |
| GG | Because I mean- |
| UC1 | Yeah. |
| GG | They have Bank of America there. |
| UC1 | Do they really? |
| GG | I don't, I don't have Bank of America they do have the (UI) |
| UC1 | You could get Bank of America (UI) |

13