**D:** Abu is staying in the home   10:00 AM

**Me:** Here?   10:00 AM ✓✓

**Deleted Account**
> A K
> But I thought it was obligatory for a...

There is fitnah there   10:00 AM

**Deleted Account**
He doesn't want to be apart of that fitnah   10:00 AM

**Deleted Account**
> A K
> But I thought it was obligatory for a...

Not during these times   10:00 AM

**Deleted Account**
How can we go if we can be killed by Muslims even?   10:00 AM

**Deleted Account**
Bc they might enter hell   10:00 AM

**Me:** So we have to stay here???   10:01 AM ✓✓

**Deleted Account**
Yes both sides that fight...