**Deleted Account**
You have to find the owner and giv... Whattttttt  8:44 AM

**Deleted Account**
Even if Kafīr  8:44 AM

**Deleted Account**
Hey look at this  8:44 AM

قناة زدني علمًا
@zedniy

قال الشيخ الطريفي:
لا حل لاقتتال المجاهدين إلا بالنزول إلى حكم الله في محكمة مستقلة عن أطراف الخصومة، والممتنع ظالم لا يجوز القتال تحت رايته

8:44 AM

**Deleted Account**
Subhan'Allāh  8:45 AM

Someone please translate for the non-Arabic speaker ☺  9:25 AM ✓✓

**Deleted Account**
The sheikh is saying about hts and infighting in idlib  9:54 AM

**Deleted Account**

**Me:** Arabic speaker ☺ — 9:25 AM

**Deleted Account:** The sheikh is saying about hts and infighting in idlib — 9:54 AM

**Deleted Account:** That when a group refuses to go before shariah court he's oppressor — 9:54 AM

**Me:** What's he saying? Is it getting better, worse?? — 9:54 AM

**Deleted Account:** And one must not fight under the banner of oppressor — 9:55 AM

**Deleted Account:** It is getting worse — 9:55 AM

**Deleted Account:** Bc now the infighting is causing deaths among women and children bc of their fights — 9:55 AM

**Me:** 😞 — 9:56 A

😞   9:56 AM ✓✓

**Deleted Account**
It's really bad Subhan'Allāh
9:56 AM

**Deleted Account**
> **Deleted Account**
> Bc now the infighting is causing de...

Allahu Akbar
9:56 AM

**Deleted Account**
Hts cutting off roads   9:56 AM

Is the sheikh calling for unity against Assad?
9:56 AM ✓✓

**Deleted Account**
No one fighting against assad
9:56 AM

**Deleted Account**
Is it directly a cause of their death?
9:56 AM

**Deleted Account**
But fighting each other   9:57 AM

**Deleted Account**

**Deleted Account**
Is it directly a cause of their death? 9:56 AM

**Deleted Account**
But fighting each other 9:57 AM

**Deleted Account**
> **Deleted Account**
> Is it directly a cause of their death?

Yes 9:57 AM

**Deleted Account**
They're attacking cities 9:57 AM

**Deleted Account**
With missiles 9:57 AM

**Deleted Account**
The end of times 9:57 AM

**Deleted Account**
Subhan'Allah 9:57 AM

**Deleted Account**
You should see the tanks hts brought against them 9:57 AM

**Deleted Account**

**Deleted Account**
You should see the tanks hts brought against them   9:57 AM

**Deleted Account**
That's one of the signs   9:57 AM

**Deleted Account**
It would of took over hama   9:58 AM

**Deleted Account**
It may even get worse   9:58 AM

**Deleted Account**
استغفر الله   9:58 AM

**Deleted Account**
> **Deleted Account**
> It may even get worse

Yessss   9:58 AM


9:58 AM

**Deleted Account**
May Allah protect us from that fitnah    9:58 AM

I'm confused, I thought HTS fighting that dog Assad and fighting for the ummah?    9:59 AM ✓✓

**Deleted Account**
> **Deleted Account**
> May Allah protect us from that fitnah

Āmeen    9:59 AM

**Deleted Account**
No way anyone should go to those areas for now. Those fools who are infighting, both sides go to hell    9:59 AM

**Deleted Account**
That's what Abu said it's not safe for women to go    9:59 AM