> Arabic speaker ☺️ — 9:25 AM

**Deleted Account**
The sheikh is saying about hts and infighting in idlib — 9:54 AM

**Deleted Account**
That when a group refuses to go before shariah court he's oppressor — 9:54 AM

> What's he saying? Is it getting better, worse?? — 9:54 AM

**Deleted Account**
And one must not fight under the banner of oppressor — 9:55 AM

**Deleted Account**
It is getting worse — 9:55 AM

**Deleted Account**
Bc now the infighting is causing deaths among women and children bc of their fights — 9:55 AM

> 😞 — 9:56 A

Case 2:19-cr-00013   Document 422-6   Filed 06/23/22   Page 1 of 1 PageID #: 5034