**Deleted Account**
> **Deleted Account**
> Maybe we can meet in Atl

I'm 4 hours away from Atlanta
10:52 AM

**Deleted Account**
It's not that far ig   10:52 AM

**Deleted Account**
Yes   10:52 AM

**Deleted Account**
But it's okay to fight the one oppressing the ppl bc they turned away from Allāh   10:52 AM

**Deleted Account**
But the point is they all have turned away   10:53 AM

**Deleted Account**
Fsa fights for T and not against assad   10:53 AM

**Deleted Account**
Hts wants to fight groups and take their land   10:53 AM