

**Deleted Account**
In'shā'allāh we will be there bc the resurrection will happen in sham
*11:01 AM*

**Deleted Account**
I wish the infighting stop but I don't wish the hour to come
*11:01 AM*

**Deleted Account**
Same *11:01 AM*

**Deleted Account**
Dajjal is the worst fitnah from time of creation and he will be there at the same time as Mahdi
*11:02 AM*

Inshallah... but if they're saying not to go to Sham, what do we do? How can we achieve jannah?
*11:02 AM* ✓✓

**Deleted Account**
The thing I'm worried about is how to get there when everything will be worse