
**Deleted Account**
You have to find the owner and giv...
Whattttttt 8:44 AM

**Deleted Account**
Even if Kafīr 8:44 AM

**Deleted Account**
Hey look at this 8:44 AM

 قناة زدني علمًا
@zedniy

قال الشيخ الطريفي:
لا حل لاقتتال المجاهدين إلا بالنزول إلى حكم
الله في محكمة مستقلة عن أطراف الخصومة،
والممتنع ظالم لا يجوز القتال تحت رايته
8:44 AM

**Deleted Account**
Subhan'Allāh 8:45 AM

Someone please translate for the non-Arabic speaker ☺
9:25 AM ✓✓

**Deleted Account**
The sheikh is saying about hts and infighting in idlib 9:54 AM

**Deleted Account**

Message

Arabic speaker 😌  9:25 AM ✓✓

**Deleted Account**
The sheikh is saying about hts and infighting in idlib  9:54 AM

**Deleted Account**
That when a group refuses to go before shariah court he's oppressor  9:54 AM

What's he saying? Is it getting better, worse??  9:54 AM ✓✓

**Deleted Account**
And one must not fight under the banner of oppressor  9:55 AM

**Deleted Account**
It is getting worse  9:55 AM

**Deleted Account**
Bc now the infighting is causing deaths among women and children bc of their fights  9:55 AM

😣 9:56 A  ⌄

😣 9:56 AM ✓✓

**Deleted Account**
It's really bad Subhan'Allāh
9:56 AM

**Deleted Account**
❘ **Deleted Account**
❘ Bc now the infighting is causing de...
Allahu Akbar
9:56 AM

**Deleted Account**
Hts cutting off roads  9:56 AM

Is the sheikh calling for unity against Assad?
9:56 AM ✓✓

**Deleted Account**
No one fighting against assad
9:56 AM

**Deleted Account**
Is it directly a cause of their death?
9:56 AM

**Deleted Account**
But fighting each other  9:57 AM

**Deleted Account**

 
**Deleted Account**
Is it directly a cause of their
death?     9:56 AM

**Deleted Account**
But fighting each other   9:57 AM

**Deleted Account**
> **Deleted Account**
> Is it directly a cause of their death?

Yes     9:57 AM

**Deleted Account**
They're attacking cities   9:57 AM

**Deleted Account**
With missiles   9:57 AM

**Deleted Account**
The end of times   9:57 AM

**Deleted Account**
Subhan'Allah   9:57 AM

**Deleted Account**
You should see the tanks hts
brought against them   9:57 AM

**Deleted Account**

**Deleted Account**
You should see the tanks hts
brought against them  9:57 AM

**Deleted Account**
That's one of the signs  9:57 AM

**Deleted Account**
It would of took over hama  9:58 AM

**Deleted Account**
It may even get worse  9:58 AM

**Deleted Account**
استغفر الله  9:58 AM

**Deleted Account**
**Deleted Account**
It may even get worse
Yessss          9:58 AM





9:58 AM

**Deleted Account**
May Allah protect us from that
fitnah                          9:58 AM

I'm confused, I thought HTS fighting
that dog Assad and fighting for the
ummah?                    9:59 AM ✓✓

**Deleted Account**
**Deleted Account**
May Allah protect us from that fitnah
Āmeen                      9:59 AM

**Deleted Account**
No way anyone should go to
those areas for now. Those fools
who are infighting, both sides go
to hell                        9:59 AM

**Deleted Account**
That's what Abu said it's not safe
for women to go            9:59 AM

those areas for now. Those fools who are infighting, both sides go to hell

*9:59 AM*

**Deleted Account**

That's what Abu said it's not safe for women to go

*9:59 AM*

**Deleted Account**

> **Deleted Account**
> No way anyone should go to those...

Yes you're correct

*9:59 AM*

**Deleted Account**

Definitely not if they are killing them!

*9:59 AM*

But I thought it was obligatory for all to make hijrah and for the men, jihad?

*10:00 AM* ✓✓

**Deleted Account**

Abu is staying in the home

*10:00 AM*

Here? *10:00 AM* ✓✓

**Deleted Account**

| A K

**D**　Abu is staying in the home
　　　　　　　　　　　　　　　10:00 AM

**Here?** 10:00 AM ✓✓

Deleted Account
| A K
| But I thought it was obligatory for a...
**D**　There is fitnah there　　　10:00 AM

Deleted Account
He doesn't want to be apart of
**D**　that fitnah　　　　　　10:00 AM

Deleted Account
| A K
| But I thought it was obligatory for a...
**D**　Not during these times　10:00 AM

Deleted Account
How can we go if we can be killed
**D**　by Muslims even?　　　10:00 AM

Deleted Account
**D**　Bc they might enter hell 10:00 AM

**So we have to stay here???** 10:01 AM ✓✓

Deleted Account
**D**　Yes both sides that fight　10:01 AM


So we have to stay here???   *10:01 AM* ✓✓

**Deleted Account**
Yes both sides that fight   *10:01 AM*

**Deleted Account**
There's hadīth saying to let them kill you and don't fight back
         *10:01 AM*

**Deleted Account**
Unless one is like the better of the two sons of Adam   *10:01 AM*

**Deleted Account**
Meaning if they get attacked by a Muslim they don't fight back against the Muslim   *10:01 AM*

**Deleted Account**
That's why Abu isn't getting involved even though there is ayah to fight them   *10:01 AM*

**Deleted Account**
But it's difficult to be sure   *10:02 AM*

**Deleted Account**
| Deleted Account

D  But it's difficult to be sure  *10:02 AM*

Deleted Account
**Deleted Account**
That's why Abu isn't getting involve...
D  What ayah?  *10:02 AM*

Deleted Account
D  Wait  *10:02 AM*

Deleted Account
I know there is a Hadith saying
that for the infighting of Muslims
both sides go to hell, the one
killing and the one being killed
(because both sides intended to
D  kill)  *10:03 AM*

Why are they fighting one another? Is
there one group there who is actually
fighting to protect the Ummah and for
the sake of Allah?  *10:06 AM* ✓✓

Deleted Account
Wait for Abu I can't find the ayah
D  he sent it to me  *10:07 AM*

Deleted Account

 
the sake of Allah?                    10:06 AM ✓✓

**Deleted Account**
Wait for Abu I can't find the ayah
he sent it to me                      10:07 AM

**Deleted Account**
> **Deleted Account**
> I know there is a Hadith saying that...
It states when one oppresses the
other to fight                        10:07 AM

**Deleted Account**
And bring them back to dīn of
Allāh                                 10:07 AM

**Deleted Account**
What does? 10:08 AM

**Deleted Account**
The ayah 10:08 AM

**Deleted Account**
Send it In'sha'Allah. 10:08 AM

Inshallah 10:08 AM ✓✓

**Deleted Account**
And I'll look at the tafsir

**D** Send it In'sha'Allah. *10:08 AM*

Inshallah *10:08 AM* ✓✓

**Deleted Account**
And I'll look at the tafsir *10:08 AM*

**Deleted Account**
Bc there is another Hadith saying that if Muslims fight each other "then be like the better of the two sons of Adam" *10:09 AM*

**Deleted Account**
| **Deleted Account**
| Send it In'sha'Allah.
I can't *10:10 AM*

**Deleted Account**
Wait for Abu *10:10 AM*

**Deleted Account**
I don't remember which ayah *10:10 AM*

**Deleted Account**
I have to ask him *10:10 AM*

Please let me know sisters... I tru
your quidance. Are things changing

**D** "then be like the better of the two sons of Adam"    *10:09 AM*

Deleted Account
| **Deleted Account**
| Send it In'sha'Allah.
**D** I can't    *10:10 AM*

Deleted Account
**D** Wait for Abu   *10:10 AM*

Deleted Account
**D** I don't remember which ayah    *10:10 AM*

Deleted Account
**D** I have to ask him   *10:10 AM*

Please let me know sisters... I trust your guidance. Are things changing alot over there? Is that why they're saying now not to go?    *10:11 AM* ✓✓

Deleted Account
**D** Okay   *10:12 AM*



Message


sits during them will be better than he who gets up and he who walks during them is better than he who runs. So break your bows, cut your bowstrings and strike your swords on stones. If people then come in to one of you, let him be like the better of Adam's two sons.

**Grade**     : **Sahih** (Al-Albani)

**Reference**     : Sunan Abi Dawud 4259
In-book reference : Book 37, Hadith 20
English translation : Book 36, Hadith 4246

10:12 AM

**Deleted Account**
**Found ittttt** *10:12 AM*

**Deleted Account**
**Alhamdulillah** *10:12 AM*

**Deleted Account**
And if two factions among the believers should fight, then make settlement between the two. But if one of them oppresses the other, then fight against the one that oppresses until it returns to the ordinance of Allah . And if it returns, then make settlement between them in justice and act justly. Indeed, Allah loves those who act justly

10:12 AM



morning and an infidel in the evening, or a believer
in the evening and infidel in the morning. He who
sits during them will be better than he who gets up
and he who walks during them is better than he
who runs. So break your bows, cut your
bowstrings and strike your swords on stones. If
people then come in to one of you, let him be like
the better of Adam's two sons.

**Grade** : **Sahih** (Al-Albani)

**Reference** : Sunan Abi Dawud 4259
In-book reference : Book 37, Hadith 20
English translation : Book 36, Hadith 4246

10:12 AM

**Deleted Account**
**Found ittttt** *10:12 AM*

**Deleted Account**
**Alhamdulillah** *10:12 AM*

**Deleted Account**
And if two factions among the
believers should fight, then make
settlement between the two. But
if one of them oppresses the
other, then fight against the one
that oppresses until it returns to
the ordinance of Allah . And if it
returns, then make settlement
between them in justice and act
justly. Indeed, Allah loves those

 ### Narrated AbuMusa al-Ash'ari:

The Messenger of Allah () said: Before the Last Hour there will be commotions like pieces of a dark night in which a man will be a believer in the morning and an infidel in the evening, or a believer in the evening and infidel in the morning. He who sits during them will be better than he who gets up and he who walks during them is better than he who runs. So break your bows, cut your bowstrings and strike your swords on stones. If people then come in to one of you, let him be like the better of Adam's two sons.

**Grade** : **Sahih** (Al-Albani)

**Reference** : Sunan Abi Dawud 4259
In-book reference : Book 37, Hadith 20
English translation : Book 36, Hadith 4246

 

 **Okay** *10:12 AM*

●○○○ T-Mobile Wi-Fi 📶  9:11 AM    🔒 🔋 100% ▬
🔒 sunnah.com
The Tribulation

Narrated AbuMusa al-Ash'ari:

The Messenger of Allah (ﷺ) said: Before the Last Hour there will be commotions like pieces of a dark night in which a man will be a believer in the morning and an infidel in the evening, or a believer in the evening and infidel in the morning. He who sits during them will be better than he who gets up and he who walks during them is better than he who runs. So break your bows, cut your bowstrings and strike your swords on stones. If people then come in to one of you, let him be like the better of Adam's two sons.

**Grade**　　: **Sahih** (Al-Albani)

**Reference**　　: Sunan Abi Dawud 4259
In-book reference : Book 37, Hadith 20
English translation : Book 36, Hadith 4246

*10:12 AM*

**Deleted Account**
**Found ittttt** *10:12 AM*

**Deleted Account**
**Alhamdulillah** *10:12 AM*

**Deleted Account**
And if two factions among the believers should fight, then make settlement between the two. But if one of them oppresses the other, then fight against the one

believers should fight, then make settlement between the two. But if one of them oppresses the other, then fight against the one that oppresses until it returns to the ordinance of Allah . And if it returns, then make settlement between them in justice and act justly. Indeed, Allah loves those who act justly.    *10:12 AM*

Deleted Account
**49:9**   *10:12 AM*

Deleted Account
Okay. Subhan'Allah. But what if both parties are wrong? *10:13 AM*

Deleted Account
**Exactly** *10:13 AM*

Deleted Account
That ayah made Abu stay up all night but ahrar and all them want to go to court    *10:14 AM*

Deleted Account
But hte refuses court

**D** both parties are wrong? *10:13 AM*

**D** Deleted Account
Exactly *10:13 AM*

**D** Deleted Account
That ayah made Abu stay up all night but ahrar and all them want to go to court *10:14 AM*

**D** Deleted Account
But hts refuses court *10:14 AM*

**D** Deleted Account
Yeah. What's the largest group? *10:14 AM*

Who all is fighting each other?
*10:14 AM* ✓✓

**D** Deleted Account
It makes me wonder due to jojo coming into idlib you know and if now hts has half jojo *10:15 AM*

**D** Deleted Account
> Deleted Account
> Yeah. What's the largest group?
It's ugh forgot the name *10:15 AM*

⌄

It's ugh forgot the name  *10:15 AM*

Deleted Account
It's new merger  *10:15 AM*

Deleted Account
From ahrar and others  *10:15 AM*

Deleted Account
| **A K**
| Who all is fighting each other?
All the groupd  *10:15 AM*

Hmmm that's an interesting thought... do you think jojo fighters are infiltrating HTS?  *10:16 AM ✓✓*

Deleted Account
| **Deleted Account**
| It's new merger
Okay Subhan'Allah. How did I miss that?!  *10:16 AM*

Deleted Account
Even hts got the turkistan group to fight with them  *10:16 AM*

Deleted Account
A K

Even hts got the turkistan group to fight with them    10:16 AM

**Deleted Account**

A K
Hmmm that's an interesting though...
Yes I do    10:16 AM

**Deleted Account**
But even before jojo infiltrated
10:16 AM

**Deleted Account**
Jolani    10:16 AM

**Deleted Account**
That's why    10:16 AM

**Deleted Account**
Months ago they were still causing trouble    10:16 AM

**Deleted Account**
This was last year    10:16 AM

**Deleted Account**
When jojo from raqqa came to idlib
10:17 AM

**Deleted Account**

**D** When jojo from raqqa came to
idlib                                    *10:17 AM*

**D** Deleted Account
Okay  *10:17 AM*

**D** Deleted Account
But jolani well Allāh knows best
                                    *10:17 AM*

**D** Deleted Account
I was about to slander him let me
hold my tongue          *10:17 AM*

**D** Deleted Account
Who is jolani? I know the two
possibilities but I'm terrible with
names. Is he the leader of jojo
                                    *10:18 AM*

**D** Deleted Account
What's the name of the leader of
hts                              *10:18 AM*

I think of HTS right?  *10:18 AM* ✓✓

**D** Deleted Account
Okay.  *10:18 AM*

Deleted Account

⌄

**D**   hold my tongue     *10:17 AM*

Deleted Account
Who is jolani? I know the two possibilities but I'm terrible with names. Is he the leader of jojo
*10:18 AM*

Deleted Account
What's the name of the leader of hts     *10:18 AM*

I think of HTS right? *10:18 AM* ✓✓

Deleted Account
Okay. *10:18 AM*

Deleted Account
Just making sure I knew who she was talking about     *10:19 AM*

I think he used to be of Jabhat Fath al Sham if I'm spelling that right *10:19 AM* ✓✓

Deleted Account
> **Deleted Account**
> Who is jolani? I know the two possi...
Jolani is leader of hts     *10:19 AM*

Deleted Account

> **Deleted Account**
> Who is jolani? I know the two possi...

Jolani is leader of hts    *10:19 AM*

**Deleted Account**
Yeah    *10:19 AM*

Maybe not HTS... Ameera knows way more than me!    *10:19 AM* ✓✓

**Deleted Account**
I know who    *10:19 AM*

**Deleted Account**
He broke away from adnani
*10:19 AM*

**Deleted Account**
I know who he is. Lol just names and faces    *10:20 AM*

**Deleted Account**
Ohhhh lol    *10:20 AM*

**Deleted Account**
I only know what Abu tells me
*10:20 AM*

**Deleted Account**

 
I only know what Abu tells me

*10:20 AM*

Deleted Account

Okay lol *10:20 AM*

Deleted Account

I stopped taking from these channels

*10:20 AM*

Deleted Account

Adnani is a scholar right? *10:20 AM*

Deleted Account

He also fights *10:20 AM*

Deleted Account

Bc I realized 98% are not even in S

*10:20 AM*

Deleted Account

> **Deleted Account**
> Adnani is a scholar right?

He died *10:21 AM*

Deleted Account

Names to faces again *10:21 AM*

Deleted Account

Leader of jojo *10:21 AM*