**Add Contact**                              ⊗



September 23

السلام عليكم ورحمة الله وبركاته  *10:29 PM*

وعليكم السلام ورحمة الله وبركاته  *11:48 PM* ✓

It's been a little hectic recently and
wanted to talk to you inshallah after
we figured some stuff out  *11:50 PM* ✓


2:07 PM

███████ back?? 2:43 PM ✓✓

Yes 2:50 PM

Alhamdullilah... how's school goin for him? 3:05 PM ✓✓

It's okay it seems in'shā'Allāh 3:08 PM

What's your weekend lookin like? 3:30 PM ✓✓

I have to watch a movie and answer questions, I have a paper to do over articles, and make up work for my job 9:40 PM

September 23

Yuck!  May Allah reward your efforts 4:19 PM ✓✓

Ameen. 4:20 PM ✓✓

Āmeen 10:29 PM

  

Ibn Qayyim:

"The five heart corrupters are:
excessive socializing, wishful thinking,
attachment to others besides Allaah,
eating to one's fill, and sleep."

[Madaarij as-Saalikeen, vol. 1, pp. 443-9]

👁 146   1:30 PM

September 23



👁 80   12:10 AM

**Islaamic Literature** 📚
🍃 A Precious Gem: Only the Heart
that is Founded on Monotheism Will
Comprehend the Precious Qualities
of Allāh🍃
.

Abandoning desires for the sake of
Allāh will rescue the servant from
the punishment of Allāh and will
guarantee one to obtain His mercy.
The precious qualities of Allāh, the



Unmute

  
guarantee one to obtain His mercy. The precious qualities of Allāh, the treasure of piety pleasure, longing for Him, joy, and the happiness found in being close to Him will never happen to the heart that cares for anyone or anything besides Allāh even if he was among the people of worship, piety, and knowledge. Allāh ﷻ refused to put His precious qualities into the heart that associates others with Him and whose intention is to follow other than Him. Instead He entrusts His precious qualities to the heart that considers poverty as wealth as long as it is close to Allāh, and wealth as poverty if it is not close to Allāh. It will consider honor as humiliation and humiliation as honor, as well as pleasure as punishment and punishment as pleasure. As a whole, the servant who possesses such a heart neither knows the meaning of life without Allāh nor the meaning of death, pain, sadness,



than Him. Instead He entrusts His precious qualities to the heart that considers poverty as wealth as long as it is close to Allāh, and wealth as poverty if it is not close to Allāh. It will consider honor as humiliation and humiliation as honor, as well as pleasure as punishment and punishment as pleasure. As a whole, the servant who possesses such a heart neither knows the meaning of life without Allāh nor the meaning of death, pain, sadness, grief, and distress that is associated with being far from Him. The pious servant will gain two kinds of Paradise: the Paradise of worldly life and the Paradise on the Day of Resurrection.

.

📚 Ibn al-Qayyīm, al-Fawâ'id

🌿 Follow & Share🌿
t.me/thepenandthesword

👁 81  12:10 AM

September 23

السلام عليكم ورحمة الله وبركاته　*10:29 PM*

وعليكم السلام ورحمة الله وبركاته　*11:48 PM* ✓✓

It's been a little hectic recently and wanted to talk to you inshallah after we figured some stuff out　*11:50 PM* ✓✓

September 24

Figured what out?　*7:29 AM*

I'm lost　*7:29 AM*

Haha sorry sis me and █████　*9:25 AM* ✓✓

I told ya the other day how stuff has been goin on and I would explain it to you soon inshallah... girl you're too busy 😂　*9:27 AM* ✓✓

What you mean?　*9:30 AM*

What's going on between you two?　*9:31 AM*

Message　　30s

I told ya the other day how stuff has been goin on and I would explain it to you soon inshallah... girl you're too busy 😂 *9:27 AM* ✓✓

What you mean? *9:30 AM*

What's going on between you two? *9:31 AM*

Is everything okay? *9:31 AM*

Alhamdullilah everything is good... just some big stuff and I dunno I don't wanna bother you I know you're at work.. want me to just text ya later? *11:20 AM* ✓✓

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓

You set the self-destruct timer to 30 seconds

Case 2:19-cr-00013   Document 422-11   Filed 06/23/22   Page 7 of 50 PageID #: 5118

Message 🕐 30s

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Just lemme know when no one else is around and you can talk inshallah
*11:43 AM* ✓✓

Where you moving to? *11:43 AM*

Message 🕐 30s 🎤

I | You | I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

So the other day ██████ and I (well ██████ did it for both of us) swore bayat to HTS *11:44 AM* ⓘ

Message                              🖊 30s   🎤

I'm free for an hour   *11:23 AM*

Yeahhh   *11:37 AM*

So the other day ████ and I (well You set ████ did it for both of us) swore bayat to HTS   *11:44 AM*

No   *11:44 AM*

Hts is no good   *11:44 AM*

Abu has told me way too many stories   *11:44 AM*

Message                                                      30s   🎤

I                        You                        I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

I'm free for an hour  11:23 AM

Yeahhh  11:37 AM

You set the self-destruct timer to 30 seconds

Abu has told me way too many stories
11:44 AM

Well we discussed HTS and AQ
11:45 AM

There are no known groups right now
11:45 AM

Message  30s

Add Contact ⊗

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Well we discussed HTS and AQ
*11:45 AM* ✓

There are no known groups right now
*11:45 AM*

And there's ahadīth about that also
*11:45 AM*

When this situation approaches
*11:45 AM*

📎 What do| 30s ⬆

do | I | you

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Add Contact  ⊗

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Well we discussed HTS and AQ
*11:45 AM* ✓✓

What do you mean? *11:45 AM* ✓✓

That when there's no known group then stay in your home *11:45 AM*

Message  ◔ 30s  🎤

| | You | I'm |

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

That when there's no known group
then stay in your home
*11:45 AM*

You set the self-destruct timer to 30 seconds

But in order to go over for him to fight
he had to pick a group to swear bayat
to
*11:46 AM* ✓

📎  | Message                    🕐 30s  🎤

Add Contact                              ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

But in order to go over for him to fight
he had to pick a group to swear bayat
to                                    *11:46 AM* ✓✓

No that's not true  *11:46 AM*

The borders are open right now
                    *11:46 AM*

📎  | Message |              ◔ 30s    🎤

| I | You | I'm |

| Q | W | E | R | T | Y | U | I | O | P |
| A | S | D | F | G | H | J | K | L |
| ⇧ | Z | X | C | V | B | N | M | ⌫ |
| 123 | 🌐 | 🎤 | space | return |

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

The borders are open right now

*11:46 AM*

250ds to enter 3500ds to leave

*11:47 AM*

Right, but the brother was saying that HTS and AQ were working together against   30s

the        him        a

q w e r t y u i o p

a s d f g h j k l

z x c v b n m

123  🎤  space  return

9:41 AM

Add Contact

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

250ds to enter 3500ds to leave

*11:47 AM*

Right, but the brother was saying that HTS and AQ were working together against 30s

the     him     a

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123    space    return

Add Contact ⊗

I'm free for an hour _11:23 AM_

Yeahhh _11:37 AM_ ✓✓

You set the self-destruct timer to 30 seconds

250ds to enter 3500ds to leave
_11:47 AM_

Right, but the brother was saying that HTS and AQ were working together against Assad _11:47 AM_ ✓✓

Mmmmm _11:47 AM_

📎 To| 30s ↑

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Right, but the brother was saying that HTS and AQ were working together against Assad  *11:47 AM* ✓✓

Mmmmm  *11:47 AM*

Don't believe everything you hear
*11:47 AM*

To enter and leave Syria?  *11:47 AM* ✓

Message  🕐 30s  🎤


Add Contact  ⊗

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Right, but the brother was saying that HTS and AQ were working together against Assad  *11:47 AM* ✓✓

Mmmmm  *11:47 AM*

Don't believe everything you hear
*11:47 AM*

To enter and leave Syria?  *11:47 AM* ✓

 T|   30s  

| I | You | I'm |

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

yeannn 11:37 AM ✓✓

You set the self-destruct timer to 30 seconds

Don't believe everything you hear

11:47 AM

To enter and leave Syria? 11:47 AM ✓

They made agreement with Turkey

11:47 AM

A K
To enter and leave Syria?
Yes 11:47 AM

Who made an agreeme 30s ↑

is | he | knows

q w e r t y u i o p

a s d f g h n k l

⇧ z x c v b m ⌫

123 🌐 🎤 space return

Add Contact                          ⊗

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

To enter and leave Syria?  *11:47 AM* ✓✓

Who made an agreement with Turkey??  *11:48 AM* ✓✓

Hts allied with Turkey  *11:48 AM*

And hts allowed Turkey to set up check points in S  *11:48 AM*

Message                    🕐 30s  🎤

I              You              I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123  🌐  🎤      space      return

Add Contact ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

And hts allowed Turkey to set up check points in S *11:48 AM*

Where did he find this person? *11:48 AM*

Well when we sent money last d 30s ↑

Night | Week | Year

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

**+1 (470) 310-5992**
online

Add Contact

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

And hts allowed Turkey to set up check points in S  *11:48 AM*

Where did he find this person?  *11:48 AM*

He needs to be careful  *11:49 AM*

Message                    30s

"AQ"          AQUARIU          QUATIC

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

And hts allowed Turkey to set up check points in S  *11:48 AM*

Where did he find this person?  *11:48 AM*

He needs to be careful  *11:49 AM*

Well when we sent money last Spring it went to AQ  *11:49 AM* 🕐

Message  30s 🎤

" AQU I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact  ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Where did he find this person?  *11:48 AM*

He needs to be careful  *11:49 AM*

Well when we sent money last Spring it went to AQ  *11:49 AM* ✓✓

Mmm not sure about that  *11:49 AM*

A trusted brother in |  30s  ↑

"I"  |  is

Q W E R T Y U I  L
A S D F G H J K
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return

Add Contact                              ⊗

I'm free for an hour   *11:23 AM*

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Mmm not sure about that   *11:49 AM*

Unless there's someone specifically
there with aq                *11:49 AM*

A trusted brother in London has a
connection he put ▮▮▮▮▮ in touch with
                              *11:49 AM* ⓘ



📎 |Message                        🕐 30s  🎤

Add Contact ⊗

ГеаПп 11:37 AM ✓✓

You set the self-destruct timer to 30 seconds

Unless there's someone specifically there with aq     11:49 AM

A trusted brother in London has a connection he put ███ in touch with     11:49 AM ✓✓

Be careful   11:50 AM

Message

🌀 30s   🎤

he     and     for

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact   ⊗

Unless there's someone specifically there with aq

*11:49 AM*

A trusted brother in London has a connection he put ▮ in touch with

*11:49 AM* ✓✓

Be careful *11:50 AM*

The brother Alaa put us in touch with was with AQ and got the money to them

*11:50 AM* 🕐

Message    🕐 30s 🎤

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM*

You set the self-destruct timer to 30 seconds

The brother Alaa put us in touch with was with AQ and got the money to them  *11:50 AM*

What ya mean?  *11:50 AM*

I think that brother is neutral  *11:50 AM*

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I think that brother is neutral *11:50 AM*

?? *11:50 AM* ✓

He was saying that AQ and HTS are f| 30s

"fg" | fightin | figure

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Add Contact                    ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

??  *11:50 AM* ✓✓

He was saying that AQ and HTS are fighting together  *11:51 AM* ✓✓

I'm unsure about that  *11:52 AM*

Bc they broke away last year  *11:53 AM*

Message                    ◔ 30s  🎤

| I | You | I'm |

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

⬆ | Z | X | C | V | B | N | M | ⌫

123 | 🌐 | 🎤 | space | return

Add Contact    ⊗

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Yeah publicly but not on the ground
*11:53 AM* ✓

Wait my intern is here *11:53 AM*

Ok *11:54 AM* ✓

Message    ◔ 30s   🎤

Add Contact ✕

Yeah publicly but not on the ground
11:53 AM ✓

Ok 11:54 AM ✓

I mean if the borders are open then we can just get over there and figure it out for ourselves when we're there inshallah, unless you have a good contact or something he can reach out to... otherwise we can just figure it once we get there
12:00 PM ✓

Message 🕐 30s 🎤

| I | You | am |

| Q | W | E | R | T | Y | U | I | O | P |
| A | S | D | F | G | H | J | K | L |
| ⇧ | Z | X | C | V | B | N | M | ⌫ |
| 123 | 🌐 | 🎤 | space | return |

Case 2:19-cr-00013   Document 422-11   Filed 06/23/22   Page 34 of 50 PageID #: 5145

Add Contact   ⊗

Big stuff? 11:23 AM

Like moving again? 11:23 AM

I'm free for an hour 11:23 AM

Yeahhh 11:37 AM ✓✓

You set the self-destruct timer to 30 seconds

Are you really going without a plan?

12:36 PM

███ is going ahead of me next weekend to London inshallah 12:57 PM ⓘ

📎   Message     ◔ 30s   🎤

You      I'm

| Q | W | E | R | T | Y | U | I | O | P |

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

█████ is going ahead of me next weekend to London inshallah *12:57 PM* ✓

Once he gets there and ensures everything is good he's gonna send for me to meet him there *12:59 PM* ✓

Inshallah *12:59 PM* ⓘ

Add Contact   ⊗

████ is going ahead of me next weekend to London inshallah  *12:57 PM* ✓

Once he gets there and ensures everything is good he's gonna send for me to meet him there  *12:59 PM* ✓

Inshallah  *12:59 PM* ✓

Do you think being flexible once we get there to kinda see how it is is a bad thing?  *1:10 PM* ⓘ

Message   🕐 30s   🎤

Add Contact ⊗

11:20 AM ✓✓

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

What you mean flexible *1:44 PM*

So he's leaving next week? *1:47 PM*

And what about you ? *1:47 PM*

Where did all this come from? *1:58 PM*

It came out of no where lol *1:58 PM*

Message     30s

I     you     I'm

Q W E R T Y U I O P

A S D F G H J K L

11:20 AM ✓✓

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

He's leaving next weekend...
We were waiting until after his aunt
passed
*2:21 PM* ✓

He's going to let me know when to
come to London inshallah *2:22 PM* ✓

This is what we've been saving up for
*2:22 PM* ✓

I meant like once we get to Syria, if
things with HTS aren't what they
should be then realign... or if in the
interim we find another group that's
better suited then align with them.
*2:24 PM* ✓

Message                    30s

Add Contact  ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

This is scaring me *2:28 PM*

Many people in london gets caught
*2:28 PM*

Is the brother a bengali? *2:28 PM*

Message  🕐 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

Add Contact ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

This is scaring me  *2:28 PM*

Many people in london gets caught
*2:28 PM*

Is the brother a bengali?  *2:28 PM*

I'm not sure I can find out..  *4:12 PM* ✓



Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I'm not sure I can find out.. *4:12 PM* ✓

Why do people in London get caught so frequently? Is it better to go through a different country? *4:13 PM* ✓

Message                    30s

I          you          I'm

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=    .    ,    ?    !    '    ⌫

ABC    🌐    space    return

Add Contact                                        ⓧ

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Because there's so many leaving
                              *4:19 PM*

And many pretend to be muslims and
turn them in
                              *4:20 PM*

That's why I'm asking  *4:20 PM*

Who is the brother  *4:20 PM*

L|                              🕐 30s  🎤



Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Let me ask him... he's already left for work so I will have to ask when he gets home inshallah *5:25 PM* ⓘ

Message  ◔ 30s  🎤

Add Contact   ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Okay in'shā'Allāh  *5:54 PM*

I just think everything is very aheeb
*5:54 PM*

Ajeeb***  *5:54 PM*

Like travelling in a group is huge no no
*5:55 PM*

Giving ba'yah is not a must  *5:55 PM*

And randomly a brother in London
*5:55 PM*

I fear for your safety  *5:55 PM*

Also if he is leaving next weekend for
safety reasons  *6:16 PM*

I need you to unfollow the telegram
channel in'shā'Allāh bc there are other
sisters on there too  *6:16 PM*

Message   30s

I need you to unfollow the telegram channel in'shā'Allāh bc there are other sisters on there too  6:16 PM

I need you to delete my name and number from your phone and all pictures and text messages  6:17 PM

I hope you understand why  6:17 PM

And do not take your phone and same for him  6:17 PM

You all need new phones and new numbers  6:17 PM

And the both of you need to contact no one!  6:18 PM

When I was planning my plan was to delete everyone 6 to 8 months before leaving and have no contact with anyone  6:18 PM

Bc one wrong move  6:18 PM

Message  🕒 30s

I hope you understand why *6:17 PM*

And do not take your phone and same for him *6:17 PM*

You all need new phones and new numbers *6:17 PM*

And the both of you need to contact no one! *6:18 PM*

When I was planning my plan was to delete everyone 6 to 8 months before leaving and have no contact with anyone *6:18 PM*

Bc one wrong move *6:18 PM*

May Allāh ﷻ protect you and your husband āmeen *6:19 PM*

You all will be in my du'ās *6:19 PM*

Only contact me when you arrive there in'shā'Allāh *6:19 PM*

No where else but there *6:19 PM*

Message                    30s

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I am not going to take this phone with me when I leave the states. *6:35 PM* ✓

I will ask about the brother inshallah... *6:35 PM* ⓘ

Message  ◔ 30s  🎤

Chats

Add Contact ⊗

You set the self-destruct timer to 30 seconds

I am not going to take this phone with me when I leave the states. 6:35 PM ✓✓

I will ask about the brother inshallah... 6:35 PM ✓✓

Oh yeah we're not going in a group... I am gonna delete everything, wipe and destroy my phone... I remember you saying you were gonna go... Like what should I take? As a woman? 6:41 PM ✓✓

Message 🕐 30s 🎤

| I | You | I'm |
|---|---|---|

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

work.. want me to just text ya later?
                                    11:20 AM ✓✓

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

They have everything you will need
there in'shā'Allāh
                          *6:41 PM*

📎   Ok... this i|              30s   ⬆

"t"          think          thought

q  w  e  r  t  y  u  i  o  p

a  s  d  f  g  h  j  k  l

⇧  z  x  c  v  b  n  m  ⌫

123  🌐  🎤    space    return