

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Ok... they told my husband to bring stuff like camping gear *6:42 PM* ✓

Like here I'll show you... *6:43 PM* ✓

Gimmie a sec inshallah *6:44 PM* ⓘ

Message 🕐 30s 🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

  


what's going on between you two?
9:31 AM

Is everything okay? 9:31 AM

Alhamdullilah everything is good... just some big stuff and I dunno I don't wanna bother you I know you're at work.. want me to just text ya later?
11:20 AM ✓✓

Big stuff? 11:23 AM

Like moving again? 11:23 AM

I'm free for an hour 11:23 AM

Yeahhh 11:37 AM ✓✓

You set the self-destruct timer to 30 seconds

Camping gear? 6:47 PM

Yeah true but you won't need if you have someone picking you up on the other side
6:48 PM

 Message 🕐 30s 

I  You I'm

Add Contact   ⊗

Is everything okay? *9:31 AM*

Alhamdullilah everything is good... just some big stuff and I dunno I don't wanna bother you I know you're at work.. want me to just text ya later?
*11:20 AM* ✓✓

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds



30s

6:49 PM 🕐

📎   Message   🕐 30s   🎤

Case 2:19-cr-00013   Document 422-12   Filed 06/23/22   Page 3 of 50 PageID #: 5164

Add Contact　　　　　　⊗

I'm free for an hour　*11:23 AM*

Yeahhh　*11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Will he wear it or pack it?　*6:50 PM*

And are you buying one way ticket or two way
　　　　　　　　　　　　　　　　*6:50 PM*

He will pack it... and two way, I remember what you told me　*6:50 PM* ✓✓

Two way ticket　*6:51 PM* ✓✓

Make it look like a vaca|　　30s　　↑

"v"　　　　　t　　　　　video

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Add Contact　　ⓧ

Yeahhh　*11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Make it look like a vacation　*6:51 PM* ✓✓

When he packs it don't make it obvious
*6:51 PM*

Bc they look at that stuff　*6:51 PM*

Be sure all your luggage will be searched
*6:51 PM*

Message　　◔ 30s 🎤

I　　You　　I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact ⓧ

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

When he packs it don't make it obvious
*6:51 PM*

Bc they look at that stuff *6:51 PM*

Be sure all your luggage will be searched
*6:51 PM*

Don't bring anything bait *6:51 PM*

📎 Message 🕐 30s 🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Case 2:19-cr-00013   Document 422-12   Filed 06/23/22   Page 6 of 50 PageID #: 5167

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Like?  *6:51 PM* ✓✓

Good two way ticket is best  *6:51 PM*

Sis they see camping gear going to T  *6:52 PM*

They will know something is up  *6:52 PM*

So|  30s

Add Contact ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

So how should we get it over there??
*6:52 PM* ✓✓

Especially those  Camouflage *6:52 PM*

📎 | Message     ◔ 30s   🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=   .   ,   ?   !   '   ⌫

ABC   🌐   🎤   space   return

Big stuff?  *11:23 AM*

Like moving again?  *11:23 AM*

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Especially those  Camouflage  *6:52 PM*

You can buy it there  *6:53 PM*

Very easy  *6:53 PM*

30s

I  You  I'm

q w e r t y u i o p

a s d f g h j k l

z x c v b n m

123  space  return

🔒 +1 (470) 310-5992
online

Add Contact ⊗

< Chats

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

You can buy it there *6:53 PM*

Very easy *6:53 PM*

I dunno what to do wth all this stuff we bought with our savings... *6:53 PM* ⓘ

I need to know how he's getting you across *6:53 PM*

Message 🕐 30s 🎤

you a

1 2 3 4 5 6 7 8 9 0

- / : ; ( ) $ & @ "

#+= . , ? ! ' ⌫

ABC 🌐 🎤 space return

Add Contact                                    ⊗

Yeahnn  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I dunno what to do wth all this stuff we bought with our savings...  *6:53 PM* ✓✓

I need to know how he's getting you across  *6:53 PM*

What are you taking?????  *6:53 PM*

I dunno I didn't ask that  *6:53 PM* ✓✓

I dunno!! That's why I was asking wh|                    30s   ⬆

"asking"

Add Contact  ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I need to know sis bc I need to trust these ppl with your life and right now I don't  *6:54 PM*

I dunno!! That's why I was asking what I was supposed to take... I didn't know if Abu told you stuff  *6:54 PM* ⏱

Message  30s  🎤

t  |  You  |  am

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

these ppl with your life and right now I don't

6:54 PM

I dunno!! That's why I was asking what I was supposed to take... I didn't know if Abu told you stuff

6:54 PM ✓✓

There's supposed to be a sister that is there who's gonna reach out to me but she hasn't yet

6:54 PM ✓✓

Just take normal every day travel stuff

6:54 PM

Message  30s  🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Add Contact ⊗

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Just take normal every day travel stuff
*6:54 PM*

There in london or S? *6:54 PM*

S *6:54 PM* ✓

Ajeeb *6:54 PM*

Very ajerb *6:55 PM*

Message    ◔ 30s 🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Add Contact    ⊗

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

S   *6:54 PM* ✓✓

Ajeeb   *6:55 PM*

How do I make sure it's all ok??

*6:55 PM* ✓✓

You should of asked me before you all planned

*6:55 PM*

📎   Message    ◷ 30s   🎤

| I | you | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact  ⊗

You set the self-destruct timer to 30 seconds

You should of asked me before you all planned
6:55 PM

This isn't a joke! 6:55 PM

I know too many ppl in jail 6:55 PM

Who I was very close to 6:55 PM

I know! I didn't want to weird you out or upset you with all you had going on
6:55 PM ⓘ

Message  🕐 30s  🎤

I | You | I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I know! I didn't want to weird you out or upset you with all you had going on
*6:55 PM* ✓✓

This is why we didn't have money here recently to help out
*6:56 PM* ✓✓

I was gonna talk to you about it when you came up
*6:56 PM* 🕐

📎 ⎸Message                    ◔ 30s  🎤

You                    m

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤    space    return

‹ Chats   🔒 **+1 (470) 310-5992**
online

**Add Contact**   ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Did you buy the tickets already?
*6:56 PM*

I know ▇▇▇▇ was supposed to buy his
*6:56 PM* ✓✓

He's going ahead without me to make sure everything is good  *6:57 PM* ✓

📎  Message   🕐 30s  🎤

You                     'm

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

⬆ | Z | X | C | V | B | N | M | ⌫

123 | 🌐 | 🎤 | space | return

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

And we will meet up in London or wherever he tells me *6:57 PM* ✓✓

When he comes back I need to know who *6:57 PM*

I know many ppl in UK *6:57 PM*

One is in jail *6:57 PM*

You thinkin they can check them 30s

"the"  the  them

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return



Add Contact  ✕

You set the self-destruct timer to 30 seconds

One is in jail  *6:57 PM*

You thinkin they can check them out?
*6:57 PM* ✓✓

Actually several are  *6:57 PM*

I may know him  *6:58 PM*

You mean the person in the U.K. is who you want me to find out about?
*6:58 PM* ⓘ

Message  🕐 30s  🎤

I          you          I'm

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=  .  ,  ?  !  '  ⌫

ABC  🌐  🎤  space  return

Add Contact      ⊗

You set the self-destruct timer to 30 seconds

You thinkin they can check them out?
6:57 PM ✓✓

Actually several are   6:57 PM

I may know him   6:58 PM

You mean the person in the U.K. is who you want me to find out about?
6:58 PM ✓✓

Yes to trust him   6:58 PM

📎   Message      🕐 30s   🎤

I      you      I'm

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=   .   ,   ?   !   '   ⌫

ABC   🌐   🎤   space   return

**Add Contact**  ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Yes to trust him  *6:58 PM*

And also how is he getting you two across  *6:58 PM*

Bc if he puts you in harm  *6:58 PM*

I will punch his face off  *6:58 PM*

📎  Ok I think the brother in the  *30s*  ⬆

the          your          my

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123 🌐 🎤 space return

Add Contact    ⊗

I'm free for an hour   *11:23 AM*

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I will punch his face off   *6:58 PM*

Ok I think the brother in the U.K. Is the one with the connections but I'll find out...
This is why I love you sis ❤️❤️❤️
*6:59 PM* ✓

This is why I was really going|   30s   ⬆️

"ho"    hoping    hot

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123 🌐 🎤 space return

Add Contact   ⊗

You set the self-destruct timer to 30 seconds

Ok I think the brother in the U.K. Is the one with the connections but I'll find out...
This is why I love you sis ❤️❤️❤️
6:59 PM ✓✓

This is why I was really wanting to see you in August... wanted to talk this through with you
6:59 PM ✓✓

I'm telling you listen   6:59 PM

📎  Message   🕐 30s   🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I'm telling you listen *6:59 PM*

Do not make any plans until I see you face to face *7:00 PM*

📎 Ok... | 30s ⬆

| I | so | I'm |

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

**Add Contact** ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Do not make any plans until I see you face to face
*7:00 PM*

Ok... when do you even have time sis
30s ⬆

"sis"     sister     sisters

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=    .    ,    ?    !    '    ⌫

ABC 🌐 🎤 space return

You set the self-destruct timer to 30 seconds

Ok... when do you even have time sis?!?
7:00 PM ✓✓

I had a dream 7:00 PM

About you 7:00 PM

Last week 7:00 PM

And now Subhan'Allāh I'm wondering about it
7:01 PM

What happe|　　　　　30s　　⬆

"W"　　　　What　　　　We

q w e r t y u i o p

a s d f g h n k l

⇧ z x c v b m ⌫

123 🌐 🎤 space return

Add Contact  ⊗

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

What happened? *7:01 PM* ✓✓

Can you give me til after the 8th when I get paid in'shā'Allāh *7:01 PM*

Message  🕐 30s  🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+= . , ? ! ' ⌫

ABC 🌐 🎤 space return

Add Contact                                    ⊗

Like moving again?  *11:23 AM*

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Can you give me til after the 8th when I get paid in'shā'Allāh
*7:01 PM*

Dreams have different meanings but in my dream you had kissed another man
*7:02 PM*

📎  Message                          ◔ 30s  🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

| #+= | . | , | ? | ! | ' | ⌫ |

| ABC | 🌐 | 🎤 | space | return |

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

So now I feel there's deception from someone in your life  *7:02 PM*

Do you think ▮▮▮▮ will shaheed and I have to remarry?  *7:02 PM* ✓✓

I didn't think the dream meant anything  *7:02 PM*

Message  🕐 30s  🎤

| I | You | I'm |

Add Contact ⊗

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

No *7:02 PM*

Oh *7:02 PM* ✓✓

I need to find someone who can interpret dreams *7:02 PM*

Message   🕐 30s   🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

🔒 +1 (470) 310-5992
online

‹ Chats

Add Contact　　　　ⓧ

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I need to find someone who can interpret dreams *7:02 PM*

Bc you were still married *7:03 PM*

Message　　　　◔ 30s　🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

11:20 AM ✓✓

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Bc you were still married *7:03 PM*

That is very ajeeb *7:03 PM* ✓

Message　　🕐 30s　🎤

I　　You　　I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

**Add Contact**    ⊗

That is very ajeeb   7:03 PM ✓✓

Yes it is   7:05 PM

And I'm like why is this girl in my dream
     7:05 PM



7:05 PM

📎 | Message     ◔ 30s   🎤

| I | You | I'm |

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

| ⇧ | Z | X | C | V | B | N | M | ⌫ |

Add Contact  ⊗



7:05 PM

Cause you're my girl that's why
7:05 PM ✓

7:05 PM 🕐

📎  Message  ⌨ 30s  ∧

تسنيم♡حلوش

    

    

    

Add Contact ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I don't dream about ppl though lol
*7:05 PM*

Oh wow 😳  *7:06 PM* ✓✓

Except for Abu sometimes  *7:06 PM*

Yeah  *7:06 PM*

📎 |                                    30s  ⬆

"I"          Ym          It's

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Add Contact   ⊗

Yeahhh  *11:37 AM* ✓✓



truct timer to 30 seconds

*7:06 PM*

Let me look at my calendar  *7:06 PM*

I think the 8th will work and ███ won't be here he|  30s  ↑

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I think the 8th will work and ██████ won't be here he'll be gone  *7:06 PM* ✓✓

Hey I can come up the 12th  *7:06 PM*

I don't want him to go with that brother yet  *7:07 PM*

Message   🕐 30s   🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

I'm free for an hour   *11:23 AM*

Yeahhh   *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

I don't want him to go with that brother yet   *7:07 PM*

Bc I know ppl   *7:07 PM*

Who I trust   *7:07 PM*

More than myself   *7:07 PM*

Message    ◔ 30s   🎤

| I | You | I'm |

Bc I know ppl  *7:07 PM*

Who I trust  *7:07 PM*

More than myself  *7:07 PM*



7:07 PM

Case 2:19-cr-00813   Document 422-12   Filed 06/23/22   Page 40 of 50 PageID #: 5201



7:07 PM

7:07 PM ✓

Message    30s ↑



"D"    Do    Did

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M ⌫

123 🌐 🎤 space return

< Chats    🔒 +1 (470) 310-5992
online

Add Contact   ⊗

7:07 PM

7:07 PM ✓

Should ███ just talk to your people??

7:08 PM ✓

Message    30s

I     you     I'm

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=   .   ,   ?   !   '   ⌫

ABC   🌐   space   return

🔒 +1 (470) 310-5992
online

‹ Chats

Add Contact  ⊗

7:07 PM ✓

Should ⬛ just talk to your people??
7:08 PM ✓

Yes  7:08 PM

Ugh I should smack the both of you
7:08 PM

Ok can they get us over there safely to S?
7:08 PM ⓘ

Message  ◔ 30s  🎤

I | you | I'm

1 2 3 4 5 6 7 8 9 0

- / : ; ( ) $ & @ "

#+= . , ? ! ' ⌫

ABC 🌐 🎤 space return

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Yes but remember this sister *7:09 PM*

If Allāh wills your hijrah He will allow it and make it easy for you *7:09 PM*

Message  ◔ 30s  🎤

| | | |
|---|---|---|
| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=  .  ,  ?  !  '  ⌫

ABC  🌐  🎤  space  return

Add Contact  ⊗

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

If Allāh wills your hijrah He will allow it and make it easy for you *7:09 PM*

However if it's not written sis just be prepared make du'ā pray tahajjuud *7:10 PM*

Fast *7:10 PM*

📎 Message ◐ 30s 🎤

I | you | I'm

1 2 3 4 5 6 7 8 9 0

- / : ; ( ) $ & @ "

#+= . , ? ! ' ⌫

ABC 🌐 🎤 space return


Add Contact                                      ⊗

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

You guys need to fast, increase dhikr, make du'ā, pray tahajjuud, pray istikarah
                                          *7:10 PM*

Pray sunnah prayers  *7:11 PM*

Yes and will continue to inshallah
                                  *7:11 PM* ✓

📎  ⎸Message                        ◔ 30s    🎙

|   t   |   You   |   m   |

| Q | W | E | R | T | Y | U | I | O | P |
| A | S | D | F | G | H | J | K | L |
| ⬆ | Z | X | C | V | B | N | M | ⌫ |
| 123 | 🌐 | 🎙 | space | return |

I'm free for an hour  *11:23 AM*

Yeahhh  *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

Yes and will continue to inshallah
*7:11 PM* ✓

I will talk to ███ tomorrow when he
gets home inshallah
*7:11 PM* ✓

In'shā'allāh  *7:12 PM*

Sis I am extremely worried about your
safety
*7:13 PM*

And the people helping you two  *7:13 PM*

If I don't know them or if my friends
don't know them then no good  *7:13 PM*

Looool that sounds bad  *7:13 PM*

📎 │Message  🕐 30s  🎤

I   You   I'm

Q W E R T Y U I O P

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

This is why I wanted to talk to you... you are far more knowledgeable than I am on this stuff *7:14 PM* ✓

Message  🕐 30s  🎤

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return

Big stuff? *11:23 AM*

Like moving again? *11:23 AM*

I'm free for an hour *11:23 AM*

Yeahhh *11:37 AM* ✓✓

You set the self-destruct timer to 30 seconds

My question is how did your husband meet someone in london if he's not on social media *7:16 PM*

📎 This is a friend on his family on|30s ↑

the | a | his

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

Add Contact  ⊗

This is a friend on his family on his Pakistani side          7:17 PM ✓✓


7:18 PM

Is he trustworthy  7:18 PM

I'd|          30s  ↑

"I"          I'm          It's