

Today 9:27 PM

Wrote you back sis on TG private

No you didn't

Yeah I did lemme try again

I wrote you again

It's not sending I haven't received anything

Text Message

Ok          Yeah          No

private

No you didn't

Yeah I did lemme try again

I wrote you again

It's not sending I haven't received anything

I will open another chat in'shā'Allāh

Text Message

Ok          Yeah          No

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123          space          return

9:41 AM

Ameera

No you didn't

Yeah I did lemme try again

I wrote you again

It's not sending I haven't received anything

I will open another chat in'shā'Allāh

Ok inshallah

Text Message

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123 space return

  

 

stress and guide her. Ameen.
1500 total a month or total?   *1:38 PM* ✓✓

1500ds is total for the lawyer   *3:08 PM*

😳 I thought they only got paid if they
got the task accomplished kinda thing
*4:40 PM* ✓✓

Well no lol   *4:55 PM*

There's always a down payment
*4:55 PM*

September 30

That seems ridiculous... so how much
does she have to pay this guy in total?
*12:33 AM* ✓✓

لا شيء
1500ds is total for the lawyer
This^^           *9:10 AM*

Her down payment was the 800ds I
gave her           *9:10 AM*

Did you get my message?   *10:18 PM* ✓

Add Contact      Report Spam    ⊗

September 30

السلام عليكم ورحمة الله وبركاته *10:18 PM*

Message

I      You      I'm

Q W E R T Y U I O P

Case 2:19-cr-00013   Document 422-13   Filed 06/23/22   Page 5 of 50 PageID #: 5216



**لا شيء**
Try the new chat

Add Contact     Report Spam     ✕



September 30

السلام عليكم ورحمة الله وبركاته *10:18 PM*

Ok did this come through? *10:19 PM* ✓

Message

  
1500ds is total for the lawyer  *3:08 PM*

😳 I thought they only got paid if they got the task accomplished kinda thing
*4:40 PM* ✓✓

Well no lol  *4:55 PM*

There's always a down payment
*4:55 PM*

September 30

That seems ridiculous... so how much does she have to pay this guy in total?
*12:33 AM* ✓✓

لا شيء
1500ds is total for the lawyer
This^^
*9:10 AM*

Her down payment was the 800ds I gave her
*9:10 AM*

Did you get my message?  *10:18 PM* ✓✓

Unread Messages

Try the new chat  *10:19 PM*

Case 2:19-cr-00013   Document 422-13   Filed 06/23/22   Page 7 of 50 PageID #: 5218

Message

Add Contact     Report Spam     ⊗

September 30

السلام عليكم ورحمة الله وبركاته    *10:18 PM*

Ok did this come through?   *10:19 PM* ✓✓

Yes   *10:19 PM*

| Message | | 🖼 ⏱ 🎤 |

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

Add Contact          Report Spam          ⊗

السلام عليكم ورحمة الله وبركاته   *10:18 PM*

Ok did this come through?   *10:19 PM* ✓✓

Yes   *10:19 PM*

Alhamdullilah   *10:19 PM* ✓✓

That was ajeeb   *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Yes... it's happened before   *10:19 PM* ✓✓

Add Contact          Report Spam          ⊗

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Yes... it's happened before  *10:19 PM* ✓✓

I don't get the tech stuff though
*10:19 PM* ✓✓

So I spoke with the individual  *10:20 PM*

Ok  *10:20 PM* ✓✓

There is no work  *10:20 PM*

‹ Chats

Add Contact          Report Spam          ⊗

Ok  *10:20 PM* ✓✓

There is no work  *10:20 PM*

There is no jhd right noe  *10:20 PM*

Now**  *10:20 PM*

They're in a peace treaty  *10:20 PM*

Also the one from hts, it is a lie  *10:20 PM*

You don't give ba'yah to come  *10:21 PM*

Message  ⊙ 1m  🎤

I          You          I'm

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 🌐 🎤 space return

Add Contact          Report Spam          ⊗

That was ajeeb   *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Now**   *10:20 PM*

They're in a peace treaty   *10:20 PM*

Also the one from hts, it is a lie   *10:20 PM*

You don't give ba'yah to come   *10:21 PM*

I only know what ▮▮▮▮ told me
*10:21 PM* ⓘ

Yes *10:19 PM*

Alhamdullilah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

I only know what ███████ told me
*10:21 PM* ✓

So they can't help us? *10:21 PM* ✓

No one will help unless you have work
*10:22 PM*

Message          🕐 1m          🎤

| I | you | I'm |

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return



I only know what ████ told me
10:21 PM ✓✓

So they can't help us? 10:21 PM ✓✓

No one will help unless you have work
10:22 PM

What do you mean unless we have work?
10:22 PM ✓✓

They don't need anyone else to support
10:22 PM

Message    1m

I    you    I'm

< Chats

**Add Contact**   **Report Spam**   ⊗

So they can't help us? 10:21 PM ✓✓

No one will help unless you have work
10:22 PM

What do you mean unless we have work? 10:22 PM ✓✓

They don't need anyone else to support
10:22 PM

There is no work right noe 10:22 PM

Now* 10:22 PM

Message                    🕐 1m   🎤

| I | you | I'm |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
| - | / | : | ; | ( | ) | $ | & | @ | " |
| #+= | . | , | ? | ! | ' | ⌫ |

ABC  🌐  🎤  space  return

Add Contact          Report Spam          ⊗

set the self-destruct timer to 1 minute لا شيء

There is no work right noe  *10:22 PM*

Now*  *10:22 PM*

And what ppl work is less than 5ds a
day                          *10:22 PM*

They don't want ppl coming unless the
have plans                   *10:23 PM*

What are your plans  *10:23 PM*

📎    P|                      ◔ 1m    🎤

| I | You | I'm |

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤  space  return

Add Contact  Report Spam  ⊗

set the self-destruct timer to 1 minute لا شيء

What are your plans *10:23 PM*

Plans for what we will do there or what do you mean? *10:23 PM* ✓✓

Yes what are your plans for hijrah and what will you do there *10:24 PM*

No one is fighting *10:24 PM*

They're in a peace treaty *10:24 PM*

📎 | Message ◔ 1m 🎤

| I | you | what |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

| #+= | . | , | ? | ! | ' | ⌫ |

| ABC | 🌐 | 🎤 | space | return |

They're in a peace treaty  *10:24 PM*



1m

*10:24 PM*

Well ▮▮▮▮ can support physically in many ways, he's really strong. So if the jihad is|  1m

But my question is my friend and her husband are wanting to go there now

10:20 AM ✓✓

Do you know anyone who can help them in'shā'Allāh

10:20 AM ✓✓

She can find me a house in'shā'Allāh

10:20 AM ✓✓

Lol 10:20 AM ✓✓

**لا شيء**
But my question is my friend and her husb...

What's there intentions

10:21 AM

There is no work 10:21 AM

No jihad 10:21 AM

Mashallah 10:21 AM

Really???? 10:21 AM ✓✓

Whattt 10:21 AM ✓✓

Mabrukkk 10:21 AM

Message

But my question is my friend and her husb...

What's there intentions

10:21 AM

There is no work 10:21 AM

No jihad 10:21 AM

Mashallah 10:21 AM

Really???? 10:21 AM ✓✓

Whattt 10:21 AM ✓✓

Mabrukkk 10:21 AM

**Unread Messages** ⌄

لا شيء

Really????

There's a peace treaty now 10:22 AM

Allah knows best but I think jihad is finished for now 10:22 AM

As in fighting 10:22 AM

But still there is ribat 10:22 AM

Message

Anyone can come in they don't have to
make ba'yah before they come :/

10:28 AM ✓✓

> لا شيء
> Supposedly some hts member told him h...

HAHAHAHHAHA

11:52 AM

That is defently not correct   11:52 AM

Anyone who asks you to give bayah
you must avoid completely   11:52 AM

Total nonsense   11:52 AM

EXACTLY   11:54 AM ✓

Very ajeeb   11:54 AM ✓

11:54 AM ✓

Message

Add Contact     Report Spam   ⊗



10:24 PM

9s

10:25 PM

Only ribat is what they do   *10:25 PM*

If that   *10:25 PM*

Bc T are on the borders too with observations   *10:25 PM*

Well ███ can support physically in many ways, he's really strong. So if the jihad is that for now then that's what he will likely do... I haven't been privy to their conversations...   *10:26 PM* ✓✓

Add Contact　　Report Spam　⊗

السلام عليكم ورحمة الله وبركاته  *10:18 PM*

Ok did this come through?  *10:19 PM* ✓✓

Yes  *10:19 PM*

Alhamdullilah  *10:19 PM* ✓✓

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Only ribat is what they do  *10:25 PM*

If that  *10:25 PM*

Bc T are on the borders too with
observations  *10:25 PM*

Well ▇▇▇ can support physically in
many ways, he's really strong. So if
the jihad is that for now then that's
what he will likely do... I haven't been
privy to their conversations...  *10:26 PM* ✓✓

There is no jihad  *10:26 PM*

📎　　Message　　⏱ 1m　🎤

Add Contact          Report Spam          ⊗

There is no jihad  *10:26 PM*

That's what I'm saying  *10:26 PM*

Well if it's building/rebuilding, whatever he must do he will... Doesn't that seem strange to you that there is no jihad??  *10:27 PM* ✓✓

I understand where these individuals are coming from they don't want you all hurt or homeless or without work  *10:27 PM*

Message                    ◔ 1m   🎤

I          you          I'm

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

| - | / | : | ; | ( | ) | $ | & | @ | " |

#+=    .    ,    ?    !    '    ⌫

ABC    🌐    🎤    space    return

Add Contact     Report Spam    ⊗

I understand where these individuals are coming from they don't want you all hurt or homeless or without work
*10:27 PM*

There hasn't been *10:27 PM*

Well we don't want that either
*10:27 PM* ✓

Even when I spoke to Abu *10:27 PM*

He said no one is fighting *10:27 PM*



📎   Message     ◔ 1m   🎤

I     You     I'm

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return

are coming from they don't want you all hurt or homeless or without work

*10:27 PM*

There hasn't been *10:27 PM*

Well we don't want that either

*10:27 PM* ✓

Even when I spoke to Abu *10:27 PM*

He said no one is fighting *10:27 PM*

He didn't know what will happen

*10:28 PM*



Well we don't want that either
10:27 PM ✓

Even when I spoke to Abu  10:27 PM

He said no one is fighting  10:27 PM

He didn't know what will happen
10:28 PM

Bc if you all go and there's no work or houses
10:28 PM

That means those people will have to support you
10:28 PM

Message  🕐 1m  🎤

| I | You | I'm |

Well we don't want that either
10:27 PM ✓

Bc if you all go and there's no work or houses
10:28 PM

That means those people will have to support you
10:28 PM

They already have issues now with charity there
10:28 PM

They recommend find a job before entering
10:29 PM

And a place to stay 10:29 PM

Message 🕐 1m 🎤

I | You | I'm

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤 space return

set the self-destruct timer to 1 minute لا شيء

They already have issues now with
charity there
10:28 PM

Well we don't want that either
10:27 PM ✓✓

They recommend find a job before
entering
10:29 PM

And a place to stay  10:29 PM

I will have to ask ████ about all of
this...
10:29 PM ✓✓

And to make sure it's legit  10:29 PM

Message                                    🕐 1m  🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

< Chats

Well we don't want that either
10:27 PM ✓✓

I will have to ask ██████ about all of this...
10:29 PM ✓✓

And to make sure it's legit  10:29 PM

Bc whatever that hts individual said to him is a complete lie
10:30 PM

Which I already told you that lol
10:30 PM

Khayr in'shā'Allāh  10:30 PM

Message  ⏲ 1m

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M

123  🌐  space  return

Alhamdullilah  *10:19 PM* ✓✓

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

I know some people make 50ds a month some make 100ds a month and others don't even get paid for 2 or 3 months  *10:31 PM*

I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that jf  *1m*

"j"          I          just

q w e f y u i o p

a s d g h j k l

⇧ z x c v b n m ⌫

123 🌐 🎤 space return

others don't even get paid for 2 or 3 months
*10:31 PM*

Make sure in'shā'Allāh your husband is checking in to all that
*10:31 PM*

I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that if we don't it's on us that we didn't... and this has been our plan, and his obligation
*10:31 PM* ⓘ

Message  ◔ 1m  🎤

You          I'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return


checking in to all that    *10:31 PM*

I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that if we don't it's on us that we didn't... and this has been our plan, and his obligation    *10:31 PM* ✓✓

Why doesn't alaa go?    *10:32 PM*

Message    🕙 1m ⬆️

"May"     Maybe     Mayoral

Q W E R T Y U I O P
A S D F G H J K L
⬆️ Z X C V B N M ⌫
123 🌐 🎤 space return

I will have to ask him about this inshallah... I just know that we have been planning to go after his aunt died... even Alaa said to me that if you can go we should go and that if we don't it's on us that we didn't... and this has been our plan, and his obligation

10:31 PM ✓✓

Why doesn't alaa go? *10:32 PM*

🙋‍♀️ I haven't talked to her since her weird freak out back in May *10:32 PM* ⓘ

Message 1m

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

🙆 I haven't talked to her since her weird freak out back in May  *10:32 PM* ✓✓

She told you guys to go?  *10:33 PM*

Have you thought about Afghanistan?
*10:33 PM*

They're still fighting there  *10:33 PM*

Message

🕐 1m  ⬆

"yes"    yesterday    yessss

| Q | W | E | R | T | Y | U | I | O | P |

| A | S | D | F | G | H | J | K | L |

⬆ | Z | X | C | V | B | N | M | ⌫

123 | 🌐 | 🎤 | space | return

🙆‍♀️ I haven't talked to her since her weird freak out back in May  *10:32 PM* ✓✓

She told you guys to go?  *10:33 PM*

Have you thought about Afghanistan?
*10:33 PM*

They're still fighting there  *10:33 PM*

Yes... she told us to talk to the guy we sent money to about it

We have yes  *10:33 PM* ✓

Message   🕐 1m  🎤

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Yes... she told us to talk to the guy we sent money to about it

We have yes  *10:33 PM* ✓✓

The indian in syria ?  *10:34 PM*

I'm not sure his ethnicity but yes
*10:34 PM* ✓✓

I don't remember his telegram channel
*10:34 PM*

Message  🕐 1m  🎤

| I | You | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

set the self-destruct timer to 1 minute لا شيء

I don't remember his telegram channel
10:34 PM

But he doesn't support hts  10:35 PM

He does, and AQ  10:35 PM ✓✓

Hmmmmm  10:35 PM

He was more connected with AQ
10:35 PM ✓✓

That's who we sent the money to last Spring... and they talked the other day about the travel, I dunno the details t

1m

Alhamdulillah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

He was more connected with AQ
*10:35 PM* ✓✓

Are you sure you actually speaking with that brother? *10:36 PM*

That's who we sent the money to last Spring... and ███ and he talked the other day about the travel, I dunno the details though *10:36 PM* ✓✓

Message      1m

| I | You | I'm |

Alhamdulillah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

That's who we sent the money to last Spring... and ████ and he talked the other day about the travel, I dunno the details though *10:36 PM* ✓✓

India in Syria sah? That brother? *10:36 PM*

████ talked to the guy Alaa put us in touch with *10:37 PM* ✓✓

Message                    🕐 1m    🎤

India in Syria sah? That brother?
*10:36 PM*

█████ talked to the guy Alaa put us in touch with
*10:37 PM* ✓✓



*10:37 PM*

This one? *10:37 PM*

25s

10:37 PM

This one? *10:37 PM*

No *10:37 PM* ✓

Al saqah? *10:38 PM*

But ▮▮▮ and he talked | 1m

"talked"     talke     talker

q w e r t y u i o p

a s d f g h j k l

z x c v b n m

123 🌐 space return



**Syria through Indian eyes**

278 subscribers



ⓘ A Travelogue of an Indian in War-Torn Syria

Tamil : @IndianInSyriaTamil

Twitter @ indian_insyria
Facebook @ IndianInSyria
Instagram @ indianin_syria

Telegram chat @IndianInSham

@indianinsyria
t.me/indianinsyria

☰ Notifications                    Default (On)

Shared Media                        466

Alhamdullilah  *10:19 PM* ✓✓

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

No  *10:37 PM* ✓✓

Al saqah?  *10:38 PM*

Al sadqah**  *10:38 PM*

But ▮▮▮▮ and he talked the other day but I told ▮▮▮▮ you had better contacts  *10:38 PM* ✓

📎  Message  ◔ 1m  🎤

you          'm

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

No  *10:37 PM* ✓✓

Al saqah?  *10:38 PM*

Al sadqah**  *10:38 PM*

But ███ and he talked the other day but I told ███ you had better contacts  *10:38 PM* ✓✓

Or people you said you really trusted  *10:38 PM* ✓

Message  ⏲ 1m  🎤

"tr          You          I'm

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123  🌐  🎤  space  return

September 30

السلام عليكم ورحمة الله وبركاته  *10:18 PM*

Ok did this come through?  *10:19 PM* ✓✓

Yes  *10:19 PM*

Alhamdullilah  *10:19 PM* ✓✓

That was ajeeb  *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

But ▮▮▮ and he talked the other day
but I told ▮▮▮ you had better
contacts
*10:38 PM* ✓✓

Or people you said you really trusted
*10:38 PM* ✓✓

Yeah and I do really trust them  *10:39 PM*

Case 2:19-cr-00013  Document 422-13  Filed 06/23/22  Page 46 of 50 PageID #: 5257

Message  🕐 1m  🎤

Yes *10:19 PM*

Alhamdullilah *10:19 PM* ✓✓

That was ajeeb *10:19 PM*

set the self-destruct timer to 1 minute لا شيء

Were they the people that were gonna help you go over?? You trust them at that level?
Cause I just wanna make sure we are doing the right thing, and I know ███ does too... *10:40 PM* ⓘ

set the self-destruct timer to 1 minute لا شيء

> Were they the people that were gonna help you go over?? You trust them at that level?
> Cause I just wanna make sure we are doing the right thing, and I know ▮ does too...
>                                    10:40 PM ✓✓

Yes  10:41 PM

> I'll ask ▮... should he just talk to them? I don't wanna put you in the middle on stuff
>                                    10:41 PM ⓘ

Message                          🕐 1m  🎤

You                Im

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return

set the self-destruct timer to 1 minute لا شيء

I'll ask ████... should he just talk to them? I don't wanna put you in the middle on stuff
10:41 PM ✓✓

I feel bad because I feel like you do so much for me already
10:42 PM ✓✓

Mmm they already said they won't help bc they don't know intentions
10:42 PM

What do you mean intentions?
10:42 PM ✓

Message   1m

| I | You | I'm |

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M

123   🌐   space   return

Alhamdulillah　*10:19 PM* ✓✓

That was ajeeb　*10:19 PM*

set the self-destruct timer to 1 minute لا شيء

What do you mean intentions?
*10:42 PM* ✓✓

Like I said before your alls plans
*10:43 PM*

Work housing etc...　*10:43 PM*

Ohhh ok　*10:43 PM* ✓

I'll have to ask ████...　*10:44 PM* ✓

Message　　　🕐 1m　🎤

| I | you | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123 🌐 🎤 space return