October 2

وعليكم السلام ورحمة الله وبركاته  9:19 AM

Did she message you back  9:19 AM

It's very ajeeb she only sent one message and it was a very bait message too!  9:20 AM

> I haven't responded to her yet 😖 I was thinking of asking her what all I should bring, other than the google cards, what to expect when we get there, are we staying with them or their family (were supposed to live with them for a little while but I want to make sure it doesn't get lost in translation), what the routine is like now, etc.... I dunno what do you think???  9:27 AM ✓✓

I think it's bait  9:35 AM

Lol  9:35 AM



> They're his contact. ▇▇▇ said they are very trusted and have done this before (I think he's getting frustrated with me and feels like I'm questioning him)... ok is this the person that can help get us over??? Or who is this?
> 10:41 AM

Just message him  11:00 AM

> He's going to want to know why he should do this... I wont know what to tell him
> 11:01 AM

> Like for what purpose ya know
> 11:01 AM

If you have someone to help you then forget it  11:02 AM

Khaloss  11:02 AM

Very suspicious  11:02 AM

> We do have someone, but what will this person serve as that's all... I me if he's someone you trust to help us

> this person serve as that's all... I mean if he's someone you trust to help us get over then I can go to ▉▉▉ with that... and I'll let ▉▉▉ determine things from there  11:03 AM ✓✓

Na forget it  11:04 AM

Everything is too suspicious  11:04 AM

> Ok I'm confused  11:04 AM ✓✓

And I don't want to discuss this anymore  11:04 AM

> Ok sis I didn't mean to upset you...  11:04 AM ✓✓

Khayr in'shā'Allāh  11:04 AM

> I just don't have anyone to talk to about this stuff and you've always been that person  11:04 AM ✓✓

I don't want to be involved anymore  11:04 AM



**I don't want to be involved anymore**
11:04 AM

I'm really sorry 😞 11:04 AM ✓✓

**I don't like suspicious ppl** 11:05 AM

I don't either and I'm scared... this is a big deal as you've told me... I did not mean to offend you I know you're just trying to help and you're looking out for me and I'm sorry
11:08 AM ✓✓

I'm not suspicious of you I hope you don't feel that way... I trust you which is why I turned to you about this... I just didn't know who this person was and for me to ask ▇▇▇ to reach out to them, I just wanted to know what to tell him
11:10 AM ✓✓

You are my most trusted friend... when I asked ▇▇▇ if I could talk to

until he sent for me to meet up with him, he said I could talk to you and only you... I would never mean to offend you sis 😞   11:11 AM ✓✓

Khayr in'shā'Allāh   11:28 AM

Let's not speak about this anymore   11:28 AM

And you can use Google translate to translate her messages don't get eeman involved either   11:28 AM

Ok.... and yeah Google translate messed up the message really bad to where it didn't make sense   11:37 AM ✓

She just told me if I ever needed anything I could ask... I didn't mean to upset you and inshallah I didn't upset Eman...   11:38 AM ✓

If you say it seems ajeeb, I trust you and I'll ask Yusuf to reach out to that brother... I'm really sorry sis...   11:40 AM ✓