**Pinned message**
Assalam alakium wa rahmutalhi wa barakatu  Right now there is an influx of refugees mov

June 1, 2018

**The Merciful Hands**
Bismiallah

Assalam alakium wa rahmutalhi wa barakatu

1. There is a brother who has a family. He recently got Into a bike accident and his whole bike is damaged.

Alhamdiallah his family was with him he just broke his foot alhamdiallah but doesn't have money to buy another bike.

The brother doesnt have money to purchase a bike and he needs one to go to work everyday, without it he is in a bad situation.

Eventually without a bike he might not have work and he has no one to help him.

The brother asked if i could ask for help on my page. We gave him what we could but it's not nearly enough for a bike.

the brother is still in need and with bills and paying for food and a family. things are tough.

So if anyone can help this ramadan to help this brother get a new bike may Allah reward you.

With only half of ramadan left let's make it count and give as much donations as we can.

This brother is in serious need and also the families we help.

So please contribute to our foundation so that we can continue to

So please contribute to our foundation so that we can continue to help those that ask us for help.

2. A brother came from a distant land alone and has been here for over 5 years he is a revert so his family is against helping him.

The brother has a wife and children and needs help with everything finacially we support those in need as much as we can.

but our contribution can only continue when you continue to help us.

Let's make the end of this ramadan count and donate as much as we can to those who came to serve the ummah.

They came to serve the ummah for the sake of Allah let us serve them with help for helping to defend this ummah.

Jazakallah Khair

To donate and contribute to out foundation please message us on.

-------------------------------------------------------
Türkçe

Bismillah

Selam aleykum ve rahmetullahi ve bereketu

1. Ailesi olan bir kardeş var. Son zamanlarda bir bisiklet kazası geçirdi ve tüm bisikleti hasar gördü.

Elhamdulillah ailesi onunla birlikte sadece alhamdulillah ayağını kırdı

Kardeşin bir bisiklet satın almak için parası yok ve her gün işe gitmek için ihtiyacı var, onsuz kötü bir durumda.

Sonunda bir bisiklet olmadan iş sahibi olmayabilir ve ona yardım edecek kimse yoktur.

Kardeşin, sayfamda yardım isteyip istemediğimi sordu. Ona ne yapabileceğimizi verdik ama bir bisiklet için neredeyse yeterli değil.

Kardeşin hala ihtiyacı olan ve faturaları olan ve yiyecek ve aile için ödeme yapıyor. işler zor.

Yani bu ramazanın bu kardeşe yardım etmesine yardım edebilecekse, bu kardeşin yeni bir bisiklet alması için Allah sizi ödüllendirebilir.

Sadece ramazan yarısı kaldı, saymaya ve yapabildiğimiz kadar bağışta bulunmasına izin verelim.

Bu kardeşin ciddi ihtiyacı ve yardım ettiğimiz aileler var.

Öyleyse yardım için bize yardım edenlere yardım etmeye devam edebilmemiz için lütfen vakfımıza katkıda bulunun.

2. Bir kardeş daha var uzaktan bir ülkeden geldi ve 5 yıldan uzun bir süredir burada, ailesinden kendisi iman etti bu yüzden ailesi ona yardım etmeye karşı.

Kardeşin bir karısı ve çocukları var ve her şeyle ilgili yardıma ihtiyacı var. İhtiyacı olanları olabildiğince destekliyoruz.

ama bizim katkımız sadece bize yardım etmeye devam ettiğinizde devam edebilir.

Bu ra
gelenlere mümkün olduğu kadar bağışta bulunalım.

Allah uğruna ümmete hizmet etmeye geldiler, bu ümmeti
savunmaya yardım ettikleri için onlara yardım edelim.

CezakAllahu hair

Vakfımızı bağışlamak ve katkıda bulunmak için lütfen bize mesaj
atın.



 👁 672   edited 11:39 AM

**The Merciful Hands**
Bismiallah

Assalam alakium wa rahmutalhi wa barakatu

1. There is a brother who has a family. He recently got Into a bike
accident and his whole bike is damaged.

Alhamdiallah his family was with him he just broke his foot
alhamdiallah but doesn't have money to buy another bike.

The brother doesnt have money to purchase a bike and he needs
one to go to work everyday, without it he is in a bad situation.

Eventually without a bike he might not have work and he has no
one to help him.

The brother asked if i could ask for help on my page. We gave him
what we could but it's not nearly enough for a bike.

the brother is still in need and with bills and paying for food and a
family. things are tough.

So if anyone can help this ramadan to help this brother get a new
bike may Allah reward you.

With only half of ramadan left let's make it count and give as

With only half of ramadan left let's make it count and give as much donations as we can.

This brother is in serious need and also the families we help.

So please contribute to our foundation so that we can continue to help those that ask us for help.


2. A brother came from a distant land alone and has been here for over 5 years he is a revert so his family is against helping him.

The brother has a wife and children and needs help with everything finacially we support those in need as much as we can.

but our contribution can only continue when you continue to help us.

Let's make the end of this ramadan count and donate as much as we can to those who came to serve the ummah.

They came to serve the ummah for the sake of Allah let us serve them with help for helping to defend this ummah.

Jazakallah Khair

To donate and contribute to out foundation please message us on.



--------------------------------------------------------

Arabic ( عربي)


بسم الله

السلام عليكم ورحمة الله وبركاته

1. هناك اخ لديه عائلة

1. هناك اخ لديه عائلة
منذ قريب صار معه حادث موتور الذي اد الى تعطيل موتوره

الحمد لله كان معه عائلته حينها ولكن لم يصبهم شاءً والاخ اصاب بكسر في رجله فقط ولكن الآن ليس لديه من المال حتى يشتري موتورا جديدا وهو يحتاج الى ذلك حتى يذهب الى عمله يوميا فبدونه هو في موقف صعب

اذا طاول عليه الوقت لربما يفصل من عمله وليس هناك من يساعده

فالان طلب مني ان اطلب له المساعدة هنا على قناتي
اعطيناه ما استطعنا ولكن لا يقارب ثمن الموتور

بدون ذلك الاخ بحاجة مع مصروف العائلة حالته صعبة

فان كان هناك في هذا الرمضان من يساعد هذا الاخ حتى يشتري موتورا جديدا فجزاكم الله خيرا

مع تبقى الى النصف الاخير من رمضان فالنستغل ونكسب الوقت ونجتهد في التبرعات ما نستطيع

الاخ باقصى حاجة كحالة سائر العائلات الذين نداعمهم

لذلك نرجو منكم التبرع لجميعتنا كي نستمر في مساعدة من يطالبها منا

2. هناك اخ اتى فردا من بلد بعيد من قبل اكثر من خمس سنوات والاخ كان على غير دين قبل ما اسلم فاهله معارض له ولا يساعده بشي

الاخ متزوج ولديه اطفال ويحتاج الى الدعم المادي من كل النواحي

نحاول ان نساعد المحتاجين بقدر المستطاع

ولكن دورنا يستمر فقط بدعمكم لنا

فلنكسب الوقت ونستغل الاخر ايام من رمضان ونتبرع بكل ما نستطيع للذين اتوا لخدمة الامة

اتوا ليخدم الامة في سبيل الله فلنخدمهم بدعمنا لهم لدفاعهم عن الامة

وجزاكم الله خيرا
Case 2:19-cr-00013   Document 422-15   Filed 06/23/22   Page 6 of 95 PageID #: 5273

June 2, 2018

**The Merciful Hands**
ENC - Emaan News Center
Documenting live war crimes along with accurate news from the
blessed land of Sham and the headlines related with the Ummah
across the Globe.

◉ 512   3:49 AM

**The Merciful Hands**





Please continue to support our project, becuase without the support from Allah and your contributions. Our projects can't continue

Jazakallah Khair for all your support.

👁 1408   edited 10:37 AM

June 3, 2018

**The Merciful Hands**
Bismiallah

Assalam alakium wa rahmutalhi wa barakatu

1. There is a brother who has a family. He recently got Into a bike accident and his whole bike is damaged.

Alhamdiallah his family was with him he just broke his foot alhamdiallah but doesn't have money to buy another bike.

The brother doesnt have money to purchase a bike and he needs one to go to work everyday, without it he is in a bad situation.

Event~~ally with out a bike he might not have work and he has no~~ one to help him.

Case 2:19-cr-00018   Document 422-15   Filed 06/23/22   Page 8 of 95   PageID #: 5275

The brother asked if i could ask for help on my page. We gave him what we could but it's not nearly enough for a bike.

the brother is still in need and with bills and paying for food and a family. things are tough.

So if anyone can help this ramadan to help this brother get a new bike may Allah reward you.

With only half of ramadan left let's make it count and give as much donations as we can.

This brother is in serious need and also the families we help.

So please contribute to our foundation so that we can continue to help those that ask us for help.


2. A brother came from a distant land alone and has been here for over 5 years he is a revert so his family is against helping him.

The brother has a wife and children and needs help with everything finacially we support those in need as much as we can.

but our contribution can only continue when you continue to help us.

Let's make the end of this ramadan count and donate as much as we can to those who came to serve the ummah.

They came to serve the ummah for the sake of Allah let us serve them with help for helping to defend this ummah.

Jazakallah Khair

To donate and contribute to out foundation please message us

German

Bismillah

As selamu aleykum wa rahamthullahi wa barakathu

1. Es gibt einen verheirateten Bruder der einen Motorradunfall hatte, wobei sein Motorrad einen Totalschaden erlitt.

Alhamdullilah hat er sich nur das Bein gebrochen, jedoch hat er leider kein Geld um sich ein anderes Motorrad zu kaufen, damit er seiner täglichen Arbeit nachgehen kann, um seine Familie zu unterstützen.

Der Bruder hat uns nach Hilfe gebeten und wir gaben ihm was uns möglich war, jedoch haben wir nicht das Geld für ein Motorrad zusammen bekommen.

Falls jemand ihm helfen könnte mit Geld oder einem Motorrad, vor allem jetzt im Ramadan. So würde das eine große Hilfe sein für ihn.

Die Hälfte vom Ramadan ist bereits vorbei. Lasst den Ramadan nicht vergehen ohne das ihr für Bedürftige spendet.

Bitte helft uns damit wir den Bedürftigen helfen könnt.

2. Ein revertierter Bruder der vor 5 Jahren bereits sein weit entferntes Heim verlassen hat, bekommt keine Hilfe von seiner Familie, da sie gegen seine Entscheidung der Hijra sind.

Der Bruder ist verheiratet und hat Kinder. Er ist bedürftigt und wir versuchen ihm so gut es geht zu helfen.

Jedoch können wir nur so lange helfen solange ihr an uns spendet.

Denkt an die Belohnung im Ramadan und spendet.

Diese Geschwister sind gekommen um der Ummah zu dienen und

Diese Geschwister sind gekommen um der Ummah zu dienen und sie zu Beschützen. Lasst uns ihnen helfen dabei.

Möge Allah euch mit gutem Belohnen. Amin.

Für Spenden meldet euch bitte unter folgender Nummer:

👁 502   2:26 PM

**The Merciful Hands**
Bismiallah

Asaalamu alaykum wa rahmutalhi wa barakatu

There is one Chinese brother who doesn't have two legs (lost in jisr battle). (Got hit by a Tank)

He is staying in an house that is countered with many air strikes, and also alot of assasinations.

So we found a house in border area safe with brothers around House price from 2500 to 3500 with stuffs .

He has four kids .

Please can brothers help him to get money to buy this what every you can And this is the blessed month of Ramadan which is a great opportunity for us to gain reward that some could not gain no longer.

So if u can collect money from ur close friends.

We InshaAllah can give him this house and make him safe.

He does not have money to pay rent, food, nappies or anything.

The brother can not ask anyone for help becuase of his humbleness.

So please if any extra funds are laying around please donate them to the cause to help this brother.

There is a brother with a nerve damage who needs treatment and without it the brother is in significant pain. So we must raise money to get him the treatment he needs.

These are all brothers who are to humble to ask someone for help and only rely on Allah

Without your support and first and foremost the will of Allah we can't do this without your help.

So please remember us this brother and our foundation in your dua.

jazakallah khair
May Allah reward you all amin

For Donations and contributions


👁 496  2:29 PM

**The Merciful Hands**





**The Merciful Hands**

The last 10 days of ramadan is coming up let's get as many donations in as possible to help the needy before the blessed month of ramadan is over.

Whatever you can donate is these last few days would be amazing just look to see what barakat Allah will give you.

So continue with distributions and donations.

charity doesnt decrease wealth it only increases



👁 862   edited 5:03 PM

June 5, 2018

**The Merciful Hands**
Bismillah

Assalam alakium wa rahmutalhi wa barakatu

There is a foreign brother with a broken leg who is in need. His family is not getting any income and he is the sole provider for the house.

The brother is scared to take debt so he doesn't ask anyone for

The brother is scared to take debt so he doesn't ask anyone for anything on loan.

So if anyone can donate to this brother this ramadan it would help him greatly.

As now his battery died and he had no electricity in his house.

jazakallah khair

assalam alakium wa rahmutalhi wa barakatu



👁 1567   10:23 AM

June 8, 2018

You joined this channel

June 9, 2018

**The Merciful Hands**



Ramadan Project 2018

Alhamdiallah with the grace of Allah we are continuing our ramadan project

please continue to contribute in the last few days

this is the wife of shaheed

⊙ 796   edited 4:42 PM



**The Merciful Hands**
Bismiallah

Assalam alakium wa rahmutalhi wa barakatu

Alhamdiallah we were able to give a food pack to the chinese brother with no legs, in the wheelchair and a little cash but not enough to suffice his large family.

but unfortunately we didn't get a picture, if you ask why becuase when I saw the brother with his humble and shy character i didn't have the heart to ask for a picture.

I just told him we are a foundation to help people after he understood that he said he will tell me if he needs anything.

So in sha Allah when we get money we will go back and donate that and take a picture

since now he understands our project.

Subhanallah
the brother doesn't ask for anything and lives in poverty but his character will amaze you

May Allah make him firm and grant him jannah al firdous

We are looking for more help as the brother also is in need of a new wheelchair.

So please continue to contribute

👁 884  edited 5:07 PM

June 10, 2018

**The Merciful Hands**
Bismiallah

Assalam alakium wa rahmutalhi wa barakatu

Alhamdiallah by the grace of Allah we were able to give out food packs.

but unfortunatly for the wife of the shaheed with babies its not enough they need nappies they need baby milk and this on a continuous occasion.

These women have no help there husbands have been killed and now they receive no help.

Alhamdiallah the food packs help them.

but the monthly expense for more then one baby need baby milk and nappies is expensive and hard.

So we are trying our best to continue donating but this these items are something we need consistently.

The end of ramadan is near seek the reward from your lord and try to help these wives women who have no help.

to donate or make a contribution

to donate or make a contribution

███████████████

👁 977  8:02 PM

June 11, 2018

**The Merciful Hands**



Ramadan Project 2018

Alhamdiallah from your support we can keep feeding families

👁 1501  11:06 AM

feeding families





👁 1501   11:06 AM

June 12, 2018

### The Merciful Hands



Ramadan Project 2018

This wife of a shaheed lives in poverty with 3 kids and no source of help.

She is a forigner, but alhamdiallah we found her to give her some support

please continue donating

👁 616   10:17 AM

### The Merciful Hands



**The Merciful Hands**
Bismiallah

assalam alakium wa rahmutalhi wa barakatu

Ramadan Project 2018

To contribute items used and not needed or to donate money to help to keep our project going

👁 679   edited 10:18 AM

**The Merciful Hands**
Assalam alakium wa rahmutalhi wa barakatu

With Eid almost here most families won't be able to do anything becuase of lack of finacial support.

One brother from Iraq goes around collecting old bread to sell just to feed his family.

he has 3 sons and daughters s large household inside a refugee tent.

If you want to help to give to families before Eid let us know.

We are collecting for did distribution before Eid so that the families we knoe of in poverty can have a nice Eid day

👁 963   3:41 PM

**The Merciful Hands**



June 13, 2018

**The Merciful Hands**
bismiallah

Assalam alakium wa rahmutalhi wa barakatu

This sofa was given to a brother from a family who wanted to
contribute something he has a leg injury so now he can sit at
home with a little more comfort.
May Allah accept your contribution to every smile on the brothers
and his wife's face when they take a rest on the sofa.

Jazakallah Khair for your donations. Please continue so we can
keep helping the needy

To make donations or contributions of items please contact me at
telegram and whatsapp

Case 2:19-cr-00013   Document 422-15   Filed 06/23/22   Page 20 of 95 PageID #: 5287

## The Merciful Hands



June 14, 2018

## The Merciful Hands

Bismiallahirahmannheem wa salat ala saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

There is a foreign sister who does not have a house she is living in a stable for cows with her two children. allahumustan

Her husband was killed a couple months ago and she has been receiving no support or aid.

The purpose of our program is the ummah helps the ummah.

please donate so we can help this sister.

She needs a house, food, money she came all the way from a

Bismiallahirahmannheem wa salat ala saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

There is a foreign sister who does not have a house she is living in a stable for cows with her two children. allahumustan

Her husband was killed a couple months ago and she has been receiving no support or aid.

The purpose of our program is the ummah helps the ummah.

please donate so we can help this sister.

She needs a house, food, money she came all the way from a foreign land to live in poverty when her husband was killed.

We must unite as a ummah and help eachother every muslim is our brother and sister.

if you can only make a small donation its fine all donations add up.

So we can help build her a house, or pay her rent monthly depending how much aid we receive.

So please donate now and contribute whatever kind of aid you can if you are here in sham.
please donate your unwanted items as the sister has nothing wih two children.
Her children 1/2 and one is 6

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
                          -------

Türkçe

Merhametli eller:

BismillahiRahmaniRahim ve salat ve selam ala saydina
muhammad ve alahi wa ashabihi ecmain
ama bad

Selam aleykum ve rahmetullahi ve bereketu

İki çocuğuyla inekler için istikrarlı bir evde yaşamakta olan bir
yabancı kız kardeş vardır. allahumustan

Kocası birkaç ay önce öldürüldü ve yardım ya da yardım almadı.

Programımızın amacı, ümmetin ümmete yardım etmesi.

Bağış yapalım, böylece kız kardeşe yardım edebiliriz.

Kocası öldürüldüğünde yoksulluk içinde yaşamak için yabancı bir
ülkeden geldiği bir ev, yemek, paraya ihtiyacı var.

Her müslüman bir ümmet olarak birleşmeli ve birbirimize yardım
etmeliyiz kardeşimizdir.

Sadece küçük bir bağışta bulunursanız, tüm bağışlar toplanır.

Bu yüzden ona bir ev inşa etmemize ya da ne kadar yardım
aldığına bağlı olarak aylık ücretini ödeyebiliriz.

Bu yüzden lütfen şimdi bağışlayın ve burada uşakta olduğunuz her
türlü yardımı yapabilirsiniz.

Lütfen kız kardeşinin iki çocuğu olduğu için istenmeyen
eşyalarınızı bağışlayın.



German

Bismiallahirahmannheem wa salat ala saydina muhammad wa alahi wa ashabihi ajmaeen ama bad

Assalam alakium wa rahmutalhi wa barakatu

Es gibt eine Muhajira Schwester die keine Wohnung hat und derzeit in einem Stall für Kühe zusammen mit ihren zwei Kindern wohnt. ALLAHU MUSTEAN.

Ihr Ehemann wurde vor einigen Monaten getötet und seit dem hat sie keinerlei Hilfe erhalten.

Der Sinn unser Arbeit ist es das die Ummah der Ummah hilft.

Also bitte spendet damit wir dieser Schwester helfen können.

Sie braucht eine Wohnung, Essen, Geld usw. Sie kam aus einem fremden Land hier her und lebt jetzt in völliger Armut nachdem ihr Ehemann getötet wurde.

Wir müssen als Ummah zusammenkommen und uns gegenseitig helfen. Jeder Muslim ist unser Bruder oder unsere Schwester.

Auch wenn ihr nur kleine Beträge spenden könnt so ist das kein Problem. Viele kleine Spenden zusammen können eine große Hilfe werden.

So können wir es schaffen ihr ein Haus zu bauen oder ihre eine Wohung anzumieten, jenachdem wieviel Spenden wir erhalten.

Also bitte Sachspenden ab falls ihr in Shaam seit, da die Schwester und ihre

So können wir es schaffen ihr ein Haus zu bauen oder ihre eine Wohung anzumieten, jenachdem wieviel Spenden wir erhalten.

Also bitte spendet jetzt was auch immer ihr könnt oder gebt Sachspenden ab falls ihr in Shaam seit, da die Schwester und ihre zwei Kinder nix besitzen.

⊘ 1273   edited 4:43 PM

June 15, 2018

The Merciful Hands pinned «Bismiallahirahma...»

June 16, 2018

**The Merciful Hands**
Bismiallahirahmannheem wa salat ala  saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

**The Merciful Hands**
1,006 members

**Pinned message**
Assalam alakium wa rahmutalhi wa barakatu  Right now there is an influx of refugees n

Admin:@thengtree        June 14, 2018 73   edited 4:43 PM

June 15, 2018

The Merciful Hands pinned «Bismiallahirahma...»

June 16, 2018

**The Merciful Hands**
Bismiallahirahmannheem wa salat ala  saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

**The Merciful Hands**

Bismiallahirahmannheem wa salat ala saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

Repost!!! Usually i dont do repost on here since we started this projected started but the situation for the sister is really bad we are trying to collect as many funds as we can to help the sister and her children.

She is big need of nappies and baby milk so please if you can donate whatever you can to help the sister.

There is a foreign sister who does not have a house she is living in a stable for cows with her two children. allahumustan

Her husband was killed a couple months ago and she has been receiving no support or aid.

The purpose of our program is the ummah helps the ummah.

please donate so we can help this sister.

She needs a house, food, money she came all the way from a foreign land to live in poverty when her husband was killed.

We must unite as a ummah and help eachother every muslim is our brother and sister.

if you can only make a small donation its fine all donations add up.

So we can help build her a house, or pay her rent monthly depending how much aid we receive.

So please donate now and contribute whatever kind of aid you can if you are here in sham.
please donate your unwanted items as the sister has nothing wih two children.
Her children 1/2 and one is 6

two children.

Her children 1/2 and one is 6

--------------------------------------------------

Türkçe

Merhametli eller:

BismillahiRahmaniRahim ve salat ve selam ala saydina
muhammad ve alahi wa ashabihi ecmain
ama bad

Selam aleykum ve rahmetullahi ve bereketu

İki çocuğuyla inekler için istikrarlı bir evde yaşamakta olan bir
yabancı kız kardeş vardır. allahumustan

Kocası birkaç ay önce öldürüldü ve yardım ya da yardım almadı.

Programımızın amacı, ümmetin ümmete yardım etmesi.

Bağış yapalım, böylece kız kardeşe yardım edebiliriz.

Kocası öldürüldüğünde yoksulluk içinde yaşamak için yabancı bir
ülkeden geldiği bir ev, yemek, paraya ihtiyacı var.

Her müslüman bir ümmet olarak birleşmeli ve birbirimize yardım
etmeliyiz kardeşimizdir.

Sadece küçük bir bağışta bulunursanız, tüm bağışlar toplanır.

Bu yüzden ona bir ev inşa etmemize ya da ne kadar yardım
aldığına bağlı olarak aylık ücretini ödeyebiliriz.

Bu yüzden lütfen şimdi bağışlayın ve burada uşakta olduğunuz her
türlü yardımı yapabilirsiniz.

Lütfen kız kardeşinin iki çocuğu olduğu için istenmeyen
eşyalarınızı bağışlayın.

German

Bismiallahirahmannheem wa salat ala saydina muhammad wa alahi wa ashabihi ajmaeen ama bad

Assalam alakium wa rahmutalhi wa barakatu

Es gibt eine Muhajira Schwester die keine Wohnung hat und derzeit in einem Stall für Kühe zusammen mit ihren zwei Kindern wohnt. ALLAHU MUSTEAN.

Ihr Ehemann wurde vor einigen Monaten getötet und seit dem hat sie keinerlei Hilfe erhalten.

Der Sinn unser Arbeit ist es das die Ummah der Ummah hilft.

Also bitte spendet damit wir dieser Schwester helfen können.

Sie braucht eine Wohnung, Essen, Geld usw. Sie kam aus einem fremden Land hier her und lebt jetzt in völliger Armut nachdem ihr Ehemann getötet wurde.

Wir müssen als Ummah zusammenkommen und uns gegenseitig helfen. Jeder Muslim ist unser Bruder oder unsere Schwester.

Auch wenn ihr nur kleine Beträge spenden könnt so ist das kein Problem. Viele kleine Spenden zusammen können eine große Hilfe werden.

So können wir es schaffen ihr ein Haus zu bauen oder ihre eine Wohung anzumieten, jenachdem wieviel Spenden wir erhalten.

Also bitte spendet jetzt was auch immer ihr könnt oder gebt Sachspenden ab falls ihr in Shaam seit, da die Schwester und ihre zwei Kinder nix besitzen.

👁 1032    edited 2:35 AM

**The Merciful Hands**



## The Merciful Hands

**Eid Mubarak**

This brother has not received a salary in over 4 months we heard of his story so we investigated and saw he has nothing.

Also he had to take care of 10 woman. Please donate to help

👁 833   2:42 AM



June 17, 2018

### The Merciful Hands

Bismiallahirahmannheem wa salat ala saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

There is a brother who has a back injury now. So this prevents from being in the fronts.

There is a brother who has a back injury now. So this prevents from being in the fronts.

He found work but for 4 months has not paid and we are the only organization giving him and his family help.

he must take of 10 women reciving no pay hid mother 70 years old 2 sister 5 children wife

we are trying to do our best to help this brother please help.

he is getting kicked out his house and he doesnt have money to pay rent noe he is only able to support his family with the food backs we give them

Allahu mustan

We are in need of more food packs, and also funds so they can find pay there rent 11 people in 2 room house.

We wish we could care for every family but we just are looking donations to keep our project going9

◉ 573　edited 6:33 AM

June 18, 2018

**The Merciful Hands**
Bismiallahirahmannheem wa salat ala saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

There is a sister who is pregnant and is having complications with her baby. She is not from this country she's a muhajira so this why we are asking for help.

She must be sent to turkey to get the proper treatment of the baby will not survive.

The father of the baby was killed so this is a tough time for the

baby will not survive.

So please contact if you want to help this sister and her baby
The father of the baby was killed so this is a tough time for the
sister

jazakallah khair



German

Bismiallahirahmannheem wa salat ala  saydina muhammad wa
alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

Es gibt eine Muhajira Schwester die Komplikationen mit ihrer
Schwangerschaft hat.

Sie muss in die Türkei gebracht werden damit das Baby die
richtige Behandlung erhält oder es kann sein das es nicht
überlebt.

Bitte kontaktiert uns wenn ihr dieser Schwester und ihrem Baby
helfen wollt.

jazakallah khair



Abu Jihad:
Türkçe

BismillahiRahmaniRahim ve salat ala saydina Muhammed ve alihi
wa ashabihi ecmain ama bad

Selam aleykum ve rahmetullahi ve bereketu

Hamile olan bir bacımız var ve bebeği ile ilgili komplikasyonları
var. O bu ülkeden değil, muhacira olduğu için bu yüzden yardım
istiyoruz.

Hamile olan bir bacımız var ve bebeği ile ilgili komplikasyonları var. O bu ülkeden değil, muhacira olduğu için bu yüzden yardım istiyoruz.

Bebeğin uygun şekilde tedavi edilmesini sağlamak için Türkiye'ye gönderilmesi gerekiyor.

Bu kız kardeşe ve bebeğine yardım etmek için lütfen iletişime geçin.



👁 454   edited 12:43 AM 

## The Merciful Hands

Bismiallahirahmannheem wa salat ala  saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

There is big problem going on right now with the wife of shaheeds.

No one is caring for them on a monthly basis or helping them continuously.

Alot of wives of shaheeds are living very poorly some have homes and some live together.

We are trying to start a project go give them food monthly and supply them with baby milk and nappies monthly since they receive no extended help.

These women there husbands were killed in the cause and we just leave them to live without any help.

We try to do our best to help everyone we can but we are in need of funds to continue this project. some woman would rather not

Hamile olan bir bacımız var ve bebeği ile ilgili komplikasyonları var. O bu ülkeden değil, muhacira olduğu için bu yüzden yardım istiyoruz.

Bebeğin uygun şekilde tedavi edilmesini sağlamak için Türkiye'ye gönderilmesi gerekiyor.

Bu kız kardeşe ve bebeğine yardım etmek için lütfen iletişime geçin.



👁 454   edited 12:43 AM



## The Merciful Hands

Bismiallahirahmannheem wa salat ala  saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

There is big problem going on right now with the wife of shaheeds.

No one is caring for them on a monthly basis or helping them continuously.

Alot of wives of shaheeds are living very poorly some have homes and some live together.

We are trying to start a project go give them food monthly and supply them with baby milk and nappies monthly since they receive no extended help.

These women there husbands were killed in the cause and we just leave them to live without any help.

We try to do our best to help everyone we can but we are in need of funds to continue this project. some woman would rather not

Since no one is taking on this role we will take it on ourselves.

to donate or contribute toys and other items. with the monthly
food packs

⬛

👁 591   edited 1:22 AM



June 19, 2018

**The Merciful Hands**



Bismiallah

Assalam alakium wa rahmutalhi wa barakatu

just becuase ramadan ended doesnt mean you
have to stop doing good.     👁 564   4:59 AM



**The Merciful Hands**
🌟🌟🌟🌟🌟🌟🌟🌟🌟🌟🌟🌟🌟

**The Merciful Hands**



Bismiallahirahmannheem wa salat ala saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

This is the wife of a shaheed son she doesn't have any help becuase the group her husband with doesnt look after them.

As much as we try to help everyone we can it gets hard.

right now we are looking for donations and food packs to keep providing to familirs and wife of shahèeds



---------------------------------------------------

Türkçe



BismillahiRahmaniRahim ve salat ala saydina Muhammed ve ala alahi ve ashabihi acmain amma bad

Selam aleykum ve rahmetullahi ve bereketu

bir şehid eşi var ve oğulu. Onlar hiç bir yardim almiyorlar ve kocasinin çaliştiği grup bile yardim vermiyor onlara.

Herkese yardım etmeye çalıştığımız kadar çok da zorlaşıyor.

şu anda şehid aylelereine ve eşine sağlamaya devam etmek için bağış ve yiyecek paketleri arıyoruz

---------------------------------------------------

German

Bismiallahirahmannheem wa salat ala saydina muhammad wa

German

Bismiallahirahmannheem wa salat ala saydina muhammad wa
alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

Das ist die Ehefrau von einem Sohn eines Shehieds in shaa Allah.
Sie bekommt keine Hilfe weil ihr Ehemann keinerlei
Unterstützung erhält.

Soviel wir auch versuchen jedem zu helfen es wird immer
schwieriger.

Derzeit suchen wir nach Spenden und Essenspakete um Familien
und Witwen von Shuhada zu versorgen.



👁 1192   edited 5:02 AM

**The Merciful Hands**







The Merciful Hands pinned «Bismiallah   Ass...»

June 22, 2018



Assalam alakium wa rahmutalhi wa barakatu

Alhamdiallah we were able to drop a food pack
to the brother with no legs and some cash.

jazakallah khair for your support
please continue to contribute   👁 949   2:22 AM



The Merciful Hands

### The Merciful Hands

Bismiallahirahmannheem wa salat ala saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

There is a wife of a shaheed who is living in poverty, she came to us and asked for help.

We verified her story and the sister is in a really bad situation after her husband was killed.

like most wives of shaheeds they don't receive any type of help after there husbands are gone. and most just rely on the rizq of Allah.

The sister is of foreign origin and came to sham a couple years ago. She's not allowed to go back to her country or she will face persecution and loose her children.

like most women she needs the essentials to live, as well her babies nappies and baby milk.

So we are trying our best to help her.

if you have any donations of contribution

please contact us so we can help the sister try to get on her feet.

whatever donation you can give or contributions are welcome.



---

Türkçe

BismillahiRahmaniRahim ve salat ala saydina muhammed ve alahi wa ashabihi ecmain ama bad.

Selam aleykum ve rahmetullahi ve bereketu

yardım istedi.

BismillahiRahmaniRahim ve salat ala saydina muhammed ve alahi wa ashabihi ecmain ama bad.

Selam aleykum ve rahmetullahi ve bereketu

Yoksulluk içinde yaşayan bir şeid eşi var, kendisi bize geldi ve yardım istedi.

Hikayesini doğruladık ve eşi şehid öldükten sonra ablamiz gerçekten kötü bir durumda.

çoğu şehid eşleri gibi, kocalari gittikten sonra herhangi bir yardım almazlar. ve çoğu sadece Allah rızasına dayanır.

Abla yabancı kökenli ve birkaç yıl önce Şam'a geldi. Ülkesine geri dönmesine izin verilmiyor ya da zulüm görecek ve çocuklarını kaybedecek.

Çoğu kadın gibi yaşamak için gerekli olan, bebek bezleri ve bebek sütü ihtiyacı var gibi.

Bu yüzden ona yardım etmek için elimizden geleni yapıyoruz.

herhangi bir bağışınız varsa

lütfen bizimle iletişime geçin, böylece ablamızın ayağa kalkmasına yardım edebiliriz.

vereceğiniz bağışlar ya da katkılar açıktır.

lütfen bizimle iletişime geçin

◉ 1143   edited 3:47 PM

June 24, 2018

**The Merciful Hands**
Bismiallahirahmannheem wa salat ala  saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

### The Merciful Hands

Bismiallahirahmannheem wa salat ala saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

There are many stories you never hear of you only see the Syrian conflict as a whole.

Everyone has a story, yet they all continue to say alhamdiallah becuase they know there expecting there reward from Allah.

There is a brother who is unable to run due to his leg injury and this makes him incapable of working. He is in debt becuase he has no income.

The brother needs help with rent and food monthly and he has 2 children and monthly expenses are very costly.

We are trying to help all the families we can, but it's only with your support we can continue.

Alhamdiallah and jazkallah khair for your contributions.

it is the will of Allah and your support we are able to help these families.



👁 464   6:24 AM

### The Merciful Hands





This brother was injured with his legs having shrapnel in both needing extensive surgery.

Alhamdiallah he is able to walk but he is still in need of help as he still has shrapnel

👁 489  6:25 AM



The Merciful Hands pinned «Bismiallahirahma...»

June 25, 2018

**The Merciful Hands**





A young man who has to care of his whole family becuase there is no other care taker.

all women in his family so he is the only one working but not being paid for his work for over 3 months.

👁 1050   6:40 AM

June 26, 2018

**The Merciful Hands**





Jazakallah khair for your support, without your support. We can not continue to help the people to help families who are not receiving aid, but left there homes for the sake of Allah.

 507    12:54 PM



June 27, 2018

**The Merciful Hands**
Bismiallahirahmannheem wa salat ala  saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

Against all odds

There was a brother here in sham he went to turkey to visit his family. Only to find himself locked in turkish prison for 2 years.

The brother was sentenced to 4 years in prison, but becuase of his good behavior they gave him a week out of jail to roam free through the streets of turkey.

The time frame they gave him was one week vacation and he must return within that time. Not returning would mean an extra 8 years plus the remaining 2 years he had on his sentence.

So when the brother was released the first thing he did was find a way back to sham and alhamdiallah with the grace of Allah he made it.

The brother now has nothing as in housing  money food or anything.

anything.

but the sacrifice he made 10 years in prison just to come back to sham is worthy of us helping him.

if you can help this brother who only has a few dollars to his name.

He's a forigner so he has no help no phone not anything he left it all just to return back here to sham.

please donate to help this brother get back on to his feet and back to the life he had once again in sham.

Helping the orphans and widows with his charity work

to contribute and donate please
message me.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

-----------------------------------------------------

Türkçe

Merhametli eller:

BismillahiRahamaniRahim ve selat ala seyidina Muhammed ve ala alihi va ashabihi ecmain ama bad

Selam aleykum ve rahmetullahi ve bereketu

Her şeye rağmen

Burada bir erkek kardeşi vardı ve ailesini ziyaret etmek için Türkiye'ye gitti. Ve 2 yıl boyunca Türk hapishanesinde kilitli kalmış.

Kardeşi 4 yıl hapis cezasına çarptırıldı, ancak iyi ahlakindan dolayı bir hafta hapishaneden izin verdiler.

Ona verdikleri zaman çerçevesi bir haftalık tatildi ve o zaman içinde geri dönmesi gerekiyordu. Geri dönmemek, fazladan 8 yıl artı kalan tüm 2 yıl hapis cezası anlamına geliyor.

Bu yüzden, bu kardeşi serbest bırakıldığında, yaptığı ilk şey geri

içinde geri dönmesi gerekiyordu. Geri dönmemek, fazladan 8 yıl artı kalan tüm 2 yıl hapis cezası anlamına geliyor.

Bu yüzden, bu kardeşi serbest bırakıldığında, yaptığı ilk şey geri döndu, ve elhamdulillah bir yolunu bulmaktı.

Kardeşin artık para karşılığı yiyecek ya da herhangi bir şeyde hiçbir şey yok.

ama 10 yıl hapis cezasına çarptırılsa da, utangaçlığa geri dönmemiz ona yardım etmeye değer.

Eğer bu kardeşe, sadece birkaç doları ola,n yardım edebilirsen.

O bir muhacirdit, hiçbir yardım almaz telefonu bile yok herşeyi orda buraktiki şama dönsun.

Lütfen bu kardeşin ayağa kalkmasına ve bir kez daha utangaç olduğu hayata geri dönmesine yardım etmek için bağışta bulunun.

Cepheleri savunmak ve müslümanlara yardım etmek.

katkıda bulunmak ve bağış yapmak için

bana mesaj at.



-------------------------------------------------

Arabic (عربي)

بسم الله الرحمن الرحيم
الحمد لله وصلاة وسلام على سيدنا محمد وعلى آله وصحبه أجمعين
اما بعد

السلام عليكم ورحمة الله وبركاته

رغم كل الصعاب

هناك اخ كان هنا في الشام ثم ذهب ليزور اهله في تركيا ولكن في النتيجة سجن لمدة سنتين في احد السجون التركية
الاخ حكم عليه باربع سنوات في السجن ولكن بسبب حسن خلقه أعطوه اجازة
لمدة أسبوع ليتجاول في شوارع تركية وعليه أن يعود الى السجن من ضمن

الاخ حكم عليه بأربع سنوات في السجن ولكن بسبب حسن خلقه اعطوه اجازة لمدة أسبوع ليتجاول في شوارع تركية وعليه أن يعود إلى السجن من ضمن هذه المدة والا فسيعاني ذلك ثمانية سنوات إضافية في السجن فوق السنتين المتبقية

فعند أطلق سراح الاخ أول ما فعل هو البحث عن طريق العودة إلى الشام وبفضل لله استطاع والحمد لله

الاخ الان ليس لديه شي لا منزل ولا مال ولا طعام ولا شي

ولكن التضحية التي قدمها ان يفر من السجن ليعد إلى الشام وفي رقبته عشرة سنوات كافية حتى يستحق مساعدتنا

فان استطعتم ان تساعدوا هذا الاخ الذي لا يملك إلى دولارات معدودات لاسمه

الاخ من أصول اجنبية وإنا عنده شي لا مساعدة ولا هاتف ولا شي ترك كل ذلك ليعود إلى الشام

فمن فضلكم تبرعوا لهذا الاخ حتى يقوم على رجليه ويعود إلى الحياة التى كان يعيشها في الشام مرة أخرى بمساعدة الأيتام والأرامل من قبل عمله الخيرية

---

June 28, 2018

**The Merciful Hands**
Bismiallahirahmannheem wa salat ala saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

Es gibt eine Witwe von einem Shehied die in Armut lebt und uns um Hilfe gebeten hat.

Wir konnten ihre Geschichte bestätigen und tatsächlich lebt sie in sehr ärmlichen Verhältnissen, nachdem ihr Ehemann getötet wurde.

Leider bekommen einige Witwen von Shuhada nicht viel Unterstützung nachdem ihre Männer nicht mehr Leben und sie sind nur noch allein auf die Versorgung von Allah angewiesen.

sind nur noch allein auf die Versorgung von Allah angewiesen.

Es handelt sich hierbei um eine Muhajira Schwester die vor einigen Jahren nach Sham kam. Sie kann nicht mehr zurück in ihr Heimatland, da man ihr dort höchstwahrscheinlich die Kinder weg nehmen würde.

Sie braucht Grundlegendes um über die Runden zu kommen: finanzielle Unterstützung, Babywindeln, Babymilchpulver usw.

Wer kann soll bitte für sie spenden. Es ist auch möglich Sachspenden abzugeben.

⌷ 444   1:20 AM

**The Merciful Hands**
Bismiallahirahmannheem wa salat ala  saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

To our turkish donators, we would like to ask you if you may share our telegram channel with your friends in support of the Muslims in sham. Please help spread our channel and awareness. Perhaps it would better help if you could spread our channel

-------------------------------------------------------
Türkçe:

Turk bağışçılarımıza, telegram kanalımızı arkadaşlarınızla paylaşıp Müslümanlarımıza destek olarak sormak isteriz. Lütfen
⬛⬛⬛⬛⬛⬛⬛⬛mizin yayılmasına yardımcı olun. Kanalımızı ⬛⬛⬛⬛daha iyi olur.

⌷ 606   edited 2:36 AM

June 29, 2018

**The Merciful Hands**
Bismiallahirahmannheem wa salat ala  saydina muhammad wa alahi wa ashabihi ajmaeen
ama bad

Assalam alakium wa rahmutalhi wa barakatu

There is a sister who is a forgnier. Her husband recently was killed and now shed left alone. she has 3 kids and is pregnant.

At the moment she is receiving no type of support from anyone and is desperate need.

We have talked to her and seen her condition and it is heart breaking. The sister is in the final stages of giving birth while trying to take care of 3 young children all alone.

it's the qadr Allah we came across her becuase we were able to help her some but she is still in need of more finacial support.

paying rent, being pregnant and then having new babies. having to take care of 3 little ones alone.

So if you could find it in your heart to help this sister please contact us.

We are trying to support the sister as much as we can but we need your support to continue to help all families.



Arabic (عربي)

بسم الله الرحمن الرحيم
الحمد لله وصلاة وسلام على سيدنا محمد وعلى آله وصحبه أجمعين وبعد

السلام عليكم ورحمة الله وبركاته

هناك اخت أجنبية زوجها قُتل منذ قريب والآن هي وحيدة ولديها ثلاثة من الأطفال وحامل بالرابع

هي الان لا تتلقى اي مساعدة من اي جهة وهي بأمس الحاجة

تكلمنا معها ورأينا حالها وهو شيء فاجع
هي الآن في المراحل الأخيرة قبل الولادة وفي نفس الوقت تربي ثلاثة اطفال وحيدة

وحيدة

التقينا معها بقدر الله واستطعنا ان نساعدها قليلا ولكن ما زالت إلى المزيد من المساعدة المادية

دفع إيجار وحمل ثم الوضع وتربية ثلاثة أطفال صغار وحيدة

فان وجدته في قلبك ان تساعد هذه الاخ تواصل معنا لطفا

نحاول مساعدة الاخ بقدر المستطاع ولكن نحتاج إلى دعمكم حتى نستمر في مساعدة سائر الأهالي

BismillahiRahmaniRahim ve salat ala saydina Muhammed ve ala alihi ve ashabihi ecmain amma bad

ama kötü

Selam aleykum ve rahmetullahi ve bereketu

Bir kızkardeş var. Son zamanlarda kocası öldürüldü ve şimdi yalnız bırakıldı. 3 çocuğu var ve hamile.

Şu anda hiç kimseden destek almıyor ve çaresiz bir ihtiyaç var.

Onunla konuştuk ve durumunu gördük ve kalbimiz kırıldı. Kız kardeşi, 3 küçük çocuğa tek başına bakmaya çalışırken doğurmanın son aşamalarında.

Allahin kader ile karşilaştik, az yardim edebildik ama daha maddi yardim destekte ihtiyaci var.

kira ödemek, hamile kalmak ve yeni bebek sahibi olmak. 3 küçük olanı tek başına halletmek zorunda.

Yani bu kız kardeşe yardım etmek için kalbinizde bulabilirseniz lütfen bizimle iletişime geçin.

yardım etmeye devam etmek için desteğinize ihtiyacımız var.

Kardeşi olabildiğince desteklemeye çalışıyoruz ama tüm ailelere
yardım etmeye devam etmek için desteğinize ihtiyacımız var.



👁 658    edited 12:05 PM

**The Merciful Hands**



Alhamdiallah with your donations we are able to
be able to feed these orphans.

please continue to donate so we can continue
helping widows and orphans and families.

👁 796   11:51 PM

June 30, 2018

The Merciful Hands pinned «Bismiallahirahma...»

Case 2:19-cr-00013   Document 422-15   Filed 06/23/22   Page 50 of 95 PageID #: 5317

July 1, 2018

July 1, 2018

**The Merciful Hands**



This brother lost a leg snd has metal in his knee. He doesnt recieve any help from anyon caue he is not able to work.

So please make donations and contributions to help this brother and his family .

👁 745   3:08 AM



July 2, 2018

The Merciful Hands
1,006 members

Pinned message
Assalam alakium wa rahmutalhi wa barakatu  Right now there is an influx of refugees moving
Selamin aleykum ve rahmetullahi ve bereketu
👁 636   edited 1:24 AM

1,006 members

Selamin aleykum ve rahmetullahi ve bereketu
👁 636  edited 1:24 AM

**The Merciful Hands**
https://t.me/joinchat/AAAAAFNeniJfuuVbjBY2IrQ

👁 320  8:28 AM

**The Merciful Hands**
Assalam alakium wa rahmutalhi wa barakatu

السلام عليكم ورحمة الله وبركاته
تواصلوا معي هنا على تلقرام او على واتس
👁 595  edited 8:31 AM

**The Merciful Hands**



This is do to your support jazakallah khair
👁 280  8:35 AM

**The Merciful Hands**



👁 274  8:36 AM

Delivering aid to the needy Alhamdulilah

👁 274  8:36 AM



**The Merciful Hands**



With your support we can continue to help those in need

👁 382  8:37 AM

**The Merciful Hands**



Alhamdialah a result of your donations please
~~donate as rameash~~ approaching

👁 432  8:38 AM

April 29, 2018

**The Merciful Hands**

assalam alaikum wa rahmatalhi wa barakatu

There has been a big increase of families looking for milk and nappies. As most families are poor they can not even pay there rent.

The situation over the years has gotten worse for the forigner. As they dont receive any salary anymore and the bills keep coming in.

Gas, nappies, baby milk, food, electricity, its like living back home without a job.

But somehow Allah always suffices us alhamdiallah.

ya muslimeen we are asking for help to keep this project going there are many families in need and not getting the nessecities.

Alhamdiallah thanks to you we were able to help quite a few people only if it was for a little time.

But let's keep this project going and keep helping our brothers and sisters in need.

Now since we are all saturated in idlib the rent has skyrocketed. Most cant afford it are behind, and don't know what the future holds for them.

But Allah is the best of planners

so let's try to do our best to give some kind of sadaqah to those in need especially the ones who are defending our fronts and there families.

jazakallah khair for your support all this time throughout our organization time helping the needy.

assalam alaikum wa rahmutalhi wa barakatu

████████████████

―――――――――――――――

German

Assalamu alaikum wa rahmutalhi wa barakatu

Die Familien die dringend Babymilchpulver und Windeln benötigen haben sich vermehrt. Die meisten kriegen nicht mal ihre Miete zusammen.

Die Situation wurde für manche Muhajireen immer schwieriger und manche erhalten keinen Gehalt mehr. jedoch die Rechnungen kommen immer weiter rein.

Gas, Windeln, Babymilchpulver, Essen, Strom...die gleichen Rechnungen die man auch Zuhause in seinen Heimatländern hatte nur das man arbeitslos ist und ohne Gehalt.

Jedoch kommt immer irgendwie die Versorgung von Allah.

Oh Ihr Muslime, wir bitten euch um Unterstützung für diese Familien damit wir diese Projekte am Laufen halten können.

Mit eurer Hilfe Alhamdullilah konnten wir bereits einigen Familien helfen auch wenn es nur für eine kurze Dauer war.

Lasst uns diese Projekte am laufen halten und den Bedürftigen weiterhin helfen.

In den befreiten Gebieten von Idlib sind die Mieten für Wohnungen sehr stark gestiegen und viele haben Probleme damit die Miete zu bezahlen und wissen nicht was sie machen sollen in der nächsten Zeit.

Aber Allah ist der beste Planer.

Lasst uns versuchen zu helfen, vor allem für diejenigen die mit

Möge Allah euch belohnen für eure Unterstützung.

Mit eurer Hilfe Alhamdullilah konnten wir bereits einigen Familien helfen auch wenn es nur für eine kurze Dauer war.

Lasst uns diese Projekte am laufen halten und den Bedürftigen weiterhin helfen.

In den befreiten Gebieten von Idlib sind die Mieten für Wohnungen sehr stark gestiegen und viele haben Probleme damit die Miete zu bezahlen und wissen nicht was sie machen sollen in der nächsten Zeit.

Aber Allah ist der beste Planer.

Lasst uns versuchen zu helfen, vor allem für diejenigen die mit dem Einsatz ihres Lebens versuchen die Muslime zu beschützen.

Möge Allah euch belohnen für eure Unterstützung.



👁 389 · edited 1:47 PM

**The Merciful Hands**
Reap the bennifit of ajr from Allah  by giving to sadaqah

Even if it is small amount together we can make a difference

In sha Allah and jazakallah khair for your support

To give support and donations please contact us on.



---

German

Erntet die Belohnung von Allah, indem ihr Sadaqah gebt.

Selbst wenn es nur kleine Mengen sind, können wir einen Unterschied machen.

Möge Allah euch belohnen für eure Unterstützung.

Um Spenden zu geben, setzt euch bitte mit uns in Verbindung.



---

Arabic (عربي)

اكتسب الأجر من عند الله من قبل الصدقه

حتى ولو كان مبلغا صغيرا حين نجتمع نقدر على التغير إن شاء الله

وجزاكم الله خيرا لكل دعمكم

للدعم وللتبرعات نرجوا منكم التواصل معنا



---

Türkçe

Sadaka vererek Allah dan ecirinizi kazanin

Birlikte küçük bir miktar olsa bile, büyük bir fark yapabiliriz

İnşaAllah Allahin izini ile Allah ecirinizi versin

Destek ve bağış yapmak için lütfen bizimle iletişime geçin.



👁 605 · edited 1:50 PM

**The Merciful Hands**
Assalam alakium wa rahmatahli wa barakatu

**The Merciful Hands**
Assalam alaikum wa rahmutalhi wa barakatu



**The Merciful Hands**
Assalam alaikum wa rahmutalhi wa barakatu

There is two brothers, both from different lands, with leg injurys, one is not receiving any fiancial support and his rent is due and he can barely afford food for his family, or to pay his rent and he is getting kicked out of his apartment before ramadan if he doesnt come with the money.

2. The second brother is a forigner as well and his salary was cut now he can't afford milk and nappies for his baby.

The brothers daughter is also sick with bronchitis and pneuoema. she needs medical treatment and he doesnt have money for medication.

The situation everyday is getting worse and without your help we won't be able to support these families.

so please contact me if you would like to donate.



---

Türkçe

Selamin aleykum ve rahmecullahi ve bereketu

2 kardeş var ve farklı topraklardan gelmişler . Bacak yaralanmalarıyla birlikte, birisi herhangi bir yardım desteği almıyor ve kirasını ödeyemiyor ve ailesine yiyecek veremiyor eğer kirasını ramazandan önce ödemese dairesinden atılıyor.

İkinci kardeşi de aynı zamanda bir yabancılık çekiyor ve maaşı kesildi şimdi bebeği için süt ve bebek bezleri alamıyor.

Kardeşlerin doktoru da bronşit ve pnöucema ile hastadır.

Tıbbi tedaviye ihtiyacı var ve ilaç tedavisi için parası yok.

Her gün durum daha da kötüleşiyor ve yardımlarınız olmadan bu aileleri destekleyemeyiz.

Bağış yapmak isterseniz lütfen bana ulaşın.





---

German

As selamu aleykum wa rahamthullahi wa barakathu

Es gibt zwei verletzte muhajireen Brüder die kein geld haben für die Miete und keine finanzielle Unterstützung bekommen.

Die Brüder können sich auch kein babymilchpulver oder windeln für ihre kinder leisten.

Auch können sie sich keine medizinische Behandlung leisten oder Medikamente die sie benötigen.

Die Situation wird immer schwieriger. Wir bitten um eure Unterstützung.



---

German

As selamu aleykum wa rahamthullahi wa barakathu

Dringender Appell!!!

Dringender Appell!!!

Es gibt eine Familie die demnächst ihre Wohnung verlieren wird, weil sie kein Geld für die Miete hat, da sie sich gerade mal so essen leisten können.

Sie haben nur noch Zeit bis zum 1. des Monats bis sie sie Wohnung verlassen müssen.

Lasst uns zusammen legen und Ihnen helfen.

Ramadan steht vor der Tür und jede noch so kleine Spende kann helfen.

Sie brauchen alles mögliche. Sei es geld, babymilchpulver oder auch windeln. Sie haben ein 3 und ein 8 monate altes baby.

█████████████████

◎ 585  edited 11:23 AM

---

May 1, 2018

**The Merciful Hands**
Assalam alaikum wa rahmutalhi wa barakatu

Urgent situation

There is a family about to loose there home becuase they can't afford rent and can barely cover money for food.

They only have untill the first untill they will be kicked out of there home.

let's come together to help them as they will have no where to go.

Ramadan is coming please try to find a way even if its a small donation to help this family.

We don't want this family to have to move to a refugee camp for ramdan they are a foreign family.

So lets put together whatever we can food, money, anything possible to help this family. They also have 2 babies one 3 months and need milk and nappies. and one one baby 8 months which need milk and nappies.

let's come together as muslimin and help these families jazkallah khair.

---------------------------------------------

Türkçe

Merhametli eller:

Selamın aleykum ve rahmetullahi ve bereketu

Acil durum

Evini kaybetmek üzere bir aile var ki, kirayı karşılayamıyorlar ve yiyecek için parayı zar zor kaplıyorlar.

Ayın başına kadar ödeme muddetleri kalmış yoksa kapıdışı olacaklar.

Gidecekleri yerleri olmayacaklarına göre yardım etmek için bir araya gelelim.

Ramazan geliyor, lütfen bu aileye yardım etmek için küçük bir bağış olsa bile bir yol bulmaya çalışın.

Bu ailenin bir mülteci kampına taşınması istemeyelim ramazanın için. Bir de yabancı bir aile.

Böylece, bu aileye yardım etmek için yiyecek, para, mümkün olan her şeyi bir araya getirelim. Ayrıca 2 bebek var biri 3 aylık süt ve bebek bezlerine ihtiyaç var. Öbur kisi de 8 aylık süt ve bebek bezlerine ihtiyaç.

Müslüman olarak bir araya gelelim ve bu ailelere yardım edelim cezakAllahu hair.

---

German

As selamu aleykum wa rahamthullahi wa barakathu

Dringender Appell!!!

Es gibt eine Familie die demnächst ihre Wohnung verlieren wird, weil sie kein Geld für die Miete hat, da sie sich gerade mal so

Sie haben nur noch Zeit bis zum 1. des Monats bis sie sie Wohnung verlassen müssen.

Wohnung verlassen müssen.

Lasst uns zusammen legen und ihnen helfen.

Ramadan steht vor der Tür und jede noch so kleine Spende kann helfen.

Sie brauchen alles mögliche. Sei es geld, babymilchpulver oder auch windeln. Sie haben ein 3 und ein 8 monate altes baby.

JezakAllahu kheir für eure Hilfe

⊙ 429    edited 2:41 AM

**The Merciful Hands**



This familys father just lost the only source of income and now they are living in poverty.

This is our call to help the oppressed and needy
⊙ 635    11:57 PM

May 2, 2018

**The Merciful Hands**
assalam alakium wa rahmutalhi wa barakatu.

With ramadan in sight we are trying to collect funds to be able to give out iftar meals to the needy.

so please if you have anything even if its not much all of it adds up and we can try to sponsor this project.

Don't loose out on this great ajr for ramadan.

----------------------------------------
German

As salamu aleykum wa rahamthullahi wa barakathu

Wir bereiten derzeit iftarpakete für Ramadan vor um den Bedürftigen ein angenehmes Ramadan zu ermöglichen indem sie genug Essen haben um ihr Fasten zu brechen.

Denkt an die besondere Belohnung der Speisung eines Fastenden und Unterstützt unser Projekt.

----------------------------------------
Türkçe

Merhametli eller

Selamin aleykum ve rahmetullahi ve bereketu

Ramazan çok yakin ve bu sebebden yardimlari toplamaya çalişiyoruz ki iftar yemekleri lazim olanlara hazirlamak için.

Lutfen ne varsa az olsa dahil hesap eder ve bu projeye destek olalim.

Ramazan için bu fazletli ecirleri ecirleri kaçirmayin.

----------------------------------------
Arabic (عربي)

أبو هاشر كالبفورنيا:
السلام عليكم ورحمه الله وبركاته

مع اقتراب رمضان نحاول جمع اموال لتوزيع الوجبات الافطار للمحتاجين

فرحة لمن عنده شي ولو قليل ساعدونا كي ندعم هذا المشروع

لا تخسر هذه الفرصة للاجر العظيم إن شاء الله في رمضان

**The Merciful Hands**
Assalam alakium wa rahmutalhi wa barakatu

**The Merciful Hands**

Assalam alakium wa rahmutalhi wa barakatu

URGENT APPEAL!!!!!!!

I have calculated 11 brothers rents it's comes out to 950 dollars.

The brothers are in need and not reciving any help. It's been over 5 months since they have received payment but they still continue to go to field for the sake of Allah.

This shows you, there dedication to Allah not money, but with ramadan coming up if they do not pay there rent they will have no where to go and will be kicked out of there homes.

so we are launching this fundraising campaign to help the brothers with there rent.

anything is better then nothing
all these brothers have families babies pregnant wives how can we sit back while our brothers are in need.

like I said before and i will say again anything you give will add up so don't think I'm only giving a dollar this is nothing this is something to someone who has nothing.

one brother a few months ago is getting kicked out of his house as it was temporary becuase his house was hit by a plane.

Alhamdiallah no casualties but he lost everyhing he owned

Don't forget the great ajr of ramadan coming up.



---

Türkçe

Selamin aleykum ve rahmetullahi ve bereketu

Acil başvuru !!!!!!

11 kardeşin kirasını hesapladım ve 950 dolara çıkıyor.

Kardeşler ihtiyaç duyuyorlar ve herhangi bir yardım almıyorlar. Ödeme aldıklarından beri 5 aydan fazla oldu ama yine de Allahin rizasini saha da çalışmaya devam ediyorlar.

Bu size, Allah'a yarışdığını gosteriyor paraya deyil, ancak ramazan yaklaşıyor ve kiralarini ödemezlerse evlerinden dışariya koyu olurlar.

Bu nedenle, bu kardeşleri kiraya vermek için bu bağış kampanyası başlatıyoruz.

Az olsa bile hiçbir şey den daha iyi.

Bütün bu kardeşlerin aileleri var, bebekler, hamile eşleri, kardeşlerimiz ihtiyaç duyduğumuzda nasıl oturabiliriz.

Daha önce de söylediğim gibi, tekrar söyleyeceğim. o yüzden sadece bir dolar verdiğimi düşünmüyorum, bu bir kişinin olmadığı bir olacağı şeydir.

Bir erkek kardeşin birkaç ay önce evinden kovuldug. Uçak evini vurduğu için evinden atıldı.

Elhamdiallah hiçbir zayiat değil ama sahip olduğu her şeyi kaybetti

Gelecek ramazanın büyük ecirini unutma.

hayırseverlik zenginlik düşürmez



---

Russian

Assalam alakium wa rahmutalhi wa barakatu

СРОЧНОЕ ОБРАЩЕНИЕ !!!!!!

Я рассчитал 11 арендных ставок братьев, и это составляет 950 долларов.

братья нуждаются и не получают никакой помощи. Прошло более 5 месяцев с тех пор, как они получали платеж, но они по-прежнему продолжают ездить на поле ради Аллаха.

идти, и их будут выгонять из дома.

поэтому мы запускаем эту кампанию по сбору средств, чтобы помочь братьям с арендой.

ничего лучше, чем ничего
все эти братья имеют семейные дети беременных жён, как мы можем сидеть сложа руки, пока наши братья нуждаются в этом.

как я уже говорил, и я снова скажу, что все, что вы дадите, будет складываться, поэтому не думайте, что я даю только доллар, это ничего не значит для кого-то, у кого ничего нет.

один брат несколько месяцев назад выбивается из своего дома, поскольку это было временно, потому что его дом был поражён самолётом.

Alhamdiallah нет жертв, но он потерял все, что ему принадлежал

Не забывайте, что великий адриl рамадан подходит.

благотворительность не уменьшает богатство

⬛⬛⬛⬛⬛

⊙ 1330  edited 12:29 AM  ➤

---

**May 3, 2018**

**The Merciful Hands**
Assalam alakum wa rahmutalhi wa barakatu

There is two brothers, both from different lands, with leg injurys. one is not receiving any flancial support and his rent is due and he can barely afford food for his family, or to pay his rent and he is getting kicked out of his apartment before ramadan if he doesnt come with the money.

2. The second brother is a forigner as well and his salary was cut now he can't afford milk and nappies for his baby.

The brothers daughter is also sick with bronchitis and pneuoema. she needs medical treatment and he doesnt have money for medication.

The situation everyday is getting worse and without your help we won't be able to support these famillies.

so please contact me if you would like to donate.

⬛⬛⬛⬛⬛

---
Türkçe

Selamin aleykum ve rahmetullahi ve bereketu

2 kardeş var ve farklı topraklardan gelmişler . Bacak yaralanmalarıyla birlikte, birisi herhangi bir yardım desteği almıyor ve kirasını ödeyemiyor ve ailesine yiyecek veremiyor eğer kirasını ramazandan önce ödemese dairesinden atılıyor.

İkinci kardeşi de aynı zamanda bir yabancılık çekiyor ve maaşı kesildi şimdi bebeği için süt ve bebek bezleri alamıyor.

Kardeşlerin doktoru da bronşit ve pnöuema ile hastadir.

Tibbi tedaviye ihtiyacı var ve ilaç tedavisi için parası yok.

Her gün durum daha da kötüleşiyor ve yardımlarınız olmadan bu aileleri destekleyemeyiz.

Bağış yapmak isterseniz lütfen bana ulaşın.

⬛⬛⬛⬛⬛

---
German

As selamu aleykum wa rahumthullahi wa barakathu

Es gibt zwei verletzte muhajireen Brüder die kein geld haben für die Miete und keine finanzielle Unterstützung bekommen.

Die Brüder können sich auch kein babymilchpulver oder windeln für ihre kinder leisten.

Auch können sie sich keine medizinische Behandlung leisten oder Medikamente die sie benötigen.

Auch können sie sich keine medizinische Behandlung leisten oder Medikamente die sie benötigen.

Die Situation wird immer schwieriger. Wir bitten um eure Unterstützung

[black redaction bar]

---

Arabic (عربي)

لو هاجر كاليفورنيا:
السلام عليكم ورحمة الله وبركاته

هناك اخان من بلدين مختلفين مصابان في ارجلهما
احداهم لا يتلقى اي مساندة مادية وعلية دفع ايجار بيته ولا يكاد لا يستكيع
تقدم اهله فضلا عن دفع الايجار فذلك سدفك يترد من البيت قبل رمضان اذ لم
يدفع الايجار

الاخ الثاني مهاجر ايضا ووقف رابه رابه لا يستطيع اشتراء حليب، وحفوضات
لطفله

فوق ذلك لديه بنت مريضة بالتهاب الشعبي والتهاب رئوي
نحتاج الى علاج واخ ليس لديه مال للدواء
الوضع يمار اكثر يوم بعد يوم وبدون دعمكم لن نستطيع مساعدة هذه العوائل

[black redaction bar]

Russian

Assalam alaikum wa rahmutalhi wa barakatu

Есть два брата, оба из разных стран, с опозданием на ногу. никто не получает никакой поддержки в фиаско, а его арендная плата должна и он едва может позволить себе пищу для своей семьи или заплатить за аренду, и его выгнали из квартиры перед рамадном, если он не придет с деньгами.

2. Второй брат тоже визг, и его зарплата была сокращена. теперь он не может позволить себе молока и подгузников для своего ребенка.

Дочь братьев также болеет бронхитом и пневмоэмой, ей нужно лечение, и у него нет денег на лекарства.

Ситуация в повседневной жизни ухудшается, и без вашей помощи мы не сможем поддерживать эти семьи.

поэтому, пожалуйста, свяжитесь со мной, если вы хотите пожертвовать.

[black redaction bar]

◎ 381  edited 1:29 AM

The Merciful Hands



Your support can help children of people defending the front lines.
◎ 386  edited 1:28 AM

The Merciful Hands

Merciful Hands

defending the front lines.
👁 385 edited 1:28 AM

**The Merciful Hands**



this injured brother is able to take care of his
family thanks to your support jazakallah khair
👁 391 10:55 AM

May 4, 2018

**The Merciful Hands**
Assalam alakium wa rahmutalhi wa barakatu

Ramadan is coming we are in need of donation to set up suqoor
and iftar kits for families in need.

Many families dont have the necessities for this coming ramadan.
So lets try to come together to help these families.

2. Many families are also in need of funds to pay there rent

so if you can please help with whatever you can be it food or
money dua please try to help.

jazakallah khair

May Allah reward all of you for your help.

_____

Arabic (عربي)

السلام عليكم ورحمة الله وبركاته

ما اقتراب رمضان نحتاج الى التبرعات لتجهيز وجبات للسحور والافطار العائلات
المحتاجة

كثير من العائلات ليس لديهم المستلزمات والاساسيات لرمضان فلنجتمع
كنساعدهم

والكثير من العائلات يحتاجون الى المال كي يدفعوا ايجار بيوتهن

فنطلب منكم ومن فضلكم ان تساعدوا بما تستطيعون ان كان بالمال او بالطعام
او بالدعاء

وجزاكم الله خيرا
👁 473 edited 2:21 AM

**The Merciful Hands**



Alhamdiallah with your help we were able to
help this orphan.

Alhamdiallah with your help we were able to help this orphan.
please dont forget these families during ramadan.
◎ 333  2:22 AM

The Merciful Hands
https://t.me/joinchat/AAAAAFNenUfuuVbJ9Y2IrQ

Telegram
**The Merciful Hands**
Here in sham giving aid to those in need,



◎ 386  2:23 AM

**The Merciful Hands**



Another family we were able to help through your donations.

Without your support we won't be able to continue this project
◎ 405  8:16 AM

May 5, 2018

**The Merciful Hands**
assalam alaikum wa rahmutalhi wa barakatu

Dringender Appell !!!

Ich habe die Mieten von 11 Brüdern zusammengerechnet und komme zu einer Summe in Höhe von 950 Dollar.

Die Brüder sind bedürftig und erhalten keine finanzielle Hilfe. Es ist bereits über 5 Monate her, dass sie eine Zahlung erhalten haben. Das hält sie jedoch nicht von den Schlachtfeldern fisabillah ab.

Dies zeigt ihre Hingabe zu Allah und ihre geringe Schätzung der Dunja. Jedoch besteht die Gefahr das sie aus ihren Wohnungen rausfliegen wenn sie nicht ihre Miete zahlen können. Vor allem im Monat Ramadan ist das eine sehr traurige Angelegenheit.

Also starten wir ein neues Projekt um Geld für die Mieten der Brüder zu sammeln.

Wir müssen helfen auch wenn es nur kleine Beträge sind. Diese Brüder haben Frauen und Kinder. Wie können wir gemütlich sitzen wenn sie leiden?

Denkt nicht das ein kleiner Betrag nichts nützen würde. Jeder Betrag zählt.

Ein weiterer Bruder ist aus seinem Haus geflogen, dass er nur zeitweise bekommen hatte weil sein ursprüngliches Haus von einem Jet gebombt wurde.

Es gab keine Verletzten Alhamdulilah aber er verlor seinen gesamten Besitz.

Vergesst nicht die große Belohnung im Monat Ramadan.

Spenden verringert nicht den Besitz.

◎ 389  edited 12:48 AM

**The Merciful Hands**

**The Merciful Hands**




**The Merciful Hands**

We ran into this brother we know personally who works on the front line, but doesn't receive any payment, so he had no money and couldn't afford to buy some nessecities. So we gave him some cash and bought his food for him and his family.

May 7, 2018

**The Merciful Hands**

Assalam alaikum wa rahmutalhi wa barakatu

There is a brother from a foreign country he came based on tawwakul of Allah and believing in his cause.

He brought all his money with him but didn't know this path was long and hard.

The brother has a family now and doesnt have any money left. It's been over 3 months since he has received any aid.

The brother doesnt ask for help as he is very humble but i know him personally and knoe his situation and its very depressing he has a baby 3 months and can't afford nappies and baby milk we have been trying to help him with whatever we can but our funds are running low.

so we are making an appeal the muslims to help this brother.  A brother who sacrificed a nice life in the west to live in a war torn country just to protect the muslims.

Now he is in aid so let's try to come together to help this brother.

The brother only has what is equivalent to 2 dollars in his pocket and never begs and just says alhamdiallah. So before aramadan start let's try to get him a food pack and some money so he can have a decent ramadan.

sadaqah only increases your wealth remember

jazakallah khair

assalam alaikum wa rahmutalhi wa barakatu



---

Türkçe

Merhametli eller:

Selamin aleykum ve rahmecullahi ve bereketu

Allaha tevekkül ederek onun davasına inanan yabancı bir ülkeden gelen bir kardeş vardır.

Bütün parasını onunla getirdi ama bu yolun uzun ve zor olduğunu bilmiyordu.

Kardeşin şimdi bir ailesi var ve hiç parası yok. Yardım aldığından beri 3 aydan fazla oldu.

Kardeş çok safgönüllü olduğu için kimseden yardım sormuyor ama ben şahsen onu tanıyorum ve onun durumunu biliyorum ve çok iç kararıcı olduğunu biliyorum. bebeği 3 aylıkdır ve bebek bezi ve bebek sütünü alamıyoruz. Ve bizim bağışlarımız azalıyor.

bu yüzden kardeşimize yardım etmek için müslümanlara çağrı yapılıyor. Batıda güzel bir hayatı feda eden Müslümanları korumak için savaştan yırtıp parçalı bir ülkeye gelir.
Şimdi yardımda bulunuyor, bu kardeşi yardım etmek için bir araya gelmeye çalışalım.

Kardeşi sadece cebinde 2 dolara neye değer olan ve asla
yolvarmaz ve sadece elhamdlallah diyor. Bu yüzden Ramazan
başlamadan önce ona bir yiyecek paketi ve biraz para getirmeye
çalışalım, böylece iyi bir ramazana sahip olabilir.

sadaka sadece zenginliklerini arttırır hatırla

CezakAllahu hair

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

السلام عليكم ورحمة الله وبركاته

هناك اخ من الخارج اتى الى الشام متوكلا على الله وايمانا بقضيه

اخى مع كل ماله ولكن لم يحسب طول ومشقة الطريق

الاخ لديه عائله والاب لم يبقى عنده مال
وصار الأن اشر من ثلاثة اشهر منذ نلقى اي دعم او مساعدة

الاخ من تواضعه لا يطلب اي مساعدة ولكن اعرفه شخصيا واعلم بحاله وهو
شى معتزم
الاخ لديه طفل عمره ثلاثة اشهر وليس لديه ما يشترى به حفوضات وحليب
حلولنا به نساعده بما نستطيع ولكن الاب إمكانياتة ضعيفة

فلذلك نناشد المسلمين لمساعدوا هذا الاخ
اخ صاح بحياة جميلة في الغرب ليسكن في بلد نعرفه الحرب ليدافع عن
المسلمين

لأن هو بحاجة فلنجتمع لنساعد هذا الاخ

الاخ يملك ما يعادل دولارين فقط ورغم ذلك لا يطلب مو احد ويقول الحمد لله
فحسب
فالمحاول قبل انطلاق رمضان ان نساعده بسله اغادية بعض المال كى يمتع
برمضان طيب

لا تنسى ان الصدقة تزيد من مالك ولا تنقصه

وجزاكم الله خيرا

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**The Merciful Hands**
Assalam alakium wa rahmutalhi wa barakatu

A brother just had his bike money and baruda stolen from him
and has no cash to replace it.

If anyone could help this brother please contact me

👁 546   edited 7:48 AM

**The Merciful Hands**
Assalam alakium wa rahmutalhi wa barakatu

With ramadan coming up very quickly we need funds to help the
families in need mostly the ones defending the fronts and there
families.

Ramadan is a time of giving so please make it possible to try to
give some aid.

even if its 1 or 2 dollars or 100 your intention is what counts.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Merhametli eller:

Selamin aleykum ve rahmetullahi ve bereketu

Ramazan çok hızlı bir şekilde yaklaşıyor ve bağışlar için çağrı
yapıyoruz. En çok ön saflardaki kardeşlerimiz ve aileleri için
yardım dayız.

Ramazan bu yüzden yardım vermek fırsatıdır onun için lütfen
elinizden geleni infak edin.
1 veya 2 veya dollar olsa veya 100 önemli olan niyet ne sayar.





**The Merciful Hands**



Bismialiah

Helping orphans in the land of sham,
help and donate with ramadan coming soon
⊕ 358  edited 11:16 PM

May 9, 2018

**The Merciful Hands**
Bismiallah wa salatul salam wa rasullah wa bad

Assalam alakium wa rahmutalhi wa barakatu yo muslimeen

There is a brother who has been doing work for the last 2 years
and is only 18 years old.

He was the care taker of his family, and recently lost his lower leg.

The brother is humble and doesnt ask for help, but with ramadan
coming soon we need funds to support him and his family.

So if you can find it in your heart to help this young brother for
ramadan please contact me

small amount or big amount it doesn't matter it all adds up.

---
Russian

Милосердные руки:
Bismillah wa salatul salam wa rasullah wa bad

Assalam alakium wa rahmutalhi wa barakatu yo muslimeen

Есть брат, который работает в течение последних 2 лет и ему
всего 18 лет.

Он заботился о своей семье и недавно потерял нижнюю ногу.

Брат смиренный и не просит помощи, но с рамадном в
ближайшее время нам понадобятся средства, чтобы
поддержать его и его семью.

Поэтому, если вы можете найти это в своем сердце, чтобы
помочь этому молодому брату для рамадана, пожалуйста,
свяжитесь со мной

небольшая сумма или большая сумма, неважно, что все это
складывается.

---
Turki
Merhametli eller:

Bismillah ve salatul ve salam alä RasulAllah
Selamin aleykum ve rahmetullahi ve bereketu

---

Turki
Merhametli eller:

Bismillah ve salatul ve salam alā RasulAllah

Selamin aleykum ve rahmetullahi ve bereketu

Son 2 yıldır amele sahip çalışmalar yapan 18 yaşında olan bir
kardeş var.

Ailesinin bakıcısıydı ve yakın zamanda alt bacağını kaybetti.

Kardeş alçakgönüllü ve yardım istemiyor ama yakında ramazan ile
birlikte ona ve ailesine destek olmak için paraya ihtiyacımız var.

Eğer bu genç kardeşe ramazan için yardım etmeği kalbinizde
bulabilirseniz lütfen bana ulaşın

küçük miktar ya da büyük miktar olsa bile hesap eder.

⊚ 1472  edited 1:04 AM

The Merciful Hands
bismiallah

assalam alakium wa rahmutalhi wa barakatu

if any one here in sham has some extra items they don't need
please feel free to donate them to us.

we are really in need of finacial assistance as we have given all the
money away fi sabillah

it could be anything

and if you are in another country feel free to make donations to
help the needy of sham as ramadan is coming up

jazakallah khair

---

Arabic (عربي)

السلام عليكم و رحمة الله وبركاته

ها قد اقترب رمضان وحناج الى كي نساعد العائلات المحتاجة وخاصة
الذين يداقعون عن الجبهات وعوائلهم

رمضان وقت للإعطاء فرجو منكم الدعم

---

May 10, 2018

The Merciful Hands

السلام عليكم ورحمة الله وبركاته

هناك اخ من الخارج انى الى الشام متوكلا على الله وايمانا بقضيته

اين مو كل ماله ولكن لم يحسب طول ومشقة الطريق

الاخ لديه عائلة والاب لم يبقى عنده مال
وصار الآن اشر من ثلاثة اشهر منذ بلغى اى دعم او مساعدة

الاخ من نواجهه لا يطلب اى مساعدة ولكن اعرفه شخصيا واعلم بحاله وهو
شى مجزو
الاخ لديه طفل عمره ثلاثة اشهر وليس لديه ما يشترى به حفوضات وحليب
حاولنا ان نساعده بما نستطيع ولكن الات إمكانياتنا ضعيفة

فذلك ناشد المسلمين لنساعدوا هذا الاخ
اخ صاح بحياة جميلة فى الغرب ليسكى فى بلد نمزقه الحرب ليدافع عن
المسلمين

الان هو بحاجة فلنجتمع لنساعد هذا الاخ

الاخ يملك ما يعادل دولارين فقط ورغم ذلك لا يطلب مو احد وهول الحمد لله
بحسبه
فالتحاق قبل انطلاق رمضان ان نساعده بسله اعادية بعض المال كى يمتع
برمضان طيب

وجراكم الله خيرا

السلام عليكم ورحمة الله وبركاته  ⊚ 172  2:05 AM

الآن هو بحاجه فلنجمع لنساعد هذا الأخ

الأخ يمكن ما يعادل دولارين فقط ورغم ذلك لا يطلب مو احد يقول الحمد الله فحسب

فالنحاول قبل انطلاق رمضان ان نساعده بسله اغاذيه بعض المال كي يمتع برمضان طيب

لا تنسى ان الصدقه تزيد من مالك ولا تنقصه

وجزاكم الله خيرا

والسلام عليكم ورحمة الله وبركاته ‏@ 372  2:05 AM

**The Merciful Hands**

بسم الله وصلاة وسلام على رسول الله وبعد

السلام عليكم ورحمة الله وبركاته ايها المسلمون

هناك اخ يعمل منذ سنتين مع ابه ويبلغ من العمر ثمانيه عشر عاما فقط

كان هو المكفل باهله ولكن منذ قريب ثر ساقه

الأخ متواضع ولا يطلب المساعده ولكن ما اقترب رمضان قريبا نحتاج الى دعم كي ندعمه واهله

فان وجه في طلبك ان تساعد هذا الأخ الشاب في رمضان تواصل معي لطفا

███████████████████████
███████████████████████
███████████████████████

**The Merciful Hands**

Assalam alakium wa rahmutalhi wa barakatu

A brother just had his bike money and baruda stolen from him and has no cash to replace it.

if anyone could help this brother please contact me

████████████████

_____

(عربى) Arabic

السلام عليكم ورحمة الله وبركاته

هناك اخ سرق منه موتوره ويرودنه ماله والآن ليس لديه مال حتى يعاودها

ان كان هناك من يساعد هذا الأخ فليتواصل معي

███████████        ██████
‏@ 363  edited 10:33 AM

---

May 11, 2018

**The Merciful Hands**

As selamu aleykum wa rahamthullahi wa barakathu

Es gibt einen muhajir Bruder der fisabillah Hijra gemacht hat.

Er brachte all seinen Besitz mit sich, doch er erwartete nicht das dieser Weg so lang und steinig sein wird.

Der Bruder ist nun verheiratet und hat kein Geld mehr übrig. Das letzte mal das er Hilfe bekam ist über 3 Monate her.

Der Bruder fragt nicht nach Hilfe aus Bescheidenheit, doch ich kenne den Bruder persönlich und kenne seine Situation, dass er sich für sein 3 Monate altes Baby nicht mal richtig Windeln und Babymilchpulver leisten kann. Wir versuchen ihm zu helfen mit dem was uns möglich ist, jedoch sind die Spenden leider weniger geworden.

Also rufen wir euch auf einen Bruder zu unterstützen der sein angenehmes Leben im Westen für die Sache Allahs gelassen hat und in ein Kriegsgebiet kam um das Blut und die Ehre der Muslime zu verteidigen.

Lasst uns alle zusammen versuchen ihm zu helfen.

Der Bruder hat gerade mal so umgerechnet 2 Dollar in der Tasche und sagt immer Alhamdulillah und bettelt oder beschwert sich nie. Es wäre gut wenn wir ihm noch vor Ramadan Essen und Geld organisieren könnnen, sodass er ein angenehmes Ramadan hat.

Eine Spende vermehrt nur dein Vermögen. Vergesst das nicht!

Möge Allah euch mit Gutem belohnen.

As selamu aleykum wa rahamthullahi wa barakathu
‏@ 344  edited 2:16 AM

**The Merciful Hands**
Bismiallah

assalam alakum wa rahmutalhi wa barakatu

We are starting our ramadan fundraising campaign.

We will be helping brother without wages and food packs and donation money.

Without your support this ramadan we will not be able to help these brothers and sisters (wives of shaheeds)

to get extra ajr remind yourself to donate this ramadan, and may Allah reward you.

Jazakallah Khair for your help

[black redaction box]

------

Türkçe

Merhamedil eller:

Selam aleykum ve rahmetullahi ve bereketu

Ramazan bağış kampanyası başlıyoruz.

Tüm ücret ve Gıda paketleri ve bağış paralarını almayan kardeşler yardımcı olacaktır.

Sizden Destek olmadan bu ramazan biz  Bu kardeşlere ve(şehit eşlerine) yardım etmek mümkün olmayacaktır

Fazladan ecir almak için kendinize bu ramazanda zikir et  bağışı vermeye. ve Allah size mükafat versin.

[black redaction box]

------

Arabic (عربى)

السلام عليكم ورحمة الله وبركاته

نبدأ الان حملة رمضانية لتجمع التبرعات

سنساعد الاخوة الذين لا يقبلون الرواتب بالسلل الاغائية والمال

بدون دعمكم هذا الرمضان لا نستطيع مساعدة الاخوة والاخوات الارامل

لكي نصل إن شاء الله على مزيد من الاجر لا ننسى التبرع هذا الرمضان

[black redaction box]

------

German

As selamu aleykum wa rahamthullahi wa barakathu

Wir beginnen nun mit unserem Ramadan Spenden Programm.

Wir werden Brüdern die kein Geld erhalten mit Essenspaketen und Spendengeldern aushelfen.

Ohne eure Hilfe wird es uns nicht möglich sein den Bedürftigen zu helfen. (unter anderem Witwen von Shuhada)

Vergesst nicht die extra Belohnung im Monat Ramadan wenn man spendet.

Möge Allah euch für eure Hilfe belohnen. Amin.

[black redaction box]

**The Merciful Hands**

**The Merciful Hands**



**The Merciful Hands**



**The Merciful Hands**
Alhamdiallah due to your donations we able to help a few families
today
1. the kid is a orphan
2.woman is a widow
3.woman is a widow

So please continue with your donations

telegram and whatsapp
+90 537 822 0931
Admin: @thefigtree                          ◉ 353   12:59 PM

**The Merciful Hands**
Assalam alakium wa rahmutalhi wa barakatu

There was a brother who was besieged in Aleppo before the fall,
and sufffers from back pain as a missle fell on the building he was
in and destroyed his back.

The brother also got shrapnel in his eye and if he doesnt get the
surgery soon he will loose eye

So if there anyone who csn help this brother please contact me
immediately as the time is coming up for the surgery and he will
loose his eye.

jazakallah khair

assalam alakium wa rahmutalhi
wa barakatu

Arabic (عربي)

السلام عليكم ورحمة الله وبركاته

هناك أخ كان محاصر في حلب قبل السقوط يعاني من ألم شديد في الظهر
نتيجة لقصف على المبنى الذي كان يسكن فيه

الأخ أيضا يعاني من شاظية في عينه من اصابة سابقة ويحتاج الى عملية
جراحية طارئة وان لم فسوف يفقد عينه

على العملية سوف يفقد عينه

وجزاكم الله خيرا

⊙ 366   edited 10:32 PM

May 12, 2018

**The Merciful Hands**
Bismillah

assalam alakium wa rahmutalhi  wa barakatu

We are starting our ramadan fundraising campaign.

We will be helping brother without wages and food packs and donation money.

Without your support this ramadan we will not be able to help these brothers and sisters (wives of shaheeds)

to get extra ajr remind yourself to donate this ramadan, and may Allah reward you.

Jazakallah Khair for your help

---

**Türkçe**

Merhametli eller:

Selam aleykum ve rahmetullahi ve bereketu

Ramazan bağış kampanyası başlıyoruz.

Tüm ücret ve Gıda paketleri ve bağış paralarını almayan kardeşler yardımcı olacaktır.

Sizden Destek olmadan bu ramazan biz  Bu kardeşlere ve(şehit eşlerine) yardım etmek mümkün olmayacaktır

Fazladan ecir almak için kendinize bu ramazanda zikir et  bağışı vermeye. ve Allah size mükafat versin.

---

**Arabic (عربى)**

السلام عليكم ورحمة الله وبركاته

نبدأ الآن حملة رمضانية لتجمع التبرعات

ستساعد الاخوة الذين لا يفبلون الرواتب بالسلل الاغائية والمال

بدون دعمكم هذا الرمضان لا تستطيع مساعدة الاخوة والاخوات الارامل

لكي نصل إن شاء الله على مزيد من الاجر لا تنسى التبرع هذا الرمضان
وجزيكم الله خير الجزاه

---

**German**

As selamu aleykum wa rahamthullahi wa barakathu

Wir beginnen nun mit unserem Ramadan Spenden Programm.

Wir werden Brüdern die kein Geld erhalten mit Essenspaketen und Spendengeldern aushelfen.

Ohne eure Hilfe wird es uns nicht möglich sein den Bedürftigen zu helfen. (unter anderem Witwen von Shuhada)

Vergesst nicht die extra Belohnung im Monat Ramadan wenn man spendet.

Möge Allah euch für eure Hilfe belohnen. Amin.

⊙ 1040   3:23 AM

May 13, 2018



**The Merciful Hands**

Our ramadan project has started and its time to get that extra ajr by supporting these families in need.
👁 386 · edited 8:18 AM

**The Merciful Hands**

This was given to a brother who is not from syria. he has a family,and no money and for 4 months has not received any help i went immediately to go help him after hearing his story.
👁 375 · 11:14 AM

**The Merciful Hands**
asslama alaikum wa rahmutalhi wa barakatu

our fundraising campaign needs help for ramadan and when you send we show you proof of where your funds are going to food to nappies baby milk all the nessecities.

So please find it in your heart to help these families for ramadan. Many foreign families are living on nothing and are in serious need of help.

Without our organization we wouldn't have been able to help them, but you need to know it all came from your donations and the will of Allah.

So now Time to get some extra ajr let's get started!!!

----

Türkçe

Selamin aleykum ve rahmetullahi ve bereketu

bağış toplama kampanyamızın ramazan için yardıma ihtiyacı var ve gönderdiğiniz paranın yiyecek götürdüğüne dair kanıt göstereceğiz.

Yani bu ailelere ramazan için yardım etmek için kalbinizde bulun.

**The Merciful Hands**
Reap the bennifit of ajr from Allah by giving to sadaqah

This is the time of ramadan please dont forget your brothers and sisters in sham

Also the ones who left there home and now have nothing left just to protect this ummah

Even if it is small amount together we can make a difference

Give whatever you can to help the ummah of sham this ramadan.

in sha Allah and jazakallah khair for your support

To give support and donations please contact us on.

---

German

Erntet die Belohnung von Allah, indem ihr Sadaqah gebt.

Selbst wenn es nur kleine Mengen sind, können wir einen Unterschied machen.

Möge Allah euch belohnen für eure Unterstützung.

Um Spenden zu geben, setzt euch bitte mit uns in Verbindung.

Arabic (عربي)

اكتسب الأجر من عند الله من قبل الصدقة

حتى ولو كان مبلغا صغيرا حين نجتمع نقدر على التغير إن شاء الله

وجزاكم الله خيرا لكل دعمكم

للدعم والتبرعات نرجو منكم التواصل معنا

---

Türkçe

Sadaka vererek Allah dan ecirinizi kazanin

Birlikte küçük bir miktar olsa bile, büyük bir fark yapabiliriz

İnşaAllah Allahin izni ile Allah ecirinizi versin

Destek ve bağış yapmak için lütfen bizimle iletişime geçin.

ⓘ 103K edited 2:35 AM

**The Merciful Hands**
Bismillah

assalam alakium wa rahmutalhi wa barakatu

we are appealing to you today for our ramadan fundraising program.

We are looking for food packs, nappies, baby milk, money so people can buy the things they need for ramadan season.

If anyone has anything extra and is willing to give during ramadan

Our charity is really looking for help this ramadan and its only with your support we can help these families.

**Pinned message**
Assalam alakium wa rahmutalhi wa barakatu  Right now there is an influx of refugees moving

May 15, 2018

**The Merciful Hands**
Bismillah

assalam alakium wa rahmutalhi wa barakatu

we are appealing to you today for our ramadan fundraising program.

We are looking for food packs, nappies, baby milk, money so people can buy the things they need for ramadan season.

If anyone has anything extra and is willing to give during ramadan it will be greatly appreciated.

Our charity is really looking for help this ramadan and its only with your support we can help these families.

jazakallah khair
please dont forget us in your dua.

assalam alakium wa rahmutalhi wa barakatu

▮▮▮▮▮▮▮▮▮

Türkçe

Merhametli eller:

Bismillah

Selamin aleykum ve rahmetullahi ve bereketu

ramazan bağış toplama programımız için bugün size hitap ediyoruz.

Yiyecek paketleri, bebek bezleri, bebek sütü, para arıyoruz, böylece insanlar ramazan için ihtiyaç duydukları şeyleri satın alabilirler.

Herhangi bir şey varsa ve ramazan boyunca vermeye istekli ise büyük takdir edilecektir.

Bizim yardımseverlerimiz gerçekten bu ramazana yardım ediyor ve desteğiyle bu ailelere yardım edebiliyoruz.

Cezakallahu hair
lütfen bizi dualarınızda unutmayın.

Esselam aleykum ve rahmetullahi ve bereketu

▮▮▮▮▮▮▮▮

Arabic (عربي)

بسم الله الرحمن الرحيم

السلام عليكم ورحمة الله وبركاته
نناشدكم اليوم لحملتنا الرمضانية لتجمع الادتبرعات

Arabic (عربي)

بسم الله الرحمن الرحيم

السلام عليكم ورحمة الله وبركاته

ناشدكم اليوم لحملتنا الرمضانية لتجمع التبرعات

نحتاج الى سلات اغذية وحفوضات وحليب للاطفال ومال للمحتاجين كي يشتروا المستلزمات لرمضان

من كان لديه من المزيد ويريد التبرع في رمضان نشكركم جزيل الشكر

مشروعنا الخيري هذا يحتاج الى مساعدتكم هذا الرمضان فيدعمكم نستطيع مساعدة هذه العوائل

وجزاكم الله خيرا
لا تنسونا من صالح دعائكم

والسلام عليكم ورحمة الله وبركاته

As salamu aleykum wa rahmathullahi wa barakathu

Wir wenden uns heute an euch aufgrund unseres Ramadan Spenden Programs.

We benötigen dringend Essens Pakete, Windeln, Babymilch Pulver und Bargeld damit die Geschwister sich das was sie für Ramadan benötigen kaufen können.

Wenn Jemand Etwas übrig hat und es gerne zu Ramadan spenden möchte kann er sich gerne an uns wenden.

Wir wollen diesen Ramadan es wirklich sehr versuchen unseren Geschwistern in Not zu helfen.

Möge Allah euch mit Gutem belohnen. Amin
Vergesst uns nicht in euren Dua.

As salamu aleykum wa rahmathullahi wa barakathu

👁 3377   edited 3:03 AM

**The Mercical Hands**



May 16, 2018

**The Merciful Hands**
Assalam Alakium wa rahmutalhi wa barakatu

Some reminders this ramadan about giving sadaqah

"Wealth will not be decreased by giving by giving charity. And a forgiving slave must be rewarded by Allah with authority.
(Narrated by Muslim, no. 2588)

(Narrated by Muslim, no. 2588)

"Verily those who give alms – be they men or women, -and give Allah a beautiful loan shall be repaid after increasing it many times; and theirs shall be a generous reward." (Qs. Al Hadid/The Iron: 18)

One of the door that Allah has opened to His slaves to gain big rewards in the month Ramadan is through sadaqa (giving charity/ alms). Islam always advise it's followers to give plenty of charities, especially during the month Ramadan. And that supposes to be the manner of believers; generous. Allah and His messenger ordered, even gave example to the followers of Islam to be a generous and open-handed person. Know that generosity is one of the attribute of Allah the Exalted, as revealed in hadith below

"Indeed, Allah the Exalted is the Giver, He love generosity and noble manners, He detest bad manners." (Narrated by Al Baihaqi, classed sahih by Al Albani in 'Shahihul Jami', 1744)

May Allah reward you
jazakallah khair

Assalam Alakium wa rahmutalhi wa barakatu    ⊙ 1059   3:26 AM

**The Merciful Hands**
There are some families without your support. we would not have been able to support, it is only because of your continued support, we can continue to be able, contribute to help these families this ramadan.    ⊙ 1292   edited 4:14 AM

**The Merciful Hands**



Our ramadan project has started, and thanks to your support we can help these families.

Without you we wouldn't be able to support these families.

jazakallah khair    ⊙ 751   11:09 AM

May 17, 2018

**The Merciful Hands**

May 17, 2018

**The Merciful Hands**



A foreign family we were able to feed and help this ramadan with the blessing of Allah.

and of without your support we couldn't make this possible.

Continue with your donations to make this possible

👁 726   1:40 PM

May 18, 2018

**The Merciful Hands**
Forwarded from The Merciful Hands
Bismillah

assalam alakium wa rahmutalhi wa barakatu

we are appealing to you today for our ramadan fundraising program.

We are looking for food packs, nappies, baby milk, money so people can buy the things they need for ramadan season.

If anyone has anything extra and is willing to give during ramadan it will be greatly appreciated.

Our charity is really looking for help this ramadan and its only with your support we can help these families.

jazakallah khair
please dont forget us in your dua.

assalam alakium wa rahmutalhi wa barakatu

Türkçe

Merhametli eller:

Bismillah

Selamin aleykum ve rahmetullahi ve bereketu

Selamin aleykum ve rahmetullahi ve bereketu

ramazan bağış toplama programımız için bugün size hitap ediyoruz.

Yiyecek paketleri, bebek bezleri, bebek sütü, para arıyoruz, böylece insanlar ramazan için ihtiyaç duydukları şeyleri satın alabilirler.

Herhangi bir şey varsa ve ramazan boyunca vermeye istekli ise büyük takdir edilecektir.

Bizim yardımseverlerimiz gerçekten bu ramazana yardım ediyor ve desteğiyle bu ailelere yardım edebiliyoruz.

Cezakallahu hair
lütfen bizi dualarınızda unutmayın.

Esselam aleykum ve rahmetullahi ve bereketu

████████████████████

---

Arabic (عربي)

بسم الله الرحمن الرحيم

السلام عليكم ورحمة الله وبركاته

نناشدكم اليوم لحملتنا الرمضانيه لتجمع الدلتبرعات

نحتاج الى سلات اغاذية وحفوضات وحليب للاطفال ومال للمحتاجين كي يشتروا المستلزمات لرمضان

من كان لديه من المزيد ويريد التبرع في رمضان نشكركم جزيل الشكر

مشروعنا الخيري هذا يحتاج الى مساعدتكم هذا الرمضان فيدعمكم نستطيع مساعدة هذه العوائل

وجزاكم الله خيرا
لا تنسونا من صالح دعائكم

████████████████████

As salamu aleykum wa rahmathullahi wa barakathu

Wir wenden uns heute an euch aufgrund unseres Ramadan Spenden Programs.

We benötigen dringend Essens Pakete, Windeln, Babymilch Pulver und Bargeld damit die Geschwister sich das was sie für Ramadan benötigen kaufen können.

Wenn Jemand Etwas übrig hat und es gerne zu Ramadan spenden möchte kann er sich gerne an uns wenden.

Wir wollen diesen Ramadan es wirklich sehr versuchen unseren Geschwistern in Not zu helfen.

Möge Allah euch mit Gutem belohnen. Amin
Vergesst uns nicht in euren Dua.

As salamu aleykum wa rahmathullahi wa barakathu

👁 3378   6:25 AM

May 20, 2018

**The Merciful Hands**

Assalam alakium wa rahmutalhi wa barakatu

There is a family who came from a foreign land and is down to there last amount of money.

This is ramadan and they can barely afford any food or dates,fruits, or vegetables.

This is ramadan we should be taking advantage of doing good deeds.

The father is a frontliner, and due his circumstances and debts its hard to keep food on the table.

To the point he has to sell his belongings.

A brother traveled across the world to give help to the unmah but only receive help from his sustainer Allah Azza jal.

Let's come together as a ummah to be able to help this brother and his family ease there burdens this ramadan.

Jazakallah Khair

Türkçe

Merhametli Eller

Selamin aleykum ve rahmetullahi ve bereketu

Yabancı bir ülkeden gelen bir aile var ve som miktar pararalari kalmış.

Ramazandayız ve yiyecek meyve ve sebzeyi zar zor alabiliyorlar.

Bu ramazan, iyi ameller yapmanın avantajlarından faydalanmalıyız.

Bir baba olarak ön saflarda çalışıyor ve durumuna dahil borçları nedeniyle yemek masasında tutmak zor oluyor.

Bu noktada eşyalarını satması gerekiyor.

Bir kardeşi, dünyaya seyahat ederek haksızlığa yardım etmek için yardım etti, ancak sadece yardımcısı Allah Ezze ve Cel.

Bu kardeşe ve ailesine yardım edebilmek için bir ümmet olarak bir araya gelelim.

CezakAllahu Hair

Bağışlamak için lütfen bana ulaşın

As selamu aleykum wa rahamthullahi wa barakathu

As selamu aleykum wa rahamthullahi wa barakathu

Es gibt eine Muhajirun Familie die fast kein Geld mehr besitzt.

Es ist Ramadan und sie können sich fast kein Essen, Datteln, Obst oder Gemüse leisten.

Es ist Ramadan und wir sollten ihnen helfen und diese Belohnung nicht entgehen lassen.

Der Vater der Familie ist ein Mujahid und aufgrund der Umstände und der Schulden die er hat, fällt es ihm schwer Essen für seine Familie zu besorgen.

Es ging sogar so weit, dass er sein Hab und Gut verkauft hat.

Ein Bruder, der um die Welt reiste um der Ummah zu helfen, der aber nur Hilfe von seinem Versorger Allah swt bekommt.

Lasst uns als Ummah diesem Bruder Helfen und ihm und seiner Familie diesen Ramadan erleichtern.

Möge Allah euch mit Gutem belohnen. Amin.

Bitte kontaktiert mich um zu spenden:

⊙ 772   edited 12:13 PM

May 21, 2018

**The Merciful Hands**
Forwarded from The Merciful Hands
There are some families without your support. we would not have been able to support, it is only because of your continued support, we can continue to be able, contribute to help these families this ramadan.          ⊙ 1292   4:15 AM

**The Merciful Hands**
http://t.me/Daily_Islamic_Reminders   ⊙ 381   6:38 AM

**The Merciful Hands**
Forwarded from The Merciful Hands
Assalam alakium wa rahmutalhi wa barakatu

⊙ 596   2:18 PM

**The Merciful Hands**
Forwarded from The Merciful Hands
bismiallah

assalam alakium wa rahmutalhi wa barakatu

if any one here in sham has some extra items they don't need please feel free to donate them to us.

we are really in need of finacial assistance as we have given all the money away fi sabillah

it could be anything

and if you are in another country feel free to make donations to help the needy of sham as ramadan is coming up

and if you are in another country feel free to make donations to help the needy of sham as ramadan is coming up

jazakallah khair

--------------------------------------------------------
Arabic (عربي)

السلام عليكم ورحمة الله وبركاته

ها قد اقترب رمضان ونحتاج الى دعم كي نساعد العائلات المحتاجة وخاصة الذين يدافعون عن الجبهات وعوائلهم

رمضان وقت للإعطاء فرحو منكم الدعم

⊙ 1867  2:18 PM

---

May 22, 2018

**The Merciful Hands**
Forwarded from The Merciful Hands
Bismillah

assalam alakium wa rahmutalhi wa barakatu

we are appealing to you today for our ramadan fundraising program.

We are looking for food packs, nappies, baby milk, money so people can buy the things they need for ramadan season.

If anyone has anything extra and is willing to give during ramadan it will be greatly appreciated.

Our charity is really looking for help this ramadan and its only with your support we can help these families.

jazakallah khair
please dont forget us in your dua.

assalam alakium wa rahmutalhi wa barakatu

--------------------------------------------------------
Türkçe

Merhametli eller:

Bismillah

Selamin aleykum ve rahmetullahi ve bereketu

ramazan bağış toplama programımız için bugün size hitap ediyoruz.

Yiyecek paketleri, bebek bezleri, bebek sütü, para arıyoruz, böylece insanlar ramazan için ihtiyaç duydukları şeyleri satın alabilirler.

Herhangi bir şey varsa ve ramazan boyunca vermeye istekli ise büyük takdir edilecektir.

Bizim yardımseverlerimiz gerçekten bu ramazana yardım ediyor

Cezakallahu hair

Cezakallahu hair
lütfen bizi dualarınızda unutmayın.

Esselam aleykum ve rahmetullahi ve bereketu



Arabic (عربي)

بسم الله الرحمن الرحيم

السلام عليكم ورحمة الله وبركاته

نناشدكم اليوم لحملتنا الرمضانية لتجمع الدلتبرعات

نحتاج الى سلات اغاذية وحفوضات وحليب للاطفال ومال للمحتاجين كي
يشتروا المستلزمات لرمضان

من كان لديه من المزيد ويريد التبرع في رمضان نشكركم جزيل الشكر

مشروعنا الخيري هذا يحتاج الى مساعدتكم هذا الرمضان فيدعمكم نستطيع
مساعدة هذه العوائل

وجزاكم الله خيرا
لا تنسونا من صالح دعائكم

والسلام عليكم ورحمة الله وبركاته

As salamu aleykum wa rahmathullahi wa barakathu

Wir wenden uns heute an euch aufgrund unseres Ramadan
Spenden Programs.

We benötigen dringend Essens Pakete, Windeln, Babymilch Pulver
und Bargeld damit die Geschwister sich das was sie für Ramadan
benötigen kaufen können.

Wenn Jemand Etwas übrig hat und es gerne zu Ramadan spenden
möchte kann er sich gerne an uns wenden.

Wir wollen diesen Ramadan es wirklich sehr versuchen unseren
Geschwistern in Not zu helfen.

Möge Allah euch mit Gutem belohnen. Amin
Vergesst uns nicht in euren Dua.

As salamu aleykum wa rhamathullahi wa barakathu



👁 3378   11:03 AM

The Merciful Hands
Assalam alakium

There is a muhajir brother with a new baby and has not received
salary for the last 3 months things are very tight for him and he
needs help. The brother can not afford nappies and baby milk.
Also he has another baby on the way.

Also

Also

another muhajir brother has not received any wages for the last two months and doesnt know where he will get money. Since he doesn't receive assistance from any one. The brother is injured. So he doesn't do the work he used to do.

if we all come together we can help to make a difference in these families lives.

jazakallah khair

Türkçe

Selam aleykum ve rahmetullahi ve bereketu

Yeni bir bebeği olan bir muhacir kardeş var ve son 3 ay boyunca maaş almadı, işler onun için çok sıkı ve yardıma ihtiyacı var. Kardeş bebek bezlerini ve bebek sütünü alamıyor. Ayrıca başka bir bebeği yolda gelecek.

Ayrıca

Bir başka muhacir kardeş son iki aydır hiçbir maaş almamış ve nereden para alacağını bilmemektedir. Herhangi birinden yardım almadığı için. Kardeşi yaralandı. Yani eskiden yaptığı işi yapmıyor.

Hep birlikte gelirsek, bu ailelerin yaşamlarında bir fark yaratmaya yardımcı olabiliriz.

◎ 482   edited 3:08 PM

May 24, 2018

The Merciful Hands
bismiallah

assalam alakium wa rahmutalhi wa barakatu

if any one here in sham has some extra items they don't need please feel free to donate them to us.

we are really in need of finacial assistance as we have given all the money away fi sabillah.

it could be anything

and if you are in another country feel free to make donations to help the needy of sham as ramadan is here.

People contact us everyday for help let us me and you be the reason the people can feed there stomach.

jazakallah khair

-------------------------------------------
Arabic (عربي)

السلام عليكم ورحمة الله وبركاته

السلام عليكم ورحمة الله وبركاته

ها قد اقترب رمضان ونحتاج الى دعم كي نساعد العائلات المحتاجة وخاصه
الذين يدافعون عن الجبهات وعوائلهم

رمضان وقت للإعطاء فنرجو منكم الدعم

اذا كان دولار واحد او دولارين ▓▓▓▓▓▓▓▓▓▓▓▓▓

👁 559   edited 4:35 AM

**The Merciful Hands**
Assalam alakium wa rahmutalhi wa barakatu

There is a family who came from a foreign land and is down to there last amount of money.

This is ramadan and they can barely afford any food or dates,fruits, or vegetables.

This is ramadan we should be taking advantage of doing good deeds.

The father is a frontliner, and due his circumstances and debts its hard to keep food on the table.

To the point he has to sell his belongings.

A brother traveled across the world to give help to the unmah but only receive help from his sustainer Allah Azza jal.

Let's come together as a ummah to be able to help this brother and his family ease there burdens this ramadan.

Jazakallah Khair

-------------------------------------------------
Arabic (عربي)

ابو هاجر كاليفورنيا:
السلام عليكم ورحمة الله وبركاته

هناك عائلة اتوا من بلد اجنبي والآن ما تبقى عندهم الى القليل من المال

الآن رمضان وهم كادوا لا يستطيعون اشترى اي طعام حتى التمر او الفواكه والخضروات

الآن ونحن في رمضان علينا ان نستغل الفرصة للعمل الصالح

الاب مرابط ولاجل حالته ودَينه يصعب عليه اطعم اهله

الى الحد انه اضطر لبيع املاكه

اخ سار العالم لكي ينصر الامة ولا يساعده الى مولاه الله عز وجل

فالنجتمع كامة لكي نساعد هذا الاخ وعائلته ونخفف عنهم هذا الرمضان

وجزاكم الله خيرا

**The Merciful Hands**

Assalam alakium

There is a muhajir brother with a new baby and has not received
salary for the last 3 months things are very tight for him and he
needs help. The brother can not afford nappies and baby milk.
Also he has another baby on the way.

Also

another muhajir brother has not received any wages for the last
two months and doesnt know where he will get money. Since he
doesn't receive assistance from any one. The brother is injured.
So he doesn't do the work he used to do.

if we all come together we can help to make a difference in these
families lives.

jazakallah khair

██████████████

---

Arabic (عربى)

ابو هاجر كاليفورنيا:
السلام عليكم ورحمة الله وبركاته

هناك اخ مهاجر لديه مولود جديد ومنذ 3 اشهر لم يتلقى اي راتب او مقابلة
فحاله ضيق ويحتاج مساعدة
الاخ لا يشتطيع شراء الحليب والحفوضات وفوق ذلك لديه طفل ثاني على
الطريق ان شاء الله

هناك اخ ثاني مهاجر منذ شهرين لم يتلقى  اي مقابلة ولا يعرف اين يأتي بمال
لان لا احد يساعده
الاخ مصاب ولا يعمل في عمله السابق حاليا

ان اجتمعنا نستطيع ان نثير التغير في حياة هذه العوائل

██████████████████████

May 25, 2018

**The Merciful Hands**








**The Merciful Hands**

These pictures signifys all the hard work everyone had put in from our donators,
with your help we wouldn't be able to continue this program.

So jazakallah khair for keeping this program running through your donations.

if you want to continue to give sadaqah please contact us.

⬛⬛⬛

👁 380  8:06 AM

---

**The Merciful Hands**
https://t.me/joinchat/AAAAAFNenUfuuVbj9Y2lrQ

Please join and spread our chanel
to continue the help of the people of sham

⬛⬛⬛

Merciful Hands

Syria

👁 1202  8:12 AM

---

May 26, 2018

**The Merciful Hands**
Salaam alaikum wa rahmutalhi wa barakatu

its that time of the Year to give for the sake Of Allah.

There is one is a brother who came from a foreign land and doesn't have any money this ramadan.

there are 2 foreign brothers who put all there money together but don't have enough. They are trying buy a car so they can use it in the sake of Allah.

Who ever gives for this will be rewarded everytime this car is used for the deed you get most reward for.

Please contact me if you want to donate.

⬛⬛⬛

--------------------------------
Arabic (عربي)

السلام عليكم ورحمة الله وبركاته

قد حان الوقت في السنة الذي يتصدق فيه لله

هناك اخ مهاجر لا يجود عنده اي مال هذا الرمضان

وهناك اخين جمعا ما كان عندهم من المال ليشترا سيارة ليستخدمها في سبيل الله ولكن ما عندهم المال الكافي

من يتصدق لهذه القضية يؤجر ان شاء الله كل مرة تستخدم السيارة في العمل الذي هو اعظم اجرا

⬛⬛⬛

---

**The Merciful Hands**

**The Merciful Hands**



Alhamdiallah our ramadan project has been supported by you and without your support we wouldn't be able to help these families.

This is a wife of shaheed with children food aid and clothes were given

👁 574  1:00 PM 

May 27, 2018

**The Merciful Hands**
Bismiallah

assalam alakium wa rahmutalhi wa barakatu

Today went to hospitals visiting injured brothers, we sat and talked to them.

We came across one injured brother who lost all his equipment, since he works independently hr doesnt hsbr the money to buy new stuff

We want to make it a weekly project. so they feel as ummah cares about them.

We took them some bags of goodies and it brightened there face to see a stranger just visit him for the sake of Allah

we don't just carry out one project we do as much as we can.

This is ramadan the blessed months.

let us make as many donation as we can.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

--------------------------------------

Türkçe

Merhametli eller:

Bismillah

Selam aleykum ve rahmetullahi ve bereketu

Merhametli eller:

Bismillah

Selam aleykum ve rahmetullahi ve bereketu

Bugün yaralı kardeşleri hastanelerde ziyaret ettik , oturduk ve onlarla konuştuk.

Bunu haftalık bir proje yapmak istiyoruz. ummet onlar hakkında umursadığını hissediyorlar.

Onlara birkaç çanta hediye aldık götürdük ve orada Allahin uğruna yabancı yüzümüzü görmekden yüzleri parladı.

Yapabileceğimiz kadar bir proje yürütmüyoruz.

Bu ramazan mübarek ayı.

Yapabildiğimiz kadar bağış yapalım.

██████████████████

German

Bismillah

As selamu aleykum wa rahamthullahi wa barakathu

Heute sind wir zu verschiedenen Krankenhäusern gefahren und haben verletzte Brüder besucht und uns mit ihnen unterhalten.

Wir haben einen verletzten Bruder getroffen der all sein Eqiupment verloren hat, und da er unabhängig arbeitet hat nicht das Geld sich neue Sachen zu kaufen.

Wir möchten nun ein wöchentliches Programm starten um den verletzten Brüdern das Gefühl zu geben, dass die Ummah sie nicht vergessen hat und wir uns um sie kümmern.

Wir brachten ihnen Tüten mit Leckereien und ihre Gesichter strahlten als sie sahen das Fremde Geschwister sie nur um Allahs Willen besuchten.

Wir arbeiten nicht nur an einem bestimmten Projekt. Wir versuchen so viel wie möglich zu leisten.

Wir dürfen nicht vergessen das wir uns gesegneten Monat Ramadan befinden.

Lasst uns soviel es uns möglich ist Spenden und Gutes tun.

██████████████████

👁 628   edited 5:05 PM

May 28, 2018

The Merciful Hands
http://t.me/MuslimGardens

Telegram
Muslim Gardens
The Muslim Gardens channel is dedicated for spreading the message of Islâm. I hope to be able to collect information that will help every...

May 29, 2018

**The Merciful Hands**
Forwarded from The Merciful Hands
Salaam alaikum wa rahmutalhi wa barakatu

its that time of the Year to give for the sake Of Allah.

There is one is a brother who came from a foreign land and doesn't have any money this ramadan.

there are 2 foreign brothers who put all there money together but don't have enough. They are trying buy a car so they can use it in the sake of Allah.

Who ever gives for this will be rewarded everytime this car is used for the deed you get most reward for.

Please contact me if you want to donate.

████████████████████

-------------------------------------------------------

Arabic (عربي)

السلام عليكم ورحمة الله وبركاته

قد حان الوقت في السنة الذي يتصدق فيه لله

هناك اخ مهاجر لا يجود عنده اي مال هذا الرمضان

وهناك اخين جمعا ما كان عندهم من المال ليشترا سيارة ليستخدمها في سبيل الله ولكن ما عندهم المال الكافي

من يتصدق لهذه القضية يؤجر ان شاء الله كل مرة تستخدم السيارة في العمل الذي هو اعظم اجرا

تواصل معي ان كنت تريد التبرع

████████████████████

**The Merciful Hands**
Bismillah

assalam alakium wa rahmutalhi wa barakatu

With almost half of ramadan almost gone we should be hasting to do good deeds.

This blessed month comes one time a year and Allah knows best if we will see another.

We have families in need, some dont have basic essentials, some dont have equitment for work.

This ramadan we tried our best to help as many families as possible and we ask Allah to aid us in continuing that.

Many sisters have had there husbands killed and are receiving no aid from anyone.

This is ramadan let the last of it be the best of it by doing good deeds.

There are so many families in need we are in need of donations to keep our project going.

to keep our project going.

If it wasn't for your support all this time we would never been able to help as many families as we have. This is truly a blessing from Allah.

So please continue with your donations. to help us keep our project going to aid the needy. many families who left there home and are now living in a war torn land without any support is difficult. especially when you came from a country where you had all the amenities.

They did the for the sake of Allah to earn his pleasure. There poverty doesnt stop them from going to the front, as they continue on like it's a job without any pay.

To continue to support our project with donations.

jazakallah khair, may Allah reward you all.
-----------------------------------------------
Türkçe

Merhametli eller:

Bismillah

Selam aleykum ve rahmetullahi ve bereketu

Ramazanın neredeyse yarısı gittikçe salih ameller yapmak için uğraşmalıyız.

Bu kutsanan ay, yılda bir kez gelir ve eğer bir daha yakalarsak Allah bilir.

İhtiyacı olan ailelerimiz var, bazılarının temel şartları yok, bazıları iş için eşitliğe sahip değil.

Bu ramazan mümkün olduğunca çok aileye yardım etmek için elimizden gelenin en iyisini yapmaya çalıştık ve Allah'ın bunu devam ettirmemize yardım etmesini rica ediyoruz.

Birçok bacılarımızın kocaları katliyama uğradi ve kimseden yardım almıyorlar.

Bu ramazan, salih ameller yaparak sonuncusu en iyisi olsun.

İhtiyacı olan çok fazla aile var, projemizi devam ettirmek için bağışlara ihtiyacımız var.

Bu süre boyunca desteğiniz olmasaydı, sahip olduğumuz kadar çok aileye asla yardım edemeyiz. Bu gerçekten Allah'tan bir nimettir.

Yani lütfen bağışlarınızla devam edin. Projemizin ihtiyaç sahibine yardımcı olmaya devam etmemize yardımcı olmak için. Rahat olan yürtlerini terk eden ve şu anda herhangi bir destek olmadan savaş alan bir ülkede yaşamakta seçenek olan birçok aile zor yaşamda kabullendi. özellikle tüm olanakların olduğu bir ülkeden geldiğiniz.

Allah uğruna onun zevkini kazanmak için yaptılar. Yoksulluk onların önden gitmesine engel olmaz, çünkü herhangi bir ücret ödemeden bir iş gibi devam eder.

Projemizi bağışlarla desteklemeye devam etmek.

-------------------------------------------------------
Arabic (عربي)

بسم الله

السلام عليكم ورحمة الله وبركاته

بعد مر علينا ما يقارب نصف رمضان علينا ان نبادر بالعما الصالح

هذا الشهر المبارك يأتي مرة واحدة في السنة والله عليم اذا نرا الرمضان القادم

عندنا عائلات محتاجة منهم من ليس لديهم المستلزمات الاساسيات ومنهم
من ليس لديهم عدة العمل

حولنا هذا الرمضان قدر الامكان ان نساعد اكبر عدد ممكن من العائلات ونسأل
الله ان يعينا على الاستمرار

كثير من الاخوات قُتلوا ازواجهن ولا يتلقن اي مساعدة من اي جهة

هذا رمضان فاليكون اخره افضله بالعمل الصالح

من كثرة العائلات المحتاجة نحتاج الى التبرعات ليستمر مشروعنا

لولا دعمكم طوال هذا الوقت ما كنا نستطيع ان نساعد هذا العدد من العائلات
وهذا فعلاً نعمة من الله

لذلك نرجو منكم ان تستمروا بتبرعاتكم وتساعدونا في استمرار مشروعنا
لنعين المحتاجين
هناك كثير من العائلات الذين خرجوا من بيوتهم والآن يعيشون في بلد تمزقته
الحرب ولا احد يدعمهم
هي حالة صعبة وخاصة للذين تركوا بلاد كان لهم فيها جميع النعيم

فعلوا ذلك ذلك ولينالوا رضوانه
ففقرهم لا يمنعهم من الذهاب الى الجبهات ويستمرون
مثل عمل بلا راتب

---

May 30, 2018

**The Merciful Hands**
German

Bismillah

As Selamu Aleykum wa Rahmathullahi wa Barakathu

Die Hälfte des Ramadan ist bereits vorbei und wir sollten uns
ranhalten gute Taten zu vollziehen.

Dieser gesegnete Monat kommt nur einmal im Jahr und Allah
weiß es besser ob wir es ein nächstes mal erleben werden.

Es gibt viele Familien die bedürftig sind und es gibt Brüder die
nicht ihrer Pflicht nachgehen können weil ihnen aus finanziellen
Gründen das nötige Equipment dazu fehlt.

Wir versuchen diesen Ramadan sovielen Geschwistern wie
möglich zu helfen.

Es gibt Schwestern deren Ehemänner in shaa Allah Shuhada sind
und sie erhalten keinerlei Hilfe.

Last uns diesen Ramadan mit guten Taten füllen.

Wir sind dringend auf eure Spenden angewiesen damit wir den
Geschwistern hier vor Ort helfen können.

Ohne eure Hilfe wäre es uns nicht möglich gewesen vielen Geschwistern zu helfen. Es ist wahrlich eine Segnung von Allah.

Helft uns unsere verschiedenen Projekte am laufen zu lassen.

Manche Geschwister in Not haben ihre Heimat verlassen nur um Allahs Willen und auch wenn sie arm sind hält es sie nicht auf von den Fronten fern zu bleiben und sie hoffen allein auf die Versorgen Allahs.

👁 532   edited 3:39 PM

May 31, 2018

**The Merciful Hands**



The reason we were able to help this family this ramadan is becuase of your contributions.

Please to continue to contribute and donate so we can help families in need.   👁 451   12:23 PM

**The Merciful Hands**



## The Merciful Hands



June 1, 2018

**The Merciful Hands**
Bismiallah

Assalam alakium wa rahmutalhi wa barakatu

1. There is a brother who has a family. He recently got into a bike ~~accident and~~ motorbike ~~was damaged.~~

Alhamdiallah his family was with him he just broke his foot