AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Western Union Financial Services, Inc., 12500 E Belford Ave, M21A2, Englewood, CO, 80112

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States Courthouse<br>801 Broadway<br>Nashville, TN 37203 | Date and Time:<br><br>05/22/2019 9:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment and provide any and all personal, account, and transaction information, as listed and described.

In lieu of personal appearance, the documents can be sent to Brent Hervey, Special Agent, Federal Bureau of Investigation, 2868 Elm Hill Pike, Nashville, TN 37214, Telephone: (615) 232-7500, bahervey@FBI.GOV on or before the due date.

Date: 04/18/2019

*CLERK OF COURT*

*Vicki R. Kinkade*
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Philip Wehby, Assistant United States Attorney
110 Ninth Avenue South - Suite A-961, Nashville, TN 37203-3870, 615-736-5151

GJ PANEL 2
GJ SUBPOENA #16511

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* Wilson Varga
was received by me on *(date)* 4/22/19 .

☒ I served the subpoena by delivering a copy to the named person as follows: Kmart

on *(date)* 4/22/19 ; or

☐ I returned the subpoena unexecuted because:

I declare under penalty of perjury that this information is true.

Date: 4/22/19

_____
Server's signature

SA Brett D. Young
Printed name and title

Rost Knoxville
Server's address

Additional information regarding attempted service, etc:

## ATTACHMENT FOR GRAND JURY SUBPOENA # 16511

Information for Western Union to disclose, to the extent that the information described herein is within the possession, custody, or control of Western Union:

Please provide any and all send and pay records associated with the sender and recipient of the transfer with the MTCN numbers and other identifiers listed below. Please include, but do not limit to:

(a) the amount
(b) date and time
(c) agent location
(d) if transaction was completed on WU.com or through mobile application, include exportable information from WU's digital database, including sender's IP address, e-mail and mobile phone number, and device type used for the transaction
(e) sender and recipient names, dates of birth, ID numbers, addresses and phone numbers

Please do not limit these results to only those listed identifiers, but instead also include any additional records these identifiers provide about senders, recipients, transactions, and listed or additional accounts.

### 1. Specific transactions:

| Account # | Date Posted | Sender (From) | Recipient (To) | WU Tracking # |
|---|---|---|---|---|
| WU #877-502-192 | 06/14/2018 | Mohammed Sakawat Hussain Noor | Georgianna Giampietro | 419-845-8726 |
| WU #877-502-192 | 06/14/2018 | Aisha Kate | Georgianna Giampietro | 532-110-8260 |
| WU #877-502-192 | 06/14/2018 | Georgianna Giampietro | Muhammed in Turkey | 112-018-6497 |
| WU #877-502-192 | 06/21/2018 | Georgianna Giampietro | Omar Ali in Turkey | 479-518-3072 |

### 2. Any additional accounts or transaction information related to the following identifiers:

Name variations: Georgianna Giampietro, Georgianna Giampetro, Gragiana M Pieto
E-mail: Gergiannagiampieto@gmail.com, georgiannagiampietro@gmail.com
Western Union Membership #: 877-502-192
Sender of the following MTCNs: 112-018-6497 and 479-518-3072
Recipient of the following MTCNs: 419-845-8726 and 532-110-8260

All the names and identifiers reflected in your request

were researched by Western Union for any responsive record of

send or pay transactions.  Records found are reflected on the

following tabs.

Following is an explanation of the "send" and "pay" tab designations:

The send or pay designation indicates that the spreadsheet contents

include any positive hits for either send or pay transactions.

**The  absence of a send or pay tab for a name or identifier means there were no records found or the records for that identifier were provided on another tab within the spreadsheet.**

Mtigate Legend and ID Types Sheet

| Column | Description |
|---|---|
| Column A: | US Dollars Sent |
| Column B: | MTCN Transaction Number |
| Column C: | Sender's Full Name Provided by Sender |
| Column D: | Western Union's Internal Agent Number |
| Column E: | Phone Number Provided By Sender |
| Column F: | Date of Transmission |
| Column G: | Time of Transmission (US Eastern Standard Time) |
| Column H: | Second ID Provided by Sender (When Required) |
| Column I: | Sender's Date of Birth Provided by Sender |
| Column J: | Type of ID Provided as Sender's Primary ID |
| Column K: | Primary ID Number Provided by Sender |
| Column L: | Geo Location Where Sender's Primary ID is Issued |
| Column M: | Sender's Credit Card Number (If Required) |
| Column N: | IP Number of Sender's Machine (WU.com Transactions) |
| Column O: | Street Address Provided by Sender |
| Column P: | Address City Provided by Sender |
| Column Q: | Address State Code Provided by Sender |
| Column R: | Address Zip Code Provided by Sender |
| Column S: | Send Country Agent Code |
| Column T: | Local Send Currency Code |
| Column U: | Local Send Currency Amount |
| Column V: | Payee Full Name Provided by Payee |
| Column W: | Western Union Internal Paying Agent Number |
| Column X; | Phone Number Provided by Payee |
| Column Y: | Date of Transaction Payout |
| Column Z: | Time of Transaction Payout |
| Column AA: | Second ID Provided by Payee (When Required) |
| Column AB: | Payee's Date of Birth Provided by Payee |
| Column AC: | Type of ID Provided for Payee's Primary ID |
| Column AD: | Primary ID Number Provided by Payee |
| Column AE: | Geo Location Where Payee Primary ID Issued |
| Column AF: | Street Address Provided by Payee |
| Column AG: | Address City Provided by Payee |
| Column AH: | Address State Code Provided by Payee |
| Column AI: | Address Zip Code Provided by Payee |
| Column AJ: | Country Code Provided by Payee |

| Column | Description |
| --- | --- |
| Column AK: | Local Paid Currency Code |
| Column AL: | Local Pay Currency Amount |
| Column AM: | Send Agent's Business Name |
| Column AN: | Send Agent's Street Address |
| Column AO: | Send Agent's City |
| Column AP: | Send Agent's State |
| Column AQ: | Send Agent's Zip Code |
| Column AR: | Send Agent's Province |
| Column AS: | Send Agent's Country Code |
| Column AT: | Pay Agent Business name |
| Column AU: | Pay Agent's Street Address |
| Column AV: | Pay Agent's City |
| Column AW: | Pay Agent's State |
| Column AX: | Pay Agent's Zip Code |
| Column AY: | Pay Agent's Province |
| Column AZ: | Pay Agent's County Code |
| Column BA: | SDebtor Account |
| Column BB: | SEMail |
| Column BC: | SPreferred Card |
| Column BE: | Sender Bus. Phone |
| Column BF: | Payee's Bus. Phone |
| Column BG: | Request ID |

## ID TYPES:

> **NOTE: All ID Types are Entered by the Agent**

### US ID Types:

1 = Driver's License
2 = Passport
3 = State / Province ID
4 = Government ID
5 = Alien ID
6 = International Driver's License
7 - Military ID
8 = Instituto Federal Electoral / Mexico ID
9 = Matricula Consular Card / Mexico ID

### International ID Types:

A = Passport
B = National ID Card (India = Ration Card)
C = Driver's License
D = Other Government Photo ID
E = Other
F = Instituto Federal Electoral - (MX)
G = Matricula Consular Card - (MX)
H = Professional License - (MX)
I = Military Service Card - (MX)
J = Military Card ID - (MX)
K = Card for elderly people - (MX)
L = Social Security Carrds issed by IMSS - (MX)
M = Immigration Documents issed to foreigners - FM2 - (MX)
N = Immigration Documents issues to foreigners - FM3 - (MX)

| SAmount US | Control Number | SName | Send Agent | SPhone | Send Date |
|---|---|---|---|---|---|
| 500.00 | 8183129491 | **GEORGIANNA GIAMPIETRO** | AKC421612 | 9313032304 | 6/25/2018 |
| 200.00 | 4795183072 | **GEORGIANNA GIAMPIETRO** | AKC421612 | 9313032304 | 6/20/2018 |
| 150.00 | 1120186497 | **GEORGIANNA GIAMPIETRO** | AKC421612 | 9313032304 | 6/14/2018 |
| 100.00 | 3668169050 | **GEORGIANNA GIAMPIETRO** | AKC403616 | 9313032304 | 2/18/2016 |
| 100.00 | 6679395064 | **GEORGIANNA GIAMPIETRO** | AKC403616 | 9313032304 | 2/18/2016 |

| Send Time | SId Number2 | SDOB | SId Type | SId Number | SId Location | SCredit Card |
|---|---|---|---|---|---|---|
| 11:38:00 | | 1985.05.15 | | | | 4355460705694320 |
| 09:21:00 | | 1985.05.15 | | | | 4355460705694320 |
| 12:12:00 | | 1985.05.15 | | | | 4355460705694320 |
| 15:34:00 | | 1985.05.15 | | | | |
| 15:23:00 | | 1985.05.15 | | | | |

| SIP Number | SAddress | SCity | SState | SZip | SCountry | SCurrency | SAmount LOC |
|---|---|---|---|---|---|---|---|
| 107.77.233.56 | 327 IMPERIAL DRIVE | SPARTA | TN | 38583 | US | USD | 500.00 |
| 137.119.206.21 | 327 IMPERIAL DRIVE | SPARTA | TN | 38583 | US | USD | 200.00 |
| 137.119.206.21 | 327 IMPERIAL DRIVE | SPARTA | TN | 38583 | US | USD | 150.00 |
| 137.119.204.163 | 327 IMPERIAL DRIVE | SPARTA | TN | 38583 | US | USD | 100.00 |
| 137.119.204.163 | 327 IMPERIAL DRIVE | SPARTA | TN | 38583 | US | USD | 100.00 |

| PName | Pay Agent | PPhone | Pay Date | Pay Time | PId Number2 |
|---|---|---|---|---|---|
| AHMET HAYEK | AN3550712 | 905326032317 | 6/26/2018 | 05:35:00 | |
| OMAR ALI | AN3533366 | 905368954152 | 6/21/2018 | 03:12:00 | |
| **MUHAMMED MUHAMMED** | **AN3264503** | **905373777140** | **6/18/2018** | **06:15:00** | |
| MAHMOUD ALI | AEG110001 | 1158874169 | 2/27/2016 | 17:07:00 | |
| CREDIT ISSUED | AXX100000 | 1158874169 | 2/28/2016 | 01:02:00 | |

| PDOB | PId Type | PId Number | PId Location | PAddress | PCity |
|---|---|---|---|---|---|
| 1965.01.01 | D | 99619606208 | TR | 136 SOKAK ISKENDERUN | HATAY |
| 2000.03.01 | D | 99344825172 | TR | 230 SOKAK NO 6 ISKENDERUN | HATAY |
| 1985.05.12 | D | 99073874502 | TR | MEHMET AKIF MAH KUCUKCEKMECE | ISTANBUL |
| | | | | CAIRO | CAIRO |
| | | | | 327 IMPERIAL DRIVE | SPARTA |

| PState | PZip | PCountry | PCurrency | PAmount LOC | Send Agent Name |
|--------|------|----------|-----------|-------------|-----------------|
|        |      | TR       | TRY       | 2265.87     | FIRST DATA-WU.COM CREDIT CARD |
|        |      | TR       | TRY       | 922.31      | FIRST DATA-WU.COM CREDIT CARD |
|        |      | TR       | TRY       | 675.42      | FIRST DATA-WU.COM CREDIT CARD |
|        |      | EG       | EGP       | 758.52      | ELAVON - WU.COM CREDIT CARD |
| TN     | 38583 | US      | USD       | 100.00      | ELAVON - WU.COM CREDIT CARD |

| Send Agent Address | Send Agent City | Send Agent State | Send Agent Zip | Send Agent Province |
|---|---|---|---|---|
| 12500 BELFORD AVE | ENGLEWOOD | CO | 801125939 | |
| 12500 BELFORD AVE | ENGLEWOOD | CO | 801125939 | |
| 12500 BELFORD AVE | ENGLEWOOD | CO | 801125939 | |
| 12500 BELFORD AVE | ENGLEWOOD | CO | 801125939 | |
| 12500 BELFORD AVE | ENGLEWOOD | CO | 801125939 | |

| Send Agent Country | Pay Agent Name | Pay Agent Address |
| --- | --- | --- |
| US | MUHAMMED VAIL ELBEM | BARBAROS MAH MITHATPASA CAD 97 |
| US | LIMAN HIZMETLERI | SAVAS MH KANATLI CD 26 5 |
| US | UNIVERSAL GATE DANISMANLIK | AKSEMSETTIN MAH SARIGUZEL CAD |
| US | ARAB AFRICAN INTL BANK D2B | 49 KASR ELNILE STREET |
| US | BRIDGETON CTB | 12500 EAST BELFORD AVENUE |

| Pay Agent City | Pay Agent State | Pay Agent Zip | Pay Agent Province | Pay Agent Country |
|---|---|---|---|---|
| HATAY | | | HATAY | TR |
| HATAY | | | HATAY | TR |
| ISTANBUL | | 34080 | TURKEY | TR |
| CAIRO | | | | EG |
| ENGLEWOOD | CO | 80112 | | US |

| SDebtor Account | SEMail | SPreferred Card |
|---|---|---|
| | GERGIANNAGIAMPIETO@GMAIL.COM | 877502192 |
| | GERGIANNAGIAMPIETO@GMAIL.COM | 877502192 |
| | GERGIANNAGIAMPIETO@GMAIL.COM | 877502192 |
| | GAG2P@MTMAIL.MTSU.EDU | 508893584 |
| | GAG2P@MTMAIL.MTSU.EDU | 508893584 |

| Request ID |
|---|
| 947448 |
| 947448 |
| 947448 |
| 947448 |
| 947448 |