UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00013

UNITED STATES OF AMERICA

Judge: Waverly D. Crenshaw, Jr.

V.

Hearing Date: 6-24-2022

GEORGIANNA A.M. GIAMPIERTRO

Location: ● Nashville  ○ Columbia  ○ Cookeville

Court Reporter: Lise Matthews

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Philip H. Wehby, Jennifer E. Levy, Kathryn Risinger

Defense Attorney(s): Charles D. Swift, Linda Moreno

### TRIAL PROCEEDINGS

1. Jury Trial*
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing* ☑
    (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Objections hearing on Presentence Report held on June 24, 2022. Witness list with brief summary of testimony due by July 6, 2022. Sentencing hearing is scheduled for July 15, 2022.
- Order to enter.

Total Time in Court: 4 Hours 40 Minutes

Clerk of Court
by: Sharon L. Wilcox