# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

**EXHIBIT AND WITNESS LIST**

V.

GEORGIANNA A.M. GIAMPIETRO

Case Number: 2:19-cr-00013-1

| PRESIDING JUDGE Waverly D. Crenshaw, Jr. | PLAINTIFF'S ATTORNEY Philip H. Wehby, Jennifer Levy, Kathryn Risinger | DEFENDANT'S ATTORNEY Charles D. Swift, Linda Moreno |
|---|---|---|
| TRIAL DATE (S) 6-24-2022 (Objections Hearing) | COURT REPORTER Lise Matthews | COURTROOM DEPUTY Sharon L. Wilcox |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 6-24-2022 |  |  | **WIT**: Aymenn Jawad |
|  | 1 | 6-24-2022 | X |  | Power Point Presentation (<u>Demonstrative</u>) |
|  | 2 | 6-24-2022 | X | X | Wire transfers |
|  | 3 | 6-24-2022 | X | X | Ex. Z Page 12 (List of Western Union Transfers made by Giampietro) |
|  | 4 | 6-24-2022 | X |  | Map of Turkey (Demonstrative) |
|  | 5 | 6-24-2022 | X | X | Western Union Transfer from Giampietro |
|  | 6 | 6-24-2022 | X | X | Western Union Transfer from Giampietro |
|  | 7 | 6-24-2022 | X | X | The Merciful Hands Facebook Post asking for donations |
|  | 8 | 6-24-2022 | X | X | Post from Merciful Hands |
|  |  | 6-24-2002 | X |  | Revised PSR, Paragraph 18 (No exhibit number given) |
|  | 9 | 6-24-2022 | X | X | Al Sadaqah Post |
|  |  | 6-24-2022 | X |  | Nic Walker (various posts) (No exhibit number given) |
|  | 10 | 6-24-2022 | X | X | Conversation between undercover and Giampietro (February 22, 2018) |
|  | 11 | 6-24-2022 | X | X | Conversation between undercover and Giampietro (March 3, 2018) |
|  | 12 | 6-24-2022 | X | X | Text Messages |
|  | 13 | 6-24-2022 | X | X | Texts Messages (June 2016) |
|  | 14 | 6-24-2022 | X | X | Wire transfer receipt |
| 1 |  | 6-24-2022 | X | X | 3 page document - AAF Media Centre |
| 2 |  | 6-24-2022 | X | X | 3 page document - AAF Media Centre/We Stand with #HTS |
| 3 |  | 6-24-2022 | X | X | 3 page document - Picture of a Solider Allah |
| 4 |  | 6-24-2022 | X | X | 6 page document - Picture Al Sadaqah providing new uniforms to mujihideen with the help of AAF |
| 5 |  | 6-24-2022 | X | X | 3 page Color photo Abu Ahmed Foundation Al Sadaqah Sinergy |
| 6 |  | 6-24-2002 | X | X | 3 page document The Merciful Hands bringing aid to the brothers – The Abu Ahmad Foundation |
| 17 |  | 6-24-2022 | X | X | Supplemental Android Telegram Messages (Supplement to DE 403) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.