July 3, 2022

To the Honorable Judge Waverly D. Crenshaw

Middle District of Tennessee

Dear Judge Crenshaw,

    I am writing this letter for my mother Georgianna Giampietro. I am 16 years old, I was 13 when my mom was arrested. I talk to her on the phone and we talk about how once she comes home she will be a better mom. I hope she comes home before I turn 18 so that I will have her as a mom while I am still a kid.

    She worked a lot, or was at school studying, when I was young. I miss her home cooked healthy food. She always made sure I had good healthy food to eat, now I don't have that as much and eat a lot of junk food.

    My mom was the one who would drive us anywhere we needed to go, she used to drive me to visit my friends, now I don't have that and I miss it. I also really miss getting to spend time with my extended family in New York. My mom would drive us all up there in the summers and we would get to spend time in a different city and see our aunts, uncles, and cousins. Sometimes she would take us to the zoo. Now we can't do those things and are mostly at home.

    I will graduate from highschool in May 2024. My mom has missed my highschool so far but I hope that she will be able to be at my graduation. That would mean a lot to me.

    I know my mom was convicted of a serious crime. She made a mistake and we are all paying for her mistake. It has been very hard.

    I hope she can come back soon.

Sincerely,

Keala Giampietro

Keala Giampietro

July 6th, 2022
Date

931 256-6271
giampietrokeala@gmail.com