| 18 U.S.C. 2339C(c) (concealment – defendant's offense) | | | | |
|---|---|---|---|---|
| Samantha ElHassani | N.D. Indiana | One count 18 USC 2339C(c), no prior history | **78 months** | Concealed and transported $30,000 of gold and cash to Hong Kong over three trips to help two men join ISIS. Defendant and her children ended up in ISIS and Kurdish camps. |
| Sultane Salim | N.D. Ohio | One Count 18 USC 2339C(c), no prior history | **60 months** | Defendant and co-defendants raised over $20,000 for Anwar Al-Awlaki |
| **18 U.S.C. 2339B or 2339A (Bashar Al-Assad regime is the only potential victim)** | | | | |
| Jasminka Ramic 4:15-cr-49 | E.D. Missouri | One count conspiracy 18 USC 2339B | **36 months** | Defendants sent funds to fighter who had traveled to Syria to fight Assad and had joined ISIS. |
| Sedina Unkic Hodzic 4:15-cr-49 | E.D. Missouri | One count 18 USC 2339B | **48 months** | Defendants sent funds to fighter who had traveled to Syria to fight Assad and had joined ISIS. |
| Mehida Medy Salkicevic. 4:15-cr-49 | E.D. Missouri | Conspiracy 18 USC 2339B | **78 months** | Defendant's sent funds to fighter who had traveled to Syria to fight Assad and had joined ISIS. |
| Ramiz Hodzic 4:15-cr-49 | E.D. Missouri | | **96 months** | Defendant's sent funds to fighter who had traveled to Syria to fight Assad and had joined ISIS. |
| Armin Harcevic 4:15-cr-49 | E.D. Missouri | One count conspiracy 18 USC 2339B, one count 18 USC 2339A | **66 months** | Defendant's sent funds to fighter who had traveled to Syria to fight Assad and had joined ISIS. |
| **18 U.S.C. 2339B or 2339A (sentences for more serious conduct)** | | | | |
| Said Rahim 3:17-cr-00169 | N.D. Texas | One count conspiracy 18 USC 2339B, one count of attempt 18 U.S.C. 2339B, six counts 18 USC 1001 | **360 months** | Operated social media channel recruiting fighters for ISIS, attempted to travel to join ISIS, called for attacks. One prior conviction. |
| Shelton Bell | M.D. Florida | One count conspiracy 18 USC 2339B, one count | **240 months** | Traveled to joint Al-Qaeda affiliated terrorist group in Middle East. Two prior convictions. |

|  |  | attempt 18 USC 2339B. |  |  |
| --- | --- | --- | --- | --- |
| Shannon Conley, 1:14-cr-00163 | D. Colorado | Conspiracy 18 U.S.C. § 371, referencing 18 U.S.C. § 2339B, | **60 months** | Agreed to join ISIS, joined the United States Army Explorers (USAE) to receive military training in tactics in firearms for helping ISIS. Attempted to travel to join ISIS. |