IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:19-CR-00013 |
| | ) | |
| | ) | CHIEF JUDGE CRENSHAW |
| GEORGIANNA GIAMPIETRO | ) | |

**GOVERNMENT'S NOTICE REGARDING WITNESSES FOR SENTENCING**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys and Trial Attorney for the Department of Justice, and in response to the Court's previous directive regarding the disclosure of anticipated witnesses for the sentencing hearing, respectfully submits that it does not presently intend to present live witness testimony at the final sentencing hearing scheduled for July 15, 2022. The government instead will rely on its sentencing submissions and supporting documentary evidence and the arguments of counsel. Should the government, however, find it necessary to call a witness to rebut any noticed defense witnesses or otherwise to correct the record, the government will promptly notify the Court and the defense of its intention to do so.

Respectfully Submitted,

MARK H. WILDASIN
United States Attorney
Middle District of Tennessee

By: /s/ *Philip H. Wehby*
PHILIP H. WEHBY
KATHRYN RISINGER
Assistant United States Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 736-5151

/s/ *Jennifer E. Levy*
JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Ste. 7600
Washington, D.C. 20530
(202) 514-1092

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2022, I am electronically filing a copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record for the defendant in this case.

/s/ *Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
