IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cr-00013 |
| ) | |
| GEORGIANNA A.M. GIAMPIERTRO, ) | Chief Judge Waverly D. Crenshaw, Jr. |
|     Defendant. ) | |
| ) | |

### DEFENDANT'S NOTICE REGARDING WITNESSES FOR SENTENCING

COMES NOW the Defendant, Georgian A. Giampietro, by and through counsel of record, and in response to the Court's previous directive regarding the disclosure of anticipated witnesses for the sentencing hearing, respectfully submits that the defense does not intend to present live witness testimony at the final sentencing hearing scheduled for July 15, 2022. The defense instead will rely on its sentencing submissions and supporting documentary evidence and the arguments of counsel.

Respectfully submitted,

*Charles D. Swift*
*Pro Hac* Attorney for Giampietro
Constitutional Law Center for Muslims in America
100 N. Central Expy, Suite 1010
Richardson, TX 75080
972-914-2507
cswift@clcma.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: /s/ *Charles Swift*
Charles D. Swift, *Pro Hac*
Attorney for Giampietro