UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) |  |
| Defendant. | ) |  |

## ORDER

It appears to be undisputed that Georgianna Giampietro, after she entered a plea of guilty, met with the government for "almost eight hours of interviews." (Doc. No. 425 at 24). The government sentencing memorandum is silent about Defendant's proffer. (Doc. No. 428). The Court would like either the transcript from this proffer or an agreed summary on or before noon on Wednesday, **July 13, 2022**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1