IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>    )<br>    )<br>v. )<br>    )<br>GEORGIANNA A.M. GIAMPIETRO )<br>    Defendant. ) | Case No.: 2:19-cr-00013<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## JOINT MOTION FOR LEAVE TO FILE UNDER SEAL

The defendant, Georgianna Giampietro, through undersigned counsel, joined by the undersigned counsel for the government, hereby moves for leave to file *Proffer Summaries* (FBI 302 report of interviews) under seal. On Monday, July 11, 2022, this Court instructed the parties to file either the transcript from the defendant's proffer or an agreed summary on or before noon on Wednesday, July 13, 2022. (Doc. 429). In submitting the FBI 302s summarizing those meetings, the parties request that the documents be filed under seal, as the proffers fairly contain sensitive information, warranting their filing under seal.

Wherefore, for the reasons above, the parties jointly move for leave to file the above-described documents under seal.

Respectfully submitted,

By: /s/ *Charles Swift*
CHARLES D. SWIFT
LINDA G. MORENO
Pro Hac Attorney for Giampietro
100 N. Central Expy, Suite 1010
Richardson, TX 75080
(972) 914-2507

1

By: */s/ Philip H. Wehby*
PHILIP H. WEHBY
KATHRYN RISINGER
Assistant U.S. Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 736-5151

*/s/ Jennifer E. Levy*
JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Suite 7600
Washington, D.C. 20530
(202) 514-1092

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2022, I electronically filed the foregoing Joint Motion for Leave to File Under Seal with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: /s/ *Charles Swift*
Charles D. Swift, Pro Hac
Attorney for Giampietro
