IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:19-cr-00013 |
| ) | |
| GEORGIANNA A.M. GIAMPIETRO ) | Chief Judge Waverly D. Crenshaw, Jr. |
|     Defendant. ) | |

## ORDER (PROPOSED)

Due to the sensitive nature of the matter at issue, Leave is Granted to File the requested document Under Seal.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE