UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 2:19-cr-00013 |
|  | ) |  |
| GEORGIANNA A.M. GIAMPIETRO, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### ORDER

The Joint Motion for Leave to File Under Seal (Doc. No. 431) is **GRANTED**, and Doc. No. 432 shall be sealed.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE