UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) |
| Defendant. | ) |

## ORDER

The sentencing hearing for Georgianna A.M. Giampietro set for Friday, July 15, 2022, at 9:00 a.m., is RESCHEDULED to 2:30 p.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE