UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:19-cr-00013 |
| GEORGIANNA A.M. GIAMPIETRO, | ) | |
| Defendant. | ) | |

# ORDER

Motion to Excuse Appearance of Co-Counsel Peter J. Strianse, Esq, at July 15, 2022 Sentencing Hearing (Doc. No. 435) is **GRANTED**. Mr. Strianse's appearance is waived and Mr. Charles Swift shall attend the sentencing set for July 15, 2022.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE