# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

GEORGIANNA A.M. GIAMPIETRO

(list each defendant appearing at hearing)

Case No.: 2:19-cr-00013

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: July 15, 2022

Location: ☑ Nashville  ○ Columbia  ○ Cookeville

Court Reporter: Lise Matthews

Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): Philip Wehby, Jennifer Levy, Kathryn Risinger

Defense Attorney(s): Charles Swift, Linda Moreno

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
    (Describe #6 in comments below)
*For items 1-6, a Witness/Exhibit List is required
and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☑
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| | |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| Alt 1. | |

| | |
|---|---|
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| Alt 2. | |

COMMENTS:

- Defendant sentenced to a term of imprisonment of 66 months, followed by a 15 year term of supervised release. No fine or restitution. $100.00 Special Assessment.
- Judgment to enter.

Total Time in Court: 1 Hour 5 Minutes

Clerk of Court

by: Sharon L. Wilcox

Reset Form