## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:19-cr-00013 |
| | ) | |
| GEORGIANNA A.M. GIAMPIETRO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After conferring with the Government and without any opposition by the Government, Defendant has filed a Motion to Modify Conditions of Supervised Release. (Doc. No. 444 and 446). For good cause, the Court **GRANTS** the motion and amends paragraph 3 of the Defendant's Special Conditions of Supervision, (Doc. 438 at 6), to exempt Ms. Giampietro's work laptop computer issued by her employer, Bradford Health Services, from direct monitoring by the Government. Ms. Giampietro may only utilize her work computer as authorized by her employer to perform her required job functions. Defendant shall provide a copy of this Order to her employer, and her employer shall immediately notify her Probation Officer of any unauthorized use of Ms. Giampietro's work computer. Further, Ms. Giampietro's employer shall audit Ms. Giampietro's computer as requested by the Probation Officer, and shall report the results of that audit to the Probation Officer.

All other conditions of supervision and monitoring remain in effect.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE